# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

LOGAN PAUL

vs.                                                    Case No.: 5:24-cv-717

STEPHEN FINDEISEN AND COFFEE
BREAK LLC D/B/A COFFEEZILLA

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by _Shannon B. Timmann_____, counsel for

_Logan Paul, plaintiff_____, and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

_Shannon B. Timmann_____ may appear on behalf of _Logan Paul, plaintiff_____

in the above case.

IT IS FURTHER ORDERED that _Shannon B. Timmann_____, if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.


_____
UNITED STATES DISTRICT JUDGE