## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

LOGAN PAUL

vs.

STEPHEN FINDEISEN AND COFFEE
BREAK LLC D/B/A COFFEEZILLA

Case No.:   5:24-cv-717

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now  Andrew C. Phillips , applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent  Logan Paul, plaintiff  in this case, and

would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of)
   Meier Watkins Phillips Pusch LLP  with offices at:

   Mailing address:  919 18th Street NW, Suite 650

   City, State, Zip Code:  Washington, DC 20006

   Telephone:  202-318-3655          Facsimile: 

2. Since  2010 , Applicant has been and presently is a

   member of and in good standing with the Bar of the State of  the District of Columbia .

   Applicant's bar license number is  998353 .

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   | --- | --- |
   | USDC for the District of Columbia | 06/06/2011 |
   | US Court of Appeals for the Third Circuit | 6/13/2012 |
   | US Court of Appeals for the Sixth Circuit | 05/08/2012 |
   | US Court of Appeals for the D.C. Circuit | 09/13/2023 |
   | USDC for the Eastern District of VA | 2015 |
   | USDC for the Western District of VA | 2015 |

4.   Applicant is presently a member in good standing of the bars of the courts listed above,

except as provided below (list any court named in the preceding paragraph before which

Applicant is no longer admitted to practice):

N/A

5.   I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district

court in Case[s]:

Number: _1:11-cv-00450-SS_ on the _18_ day of _September_, _2012_.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6.   Applicant has never been subject to grievance proceedings or involuntary removal

proceedings while a member of the bar of any state or federal court, except as

provided:

N/A

7.   Applicant has not been charged, arrested, or convicted of a criminal offense or offenses,

except as provided below (omit minor traffic offenses):

N/A

8.   Applicant has read and is familiar with the Local Rules of the Western District of Texas

and will comply with the standards of practice set out therein.

9.    Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: ___Shelby O'Brien_____

Mailing address: ___7600 N. Capital of Texas Highway, Building B, Suite 200___

City, State, Zip Code: ___Austin, Texas 78731_____

Telephone: ___512-615-1225_____

Should the Court grant applicant's motion, Applicant shall tender the amount of $322.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of ___Andrew C. Phillips_____ to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Andrew C. Phillips
_____
[printed name of Applicant]

_____
[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the _27th_ day of _June_____, _2024_.

Andrew C. Phillips
_____
[printed name of Applicant]

_____
[signature of Applicant]