UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

LOGAN PAUL

vs.

STEPHEN FINDEISEN AND COFFEE BREAK LLC D/B/A COFFEEZILLA

Case No.: 5:24-cv-717

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Andrew C. Phillips, counsel for Logan Paul, plaintiff, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Andrew C. Phillips may appear on behalf of Logan Paul, plaintiff in the above case.

IT IS FURTHER ORDERED that Andrew C. Phillips, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE