## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION  ▾

LOGAN PAUL,

vs.                                             Case No.:   5:24-cv-00717 CM

STEPHEN FINDEISEN AND COFFEE BREAK
PRODUCTIONS LLC D/B/A COFFEEZILLA,

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now <u>Jeffrey A. Neiman</u>, applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent <u>Logan Paul</u> in this case, and

would respectfully show the Court as follows:

1.  Applicant is an attorney and a member of the law firm (or practices under the name of)
    <u>Marcus Neiman Rashbaum & Pineiro LLP</u> with offices at:

    Mailing address: <u>100 Southeast Third Avenue, Suite 805</u>

    City, State, Zip Code: <u>Ft Lauderdale, FL 33394</u>

    Telephone: <u>954-462-1200</u>          Facsimile: _____

2.  Since <u>4/17/2002</u>. Applicant has been and presently is a

    member of and in good standing with the Bar of the State of <u>Florida</u>.

    Applicant's bar license number is <u>544469</u>

3.  Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| District of Columbia Bar | 9/10/2020 |
| U.S. District Court for Southern District of Florida | 4/5/2011 |
| U.S. District Court for Middle District of Florida | 2/5/2013 |
| U.S. Tax Court | 8/30/2011 |
| U.S. Court of Appeals - Eleventh Circuit | 8/8/2013 |
| U.S. Court of Appeals - Ninth Circuit | 8/23/2018 |

4.     Applicant is presently a member in good standing of the bars of the courts listed above,

except as provided below (list any court named in the preceding paragraph before which

Applicant is no longer admitted to practice):

N/A

5.     I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district

court in Case[s]:

Number: 23-CV-00110-ADA _____ on the 16th day of November _____, 2023 _.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6.     Applicant has never been subject to grievance proceedings or involuntary removal

proceedings while a member of the bar of any state or federal court, except as

provided:

N/A

7.     Applicant has not been charged, arrested, or convicted of a criminal offense or offenses,

except as provided below (omit minor traffic offenses):

N/A

8.     Applicant has read and is familiar with the Local Rules of the Western District of Texas

and will comply with the standards of practice set out therein.

9.    Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Shelby L. O'Brien, Enoch Kever PLLC

Mailing address: 7600 N. Capital of Texas Hwy, Bldg B, Suite 200

City, State, Zip Code: Austin, Texas 78731

Telephone: 512-615-1225

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of

Jeffrey A. Neiman                            to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Jeffrey A. Neiman
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 27th day of June          , 2024 .

Jeffrey A. Neiman
[printed name of Applicant]

[signature of Applicant]