# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

Logan Paul

vs.

Stephen Findeisen and Coffee Break
Productions LLC d/b/a Coffeezilla

Case No.: 5:24-CV-00717 CM

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Jeffrey A. Neiman, counsel for Logan Paul, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Jeffrey A. Neiman may appear on behalf of Logan Paul in the above case.

IT IS FURTHER ORDERED that Jeffrey A. Neiman, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE