# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

Logan Paul

vs.                                                                 Case No.: 5:24-CV-00717 CM

Stephen Findeisen and Coffee Break
Productions LLC d/b/a Coffeezilla

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by __Jason L. Mays__, counsel for __Logan Paul__, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and __Jason L. Mays__ may appear on behalf of __Logan Paul__ in the above case.

IT IS FURTHER ORDERED that __Jason L. Mays__, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE