## AFFIDAVIT OF SERVICE
UNITED STATES DISTRICT COURT
Western District of Texas

Case Number: 5:24-CV-00717-OLG

Plaintiff: Logan Paul
vs.
Defendant: Stephen Findeisen and Coffee Break Productions LLC D/B/A Coffeezilla

For: Enoch Kever PLLC

Received on the 28th day of June, 2024 at 2:36 pm to be served on Coffee Break Productions LLC dba Coffeezilla by serving its Registered Agent, IncorporateMax Inc., 25700 Interstate 45, Ste 4119, The Woodlands, Montgomery County, TX 77386. I, _Charles Wright_, being duly sworn, depose and say that on the _1_ day of _July_, 20_24_ at _2:44 P_.m., executed service by delivering a true copy of the Summons in a Civil Action, Complaint with Exhibit A, and Civil Cover Sheet in accordance with state statutes in the manner marked below:

[✓] CORPORATE SERVICE: By delivering a true copy of the listed documents with the date of service endorsed thereon by me, to: _Daylon Holmes_ as _Authorized Agent to receive - IncorporateMAX, Inc_ at _25700 Interstate 45, Ste 4119, The Woodlands 0, TX_, _Montgomery_ County, and informed said person of the contents therein, in compliance with state statutes.

**COMMENTS:**
_____
_____
_____

I certify that I am over the age of 18, of sound mind, have no interest in the above action. I delivered the listed documents with the date of service endorsed thereon by me and informed the recipient of the contents therein, in compliance with state statutes. The facts stated in this affidavit are within my personal knowledge and are true and correct.

Subscribed and Sworn to before me on the 2nd day of July, 2024 by the affiant who is personally known to me.

NOTARY PUBLIC

[Notary Seal: COREY M. JOHNS, NOTARY PUBLIC, STATE OF TEXAS, ID# 10275187, EXPIRES 5-21-2027]

PROCESS SERVER # _2779_
EXPIRATION DATE: _5-31-2026_
Appointed in accordance with State Statutes

Austin Process LLC
1100 Nueces
Austin, TX 78701
(512) 480-8071

Our Job Serial Number: 2024005681
Ref: 24-cv-00717-CM

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| LOGAN PAUL, Plaintiff, <br><br> *Plaintiff(s)* <br> v. <br> STEPHEN FINDEISEN AND COFFEE BREAK PRODUCTIONS LLC D/B/A COFFEEZILLA, Defendants. <br><br> *Defendant(s)* | SA:24-CV-717-OLG <br><br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Coffee Break Productions LLC dba Coffeezilla
Registered Agent: IncorporateMax Inc.
25700 I-45 North #4119
The Woodlands, TX 77386

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shelby O'Brien
Enoch Kever PLLC
7600 N. Capital of Texas Hwy
Bldg. B, Suite 200
Austin, TX 78731

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   PHILIP J. DEVLIN

Date: 06/27/2024



*Signature of Clerk or Deputy Clerk*