

| PHILIP J. DEVLIN<br>CLERK OF COURT | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS<br>262 W. Nueva St. Room 1-400<br>San Antonio, Texas 78207 | ANNETTE FRENCH<br>CHIEF DEPUTY |
|---|---|---|

August 5, 2024

William R. Ogden
Farrar & Ball, LLP
1117 Herkimer St.
Houston, Texas  77008

RE:  Civil Case No. SA-24-CV-717-OLG

**Logan Paul  vs.  Stephen Findeisen and Coffee Break Productions LLC**

Dear Counsel:

Our records indicate you are not admitted to practice in this Court.  The Western District of Texas Local Court Rule AT-1(f)(1) states:

> In General: An attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding.  Unless excused by the judge presiding, an attorney is ordinarily required to apply for admission to the bar of this court.

If you are representing a party, please submit a Motion requesting the Court's permission to appear in the above captioned case.  If you wish to file an application to be admitted in the Western District of Texas, the application forms and the Local Rules for the Western District of Texas are available on our website www.txwd.uscourts.gov. If you are an attorney who maintains his or her office outside the Western District of Texas, the Judge may require you to designate local counsel.  (Local Rule AT-2).

If you have any questions do not hesitate to contact our office.

Sincerely,
PHILIP J. DEVLIN, CLERK
United States District Court

By:
Deputy Clerk, Wayne Garcia

cc: all counsel