IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL,<br><br>                    *Plaintiff*,<br><br>v.<br><br>STEPHEN FINDEISEN AND COFFEE BREAK PRODUCTIONS LLC D/B/A COFFEEZILLA,<br><br>                    *Defendants*. | Civil Action No.: 5:24-cv-00717 |

**DEFENDANTS' NOTICE OF WITHDRAWAL OF THEIR PLEA IN ABATEMENT**

After conferring with Plaintiff's counsel, Defendants Stephen Findeisen and Coffee Break Productions LLC d/b/a Coffeezilla has agreed to withdraw their Plea In Abatement.

Dated: September 14, 2024.

**FARRAR & BALL, LLP**

*/s/ William R. Ogden*
WILLIAM R. OGDEN
State Bar No. 24073531
MARK BANKSTON
State Bar No. 24071066
KYLE FARRAR
State Bar No. 24034828
1117 Herkimer St.
Houston, Texas 77008
Office: (713) 221-8300
Facsimile: (713) 221-8301
Email: bill@fbtrial.com
Email: mark@fbtrial.com

**ATTORNEY FOR DEFENDANTS**

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been served on counsel of record this 14th day of September 2024.

>*/s/ William R. Ogden*
>WILLIAM R. OGDEN