UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | |
| § | |
| STEPHEN FINDEISEN and COFFEE § | |
| BREAK PRODUCTIONS, LLC, § | Civil Action No. 5:24-CV-00717 |
| § | |
| *Defendants.* § | |
| § | |

### DEFENDANTS' UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE COURT:

Defendants Stephen Findeisen and Coffee Break Productions, LLC. (collectively, "**Defendants**"), files this Unopposed Motion to Substitute Counsel and in support would respectfully show:

1. Defendants respectfully requests that Mr. Kyle Farrar, Mr. William R. Ogden and Mr. Mark Bankston of Farrar & Ball, LLP be permitted to withdraw as attorneys for Defendants and that Jason M. Davis, Caroline Newman Small and Rachel Garza of Davis & Santos, PLLC be permitted to substitute in at attorneys for Stephen Findeisen and Coffee Break Productions, LLC. *See* Local Court Rule AT-3. Defendants requested this withdrawal because they seek to employ substitute counsel. *Id.*

2. Mr. Davis, Mrs. Small and Ms. Garza are in good standing and licensed to practice in Texas and admitted to practice in the United States District Court for the Western District of Texas. Mr. Davis will be designated as attorney-in-charge.

3. Defendants further request that all documents and correspondence in this matter be forwarded to Mr. Davis, Mrs. Small and Ms. Garza at the following address:

> Jason M. Davis
> E-mail: jdavis@dslawpc.com
> Caroline Newman Small
> E-mail: csmall@dslawpc.com
> Rachel Garza
> E-mail: rgarza@dslawpc.com
> **DAVIS & SANTOS, PLLC**
> 719 S. Flores Street
> San Antonio, Texas 78204
> Telephone: (210) 853-5882
> Facsimile: (210) 200-8395

4. All counsel of record are unopposed to this substitution of counsel.

5. Stephen Findeisen and Coffee Break Productions, LLC approve and agree to this substitution.

6. This relief requested is sought not for the purposes of delay but so that justice may be done.

Dated: October 15, 2024.

Respectfully submitted,

**DAVIS & SANTOS, PLLC**

By: _/s/ Jason M. Davis_
Jason M. Davis
**Attorney-In-Charge**
Texas State Bar No. 00793592
Email: jdavis@dslawpc.com
Caroline Newman Small
Texas State Bar No. 24056037
Email: csmall@dslawpc.com
Rachel Garza
Texas State Bar No. 24125240
Email: rgarza@dslawpc.com
719 S. Flores Street
San Antonio, Texas 78204
Tel: (210) 853-5882
Fax: (210) 200-8395

***Attorneys for Defendants Stephen Findeisen and Coffee Break Productions, LLC***

## **CERTIFICATE OF CONFERENCE**

I certify that on October 14, 2024, counsel for Defendants Stephen Findeisen and Coffee Break Productions, LLC conferred with counsel for Plaintiff Logan Paul and confirmed that this motion is unopposed.

    */s/ Jason M. Davis*
    Jason M. Davis

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2024, the foregoing document was served on all counsel of record via the Court's ECF system.

    */s/ Jason M. Davis*
    Jason M. Davis