UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL § § § *Plaintiff*, § § v. § § STEPHEN FINDEISEN and COFFEE § BREAK PRODUCTIONS, LLC, § § *Defendants*. § § | Civil Action No. 5:24-CV-00717 |

### [PROPOSED] ORDER

Before the Court is Defendants Stephen Findeisen and Coffee Break Productions, LLC's Unopposed Motion to Substitute Counsel (the "**Motion**"). Based on the Motion, the entire record in this case, and for good cause having been shown, the Court finds that this Motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendants Stephen Findeisen and Coffee Break Productions, LLC's Unopposed Motion to Substitute Counsel is GRANTED.

IT IS FURTHER ORDERED THAT Mr. Jason M. Davis, Mrs. Caroline Newman Small and Ms. Rachel Garza of Davis & Santos PLLC are substituted as attorneys of record for Defendants Stephen Findeisen and Coffee Break Productions, LLC.

IT IS FURTHER ORDERED THAT Mr. Davis IS HEREBY designated attorney-in-charge for Defendants Stephen Findeisen and Coffee Break Productions, LLC.

IT IS FURTHER ORDERED that Mr. Kyle Farrar, Mr. William R. Ogden and Mr. Mark Bankston of Farrar & Ball, LLP are WITHDRAWN as attorneys for Defendants Stephen Findeisen and Coffee Break Productions, LLC.

IT IS FURTHER ORDERED that all further docket items and correspondence directed to Defendants Stephen Findeisen and Coffee Break Productions, LLC shall be sent to:

> Jason M. Davis
> E-mail: jdavis@dslawpc.com
> Caroline Newman Small
> E-mail: csmall@dslawpc.com
> Rachel Garza
> E-mail: rgarza@dslawpc.com
> **DAVIS & SANTOS, PLLC**
> 719 S. Flores Street
> San Antonio, Texas 78204
> Telephone: (210) 853-5882
> Facsimile: (210) 200-8395

The Clerk of Court is directed to update the docket in accordance with this Order.

SIGNED at San Antonio, Texas on this ___ day of October 2024.

> _____
> Honorable Orlando L. Garcia
> United States District Judge