FILED
October 16, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL *Plaintiff,* v. STEPHEN FINDEISEN and COFFEE BREAK PRODUCTIONS, LLC, *Defendants.* | Civil Action No. 5:24-CV-00717 |

## ORDER

Before the Court is Defendants Stephen Findeisen and Coffee Break Productions, LLC's Unopposed Motion to Substitute Counsel (the "**Motion**"). The Court finds that the Motion (Dkt. No. 19) should be and hereby is **GRANTED**.

IT IS THEREFORE ORDERED that Mr. Kyle Farrar, Mr. William R. Ogden and Mr. Mark Bankston of Farrar & Ball, LLP are **WITHDRAWN** as attorneys for Defendants Stephen Findeisen and Coffee Break Productions, LLC.

IT IS FURTHER ORDERED THAT Mr. Jason M. Davis, Mrs. Caroline Newman Small and Ms. Rachel Garza of Davis & Santos PLLC are **SUBSTITUTED** as attorneys of record for Defendants Stephen Findeisen and Coffee Break Productions, LLC.

IT IS FURTHER ORDERED THAT Mr. Davis IS HEREBY designated attorney-in-charge for Defendants Stephen Findeisen and Coffee Break Productions, LLC.

IT IS FURTHER ORDERED that all further docket items and correspondence directed to Defendants Stephen Findeisen and Coffee Break Productions, LLC shall be sent to:

Jason M. Davis
E-mail: jdavis@dslawpc.com
Caroline Newman Small
E-mail: csmall@dslawpc.com
Rachel Garza
E-mail: rgarza@dslawpc.com
**DAVIS & SANTOS, PLLC**
719 S. Flores Street
San Antonio, Texas 78204
Telephone: (210) 853-5882
Facsimile: (210) 200-8395

The Clerk of Court is directed to update the docket in accordance with this Order.

**SIGNED** this 16th day of October 2024.

_____
Honorable Orlando L. Garcia
United States District Judge