IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL,<br><br>         *Plaintiff*,<br><br>v.<br><br>STEPHEN FINDEISEN AND COFFEE BREAK PRODUCTIONS LLC D/B/A COFFEEZILLA,<br><br>         *Defendants*. | Civil Action No.: 5:24-cv-00717 |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

COMES NOW, Plaintiff Logan Paul and Defendants Stephen Findeisen and Coffee Break Productions LLC d/b/a Coffeezilla (collectively referred to as "Parties"), jointly ask the Court to enter the standard Protective Order for the Western District of Texas in this case, attached as **Exhibit 1**.

## CONCLUSION

The Parties jointly ask the Court to enter the standard Protective Order for the Western District of Texas in this case.

Dated: November 14, 2024

/s *Andrew C. Phillips*
Andrew C. Phillips (*Pro Hac Vice*)
Shannon B. Timmann (*Pro Hac Vice*)
MEIER WATKINS PHILLIPS PUSCH LLP
919 18th Street NW, Suite 650
Washington, DC 20006
Email: andy.phillips@mwpp.com
Email: shannon.timmann@mwpp.com

1

        Jeffrey A. Neiman (*Pro Hac Vice*)
        Jason L. Mays (*Pro Hac Vice*)
        MARCUS NEIMAN RASHBAUM &
        PINEIRO LLP
        100 SE 3rd Ave., Suite 805
        Ft. Lauderdale, Florida 33394
        Email: jneiman@mnrlawfirm.com
        Email: jmays@mnrlawfirm.com

        Shelby O'Brien
        Enoch Kever PLLC
        7600 N. Capital of Texas Highway
        Building B, Suite 200
        Austin, Texas 78731
        Email: sobrien@enochkever.com

        *Counsel for Plaintiff Logan Paul*

Dated: November 14, 2024    */s Jason M. Davis*
        Jason M. Davis
        Caroline Newman Small
        Rachel Garza
        DAVIS & SANTONS, PLLC
        719 S. Flores Street
        San Antonio, Texas 78204
        Telephone: (210) 853-5882
        Facsimile: (210) 200-8395
        E-mail: jdavis@dslawpc.com
        E-mail: csmall@dslawpc.com
        E-mail: rgarza@dslawpc.com

        *Counsel for Defendants Stephen*
        *Findeisen and Coffee Break*
        *Productions LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system on November 14, 2024.

                                                /s *Andrew C. Phillips*
                                                Andrew C. Phillips