IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL,<br><br>                                         *Plaintiff*,<br>   v.<br><br>STEPHEN FINDEISEN AND COFFEE BREAK PRODUCTIONS LLC D/B/A COFFEEZILLA,<br><br>                                        *Defendants*. | Civil Action No.: 5:24-cv-00717 |

**JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT**

Pursuant to the Scheduling Order [Dkt. 18], Plaintiff Logan Paul, and Defendants Stephen Findeisen and Coffee Break Productions LLC ("the Parties"), jointly submit the following report on alternative dispute resolution.

(1) Status of Settlement Negotiations

Counsel for the Parties have had multiple informal telephone conversations regarding potential settlement. The Parties do not anticipate that any settlement is imminent but agree to remain open to the possibility.

(2) Persons Responsible for Settlement Negotiations

Jeff Neiman and Andrew Phillips are the persons responsible for settlement negotiations on behalf of Plaintiff. Jason Davis is the person responsible for settlement negotiations on behalf of Defendants.

(3) Appropriateness of ADR at This Time

The Parties do not believe that ADR is appropriate at this stage of the case, but they agree to complete a mediation by June 26, 2025 as required by the Scheduling Order. The Parties are

willing to mediate before one of the U.S. Magistrate Judges or with Mr. Chris Nolland, 1700 Pacific Avenue, Suite 4900, Dallas, Texas 75201, (214) 653-4360, who the Parties believe would be a suitable third-party mediator if he has availability. Otherwise, the Parties will jointly agree on another suitable Texas mediator that is available, and they do not anticipate any difficulty with agreeing on a mediator or on a date for mediation to take place.

|  |  |
|---|---|
| December 3, 2024 | /s/ *Andrew C. Phillips* |
| | Andrew C. Phillips (*Pro Hac Vice*) |
| | Shannon B. Timmann (*Pro Hac Vice*) |
| | MEIER WATKINS PHILLIPS PUSCH LLP |
| | 919 18th Street NW, Suite 650 |
| | Washington, DC 20006 |
| | Email: andy.phillips@mwpp.com |
| | Email: shannon.timmann@mwpp.com |
| | |
| | Jeffrey A. Neiman (*Pro Hac Vice*) |
| | Jason L. Mays (*Pro Hac Vice*) |
| | MARCUS NEIMAN RASHBAUM & PINEIRO LLP |
| | 100 SE 3rd Ave., Suite 805 |
| | Ft. Lauderdale, Florida 33394 |
| | Email: jneiman@mnrlawfirm.com |
| | Email: jmays@mnrlawfirm.com |
| | |
| | Shelby O'Brien |
| | Enoch Kever PLLC |
| | 7600 N. Capital of Texas Highway |
| | Building B, Suite 200 |
| | Austin, Texas 78731 |
| | Email: sobrien@enochkever.com |
| | |
| | *Counsel for Plaintiff Logan Paul* |
| | |
| December 3, 2024 | /s/ *Jason M. Davis (with permission)* |
| | Jason M. Davis |
| | Caroline Newman Small |
| | Rachel Garza |

DAVIS & SANTONS, PLLC
719 S. Flores Street
San Antonio, Texas 78204
Telephone: (210) 853-5882
Facsimile: (210) 200-8395
E-mail: jdavis@dslawpc.com
E-mail: csmall@dslawpc.com
E-mail: rgarza@dslawpc.com

*Counsel for Defendants Stephen Findeisen and Coffee Break Productions LLC*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system on December 3, 2024.

/s *Andrew C. Phillips*
Andrew C. Phillips