IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL,<br><br>        *Plaintiff*,<br> v.<br><br>STEPHEN FINDEISEN AND COFFEE BREAK PRODUCTIONS LLC D/B/A COFFEEZILLA,<br><br>        *Defendants*. | Civil Action No. 5:24-CV-00717 |

**NOTICE OF FIRM AND ADDRESS CHANGE**

Shelby O'Brien, attorney of record for Plaintiff Logan Paul, has changed law firms. The new firm's name and the updated contact information are identified below and are also reflected in the signature block.

 Shelby O'Brien
 Butler Snow LLP
 1400 Lavaca Street, Suite 1000
 Austin, TX 78701
 512-615-1225
 shelby.obrien@butlersnow.com

Plaintiff Logan Paul and his undersigned counsel respectfully request that the Court and all parties serve all future communications, notices, and filings in this case to the undersigned at the new firm, as set forth.

1

Respectfully submitted,

*/s/ Shelby O'Brien*
Shelby O'Brien
**BUTLER SNOW LLP**
1400 Lavaca Street, Suite 1000
Austin, TX 78701
512-615-1225
Shelby.obrien@butlersnow.com

*Counsel for Defendant Logan Paul*
(admitted to Western District of Texas)

### CERTIFICATE OF SERVICE

I hereby certify that, on January 15, 2025, a true and correct copy of the above and foregoing has been served by electronic filing on all counsel of record.

/s/ *Shelby O'Brien*
Shelby O'Brien