**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| LOGAN PAUL, | § | |
| | § | |
|       *Plaintiff*, | § | |
| v. | § | |
| | § | Civil Action No. 5:24-cv-00717 |
| STEPHEN FINDEISEN AND COFFEE BREAK PRODUCTIONS LLC D/B/A COFFEEZILLA, | § § | |
| | § | |
|       *Defendants*. | § | |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

TO:  The Clerk of Court and all parties of record

Please take notice that Ricardo G. Cedillo is admitted or otherwise authorized to practice in this Court and he appears in this case as additional counsel for Plaintiff Logan Paul.

Plaintiff respectfully requests that, pursuant to the Federal Rules of Civil Procedure, the service of all pleadings and other papers filed in this action, as well as any notices from this Court be sent to counsel as follows:

**RICARDO G. CEDILLO**
Texas State Bar No. 04043600
rcedillo@lawdcm.com
DAVIS, CEDILLO & MENDOZA, INC.
755 E. Mulberry Ave, Ste. 250
San Antonio, TX 78212
Telephone: (210) 822-6666
Facsimile: (210) 660-3795

Dated: January 17, 2025	Respectfully submitted,

By: /s *Ricardo G. Cedillo*
Ricardo G. Cedillo (Additional Counsel)
Texas Bar No. 04043600
Email: rcedillo@lawdcm.com
Davis, Cedillo & Mendoza, Inc.
755 E. Mulberry Ave, Ste. 250
San Antonio, TX 78212
Telephone: (210) 822-6666
Facsimile: (210) 660-3795

Andrew C. Phillips (*Pro Hac Vice*)
Shannon B. Timmann (*Pro Hac Vice*)
Meier Watkins Phillips Pusch LLP
919 18th Street NW, Suite 650
Washington, DC 20006
(202) 318-3655
Email: andy.phillips@mwpp.com
Email: shannon.timmann@mwpp.com

Jeffrey A. Neiman (*Pro Hac Vice*)
Jason L. Mays (*Pro Hac Vice*)
Marcus Neiman Rashbaum & Pineiro LLP
100 SE 3rd Ave., Suite 805
Ft. Lauderdale, Florida 33394
(954) 462-1200
Email: jneiman@mnrlawfirm.com
Email: jmays@mnrlawfirm.com

Shelby O'Brien
Butler Snow LLP
1400 Lavaca Street, Suite 1000
Austin, Texas 78701
(512) 615-1225
Email: shelby.obrien@butlersnow.com

***COUNSEL FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

  I hereby certify that, on January 17, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

               */s/ Ricardo G. Cedillo*