IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL,<br><br>                              *Plaintiff*,<br>   v.<br><br>STEPHEN FINDEISEN AND COFFEE BREAK PRODUCTIONS LLC D/B/A COFFEEZILLA,<br><br>                            *Defendants*. | Civil Action No.: 5:24-cv-00717 |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL**

Upon consideration of Plaintiff's Motion to Compel Production of Communications Relevant to Defendants' Actual Malice, filed January 17, 2025, and the parties' respective submissions in support of an in opposition to Plaintiff's motion,

IT IS HEREBY ORDERED THAT:

1. Plaintiff's Motion to Compel Production of Communications Relevant to Defendants' Actual Malice is GRANTED.

2. Defendants Stephen Findeisen and Coffee Break Productions LLC, shall promptly produce all communications between Plaintiff and others, regarding Plaintiff's involvement with the CryptoZoo project, that Defendants possessed when they published the allegedly defamatory statements at issue in this action.

SO ORDERED this _____ day of _____, 2025.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE