UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | Civil Action No. 5:24-CV-00717 |
| § | |
| STEPHEN FINDEISEN and COFFEE § | |
| BREAK PRODUCTIONS, LLC, § | |
| § | |
| *Defendants.* § | |
| § | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND

Before the Court is Defendants Stephen Findeisen and Coffee Break Productions, LLC's (collectively, "**Defendants**") Unopposed Motion to Extend Deadline to Respond to Plaintiff Logan Paul's Motion to Compel Documents Relevant to Defendants' Actual Malice (the "**Motion**"). Based on the Motion, the entire record in this case, and for good cause having been shown, the Court finds that this Motion should be and therefore is **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendants Stephen Findeisen and Coffee Break Productions, LLC's Unopposed Motion to Extend is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants' deadline to respond to the Motion to Compel is **EXTENDED** to **January 31, 2025**.

It is so **ORDERED**.

_____   _____
Date                                                            Honorable Orlando L. Garcia
                                                                       United States District Judge