IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL,<br><br>　　　　　　　　　*Plaintiff*,<br>v.<br><br>STEPHEN FINDEISEN AND COFFEE BREAK PRODUCTIONS LLC D/B/A COFFEEZILLA,<br><br>　　　　　　　　　*Defendants*. | Civil Action No. 5:24-CV-00717 |

**PLAINTIFF'S UNOPPOSSED MOTION TO WITHDRAW SHELBY O'BRIEN AS COUNSEL**

Pursuant to Local Rule AT-3, Plaintiff Logan Paul files this Unopposed Motion to Withdraw Shelby O'Brien as Counsel in this matter.

Plaintiff Logan Paul requests that Shelby O'Brien, local attorney of record for Plaintiff, be permitted to withdraw as counsel for Plaintiff. Plaintiff has retained new local counsel in this matter, Ricardo G. Cedillo. Mr. Cedillo has filed a Notice of Appearance of Additional Counsel in this matter. (Dkt. No. 25.) Mr. Cedillo's name and address is:

>	Ricardo G. Cecillo
>	DAVIS, CEDILLO & MENDOZE, INC.
>	755 E. Mulberry Avenue, Suite 250
>	San Antonio, TX 78202
>	rcedillo@lawdcm.com
>	210.822.6666 (Phone)
>	210.660.3795 (Fax)

This withdrawal will not delay any proceedings. This motion is unopposed.

1

For the reasons stated above, Plaintiff Logan Paul respectfully requests that the Court grant this motion to withdraw Shelby O'Brien as a counsel of record and remove Ms. O'Brien from all further electronic notifications regarding this case.

                                                       Respectfully submitted,

                                                       */s/ Shelby O'Brien*
Shelby O'Brien
**BUTLER SNOW LLP**
1400 Lavaca Street, Suite 1000
Austin, TX 78701
(512) 615-1225
Shelby.Obrien@butlersnow.com

Ricardo G. Cedillo
Texas State Bar No. 04043600
**DAVIS, CEDILLO & MENDOZA, INC.**
755 E. Mulverry Avenue, Suite 250
San Antonio, TX 78212
Telephone: (210) 822-6666
Facsimile: (210) 660-3795
Email: rcedillo@lawdcm.com

Andrew C. Phillips (*Pro Hac Vice*)
Shannon B. Timmann (*Pro Hac Vice*)
**MEIER WATKINS PHILLIPS PUSCH LLP**
919 18th Street NW, Suite 650
Washington, DC 20006
(202) 318-3655
Email: andy.phillips@mwpp.com
Email: shannon.timmann@mwpp.com

Jeffrey A. Neiman (*Pro Hac Vice*)
Jason L. Mays (*Pro Hac Vice*)
**MARCUS NEIMAN RASHBAUM & PINEIRO LLP**
100 SE 3rd Avenue, Suite 805
Ft. Lauderdale, FL 33394
(954) 462-1200
Email: jneiman@mnrlawfirm.com
Email: jmays@mnrlawfirm.com

*Counsel for Plaintiff Logan Paul*

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(G), I hereby certify that on January 22, 2025, I conferred with all counsel by email, and none were opposed to this motion.

/s/ *Shelby O'Brien*
Shelby O'Brien

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 22, 2025, a true and correct copy of the above and foregoing has been served by electronic filing on all counsel of record.

/s/ *Shelby O'Brien*
Shelby O'Brien