IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL,<br><br>　　　　　　　*Plaintiff*,<br>v.<br><br>STEPHEN FINDEISEN AND COFFEE BREAK PRODUCTIONS LLC D/B/A COFFEEZILLA,<br><br>　　　　　　　*Defendants*. | Civil Action No. 5:24-CV-00717 |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSSED MOTION TO WITHDRAW SHELBY O'BRIEN AS COUNSEL**

Before the Court is Plaintiff Logan Paul's Unopposed Motion to Withdraw Shelby O'Brien as Counsel ("Motion"). The Court finds that the Motion (Dkt. No. __) should be and hereby is **GRANTED**.

IT IS THEREFORE ORDERED that Ms. Shelby O'Brien is **WITHDRAWN** as counsel of record for Plaintiff Logan Paul.

IT IS FURTHER ORDERED that all further docket items and correspondence directed to Plaintiff Logal Paul shall not be sent to Shelby O'Brien.

The Clerk of the Court is directed to update the docket in accordance with this Order.

SIGNED this ___ day of January 2025.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Orlanda L. Garcia
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge