# Exhibit B

| | |
|---|---|
| **From:** | Caroline Small |
| **To:** | Jeffrey Neiman; Jason Mays |
| **Cc:** | Erin Green; andy.phillips@mwpp.com; shannon.timmann@mwpp.com; rcedillo@lawdcm.com; Jason Davis; Rachel Garza; Danielle Grote; Jasmine Capetillo; Dela Valdez; Hailey Cho |
| **Subject:** | RE: Paul v. Findeisen, et al. |
| **Date:** | Friday, January 31, 2025 11:51:00 AM |
| **Attachments:** | image002.png<br>image003.png |
| **Importance:** | High |

Jeff,

It occurred to me that we didn't expressly discuss the deadline for us to respond to the pending MTC in our phone call – which is due today. We intended to ask for an extension of the deadline in light of my international travel and Jason's trial, to February 14 so it lines up with the other deadlines. We will be filing a MFE today.

For purposes of the COC, are you agreeable to that extension?

Thanks,
Caroline

**From:** Jeffrey Neiman <jneiman@mnrlawfirm.com>
**Sent:** Friday, January 31, 2025 8:26 AM
**To:** Jason Mays <jmays@mnrlawfirm.com>
**Cc:** Erin Green <egreen@dslawpc.com>; andy.phillips@mwpp.com; shannon.timmann@mwpp.com; rcedillo@lawdcm.com; Jason Davis <jdavis@dslawpc.com>; Caroline Small <csmall@dslawpc.com>; Rachel Garza <Rgarza@dslawpc.com>; Danielle Grote <dgrote@dslawpc.com>; Jasmine Capetillo <jcapetillo@dslawpc.com>; Dela Valdez <dvaldez@dslawpc.com>; Hailey Cho <hcho@dslawpc.com>
**Subject:** Re: Paul v. Findeisen, et al.

[This message came from the outside. Do not click links or open attachments unless you know the content is safe.]

Please let us know by the COB today if this was an oversight or if you intend to assert privilege over the text string and if so, why, given your position on the emails?

Thank you.

Jeffrey A. Neiman
Marcus Neiman Rashbaum & Pineiro LLP
100 Southeast Third Avenue
Suite 805
Fort Lauderdale, Florida 33394
Telephone: 954-462-1200

jneiman@mnrlawfirm.com

This e-mail message is from Marcus Neiman & Rashbaum LLP, a law firm, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.

On Jan 30, 2025, at 5:32 PM, Jason Mays <jmays@mnrlawfirm.com> wrote:

Thank you. We note that your letter does not account for your privilege assertion over Mr. Findeisen's *text messages* with Mr. Kerkher (which is reflected at Row 16 of your privilege log of text messages), only his emails. Was that an oversight? Please confirm that this privilege assertion is being withdrawn, as well, and assuming that is the case please produce those text messages. Thanks, Jason

**From:** Erin Green <egreen@dslawpc.com>
**Sent:** Thursday, January 30, 2025 5:07 PM
**To:** andy.phillips@mwpp.com; shannon.timmann@mwpp.com; Jeffrey Neiman <jneiman@mnrlawfirm.com>; Jason Mays <jmays@mnrlawfirm.com>; rcedillo@lawdcm.com
**Cc:** Jason Davis <jdavis@dslawpc.com>; Caroline Small <csmall@dslawpc.com>; Rachel Garza <Rgarza@dslawpc.com>; Danielle Grote <dgrote@dslawpc.com>; Jasmine Capetillo <jcapetillo@dslawpc.com>; Dela Valdez <dvaldez@dslawpc.com>; Hailey Cho <hcho@dslawpc.com>
**Subject:** Paul v. Findeisen, et al.

Dear Counsel,

Please see the attached correspondence on behalf of Caroline Newman Small regarding the above referenced matter.

Additionally, below is the Dropbox link referenced in the attached correspondence:

2025 01-30 Defendants' Supplemental Production

Thank you for your attention and please contact our office if you have any questions.



**Erin Green**
Trial Specialist

719 S. Flores Street
San Antonio, Texas
78204
dslawpc.com

**P:** (210) 853-5882
**C:** (979) 229-5712

<image007.png>

**E:**
egreen@dslawpc.com

CONFIDENTIALITY NOTICE:  This communication is confidential, may be privileged and should be read or retained only by the intended recipient.  If you have received it by mistake, please immediately notify the sender and delete it from your system.