UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LOGAN PAUL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | SA-24-CV-717-OLG (HJB) |
| | § | |
| STEPHEN FINDEISEN, and | § | |
| COFFEE BREAK PRODUCTIONS LLC | § | |
| d/b/a Coffeezilla, | § | |
| | § | |
| Defendants. | § | |

**ORDER SETTING
IN-PERSON HEARING**

Before the Court are Plaintiff's Motion to Compel Production of Communications Relevant to Defendants' Actual Malice (Docket Entry 26), and Defendants' Second Motion to Extend Deadline to Respond to Plaintiff's Motion to Compel (Docket Entry 30). Pretrial and scheduling matters in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b). (*See* Docket Entry 33.)

It is hereby **ORDERED** that Defendants' Second Motion to Extend Deadline to Respond to Plaintiff's Motion to Compel (Docket Entry 30) is **GRANTED**. Defendants' Response to Plaintiff's Motion to Compel Production of Communications Relevant to Defendants' Actual Malice (Docket Entry 32) already on record is accepted by the Court as timely.

It is **FURTHER ORDERED** that Plaintiff's Motion to Compel Production of Communications Relevant to Defendants' Actual Malice (Docket Entry 26) is set for an in-person hearing on **March 24, 2025**, at **1:30 P.M.** in Courtroom D on the 2nd Floor of the United States Courthouse, 262 West Nueva Street, San Antonio, Texas, 78207.

**SIGNED** on February 5, 2025.

_____
Henry J. Bemporad
United States Magistrate Judge