# Exhibit 1

**iMessage**
**Nov 30, 2022, 7:43 PM**

> thank you

> I wish him and you the best. That's horrible

**Dec 18, 2022, 1:18 PM**

> Hey! Nice job!!! Sorry I went mia- my dad died on Monday. It's been a sad and crazy month for me. I'm looking forward to the other parts. ✌🏼

**Dec 18, 2022, 6:58 PM**

> I'm so sorry to hear that maureen. I can't imagine what you're going through.

> Thank you. I appreciate that. BTW - I'm not sure if you ever got in touch with Eddie but he texted Charles and I asked what number and he gave me the 203-810-9140... thank you again. Life is crazy and cruel.

**Dec 29, 2022, 12:08 AM**

> Hey, nice job on the videos. I hope Eddie is finished after this! I've been speaking with a few other people whose wallets were frozen and we're discussing getting a lawyer and suing Eddie and Logan. I also texted with jake yesterday... wild shit...

**Dec 29, 2022, 12:55 PM**

Hey thanks so much. Wouldn't have been possible w/out you bravely helping w stuff. Do you have time for a quick call today?

Can you do now? I'm driving for the next 30 minutes.

Yes, I will call you in a moment

Dec 30, 2022, 2:25 PM

Hey, I'll get you that document tonight or tomorrow hopefully, had a few things come up.



> No worries. WTF is up with this ass clown??

I have no idea, if I had to guess he thinks he has something that vindicates him?

Can't imagine what it'd be... not to mention I've literally been trying to reach him for a year +

> Well... I am curious. I hope this ruins all of them.

Dec 30, 2022, 10:57 PM

Hey I'm trying to redact the document and I think the password is actually getting in the way. Is there a way to remove it? There's a "permissions password" but it's not 0153

Any ideas?

Ok I think I found a way.

Maureen (you)
John McGrath
Charles morris
Shemori

Now are all invisible as far as texts originating from each of you.
In your inbox.

> Please verify and confirm

**Dec 31, 2022, 5:40 PM**

> Hey Maureen happy New Year's Eve! Whenever you're free lmk about that doc. Wishing you and your family a better 2023 😊

>> Thank you. Yes, I will look at it tonight for sure. Happy new year.

**Dec 31, 2022, 7:43 PM**

>> All looks good. thank you!

**Jan 3, 2023, 11:48 PM**

>> What did you think?

**Jan 5, 2023, 1:25 AM**

>> I'm Logan's "apology video" he says he's never made money from zoo- then he says something crazy - I will never make money from zoo- which means he will never produce the game. If his intentions were to make a functioning game- why wouldn't he make money??? It doesn't make sense.

**Jan 7, 2023, 5:35 PM**

> Yeah, Logan 's first two responses were absolutely terrible

> Just a quick curiosity, what are the phone numbers you had associated with Logan Paul, and crypto king, and Eddie from those texts. In your phone address book I mean.

Jan 10, 2023, 12:25 AM

> Hey! Sorry to bother just following up on this.

> Oh hey- yeah, I didn't even see this text. Let me check...

> You know, Eddie had a ton of numbers... total sketch.

> LP

> EI

> J

> The 810 number was working for Eddie in October...

> Do you have Dani Strobel? She's the other person in the big 5

> That I don't have.

> Yep

> DS

> What's next for all this?

**1 Reply**

**Jan 14, 2023, 3:40 PM**

OMG - looks like you got a new BFF in LP!!! Lol

**Jan 19, 2023, 1:38 PM**

> What's next for all this?

**1 Reply**

Depends on who steps forward. I think lawsuits are next against LP and the founders. I'm not involved tho

**Jan 20, 2023, 2:39 PM**

Are the people you know going through that Tom lawyer? You did a great job- thank you. It must feel good that it's over...

**Jan 20, 2023, 6:47 PM**

He definitely feels amazing, thanks for helping again

It*

**Feb 6, 2023, 10:22 AM**

I think I'm going to contact that Tom guy...

Makes sense. Do you want his #?

Yeah- that would be great. I really want to

Yeah that would be great. I really want to focus on Logan freezing my wallet.

Read 2/6/23