# Exhibit A

## Part 1 of 6

To: CryptoZoo 

Jeff Levin


Crypto zoo



Feb 19, 2021, 7:43 PM
Eddie Ibanez added +1 (617) 301-2628 to the conversation.

Feb 19, 2021, 7:43 PM
You named the conversation "CryptoZoo".

Feb 19, 2021, 9:14 PM

Eddie Ibanez

Yo

+1 (617) 301-2628

Chucks mom here

Feb 19, 2021, 10:24 PM

Jake Crypto King


iMessage
 

**E** Yo

+1 (617) 301-2628
Chucks mom here

Feb 19, 2021, 10:24 PM

**Jake Crypto King**
What's good squad, we are going to build a crypto masterpiece of a monetary ecosystem. CryptoZoo had commenced 😎

**JC** Has *

1000%

+1 (617) 301-2628
Let's get it 🚀

Feb 20, 2021, 8:45 AM

**Eddie Ibanez**
Here's the token, hashed it this AM we need to get the rules and economics down & I'll program them into the "contracts"

ZenabiMaster ^0.5.00;


//
------------------------------------------------------------------
------

Let's fucking go

Possible to be two "O"'s instead of a 0 and O

Bro you're wild that's insane lol

**Eddie Ibanez**
I saw - ZOO was taken.

**E** So I made it a 0 & an O

Jake didn't you say we could override or some shit

and if not I think two zeros would be better

Z00

**Jake Crypto King**

CONFIDENTIAL

To: CryptoZoo 

Jake didn't you say we could override or some shit

and if not I think two zeros would be better


ZOO

Jake Crypto King

Logan, I need the names of the base animals, and the rankings fo which are most rare (most valuable) in our zoo world. To be able to do yield I have to order them (and offspring) unless we want a stable yield for all offspring except albino or gold eggs. Regardless need the base 15 names, along with which order u want them ranked in. And I need to see that Swama again 😅

JC    For*

HAHAHA okay standby

Gorilla 5
Pug 3
Shark 2
Lion 4
Elk 3
Butterfly 3
Blobfish 5
Naked Mole Rat 5
Orca whale 3
Turtle 2
Penguin 2
Kitten 1
Elephant 4
Duckling 2
Panda 3

(1 is least rare, 5 is most rare)


Yield directly correlated to rarity

Also for like the ultra rare like albinos I think the yield should be like insane. Like you can make semi legit ZOO with it

Like real $$ basically

Jake Crypto King

The whole thing yields real $$ for zoo keepers but we can make sure albinos yield a rate exponentially higher so people are incentivized to collect and breed to chase that possibility

Yup exactly

 iMessage  

CONFIDENTIAL

PAUL_CZ0004613

To: CryptoZoo





JC: albinos yield a rate exponentially higher so people are incentivized to collect and breed to chase that possibility

Yup exactly

I would use this to add the exponential weighting's to the animals



**A Gentle Introduction to the Gradient Boosting Algorithm for Machine Learning**
machinelearningmastery.com

 Just an idea

Fuck what is that

For the average mind

Such as myself

Jake Crypto King

JC: U guys are making my mind feel very average *

Eddie Ibanez



iMessage

To: CryptoZoo





 Here's a little explanation

Jeff Levin

Like it

So we could do that with the amount of zoo tokens you get for doing something. We would then assign weight to the actions and it would simulate

Eddie Ibanez

In theory – just an idea of you guys wanted to utilize this approach.

Jake Crypto King

It's brilliant, it would be completely automated. How hard would it be to assign values to different tasks? It would in essence would replace us playing "god" besides the 1st values associated

I love it

There's so much room for fucking creativity here

And just to keep y'all motivated

I give you

The Blug



iMessage

To: CryptoZoo 

The Blug





or perhaps you'd take an interest in

A Blob Shark



Jake Crypto King

JC  I haven't stopped laughing

+1 (617) 301-2628

Holy shit 😂😂😂

Jake Crypto King

JC  I need a Swama 🥹 I'm saving him forever

CONFIDENTIAL
PAUL_CZ0004616

To: CryptoZoo 

**Jake Crypto King**

I haven't stopped laughing

**+1 (617) 301-2628**

Holy shit 😂😂😂

**Jake Crypto King**

I need a Swama 🥴 I'm saving him forever

Swan and Llama in the next round

Feb 20, 2021, 1:21 PM

Eddie Ibanez



What's this called?

iMessage

CONFIDENTIAL

To: CryptoZoo 

**E** What's this called?


Whilf

Milf wit a whip

**Jake Crypto King**

**JC** Mom!? Why are u at lunch with my mom!?!

+1 (617) 301-2628

Bro stop fucking my mom

U can fuck my mom eddie

I'd be honored

But she hella prude bro

**Jeff Levin**

 My moms in the hospital with covid but you can try to make a go at her.  Dr Eddie

Feb 20, 2021, 2:39 PM

I'm gonna ask a crazy fucking questions

Say we call the release of the first 15 animals "phase 1"

do we release an entirely new set of animals in "phase 2," and never revisit "phase 1" ??

it would make holding an egg from phase 1 or a gorilla, for example, much more valuable because it was only dropped in the very first round.

If we did, we'd have to pick a smart # to release but basically force scarcity.

I'm playing around with these other NFTs and like crypto punks only released 10,000 and some of these bitches selling for $3M. Lowest is $25k

**Eddie Ibanez**

**E** I like not going back to phase 1 - adds scarcity. Offer potential hybrids from phase 1

The hybrids will always be avail yup

iMessage

CONFIDENTIAL                                                              PAUL_CZ00004618

To: CryptoZoo

from phase 1

The hybrids will always be avail yup

Like your gorilla will always be able to mate with the new animals

I think it makes phase 1 fucking kitty

Litty*

**Eddie Ibanez**

Yes I like that adds a call to action to buy in on the first phase

damn bro this shit gonna POP

the eggs gonna be crazy

**Jake Crypto King**

100% we should implement this^. That's what will drive huge value for the phase 1 animals to be held, not bred, not transferred.

Ull never be able to attain them again. Perfect way to force scarcity on all Phase 1, and then within that there are built in levels or rarity as we discussed prior 1-5

yup. and for eggs:

base eggs -
- regular (could be anything but obviously chances of getting rarer animals is lower)
- gold (guaranteed 4 or 5 rarity)
- white (albino, rare as fuck)

hybrid eggs
regular
white (albino)

**Jake Crypto King**

We are going to have a full fledged zoo in a month. So albino eggs guarantee albino offspring, will drive value in the different types of eggs and the gamble of what it may pop out. The gamble and risk speculation is what will drive so much of the value along with the yields on a coin we airdrop em.

facts

Gonna write descriptions for all the animals and offspring and eggs

Eddie & Chuck's Mom, I'm sure y'all already know but encourage checking out cryptokitties infrastructure and how the breeding and shit works. I just checked it out will be good to use as a rough skeleton for us

iMessage

To: CryptoZoo 

Gonna write descriptions for all the animals and offspring and eggs



Eddie & Chuck's Mom, I'm sure y'all already know but encourage checking out cryptokitties infrastructure and how the breeding and shit works. I just checked it out will be good to use as a rough skeleton for us

**+1 (617) 301-2628**


On it brother 👍

Also - have we thought about male & females ? Like do males have to breed with females? Would make collecting more of a challenge but would encourage trading and buying/selling on the market

**Jake Crypto King**

JC  Adds a layer of complexity. Will it slow the build or complicate the game too much as it would in essence double the # of characters? While adding the requirement of opposite sex for breeding.

Does cryptokitties do it

Might be tough

**Jake Crypto King**

JC  Nope cryptokitties does not, gen 0 just means faster breeding gestation period. Each time cat breeds it takes longer to produce next offspring

Got it

Feb 20, 2021, 11:17 PM

**Eddie Ibanez**

This thing is 2 years old FYI - also a lot more assets will be needed. We should go over site functionality as this one does a lot.

 **Diamond**    First ever mewtation

 **Gilded**    First 10

 **Amethyst**    First 100

 **Lapis**    First 500

They also offer these badges - rewards or gamification for users.


Meowstro
Fancy                1698 total


Atlas
Fancy


Purrity
Fancy                5984 total

  iMessage   

To: CryptoZoo 

They also offer these badges – rewards or gamification for users.



**Meowstro**
Fancy — 1698 total

Find a Meowstro



**Atlas**
Fancy

Find an Atlas



**Purrity**
Fancy — 5984 total

Find a Purrity

**E** Designs should include cards also like this.



Definitely, I also don't think we need to over complicate – cuz cryptokitties definitely lost the plot somewhere down the line I believe



And I was gonna put the animals on Polaroids

**Eddie Ibanez**

I trust you guys on making it viral

**E** And appreciate us keeping it simple

**Jake Crypto King**

**JC** Simple is best, utility for the zoo token and gamification of the eggs via randomization and speculation. People will eat it up in crypto and likely mainstream. Even if just a win in crypto like nba topshot will be a huge fiscal victory and company sale.

**Eddie Ibanez**



**E** Lmk when the milf eggs drop – I'm buying them all.

Legend

  iMessage  

To: CryptoZoo





E  Lmk when the milf eggs drop – I'm buying them all.

Legend

Feb 21, 2021, 4:56 PM

Are you FUCKING kidding me



A PANDUIN

Jeff Levin

  My favorite by far

This is brilliant

iMessage

CONFIDENTIAL
PAUL_CZ00004622

To: CryptoZoo 



A PANDUIN

**Jeff Levin**
My favorite by far 

This is brilliant

+1 (617) 301-2628
 Best one yet

**Eddie Ibanez**
 Anal

well said

**Jake Crypto King**
 I want to take him home. Where can I buy one?!

CRYPTO FKN ZOO



 iMessage  

To: CryptoZoo 

**Jake Crypto King**

JC  I want to take him home. Where can I buy one?!

