# Exhibit A

## Part 2 of 6





> any of these stand out

**Maybe: maureen mellina**


I'm working on a logo font now....

**Jeff Levin**


Crypto pets maybe copyrighted so we need to have zoo also ready in case we can't a use pets

 iMessage  

CONFIDENTIAL
PAUL_CZ0000472 3

To: CryptoZoo



any of these stand out

Maybe: maureen mellina

 I'm working on a logo font now....

Jeff Levin

 Crypto pets maybe copyrighted so we need to have zoo also ready in case we can't a use pets

Mar 30, 2021, 5:28 PM

Hello all

How are we doing

Jake Crypto King

JC Devs still slaving away. Had a few solid calls with Eddie can update u on those anytime u want.

Eddie Ibanez



iMessage

CONFIDENTIAL
PAUL_CZ0004724

To: CryptoZoo 



**E**  Matt is Steve Ross's money. (Also Chairman of dolphins) Who did a SPAC with Gary Vee for 300m.

He's asking about it. He has to Spend that 350m...somewhere. Why not us.

I love that idea

Jake Crypto King
**JC**  You know I'm in.

Jeff Levin
 Let's go

+1 (617) 301-2628
Boom.

Eddie Ibanez



**Dolphins Vice Chair Matt Higgins Launches $350 Million SPAC**
google.com

Jake Crypto King
**JC**  We can easily help them allocate 10-100mil of their fund

Apr 4, 2021, 5:42 PM

Eddie Ibanez



 iMessage





Delivered

I
Know all about crypto kitties and dapper!

Just didn't know what you're up to

I LOVE this idea

So smart

You raising cash

E  Matt's a close friend - I sent him the images. & I sent him these. He wants to move if we want capital - he's calling me 3x now..

Jake Crypto King

JC  Just spoke to u sir, tokens available at $.1 each and eggs at .2 eth for strategic investors whose name we can use on the website investor page.

Eddie Ibanez

E  I think we take equity if we can from this guy. He manages Ross's cash which is endless

Jake Crypto King

JC  I'm fine if he buys in at a $200m valuation.

LFG

Apr 5, 2021, 9:36 AM

 



E — I think we take equity if we can from this guy. He manages Ross's cash which is endless

Jake Crypto King

JC — I'm fine if he buys in at a $200m valuation.

LFG

Apr 5, 2021, 9:36 AM



Refined a bit

Gen 1 BASE Egg

lol fun idea — what if we get Robert Erwin (Steve Erwin's son - literally Steve reincarnated and a viral phenom) on board as a spokesperson/face of the project. Whether we pay him using investment money or give him % but DAMN would literally make this a viral fucking BLASTOFF. Might be worth exploring

Jake Crypto King

JC — We are going to have sold out eggs and skyrocketing token price without him. It can't hurt, but not sure we need to add the expense given the virality will take place regardless. It's going to be crypto people that make us $$, normies still can't use a metamask wallet and plug-in to a platform blockchain game. The crypto speculators are already waiting to eat this up.

Virality is a guess. It always is. I've always said, every time something goes viral, it's a miracle. I've just gotten good at doing my best to ensure it

And I think part of the magic of this will be getting non crypto people into it - which was part of the MO of cryptokitties but it was too lame

Jake Crypto King

iMessage

CONFIDENTIAL

To: **CryptoZoo** 

BLASTOFF. Might be worth exploring

**Jake Crypto King**

We are going to have sold out eggs and skyrocketing token price without him. It can't hurt, but not sure we need to add the expense given the virality will take place regardless. It's going to be crypto people that make us $$, normies still can't use a metamask wallet and plug-in to a platform blockchain game. The crypto speculators are already waiting to eat this up.

> Virality is a guess. It always is. I've always said, every time something goes viral, it's a miracle. I've just gotten good at doing my best to ensure it

> And I think part of the magic of this will be getting non crypto people into it - which was part of the MO of cryptokitties but it was too lame

**Jake Crypto King**

I don't mean. I mean sold out and profitable. All eggs sold and token trading at a huge return.

I don't mean viral**

> True it's unnecessary but maybe would be the shit

**Jake Crypto King**

If we teach them (u teach them because they only want to hear from u) on how to use a wallet, yes, but to date no one has taken time to educate masses. If we educate on how to play it'll be the difference maker. As it stands crypto people r really the only that can afford to play remember eggs are sold for .1 to 1.0 eth with an average of .5 eth. They need 2 eggs, so it's 1 eth or $2100 to just begin. That's a high barrier of entry for "newbies". And we want it exclusive like that with the limited numbers so it drives attention. It just is hard to pitch a 1 eth game or $2k game to a new person.

> That's another thing / you sure you wanna start them that high?

**Jake Crypto King**

Gas prices are $75 today to send shit. If we start at $50 it'll cost $125 with $75 going to gas.

They have to be that high for it to mechanically make sense with eth. And currently people only trade eth based NFTs.

> Yeah whack

**Jake Crypto King**

I agree, I'm just building the financial model for the tech that exists

> Got you

iMessage

To: CryptoZoo  

 They have to be that high for it to mechanically make sense with eth. And currently people only trade eth based NFTs.

Yeah whack

Jake Crypto King

 I agree, I'm just building the financial model for the tech that exists

Got you

This project is the shit lol

Jake Crypto King

 I agree. Lol u are about to find out why I started doing crypto 5 yrs back and never stopped

Apr 5, 2021, 1:48 PM

Jake Crypto King

 The 1st conference in the prior year is going to be Miami the 1st week of June. I'm going with a lot of crypto traders and influencers. IMO zoo/Pets throws a party that weekend it at least sponsor one. The entry can be contingent on having a pet. No pet, no entry. We can even promote it with our strategic investor being present as the crypto vcs and whales will all be in Miami that week.

JC  Or*

Apr 5, 2021, 3:59 PM

That'd be fun

Apr 5, 2021, 6:22 PM

Eddie Ibanez

 Adding John (horsepower on the engineering side)

Jake Crypto King

 Horsepower is good, hey John, welcome!

 

+1 (203) 558-1445



 iMessage  

To: CryptoZoo





+1 (203) 558-1445



GIPHY via #images



Jeff Levin

Sick

Eddie Ibanez

Let's close!!!

Apr 6, 2021, 1:52 AM

Jake Crypto King



I love the egg. Hopefully this added horsepower pushes us over the cusp we are on. The next few days are pivotal. If crypto holds we will be able to create an ecosystem that generates wealth as long as we can  keep the game exciting. And we are talking exceptional numbers. Let's crush this last part from a dev side and let's blow out the marketing in both crypto, and real world. Our plan to build hype currently by giving away 100 eggs via wallets signing up and the token trading will create huge excitement

iMessage

CONFIDENTIAL
PAUL_CZ0004730

To: CryptoZoo 

 Let's close!!!

Apr 6, 2021, 1:52 AM

Jake Crypto King 

I love the egg. Hopefully this added horsepower pushes us over the cusp we are on. The next few days are pivotal. If crypto holds we will be able to create an ecosystem that generates wealth as long as we can keep the game exciting. And we are talking exceptional numbers. Let's crush this last part from a dev side and let's blow out the marketing in both crypto, and real world. Our plan to build hype currently by giving away 100 eggs via wallets signing up and the token trading will create huge excitement

Apr 6, 2021, 7:44 PM
Eddie Ibanez added +1 (203) 558-1445 to the conversation.

> Eddie what you need from us assets wise? Like when do we start plugging in the stuff

Apr 6, 2021, 9:34 PM

Eddie Ibanez

Now. Did you like the logo I sent?

I'm pulling from images from the GDrive

Apr 7, 2021, 6:44 AM

Eddie Ibanez

Anyone up ? Looking at the Google sheet and it looks like I may not have access to it I remember seeing the one I thought I saw before they had all the names and yell what we want the first drop of animal hatches to be so I need to know you know what names we want the first and will hatch is to be and I need to know if you know what images at associate that with and then you know at the breeding cross pairs maybe we can just do a quick call and I can just get access to it thanks

 Jeff Levin

Yep up

Eddie Ibanez

I'll call you direct - if you have access you can grant me it. The spreadsheets I have are blank

 Jeff Levin

I don't have permission to give access

Let me see if Dani Logan's asst can

What's your email your using??

iMessage

Case 5:24-cv-00717-OLG-HJB    Document 35-4    Filed 02/10/25    Page 11 of 113



Anyone up ? Looking at the Google sheet and it looks like I may not have access to it I remember seeing the one I thought I saw before they had all the names and yell what we want the first drop of animal hatches to be so I need to know you know what names we want the first and will hatch is to be and I need to know if you know what images at associate that with and then you know at the breeding cross pairs maybe we can just do a quick call and I can just get access to it thanks

**Jeff Levin**



Yep up

**Eddie Ibanez**

I'll call you direct – if you have access you can grant me it. The spreadsheets I have are blank

**Jeff Levin**

I don't have permission to give access

Let me see if Dani Logan's asst can



What's your email your using??

**Eddie Ibanez**

Are they blank in your doc? Maybe just copy and paste them to me



E@mktsq.com & jmcgriz@zenabi.com

**Jeff Levin**



What's your email you would I use

**Eddie Ibanez**



Also put eddie@zenabi.com

**Dani (assistant)**

Adding you to my working spreadsheet.

It has all the names – with the yellow meaning I have the updated images in the 9:16aspect ration. So just don't change any colors on it :)

Let me know if that is what you were  looking for



**Eddie Ibanez**



iMessage

To: CryptoZoo 

 Also put eddie@zenabi.com

Dani (assistant)

Adding you to my working spreadsheet.

It has all the names – with the yellow meaning I have the updated images in the 9:16aspect ration. So just don't change any colors on it :)

Let me know if that is what you were looking for



Eddie Ibanez





Thanks – I won't edit the sheets. I just want to do a breed test. I made a video of it's easier to understand.

I need the images for the animals that will hatch in the first drop (I believe are the bolded white cells that staircase down from left to right in the "Names 9:16 Done" tab.



iMessage 

To: CryptoZoo 



Thanks - I won't edit the sheets. I just want to do a breed test. I made a video of it's easier to understand.

I need the images for the animals that will hatch in the first drop (I believe are the bolded white cells that staircase down from left to right in the "Names 9:16 Done" tab.

Dani (assistant)

Ahh I see.
Yes that is because we don't have them yet.
Let me get with an artist ASAP and jeff can you call me about a licensing question I have?