CRYPTO FKN ZOO



horrifying

**Jake Crypto King**

JC  Pugrilla 😅 these are so wild

I get that we're capitalizing on NFTs but this is just a brilliant collectible concept in general

God damn

**Jeff Levin**

Love Pugrilla haha

 This is gold

Feb 22, 2021, 9:36 AM

**+1 (617) 301-2628**

What's good boys. Let's finalize terms and conditions of the deal then we'll start developing

iMessage

JC · Pugrilla 😆 these are so wild

I get that we're capitalizing on NFTs but this is just a brilliant collectible concept in general

God damn

**Jeff Levin**
Love Pugrilla haha

This is gold

Feb 22, 2021, 9:36 AM

+1 (617) 301-2628
What's good boys. Let's finalize terms and conditions of the deal then we'll start developing

Good shout, gonna meet with Jeff today and talk about it

+1 (617) 301-2628
Sweet happy to hop on a call this week as well with Eddie. This is the future. Let's go 🚀

eskeetit

**Jake Crypto King**
Let's do it, I can get a rough draft of a NFT sale plan, economics for ZOO or FEED and utility for the NFTs and token situated. Ready roll when the team is.

**Jeff Levin**
Eddie has already started on frame work of the program 👍

**Jake Crypto King**
We were discussing it here ^ earlier, how much other framework had been built? We should get a file we can collaborate on live so we aren't doing redundant tasks. 👍

**Eddie Ibanez**
Love it boys. Let's go all in!

Feb 22, 2021, 4:09 PM

Jake any luck on figuring out legitimacy of ZOO token?



4:09 🔒 zootoken.club

iMessage

CONFIDENTIAL

To: CryptoZoo 

**Jeff Levin**
Eddie has already started on frame work of the program 👍

**Jake Crypto King**
We were discussing it here ^ earlier, how much other framework had been built? We should get a file we can collaborate on live so we aren't doing redundant tasks.

**E** Love it boys. Let's go all in!

Feb 22, 2021, 4:09 PM

Jake any luck on figuring out legitimacy of ZOO token? 👍



**Jake Crypto King**



  iMessage  

CONFIDENTIAL

To: CryptoZoo

"Cooling off in the penguin tank. "

Buy ZOO

**Own a piece of virtual zoo estate**

⚠️ **This is an experimental project.** ⚠️
The **smart contract** have been reviewed by two experienced Solidity developers, but an official audit is not available.
Consider acquiring ZOO tokens as to be participation in an experiment, with no expectations and absolutely no guarantees of any financial gain.

Brought to you with ❤️. Special thanks to **Ogar** for the amazing build

Twitter Telegram Email

Jake Crypto King

AA etherscan.io

Etherscan

Zoo

RAZOOM Pre (RZMP) $0.00
0xa0a57fe3e3c5887d35242f4be93688a2c20c0695
https://razoom.org/

ZooToken (ZOO) $0.00
0x1af39b291fCD158ADe7b85D83f1044D02AB8D6
https://zootoken.club/

Zoom Protocol (ZOM) $16.53

iMessage



Case 5:24-cv-00717-OLG-HJB   Document 35-3   Filed 02/10/25   Page 19 of 113


**Etherscan**

Zoo|


**RAZOOM Pre (RZMP)**   $0.00
0xa0a57fe3e3c5887d35242f4be93688a2c20c0695
https://razoom.org/

**ZooToken (ZOO)**   $0.00
0x1af39b291fCD158ADe7b85D83f1044D02AB8D6
https://zootoken.club/

**Zoom Protocol (ZOM)**   $16.53


**Etherscan**

Zoo

0x1a231e75558a951c395785EF5DTA558Tec022L
https://zoomprotocol.com/

**CoinZoom (ZOOM)**   $0.09
0x69cf3091c91eb72db05e45c76e58225177dea74
https://www.coinzoom.com/

**Zoo Token (ZOO)**   $0.00
0xe31515fe3023e715650eb2307379244c40cdbc9
https://ethbirds.co/

iMessage

CONFIDENTIAL                                                                    PAUL_CZ0004628

To: CryptoZoo 





Zoo

0x1a231e75538a931c395785EF5DTA558Tec022L

https://zoomprotocol.com/

CoinZoom (ZOOM)   $0.09

0x69cf3091c91eb72db05e45c76e58225177dea74:

https://www.coinzoom.com/

Zoo Token (ZOO)   $0.00

0xe31515fe3023e715650eb2307379244c40cdbc9:

https://ethbirds.co/

**JC** Currently there are 2 "ZOO" tokens minted, different project. 1 is still alive and launches in 2 months, if it launches at all. It doesn't mean we can't have the same a acronym for token.

**JC** So 3 options, 1. We print ZOO on ETH regardless if there's another project dead/alive (it looks like a scam and hasn't launched) 2. We print ZOO on BNB smart chain or even (GO smart chain which uses ETH but is faster sub chain) as there is no ZOO in it and token transfer will be much cheaper or 3. We pick a different name...I vote 2, we build on eth and use Gochain to facilitate quicker transfers.

I'd love to use $ZOO as the ticker so yeah if we do 2 let's get it

Jake Crypto King

We can do 2, no one will have even heard of the others. Using Gochain our tokens can move quickly on ethereum blockchain using a side chain. Eddie and Chris's mom sound like they'll crush it regardless of chain used but I want it to migrate simply with the platform so eth/eth

iMessage  

CONFIDENTIAL   PAUL_CZ0004629



**JC** project dead/alive (it looks like a scam and hasn't launched) 2. We print ZOO on BNB smart chain or even (GO smart chain which uses ETH but is faster sub chain) as there is no ZOO in it and token transfer will be much cheaper or 3. We pick a different name...I vote 2, we build on eth and use Gochain to facilitate quicker transfers.

I'd love to use $ZOO as the ticker so yeah if we do 2 let's get it

Jake Crypto King

**JC** We can do 2, no one will have even heard of the others. Using Gochain our tokens can move quickly on ethereum blockchain using a side chain. Eddie and Chris's mom sound like they'll crush it regardless of chain used but I want it to migrate simply with the platform so eth/eth would work best Gs building on eth and using a token on bsc(Binance smart chain).

**JC** Vs*

It's chuck's mom

Hahaha

As long as it's still easy to collect tokens and shit and functions with metamask blah blah? I want it to be easy

Jake Crypto King

**JC** Hahaha sorry wasn't saved, chuck's mom 💯







iMessage





Case 5:24-cv-00717-OLG-HJB   Document 35-3   Filed 02/10/25   Page 22 of 113







**Jake Crypto King**

Must connect with metamask direct,simple is best.

JC  That's a real CatDog, 11 yr old me would be SO happy!

Facts

**Eddie Ibanez**

I know Chris' mom too.

E  I'll look into opt 2.

Feb 23, 2021, 9:32 AM



iMessage

CONFIDENTIAL

PAUL_CZ0000631

To: CryptoZoo 

E | I'll look into opt 2.

Fe ❤️ 2021, 9:32 AM



Eddie Ibanez

 | That's good

Feb 23, 2021, 1:19 PM



iMessage





 That's good

Feb 23, 2021, 1:19 PM













Jake Crypto King



We have a Bark and a Ganda 😅! Lol this is going to be a project I never forget.

Feb 23, 2021, 2:50 PM




iMessage



CONFIDENTIAL

To: CryptoZoo





**JC** We have a Bark and a Ganda 😅! Lol this is going to be a project I never forget.

Feb 23, 2021, 2:50 PM



Eddie Ibanez

**E** That's how I make milfs waddle

Thatta boy

Feb 24, 2021, 8:50 PM

iMessage

CONFIDENTIAL
PAUL_CZ0004635





Eddie Ibanez

That's how I make milfs waddle

Thatta boy

Feb 24, 2021, 8:50 PM



iMessage

To: CryptoZoo 



**Jake Crypto King**

> Wait...isn't that a tiger...lol does it have a panda face? I can't tell.  Wow that's either really good or I was just scammed

Tiger with a panda face but we'll call it a lion

Feb 25, 2021, 11:26 AM









CONFIDENTIAL

PAUL_CZ00004638





**Jake Crypto King**

JC It's so cute! It's like a wooly mammoth!

Feb 26, 2021, 5:33 PM

Eddie Ibanez



E

**1 Reply**



E




**Jeff Levin**

Wow

**Jake Crypto King**

JC I'm actually blown away. Holy shit

+1 (617) 301-2628

Mind blown

**Jake Crypto King**

JC A bard (baboon bird) and a Fraligator 😅

**Jeff Levin**

A babard

Fragliator is amazing

iMessage

CONFIDENTIAL

To: CryptoZoo 

Jeff Levin

 Wow

Jake Crypto King

 I'm actually blown away. Holy shit

+1 (617) 301-2628

Mind blown

Jake Crypto King

 A bard (baboon bird) and a Fraligator 

Jeff Levin

A babard

Fragliator is amazing

Eddie Ibanez







 iMessage

CONFIDENTIAL

To: CryptoZoo 





E

Feb 27, 2021, 2:41 PM

Jake Crypto King

I've need another level of rarity. Beyond albino, maybe "alien" or _____. If u breed 2 albinos u may get a _____. The rarest specimen in the game. That's the chase, the albino is just stepping stone. CryptoPunks has a few levels of rarity including alien and those drive the most insane value.

JC

Wow very true

Two albinos breed

hmmm

but can't be albino hybrids, right? Have to be albino base animals

Or what

Eddie Ibanez

We're going to have the (first editions"  right?