Jeff Levin

 I'll handle licensing

Eddie Ibanez

 K I'm creating a test folder of images I'm just getting of the net to test with -

Jeff Levin

 K

Also!! Technically the "baby" version of animals (breeding the same animal with the same animal) is an "offspring" ... so babies can't breed

+1 (203) 558-1445

 Wait so when a user hatches an egg, what comes out? That's the image set I need

The assets in the Dropbox are all just hybrids

depends what the base animals breeding are

400+ options

Yeah we're grabbing the base animals and their baby offspring as we speak

+1 (203) 558-1445

 I mean like - brand new user. No animals, I buy an egg straight up. That has to hatch into a regular animal right?

 iMessage  

To: CryptoZoo



Yeah we're grabbing the base animals and their baby offspring as we speak

+1 (203) 558-1445



I mean like - brand new user. No animals, I buy an egg straight up. That has to hatch into a regular animal right?



correct oh i see

1 of 15 base animals

Gorilla
Pug
Shark
Lion
Elk
Butterfly
Blobfish
Naked Mole Rat
Orca whale
Turtle
Penguin
Kitten
Elephant
Duckling
Panda
Bear

BUT we have yet to find these pics can just use google placeholders for now

+1 (203) 558-1445

Yeah, so those are the images I need to build the demo, so you can log in -> get eggs -> hatch base animals -> breed them

Ah ok

What about the base assets used to photoshop the hybrids?



(Unless those are just photos of ungodly science experiments 😆)



it's possible, it's more than just choosing a random photo of a gorilla. It's really important that our "base" animals look fucking SICK. So just need to choose the right photo

Eddie Ibanez



I added you JMC to babies (testing folder) with baby images

Apr 7, 2021, 9:51 AM

iMessage

 

To: CryptoZoo 

it's possible, it's more than just choosing a random photo of a gorilla. It's really important that our "base" animals look fucking SICK. So just need to choose the right photo

**Eddie Ibanez**
I added you JMC to babies (testing folder) with baby images

Apr 7, 2021, 9:51 AM

**Jake Crypto King**
It's more than just choosing a photo of a base gorilla ❤️. That txt had me laughing so damn hard. The fact we r breeding zoo creatures for what should be an insane amount of crypto is absurd.

facts

This project is the best ever

Apr 7, 2021, 12:39 PM

hey Eddie & team, would it help to label the hybrid images with the correct names so y'all can just plug and play?

instead of having to discern

**Eddie Ibanez**
Yes

alright I'll do that today

**Eddie Ibanez**
Thanks / also are we doing the same amount for each?

Like will there be 400 sharks and 800 gorillas?

Nah so I wanted to go over this with Jake

If we're releasing 2,000 eggs at first (if that's the number, maybe we do more maybe we do less, idk), we should allocate X of each animal based on rarity

rarity and thus yield

Or maybe we just release 1,000 per week, 5 animals, 200 per animal

**Jake Crypto King**
2000 total base eggs being sold with them being determined by which animals are most rare which directly corresponds with higher yields

iMessage

CONFIDENTIAL

To: **CryptoZoo** 

based on rarity

rarity and thus yield

Or maybe we just release 1,000 per week, 5 animals, 200 per animal

**Jake Crypto King**

 2000 total base eggs being sold with them being determined by which animals are most rare which directly corresponds with higher yields

So we're constantly releasing for three weeks

**Jake Crypto King**

JC Exactly ^ Logan spot on.

**Eddie Ibanez**

I'm dumb - so this may sound stupid.

What makes an animal rare in the given scenario? I'm asking to program it in.

We have are the breeding.

If all breeds have the same # in inventory, how does rare come in?

The images I have look like their are 2X2 animal pairs. GorrilaBear...etc. with many outcomes.

If you make a certain animal come out less...or have less inventory than the others or mix up the # of inventory of all of them - Inherently there is rarity built in from the start.

As  the game is played that rarity grows as breeding happens as pairs are multiplied out. So if I was the only one who breed my panda with a blob and all there were only 5 pandas it would be rare off the jump.

A thought to
Consider.



**2 Replies**

+1 (203) 558-1445

Other question is are we randomizing the pairs? So gorilla + bear is Gorillabear, but bear + gorilla is Bearilla. When you combine those two animals, do you have a 50/50 chance to generate one or the other, or is it strictly based on the order you decide, so bear in slot 1 and gorilla in slot 2 always gives bearilla

+1 (203) 558-1445

Could also weight it as dominant/recessive traits. So like in that case if gorillas are common and bears are rare, it'll usually combine with the gorilla as the base animal. But if you get lucky, it winds up with the more rare version which has the bear as the base animal 

iMessage



 Could also weight it as dominant/recessive traits. So like in that case if gorillas are common and bears are rare, it'll usually combine with the gorilla as the base animal. But if you get lucky, it winds up with the more rare version which has the bear as the base animal

**1 Reply**

 I'm dumb – so this may sound stupid.

What makes an animal rare in the given scenario? I'm asking to program it in.

**2 Replies**

Jake Crypto King

Inherently rare from the start. If we release 5 base animals per week, 1 week having 2k, then the most common there would be 1k of but the most rare there'd be 50 of. 

**JC** Plus the albino deviations *

 Correct both of those thoughts are spot on.

We choose the # to release which directly correlates to rarity. Arbitrary Ex:

400 butterfly
300 shark
200 gorilla
75 blob fish
25 pug

And I like the other idea two – when breeding, most animals have two possible outcomes (some animals don't like the blobfish). I like the idea of the more common animal being the "dominant" trait which will increase rarity of offspring

 Could also weight it as dominant/recessive traits. So like in that case if gorillas are common and bears are rare, it'll usually combine with the gorilla as the base animal. But if you get lucky, it winds up with the more rare version which has the bear as the base…

Yeah this is dope

Eddie Ibanez

Great.

 iMessage   

CONFIDENTIAL

PAUL_CZ0000473B



increase rarity of offspring

Could also weight it as dominant/recessive traits. So like in that case if gorillas are common and bears are rare, it'll usually combine with the gorilla as the base animal. But if you get lucky, it winds up with the more rare version which has the bear as the base…

Yeah this is dope

**Eddie Ibanez**

Great.

If we're open to differentiating the # upon release then we can weight dominancy easy as well.

Do you have a bias on which animals are rare? If not, I can math it all out. As we got the differentiation on spawn down.

If you are which is cool - I just need to know which ones you'd like to be rare. (In this scenario Dominant & recessive.) or we can just math it out.

What's best way to coordinate rarity and thus yield? A scale of 1-10 ? 1-5 stars? Colors?

Common
Uncommon
Rare
Super Rare

**Eddie Ibanez**

One way, take a column of the animals and rank them 1 being the most rare down. 2 animals can have the same number.

Or 1-10

Numbers are best.

Got it

What about 1-5 ?

5 being most rare

**Eddie Ibanez**

Cool.

+1 (203) 558-1445

CONFIDENTIAL                     PAUL_CZ0000473

To: CryptoZoo 

 Or 1-10

Numbers are best.

Got it

What about 1-5 ?

5 being most rare

Eddie Ibanez
 Cool.

+1 (203) 558-1445
You can also just straight up set the spawn rate, so 20 would mean 20 born per wave etc

Jake Crypto King
JC 100% we want to dictate which are more rare. But We can generate the hierarchy right now.

+1 (203) 558-1445
And then the tier is the range the birth rate falls in

Gorilla 4
Pug 1
Shark 3
Lion 3
Elk 2
Butterfly 1
Blobfish 5
Naked Mole Rat 5
Orca whale 2
Turtle 2
Penguin 2
Kitten 1
Elephant 3
Duckling 2
Panda 4
Bear 3

How's that look

+1 (203) 558-1445
 Solid, thanks

Pug 1
Butterfly 1
Kitten 1

iMessage

To: CryptoZoo 

 Solid, thanks



Pug 1
Butterfly 1
Kitten 1
Turtle 1

Penguin 2
Duckling 2
Orca whale 2
Elk 2

Bear 3
Elephant 3
Lion 3
Shark 3

Panda 4
Gorilla 4

Blobfish 5
Naked Mole Rat 5

Wait do that instead

Just moved turtle to 1

Eddie Ibanez

All I'm drinking



iMessage



SHARED

Use Adobe Acrobat Reader to add comments to this shared file.    Go to app





Jake Crypto King

JC    Hahahahhaha 100% organic. Good shit. Can't wait for this to be live 🚀

Who tf made this. It's incredible

Maybe: maureen mellina

  Me

 Half Bear. Half Shark. All Good.



iMessage

CONFIDENTIAL    PAUL_CZ0000742



To: CryptoZoo


Me


Half Bear. Half Shark. All Good.








CREATED BY MAUREEN MELLINA OF STUDIO M  |  MAUREEN@STUDIOM-NYC.COM



iMessage

CONFIDENTIAL

To: **CryptoZoo**    



 

CREATED BY MAUREEN MELLINA OF STUDIO M  |  MAUREEN@STUDIOM-NYC.COM

So many questions

Maybe: maureen mellina

Hahaha

Eddie Ibanez
I got 10k cases on order for the summer. We put NFT codes or eggs on bottles.

that's awesome lol

Jake Crypto King
JC  That's fuckkng incredible

JC  Everyone is talking about Miami conference for June. Let's get this live ASAP and viral. Then the Miami conference we can take over the after hours.

JC  And have our vodka there 🤣

Eddie Ibanez
Dude

I own Miami

You're in great hands

 LFG

Jake Crypto King

iMessage

**To:** CryptoZoo ⓘ

JC **And have our vodka there** 🤣

Eddie Ibanez
**Dude**
**I own Miami**
**You're in great hands**

E **LFG**

Jake Crypto King
JC **That's what I want to hear**

JC **I'm going to facilitate a money printer like u can't imagine the next month and then miami** 😎 ♥

Eddie Ibanez
E **Ha as long as we get the** 👍 **from Manager Jeff**

**I'll be fucking PRIME training camp. But might be able to pop in from PR**

Jake Crypto King
JC **If Dad doesn't approve it I'm using personal funds with a few crypto homies and hosting. L**

**Thatta boy**

Jake Crypto King
JC **No L****** 😂

JC **But yes, whole group is invited. We will have plenty of Milfs. Or dilfs for u ladies** ♥

Apr 9, 2021, 11:34 AM

**How y'all doin**

**Gonna go through and label animals shortly**

**How's Dev coming**

Eddie Ibanez

[image: screenshot showing 8:42, Not Secure — cz-demo.herokuapp.com, N A M E field with "Eddie Ibanez"]

iMessage





How's Dev coming

Eddie Ibanez



Linking it up to the wallets & making it look prettier. Will look better when we have the base animals as then you will see the full hatch process.

Fuck yeah. Dani where we at with base animal licenses

1 Reply

And selects

Omgggg y'all are ninjas

It's gorgeous

iMessage

CONFIDENTIAL



Omgggg y all are ninjas

It's gorgeous

This shit is gonna POPPPP

Eddie I assume hold notes for now

Eddie Ibanez

Send em!