(I'm spitting ideas and they may be dumb – just to exercise thought and ideas) maybe something like how Pokémon had chrome versions of the same card... or marvel universe had hologram versions. We randomly generate .0001 % of a version of egg have a special attribute?

Or do all eggs breed animals? Thinking of cards – in a pack you got elements & trainers and different types.... could eggs generate – other things (probably not this is what the marketplace is for but I'm thinking out of box hoping you guys come up with something )

Maybe something like Per egg "edition" release – we create a new

iMessage

To: CryptoZoo 

elements & trainers and different types.... could eggs generate - other things (probably not this is what the marketplace is for but I'm thinking out of box hoping you guys come up with something )

Maybe something like Per egg "edition" release  - we create a new species that's rare like a rainbow version or a chrome...

E  I agree on the base mating with base albino's

Jeff Levin



**Sorare • Global Fantasy football**
sorare.com

 These guys are doing unbelievable because its got gamification included with NFTs

Eddie Ibanez

(Crazy hat still on)



**Gamma Rays Provide New Quantum Gravity Constraint**
physics.aps.org

I like these ideas

Jake Crypto King

JC  Gamification and utility with the NFTs is why zoo succeeds

Jeff Levin

See you guys in a hr

Meeting tomorrow

iMessage

CONFIDENTIAL
PAUL_CZ0004642

Meeting tomorrow

Yes sir

**Eddie Ibanez**

(This could be dumb)

Life started as one double helix single cell organism in the darkness of space.

As gamma rays and infra rays passed through the helix it caused mutations - so if you're looking for scarcity maybe an idea is to have control mutations.. think of a video game that has a double XP weekend.

If a creature's exposure to events like being exposed to gamma, infra red, and a different ray type - could cause their mutation — this leading their creatures to become more scarce - then we control a users incentive to engage in our controlled eco-system as they would want to engage in such "mutation ray" events. Gamma Wednesday - buy radiation time for mutation, redeeming coins purchased - or buying them with a CC...

yessss very cool

**Eddie Ibanez**

And maybe / for each positive attribute in a creature created... there's a negative one created elsewhere... not sure where - but I love Dirac's 1933 discovery of anti-matter



**How Dirac predicted antimatter**

iMessage

CONFIDENTIAL



**How Dirac predicted antimatter**
newscientist.com

Nature often finding synergy in positive and negative - think would good be around if there was no form of evil, darkness without light -

"He interpreted the Dirac equation to mean that for every particle there existed a corresponding antiparticle, exactly matching the particle mass but with opposite charge. In 1955, antiproton was discovered by University of California, Berkeley physicists."

Also / something else crazy and would take time to build n V3 - also disclaimer - may be dumb idea... I'm just pumping them to you guys - feel free to shut me up.

We designate locations - for types of mutation characteristics... think of Egypt - and time spent there gave your creatures a boost in resilience to heat & or mutated them looking a little tomb animal cleopatra like - boosting those attributes... making people actually go to places for attributes to create scarcity...

Feb 28, 2021, 12:41 PM

Jake Crypto King

For CryptoZoo breeding and NFTs can it be built on a side chain or a chain besides eth for speed and costs? ^ to discuss

Jeff Levin

Eddie is getting a new phone and will be there 1:30

Jake Crypto King

Me too 1:30 says nav

+1 (617) 301-2628

Here 👍

Jeff Levin

In route

But call me when you start

+1 (617) 301-2628

Got Eddie with me 😂 he's grabbing a sandwich and coming right back

Jeff Levin

Jakes at the front gate

I'm going threw red lights

CONFIDENTIAL
PAUL_CZ0000464



To: CryptoZoo



But call me when you start

+1 (617) 301-2628



Got Eddie with me 😂 he's grabbing a sandwich and coming right back

Jeff Levin

Jakes at the front gate



I'm going threw red lights

+1 (617) 301-2628

  00:10

Jeff Levin



Might make it faster or longer

Fantastic

God damnit sorry Eddie

Jeff's a dad

Feb 28, 2021, 5:10 PM



iMessage

PAUL_CZ0004645

Case 5:24-cv-00717-OLG-HJB   Document 35-3   Filed 02/10/25   Page 37 of 113

Jeff's a dad

Feb 28, 2021, 5:10 PM





CONFIDENTIAL

PAUL_CZ0004646







CONFIDENTIAL
PAUL_CZ0004647







CONFIDENTIAL

PAUL_CZ0004648





— Different types of feed.
Ls Yielding →

must invite 3
ppl before you get food
allowed to get food

PROFILE

ZOOKEEPER
animals   hybrids   daily yield

Exhibit

Collect & breed exotic animal hybrids for
Zoo Tokens in your CRYPTO ZOO!



MY BANK

constant
ticker?

#ZOOTOKENS
≈ $ USD

total
daily yield
($ per animal)

Total Daily Yield: X ZOO
Top Earners:
animal 1 – x/day
animal 2 – x/day
animal 3 –
animal 4 –

Transaction




CONFIDENTIAL
PAUL_CZ0004649



Collect & breed exotic animal hybrids for ZooTokens in your CRYPTOZOO!



MY BANK

constant ticker

#ZOOTOKENS
≈ $ USD

total daily yield (& per animal)

Total Daily Yield: × 200
Top Earners:
animal 1 - ×/ day
animal 2 - ×/ day
animal 3 -
animal 4 -
animal 5 -
animal 6 -

TRANSACTION HISTORY
Made offer on Penguin < 1 ETH
SOLD GORILLA = 10 ETH
Bid: × ETH, elephant
Bid withdrawn: × eth

see cryptopunks →

transaction history



MARKET

LEADERBOARD

CONFIDENTIAL

PAUL_CZ0004650





CONFIDENTIAL
PAUL_CZ0000451










CONFIDENTIAL

PAUL_CZ0004652







Feb 28, 2021, 6:38 PM

Great work today bros

+1 (617) 301-2628

Killer day. Let's keep it going 😤🚀

iMessage

To: CryptoZoo





Feb 28, 2021, 6:38 PM

Great work today bros

+1 (617) 301-2628

Killer day. Let's keep it going 😤🚀

Mar 1, 2021, 10:04 AM

CryptoZoo.co

Or

CryptoZoo.io

??

Which is better

+1 (617) 301-2628

I like .io


Jeff Levin

Io- initial offering
Co - company

I think .co

Jake I believe is traveling today.  I think he can give good suggestion here

got it

iMessage



+1 (617) 301-2628



I like .io

Jeff Levin

Io- initial offering
Co - company

I think .co

Jake I believe is traveling today.  I think he can give good suggestion here

got it

Both are good but can't tell

Jeff Levin

Agree

Mar 1, 2021, 12:59 PM

Jake Crypto King

Io is better for crypto. Most projects are .com or .Io

And apologies I am about to board a flight to Miami.

 But owning both is fine if we have em so we can redirect. We don't want spoof projects trying to exit scam with a mock platform at .co

Kitties is .co

Facts

Jake Crypto King

 and great job yesterday with planning. I'll be able to build a backbone for the ZooPaper no problem and I'll lay out my thoughts for the sale/ launch based on successful organic sell outs and u guys pick it apart and add or remove what u want.

(My sales plans will be based on our discussions about sliding pricing, etc, they won't just be shot in the dark 😂)

Mar 2, 2021, 8:27 PM

Boys wuddup

 iMessage  

CONFIDENTIAL

PAUL_CZ0004655

To: **CryptoZoo** 

Boys wuddup

Want to check in

On things

Jeff Levin

 Eddie is building

Eddie Ibanez

 Yes

Jake Crypto King

I flew yesterday and had business meetings today but the "idea" materialized into white paper is 1 day of me cranking. We've already formulated it as a group 2x. Either  tomorrow or Thursday it'll be solidified words to paper to pick apart or add to.

Mar 2, 2021, 10:53 PM

Eddie Ibanez

 Chucks mom - we interface with John?

Mar 3, 2021, 5:57 AM

+1 (617) 301-2628

 Apologies boys back on East Coast. Yes talking with John again today.

Mar 3, 2021, 12:36 PM



iMessage

PAUL_CZ0004656



Mar 3, 2021, 12:36 PM



**1 Reply**

We're sitting on a viral fucking volcano

Eddie Ibanez

Let's go

+1 (617) 301-2628

Unreal!!

Eddie Ibanez

Should have something to show here soon

From my end

LFG

iMessage

CONFIDENTIAL

To: CryptoZoo





10:06 AM · 3/3/21 · Twitter for iPhone

Tweet your reply

1 Reply

We're sitting on a viral fucking volcano

Eddie Ibanez

E  Let's go

+1 (617) 301-2628

Unreal!!

Eddie Ibanez

Should have something to show here soon

E  From my end

LFG



Jeff Levin

Fuck yeah 👍

Mar 3, 2021, 4:04 PM

Jake Crypto King

JC  Virality is built in. Profitability is also built in (most importantly) for ourselves AND for the user as that's what will drive massive speculation, adoption, and of course price of everything related.

Eddie Ibanez

I'm excited.

This is where I am breeding animals

 iMessage




**Jeff Levin**

Fuck yeah

Mar 3, 2021, 4:04 PM

**Jake Crypto King**

JC  Virality is built in. Profitability is also built in (most importantly) for ourselves AND for the user as that's what will drive massive speculation, adoption, and of course price of everything related.

**Eddie Ibanez**

I'm excited.

This is where I am breeding animals



iMessage





Mar 3, 2021, 6:18 PM



Holy shit I've never actually seen a fuck room

Incredible

Mar 3, 2021, 11:54 PM

Eddie Ibanez



iMessage

To: CryptoZoo 



 Getting started

 I'm proud of you

Mar 4, 2021, 6:56 AM

+1 (617) 301-2628

 Jesus Christ 😂

Mar 4, 2021, 9:29 AM

Jake Crypto King

Wow holy shit I thought u were kidding

JC   Where the fuck do I sign up?