**E** LFG

Jake Crypto King

**JC** This look fantastic. We are going to be able to do AMAZING financial "games"
With this.

Super preliminary notes

Fuck yeah. Dani where we at with base animal licenses

Dani (assistant)

**D** Just sent an email to check in with the artist I have working on it. Will let you know when I have an update.

Yessss pls



iMessage

 

To: CryptoZoo





So let's move the name and the quantity to like this lower left tier like Tik tok. Cuz it'll get in the way on some animals. And maybe that's where we can add rarity as well in the form of stars. Instead of the smiley faces







iMessage




PAUL_CZ0000748

To: **CryptoZoo**



So let's move the name and the quantity to like this lower left tier like Tik tok. Cuz it'll get in the way on some animals. And maybe that's where we can add rarity as well in the form of stars. Instead of the smiley faces





See how Tik tok has all the stuff in bottom left



iMessage





CONFIDENTIAL

To: CryptoZoo



See how Tik tok has all the stuff in bottom left



Yeah idk about the smiley feeding stuff anymore. Seems irrelevant and confusing

1 Reply



iMessage

To: CryptoZoo 

confusing

**1 Reply**



Should we make these SLIGHTLY transparent like on Tik tok? Again just don't want to block the animals at all

**1 Reply**



iMessage

CONFIDENTIAL

To: CryptoZoo





This branding is sick

Should we make these SLIGHTLY transparent like on Tik tok? Again just don't want to block the animals at all

Eddie Ibanez

TIKTOK USES A Light opaque translucent overlay to the video to make them pop actually. We can do both or either and test both options

Yeah idk about the smiley feeding stuff anymore. Seems irrelevant and confusing

Jeff Levin

Yeah need find a new symbol

Stars for rarity or something to imply how rare

  iMessage

To: CryptoZoo 

 them pop actually. We can do both or either and test both options

Yeah idk about the smiley feeding stuff anymore. Seems irrelevant and confusing

**Jeff Levin**

 Yeah need find a new symbol

Stars for rarity or something to imply how rare

**Eddie Ibanez**

 Utility for the tokens if not feeding is for name changing - was there any other off the bat?

None yet

**Eddie Ibanez**

 K

**Jake Crypto King**

 For buying the next round of eggs they can get a 10% discount if use zoo

Yup

**Jake Crypto King**

Eddie we discussed that ^ everything that people can spend eth on they get a discount if they spend zoo instead

**Eddie Ibanez**

I agree making sure there was nothing else

**Jake Crypto King**

We can do something where the more ZOO u have the higher the likelihood of getting the next release of animals is?



 iMessage  

CONFIDENTIAL

To: CryptoZoo 



This number. Wondering what it should be. Like 1/1. Or 1/2 or 1/100. Because for the hybrids we won't be able to tell how many WILL exist, just how many exits

+1 (203) 558-1445

 Yeah probably better to just have verbal tier ratings common/rare/ super rare etc. everything here's very much placeholder

Eddie Ibanez

 True.

BUT numbers are good man. People are gonna wanna know JUST how rare their animal is

I like verbal tier ratings

Eddie Ibanez

There's only so
Many possibilities of outcomes even for the hybrids

Or just give the number it's at this is #34 and don't put the "/100" part

^^ bingo

1 = common
2 = uncommon
3 = rare

To: CryptoZoo



I like verbal tier ratings

Eddie Ibanez

There's only so
Many possibilities of outcomes even for the hybrids

Or just give the number it's at this is #34 and don't put the "/100" part

^^ bingo

1 = common
2 = uncommon
3 = rare
4 = super rare
5 = mythical

Apr 9, 2021, 6:03 PM



iMessage

CONFIDENTIAL

PAUL_CZ0004755

To: CryptoZoo 

Hybrid egg

(For now) - having him make more

Like when two animals breed. They make this egg

^ also uploaded to drive with stills

Apr 9, 2021, 11:07 PM

**Jake Crypto King**

 I have multiple influencers wanting 50-200k allocations

**Jeff Levin**

Eggs?

**Jake Crypto King**

Eggs n coins

That's fantastic

Apr 11, 2021, 11:22 AM

 Just went through and labeled all the animals we have in - dani's working on getting base & baby animals & still have some more to put in but

We going

Apr 11, 2021, 11:26 AM
You named the conversation "CryptoZoo".

Apr 11, 2021, 2:08 PM

What are the chances we'll regret not having minted more tokens

Apr 11, 2021, 3:38 PM

**Jeff Levin**

Jake ^

Apr 11, 2021, 5:29 PM

**Eddie Ibanez**

 There's a blockchain - our own.

On that chain we have "Coins" built of blocks. A coin is minted based on X action. These coins can be transacted as cash and will be on exchanges

iMessage





Apr 11, 2021, 3:38 PM

Jeff Levin 

Jake ^

Apr 11, 2021, 5:29 PM

Eddie Ibanez

There's a blockchain - our own.

On that chain we have "Coins" built of blocks. A coin is minted based on X action. These coins can be transacted as cash and will be on exchanges.

We are also creating tokens. A token is created by X breeding. Tokens can be used to: Y (change name of animal and future in game utility)

A user gets a 30% discount when they use our coin to purchase our tokens.

OR

We make them have to only use our coin to purchase tokens? (I like personally)

The tokens will also be on our sync'ed ledger with the coins - on a different table.

Am I confused?
There needs to be a sync - back to the coin from the token - in order to determine the #

**E** (Happy to do a quick call if easier)

Jake Crypto King

**JC** Eddie calling u

Eddie Ibanez

Pls

**E** Tks

Jake Crypto King

Call me it's going straight to voicemail

**JC** The more tokens we release the less valuable they will be. I'm guessing at 2bil they'll spike to $2-4 during the 1st 2 months of trading

iMessage

To: **CryptoZoo** 

Eddie Ibanez

Pls

E   Tks

Jake Crypto King

Call me it's going straight to voicemail

The more tokens we release the less valuable they will be. I'm
guessing at 2bil they'll spike to $2-4 during the 1st 2 months of
JC   trading

The zoo token is the token they use in game. There is no 2 tokens. The
zoo tokens is used to purchase eggs at discount or  to speculate/use
JC   in game features

Eddie Ibanez

2 min.

That's correct for the one end. More of the NFT side on in game play.

We create X amount but they aren't minted unless Y happens then a
new block is released on the chain. For our
E   Own blockchain.

E   Just tried back hit me up whenever I'm free - Tks

Jake Crypto King

JC   Great convo, all synced up 🙌 👍

Okay fantastic

Apr 12, 2021, 4:09 PM

Eddie Ibanez

Yo Yo!!! Very excited. Do we have an ETA on the "Adult, non-hybrid"
images? If we could get them tomorrow or Wednesday that would be
great as I'd like to schedule a demo meeting with everyone on Friday
or a day that works.

E   Much appreciated!!!! And love all the hard work from all angles  here

Also if Jmcgriz@zenabi.com & Eddie@zenabi.com - could have view
and edit access to all folders with images would be great for us to
E   Import the images automatically.

iMessage

To: CryptoZoo



Own blockchain.

Just tried back hit me up whenever I'm free - Tks

Jake Crypto King



Great convo, all synced up 🙌

Okay fantastic

Apr 12, 2021, 4:09 PM

Eddie Ibanez

Yo Yo!!! Very excited. Do we have an ETA on the "Adult, non-hybrid" images? If we could get them tomorrow or Wednesday that would be great as I'd like to schedule a demo meeting with everyone on Friday or a day that works.

Much appreciated!!!! And love all the hard work from all angles  here

Also if Jmcgriz@zenabi.com & Eddie@zenabi.com - could have view and edit access to all folders with images would be great for us to Import the images automatically.

Apr 12, 2021, 4:53 PM
You changed the group photo.

Fantastic I'll grant access right now



iMessage



To: CryptoZoo ⓘ

Import the images automatically.

Apr 12, 2021, 4:53 PM
You changed the group photo.

Fantastic I'll grant access right now



Another egg

Uploaded to the drive

Added y'all to Drive lmk if it didn't work



Working on adult images as we speak

Eddie Ibanez





iMessage 

CONFIDENTIAL

To: **CryptoZoo** 

Uploaded to the drive

Added y'all to Drive lmk if it didn't work

Working on adult images as we speak

Eddie Ibanez



The base animals are
Missing once we get will look better at

Looks sick though

One thing I was considering is if animals should stack - so like if you have 6 kittens it just takes up 1 slot and has some kind of "x6" indicator to show how many you have. Same deal for eggs where it would be like a stack of basic, hybrid, etc

CONFIDENTIAL
PAUL_CZ00004761

To: CryptoZoo 

 Missing once we get will look better at

👍

**Looks sick though**

+1 (203) 558-1445

One thing I was considering is if animals should stack - so like if you have 6 kittens it just takes up 1 slot and has some kind of "x6" indicator to show how many you have. Same deal for eggs where it would be like a stack of basic, hybrid, etc

Not sure if it's better that way or just having each one take up its own slot the way it is now

Jake Crypto King

Looks really good. I wouldn't stack unless their identical animals and even then it's unlikely someone has more than 10. Can't wait for this 🔥. The art, the preview all look solid.

**That's also true**

**I like seeing the eggs next to eachother**

Jake Crypto King

👍

Shows your collection larger and more impressively. A better display.

**1 Reply**

Eddie Ibanez

Def on the eggs - What about the animals ? Do you want to see 5 of the same kittens ?



Eddie Ibanez

Ok cool

Jake Crypto King

👍

If it's the same kitten it could have a x3 or x5 in a corner. Indifferent to me.

❤️

**Agree let's stack same animal**

Apr 13, 2021, 12:37 PM

iMessage

To: CryptoZoo ⓘ



If it's the same kitten it could have a x3 or x5 in a corner. Indifferent to me.

Agree let's stack same animal

Apr 13, 2021, 12:37 PM





PAUL_CZ0004763





Dani (assistant)



iMessage

CONFIDENTIAL
PAUL_CZ0000764

To: CryptoZoo                                                           ⓘ



Dani (assistant)





D

Apr 13, 2021, 3:54 PM

Jake Crypto King

JC  Love the purtle

Apr 13, 2021, 5:53 PM

Maybe: Shemori BoShae

I want one!

Jake Crypto King

Okay hear me out... can we charge ZOO to breed? As it stands the

iMessage

To: **CryptoZoo**



 

Apr 13, 2021, 3:54 PM

Jake Crypto King

Love the purtle

Apr 13, 2021, 5:53 PM

Maybe: Shemori BoShae

I want one!

Jake Crypto King

Okay hear me out... can we charge ZOO to breed? As it stands the gamer is rewarded for holding eggs or hatched animals. If they want to add an animal to the ecosystem earning ZOo they should have an inherent cost beyond 2 animals. If every user had to use ZoO for breeding or asset (NFT) creation it drives the token metrics/utility much more than solely its ability to buy eggs at 10% off. The more utility we have for zoo the more valuable the whole platform.