Eddie Ibanez

If you have to ask you'll never know. Haha

Back to zoo:

Creating the tests –

– Do we have images for eggs ?
– Animation for hatch.

On the screens – I don't see a hatch button for an egg scenario, I'm thinking putting it on the right with a different color icon that says hatch - thoughts? If so is there a specific hatch icon you'd like to use?

iMessage

To: CryptoZoo 

 On the screens - I don't see a hatch button for an egg scenario, I'm thinking putting it on the right with a different color icon that says hatch - thoughts? If so is there a specific hatch icon you'd like to use?

Let's rock

 (Good morning etc...)

Mar 4, 2021, 11:11 AM

 Gotta find an image and animation for eggs - I'm on this. And yes, for the BASE eggs, we'll have a hatch icon, then for the HYBRID eggs, I think the 36hr timer should be in the same spot

Mar 5, 2021, 8:15 AM

Jake Crypto King

What's good Zoo 😎! Finished the NFT economics, Token Economics (to a degree), and the Zoo Paper for u guys to pick apart and add to as u feel. Can we get a group word/excel doc going? Chain email so u guys can see it? What would be most simplistic to review and edit?

Mar 5, 2021, 10:16 AM

+1 (617) 301-2628

Love it! What are your emails I can start shared excel

Eddie Ibanez

That works - I prefer Microsoft products (I'm old and have a beef with Larry over a blimp) but could use google if that's easiest

Logan@LoganPaul.com

Eddie Ibanez

 Eddie@zenabi.com

+1 (617) 301-2628

Ok sweet. Jake what's yours?

Jake Crypto King

 Jakethecryptoking@gmail.com

iMessage

CONFIDENTIAL

To: CryptoZoo 

Mar 4, 2021, 11:11 AM



Gotta find an image and animation for eggs – I'm on this. And yes, for the BASE eggs, we'll have a hatch icon, then for the HYBRID eggs, I think the 36hr timer should be in the same spot

Mar 5, 2021, 8:15 AM

**Jake Crypto King**

What's good Zoo 😎! Finished the NFT economics, Token Economics (to a degree), and the Zoo Paper for u guys to pick apart and add to as u feel. Can we get a group word/excel doc going? Chain email so u guys can see it? What would be most simplistic to review and edit?

Mar 5, 2021, 10:16 AM

+1 (617) 301-2628

Love it! What are your emails I can start shared excel

**Eddie Ibanez**

That works – I prefer Microsoft products (I'm old and have a beef with Larry over a blimp) but could use google if that's easiest

Logan@LoganPaul.com

**Eddie Ibanez**

Eddie@zenabi.com

+1 (617) 301-2628

Ok sweet. Jake what's yours?

**Jake Crypto King**

Jakethecryptoking@gmail.com

Lol any of my business affiliated ones would be an issue 😅

+1 (617) 301-2628

😂 😂

**Jake Crypto King**

I could use the proton one but if we r just using google shared pages or something ^ easier

+1 (617) 301-2628

Just created word and excel on google

We can add here

iMessage

+1 (617) 301-2628

Ok sweet. Jake what's yours?

Jake Crypto King

Jakethecryptoking@gmail.com

Lol any of my business affiliated ones would be an issue 😅

+1 (617) 301-2628

😂 😂

Jake Crypto King

I could use the proton one but if we r just using google shared pages or something ^ easier

+1 (617) 301-2628

Just created word and excel on google

We can add here

Down for whatever

Eddie Ibanez

Add Jmcgriz@zenabi.com

+1 (617) 301-2628

Done

Mar 5, 2021, 12:07 PM

Jake Crypto King

Gentleman the rough draft of token economics, NFT economics and zoo paper had been uploaded feel free to dissect as u feel.

Will make meticulous edits and add some tidbits over the weekend but it's a pretty solid breakdown of the plan.

Mar 5, 2021, 6:56 PM

Okay will peep

Mar 6, 2021, 4:08 PM

Who's doing UI & design for website ?

Assuming y'all will need assets and shit

Eddie Ibanez

iMessage

To: CryptoZoo 

Mar 5, 2021, 12:07 PM

**Jake Crypto King**

Gentleman the rough draft of token economics, NFT economics and zoo paper had been uploaded feel free to dissect as u feel. 

Will make meticulous edits and add some tidbits over the weekend but it's a pretty solid breakdown of the plan.

Mar 5, 2021, 6:56 PM

Okay will peep

Mar 6, 2021, 4:08 PM

Who's doing UI & design for website ?

Assuming y'all will need assets and shit

**Eddie Ibanez**

Yes - were skinning up the mobile now based on the UI drawings we have. Once approved we move to Desktop. My guy Brian is UI but the plan for desktop is cloning crypto kitties

ok fire

Mar 6, 2021, 6:56 PM

Animators making the eggs. Peep



iMessage

CONFIDENTIAL

To: CryptoZoo 



Any dot color that would make it stand out ? Like psychology wise. Red or yellow or darker blue or what

I kinda like it

+1 (617) 301-2628 

Awesome. Little darker blue in my opinion to stand out more

Mar 7, 2021, 5:11 PM

Jake Crypto King

What's up homies. Some of my best friends in crypto caught wind of a PR going out tomorrow. SFI (Spice/Saffron) on Uniswap id grab a bag of before tomorrow. Their investor list is being announced and the names will make u FOMO in tomorrow like the rest of the world or u can grab a bag when bored tonight. Please don't put $500k in and fuck up the price but for some free $$ it's an easy $10-100k punt. IMO could see 20-100% gains in 24hrs low end.

 I like the blue, red screams stay away in psychology. The blues are welcoming and calming.

Mar 10, 2021, 10:14 AM



iMessage

To: **CryptoZoo** 

Mar 7, 2021, 5:11 PM

Jake Crypto King

What's up homies. Some of my best friends in crypto caught wind of a PR going out tomorrow. SFI (Spice/Saffron) on Uniswap id grab a bag of before tomorrow. Their investor list is being announced and the names will make u FOMO in tomorrow like the rest of the world or u can grab a bag when bored tonight. Please don't put $500k in and fuck up the price but for some free $$ it's an easy $10-100k punt. IMO could see 20-100% gains in 24hrs low end.

I like the blue, red screams stay away in psychology. The blues are welcoming and calming.

Mar 10, 2021, 10:14 AM

















Which of these is best

Most buyable/likable and exciting

I think I like the plain one

Jeff Levin
 Plain or last one

+1 (617) 301-2628
 Love the last one

Jake Crypto King
 Last one is 🔥

Mar 10, 2021, 8:14 PM

+1 (617) 301-2628

CRYPTO PUNK 7804
JUST SOLD FOR 4,200 ETH

iMessage





Holeee SHIT

+1 (617) 301-2628

Wild.

Hold yours brother

definitely

Jeff Levin



Wtf

Mar 11, 2021, 8:31 AM

+1 (617) 301-2628

Another one

CONFIDENTIAL

PAUL_CZ00004670

To: CryptoZoo





Holeee SHIT

+1 (617) 301-2628

Wild.

Hold yours brother

definitely

Jeff Levin

Wtf

Mar 11, 2021, 8:31 AM

+1 (617) 301-2628

Another one



**Beeple sold an NFT for $69 million**
theverge.com

Jake Crypto King

Guys the quicker we can get this out the better. The token value will be in the 100s of millions the raise off eggs and pics for NFTs will be 7-8 figures...the house of cards could collapse in a week

JC  Or a year* but we need to capitalize ✔️

Mar 11, 2021, 3:32 PM

I agree

How's development coming boys

Eddie Ibanez

Backend's tested working out the front end. Need new images and

iMessage



JC  Or a year* but we need to capitalize ✔️

Mar 11, 2021, 3:32 PM

I agree

How's development coming boys

Eddie Ibanez

Backend's tested working out the front end. Need new images and icons whenever you got them.



E  (It's ugly now - working on functionality)

Mar 11, 2021, 5:55 PM

Jake Crypto King

 iMessage 





 (It's ugly now - working on functionality)

Mar 11, 2021, 5:55 PM

Jake Crypto King

JC Perfect

Mar 11, 2021, 7:04 PM

Lol it's sick bro. What images and icons you need ?

Mar 12, 2021, 12:38 AM

Eddie Ibanez

Well do you like the icons I chose ? I used very general ones & colors. I imagine you'd like to change them? Logo - fav icon etc

E I can have a designer suggest a couple also. L

Mar 12, 2021, 8:16 AM

Jeff Levin

Definitely have a designer suggest some

But can you circle the icons you are talking about

Eddie Ibanez



iMessage

To: CryptoZoo 

Mar 12, 2021, 12:38 AM

Eddie Ibanez

Well do you like the icons I chose ? I used very general ones & colors. I imagine you'd like to change them? Logo - fav icon etc

 I can have a designer suggest a couple also. L

Mar 12, 2021, 8:16 AM

Jeff Levin

Definitely have a designer suggest some

But can you circle the icons you are talking about

Eddie Ibanez



 I'll have Maureen take a cut & we can all do a calls

Mar 12, 2021, 10:57 AM

iMessage

CONFIDENTIAL
PAUL_CZ0004674



@CatPanda 1/500
Born on: 3/11/2021



E   I'll have Maureen take a cut & we can all do a calls

Mar 12, 2021, 10:57 AM

Jake Crypto King

In 2 weeks (approx) we see our animals all over CT 😎 🔥



Josh McGruff @JoshMcGruff · 4m
Mooncat gang

You're safe with me meow



💬 2    🔁    ♡ 7    ⬆️

❤️ Josh McGruff liked

Krutches @_krutches · 8m
Not for sale



iMessage

To: CryptoZoo 

Mar 12, 2021, 10:57 AM

Jake Crypto King

In 2 weeks (approx) we see our animals all over CT 😎 🔥



**Josh McGruff** @JoshMcGruff · 4m

Mooncat gang

You're safe with meow

💬 2     ⟲     ♡ 7     ⬆

♥ **Josh McGruff liked**



**Krutches** @_krutches · 8m

Not for sale



Mar 12, 2021, 6:56 PM

Eddie Ibanez

With a couple whales - I need a deck on the zoo. Do we think it's worth creating?