That's true. Its essentially our gas fee right

And is it a lot or a little

Jake Crypto King

It can be a small amount, 50 ZOO, eth will have gas fees built in, but we don't get those. If we build in a fee to breed we get they directly. And it makes people wait to breed keeping animals supply down, or forcing em to go to Uniswap and buy the token

Either way it's a win. It's whether it can be implemented seamlessly in a short time period. More utility means more value.

That's true. Hmmmm

I don't mind it

Does cryptokitties do it?

Jake Crypto King

Cruptokitties came out in 2017 and never did a token so our whole adding yield they missed out on. This would be an innovative idea we'd be implementing if Our rockstar devs could. Token value and platform value is determined by what can the token do, buying eggs is good, but we need great. Breeding is great.

     iMessage    

CONFIDENTIAL    PAUL_CZ0000766

To: **CryptoZoo** 

JC Either way it's a win. It's whether it can be implemented seamlessly in a short time period. More utility means more value.

That's true. Hmmmm

I don't mind it

Does cryptokitties do it?

Jake Crypto King

JC Cruptokitties came out in 2017 and never did a token so our whole adding yield they missed out on. This would be an innovative idea we'd be implementing if Our rockstar devs could. Token value and platform value is determined by what can the token do, buying eggs is good, but we need great. Breeding is great.

But I think they charge to breed

Don't they?

Like ETH or some shit ?

Jake Crypto King

JC Nope just the cost of gas which is always changing but they don't get that. Eth network gets that

Wouldn't mind charging for breeding

Apr 13, 2021, 9:19 PM

Eddie Ibanez

E More utility of the token – the better I agree

Apr 13, 2021, 10:21 PM

Eddie Ibanez

There would be close no gas fee's if I did an ERC1155 token as I can bundle actions & transactions into 1 VS having to create a smart contract every time.

It can also transact as a currency (fungible) and as a nonfungible token (animal) –
It allows for multiple tokens under
One contract. The same token can trade as a security & NFT if we wanted.

Meaning each animal would have the value it trades at for how cool it looks & could have a "gift card" value that's a monetary value. Example. I have A $50 Amazon gift card MJ printed on it autographed by him.

iMessage

To: CryptoZoo



Eddie Ibanez



More utility of the token – the better I agree

Apr 13, 2021, 10:21 PM

Eddie Ibanez

There would be close no gas fee's if I did an ERC1155 token as I can bundle actions & transactions into 1 VS having to create a smart contract every time.

It can also transact as a currency (fungible) and as a nonfungible token (animal) –
It allows for multiple tokens under
One contract. The same token can trade as a security & NFT if we wanted.

Meaning each animal would have the value it trades at for how cool it looks & could have a "gift card" value that's a monetary value. Example. I have A $50 Amazon gift card MJ printed on it autographed by him.

I can redeem the gift card for 50$ &  trade it for a separate value since it has his image on it autographed let's say for $100 bucks on eBay as a trading card. 2 values – 1 card.

In the zoo – based on rarity we are giving up 80m/tokens to the economy divided out to the pet owners. And let's say they are 10cents in USD a token. And we're giving away 8m in value  that month. We have 1 denomination for our currency our token is worth 1 of our token which is worth 10cents. (This is like the dollar backed by the gold standard days)

The 1155 alternate example would be we have multiple denominations of currency without having to mint as many actual tokens.

If the value of 1 zoo token (or let's
Call it a zoo dollar) is .10usd and I only wanted to mint 40m physical tokens this month but still release value of
Let's say at 8m – you would release tokens worth 2 zoo dollars or ones
Worth .20usd. We're now artificially creating the value of the released tokens without having to buy or sell anything in market.

In order for this to work we need to have items that we can have the holders redeem the value for.

I.E. if they wanted to change their name and that cost someone 2 zoo tokens or .20cents to do. They can use 2 single zoo tokens or one 2$zoo token. This justifies the value of the 2$ zoo token as .20cents in the market.

Since the item we're selling is digital it's of no additional cost to us accepting two of the $1zoo dollars or one of the $2zoo dollars. To use it's the same as it costs us nothing. But to the user they get double the value




iMessage



tokens or .20cents to do. They can use 2 single zoo tokens or one 2$zoo token. This justifies the value of the 2$ zoo token as .20cents in the market.

Since the item we're selling is digital it's of no additional cost to us accepting two of the $1zoo dollars or one of the $2zoo dollars. To use it's the same as it costs us nothing. But to the user they get double the value.

So we've created artificially one token that's worth double.

Only clawback is 1155's can't trade on uniswap and I imagine that may be an issue.

I'm confused

Eddie Ibanez

 01:45

 03:10

 01:06

Apr 14, 2021, 4:03 AM

This is wayyyyy too confusing

Eddie Ibanez

I hear you - Will keep it simple and KO ass planned.

*as

Ok sounds good

Apr 14, 2021, 8:33 AM

Eddie Ibanez

Was there an update on the images?

The base ones? I haven't selected yet like a little bitch

Will do today

Eddie Ibanez

All good -

Apr 19, 2021, 8:33 AM

Eddie Ibanez

iMessage

To: CryptoZoo 

The base ones? I haven't selected yet like a little bitch

Will do today

Eddie Ibanez

All good –

Apr 19, 2021, 8:39 AM

Eddie Ibanez



**ERC721 + Vue.js CryptoKitties-like Dapp in under 10 minutes**
medium.com

 docs.google.com

**Google Sheets - create and edit spreadsheets online, for free.**
docs.google.com


Check that out – we're up. If you give me wallet ID's I can send tests.

Any updates on the images?

Dani (assistant)

Ana our editor doing the bases was traveling over the weekend but she is back online today. Waiting on an update about licensing but should be coming through with bases in next couple days. Going for asap.

Eddie Ibanez

Cool thanks

Jeff Levin

Licensing is getting handled

Apr 20, 2021, 7:23 PM

Eddie Ibanez

Hey guys – random thought here with John, there is a egg hatch

 iMessage 

CONFIDENTIAL

To: CryptoZoo 

Apr 20, 2021, 7:23 PM

**Eddie Ibanez**

Hey guys - random thought here with John, there is a egg hatch animation. When we breed 2 animals should there also be an animation?

Yeah wait there is

Just with the hybrid egg

Like after the 36 hour window, you have the same opportunity to 'HATCH' like you did your base egg

**Eddie Ibanez**

I got you on hatching - what about the breeding function?

Like do we want an animation for the breeding to create an egg.

Oh hmmm... what does the breeding ground look like? The only animation would be like an egg popping up. I don't think it needs a full on animation

👍

Just like

CONGRATS! YOU'VE MADE A HYBRID!

**Eddie Ibanez**

That's what I needed.

Apr 21, 2021, 5:44 PM

**Eddie Ibanez**

Ok -

1) Could the names of the image files match the names of the animals we're still missing some -

2) Some of the images of the animals are missing (like the bases) but for internal demo purposes I've taken a stab and added images so you can see how the UI and gameplay would go.

In short once images ate cleaned up & all in it will all match up. Enjoy.



iMessage

To: **CryptoZoo**                                                                          ⓘ

In short once images ate cleaned up & all in it will all match up. Enjoy.



**Dani (assistant)**

Just loaded about 20 more hybrids in which should be the last of them.
I'll go through end double check each folder.

How do you prefer them to be named?

Bases are close, Should have most of them by tomorrow or Friday!

Looking like by end of week we will have everything for hybrids and bases for this group of animals. Give it take one or two but going over everything today and tomorrow to make sure.

**Eddie Ibanez**

Thank you so much. Names were loaded in from the spreadsheet.

So if the image file names could match that it would be epic.

iMessage

To: CryptoZoo 

 **Hybrids and Bred Animals**

Dani (assistant)

Just loaded about 20 more hybrids in which should be the last of them.
I'll go through end double check each folder.

How do you prefer them to be named?

Bases are close, Should have most of them by tomorrow or Friday!

Looking like by end of week we will have everything for hybrids and bases for this group of animals. Give it take one or two but going over everything today and tomorrow to make sure.

Eddie Ibanez

Thank you so much. Names were loaded in from the spreadsheet.

So if the image file names could match that it would be epic.

Dani (assistant)

Ok I'll go through

Apr 21, 2021, 7:56 PM

I went through and named the animals. Dani lmk when new ones are uploaded and I'll go ahead and name those too

No no I already did that

Changed the image file names on Gdrive to match the one's in the spreadsheet. Was very specific about it

Took 3 days

Eddie Ibanez



iMessage



D    Ok I'll go through

Apr 21, 2021, 7:56 PM

I went through and named the animals. Dani lmk when new ones are uploaded and I'll go ahead and name those too

No no I already did that

Changed the image file names on Gdrive to match the one's in the spreadsheet. Was very specific about it

Took 3 days

Eddie Ibanez



iMessage

CONFIDENTIAL

PAUL_CZ0004774







To: CryptoZoo 



E  Awesome - There's some that still have names of the designers.

No no I did those

I kept the names of designers so Dani could keep track of who did what

Eddie Ibanez

Ah I got ya

  iMessage

 

To: CryptoZoo 

> I kept the names of designers so Dani could keep track of who did what

Eddie Ibanez

**Ah I got ya.**

**Cool – I set it up so that it pulls from the image name. So it would name it Lionguin – Ana.**

**I'll figure it out on my end. Good to know it's the first word.**

**Thanks for clearing it up.**

> Fuck my bad

> I got some notes for ya



> **CryptoZoo Interface Notes**
>
> -    Instead of "hybrids and bred animals" just do "Hybrid Animals"
>
> -    the hatching animations should definitely have the sound with it
>
> -    when the animal spawns, just gotta make sure the name is right and perhaps it can be like somewhere in the middle or something so the name is easier to read. And don't need "1/100" or whatever but should definitely say the rarity. So example like "ELKEPHANT. MYTHICAL" or some shit front and center
>
> -    After the animal is bred, it should be in the very first slot under "hybrid animals" so people can see what they just bred (and honestly a little animation of it super nice and neatly kind of just minimizing and falling into that spot would be dope)
>
> -    when you go to hatch an egg (which by the way I think there should be a "HATCH" button under them), a prompt should come up: "You want to hatch your EGG NAME?"
>
> -    for the hybrid eggs, they should have a little timer where the HATCH button would be, that counts down the 36 hours until they can hatch. And when the 36 hours is up, the HATCH button will appear instead of our timer
>
> -    We talked about having the same animals stack on top of eachother right? So like we don't have to see 3 pugs right next to eachother. Should just have them stacked or say like "X3" beneath them
>
> -    So after you breed your animals, they don't become "bred animals"   remember the countdown we talked about before they can

iMessage



with it

- when the animal spawns, just gotta make sure the name is right and perhaps it can be like somewhere in the middle or something so the name is easier to read. And don't need "1/100" or whatever but should definitely say the rarity. So example like "ELKEPHANT. MYTHICAL" or some shit front and center

- After the animal is bred, it should be in the very first slot under "hybrid animals" so people can see what they just bred (and honestly a little animation of it super nice and neatly kind of just minimizing and falling into that spot would be dope)

- when you go to hatch an egg (which by the way I think there should be a "HATCH" button under them), a prompt should come up: "You want to hatch your EGG NAME?"