1000%

project is a smash



A viral HIT

Eddie Ibanez

I showed them the demo I got they love it

iMessage





JC

Mar 12, 2021, 6:56 PM

Eddie Ibanez

E
With a couple whales - I need a deck on the zoo. Do we think it's worth creating?

1000%

project is a smash

A viral HIT

Eddie Ibanez

I showed them the demo I got they love it

E
These NFT's are easier than I thought

wait until you add the gambling effect with hatching eggs

And actual breeding

It's gonna be a wonderland

Eddie Ibanez

E
What about death?

No death in this world

But this night

Was death for you young Eddie



CONFIDENTIAL

PAUL_CZ0004677



👍

wait until you add the gambling effect with hatching eggs

And actual breeding

It's gonna be a wonderland

**Eddie Ibanez**

What about death?

No death in this world

But this night

Was death for you young Eddie



iMessage




CONFIDENTIAL
PAUL_CZ0004678







CONFIDENTIAL







**Eddie Ibanez**

To the well-organized mind, death is but the next adventure

**Jake Crypto King**

JC  The breeding and the randomization will create the virality of earning money while gaming. Will be an instant success.

**Eddie Ibanez**



iMessage

To: **CryptoZoo**



Eddie Ibanez

To the well-organized mind, death is but the next adventure

Jake Crypto King

The breeding and the randomization will create the virality of earning money while gaming. Will be an instant success.

Eddie Ibanez

Who wants to take on the deck?

JEFF HELP

+1 (617) 301-2628

When do we need the deck by? David and the team could create one

Can start tomorrow

Jeff Levin

We will start this weekend

What's the deck for?

Jake created the white paper

Eddie Ibanez

Ah true I can give them that

Pitch the whales pre-book run

I can give them the WP they're not going to read it

Pantera -

Deck is easier

Would love to help guide David and team along

+1 (617) 301-2628

Awesome sounds good. They'll get started tomorrow

You around tomorrow for a quick zoom?

Yeah absolutely

iMessage

To: CryptoZoo 

Deck is easier

Would love to help guide David and team along

**+1 (617) 301-2628**
Awesome sounds good. They'll get started tomorrow

You around tomorrow for a quick zoom?

Yeah absolutely

Let's do 1p?

**+1 (617) 301-2628**
Hell yeah sounds good brother

**Eddie Ibanez**
Let me see when maureen can

**Jeff Levin**
I can do 4:30pm mountain time

**Jake Crypto King**
I think we turn the WP into a deck with a few photos and highlights of the main points. Get some eggs and some zoo tokens pre sold. Along with big name support from the beginning.

Just lmk the time I'll be on ✔️

Mar 13, 2021, 12:49 PM

**+1 (617) 301-2628**
Still good for 1?

We can do whenever

**Jake Crypto King**
Driving but can be on discussing whenever needed.

Yeah still good

**Eddie Ibanez**
I can't now - I'd wait fir maureen to also be available

Well fucking cock

**Eddie Ibanez**

iMessage

To: CryptoZoo 

Jake Crypto King

**JC** Driving but can be on discussing whenever needed.

Yeah still good

Eddie Ibanez

**E** I can't now – I'd wait fir maureen to also be available

Well fucking cock

Eddie Ibanez

**E** After 6:30EST

Let's do later then

Eddie Ibanez

**E** I have kids till then

+1 (617) 301-2628

Sounds good

Mar 13, 2021, 2:51 PM

Eddie Ibanez

**E** So does in 40min work 6:30est ?

+1 (617) 301-2628

Works for me

Jake Crypto King

**JC** I can do 330 or even right after. If today is too hard to sync we can do anytime tkmrorow as well

Eddie Ibanez

**E** I dropped off kids I'm open all weekend - lmk even works

+1 (617) 301-2628

Same here good whenever

👍 Wanna do 5p PST?

Eddie Ibanez

**E** 5:30pst work? If not I can make the 5.

1 Reply

👍 Yeah 5:30p works too

iMessage

To: CryptoZoo



**JC** anytime tkmrorow as well

Eddie Ibanez

**E** I dropped off kids I'm open all weekend - lmk even works

+1 (617) 301-2628

 Same here good whenever

 Wanna do 5p PST?

Eddie Ibanez

**E** 5:30pst work? If not I can make the 5.

**1 Reply**

 Yeah 5:30p works too

+1 (617) 301-2628

 Perfect

Eddie Ibanez

Eduardo Ibanez is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting

https://zoom.us/j/4179876254?
pwd=WE5IcndNSjVWL2daYk54K3c0L01KUT09

Meeting ID: 417 987 6254

Passcode: 1111

One tap mobile

+13126266799,,4179876254# US (Chicago)

+19292056099,,4179876254# US (New York)

Dial by your location

        +1 312 626 6799 US (Chicago)

        +1 929 205 6099 US (New York)

        +1 301 715 8592 US (Washington DC)

iMessage

To: CryptoZoo



+1 (617) 301-2628

Perfect

Eddie Ibanez

Eduardo Ibanez is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting

https://zoom.us/j/4179876254?
pwd=WE5lcndNSjVWL2daYk54K3c0L01KUT09

Meeting ID: 417 987 6254

Passcode: 1111

One tap mobile

+13126266799,,4179876254# US (Chicago)

+19292056099,,4179876254# US (New York)

Dial by your location

    +1 312 626 6799 US (Chicago)

    +1 929 205 6099 US (New York)

    +1 301 715 8592 US (Washington DC)

    +1 346 248 7799 US (Houston)

    +1 669 900 6833 US (San Jose)

    +1 253 215 8782 US (Tacoma)

Meeting ID: 417 987 6254

Find your local number: https://zoom.us/u/abfxSsoZcN

Jake Crypto King

So the squad is doing this today

+1 (617) 301-2628

Logan you own any Cyber Kongs?

iMessage

CONFIDENTIAL

PAUL_CZ0004685

To: CryptoZoo 

E   Meeting ID: 417 987 6254

Find your local number: https://zoom.us/u/abfxSsoZcN

Jake Crypto King

JC  So the squad is doing this today

+1 (617) 301-2628

Logan you own any Cyber Kongs?

Jake Crypto King

JC  It says waiting for host to start

Eddie Ibanez

8:30

Or 5:30

E   Your time

Jake Crypto King

JC  

Jeff Levin

 5:30 pst?

E   5:30pst work? If not I can make the 5.

Eddie Ibanez

E   Yes

Mar 13, 2021, 5:26 PM
Eddie Ibanez added Maybe: Shemori BoShae to the conversation.

I don't own cyber Kong

Jeff Levin

 Joining in a few minutes

+1 (617) 301-2628

One just sold for 8.1M




    iMessage     

CONFIDENTIAL
PAUL_CZ0004686

To: CryptoZoo



I don't own cyber Kong

Jeff Levin


Joining in a few minutes

+1 (617) 301-2628


One just sold for 8.1M



+1 (617) 301-2628



iMessage

CONFIDENTIAL

PAUL_CZ0604687




+1 (617) 301-2628



Jake Crypto King

95% of the sales are fake #s

Eddie let me in u

Jeff Levin

Lets us in

iMessage

CONFIDENTIAL

To: CryptoZoo 

Jake Crypto King

**JC** 95% of the sales are fake #s

**JC** Eddie let me in u

Jeff Levin

 Lets us in

Mar 13, 2021, 5:42 PM
Eddie Ibanez added Maybe: maureen mellina to the conversation.

Eddie Ibanez

**E** Good call – excited. Lmk if you need me on the deck.

Appreciated.

Maybe: maureen mellina

Nice meeting you all. Looking forward to making this deck come to life.

Jake has the info Jake wanna pass along here

Jake Crypto King

Spoke to Logan after our group call, great discussion. What specific info? We have the main slides ready, the final we needed a little work on regarding economics.

**JC** Can finalize and bring to life in the AM.

The stuff I sent to you

Maureen needs info and graphics to put on the slides in the deck

Jake Crypto King

Maureen, do we have an email to forward this info to?

Most of it is ready to go with slides and graphics

**JC** Logan and I banged out most of it. Just need an email

+ my asst Dani. Who has access to the hybrid images for the dick

Deck*

God damnit

Jake Crypto King

**JC** Hahahaha Hybrid dick images whole different level, more eddy's game 

iMessage

To: CryptoZoo 

God damnit

**Jake Crypto King**



Hahahaha Hybrid dick images whole different level, more eddy's game

**Dani (assistant)**

Hi everyone,
Let me know who needs access and send me your email so I can add you to the Google drive folder.

**Maybe: Shemori BoShae**

Can everyone text their first and last name into this text thread so we can all save who's who into our 📱 phones?

 Maybe name and email as well 👍🏼

+1 (617) 301-2628

Chucks Mom

 Charles@house-17.com

**Maybe: Shemori BoShae**

 Shemori BoShae 

**Dani (assistant)**

Dani Strobel
Asst@loganpaul.com

**Maybe: Shemori BoShae**

 ShemoriViaEmail@gmail.com

Logan@LoganPaul.com

**Jake Crypto King**

I already have access but if new, jakethecryptoking@gmail.com

 And Dani, where can I forward the stuff I worked with Logan on?