- for the hybrid eggs, they should have a little timer where the HATCH button would be, that counts down the 36 hours until they can hatch. And when the 36 hours is up, the HATCH button will appear instead of our timer

- We talked about having the same animals stack on top of eachother right? So like we don't have to see 3 pugs right next to eachother. Should just have them stacked or say like "X3" beneath them

- So after you breed your animals, they don't become "bred animals" ... remember the countdown we talked about before they can breed again? So Jake can help here but after you breed the first time, you have to wait 24 hours. And after the second time, a week, and after the third time, 2 weeks, then a month, then 6 months, etc. so they can stay in the "breedable animals" section but there needs to be some sort of timer that prevents them from breeding until the slotted time passes. Maybe it's just like a translucent red bar that lowers as time goes on? And eventually clears when the allotted time passes. See attached photo (the animals with timers would obviously be at the back of the breedable animals scroll)

1 Reply



like imagine if the kitten had 12 hours before it could breed and the pug had 8





To: CryptoZoo 

they can stay in the "breedable animals" section but there needs to be some sort of timer that prevents them from breeding until the slotted time passes. Maybe it's just like a translucent red bar that lowers as time goes on? And eventually clears when the allotted time passes. See attached photo (the animals with timers would obviously be at the back of the breedable animals scroll)

**1 Reply**



CryptoZoo Interface Notes

- Instead of "hybrids and bred animals" just do "Hybrid Animals"

Eddie Ibanez

Great feedback thanks for the quick response.

iMessage

To: CryptoZoo    

> Instead of "hybrids and bred animals" just do "Hybrid Animals"

**Eddie Ibanez**

Great feedback thanks for the quick response.

Got you bro

Apr 23, 2021, 11:23 AM

Hello team where are we at and how can I be of assistance

**Jake Crypto King**

I'm 2nd on that, the launch of Zoo is getting tight with the market volatility and NFTs shifting. If we are going to go live and be successful it needs to be sooner than later.

**Dani (assistant)**

Close on animals.
Getting all the Bases finished as we speak.

**Eddie Ibanez**

Put the rules in that mutants are sterile, put all the animals in.  Now just refining the tests.

This will prob take me a few more hours and then I'll start wrapping

Apr 24, 2021, 1:56 PM

**Dani (assistant)**

Just uploaded some Base Adults and Babies into new folders on the drive.

I'll keep adding as they come in.

Apr 24, 2021, 6:37 PM

Eddie sent you and Jeff the rules

**Eddie Ibanez**

Love it

**Jeff Levin**

My service sucks

**Eddie Ibanez**

?

I got it



iMessage

To: CryptoZoo                                                          ⓘ

E  Love it

Jeff Levin

My service sucks

Eddie Ibanez

?

E  I got it

Apr 25, 2021, 11:27 AM

Eddie I got a bounce back what email should I use for you? And anyone else I should send these notes to

Rules*

Eddie Ibanez

I got it. E@mktsq.com

E  Jmcgriz@zenabi.com

👍

Oh it worked? Aight fire

Eddie Ibanez

E  Vallard@zenabi.com

Question - should we reward people X ZooTokens to post to their social media?

Eddie Ibanez

E  I like it

Apr 25, 2021, 1:02 PM

Eddie Ibanez

Added a doc with your notes & added some here:

E  **create and edit documents online, for free.**
docs.google.com

Jake how much should it cost to hatch an egg?

How many ZOO

Jake Crypto King

👍

$50 I'd say, and have it paired to the fluctuating price of ZOO. If zoo moons it costs less zoo, if zoo drops, it costs more ZOO. If not $50 we can do free as there will be gas fees still. And the ZOO can be



iMessage

CONFIDENTIAL                                                    PAUL_CZ0000461

How many ZOO

**Jake Crypto King**



$50 I'd say, and have it paired to the fluctuating price of ZOO. If zoo moons it costs less zoo, if zoo drops, it costs more ZOO. If not $50 we can do free as there will be gas fees still. And the ZOO can be predominantly for buying eggs once every week during the drops at 20% discount

More utility for ZOO the better, so a small charge to hatch is better than no charge for value of ZOO. Utility so far is hatching and buying new eggs at discount, can we also add change keepers name, and "customizable features"
Dropping on V2

**Eddie Ibanez**

K & Jake how much should 1) we charge for breeding?>  And separately 2) how much to change a name?

**Jake Crypto King**

25 ZOO for breeeing assuming $2 price, 11 ZOO to change name, hoping this pegs to about what a normal daily yield for a middle rarity animal is.

(Over the course of 3 days)

Apr 26, 2021, 7:01 PM
Eddie Ibanez removed Maybe: Shemori BoShae from the conversation.

Apr 29, 2021, 1:34 PM

**Dani (assistant)**

Greetings!
All of the hybrids are in the folders!
I ran through and double checked them but if you see any that are missing or need edited just let me know.

Waiting on a couple more bases then we are %100 with the art.

**Eddie Ibanez**

Love

LFGGG

how's Dev coming eddy



iMessage

To: **CryptoZoo**                                                                    

Apr 29, 2021, 1:34 PM

Dani (assistant)                                                            

Greetings!
All of the hybrids are in the folders!
I ran through and double checked them but if you see any that are
missing or need edited just let me know.

Waiting on a couple more bases then we are %100 with the art.



Eddie Ibanez

    Love

LFGGG

how's Dev coming eddy

Jake Crypto King

Pumped 🚀 🚀 markets look solid and like they r holding

Excited to see the final 🥳

Eddie Ibanez

We're cranking / got everything you detailed done in the backed and
wired onto the blockchain.

Hooking the front end up to it.

    Then port in the meta mask login and we're done. We have a dev team
round-up tomorrow @10est. Will have another update after that meet.

Jake Crypto King                                                          

Love to hear it. Seems the team is fully ramped up. Markets should be
holding and sentiment is strong, solid.

Fuck yes

May 1, 2021, 12:12 PM

Hey hey



  iMessage                                 

CONFIDENTIAL                                                                PAUL_CZ0000783

To: CryptoZoo 

Jake Crypto King

Pumped 🚀🚀 markets look solid and like they r holding

JC  Excited to see the final 🥳

Eddie Ibanez

We're cranking / got everything you detailed done in the backed and wired onto the blockchain.

Hooking the front end up to it.

Then port in the meta mask login and we're done. We have a dev team round-up tomorrow @10est. Will have another update after that meet.

Jake Crypto King

Love to hear it. Seems the team is fully ramped up. Markets should be holding and sentiment is strong, solid.

Fuck yes

May 1, 2021, 12:12 PM

Hey hey



iMessage

To: CryptoZoo 

Fuck yes

May 1, 2021, 12:12 PM

Hey hey



Just uploaded this gold egg into the crpytozoo folder under HYBRID EGG

Because I feel like this gold egg should be the hybrid egg

Eddie Ibanez

LOVE - I'm sitting working on the build now.

 Got it Tks

iMessage

CONFIDENTIAL

To: CryptoZoo 

**Eddie Ibanez**

LOVE - I'm sitting working on the build now.

E  Got it Tks

And the other one we can just make a base generation 2 egg or something

But yeah let's make the gold egg the hybrids

**Eddie Ibanez**

E  Got it - purple egg no longer hybrid egg. Gold egg above = hybrid egg

👍 Yup exactly

**Eddie Ibanez**

E  The audio for that great.

May 2, 2021, 7:39 AM



iMessage

CONFIDENTIAL





1 Reply

Down the line 👀

Eddie Ibanez

Love ❤️

E  Is that based in Unity?

Not sure he just passed along as a test

Eddie Ibanez

Cool - if it is it's not too bad to put in.

E  (Down the line)

May 3, 2021, 1:22 PM

Dani (assistant)

D  Base animals are all in the folders.



Jeff Levin

 I love that it's can sit in the real world

May 3, 2021, 5:07 PM

Eddie Ibanez

Guys, we're close to wrapping up. Should we get an event at the

 iMessage

To: CryptoZoo ⓘ



Jeff Levin

 I love that it's can sit in the real world

May 3, 2021, 5:07 PM

Eddie Ibanez

E Guys, we're close to wrapping up. Should we get an event at the Bitcoin conference and start creating marketing assets?

Jake Crypto King

JC I vote yes. But getting the platform live before Miami is as imperative as an event in Miami.   Excited for both 🚀

Eddie Ibanez 👍

E I will be done before then.

May 3, 2021, 6:30 PM

Might be a vibe

I agree could be sick to have done by then

IF we're popping

Jake Crypto King 👍

JC Let's do it, I'll be in Miami. That will be the event to host something at. If not done not a worry at all.

Eddie Ibanez

E What dates? I- I can get a mansion & and a boat.

Jake Crypto King

👍

June 3-7

JC Lmk I'll share expenses with u

May 7, 2021, 2:42 PM

iMessage

To: CryptoZoo



May 3, 2021, 6:30 PM

Might be a vibe

I agree could be sick to have done by then

IF we're popping

Jake Crypto King

Let's do it, I'll be in Miami. That will be the event to host something at. If not done not a worry at all.

Eddie Ibanez

What dates? I- I can get a mansion & and a boat.

Jake Crypto King

June 3-7

Lmk I'll share expenses with u

May 7, 2021, 2:42 PM



iMessage

CONFIDENTIAL



JC  Lmk I'll share expenses with u

May 7, 2021, 2:42 PM



Jake Crypto King

JC  Lama/Lion =Lamion (like a Spanish lion 😂)

Jeff Levin

 This one I lold

May 8, 2021, 5:37 PM

Eddie Ibanez



 iMessage

CONFIDENTIAL                                                                                      PAUL_CZ0004790



Jake Crypto King


Lama/Lion =Lamion (like a Spanish lion 😂)

Jeff Levin


This one I lold

May 8, 2021, 5:37 PM

Eddie Ibanez



 Still in Miami!! Look who I found

YEAH BOYZ

To: CryptoZoo 



E  Still in Miami!! Look who I found

YEAH BOYZ

May 9, 2021, 8:55 AM

Jake Crypto King





JC  And he was VERY polite to my mom, at dinner, and when I left her r in Miami for the evening 😂 🤝

That's incredible

  iMessage

CONFIDENTIAL

To: CryptoZoo



JC And he was VERY polite to my mom, at dinner, and when I left her r in Miami for the evening 😂 🤝

That's incredible

May 10, 2021, 6:43 PM



Eddie Ibanez

That's magic

E I want it framed.