 Sent ✔️✔️✔️

**Maybe: maureen mellina**

 Maureen@MKTSQ.com

Mar 14, 2021, 2:05 PM

**Eddie Ibanez**

Should I keep the baseline backend open?

If we do and I make it headless - we can put many heads on it crypto

iMessage  

To: **CryptoZoo** 

 JC   And Dani, where can I forward the stuff I worked with Logan on?

 JC   Sent ✓ ✓ ✓

Maybe: maureen mellina

 [Maureen@MKTSQ.com](mailto:Maureen@MKTSQ.com)

Mar 14, 2021, 2:05 PM

Eddie Ibanez

 E

> Should I keep the baseline backend open?
>
> If we do and I make it headless – we can put many heads on it crypto zoo being one. Just a thought as I'm in here

Wutchu mean

Eddie Ibanez

> With a friend whose invested in crypto many times telling him about the opportunity – he's in.
>
> We're ideating – He also owns the rights to many movies and music and asked if much like the animals that could be put in the wallet / if separately you could add clips of anything.
>
> I told him we're in talks with the NFL on something similar. But it would be more like the dapper labs approach - with the Crypto Pets being flagship.
>
> Anyways - just an idea - I'm focused on this first build.
>
> This is what michael owns:

 E

> CONTENT
> lambertmediagroup.com    LMG

Oh that's awesome. Yeah this skeleton could def be replicated in a bunch of cool ways

Eddie Ibanez

 E   Headless it is.

Jake Crypto King

> That's the thought process we were discussing during our 1st meeting. Making Zoo being our flagship and competing with Dapper to eventually receive that level valuation. Just different concepts

 JC   Plugged into the actual backbone you sex geniuses created.

Eddie Ibanez

iMessage    

To: CryptoZoo 

Oh that's awesome. Yeah this skeleton could def be replicated in a bunch of cool ways

**Eddie Ibanez**

Headless it is.

**Jake Crypto King**

That's the thought process we were discussing during our 1st meeting. Making Zoo being our flagship and competing with Dapper to eventually receive that level valuation. Just different concepts

Plugged into the actual backbone you sex geniuses created.

**Eddie Ibanez**

Cool – so for your thinking hats down the road after the Pets build any content video or image that's swipeable can be NFT'd.

**Jake Crypto King**

Trust me I have lots of ideas. I wanted to see how this build goes. I'm confident we crush it and can roll out alternative NFT worlds (NFL, WWE, NFTApes, so many ideas).

Mar 14, 2021, 2:31 PM
Maybe: Shemori BoShae kept an audio message from you.

**Eddie Ibanez**

▶ |||||||||||||||||||||||||||||||||||  00:32

**Jake Crypto King**

I like imitating cryptokitties. The public is familiar with it, they will recognize that style "image" and "card" plus the mobile will make it beyond viral as right now all these games are solely desktop.

I agree

**Maybe: Shemori BoShae**

Can you add me to the CryptoZoo deck please

ShemoriViaEmail@gmail.com

Mar 15, 2021, 1:27 PM
You added Dani (assistant) to the conversation.

Mar 16, 2021, 10:46 AM

**Jake Crypto King**

Hey gentleman are we getting together at all this week to work on Zoo

iMessage 

CONFIDENTIAL

PAUL_CZ0004692

To: CryptoZoo 

 **JC** I like imitating cryptokitties. The public is familiar with it, they will recognize that style "image" and "card" plus the mobile will make it beyond viral as right now all these games are solely desktop.

 I agree

Maybe: Shemori BoShae

Can you add me to the CryptoZoo deck please

 ShemoriViaEmail@gmail.com

Mar 15, 2021, 1:27 PM
You added Dani (assistant) to the conversation.

Mar 16, 2021, 10:46 AM

Jake Crypto King



 **JC** Hey gentleman are we getting together at all this week to work on Zoo in person? Schedule a call time? Everything set for now?

Maybe: maureen mellina

 Dani- can you send me the deck and whatever other elements etc you have so I can take a look and start designing?

Dani (assistant)

**D** Yes, will send now.

Maybe: maureen mellina

 Cool, thx

Yeah where are we at with development n stuf

Mar 16, 2021, 12:28 PM

Eddie Ibanez

Syncing up when a creature is created that asset makes it on the NFT.

*as

 **E** *as token

Mar 16, 2021, 2:26 PM

Got it fuck yeah

Eddie Ibanez


TURN DOWN

iMessage  



Got it fuck yeah

Eddie Ibanez



GIPHY via #images

Jake Crypto King

Hahahahahhaa lets gooo time to sell da eggs 😎 🔥

Mar 16, 2021, 4:51 PM
Maybe: Shemori BoShae changed the group photo.

Mar 17, 2021, 10:48 AM

Eddie Ibanez

Testing creation of breed on the block today - once good I'll KO the breed and then KO desktop

Jeff Levin

Lets go

hell yes thanks for the update

Maybe: maureen mellina

Did we land on a name? Crypto Zoo or Crypto Pet?

Jake Crypto King

Love it. Sounds fantastic

Haven't landed on a name yet. I want to ask around. Let's do Zoo for now

Maybe: maureen mellina

Ok I got the images from Dani- do we have an outline for the deck?

Maybe: Shemori BoShae

What if it's CryptoZoo but once some creates a hybrid animal it BECOMES their Crypto Pet...?

Jake Crypto King

Squad come back to square one. Don't convolute the idea too much.

iMessage

CONFIDENTIAL
PAUL_CZ0004694

To: **CryptoZoo** 

 Did we land on a name? Crypto Zoo or Crypto Pet?

Jake Crypto King

 Love it. Sounds fantastic

> Haven't landed on a name yet. I want to ask around. Let's do Zoo for now

Maybe: maureen mellina

 Ok I got the images from Dani- do we have an outline for the deck?

Maybe: Shemori BoShae

What if it's CryptoZoo but once some creates a hybrid animal it BECOMES their Crypto Pet...?

Jake Crypto King



Squad come back to square one. Don't convolute the idea too much. Zoo or Pet doesn't matter it just needs to be consistent. We can make either one viral and work. This is about producing a gamified yield generating NFT while making some crazy animal cross breeds.

 I don't think a final deck was ever created just the ideas for the 4 slides generated and tabbed via email. If the images can be shared I can bang out a deck on PowerPoint? Or 1 pager via word/PDF. What do investors want to physically see? I can build it with the ideas per Logan and my last call. Or if it's been generated lmk and I won't work on it tonight.

Eddie Ibanez

 Something simple - were doing this, creating Y tokens @ Z price. How it works etc

Maybe: Shemori BoShae

 Yes Jake if you can build the slides and then send for maureen to beautify I believe is the plan

Maybe: maureen mellina

 Cool. Perfect. Thx.

Jake Crypto King

(That's the problem, we don't know what price the tokens will trade at) it's not like we are having an ICO. We are launching NFTs and dropping utility onto them. I can predict price points but it's no better than a solid estimation. The rest is easy, how the game and rewards work. Hard part is the "selling tokens" slide as how do we give a discount on an item that we aren't publicly selling except when it hits an exchange for team liquidity.

If anyone wants to hypothesize on this later today lmk. Otherwise I can

 iMessage  

To: CryptoZoo

it's not like we are having an ICO. We are launching NFTs and dropping utility onto them. I can predict price points but it's no better than a solid estimation. The rest is easy, how the game and rewards work. Hard part is the "selling tokens" slide as how do we give a discount on an item that we aren't publicly selling except when it hits an exchange for team liquidity.

If anyone wants to hypothesize on this later today lmk. Otherwise I can just roll with my best guess. We can also presale a % of the eggs to an investor or crypto community, or at least give a heads up when the platform goes live so they can get lowest egg pricing.

Eddie Ibanez

I'm game

Yes definitely

Eddie Ibanez

What time let's GO

Jake Crypto King

I can do anytime between 7pm est and 1am EST. Short call to figure out this slight dilemma. Then I can build the slides in 10 minutes. Obviously we want investors in our token but it's really hard pricing what we should provide them at when we have no idea what they'll be trading at, and won't have any for sale hence why we don't have to follow Ico Regulations. It makes it harder as we don't have a comparable project doing anything close to the gamified NFTs with tokens. So for the white paper we had a backbone. For this we are shooting blind (to a degree) in predicting a price to sell to investors presale at.

What's the agenda/goal for the call

Jake Crypto King

Figure out the investor slide. Otherwise we don't need the deck. The investor slide is exceptionally difficult because we aren't having a presale we can peg the token price to, to say "we are giving all investors 20% discount."

well who figures that information out and how

Jake Crypto King

We discuss it, and decide as the founders. That's a us/me decision.

But obviously the whole team needs to be on board and On the same page for such an epic part.

CONFIDENTIAL

To: **CryptoZoo**   

investors 20% discount.

> well who figures that information out and how

**Jake Crypto King**

We discuss it, and decide as the founders. That's a us/me decision.

 But obviously the whole team needs to be on board and On the same page for such an epic part.

> Agree alright let's chat tonight

Maybe: Shemori BoShae

How does everyone feel about 7pm EST for a zoom?

**Jake Crypto King**

 My points of concern for discussion/thought: 1. If we have a presale it opens us up to SEC issues as we will be selling tokens (without the presale we should be clear given its NFTs with an airdrop). 2. If we do a presale what $$ value do we peg it to as we aren't doing an actual sale for us to say 20% off price X. 3. A better option may be to agree to an OTC deal for a # of tokens (100mil with 20% unlocked monthly for 5 months) for $.1 each which would simplify everything. We can say the 1st 5 months 80% of tokens are locked and they'll likely make a huge return. It's the framing it as a presale or an OTC deal but even an OTC deal becomes issue ridden. 4. We can avoid the presale and OTC deal absolving sec intervention and do the original plan but still sell many tokens on the open market as demand for the game builds (same profits just not immediate). Consider these and let's talk 🙌🙏

Jeff Levin

 1. Definitely don't want to do anything that brings sec eyeballs

Jeff Levin

 I'm new to this so I defer to Jake and Eddie on what to do, but I want to hear from both of you so we can make the right decision.