👍 Maybe your NFT entitles you to a framed printout of the animal

Eddie Ibanez

To: CryptoZoo 

Eddie Ibanez

That's magic

E  I want it framed.

👍

Maybe your NFT entitles you to a framed printout of the animal

Eddie Ibanez

E  That's an easy win win there.

May 11, 2021, 5:47 AM

Jake Crypto King

 The pilama is magnificent. I think we can gamify who gets a printout or what qualifies u for a print, maybe a random giveaway weekly. Maybe a certain number of ZOO tokens.

May 11, 2021, 11:51 AM

Jeff Levin

Jake call me when you can and we can get on a call with Eddie.

May 11, 2021, 4:20 PM

Jake Crypto King

Tried giving a call back, been on 2 flights today coming back from Miami for Mother's Day.

JC  Boarded the 2nd just now

May 11, 2021, 6:56 PM

Eddie Ibanez

I take off in 3 hours so if you land -
Let's hop on a call with Jeff or I can take it from the plane.

E  Want to get marketing - planned out.

May 13, 2021, 6:35 PM



iMessage

To: CryptoZoo



 Let's hop on a call with Jeff or I can take it from the plane.

Want to get marketing - planned out.

May 13, 2021, 6:35 PM



!!!! Should I reach out ?! This girl is sharp

Her friend could be too

Jeff Levin

Definitely worth talking to

Eddie Ibanez

 Boys and girls - we need to hit the marketing plan ASAP

Not without a proper full time dedicated CryptoZoo COO

iMessage

CONFIDENTIAL
PAUL_CZ0000795

To: CryptoZoo





Her friend could be too

**Jeff Levin**



Definitely worth talking to

**Eddie Ibanez**



Boys and girls - we need to hit the marketing plan ASAP

Not without a proper full time dedicated CryptoZoo COO

**Eddie Ibanez**

Well let's get one -

**Jake Crypto King**

Are we wanting a team of executives with titles? (Not disagreeing, just questioning if we need that number of corporate style employees).

If we do, let's get em onboarded using whatever % hasn't been allocated or salaried.

Happy to run negotiations with them etc, lmk how ud like me to help beyond the financial side and crypto advertising



no I think we just need one fucking BANGER of a person

keep team skinny for now

I don't think we need executives. That's us

**Jake Crypto King** 

We need 1 who can handle the day to day. Literally 1 COO, IMo

Dev seems to be running smooth, I have an admin who can run the Telegram for minimal monthly, and advertising/marketing and trading are fairly solid. But day to day once live and in the lead up a coo would be useful, ur spot on

Agree

Yeah def need a telegram

**Eddie Ibanez**

Agreed. We should get this person soon. We can sell eggs now and game should be out. End of next week.:

(Out internally for us to test)

Fuckkk yes

iMessage



Agree

Yeah def need a telegram

**Eddie Ibanez**

Agreed. We should get this person soon. We can sell eggs now and game should be out. End of next week.:

(Out internally for us to test)

Fuckkk yes

**Eddie Ibanez**

Let's goo.

May 13, 2021, 8:40 PM

**Jake Crypto King**

Let's gooo

May 15, 2021, 11:29 AM

what do we think our coin will open up at ? Wondering because I'm seeing (and participating) in all this shitcoin/memecoin action and I think there's a psyche that people like about seeing a coin at $0.00001 or something. Makes them feel like a coin can easily 10x or 100x. Wondering if that could be a strategy for $ZOO at all. Real profits but with a shit ton of coins

Memcoin culture is CRAZY right now

**Eddie Ibanez**

I like it. If we did it, would we go back and make the % differences to the costs of actions in the game so that they are on par ?

**Jake Crypto King**

New market participants don't understand marketcap and were never finance guys. They actually prefer tokens with insane circulating supplies and lower prices. If we did this we'd have to reprint the token (which we were considering printing it on bsc Binance smart chain, anyways). If we printed 2 TRILLION instead of 2 billion the price would be $.001 for every $1 we would have been at for the prior valuation. I don't think it's necessary but if we are reprinting on bsc for the cost of transacting (good idea), then we could re do the metrics at 2 trillion and just multiple everything by 1000 for in game as there are 1000x more tokens.

If we had 2 billion as planned I'd expect the price to range $1-8 the 1st




**To:** CryptoZoo 

 Let's gooo

May 15, 2021, 11:29 AM

what do we think our coin will open up at ? Wondering because I'm seeing (and participating) in all this shitcoin/memecoin action and I think there's a psyche that people like about seeing a coin at $0.00001 or something. Makes them feel like a coin can easily 10x or 100x. Wondering if that could be a strategy for $ZOO at all. Real profits but with a shit ton of coins

Memcoin culture is CRAZY right now

**Eddie Ibanez**

I like it. If we did it, would we go back and make the % differences to the costs of actions in the game so that they are on par ?

**Jake Crypto King**

New market participants don't understand marketcap and were never finance guys. They actually prefer tokens with insane circulating supplies and lower prices. If we did this we'd have to reprint the token (which we were considering printing it on bsc Binance smart chain, anyways). If we printed 2 TRILLION instead of 2 billion the price would be $.001 for every $1 we would have been at for the prior valuation. I don't think it's necessary but if we are reprinting on bsc for the cost of transacting (good idea), then we could re do the metrics at 2 trillion and just multiple everything by 1000 for in game as there are 1000x more tokens.

If we had 2 billion as planned I'd expect the price to range $1-8 the 1st few weeks which is a multi billion $ market cap if fully unlocked. Most of the meme tokens fall in this range including the PMON game we are similar to. $2-16 billion market cap fully diluted.

**Eddie Ibanez**

You guys want to hop on a call ? Later?

**Jake Crypto King**

Good for one whenever needed.

**Eddie Ibanez**

Think about this to Logan's point. These meme tokens from a utility perspective don't have much value. But on a currency / trading level they have intrinsic value.

This is more of a marketing question / idea.

We both have a ton of guys who would buy.

Is there an idea on taking the minted tokens now. Give it a meme/like value like an animal or an egg

iMessage

To: CryptoZoo 

**JC** If we had 2 billion as planned I'd expect the price to range $1-8 the 1st few weeks which is a multi billion $ market cap if fully unlocked. Most of the meme tokens fall in this range including the PMON game we are similar to. $2-16 billion market cap fully diluted.

Eddie Ibanez

**E** You guys want to hop on a call ? Later?

Jake Crypto King

**JC** Good for one whenever needed.

Eddie Ibanez

Think about this to Logan's point. These meme tokens from a utility perspective don't have much value. But on a currency / trading level they have intrinsic value.

This is more of a marketing question / idea.

We both have a ton of guys who would buy.

Is there an idea on taking the minted tokens now. Give it a meme/like value like an animal or an egg

(eggs are ready to be sold)

Pre the game launch? That token is priced @ .000001 or something.

**E** I think it will SKYROCKET the second it's dropped that there's an actual game and value behind it.

I like Jake's idea tbh

Making 2 trillion tokens

👍 I think it'll be better for the game

& marketing/virality

& does anyone have leads on COO? Mine never got back to me

Eddie Ibanez

**E** Cool - To be clear will be minting 2 trillion and divide in game costs by 1000.

1 Reply

No update on COO on my front - having a call with Higgins for that an

iMessage  

To:  CryptoZoo    

(eggs are ready to be sold)

Pre the game launch? That token is priced @ .000001 or something.

**E**   I think it will SKYROCKET the second it's dropped that there's an actual game and value behind it.

I like Jake's idea tbh

Making 2 trillion tokens

👍

I think it'll be better for the game

& marketing/virality

& does anyone have leads on COO? Mine never got back to me

Eddie Ibanez

**E**   Cool - To be clear will be minting 2 trillion and divide in game costs by 1000.

**1 Reply**

**E**   No update on COO on my front - having a call with Higgins, for that an an update on Wed.

**E**   Cool - To be clear will be minting 2 trillion and divide in game costs by 1000.

This a Jake question

Eddie Ibanez

**E**   Yes

$ZOO

to the 🙂

Jake Crypto King

**JC**   If we had 2 billion, and now want to have 2 trillion. Most metrics get a x1000. Eddie let's u and I discuss this out of chat so we don't flood everyone. But yes, most rewards get x1000 as 2 trillion is 1000x 2 billion. Price will be lowered cause supply increase but price will liklely still spike. I would increase rewards by 500x that way it suppressed price temporarily and isn't rewarding an amount that is flooding the market.

yeah definitely

Imagine getting a yield of

iMessage    

To: CryptoZoo



**JC** everyone. But yes, most rewards get x1000 as 2 trillion is 1000x 2 billion. Price will be lowered cause supply increase but price will liklely still spike. I would increase rewards by 500x that way it suppressed price temporarily and isn't rewarding an amount that is flooding the market.

yeah definitely

Imagine getting a yield of

20,000,000 $ZOO for the week instead of 20,000



People dig those big numbers

**Eddie Ibanez**

**E** I have to go and change the costs in the ledgers on the chain to reflect this so currently if an action costs 50 zoo it will now cost .5 to stay on par. Am I correct?

**E** Or .05

Also do we add a charity component at all



Donating to animal rescues or some shit

**Eddie Ibanez**

**E** 

**Jake Crypto King**

**JC** Yes and I'd say 20%-50% of the daily trading fees earned

It'd be super cool to add that into the branding

**Jake Crypto King**

**JC** That way we can even rotate Charities based on months for breast cancer month, etc, or just keep animal ones but either way it'll be solid

Agree - do we need an extra leg for that or to apply as a 501c3 or something ?

**Eddie Ibanez**

5013c is if we wanted our own.

Charity and control to distribute funds

(Smart route takes a little more time)

iMessage

To: CryptoZoo 

Jake Crypto King

 That way we can even rotate Charities based on months for breast cancer month, etc, or just keep animal ones but either way it'll be solid

Agree - do we need an extra leg for that or to apply as a 501c3 or something ?

Eddie Ibanez

5013c is if we wanted our own.

Charity and control to distribute funds

(Smart route takes a little more time)

 Or you just pick one to donate to in the start

if we can definitely allocate a % to charities and make it part of the brand I think it's an extra angle. Like front and center. "Collect your hybrids and contribute to animal rescues around the world!"

1 Reply

Eddie Ibanez

 **Maureen** can you add to the deck.

Maybe: maureen mellina

I like and support this one:



**WWF - Endangered Species Conservation**
worldwildlife.org



Eddie Ibanez

 They're the ones that sued the WWW over the name..