**1 Reply**

 Eddie?

Jake Crypto King

 Those are my opinions and concerns ^. Personally I'd agree to an OTC deal with a few of the big investors if they want but there's no way to predict trading price so we will either end up fuckkng them or getting fucked. And those same tokens we can similarly just market sell slowly and make the same $$ with no legal risks.

 |  iMessage



To: CryptoZoo


I'm new to this so I defer to Jake and Eddie on what to do, but I want to hear from both of you so we can make the right decision.

**1 Reply**


Eddie?

Jake Crypto King

JC  Those are my opinions and concerns ^. Personally I'd agree to an OTC deal with a few of the big investors if they want but there's no way to predict trading price so we will either end up fuckkng them or getting fucked. And those same tokens we can similarly just market sell slowly and make the same $$ with no legal risks.

Eddie Ibanez

Presale is ok as long as there is KYC.

And they meet the requirements

I'm not
Public presale'ing. I'm locking in commits pre. It's similar bug I'm not offering the pre-sale to the public.

E  *but - happy to chat

This is more for pantera capital & polychain capital

(Friends)

E  Lmk a time if we're cool.

Jeff Levin
Eddie let's get on a call with Jake and discuss internally

Eddie Ibanez

E  Cool - lmk what time

I'm new to this so I defer to Jake and Eddie on what to do, but I want to hear from both of you so we can make the right decision.

I agree, idk shit about it so yeah let's hop on at 4pm and Jake pls guide us through

This is where I fail cuz I don't get this part of crypto at all

Jake Crypto King

iMessage

To: CryptoZoo                                                                    

 **E**    Cool – lmk what time

    I'm new to this so I defer to Jake and Eddie on what to do, but I want to hear from both of you so we can make the right decision.

I agree, idk shit about it so yeah let's hop on at 4pm and Jake pls guide us through

This is where I fail cuz I don't get this part of crypto at all

Jake Crypto King

**JC**    I'm free at 715 est, anytime after, busy from now til 4:15 pst or 7:15 est. But please drop opinions on this ^ or at least think about it

I'm avail whenever

Maybe: Shemori BoShae

Eduardo Ibanez is inviting you to a scheduled Zoom meeting.


Topic: CryptoZoo High Level

Time: Mar 17, 2021 07:15 PM Eastern Time (US and Canada)


Join Zoom Meeting

https://zoom.us/j/4179876254?
pwd=WE5IcndNSjVWL2daYk54K3c0L01KUT09


Meeting ID: 417 987 6254

Passcode: 1111

One tap mobile

+13126266799,,4179876254# US (Chicago)

+19292056099,,4179876254# US (New York)


Dial by your location

+1 312 626 6799 US (Chicago)

    iMessage

To: CryptoZoo 

Eduardo Ibanez is inviting you to a scheduled Zoom meeting.

Topic: CryptoZoo High Level

Time: Mar 17, 2021 07:15 PM Eastern Time (US and Canada)

Join Zoom Meeting

https://zoom.us/j/4179876254?pwd=WE5IcndNSjVWL2daYk54K3c0L01KUT09

Meeting ID: 417 987 6254

Passcode: 1111

One tap mobile

+13126266799,,4179876254# US (Chicago)

+19292056099,,4179876254# US (New York)

Dial by your location

    +1 312 626 6799 US (Chicago)

    +1 929 205 6099 US (New York)

    +1 301 715 8592 US (Washington DC)

    +1 346 248 7799 US (Houston)

    +1 669 900 6833 US (San Jose)

    +1 253 215 8782 US (Tacoma)

Meeting ID: 417 987 6254

Find your local number: https://zoom.us/u/adPm3niunC

Jake Crypto King

Pass code 1111

iMessage

CONFIDENTIAL

PAUL_CZ00004700

To: CryptoZoo 

Find your local number: https://zoom.us/u/auPmsmunc

Jake Crypto King

Pass code 1111

Waiting to be let in

Mar 17, 2021, 10:20 PM

Name is officially changed

Final answer

Jake Crypto King

Will tailor the deck to that. The white paper will need to be redone to a degree. It's called the ZooPaper as is

Easy work

Mar 18, 2021, 9:03 AM
You named the conversation "CryptoPets".

Mar 18, 2021, 11:27 AM

Jake Crypto King

It also means reminting a Pet token or PETS token. Not an issue just a step

PETS

is good

Or PET

CPET

Maybe: maureen mellina

OOOOOHHH - I like Cpet

PET or PETS is cuter

Mar 18, 2021, 6:09 PM

Eddie Ibanez

Pets

Mar 19, 2021, 12:51 PM

iMessage

To: CryptoZoo                                                                                    

 OOOOOHHH – I like Cpet

PET or PETS is cuter

Mar 18, 2021, 6:09 PM

Eddie Ibanez
 Pets

Mar 19, 2021, 12:51 PM

CRYPTOPETS.com

Or

CRYPTOPETS.co

Or does it not matter

Jeff Levin
Doesn't matter

Jake Crypto King
Doesn't matter or .imo

JC  lo*

👍
Love a .com

Eddie Ibanez
.com

E  But I'm old

will attempt to snag

Mar 20, 2021, 1:04 PM

Hello all

Where are we at with things

Mar 20, 2021, 7:32 PM

Jake Crypto King                                                  👍
Sent you and Dani the deck  Friday to add the images to and it should
be complete. I do not know build timeframe or hiccups if any. Hoping



 iMessage

CONFIDENTIAL                                                                      PAUL_CZ0000702

To: CryptoZoo



will attempt to snag

Mar 20, 2021, 1:04 PM

Hello all

Where are we at with things

Mar 20, 2021, 7:32 PM

Jake Crypto King

Sent you and Dani the deck  Friday to add the images to and it should be complete. I do not know build timeframe or hiccups if any. Hoping everyone is having a solid weekend.

Maybe: maureen mellina


Hey, it's Maureen, send me the deck...

Jake Crypto King

Hey Maureen, just forwarded it to u.

Maybe: maureen mellina

Awesome. Thx

BOOYA

Mar 22, 2021, 4:44 PM

Eddie Ibanez

I have a UI question on breeding

Can someone do a quick call?

I can

Eddie Ibanez

Calling now

Idea on rarity - like bear shark have the water in background be animated... just an idea down the road.

I love that idea

iMessage

CONFIDENTIAL
PAUL_CZ0004703

To: CryptoZoo 

BOOYA

Mar 22, 2021, 4:44 PM

Eddie Ibanez

I have a UI question on breeding

E  Can someone do a quick call?

I can

Eddie Ibanez

E  Calling now

E  Idea on rarity - like bear shark have the water in background be animated... just an idea down the road.

I love that idea

will give them an edge

Eddie Ibanez

E  John one of our Devs came up with it.

Yeah it's a good idea

Eddie Ibanez



iMessage





E

Oh wtf that's cool as shit

Eddie Ibanez

E  Games called HearthStone it's an online digital card game.



 iMessage 

To: CryptoZoo 



Oh wtf that's cool as shit

Eddie Ibanez

Games called HearthStone it's an online digital card game.



Their take on rarity.

Anyways we're trucking along. Thanks for the feedbackX

Yeah that's awesome. Will think about more ways to differentiate

Eddie Ibanez

Looking at this for launch and reign me in here as it's an idea... it's

iMessage

To: CryptoZoo 

Their take on rarity.

 Anyways we're trucking along. Thanks for the feedbackX

Yeah that's awesome. Will think about more ways to differentiate

**Eddie Ibanez**

Looking at this for launch and reign me in here as it's an idea... it's easier than I thought to Geofence. (Think Pokémon GO) you could publicize (and this may be stupid but I can do it) for launch that we hid X amount of eggs in certain places all over the world.

Think like points on google maps. It's easier than I thought.

 Just an idea.

That's fuckin cool

How would it work in the app

Like how could they collect

**Eddie Ibanez**

We would leave clues.

They would have to be on the place where we hid the egg and open the app. And if their location (latitude longitude) matched the one where we placed the egg. We could add it to their wallet with an animation or a call-out that they found it.

Some locations would have a "nest of eggs" meaning more than 1 at a location but users can only redeem one per location. 

 Have marketing  for the golden / albino Egg or something cool for launch. If you ever saw ready player 1 it's like leaving an Easter egg in a video game.

I'll try to watch that tonight

It's a good idea

Marketing gonna be so important for this

**Maybe: Shemori BoShae**

Regarding the killer geo fence idea you could also have these "locations" be real Brand Sponsors for example McDonald's pays to be the geo location of eggs retrieval.

  iMessage  

To: CryptoZoo                                                                                                    

Marketing gonna be so important for this

Maybe: Shemori BoShae

  Regarding the killer geo fence idea you could also have these "locations" be real Brand Sponsors for example McDonald's pays to be the geo location of eggs retrieval.

                                                                                                    

Down the line absolutely

It definitely complicates things a bit but lemme think

Eddie Ibanez

  If you haven't seen that movie watch it. It's what I want to build when I grow up.

The simple geofence hiding eggs and adding them to wallet is easy on my end. If you think it's worth marketing lmk. Im cool either way.

Mar 22, 2021, 7:01 PM

Okay will keep pondering

It's a good idea

👍  Could be really sick down the line if one drop it's only geofenced

Mar 23, 2021, 9:03 AM

Eddie Ibanez

  Side bar / need a new name for token.