Yeah that one is dope

if we can definitely allocate a % to charities and make it part of the brand I think it's an extra angle. Like front and center. "Collect your hybrids and contribute to animal rescues

 iMessage  

CONFIDENTIAL

To: CryptoZoo 



**WWF - Endangered Species Conservation**
worldwildlife.org



Eddie Ibanez

They're the ones that sued the WWW over the name..

Yeah that one is dope

if we can definitely allocate a % to charities and make it part of the brand I think it's an extra angle. Like front and center. "Collect your hybrids and contribute to animal rescues around the world!"

Eddie Ibanez

**Jake** What % were you thinking ? 

Eddie Ibanez

I have a meet with Elon on the 24th about open AI. I'm only taking it to get him on $ZOO. 

Bro he'd love this weird shit lol

Jake Crypto King

1. Eddie that is incredible. 2. We need a Gary V type investor besides Logan on paper. 3. I think any % of daily trading fees from 10-50% is ample. It costs is nothing but as more people buy and sell we donate more. $SAVE I believe does 50% of daily fees but their whole premise is save the world. We are a NFT that is gamified with a yield generating token. I think 50% is too high but 20 or 25% is a strong % where we can advertise daily much we donate. That way influencers and investors can tweet about the game but also RT the daily charitable donations or weekly, itll provide regularly exciting hype phases while doing a good deed.

Love it

May 15, 2021, 5:18 PM

Eddie Ibanez 

Investors will be: Gary Vee, Todd Bohley, Todd Morley, Christopher Burch, Stephen Ross, James Altucher, Ryan Kavenaugh - confirmed on my end.

1 Reply

iMessage

To: CryptoZoo 

 JC charitable donations or weekly, itll provide regularly exciting hype phases while doing a good deed.

Love it

May 15, 2021, 5:18 PM

Eddie Ibanez

E Investors will be: Gary Vee, Todd Bohley, Todd Morley, Christopher Burch, Stephen Ross, James Altucher, Ryan Kavenaugh - confirmed on my end.

**1 Reply**

100+m,

E Steve and Todd loved it

Jeff Levin

ABC

Close close close

Eddie Ibanez

Amen –

E Can I close though? We need a ppm or eggs to be sold first

Jeff Levin

Jake?

**1 Reply**

Eddie Ibanez

We need marketing - as we can technically make $$ now.

E Just need to know when to open **Jake**

Jeff Levin

We meeting Monday afternoon?

Jake Eddie?

Eddie Ibanez

E I'd prefer meet in miami

E But I will trek to LA as this is the largest opportunity I've ever been apart of

Jeff Levin

I have to go to my grandmas funeral on Wednesday in NJ

iMessage

To: CryptoZoo 

Eddie Ibanez

I'd prefer meet in miami

But I will trek to LA as this is the largest opportunity I've ever been apart of

Jeff Levin

I have to go to my grandmas funeral on Wednesday in NJ

Eddie Ibanez

So sorry Jeff

I'll get a party bus to pick you up come a day early on Tuesday and let's hang

Jake get your ass here 2 & I'll get maureen and we'll close all these ideas

Maybe: maureen mellina

I'm down.

Sorry about your grandma Jeff.

Investors will be: Gary Vee, Todd Bohley, Todd Morley, Christopher Burch, Stephen Ross, James Altucher, Ryan Kavenaugh - confirmed on my end.

Broooo!!

LETS MAKE IT WORK BOYS

Jake Crypto King

Sorry jeff 😔

Jake?

Jake Crypto King

This is what we need to have a group call about, I can begin marketing literally the day we are ready but it needs to be more organized than that. Is the token in bsc vs eth now? Marketing can't be done until our ducks are in a row.

Jake Crypto King

In all seriousness if we are traveling anywhere I can go. I think we

iMessage

To: **CryptoZoo** 

Jake Crypto King

**JC** This is what we need to have a group call about, I can begin marketing literally the day we are ready but it needs to be more organized than that. Is the token in bsc vs eth now? Marketing can't be done until our ducks are in a row.

Jake Crypto King

**JC** In all seriousness if we are traveling anywhere I can go. I think we should be able to close ideas from a call.

**1 Reply**

I agree, needs to be way more organized

Jake Crypto King

**JC** Main plan: We need to make sure zoo can trade on pancake swap, aka needs to be minted on BSC. We need to establish who is running socials, I have a good friend who can do it but he's not the cheapest. Also have a friend who can do it via telegram, he is the cheapest. Token can begin trading once we get allocations sold to investors. What amount did ur investor group want per person Eddie? Images seem to be ready, how far out is platform? We can begin pushing tweets with animal pics once we nail down final logistics and blow this out with a free 50 eggs once 1,000 followers fill out the Google forms sheet. We need an exciting giveaway to announce it and get the project out there along with awareness around the token trading. Eggs cost us nothing, those should be given for free announcing the day of the 1st egg sale and game going live. Token trading IMO can commence at the time of this announcement ^. Which means tokens should be minted on bsc, homepage/landing page with announcement, tokens distributed, and announcement prepared for twitter giveaway.

**2 Replies**

May 15, 2021, 10:52 PM

**JC** In all seriousness if we are traveling anywhere I can go. I think we should be able to close ideas from a call.

Eddie Ibanez

**E** Call works 2

iMessage

To: CryptoZoo 

 In all seriousness if we are traveling anywhere I can go. I think we should be able to close ideas from a call.

Eddie Ibanez

 Call works 2

Jeff Levin

Zoom

Monday after 

Eddie Ibanez

 Afternoon

 Main plan: We need to make sure zoo can trade on pancake swap, aka needs to be minted on BSC. We need to establish who is running socials, I have a good friend who can do it but he's not the cheapest. Also have a friend who can do telegram, he is the c...

**2 Replies**

This was brilliant - yes on all. I don't think we should let price dictate who we hire. Let's hire fucking shooters who can crush this shit

Eddie Ibanez

Great - 20m-30m in total.

They're going to want to take part of the public offering as have done in the past.



May 16, 2021, 9:00 AM

Jake Crypto King

 Every investor will get tokens and eggs, mainly tokens. Not a problem. Let's do it Monday afternoon.

Eddie Ibanez

I'm in Solidity now - Binance is essentially an ETH copy. So thanks fully a lot of the code we did we can use on Binance. 

Jake Crypto King

 I was hoping eth would have their shit together now but no one will be able to trade on Uniswap for $500 fees. Completely screws the project. On BSC is works brilliantly still.

Eddie Ibanez

Yeah, MUCH cheaper

 iMessage

CONFIDENTIAL


**Jake Crypto King**

Every investor will get tokens and eggs, mainly tokens. Not a problem. Let's do it Monday afternoon.

**Eddie Ibanez**

I'm in Solidity now – Binance is essentially an ETH copy. So thanks fully a lot of the code we did we can use on Binance.

**Jake Crypto King**

I was hoping eth would have their shit together now but no one will be able to trade on Uniswap for $500 fees. Completely screws the project. On BSC is works brilliantly still.

**Eddie Ibanez**

Yeah, MUCH cheaper.

Only risk is it's a centralized Chinese network vs a decentralized one (ETH) That's also happens to be under DOJ investigation lol. They all are until they aren't.

The fee's compared to ETH are so low – I agree in giving it a shot.

This is probably phase 5 or 8 or never haha. If we use this we can swap any coin pair we want. It works. If anything we can use it internally.

(I love how most of the code in crypto is open source.)

**Eddie Ibanez**

cryptozoo.bitholla.cloud 

What's this

**Eddie Ibanez**

It's a wallet and exchange.

Oh awesome should we make an account

**Eddie Ibanez**

Yeah! Try it out. Emailers aren't set up.   Whipped this up earlier on. It'll trade. I can change the fee's.

But play with it. Whipped this up early on. The game was harder to build out than this.

iMessage

To: CryptoZoo 

 cryptozoo.bitholla.cloud 

What's this

Eddie Ibanez

It's a wallet and exchange.

Oh awesome should we make an account

Eddie Ibanez

Yeah! Try it out. Emailers aren't set up.   Whipped this up earlier on. It'll trade. I can change the fee's.

But play with it. Whipped this up early on. The game was harder to build out than this.

May 16, 2021, 6:00 PM

Anyone got an updated deck ?

Eddie Ibanez



cryptoZOO%20deck%20r4.pdf

This is the last one I have.

Any progress on COO?


Or Jake- your guys that can run the telegram, blah blah

Eddie Ibanez

Update on my end:

- Call with Jake & Jeff tomorrow 4pm PST.
- Call with Higgins Thursday on INv & COO
- Call with Victor Luis potential COO / Advisor Tuesday @ 9 EST.
- Got majority of ETH <> Binance conversion out today.
- John's finishing up linking that when I'm done the Binance piece tomorrow.
- Meeting with Jeff in person on Tuesday Afternoon.

Fantastic, how's the Dev?

 iMessage

To: CryptoZoo 

E
- Call with Higgins Thursday on INv & COO
- Call with Victor Luis potential COO / Advisor Tuesday @ 9 EST.
- Got majority of ETH <> Binance conversion out today.
- John's finishing up linking that when I'm done the Binance piece tomorrow.
- Meeting with Jeff in person on Tuesday Afternoon.

Fantastic, how's the Dev?

Eddie Ibanez

E    Agenda for Jake//Jeff meet is get the logistics down and ramp calendar. 

E    Good – rehashed most of the ETH smart contracts to BNC ones on the token end. John should have the beta out this week as planned.

Then we have to build out the homepage a bit with a "about us" and "team" and "contact" page but that's easy.

yeah absolutely. Should be transparent with tokenomics too

Right? I think. Idk

Eddie Ibanez

E    Absolutely right. I'd like to be clear on that also. I like Jake's game plan makes sense. I've got the dev and gameplay down.

E     00:17

Jake Crypto King

JC    My telegram guy and twitter guy are in, telegram id say 100% use, twitter whomever is doing socials should manage it too. Tomorrow call at 4pm PST and I can be at the Tuesday call as well. 

Love that Eddie

1 Reply

YES need a telegram that shit bussin

Need both those ppl

Love that Eddie

Eddie Ibanez


     iMessage

To: CryptoZoo 

Need both those ppl

Love that Eddie

**Eddie Ibanez** 
When the demo's up you'll have a chance to play it on the BNC test net. Also before we go live.

fantastic

and who's in charge of liquidity/token pool blah blah like idk how any of that shit works

**3 Replies**


Gotta get this shit live before my fight will go crazy

**Eddie Ibanez**
Yes Sir!

and who's in charge of liquidity/token pool blah blah like idk how any of that shit works

**3 Replies**

**Jake Crypto King** 
I was going to do this as part of my role for tokenomics and daily monitoring of the pool/funds.

got it

and who's in charge of liquidity/token pool blah blah like idk how any of that shit works

**3 Replies**

**Eddie Ibanez**
If you have a trading//circulation strategy we can code it up into an algorithm if that's easier.

**Eddie Ibanez**
I'm very excited about launching this. I know we're all in to make some $ but if you saw the way my kids reacted to the pics man, it was good

iMessage   



If you have a trading//circulation strategy we can code it up into an algorithm if that's easier.