                                                                                      👍
                                                                                                    PETS

Eddie Ibanez



**GIF Keyboard** via #images

do we like PETS or PET

PET TOKEN

hmmm

  iMessage

To: CryptoZoo





PETS

Eddie Ibanez



**GIF Keyboard** via #images

do we like PETS or PET

PET TOKEN

hmmm

Eddie Ibanez

Do we need the word token?

Or just call it pets?

The longer name would be PET TOKENS but the ticket can def be PETS

Jake Crypto King

PETS, PET, LOVE, Care, breed, CPET

CARE token could be cool

With a % donated to charity

Wow

And animal hospitals

1 Reply

Jake Crypto King

I like that^ "Make sure you CARE for your Crypto Pets"

Boom

GoDaddy

24/7 Support: +1 (480) 505-8877

Logan Paul — Customer Number: 92838844

iMessage

CONFIDENTIAL
PAUL_CZ0004709





## 🦃 GoDaddy

24/7 Support: +1 (480) 505-8877
Logan Paul — Customer Number: 92838844

# Congrats, Logan. Your transfer's finished.

Now you can manage the following domains in your account:

**cryptopets.com**

Attach the domains to websites, email accounts or even point them to your social media pages.

**Activate Your Domains →**

And animal hospitals

Jeff Levin

 And my trust wallet

Dani (assistant)

Hey Team,

I created a new folder on the google drive for the images with the new aspect ratio of 9:16.
This is the full phone screen size.

 I'll keep adding as artists send me the images.

 iMessage  

CONFIDENTIAL                                                                                                                    PAUL_CZ0004710



 D

I created a new folder on the google drive for the images with the new aspect ratio of 9:16.
This is the full phone screen size.

I'll keep adding as artists send me the images.

Jeff Levin

Thanks Dani

What about desktop ratio?

Eddie Ibanez

Dani – I don't believe I ever submitted my email for the google drive. When you have a moment could you please add e@mktsq.com ?
Thanks

Dani (assistant)

👍

Added you just now

Eddie Ibanez

You rock / also JMCGRIZ@zenabi.com

Dani (assistant)

done

Eddie Ibanez



**Gfycat** via #images

HA HA





iMessage

                                                                            PAUL_CZ00004711

To: **CryptoZoo**





Jake Crypto King


It's so ugly

Maybe: Shemori BoShae

Let him live! 😂 he identifies as fugly and I'm cool with that.

So ugly

But epic

Mar 23, 2021, 1:33 PM
Maybe: Shemori BoShae changed the group photo.

Mar 23, 2021, 8:39 PM



iMessage

To: CryptoZoo 



Assuming we don't like this egg as much as the first?

I like having options

Jeff Levin

I don't like it as much

 But agree we should have options

Jake Crypto King

 I like both. Think either one would fill its role spectacularly ✔️. Second one seems more graphic and intense.

Mar 24, 2021, 6:26 AM

Maybe: maureen mellina

 A token could be called a "ting"... that combined with pet would be petting... BearShark is 500 Pet Tings...

Mar 24, 2021, 9:08 AM

Jake Crypto King

 polkamon.com

9:07

#ClaimYourEgg and let the mystery begin!

We're offering everyone the chance to claim their stake in the Polkamon Universe. Register your address on our website and claim a mysterious

iMessage

CONFIDENTIAL



Mar 24, 2021, 6:26 AM

Maybe: maureen mellina



A token could be called a "ting"... that combined with pet would be petting... BearShark is 500 Pet Tings...

Mar 24, 2021, 9:08 AM

Jake Crypto King



polkamon.com

9:07

#ClaimYourEgg and let the mystery begin!

We're offering everyone the chance to claim their stake in the Polkamon Universe. Register your address on our website and claim a mysterious egg. 🥚

Curious what will hatch? Find out here 👇

medium.com/polkamon/claim...



8:31 AM · 3/24/21 · Twitter Web App

108 Retweets  61 Quote Tweets  459 Likes



Tweet your reply

JC

Eddie Ibanez

E   Want a pre site ?

Jake Crypto King

JC   Need a presite and NEED the ability for people to do this

Eddie Ibanez

I can have that up soon



iMessage



CONFIDENTIAL
PAUL_CZ00004714



**108** Retweets **61** Quote Tweets **459** Likes



Eddie Ibanez

**Want a pre site ?**

Jake Crypto King

**Need a presite and NEED the ability for people to do this**

Eddie Ibanez

**I can have that up soon.**

**If just a pre/**

Jake Crypto King

**Click the claim egg, and their wallet locks em into our system.  AND we see 2 days early how much interest there actually is plus we get it going viral before launched**

**And we open up "claim eggs" publicly for 1 hr and give away 50 free randomly to the** 500-5000 **that sign up**

Eddie Ibanez

**I'm on it - what functionality do you need in claim wallet is that just hold spot with email ?**

**I call you in 1.5 hours.**

Jake Crypto King

**Hold spot associated to the "egg" doesn't even have to mint an NFT. Just makes us aware their wallet interacted with our interface. And the after we decide which 100 or 50 free eggs to give away but now there are 10,000 wanting to play and every in Crypto Twitter is talking**

**Call me BuT 1st click:**



Eddie Ibanez

**I did**

**You want it as email capture or api into the wallets**



     

CONFIDENTIAL

PAUL_CZ00004715



E You want it as email capture or api into the wallets



Jake Crypto King

See how that works the claim egg feature, that's what we want to emulate to get the marketing going with no cost. All the big CT can tweet "RT claomed"

JC API into wallet

Eddie Ibanez

K

E Love it

Jake Crypto King

We want them to be familiar with site interaction.

The next day or a week later they'll be doing the same thing to actually buy them. This familiarized everyone with our brand, our

iMessage

CONFIDENTIAL



**Eddie Ibanez**

K

 Love it

**Jake Crypto King**

We want them to be familiar with site interaction.

The next day or a week later they'll be doing the same thing to actually buy them. This familiarized everyone with our brand, our concept AND shows us their wallet balances 💯

Love it

**Eddie Ibanez**

Call with Brock tomorrow

**Jake Crypto King**

I'm sure u can handle it, but if u need me just lmk what time I'll be happy to assist with the pitch.

Likewise

Mar 26, 2021, 10:58 AM

**Jake Crypto King**

 yTedd and 2 others liked

 **Polkamon** @Polkamonorg · 9h    ⋯
🙏 We are grateful for the overwhelmingly positive feedback on our two wonderfully crafted baby dragon #NFTs!

✨ Thank you so much for joining us on this truly unique approach to kickoff the Manifold Universe of Polkamon #ClaimYourEgg 👾 🥚



iMessage

To: CryptoZoo  

Mar 26, 2021, 10:58 AM

Jake Crypto King

 🖤 **yTedd and 2 others liked**

 **Polkamon** @Polkamonorg · 9h    ···
🙏 We are grateful for the overwhelmingly positive feedback on our two wonderfully crafted baby dragon #NFTs!

✨ Thank you so much for joining us on this truly unique approach to kickoff the Manifold Universe of Polkamon #ClaimYourEgg 🐲 🥚



GIF

💬 55     🔁 110     ♡ 837     ⬆️

The race is on gentleman. A game that releases eggs, users can sign up for the POtENTIAL 1 week early to connect their wallet and POsSIBLY receive a free egg (only giving away 100 I think and 100,000 signed up). This we NEED to do as mentioned earlier. It'll gauge game interest and get massive hype going a week before launch. Also, they have a PMON token integrated in their ecosystem that rewards dragons. Games are starting to emulate ours. Virality is built into our game, BUT going live sooner than letter is imperative as now there is solid competition.

 JC

Let's get the api for wallet capture set up and that preliminary site live so we can push it via crypto socials. I can promise an egg to 5 guys and they'll push it hard.   👍

 JC

Mar 28, 2021, 8:12 AM

Eddie Ibanez

Backers all done: need to talk to Jeff about switching to Dapper labs..

iMessage



💬 55    🔁 110    ♡ 837    ⬆️


The race is on gentleman. A game that releases eggs, users can sign up for the POtENTIAL 1 week early to connect their wallet and POsSIBLY receive a free egg (only giving away 100 I think and 100,000 signed up). This we NEED to do as mentioned earlier. It'll gauge game interest and get massive hype going a week before launch. Also, they have a PMON token integrated in their ecosystem that rewards dragons. Games are starting to emulate ours. Virality is built into our game, BUT going live sooner than letter is imperative as now there is solid competition.

Let's get the api for wallet capture set up and that preliminary site live so we can push it via crypto socials. I can promise an egg to 5 guys and they'll push it hard.

Mar 28, 2021, 8:12 AM

Eddie Ibanez

Backers all done: need to talk to Jeff about switching to Dapper labs..

Team can I have the info and images you want for the following pages?

https://polkamon.com/about-us

https://polkamon.com/token

I think this comes from Jeff/Jake but if I can have this by Wednesday– I have it all up for us to test on FRIDAY/Sat and the beta's up next week.

I'm also in town to meet F2F

Jake Crypto King

I have 0 images. There's a group file online of images the artists have made. What do u mean switching to Dapper?

Eddie Ibanez

I mean there's a team page etc . So your beautiful face etc... there's a token economics format page -

I'm not a content or voice guy - just need the words we want to use and numbers in place of what they have in those pages I linked

Let's hop on a quick call when we can

Mar 28, 2021, 11:56 AM

iMessage

To: CryptoZoo 

Let's hop on a quick call when we can

Mar 28, 2021, 11:56 AM



CRYPTOPETS Final + Script.AI











CONFIDENTIAL

PAUL_CZ0000721






PAUL_CZ0000472