Eddie Ibanez

I'm very excited about launching this. I know we're all in to make some $ but if you saw the way my kids reacted to the pics man..it was good. They apparently were bragging at school. Their mom (my ex) was like – "Eddie WTF business are you into cross breeding animals?"

I laughed. Anyways – keep the pressure on!

**1 Reply**

and who's in charge of liquidity/token pool blah blah like idk how any of that shit works

**3 Replies**

Jake Crypto King



To be discussed tomorrow 100%. The liquidity providing is standard pairing bnb/zoo, the scaling out of team tokens may be able to be algo built. Not essential but a good topic for tomorrow.

Eddie Ibanez

I'll shoot a zoom here in a few.

**Join our Cloud HD Video Meeting**
zoom.us

I'm very excited about launching this. I know we're all in to make some $ but if you saw the way my kids reacted to the pics man..it was good. They apparently were bragging at school. Their mom (my ex) was like – "Eddie WTF business are you into cross breeding...

This is incredible haha

Eddie Ibanez

Here's Victors BIO – I'll gauge his interest and report back after I meet with him.



iMessage

CONFIDENTIAL

PAUL_CZ0004812

Here's Victors BIO - I'll gauge his interest and report back after I meet with him.



**How Did I Get Here? Victor Luis**
bloomberg.com

May 17, 2021, 9:49 AM

Eddie Ibanez

Check this artist out



**Vernon James Manlapaz on Instagram: "Mega Turtles 🐢🐢🐢"**
instagram.com

Great find. Reaching out, could make SICK commercials

Eddie Ibanez

I'm excited for the call today

iMessage

**To: CryptoZoo** 

Eddie Ibanez

I'm excited for the call today

What time is it?

Eddie Ibanez

7pm EST. 4PM PST.

 **Join our Cloud HD Video Meeting**
zoom.us

WSJ confirmed an interview on zoo week of fight. More details on how we proceed after the meet.

fucking amazing

May 17, 2021, 5:10 PM

Jake Crypto King

2 important things. 1, I'm in love with Eddie's assistant. 2. Here's the temporary plan: homepage goes live Saturday. Homepage announces "Crypto Zoo" says how it's a NFT that is gamified in its token yield of ZOO tokens. How we are holding a giveaway of 100 eggs that will cost on avg .5 ETH, to get them u must submit the Google form, ReTweet the giveaway, and provide your ZOO bnb address with a balance. The homepage will also show a few favorite hybrids to build hype with a short few sentence description. By requiring zoo addresses to win eggs it'll make it so 1000s rush to pancake swap to get zoo tokens which will increase our volume and demand like crazy which builds the hype we need prior to launch. Also, buy having 1000s buy it the blockchain shows thousands of "holders". That will lead into Logan's fight where hopefully we can do something Zoo related (if ur down Logan) which will be the icing on the cake prior to game going live 10 days after the fight. It's about 3 weeks of trading hype for our team to earn fees on the liquidity pool while being able to slowly sell tokens profitably without impacting price. The numbers I'm running based on PMON the game we r emulating but better are absurd.

Eddie did u just add my future wife? We need a telegram, discord, and twitter set up prior to Saturday. Eddie had the prior message taken care of. If we want my discord, telegram, and twitter guys we can use them. But if we don't we need to pull the trigger on another group as we are on the cusp of insanity.

+1 (617) 913-5371

Hahaha hi guys. I work for Eddie. Nice to meet you all!

iMessage

To: **CryptoZoo**    

 JC

twitter set up prior to Saturday. Eddie had the prior message taken care of. If we want my discord, telegram, and twitter guys we can use them. But if we don't we need to pull the trigger on another group as we are on the cusp of insanity.

+1 (617) 913-5371



Hahaha hi guys. I work for Eddie. Nice to meet you all!

Eddie Ibanez

E

Polkamon had a month lead up and has a 200m mktcap now. I'm with that.

Jake Crypto King

JC

We will have stronger outreach given Logan and my crypto connections. And at 10% of PMON we'd be a huge success for a 6 month project. That's a $20mil token valuation. Not equity, not trading fees, not eggs, not game, just trading value of tokens. If we are better then PMON that's over a $210mil token valuation. The range is insane $20-210+mil but it's beautiful wherever we land.

Eddie Ibanez



**8:39**    📶 LTE 🔋
◀ Search
🔍 🔒 polkamon.mkt cap

**Polkamon Price**

| Market Cap | $21,402,624.25 0.94% |
| Fully Diluted **Market Cap** | $123,022,791.07 0.94% |

Apr 2, 2021

🄲 https://coinmarketcap.com · polkam...    ⋮
Polkamon price today, PMON live marketcap, chart, and info | CoinMarketCap

ⓘ About featured snippets    🏳 Feedback

◯ https://cryptorank.io · price · polka...    ⋮
Polkamon Price Today (Official) | Live PMON Price Chart in USD | CryptoRank.io

Current Polkamon Value is $ 12.46 with Market Capitalization of $ 20.26M. Buy Polkamon on 3 Exchanges with 4 Markets and $ 3.61M Daily Trade Volume. Convert ...

Price
$12.46

🦎 https://www.coingecko.com · coins    ⋮
Polkamon price, PMON price index, chart...

iMessage     

To: CryptoZoo 



Polkamon price today, PMON live
marketcap, chart, and info | CoinMarketCap

About featured snippets   Feedback

https://cryptorank.io › price › polka...

Polkamon Price Today (Official) | Live PMON
Price Chart in USD | CryptoRank.io

Current Polkamon Value is $ 12.46 with Market Capitalization
of $ 20.26M. Buy Polkamon on 3 Exchanges with 4 Markets
and $ 3.61M Daily Trade Volume. Convert ...

Price
$12.46

https://www.coingecko.com › coins

Polkamon price, PMON price index, chart,
and info | Coin Gecko

**E** Goal - in first month before game it was 30m & 300

May 17, 2021, 7:43 PM
Eddie Ibanez added +1 (617) 913-5371 to the conversation.

 I like that plan

Jake let's get your social guys activated please

May 17, 2021, 9:05 PM

Eddie Ibanez

**E** Jake I sent maureen the video of our convo and she's going to bang
out the simple homepage for the token launch. I have the typeform set
up to link to a google sheet the info for the wallets.  Which animals or
slides of animals do we want to show on the homepage - any in
particular or want maureen just to pick?

Jake Crypto King

**JC** 2 hilarious ones, we want the public to feel humor and love when they
see em. Somewhere on the form we should also have "Celebrity/
Crypto investor list announced June 1st" this will create demand and
excitement leading up to that date. I'm pretty sure half that video I was
flirting with my future wife, did u edit that part out?

Eddie Ibanez

**E** Ha! Someone better than I should pick - Logan if you have any
thoughts lmk, maureen can also take a stab. & do we like the current
EGG as the token icon?

**E** (Jake first get the money - then you get the power after you got those
you get a pre-nup then get the girl)

Jake Crypto King

Money isn't real. We live in a world where we can literally create it out
of thin air. It's all Monopoly money.

iMessage

To: CryptoZoo 

(Jake first get the money - then you get the power after you got those you get a pre-nup then get the girl)

Jake Crypto King

Money isn't real. We live in a world where we can literally create it out of thin air. It's all Monopoly money.

JC    Logan I think should pick his 3 favorite animal hybrids as they'll be the world's 1st glimpse at zoo.

Eddie Ibanez

E    I agree on Logans pic's.

> Was thinking about the token icon - I think it should be a really clean viral animal. Perhaps the Chitten (chicken kitten) with the blue background. Pops



> Only 3 on the homepage ?

Eddie Ibanez

E    Awesome on Icon. Not limited to 3. Name a few and maureen can design

Jake Crypto King

JC    It can be more than 3, we want to keep it short and sweet as this is just an intro to the game. We also want there to be excitement around what is able to be bred. But we can put as many as we want on there, this is your world, literally.

Eddie Ibanez ❤️

Here's my Hitlist:

Outreach: //

Trish Regan, WSJ, James Altucher. Do we know anyone at coin desk? Do we have coverage on Reddit?

Competitive friendlies like Gary, Cuban & Portnoy. Maybe hit them indirect first?

I'm not the marketing guy here so I won't push on this LMK if you guys want any of the above.

Investors: //

Are we giving a discount on a pre or since no ICO they just buy when we list?

Both my business managers between them they cover a range and also manage Chainsmokers, Gronk, Brady. Buch of sports.

iMessage

To: CryptoZoo ⓘ

**Jake Crypto King**

It can be more than 3, we want to keep it short and sweet as this is just an intro to the game. We also want there to be excitement around what is able to be bred. But we can put as many as we want on there, this is your world, literally.

JC

**Eddie Ibanez**                                     ❤️

Here's my Hitlist:

Outreach: //

Trish Regan, WSJ, James Altucher. Do we know anyone at coin desk? Do we have coverage on Reddit?

Competitive friendlies like Gary, Cuban & Portnoy. Maybe hit them indirect first?

I'm not the marketing guy here so I won't push on this LMK if you guys want any of the above.

Investors: //

Are we giving a discount on a pre or since no ICO they just buy when we list?

Both my business managers between them they cover a range and also manage Chainsmokers, Gronk, Brady. Buch of sports.

John Burbank of passport capital
Peter Getz of Pantera Capital
William & Malcolm of Wex
Terrence Pfzer
Mike & Jeremy Milken
E  Matt Higgins RSE/Ross Ventures

May 18, 2021, 10:30 AM



iMessage



To: CryptoZoo   ⓘ



E   William & Malcolm of Wex
Terrence Pfzer
Mike & Jeremy Milken
Matt Higgins RSE/Ross Ventures

May 18, 2021, 10:30 AM





iMessage   






CONFIDENTIAL















CONFIDENTIAL

PAUL_CZ0000421







1 Reply



iMessage








**1 Reply**





CONFIDENTIAL

PAUL_CZ0004823






iMessage









iMessage





CONFIDENTIAL

PAUL_CZ00004825






iMessage













CONFIDENTIAL

PAUL_CZ00004827







1 Reply



CONFIDENTIAL
PAUL_CZ00004828





1 Reply



1 Reply

These are all solid ass images

Thumbs up your favs






To: CryptoZoo 



**1 Reply**

These are all solidass images

Thumbs up your favs





iMessage

























CONFIDENTIAL
PAUL_CZ00004833





1 Reply



iMessage