# Exhibit A

## Part 3 of 6



**1 Reply**



CONFIDENTIAL







Jake Crypto King

 I honestly love that this is what I do for work.





Jeff Levin

 iMessage 







**Jake Crypto King**


I honestly love that this is what I do for work.



**Jeff Levin**
This is one of my favorite



**Jeff Levin**
Hard to beat the bear shark

**Jeff Levin**
These are all amazing

**Eddie Ibanez**
Maureen you good with needs for page

> Think cute and viral. I'm formatting these three for the token icon (because I think they catch the eye and draw more attention than just the egg) and we can choose favs

    iMessage

CONFIDENTIAL

To: CryptoZoo



Maureen you good with needs for page

Think cute and viral. I'm formatting these three for the token icon (because I think they catch the eye and draw more attention than just the egg) and we can choose favs





iMessage





















Jake Crypto King

 Absolutely incredible.

Jake Crypto King

iMessage

CONFIDENTIAL                    PAUL_CZ0004840



**Jake Crypto King**
Absolutely incredible.

**Jake Crypto King**
The homepage needs the cutest most viral animals we have. Also, the Google forms document needs to have a spot for "BNB Address with ZOO tokens _____ and ETH address for the egg _____"

**Eddie Ibanez**
Guys a few animals were off in the import - I'm going to have Hallie triple checkthem all. Can she have access to the sheet with all names & Dropbox with 9:16 images

**Dani (assistant)**
Send you email ill add you

Your* 😊

+1 (617) 913-5371
Hallie@mktsq.com

Thank you!

**Dani (assistant)**
Done

**Jeff Levin**
We should also have links to "how to set up a wallet". I know we will mostly be having crypto people using in the beginning but we should just have links on the bottom of the page for novices

**Jake Crypto King**
Agreed, a link to YT video on trust wallet and Pancake swap is ideal.

**Jake Crypto King**
I mk if we should lock my telegram/discord or twitter guy in. People

iMessage

To: **CryptoZoo**                                                                    

 We should also have links to "how to set up a wallet". I know we will mostly be having crypto people using in the beginning but we should just have links on the bottom of the page for novices

Jake Crypto King

 Agreed, a link to YT video on trust wallet and Pancake swap is ideal.

Jake Crypto King

Lmk if we should lock my telegram/discord or twitter guy in. People will have in game questions and will rush to telegram and discord for answers. I can't be fielding questions, he can be all day, all night. I think we spend for a 3 person telegram/discord team for $3k a month they'll run everything regarding answering questions and fielding inquiries(along with setting em up), 1 person would be $2k but then they'll be gap periods with no one monitoring. I think we allocate $3k for telegram/discord mods and $5k for twitter socials (unless someone has a better twitter guy). If yes I'll green light them and we can begin getting the discord room and telegram set up in the next few days.

**2 Replies**

Eddie Ibanez

 I vote yes and incentive with tokens and need Reddit's guy

Jake Crypto King

If we are going to get the liquidity pool up this weekend and the socials beginning to trend the backend of that is twitter and Telegram. Need to have those platforms ready to go simultaneously with launch of the tweet announcing zoo

Eddie Ibanez

 I vote yes – LFG

Jeff Levin

 I'll be with eddie tonight                          👍

**1 Reply**

 And Thursday

                                May 18, 2021, 5:26 PM

Lmk if we should lock my telegram/discord or twitter guy in. People will have in game questions and will rush to telegram and discord for answers. I can't be fielding questions, he can be all day, all night. I think we spend for a 3 person telegram/discord...

**2 Replies**

**10000% lock them in and get them in the chat so we can bring them**

   iMessage                                                           

CONFIDENTIAL                                                     PAUL_CZ00004842

To: CryptoZoo 

 Jeff Levin
I'll be with eddie tonight 

1 Reply

 And Thursday

May 18, 2021, 5:26 PM

 Lmk if we should lock my telegram/discord or twitter guy in. People will have in game questions and will rush to telegram and discord for answers. I can't be fielding questions, he can be all day, all night. I think we spend for a 3 person telegram/discord...

**2 Replies**

10000% lock them in and get them in the chat so we can bring them up to speed with exactly what the fuck we're doing

 I'll be with eddie tonight

Jake Crypto King
 Discuss the topics we discussed please and then let the squad know ur thoughts on the roll out.

 Lmk if we should lock my telegram/discord or twitter guy in. People will have in game questions and will rush to telegram and discord for answers. I can't be fielding questions, he can be all day, all night. I think we spend for a 3 person telegram/discord...

**2 Replies**

Jake Crypto King
 Do we have a crypto fund for expenses we are pulling from yet? If not we should probably get one of those and have it injected with an investors funds so we can pay out individuals like social medial and telegram/discord.

Nah I'm all out of pocket

Couple hundred thousand dee 

Deep*

Jake Crypto King
 But the guys who work in crypto are are international we need crypto ready to go for.

 And ur $$ upfront will be paid back in trading fees from day 1. 

iMessage  

To: CryptoZoo



JC
Do we have a crypto fund for expenses we are pulling from yet? If not we should probably get one of those and have it injected with an investors funds so we can pay out individuals like social medial and telegram/discord.

Nah I'm all out of pocket

Couple hundred thousand dee 😅

Deep*

Jake Crypto King

JC
But the guys who work in crypto are are international we need crypto ready to go for.

JC
And ur $$ upfront will be paid back in trading fees from day 1. 

May 19, 2021, 12:09 AM

Eddie Ibanez

E
**Jake** do we have an updated white paper for the site? Want to do a page like this or have a click to download link.

**2 Replies**





E
**Axie Infinity**
whitepaper.axieinfinity.com

May 19, 2021, 3:56 AM

Eddie Ibanez

E
**CRYPTOZOO**
cryptoz00.wpcomstaging.com   

Team:
I got a frame & staging site up of the landing page after looking at a

   iMessage

To: CryptoZoo                                                    ⓘ

Team:

I got a frame & staging site up of the landing page after looking at a few online & ripping their sections . (Link Above)

This can all change I threw this up so we could have something to look at and edit.

Hero Section:
@Maureen we need the logo for the top left: this should just say "Crypto Zoo" in text.

@maureen we need a new background image to replace the dudes in suits

@Jake/Logan Need Title right now it says "New Pet Generation"

@Jake/Logan Need sub title now it says "All tokensale participants…"

@Jake/Logan we need three bullet points of text to put next to the checkmarks

@Jake I need the updated white paper

What is Crypto Zoo:
@maureen I need an image

@Jake/Logan I added text need it approved or changed.

Did we want to add a video here of any kind?

How the game is played:
@maureen I need an image

@Jake/Logan I added text need it approved or changed.

Token Sale Stages:
@Jake this would be a good place to put three phases of the token launch etc.. LMK thoughts

Use for tokens:
@Jake this is the economic plan and forecast the text in here is wrong - I need your updated text.

Softcap Allocation:
@Jake this is the economic plan and forecast the text in here is wrong - I need your updated text.

Roadmap:
@Jake we have when game launches maybe we add more here

How do you buy tokens:

iMessage

CONFIDENTIAL

PAUL_CZ00004845

**To:** CryptoZoo ⓘ

Roadmap:
@Jake we have when game launches maybe we add more here

How do you buy tokens:
@Jake this is where we put instructions on how they buy tokens. Is there a good video or text you'd like to use?

Team Members:
Right now its dummy people in there.

We have Val & John on engineering, we can put Hallie as analyst, I can go in as a scientist. What or who else here?

Advisors:
We have Todd from Guggenhiem so some financial cred, who else here?

Social Accounts:
I need our Telegram, twitter , insta etc accounts up and info

I'm going to sleep for a few but lets sync up and lmk on the above, I still have a lot of changes. LFG



May 19, 2021, 5:39 AM

Eddie Ibanez

Here is the page to reference the above

**CRYPTOZOO**
cryptoz00.wpcomstaging.com



May 19, 2021, 10:53 AM

**Jake** do we have an updated white paper for the site? Want to do a page like this or have a click to download link.



**2 Replies**

Jake Crypto King

Had an original white paper and 1 pager but A LOT has been changed since then regarding concepts



Eddie Ibanez

Ah yes. Could you update?

Jake Crypto King

Of course, I want to update when the zoo logistics are finalized so I don't have to keep adjusting  it. Will work through ur bullet points now



iMessage  

To: **CryptoZoo**  ⓘ

same as we have an updated white paper for the site. Want to do a page like this or have a click to download link.

**2 Replies**

Jake Crypto King

**JC** Had an original white paper and 1 pager but A LOT has been changed since then regarding concepts

Eddie Ibanez

**E** Ah yes. Could you update?

Jake Crypto King

**JC** Of course, I want to update when the zoo logistics are finalized so I don't have to keep adjusting it. Will work through ur bullet points now so u have answers to all the questions I can help with.

Eddie Ibanez

Thanks.

**E** How can I help finalize logistics? I believe we need the paper on the site for the launch this weekend.

Yeah how cab I help as well

Jake Crypto King

@Jake/Logan Need Title right now it says "New Pet Generation" - Hybrid Animal Breeding

@Jake/Logan Need sub title now it says "All tokensale participants..." - All ZOO HODLers

@Jake/Logan we need three bullet points of text to put next to the checkmarks 1. Exotic Animal Breeding. 2. Yield generating NFTs. 3. Scarcity built in 4. Weekly charitable donations

@Jake I need the updated white paper.
The one I did before is solid, but will update tidbits once we finalize distribution etc.

What is Crypto Zoo:
@maureen I need an image

@Jake/Logan I added text need it approved or changed. When final I'll do another once over for editing. Token Sale has a space but we aren't doing a public token sale just private to some buyers.

Did we want to add a video here of any kind?

iMessage  

PAUL_CZ0004847

**To:** CryptoZoo                                                                ⓘ

The one I did before is solid, but will update tidbits once we finalize distribution etc.

What is Crypto Zoo:
@maureen I need an image

@Jake/Logan I added text need it approved or changed. When final I'll do another once over for editing. Token Sale has a space but we aren't doing a public token sale just private to some buyers.

Did we want to add a video here of any kind?

How the game is played:
@maureen I need an image

@Jake/Logan I added text need it approved or changed.

Token Sale Stages:
@Jake this would be a good place to put three phases of the token launch etc.. not having a sale, but we can say, 1. ZOO announced 🥳 trading can be done here: _____ 2. Buy eggs on _____ day. 3. Game begins on _____

Use for tokens:
@Jake this is the economic plan and forecast the text in here is wrong - I need your updated text. "ZOO Tokens can be used to purchase eggs at a discount, be used for in game utility, or be a speculative asset to trade crypto markets with. Once the game begins each player will earn ZOO based on their animals rarity."

Softcap Allocation:
@Jake this is the economic plan and forecast the text in here is wrong - I need your updated text. We have no soft cap, get rid of it.

Roadmap:
@Jake we have when game launches maybe we add more here... Roadmap should have as many dates as possible, 1. Date of Zoo announcement + Trading, 2. Investor list (this will get people excited) 3. Day of egg purchase. 4. Day game goes live. And the 5-8 are forward thinking ones... 5. V2 update adding new animals and features. 6. Exchange listings. 7. Additional egg sales 8. Community engagement activities

How do you buy tokens:
@Jake this is where we put instructions on how they buy tokens. Is there a good video or text you'd like to use? This is where we put a link to pancake swap with our transaction hash address in there so users can find us instantly. Below this we also have it typed out in case they want to copy and paste.

Team Members:
Right now its dummy people in there.

We have Val & John on engineering, we can put Hallie as analyst. I can

iMessage                                                                     

CONFIDENTIAL
PAUL_CZ00004848



features. 6. Exchange listings. 7. Additional egg sales 8. Community engagement activities

How do you buy tokens:
@Jake this is where we put instructions on how they buy tokens. Is there a good video or text you'd like to use? This is where we put a link to pancake swap with our transaction hash address in there so users can find us instantly. Below this we also have it typed out in case they want to copy and paste.

Team Members:
Right now its dummy people in there.

We have Val & John on engineering, we can put Hallie as analyst, I can go in as a scientist. What or who else here?

We also need an investor page as that's what will create hype and shadow the faces out with "names coming soon" but hint on the page to celebrity investors.



I copied your questions Eddie, and wrote my answered following them. I have to finalize the whitepaper but that was complete 2 months ago. Now it'll need updates based on changes we made to total animals, yield, total tokens, little things like that.

**Eddie Ibanez**

Thank you Jake for the prompt response.

**Jake Crypto King**
This is crunch time. The difference in days could be the difference in millions.

Would love to have a video explaining exactly what it is but I really need to see the product


If we want to make a viable commercial or even just education piece that people can click and watch to see what this is, we need a product

1 Reply

**Eddie Ibanez**
We should have an explainer video on how to purchase through pancake. Safe moon has a good one.

yeah which we can do as well

If we want to make a viable commercial or even just education piece that people can click and watch to see what this is, we need a product

 iMessage  



 👍

If we want to make a viable commercial or even just education piece that people can click and watch to see what this is, we need a product

**1 Reply**

 Eddie Ibanez

We should have an explainer video on how to purchase through pancake. Safe moon has a good one. 

yeah which we can do as well

> If we want to make a viable commercial or even just education piece that people can click and watch to see what this is, we need a product

Eddie Ibanez

@John I know you're on the backend connections. While Val is on his piece can we spin up & finish the from end changes - so **Logan** can make an explainer video?

hire a VO artist

Easy

Jake Crypto King

Explainer video of how game works and a video of how to buy ZOO like SafeMoon's in essence rip safemoons and replace safe moon with "zoo"

Yeah exactly

 Jeff Levin

Fiverr has cheap VO people



Change Profile Photo

    iMessage     

CONFIDENTIAL

PAUL_CZ0000485O

To: CryptoZoo 

Jake Crypto King

Explainer video of how game works and a video of how to buy ZOO like SafeMoon's in essence rip safemoons and replace safe moon with "zoo"

Yeah exactly

Jeff Levin 

Fiverr has cheap VO people



Change Profile Photo

Change Profile Photo

Which do we like better for token icon

Eddie Ibanez

That's tough

Dani (assistant)

Penguin shark really does it for me.



Jake Crypto King

To: CryptoZoo 

Jake Crypto King

What about me 🥰

Jake Crypto King

Penguin shark between the 2 😎



Change Profile Photo

Or we can do an egg

Jake Crypto King

Egg looks very cool cause the game is about what's inside and the gamble.

That's true. Egg might be the vibe

👍

Egg is definitely the vibe for the token icon

Full quality image is in the Gdrive - make sure to fit it for the circle so it looks nice and prominent

Eddie Ibanez

Maybe the here image instead of the static animal image is a video of the egg hatch

E   *the hero image of the site

ah ah got it

Egg is def cool

May 19, 2021, 3:54 PM

Eddie Ibanez

Jeff and I are meeting tomorrow to iron out this and more. I'll be KO'ing more of the landing homepage tonight so if you have edits lmk.

Also. This is from my PR agency purple. If anyone on the list is not friendly to the zoo family or we have a beef - LMK.

iMessage

CONFIDENTIAL

To: **CryptoZoo** 

 *the hero image of the site

ah ah got it

Egg is def cool

May 19, 2021, 3:54 PM

Eddie Ibanez

Jeff and I are meeting tomorrow to iron out this and more. I'll be KO'ing more of the landing homepage tonight so if you have edits lmk.

 Also. This is from my PR agency purple. If anyone on the list is not friendly to the zoo family or we have a beef – LMK.

Eddie Ibanez

by various content creators. The launch will be supported by utilizing various influencers as promoters of the platform in parallel of the Logan Paul x Floyd Mayweather fight in Miami. Cocktails will be held at the Faena for influencers, VIP's and various crypto key figures that will be in town for crypto week.

**LAUNCH EVENT**

MKTSQ to host a VIP cocktail at Faena hotel, in the theatre space on June 5th starting at 9pm. The cocktail will give an opportunity for MKTSQ to share the brand's plans as well as introduce MKTSQ to the select VIPS with welcome remarks from Eddie Ibanez. PURPLE will manage all RSVPS and outreach for guests as well as front of house for the event. BFA will be present at the event to document the launch as well as make available the images on their site.

**PROPOSED TALENT TO INVITE TO LAUNCH**

To further support brand awareness and reach surrounding the platform launch, we propose extending invitations to the following talents, who we feel incorporate diverse cross-category segments of talent. We feel that utilizing these talents would maximize localized brand exposure. The below that are proposed are based off attending previous Logan Paul and Floyd Mayweather flights as well as existing relationships.

- Kaskade
- Johnny Knoxville
- Justin Bieber
- Whiz Khalifa
- Drake
- Matt Damon
- Jeremy Piven
- Mark Waldberg
- Megan Foxx
- Machine Gun Kelly
- Chance the Rapper
- Vitalik Buterin
- Barry Silbert

**TIMELINE**

**Thursday, May 20th** - PURPLE to connect with BFA to secure photography and rates
**Friday, May 21st** - PURPLE to receive cocktail invitation
**Monday, May 24th** - PURPLE to start inviting for the cocktail, PURPLE simultaneously working with the Faena hotel on F&B options for the cocktail
**Thursday, May 27** - PURPLE to have cocktail logistics finalized with Faena
**Wednesday, June 3** - PURPLE to arrive in Miami
**Thursday, June 5** - Event Launch

1 Reply

It will be a zoo party.

I like the Egg as the vibe.

iMessage





Faena hotel on F&B options for the cocktail
**Thursday, May 27** - PURPLE to cocktail logistics
finalized with Faena
**Wednesday, June 3** - PURPLE to arrive in Miami
**Thursday, June 5** - Event Launch

**1 Reply**

It will be a zoo party.

I like the Egg as the vibe.



Jake Crypto King

Looks incredible

Maybe: maureen mellina

Hey All - just working on the homepage creative... I was thinking that a few of the hybrids could be rotating in - and maybe we update them weekly or something - so it stays fresh... thoughts?







iMessage

CONFIDENTIAL                                                                                      PAUL_CZ00004854

To: **CryptoZoo**                                         ⓘ





### WHAT IS CRYPTO ZOO?

CRYPTO ZOO IS AN AUTONOMOUS ECOSYSTEM
WHERE ZOO OWNERS BREED, COLLECT, AND TRADE
EXOTIC HYBRID ANIMALS VIA NFTS.

CROSS BREEDING OF NEVER BEFORE SEEN ANIMAL
HYBRIDS, NFTS THAT YIELD A TOKEN, AND A
GAMIFIED USER EXPERIENCE WILL MAKE CRYPTO
ZOO AN INSTANT VIRAL PHENOMENON!

▶ WATCH VIDEO

**1 Reply**

Eddie Ibanez

 

Dani (assistant)

Important Note- if you are grabbing from 4:6 some may not be approved. So that Penguin Cat, and that Chicken cat are from an artist that bailed. So just make sure to double check the images. Ill take that artist images out of the 4:6 now to avoid confusion.

9:16 are all approved images. That 4:6 was out of date. Fixing now

Eddie Ibanez

🙏 Thank you very much for the clarity.

For the game I can confirm we took 9:16 animals.

Maybe: maureen mellina

iMessage

To: CryptoZoo 

Dani (assistant)

Important Note- if you are grabbing from 4:6 some may not be approved. So that Penguin Cat, and that Chicken cat are from an artist that bailed. So just make sure to double check the images. Ill take that artist images out of the 4:6 now to avoid confusion.

9:16 are all approved images. That 4:6 was out of date. Fixing now

Eddie Ibanez

🙏 Thank you very much for the clarity.

For the game I can confirm we took 9:16 animals.

Maybe: maureen mellina

OK - good to know! I downloaded these back on 3/26 - so, yeah - awhile ago....

Dani (assistant)

Ok all updated. So 4:6 is good to go now if you need some in that crop. (Any file name ending in Arne or Paul are no go's incase they pop up anywhere) but they should all be cleared out.



Jake Crypto King

That is honestly brilliant and every so often the animals can be rotated to stay fresh as u said.

Yeah I agree it's fkn fantastic

May 19, 2021, 6:20 PM

Eddie Ibanez



iMessage

CONFIDENTIAL
PAUL_CZ00004856

To: CryptoZoo 

> Yeah I agree it's fkn fantastic

May 19, 2021, 6:20 PM

Eddie Ibanez



E  Floyd has a Vodka named Beluga



 

  iMessage   

CONFIDENTIAL
PAUL_CZ00004857




**E** Floyd has a Vodka named Beluga

**E**  

**E** Bearsharks  eat beluga's 

May 19, 2021, 7:39 PM

HAHAH

Jake Crypto King

**JC** 😂😂😂😂

May 20, 2021, 1:11 PM

Jake Crypto King

**JC** Reached out to Pancake swap's team to discuss getting a Syrip pool or Farm going. That would make it so our name came up automatically for users trading, and provide a place for them to stake and earn a yield in cake.

**1 Reply**

If users stake their tokens it means circulating supply decreases driving demand and price. Plus the tokens we hold we can stake and earn insane % returns.

**JC** All at 1:11, I love crypto

Reached out to Pancake swap's team to discuss getting a Syrip pool or Farm going. That

  iMessage  

CONFIDENTIAL

PAUL_CZ0004858

To: **CryptoZoo**                                                        

May 20, 2021, 1:11 PM

Jake Crypto King

JC

Reached out to Pancake swap's team to discuss getting a Syrip pool or Farm going. That would make it so our name came up automatically for users trading, and provide a place for them to stake and earn a yield in cake.

**1 Reply**

If users stake their tokens it means circulating supply decreases driving demand and price. Plus the tokens we hold we can stake and earn insane % returns.

JC  All at 1:11, I love crypto

JC  Reached out to Pancake swap's team to discuss getting a Syrip pool or Farm going. That would make it so our name came up automatically for users trading, and provide a place for them to stake and earn a yield in cake.

👍

> That's awesome yeah bro cuz copy and pasting the code Fucking sucks

Eddie Ibanez

Boys - looking at everyone else. I want to be legit. We need social accounts built out - like Instagram, GitHub etc. We're legit. I think we should come off like it.

Jake's on telegram and Twitter - I'll get some of the contracts on github. Do we need to get an Instagram person & Reddit person?

E  Maybe a company LinkedIn account - etc?

E  **By Boys I meant Team - apologies.

> ❤️ 1000% ... Dani has the IG

> site is <u>CryptoZoo.co</u> yeah?

Eddie Ibanez

It's whatever you guys bought - I need the access to what you got and I'll sync it up.

E  If you haven't gotten a domain I can get - I thought it was purchased is what I meant to say.

iMessage                                                          

CONFIDENTIAL                                                        PAUL_CZ0004859

To: CryptoZoo 

1000% ... Dani has the IG

site is CryptoZoo.co yeah?

**Eddie Ibanez**

It's whatever you guys bought - I need the access to what you got and I'll sync it up.

If you haven't gotten a domain I can get - I thought it was purchased is what I meant to say.



They ar

Are

**Eddie Ibanez**

If I can get the Instagram, Twitter and telegram accounts I can link them on the site like safe moon has. I'll throw the GitHub on there so people can see we have some custom code.

I met with John he's hashing out the countdown elements of the game so we can make that video.

Then we need a pancake swap (how to buy video) which I'm clueless on - do I need to get someone to do this?

Then I mint tokens on smart contracts

And I REALLY want to drop an Easter egg - even if it comes from my share

FYI : I get this on Logan's latest swipe up. It may be intentional.

We know

Fucking sucks

**Eddie Ibanez**





iMessage

To: CryptoZoo    

Eddie Ibanez



E  Cool just looking out.

May 20, 2021, 4:47 PM

Jake Crypto King

Let me know if next week we are getting together for launch and trading the 1st few days. Next weds-Sunday is opportune whichever day is best market conditions

JC  Are best*

Eddie Ibanez

E  We need to get together 100%

  iMessage



**E**   Cool just looking out.

May 20, 2021, 4:47 PM

Jake Crypto King

Let me know if next week we are getting together for launch and trading the 1st few days. Next weds-Sunday is opportune whichever day is best market conditions

**JC**   Are best*

Eddie Ibanez

**E**   We need to get together 100%

Jeff Levin

 LA

Jake Crypto King

**JC**   If we are ready to launch I can come in, or u should come here. I prefer LA but either way we should be together

Eddie Ibanez

I think we still launch Sat - maybe not open to everyone - I told peeps sat I always keep my word

I'll be with Todd of Gugg/Dodger

**E**   S

bro how we gonna launch with no product

Jeff Levin

 Lets set a call for tomorrow.  Logan what works for you

All day

Eddie Ibanez

**E**   I'm in all day - all I do is zoo

May 20, 2021, 7:30 PM

Eddie Ibanez

We have a product - let's demo tomorrow. We have 1000% more than anyone. I bet my kids
**E**   On it

    iMessage             

CONFIDENTIAL            PAUL_CZ0004862



All day

Eddie Ibanez

I'm in all day – all I do is zoo

May 20, 2021, 7:30 PM

Eddie Ibanez

We have a product – let's demo tomorrow. We have 1000% more than anyone. I bet my kids
On it



YESSSSS

May 21, 2021, 12:22 AM

+1 (617) 913-5371

Hey I do not see the base animals in the 9:16 final folder. Dani do you have time to hop on a call tomorrow i just want to make sure everything is squared away.

Eddie Ibanez

Great I'll hop on also

May 21, 2021, 8:03 AM

Dani (assistant)

Base animals are in their own folder.

Yes I can hop on a call anytime. Let me know what works for you.

Jeff Levin

I'll join also.  How's 11am pst?

Eddie Ibanez

Can we do 1pst?

Dani (assistant)

1pm works but we may want to do 1:15 to give Logan time to hop on as he will just be finishing up a call at 1pm pst. (4pm est)

Eddie Ibanez



iMessage

To: **CryptoZoo** 

Dani (assistant)

1pm works but we may want to do 1:15 to give Logan time to hop on as he will just be finishing up a call at 1pm pst. (4pm est)

Eddie Ibanez

That works.

Dani (assistant)

Jeff does that work for you ? 1:15?

Jake Crypto King

Works for me as well

Jeff Levin

1pm

I have a 1:30

Dani (assistant)

Ok 1pm works for Logan and he will just hop on when he can after his call.

+1 (617) 913-5371

Im just noticing now there is no Blob folder in the 9:16 Aspect Ratio Final.

Eddie Ibanez

Is it in base folder?

Dani (assistant)

That is because the Blob Bodies aren't a thing. Only blob heads on all the animals. You'll find the same with the butterflies. They dont really go both ways.

Their is a blob adult and Blob baby in the base folders though

+1 (617) 913-5371

Gott it! Thank you!

May 21, 2021, 12:01 PM

Dani (assistant)

Does Google meets dial in work for everyone or does anyone prefer Zoom Dial in?

iMessage

To: **CryptoZoo**                                                    

 Final.

Eddie Ibanez

E  Is it in base folder?

Dani (assistant)                                                     HA HA

That is because the Blob Bodies aren't a thing. Only blob heads on all the animals. You'll find the same with the butterflies. They dont really go both ways.

D  Their is a blob adult and Blob baby in the base folders though

+1 (617) 913-5371

👤  Gott it! Thank you!

                              May 21, 2021, 12:01 PM

Dani (assistant)

D  Does Google meets dial in work for everyone or does anyone prefer Zoom Dial in?

Eddie Ibanez

E  Zoom if I have a choice - I can make either work just as easy

Dani (assistant)

Topic: Crypto Zoo

Time: May 21, 2021 01:00 PM Pacific Time (US and Canada)


Join Zoom Meeting

https://us02web.zoom.us/j/83788589265?
pwd=Tk9kUERsd1NwbXJFT2oyWVVnNHZGdz09


Meeting ID: 837 8858 9265

Passcode: iQWsL3


D  We should be able to call with this link if I am not mistaken.

                                                                     Im on

Jake Crypto King

JC  Who is starting the Zoo telethon?

Dani (assistant)

iMessage



Passcode: iQWsL3

We should be able to call with this link if I am not mistaken.



Jake Crypto King

Who is starting the Zoo telethon?

Dani (assistant)

I am on

May 21, 2021, 2:26 PM

Eddie Ibanez

Team thank you for the time today.

**Logan**
Below I have compiled a list of what is left to be done & what we
believe is completed. Pls if you can review nothings left out on the
what needs to be done & that items I labeled are completed - are in
fact completed. Would be awesome!

I spoke with dev team we believe we can get the done this weekend.

Weekend Bang out (what's left to KO)

What's left to complete
1.  Correct Names of all animals so they Load:
2.  Fix hatch video/breed video glitch - currently animal name is
sometimes appearing on hatch before the egg video plays.
3.  Take out "Breed option" of other animals in the feed.
4.  Add daily Yield to yield tab on feed.
5.  Update Hybrid Egg image and Video to gold Egg.
6.  On the animal spawns screen, just gotta make sure the name is
right and perhaps it can be like somewhere in the middle or something
so the name is easier to read. This is only for the animal spawn screen.
**(Question on this, Having it front and in the center would block
some of the animals images. Are we ok with this for the spawn
screen?)
7.  On the animal spawn screen after it is hatched or bred take out
the  "1/100"and instead use its Rarity description: example like
"ELKEPHANT. MYTHICAL" or some shit
8.  After the animal is bred, it should be in the very first slot under
"hybrid animals" so people can see what they just bred (and honestly
a little animation of it super nice and neatly kind of just minimizing and

iMessage

CONFIDENTIAL
PAUL_CZ00004866

To: CryptoZoo ⓘ

May 21, 2021, 2:26 PM

Eddie Ibanez

Team thank you for the time today.

**Logan**
Below I have compiled a list of what is left to be done & what we believe is completed. Pls if you can review nothings left out on the what needs to be done & that items I labeled are completed – are in fact completed. Would be awesome!

I spoke with dev team we believe we can get the done this weekend.

Weekend Bang out (what's left to KO)

What's left to complete
1. Correct Names of all animals so they Load:
2. Fix hatch video/breed video glitch – currently animal name is sometimes appearing on hatch before the egg video plays.
3. Take out "Breed option" of other animals in the feed.
4. Add daily Yield to yield tab on feed.
5. Update Hybrid Egg image and Video to gold Egg.
6. On the animal spawns screen, just gotta make sure the name is right and perhaps it can be like somewhere in the middle or something so the name is easier to read. This is only for the animal spawn screen. **(Question on this, Having it front and in the center would block some of the animals images. Are we ok with this for the spawn screen?)
7. On the animal spawn screen after it is hatched or bred take out the "1/100"and instead use its Rarity description: example like "ELKEPHANT. MYTHICAL" or some shit
8. After the animal is bred, it should be in the very first slot under "hybrid animals" so people can see what they just bred (and honestly a little animation of it super nice and neatly kind of just minimizing and falling into that spot would be dope)
9. We talked about having the same animals stack on top of eachother right? So like we don't have to see 3 pugs right next to eachother. Should just have them stacked or say like "X3" beneath them.
I need to architect a flow to John and get this out)

Completed ✅ Items: Please review the demo & keep me honest here on "completion." If they aren't pls let me know in-line.

1. So after you breed your animals, they don't become "bred animals" … remember the countdown we talked about before they can breed again? So Jake can help here but after you breed the first time, you have to wait 24 hours. And after the second time, a week, and after the third time, 2 weeks, then a month, then 6 months, etc. so they can stay in the "breedable animals" section but there needs to be some sort of timer that prevents them from breeding until the slotted time passes. Maybe it's just like a translucent red bar that lowers as time goes on? And eventually clears when the allotted time passes.

To: CryptoZoo



Completed ✅ Items: Please review the demo & keep me honest here on "completion." If they aren't pls let me know in-line.

   1.   So after you breed your animals, they don't become "bred animals" ... remember the countdown we talked about before they can breed again? So Jake can help here but after you breed the first time, you have to wait 24 hours. And after the second time, a week, and after the third time, 2 weeks, then a month, then 6 months, etc. so they can stay in the "breedable animals" section but there needs to be some sort of timer that prevents them from breeding until the slotted time passes. Maybe it's just like a translucent red bar that lowers as time goes on? And eventually clears when the allotted time passes. See attached photo (the animals with timers would obviously be at the back of the breedable animals scroll) - This is Complete.
   2.   the hatching animations should definitely have the sound with it - complete
   3.   Instead of "hybrids and bred animals" just do "Hybrid Animals" - Complete
   4.   when you go to hatch an egg (which by the way I think there should be a "HATCH" button under them), a prompt should come up: "You want to hatch your EGG NAME?" –Complete
   5.   for the hybrid eggs, they should have a little timer where the HATCH button would be, that counts down the 36 hours until they can hatch. And when the 36 hours is up, the HATCH button will appear instead of our timer - Complete

Here is the demo link:



**CryptoZoo - Manage Account**
cz-demo.herokuapp.com

May 21, 2021, 5:49 PM



Okay so added some stuff to our To-Do's:

What's left to complete
   1.   Correct Names of all animals so they Load (AND adding the rarity once they're bred)
   2.   Fix hatch video/breed video glitch - currently animal name is sometimes appearing on hatch before the egg video plays. (Also making sure the animal doesn't appear before the animation is finished - seeing this glitch a couple times)
   3.   Take out "Breed option" of other animals in the feed.
   4.   Add daily Yield to yield tab on feed.
   -      Also how does one get to the explore/home page? Don't see any tabs
   5.   Update Hybrid Egg image and Video to gold Egg.
   6.   On the animal spawns screen, just gotta make sure the name is right and perhaps it can be like somewhere in the middle or something

CONFIDENTIAL
PAUL_CZ0004868



making sure the animal doesn't appear before the animation is finished - seeing this glitch a couple times)
3.   Take out "Breed option" of other animals in the feed.
4.   Add daily Yield to yield tab on feed.
-     Also how does one get to the explore/home page? Don't see any tabs
5.   Update Hybrid Egg image and Video to gold Egg.
6.   On the animal spawns screen, just gotta make sure the name is right and perhaps it can be like somewhere in the middle or something so the name is easier to read. This is only for the animal spawn screen. **(Question on this, Having it front and in the center would block some of the animals images. Are we ok with this for the spawn screen? - I think it should be in the bottom THIRD, along with the TEXT rarity of the animal. The numbers correspond as follows: 1 - common 2 - uncommon 3 - rare 4 - super rare 5 - mythical. Example, if you hatch an elkephant, it says ELKEPHANT - MYTHICAL)
-     Should we have an "INFO" on the Hybrid eggs so we can see which animals made the egg before it hatches? Would especially help for the marketplace. Like if someone wants to buy a hybrid egg that has the potential for a high yield animal, they're gonna wanna know which animals made it
7.   On the animal spawn screen after it is hatched or bred take out the  "1/100" and instead use its Rarity description: example like "ELKEPHANT. MYTHICAL" or some shit
8.   After the animal is bred, it should be in the very first slot under "hybrid animals" so people can see what they just bred (and honestly a little animation of it super nice and neatly kind of just minimizing and falling into that spot would be dope)
9.   We talked about having the same animals stack on top of eachother right? So like we don't have to see 3 pugs right next to eachother. Should just have them stacked or say like "X3" beneath them.
I need to architect a flow to John and get this out)

Gonna go through and do the new animal names right now but that's for down the line for the third egg drop. I believe all current animals are named

ALSO

-  wondering if there's some sort of animation for after you choose your two animals to breed... like instead of just disappearing and then an egg pops up, maybe even like a pop up that says "YOUR ANIMALS MADE AN EGG!" or something that indicates the process worked

- and on the "my account" page if there's a way to click, expand, and scroll through YOUR animals. Almost like your own personal explore page so you can go through your zoo from a nice viewing angle, see what your animals yield, etc.




To: CryptoZoo 

Gonna go through and do the new animal names right now but that's for down the line for the third egg drop. I believe all current animals are named

ALSO

- wondering if there's some sort of animation for after you choose your two animals to breed... like instead of just disappearing and then an egg pops up, maybe even like a pop up that says "YOUR ANIMALS MADE AN EGG!" or something that indicates the process worked

- and on the "my account" page if there's a way to click, expand, and scroll through YOUR animals. Almost like your own personal explore page so you can go through your zoo from a nice viewing angle, see what your animals yield, etc.

Eddie Ibanez

 On the explore page I like that - was thinking also - like swipe left and that's a feed of my animals - like that?

No like when you're in the home page there's no way to cleanly (and in full screen) browse your animals

+1 (203) 558-1445

I think we were thinking of that as a parallel feed - so like tiktok has Following and For You at the top and you can switch between those feeds. for this it'd be My Animals and Animal Marketplace (official naming tbd)

 Oh yeah that works too, I think if you can seamlessly get there from the "my account" page like when you click on your animals it goes straight to that type of personal feed it'd be cool too. Easy navigation brings you back to the front of the app

May 24, 2021, 5:16 AM

Eddie Ibanez 

Good Morning!!

John masterfully KO'ed a lot of the changes over the weekend. Check them out here:

http://cz-demo.herokuapp.com/feed?state=eyJpZCI6NTI0LCJmaWx0ZXJsJjpudWxsfQ==

Note: If you click the home button from the feed it will now take you to your account page & if you click the egg at the top of the account

 iMessage  

To: **CryptoZoo** 

John masterfully KO'ed a lot of the changes over the weekend. Check them out here:

http://cz-demo.herokuapp.com/feed?
state=eyJpZCI6NTI0LCJmaWx0ZXJJzljpudWxsfQ==

Note: If you click the home button from the feed it will now take you to your account page & if you click the egg at the top of the account page it brings you back to the feed.

What we are doing today:

- Same animal breeding
- Adding My Zoo as separate-feed for an owners animals. (Currently all animals in game are on the feed.)
- Info on Hybrid eggs.
- Clicking on animal bring to its corresponding card on feed - maybe add "view card" under each animal in the account page.
- We need an animation for egg drop after animals breed

All our dreams can come true, if we have the courage to pursue them.
- Walt Disney.

May 24, 2021, 4:00 PM

Jake Crypto King 

JC   Great updates appreciate u Eddie ✔️

May 25, 2021, 8:05 AM

Eddie Ibanez

Good morning:

- got the hybrid images pulling in to the main feed.

- self-breeding is complete.

- working on expanded view of animals when you're on the account page to look at the details.

E   *self breeding meaning same animal breeding

May 25, 2021, 9:36 AM

❤️   Fuck yes this is SICK! A few notes



 iMessage  

CONFIDENTIAL                                                      PAUL_CZ00004871

To: CryptoZoo



Good morning:

- got the hybrid images pulling in to the main feed.

- self-breeding is complete.

- working on expanded view of animals when you're on the account page to look at the details.

E    *self breeding meaning same animal breeding

May 25, 2021, 9:36 AM

Fuck yes this is SICK! A few notes



Let's have this screen say "Hybrid Egg created successfully!"



iMessage



Let's have this screen say "Hybrid Egg created successfully!"



I think this timer is wrong for the hybrid egg - easy fix. I think we said 36 hours for hybrid eggs



To: CryptoZoo





I think this timer is wrong for the hybrid egg - easy fix. I think we said 36 hours for hybrid eggs



And then for the "multiple" I don't think we need to have X1... only if there's more than one

+1 (203) 558-1445

Ok those updates are up there, thanks for the feedback

I must have been tired putting in the egg timeout, definitely remember



iMessage



CONFIDENTIAL
PAUL_CZ00004874





👍

And then for the "multiple" I don't think we need to have X1... only if there's more than one

+1 (203) 558-1445

👍

Ok those updates are up there, thanks for the feedback

I must have been tired putting in the egg timeout, definitely remember thinking that 36 hours was 3 days in the moment 🤦

Eddie Ibanez

Thanks for cranking those JMc - When's everyone good for another huddle ?

May 25, 2021, 3:36 PM

Good tomorrow

Eddie Ibanez

👍


4:30pm EST tomorrow work ?
(I promise I won't be on a train)

Jake Crypto King


4:30 est works for me

May 26, 2021, 8:55 AM

Eddie Ibanez

11:54                    .ıll LTE 🔋
                    4 Messages
‹   CryptoZoo & MKTSQ IP | Gra...  ∧  ∨

BEARSHARK word mark in:
-   IC032 for Non-alcoholic drinks, including energy
    drinks and fruit juice; and
-   IC033 for Vodka

BEARSHARK logo in:
-   IC032 for Non-alcoholic drinks, including energy
    drinks and fruit juice;

    iMessage                                     



To: CryptoZoo    

(I promise I won't be on a train)

Jake Crypto King

JC  4:30 est works for me

May 26, 2021, 8:55 AM

Eddie Ibanez



11:54    ·ıll LTE

4 Messages

‹    CryptoZoo & MKTSQ IP | Gra...    ⌃  ⌄

BEARSHARK word mark in:
- IC032 for Non-alcoholic drinks, including energy drinks and fruit juice; and
- IC033 for Vodka

BEARSHARK logo in:
- IC032 for Non-alcoholic drinks, including energy drinks and fruit juice;
- IC033 for Vodka; and
- IC025 for Apparel, including shirts and hats

BEARSHARK design (the animal itself) in:
- IC032 for Non-alcoholic drinks, including energy drinks and fruit juice;
- IC033 for Vodka; and
- IC025 for Apparel, including shirts and hats

CRYPTOZOO word mark in:
- IC009 for Downloadable interactive computer game software for use with personal computers and personal electronic devices [for purchasing and breeding hybrid animal characters]
- IC025 for Apparel, including shirts and hats
- IC028 for Toy Action Figures
- IC038 for Video game streaming services for use with personal computers and personal electronic devices [don't know if we need this if we already have IC009]
- IC041 for Entertainment services in the nature of continuing program series, featuring live action, comedy and drama provided through cable television, broadcast television, internet, video-on-demand, and through other forms of transmission media

Jeff Levin    

  Speak at 4:30est

Eddie Ibanez    ♥

Trademarks are in: just think about if we want cryptozoo as one or 2 words "cryptozoo" vs "crypto zoo"

👍
One word

Dani (assistant)

iMessage    〜   🙂



**Jeff Levin**


Speak at 4:30est 

**Eddie Ibanez**

E Trademarks are in: just think about if we want cryptozoo as one or 2 words "cryptozoo" vs "crypto zoo" ♥


One word

**Dani (assistant)**

Topic: Crypto Zoo Update

Time: May 26, 2021 04:30 PM Puerto Rico

Join Zoom Meeting

https://us04web.zoom.us/j/77457856476?pwd=Y2QrOWhxS3p6Vk9FU2FvOVdVOXRadz09

Meeting ID: 774 5785 6476

D Passcode: MHLtz3

May 26, 2021, 1:30 PM

**Jake Crypto King**

JC Here, where's the squad?

**Eddie Ibanez**

E I'm on

**Jeff Levin**


Will be on

**Dani (assistant)**

D On


MY BANK

iMessage

CONFIDENTIAL

PAUL_CZ0004877

To: **CryptoZoo** 

Dani (assistant)

D  On



**Jake Crypto King**

2 trillion tokens. Private sale 10% allocated, 200 Billion tokens allowed to be sold privately. $.002 is the going live price, selling at $.001. That means the private sale has room to raise $200mil on 10% of the token supply at $.001 which is a 50% discount. And with how little of circulating supply will be out it is likely to run significantly.

When does everyone get to Miami? Thinking of setting up liquidity pool and token distribution in person. If we want to target a lower raise than $200mil, just divide accordingly we can raise $20mil presale if we did $.0001 instead of .001.

**Eddie Ibanez**

E  I'm there Monday night.

**Jake Crypto King**

Perfect. I free up Monday afternoon in Miami. Let's target Monday

iMessage



than $200mil, just divide accordingly we can raise $20mil presale if we did $.0001 instead of .001.

Eddie Ibanez

I'm there Monday night.

Jake Crypto King



Perfect. I free up Monday afternoon in Miami. Let's target Monday evening or Tuesday for token distribution, page announcing zoo live, with a few images, along with announcing trading and the liquidity pool with a target game date.

Jeff Levin



Im there Monday

> Just want to keep numbers reasonable

> And still account for the yield we have to give every month just want to make sure numbers are right

Jake Crypto King



I say we target $20mil presale as it would give them huge room for upward return even if we lose a $$ amount. Otherwise we just decrease price and target $2mil presale which seems light. I'd buy it, all.

May 27, 2021, 9:55 AM

> $20M is a lot of moneyyyy

Jeff Levin



We also can't do a presale of coins.  It's against the SEC.  Eddie is going to confirm we can do a presale of eggs.

> Everyone does presale with coins

Eddie Ibanez

You absolutely can - I did an ICO did 160m in 2018. I got all SEC down.

Private and a Pre-sale

 LFG -

 Egg is also a token technically

Jeff Levin



They changed regulations

 You can't sell tokens to USA citizens if you are a USA based company

iMessage     

CONFIDENTIAL                                                                                    PAUL_CZ0004879



Jeff Levin

They changed regulations



You can't sell tokens to USA citizens if you are a USA based company

Eddie Ibanez

They were worse then

It's like a Reg A

E  Show me the SEC memo

Jake Crypto King

JC  If we can't sell, no presale. We can still trade em in the liquidity pool.

Eddie Ibanez

We can

Send me your SEC memo Jeff.

E  It's just like a RgA

May 27, 2021, 12:31 PM

Jake Crypto King

JC  I bred so many animals yesterday. We NEED to open up breeding time for a pay function, and while I'm playing it for free...can we open it up cause I can't wait 36hrs to see the hybrid

Jake Crypto King

JC  This game is beyond addicting. I also think the yields associated with animals needs to be adjusted. The payouts are too close, most are 20 -30zoo per day. This range should be 5-100zoo a day as the ultra rare deserve much higher returns, not nominally higher.

**1 Reply**

Jake Crypto King

JC  Also, pay to name your animals, the more utility we have for zoo the better

**1 Reply**

JC  Finally found a penguin. Hatched 100+ eggs. On computer the animals are appearing too far down the screen, showing half cut off.

Eddie Ibanez

E  That's a known issue on desktop yes

Eddie Ibanez

E  Need to resize the pics on that and pull in widescreen Rez

iMessage

 



JC This game is beyond addicting. I also think the yields associated with animals needs to be adjusted. The payouts are too close, most are 20-30zoo per day. This range should be 5-100zoo a day as the ultra rare deserve much higher returns, not nominally higher.

1 Reply

Jake Crypto King

JC Also, pay to name your animals, the more utility we have for zoo the better

1 Reply

JC Finally found a penguin. Hatched 100+ eggs. On computer the animals are appearing too far down the screen, showing half cut off.

Eddie Ibanez

E That's a known issue on desktop yes 👍

Eddie Ibanez

E Need to resize the pics on that and pull in widescreen Rez.

1 Reply

Jake Crypto King

JC Also sometimes the pics get stuck on the screen. I've had a handsome bear staring at me for 5 min now

Eddie Ibanez

E Desktop or mobile?

Jake Crypto King

Desktop 👍



iMessage



CONFIDENTIAL

 





JC  Hatched another egg just to see and pug got stuck

JC  When the game goes live I'm setting up 100 wallets and buying all these eggs. I'm having so much fun.

Eddie Ibanez

You have to click the X in top right. Is the issue you can't click out

E  It is a lot fun -

E  Thanks for feedback

Jake Crypto King

JC  I've been waiting since yesterday for this stupid hybdrid to hatch. 😂 on a serious note ways to utilize zoo in game. Speed up hybrid egg hatching, name your animals, name your Zoo (where it says My Acoount), a marketplace where we sell different levels of "rare" eggs, doesn't have to be for the V1, but the more utility ZOO has the better





iMessage    

CONFIDENTIAL

PAUL_CZ0004882

To: CryptoZoo 

E  Thanks for feedback 

Jake Crypto King

JC  I've been waiting since yesterday for this stupid hybdrid to hatch. 😂 on a serious note ways to utilize zoo in game. Speed up hybrid egg hatching, name your animals, name your Zoo (where it says My Acoount), a marketplace where we sell different levels of "rare" eggs, doesn't have to be for the V1, but the more utility ZOO has the better

**2 Replies**

May 27, 2021, 2:24 PM

JC  This game is beyond addicting. I also think the yields associated with animals needs to be adjusted. The payouts are too close, most are 20 -30zoo per day. This range should be 5-100zoo a day as the ultra rare deserve much higher returns, not nominally higher.

Great note yes absolutely

JC  Also, pay to name your animals, the more utility we have for zoo the better

Yup. This AND removing your wait time with $ZOO is crucial

JC  I've been waiting since yesterday for this stupid hybdrid to hatch. 😂 on a serious note ways to utilize zoo in game. Speed up hybrid egg hatching, name your animals, name your Zoo (where it says My Acoount), a marketplace where we sell different levels of "r...

**2 Replies**

I agree. A marketplace to sell eggs is clutch (this is why it's also important to be able to tell WHICH animals made the egg, so buyers can see what they might potentially get)

E  Need to resize the pics on that and pull in widescreen Rez.

Is this on us? Or how can this get done?

Eddie Ibanez

E  No you gave them

E  I just gotta load them in - was focused on mobile.

iMessage

To: CryptoZoo 

I agree. A marketplace to sell eggs is clutch (this is why it's also important to be able to tell WHICH animals made the egg, so buyers can see what they might potentially get)

 Need to resize the pics on that and pull in widescreen Rez.

Is this on us? Or how can this get done?

Eddie Ibanez

No you gave them

 I just gotta load them in - was focused on mobile.

 I've been waiting since yesterday for this stupid hybdrid to hatch. 😂 on a serious note ways to utilize zoo in game. Speed up hybrid egg hatching, name your animals, name your Zoo (where it says My Acoount), a marketplace where we sell different levels of "r...

**2 Replies**

Eddie Ibanez

We should talk 5 min on this - as we can list what's up for breeding in the feed and filter on animal or rarity as I have it but want to make sure I got it 100 from you.

Eddie Ibanez



Had a meet with Matt - he's personally in - and wants to do a deal with his fund - he wants a sweetheart deal like 10% for 1m and he can buy that in tokens...

He says he needs to check with GV but will have Gary promote as hard as he did with Gary's kids....

Matt loved what we're doing and called Gary's "scamish" and ours real cause of the game utility.

 Gary still make 50m in a week..

**1 Reply**

Jake Crypto King

 It's worth the sweetheart deal if it comes with the Gary v exposure and clout associated with a billionaire investor backing ZOO.

Eddie Ibanez

The old man would be in the release also -

That legitimizes all.

iMessage

To: CryptoZoo 

 I've been waiting since yesterday for this stupid hybdrid to hatch. 😂 on a serious note ways to utilize zoo in game. Speed up hybrid egg hatching, name your animals, name your Zoo (where it says My Acoount), a marketplace where we sell different levels of "r...

**2 Replies**

Eddie Ibanez

 We should talk 5 min on this - as we can list what's up for breeding in the feed and filter on animal or rarity as I have it but want to make sure I got it 100 from you.

Eddie Ibanez

Had a meet with Matt - he's personally in - and wants to do a deal with his fund - he wants a sweetheart deal like 10% for 1m and he can buy that in tokens...

He says he needs to check with GV but will have Gary promote as hard as he did with Gary's kids....

Matt loved what we're doing and called Gary's "scamish" and ours real cause of the game utility.

 Gary still make 50m in a week..

**1 Reply**

Jake Crypto King

 It's worth the sweetheart deal if it comes with the Gary v exposure and clout associated with a billionaire investor backing ZOO.

Eddie Ibanez

The old man would be in the release also -

That legitimizes all.

 (If we want him)

Jake Crypto King

Zoo market cap could be 10-20 million prior to tweets/comments from Gary along with other investors (and Logan). After the marketing push it'll be 10x market cap low end. But yes I vote yes

 10% of tokens, no eggs, no equity, $1mil. We still control our world game wise and can release more eggs if we need to cover the insane demand we will have

May 27, 2021, 4:18 PM

 Had a meet with Matt - he's personally in - and wants to do a deal with his fund - he wants a sweetheart deal like 10% for 1m and he can buy that in tokens...

 iMessage  

CONFIDENTIAL

To: CryptoZoo 

Zoo market cap could be 10-20 million prior to tweets/comments from Gary along with other investors (and Logan). After the marketing push it'll be 10x market cap low end. But yes I vote yes

**JC** 10% of tokens, no eggs, no equity, $1mil. We still control our world game wise and can release more eggs if we need to cover the insane demand we will have

May 27, 2021, 4:18 PM

**E** Had a meet with Matt – he's personally in – and wants to do a deal with his fund – he wants a sweetheart deal like 10% for 1m and he can buy that in tokens...

"scamish" damn... didn't feel scamish to me, actually felt like a legitimate NFT project with a bunch of utility. I think the only "scam" about it was that # you said at the end there. I don't believe the projections of the project are honest and correct

10% of tokens for $1M is a LOT

Eddie Ibanez

I agree it's a value at 100m

Which project ours or his?

Matt told me the 50'm they made.

**E** Market caps on a lot of these are much higher than 100'm

his. I don't think that's a real #

$100M for Zoo is easy

And Matt's $1M will be worth $10M

in a very short amount of time

thats a lot

Jake Crypto King

**JC** If Matt is capable of turning Zoo from $100mil to $1bil (remember COPE and PMON have billion $ market caps) then the value added is worth the tokens. That doesn't mean we don't counter as a team.

$2million for 5% with .5 % unlocked monthly for 10 months. 

  iMessage  

To: CryptoZoo 

his. I don't think that's a real #

 $100M for Zoo is easy

And Matt's $1M will be worth $10M

in a very short amount of time

thats a lot

**Jake Crypto King**

If Matt is capable of turning Zoo from $100mil to $1bil (remember COPE and PMON have billion $ market caps) then the value added is worth the tokens. That doesn't mean we don't counter as a team.

$2million for 5% with .5 % unlocked monthly for 10 months.

The market cap will break $100mil the 1st week.

I agree

It's a viral phenomenon

**Eddie Ibanez**

Let me see what they come back with – there's a lot of interest

May 27, 2021, 8:16 PM

**Eddie Ibanez**



iMessage

CONFIDENTIAL

To: CryptoZoo 

$2million for 5% with .5 % unlocked monthly for 10 months.

**JC** The market cap will break $100mil the 1st week.

I agree

It's a viral phenomenon

Eddie Ibanez

**E** Let me see what they come back with - there's a lot of interest

May 27, 2021, 8:16 PM

Eddie Ibanez





iMessage

CONFIDENTIAL







Kaskade and Ian Schrager's daughter

Is our play

Jake Crypto King

I'm literally waiting for my eggs to hatch and I know what comes in em! Zoo tokens to speed up hatching, the bug fixes, and finalizing the


iMessage


CONFIDENTIAL





Sophia Schrager

😂

I got an orca today!! Still have 7 hours to go for my eggs to hatch

iMessage

Kaskade and Ian Schrager's daughter

Is our play

Jake Crypto King

I'm literally waiting for my eggs to hatch and I know what comes in em! Zoo tokens to speed up hatching, the bug fixes, and finalizing the investor group.

Eddie Ibanez



iMessage

CONFIDENTIAL
PAUL_CZ00004890

To: CryptoZoo 

Eddie Ibanez



E    Your eggs are in good hands

Question do we wanna change the odds a bit so some poor chap doesn't end up in a scenario like this



iMessage 



To: CryptoZoo

E  Your eggs are in good hands

Question do we wanna change the odds a bit so some poor chap doesn't end up in a scenario like this



With 7 pugs or any "common" animal haha

Jake Crypto King

JC  With only so few eggs being sold to any 1 individual, it's unlikely they end up with all the same.

True

Jake Crypto King

I understand ur pain though

iMessage





With 7 pugs or any "common" animal haha

**Jake Crypto King**


With only so few eggs being sold to any 1 individual, it's unlikely they end up with all the same.

True

**Jake Crypto King**

I understand ur pain though






Animals also needs to disappear automatically and the X needs to be darker it can't be seen to minimize some of the animals

Wutchu mean disappear

CONFIDENTIAL       PAUL_CZ0004893

To: CryptoZoo 



JC

JC Animals also needs to disappear automatically and the X needs to be darker it can't be seen to minimize some of the animals

Wutchu mean disappear

Maybe a lowercase "x" ... darker would throw things off should be same color as (animal name)

Jake Crypto King

JC When u hatch an egg on desktop, the animal stays on the screen indefinitely, maybe have it disappear after 5 seconds, or the "x" in the top right which is white can't be seen on some animals. So it feels like the hatched animal is stuck on the main page

**1 Reply**

May 28, 2021, 5:51 AM

Eddie Ibanez

E I agree making the X with a dropshadow so it's more apparent.

+1 (203) 558-1445



i can also change it so clicking anywhere on it will hide it, and the x is just purely a visual cue that it's closable

May 28, 2021, 7:26 AM

Eddie Ibanez



iMessage

CONFIDENTIAL



To: CryptoZoo

 just purely a visual cue that it's closable

May 28, 2021, 7:26 AM

Eddie Ibanez





Hatched

Currently – breedable animals
 "go away" I found this as I only have 1 bear and I don't want to loose it.

If I breed my bear with another animal – do I loose it?

+1 (203) 558-1445

if you scroll over your bear should be off to the right, there's an escalating breed cooldown

Eddie Ibanez

Ah

iMessage

CONFIDENTIAL

To: CryptoZoo 

 if you scroll over your bear should be off to the right, there's an escalating breed cooldown

Eddie Ibanez

 Ah

+1 (203) 558-1445

 but yeah we definitely need a better way to communicate that i the user, maybe an indicator on the stack so it still shows up in order, and has a cooldown to when the next available bear is done resting

Eddie Ibanez                                                                 

I just didn't want to loose the bear I've hatched hundreds of eggs and it's the only one I got.

Jake Crypto King

  😂😂😂😂

Eddie I will literally fight u if we can't speed up hybrid hatching time during testing. I can't wait 17 more hours. I'm going to freak out 😂    

+1 (203) 558-1445

 i can put in a button for you to mash that removes a minute every time you hit it 😅

**1 Reply**

Eddie Ibanez

 Don't do it John



Make him wait or pay haha    

 When u hatch an egg on desktop, the animal stays on the screen indefinitely, maybe have it disappear after 5 seconds, or the "x" in the top right which is white can't be seen on some animals. So it feels like the hatched animal is stuck on the main page



I agree with this noticed this too. Gotta be able to get back to regular game easily

 i can put in a button for you to mash that removes a minute every time you hit it 😅

Jake Crypto King

 I won't leave my computer, don't do that

Jake Crypto King

 iMessage        

CONFIDENTIAL                                                                 PAUL_CZ0004896

To: CryptoZoo



when u hatch an egg on desktop, the animal stays on the screen indefinitely, maybe have it disappear after 5 seconds, or the "x" in the top right which is white can't be seen on some animals. So it feels like the hatched animal is stuck on the main page



I agree with this noticed this too. Gotta be able to get back to regular game easily

i can put in a button for you to mash that removes a minute every time you hit it 😆

Jake Crypto King

I won't leave my computer, don't do that

Jake Crypto King



OMG are u KIDDING ME!? it's magnificent.

+1 (203) 558-1445

 iMessage

PAUL_CZ00004897

To: CryptoZoo 



**JC** OMG are u KIDDING ME!? it's magnificent.

+1 (203) 558-1445

reminds me of those things from the mandalorian

HAHAHA

Dani (assistant)

The Dorca is one of my favorites.

Has the lag in the egg hatch been discussed ? Was this the service/ WiFi  issue that was mentioned on the call.

Sending a video example:
The animal shows up before the "ahhhhhh" and the egg actually opens.



iMessage

CONFIDENTIAL

To: CryptoZoo

 reminds me of those things from the mandalorian

HAHAHA

Dani (assistant)

The Dorca is one of my favorites.

Has the lag in the egg hatch been discussed ? Was this the service/WiFi  issue that was mentioned on the call.

Sending a video example:
The animal shows up before the "ahhhhhh" and the egg actually opens.



+1 (203) 558-1445

Yeah it's a two sided issue - on the code side i need to make sure the video starts running before i start the reveal timeout.  the other side is that those vids are 5mb each, they should be under 1 for effective performance

Dani (assistant)

CONFIDENTIAL
PAUL_CZ00004899





D

+1 (203) 558-1445

Yeah it's a two sided issue - on the code side i need to make sure the video starts running before i start the reveal timeout. the other side is that those vids are 5mb each, they should be under 1 for effective performance

Dani (assistant)

👍

D    Copy. Just wanted to send it along incase it hasn't been noted.

+1 (203) 558-1445

Much appreciated

Jake Crypto King

JC    Can we "rename" the animals for Zoo token, similarly to speeding up breeding, adding utility for zoo is essential

+1 (203) 558-1445

Like a nickname type thing? i know in some video games you can do that for weapons as flavor text. so it'd maybe show up alongside the base animal name (so people know what it is when buying) like: Elkephant – "Sir Elkington McFatlegs"

Jake Crypto King

JC    Exactly, literally spot on. And any other in game utilities for zoo would be beneficial. More utility stronger the value.

Eddie Ibanez

E    How's this for utility



 iMessage 

CONFIDENTIAL

To: CryptoZoo



 How's this for utility





+1 (617) 301-2628



iMessage

To: CryptoZoo



+1 (617) 301-2628



Eddie Ibanez

If we want it out - we have 6,000 cases

+1 (617) 301-2628

LFG!

Maybe: maureen mellina



  iMessage   

CONFIDENTIAL
PAUL_CZ00004902

To: CryptoZoo    



Eddie Ibanez

E    If we want it out - we have 6,000 cases

+1 (617) 301-2628

LFG!

Maybe: maureen mellina



Images are ready for the website to pre-sell...

Eddie Ibanez

E    We need them approved - but very cool

May 28, 2021, 12:31 PM
Eddie Ibanez added +1 (781) 820-5055 to the conversation.

Do we have a solve to bring the video file size down? I can probs re-export a smaller file

Eddie Ibanez

iMessage



Images are ready for the website to pre-sell...

Eddie Ibanez

We need them approved - but very cool

May 28, 2021, 12:31 PM
Eddie Ibanez added +1 (781) 820-5055 to the conversation.

Do we have a solve to bring the video file size down? I can probs re-export a smaller file

Eddie Ibanez

We are working on bringing it down - but if you can we-export a smaller one let's go

It's 5meg now - if we can get it under 2.5 with same quality would be great

It's just the egg videos yeah?

Eddie Ibanez

Yes

Billionaire Chris burch wants tokens bad





To: CryptoZoo

 Yes

Billionaire Chris burch wants tokens bad



May 28, 2021, 3:56 PM

Jake Crypto King

JC Solid utility! Do we still need a person to run telegram/discord and twitter? If we are going live next week we need to get the socials rocking.

Yeah absolutely

Live next week?!



To: CryptoZoo 

May 28, 2021, 3:56 PM

**Jake Crypto King**

Solid utility! Do we still need a person to run telegram/discord and twitter? If we are going live next week we need to get the socials rocking.

Yeah absolutely

Live next week?!

Woah woah

**Jake Crypto King**

We can wait til week after fight if u want. Remember the roll out is 1. announcing game 2. Trading of tokens begins 3. Ability to buy eggs begins (same day as token trading or the next) 4. Eggs sell out. 5. Game begins with eggs hatching and platform live.

**Eddie Ibanez**

We're doing private now

From last communication correct?

**Jake Crypto King** 

Yes, the equivalent of taking orders.

 Yeah private. I mean bro also if we wait until after my fight I can be full force on promo/marketing/media which I think will be immensely helpful. Cuz Jeff and I have a LOT on our plates already with this fight

**Eddie Ibanez**

K - you focus on that happy to

**Jake Crypto King**

Kick his ass, then we focus on Zoo! If we want private sale to occur and trading to begin we can at almost anytime we have the web page live.

I think beginning private sale isn't a problem

May 29, 2021, 10:24 AM



 iMessage  

**To:** CryptoZoo 

Jake Crypto King

Kick his ass, then we focus on Zoo! If we want private sale to occur and trading to begin we can at almost anytime we have the web page live.

👍 I think beginning private sale isn't a problem

May 29, 2021, 10:24 AM



**Gamified Yield Farming**
zookeeper.finance

Peep

Eddie Ibanez

Interesting

Do you know these guys?

Nope

Someone just sent me

Jake Crypto King

Don't know them. We will be the biggest name in the game, when we go live. But obviously timeline is important hence why we are pushing forward currently as quickly and safely as possible 👍

May 29, 2021, 1:47 PM

Eddie Ibanez

LFG!

May 30, 2021, 6:51 AM

Eddie Ibanez



 iMessage

To: CryptoZoo 

Someone just sent me

**Jake Crypto King** 

JC  Don't know them. We will be the biggest name in the game, when we go live. But obviously timeline is important hence why we are pushing forward currently as quickly and safely as possible

May 29, 2021, 1:47 PM

**Eddie Ibanez**

E  LFG!

May 30, 2021, 6:51 AM

**Eddie Ibanez** 



May 30, 2021, 9:04 AM

Lololol  

Quick note - I think most recently hatched hybrids & base animals

iMessage

To: CryptoZoo 



May 30, 2021, 9:04 AM

Lololol

Quick note - I think most recently hatched hybrids & base animals should appear in the furthermost left slot (basically first in line) until a newer animal comes

May 30, 2021, 10:54 AM

+1 (203) 558-1445

maybe we add a sort toggle, i agree that makes sense as a default but if you have a ton of animals being able to go through in alphabetical order might be important

Oooo that's true

Eddie Ibanez

This filter/sort function would be cool to order by rarity also on animals

Jake Crypto King

I have probably 50 Hybdrids hatching. I'm going to be so mad when we start this game and I lose my bear.

I'm opening 20 metamask wallets and buying 4 eggs per each. Going to play the whole game by myself.

HAHAHA



iMessage

CONFIDENTIAL

To: CryptoZoo



I have probably 50 Hybdrids hatching. I'm going to be so mad when we start this game and I lose my bear.

I'm opening 20 metamask wallets and buying 4 eggs per each. Going to play the whole game by myself.

HAHAHA



Uploaded these re-exported hatching vids. They're 1.8 mb instead of 6 mb

Quality should be the same





iMessage

To: CryptoZoo 



Uploaded these re-exported hatching vids. They're 1.8 mb instead of 6 mb

Quality should be the same

Eddie Ibanez



E    Got it

👍

They're smaller files so might help with loading unless y'all figured something else out

+1 (203) 558-1445

Awesome thank you. Smaller files are necessary regardless, that'll help a ton

i may be able to optimize further for apple devices by including an mov encoded version, should be about half that




iMessage    

To: CryptoZoo 

 Got it

 They're smaller files so might help with loading unless y'all figured something else out

+1 (203) 558-1445

Awesome thank you. Smaller files are necessary regardless, that'll help a ton

 i may be able to optimize further for apple devices by including an mov encoded version, should be about half that

Oh fantastic

May 31, 2021, 6:43 AM

Jeff Levin

Eddie when do you think we will be all done?

 When are we minting?

May 31, 2021, 10:01 AM

Jake Crypto King

Minting and the beginning of trading and distribution we were waiting for Dev to be a bit further along. IMO Dev looks solid and minting, distribution to private sale, liquidity pool and trading can begin when we want. The marketing rollout had to be timed correspondingly but  besides that I'm ready to do those aspects when green lit.

**2 Replies**

May 31, 2021, 2:46 PM

Eddie Ibanez



 iMessage  

CONFIDENTIAL



Eddie when do you think we will be all done?



When are we minting?

May 31, 2021, 10:01 AM

Jake Crypto King

Minting and the beginning of trading and distribution we were waiting for Dev to be a bit further along. IMO Dev looks solid and minting, distribution to private sale, liquidity pool and trading can begin when we want. The marketing rollout had to be timed correspondingly but besides that I'm ready to do those aspects when green lit.



**2 Replies**

May 31, 2021, 2:46 PM

Eddie Ibanez



Tue, Jun 1, 9:41 AM

Minting and the beginning of trading and distribution we were waiting for Dev to be a bit further along. IMO Dev looks solid and minting, distribution to private sale, liquidity pool



iMessage

To: CryptoZoo                                                            



BEARCA



Tue, Jun 1, 9:41 AM

> Minting and the beginning of trading and distribution we were waiting for Dev to be a bit further along. IMO Dev looks solid and minting, distribution to private sale, liquidity pool and trading can begin when we want. The marketing rollout had to be timed correspon...

**2 Replies**

Eddie Ibanez

So is this a go on your end?

Jeff Levin

Jake are you in Miami

Eddie when do you get I.

 In

> Minting and the beginning of trading and distribution we were waiting for Dev to be a bit further along. IMO Dev looks solid and minting, distribution to private sale, liquidity pool and trading can begin when we want. The marketing rollout had to be timed correspon...

**2 Replies**

Jake Crypto King

From my end we are ready and in my perspective once we are physically together we can mint, distribute, set up liquidity pool, and do the 1st announcement of trading and the upcoming egg sale on day X.

Jake Crypto King

In Miami ✔️ well boca but can drive down to Miami any day, will be in Miami, thurs - Tuesday at Eden Roc.

Jeff Levin                                          

Let's do them tonight if possible

     iMessage                                            

CONFIDENTIAL                                                                                    PAUL_CZ0004914

To: CryptoZoo



day X.

**Jake Crypto King**

In Miami ✔️ well boca but can drive down to Miami any day, will be in Miami, thurs - Tuesday at Eden Roc.

**Jeff Levin**

Let's do them tonight if possible

The rest of the week is busy and we can sit in front of Logan tonight also

Let's meet up in Miami

**Jake Crypto King**

Time and place

**Eddie Ibanez**

Tomorrow works better for me

**Jake Crypto King**

Eddie will u be in? I can do either day no problem.

**Eddie Ibanez**

I think we do mint tonight. Lmk time

**Jake Crypto King**

I'm good for either just need to know because I'd have to plan to come down.

Tonight might not be best

Training tn

Wed, Jun 2, 3:29 AM

**Eddie Ibanez**



iMessage



👍

Tonight might not be best

Training tn

Wed, Jun 2, 3:29 AM

Eddie Ibanez



Wed, Jun 2, 6:41 AM

Jake Crypto King

👍

Samsung and Apple both have wallets primed for their new phones, crypto is taking over.

Are we meeting tonight? Not worrying about zoo launch and trading til

iMessage





PAUL_CZ0000916

To: **CryptoZoo** 



> **EU poised to unveil digital wallet app**
> Brussels will today reveal details of a bloc-wide app
> that will allow citizens from all 27 countries to log
> into local government websites and serve as a vault
> for documents such as driving licences. — PAGE 2
>
> ▶ **Tennis spat challenges sports leagues**
> mi Osaka's withdrawal from
> over pr
> a new generation of athletes is
> more willing to speak directly to
> fans on social media. — PAGE 2
>
> ▶ **Biden call to narrow racial wealth gap**
> The president is set to speak out on a visit to Tulsa,

E

---

Wed, Jun 2, 6:41 AM

Jake Crypto King

JC  Samsung and Apple both have wallets primed for their new phones, crypto is taking over.

JC  Are we meeting tonight? Not worrying about zoo launch and trading til after the fight?

Eddie Ibanez

E  I'm around.

Wed, Jun 2, 9:30 AM

Yes let's do it

Jake Crypto King

JC  I'm in west Palm with family I can drive down but I need notice. I'll be in Miami tomorrow through weds. If we are doing tonight we need to have NEW addresses for team members that have token allocations. BSC smart chain addresses preferably from trust wallet. They will start with "0x" likely. We need to have the homepage ready to go live, liquidity pools funds ready to be set up (I have liquidity). It's a lot of "tasks" to be complete orderly. That way when we can announce trading takes off naturally. With hype built around game launch.



JC  Okay tomorrow afternoon I'm driving down, we mint, set up liquidity pool and distribute. Then Friday we meet to make sure the announcing of the egg sale, token trading, and egg giveaway for twitter followers kicks off. Then we buy if u want allocations on pancake swap and the words spreads the second we announce the homepage and Sale.



If u aren't a crypto trader and this is a side project for u. Take my word
on this, when we set up the liquidity pool, u want to have some BNB

    iMessage   

CONFIDENTIAL
PAUL_CZ0004917

To: CryptoZoo 

JC — I'm in west Palm with family I can drive down but I need notice. I'll be in Miami tomorrow through weds. If we are doing tonight we need to have NEW addresses for team members that have token allocations. BSC smart chain addresses preferably from trust wallet. They will start with "0x" likely. We need to have the homepage ready to go live, liquidity pools funds ready to be set up (I have liquidity). It's a lot of "tasks" to be complete orderly. That way when we can announce trading takes off naturally. With hype built around game launch.

JC — Okay tomorrow afternoon I'm driving down, we mint, set up liquidity pool and distribute. Then Friday we meet to make sure the announcing of the egg sale, token trading, and egg giveaway for twitter followers kicks off. Then we buy if u want allocations on pancake swap and the words spreads the second we announce the homepage and Sale.

JC — If u aren't a crypto trader and this is a side project for u. Take my word on this, when we set up the liquidity pool, u want to have some BNB ready to buy ZOO the return over the 1st 3 weeks will be insane. To do this u need BNb on trust wallet. May have to Google "how to use Pancake Swap"

Eddie Ibanez

E — With chairman of Casper labs they like it

Thu, Jun 3, 7:42 AM

Jeff Levin

Eddie Jake jeff Logan meeting

Sometime between 4-7 at faena

Eddie Ibanez

E — Let's do it

Jake Crypto King

That's perfect.

JC — Can we tentatively aim for 530 start, it'll let me check in and get there?

Thu, Jun 3, 11:44 AM

Eddie Ibanez

E — I'm here and will work / hang meet anytime.

iMessage

PAUL_CZ0004918

To: CryptoZoo 

That's perfect.

 Can we tentatively aim for 530 start, it'll let me check in and get there?

Thu, Jun 3, 11:44 AM

Eddie Ibanez

E  I'm here and will work / hang meet anytime.

**1 Reply**



Jake Crypto King

JC  One of the best!

+1 (203) 558-1445

Hey so i got through all of the images, here's what's still needed:

Naked Butterfly - missing image

Orcafly - missing image

  iMessage



To: CryptoZoo    

**Jake Crypto King**

JC  One of the best!

+1 (203) 558-1445

Hey so i got through all of the images, here's what's still needed:

Naked Butterfly – missing image

Orcafly – missing image

Pandafly – missing image
Penggerfly – missing image
Puggerfly – missing image

Elephant/Elk and Elk/Elephant are both named Elkephant

actually scratch that missing image list, they were all just in the butterfly folder instead of with their base animals – only thing that needs resolving then is the different names for the elk elephant combo

**Dani (assistant)**

D  Glad you found the butterflies!

Logan can you advise on which way you want the elephant/elk and elk elephant named ?

   **Fuck aight let's call the cooler one the Elkephant and the other one Elephelk**

**Jake Crypto King**

JC  Please read that message. If u don't smile while reading it I can't help u. Just checking in will be there at 5.

**Fuck yeah**

E  I'm here and will work / hang meet anytime.

**Jake Crypto King**

JC  We are ready ✔

**Dani (assistant)**

**CryptoZoo - Manage Account**

    iMessage         

To: CryptoZoo 

Jake Crypto King

 Please read that message. If u don't smile while reading it I can't help u. Just checking in will be there at 5. 

Fuck yeah

E   I'm here and will work / hang meet anytime.

Jake Crypto King

JC  We are ready ✔️

Dani (assistant)

D   **CryptoZoo – Manage Account**
    cz-demo.herokuapp.com   

Thu, Jun 3, 4:11 PM



iMessage 

CONFIDENTIAL

To: CryptoZoo





+1 (203) 558-1445

 awesome thank you i'll get those rarities in

Thu, Jun 3, 6:03 PM

Eddie Ibanez

Thanks JMC - in the current game could we have it so that there's 11,111 eggs ?

E In the game we're playing

Thu, Jun 3, 7:36 PM

+1 (203) 558-1445

 like the current test version?

Eddie Ibanez

E Yes

Sat, Jun 5, 6:03 AM

Jake Crypto King



iMessage



 Yes

Sat, Jun 5, 6:03 AM

Jake Crypto King





If u take my Butterflion I quit. There is nothing more majestic in the entire world. 

 I am having such a hard time not tweeting these photos out, they are INCREDIBLE

Sat, Jun 5, 1:00 PM

Eddie Ibanez

 iMessage  

CONFIDENTIAL

PAUL_CZ0004923



**BUTTERFLION**



JC: If u take my Butterflion I quit. There is nothing more majestic in the entire world.

JC: I am having such a hard time not tweeting these photos out, they are INCREDIBLE

Sat, Jun 5, 1:00 PM

Eddie Ibanez



**Announcing Zoolet The First Animal Crypto Zoo**

Is it a good idea to invest in Zoolet?

June 04, 2021 11:58 ET | Source: Zoolet

Oh fucking boo

Jake Crypto King

Zooter, zooswap

iMessage

CONFIDENTIAL





Oh fucking boo

**Jake Crypto King**

Zooter, zooswap

It's trash

We will make them obsolete in 6 days time

**Eddie Ibanez**

It's fake 👍

It's a defi

zoolet.app 🧭

Mon, Jun 7, 8:33 AM

**Jake Crypto King**

Yesterday was awesome Logan, going 8 rounds with a world GOAT congratulations 🙌. When everyone has had a minute to recover lmk when we r meeting to do the print, distribution and liquidity pool we discussed earlier in the week. We thinking weds? Thurs? In LA? That will also coincide with announcement of the game, and page displaying a few animals and the concept + egg sale (or at least egg sale dates).

**Jeff Levin** 👍

Yes end of the week

Tue, Jun 8, 10:30 AM

Maybe: maureen mellina



 iMessage



will also coincide with announcement of the game, and page displaying a few animals and the concept + egg sale (or at least egg sale dates).



Jeff Levin

Yes end of the week 

Tue, Jun 8, 10:30 AM

Maybe: maureen mellina



 Hey LP- great job Sunday. I was on the floor rooting for you and I was NOT alone- there were a bunch of people in the crowd where I was sitting cheering you on!! I hope you felt the ❤️ 

Eddie Ibanez



CONFIDENTIAL





 

Hey LP- great job Sunday. I was on the floor rooting for you and I was NOT alone- there were a bunch of people in the crowd where I was sitting cheering you on!! I hope you felt the ❤️

Eddie Ibanez



Dani (assistant)



 iMessage 





BELEPHANT

Dani (assistant)



Eddie Ibanez

CONFIDENTIAL                                                                                                 PAUL_CZ0004928






Eddie Ibanez


🔥

Tue, Jun 8, 2:05 PM

Jake Crypto King

Jeff, LP, Eddie, where we launching the liquidity pool from? LA Thursday? Friday? Boston with Eddie? Bring Eddie to LA? Likey a 3-4hr meeting launch. Just need to know for planning.

Jeff Levin

LA

I'm here

Unless you both want to go to PR with Logan

Jake Crypto King                                                    HA
                                                                   HA

Me too. But Hallie is in Boston, and I can take her to dinner if we launch from there.

Hahahaha but in all seriousness, Eddie we need u in LA, jeff we need to go to Boston, or we all need to go to Puerto Rico.

And we have to decide as need flights n hotel. Plus launch of the LP is where huge $$ will be made, 1st pages live for the world to see, socials begin, etc.

Jeff Levin

LA please

Tue, Jun 8, 3:31 PM

Eddie Ibanez

Fine but that means I fly tonight - we meet at Londonderry tomorrow & on Thursday.

Londonderry Jake and I can prep - so we're all set up for a main meet on Thursday

Meeting will be held in the red room.

Jeff Levin

Haha

Jake Crypto King

iMessage

To: **CryptoZoo** 

 E   Meeting will be held in the red room.

Jeff Levin

Haha

Jake Crypto King

I'm not sure what % is actual vs comical. But count me in. I flew back to LA specifically go get this handled.

JC   To get*

Eddie Ibanez

E   1369 Londonderry plc - LMK book flight and I'll text a time to be there Jake.

Jake Crypto King

Perfect. I'm free all day weds-fri. Minus a few phone calls but those can be rescheduled or moved.

Book ur flight

I'll drive there when u land tkmorrow

JC   Just give me a time, we can plan launch tomorrow so the homepage is immaculate, points delivered and highlighted. Then thurs or Friday we can go live

Dani (assistant)

I'll be back in LA by tomorrow night latex

 D   Late**

Tue, Jun 8, 7:40 PM

Aight what we got

Jeff Levin

Eddie when do you get to LA

Eddie Ibanez

Noon

 E   PST

Jake Crypto King

JC   Dani is bringing latex? Going to be a party 🥳. Just lmk when we r meeting I'll drive up.

Tue, Jun 8, 9:51 PM

When is this happening

    iMessage    

To: **CryptoZoo** 

**Jake Crypto King**

Dani is bringing latex? Going to be a party 🥳. Just lmk when we r meeting I'll drive up.

*Tue, Jun 8, 9:51 PM*

When is this happening

**Dani (assistant)**

Friday Zoo Day ?

**Eddie Ibanez**

I'm out there tomorrow. I'm good/open all day Thursday & Friday.

**Jeff Levin**

I have a meeting in the morning Thursday but available after

Or all day Friday

*Wed, Jun 9, 1:33 AM*

**Jake Crypto King**

I'm available as needed will be there whenever we plan it.

*Wed, Jun 9, 6:07 AM*

**Eddie Ibanez**

Exciting on all fronts.

Jake let's you and I meet up Thursday AM let's say 10am while Jeff's in a meet. We can get on a call with maureen and iron out a 1 pager that we're going to send around on "how to invest"

And iron out anything needed for the new white paper. So we're good for Friday Jeff come when available. We'll send around what we have when done .

Friday official ZooDay. How's that sound?

*Wed, Jun 9, 7:12 AM*

**Jeff Levin**

Great

*Wed, Jun 9, 8:18 AM*

**Jake Crypto King**

I'm in.

*Wed, Jun 9, 3:31 PM*

iMessage

To: CryptoZoo 


Great

Wed, Jun 9, 8:18 AM

Jake Crypto King

JC    I'm in.

Wed, Jun 9, 3:31 PM

Eddie Ibanez


**Let's Go (feat. Big D & Twista)**
Trick Daddy
Music

Wed, Jun 9, 9:55 PM

Eddie Ibanez

K Jake I'm at Casa Del Mar - <u>10am</u> lobby.

In santa Konica.

E    *monica.

Thu, Jun 10, 11:49 AM

Eddie Ibanez

E    We totally need sustainability with

Thu, Jun 10, 2:38 PM

Eddie you free at <u>4p PST</u>? And Jeff?

Jeff Levin

    Yes

Eddie Ibanez

E    Yes.

HOW TO AQUIRE

iMessage

Eddie Ibanez

Yes.



Thoughts ? Maureen KO'ed.

Maybe: maureen mellina

It's a work I progress. The b/g is messed up and timing is not really set...

Eddie Ibanez

I think also a PDF with links

I think it's dope

Eddie and Jeff, call with Efinity to see if their platform is of any value

Jeff Levin

As I remember from our last call, they are just another platform for NFTs like opensea

iMessage

CONFIDENTIAL

To: **CryptoZoo**    

Maybe: maureen mellina

 It's a work I progress. The b/g is messed up and timing is not really set...

Eddie Ibanez

 I think also a PDF with links

I think it's dope

 Eddie and Jeff, call with Efinity to see if their platform is of any value

Jeff Levin

 As I remember from our last call, they are just another platform for NFTs like opensea

Jake Crypto King

 Hey guys ZOO day is tomorrow. I highly recommend every get a few hundred to a few thousand in ZOO when it goes live. It will likely 10-1000x based on how the market adopts. To do this u need Trust wallet on ur phone and BNB on Trust Wallet.

**1 Reply**

Jeff Levin

 Logan we doing this call

 Hey guys ZOO day is tomorrow. I highly recommend every get a few hundred to a few thousand in ZOO when it goes live. It will likely 10-1000x based on how the market adopts. To do this u need Trust wallet on ur phone and BNB on Trust Wallet.

Jeff Levin

 New accounts or we can use existing

yup

Jake Crypto King

 Existing and new are fine, new is always better

 We good to go tomorrow? I vote yes. Logan obviously had final say.

Eddie Ibanez

Hey Maureen or Logan do you have a token image you'd like to use

Maybe: maureen mellina



  iMessage     

CONFIDENTIAL                                                                                          PAUL_CZ0004934


**Jake Crypto King**

Existing and new are fine, new is always better

JC   We good to go tomorrow? I vote yes. Logan obviously had final say.

**Eddie Ibanez**

E   Hey Maureen or Logan do you have a token image you'd like to use

Maybe: maureen mellina



 I was thinking something like this...

I thought it was just the egg?

Is my presence or am I needed for zoo day

**Jake Crypto King**

JC   I like the egg for the zoo token image

**Eddie Ibanez**

E   Cool

 Make sure use full quality image, it's in google drive

**1 Reply**

**Jake Crypto King**

JC   U need to be present to get your buys in if ur wanting to buy tokens from the original liquidity pool. I highly recommend it. The earlier buy the better.

Make sure use full quality image, it's in google drive

**Eddie Ibanez**

E   The black one right ( there is black and white )

When did y'all want to do this

Black background yes

iMessage

CONFIDENTIAL      PAUL_CZ00004935

To: CryptoZoo 

Eddie Ibanez

The black one right ( there is black and white )

When did y'all want to do this

Black background yes

Tomorrow what
Time frame

Dani (assistant)

Jeff & Logan - What is your day looking like? (Eddie, Jake and I are available all day will be meeting for about 3 hours) BUT we will only need you for about 1 hour to spread out your buy ins.

Eddie Ibanez

Jeff is an all day'er

Jeff Levin

Yep

Wutchu mean buy ins?

And what's the entire agenda tomorrow

And Jake, what's a good amount to buy without fucking the market or controlling too much of it ?

Should have a max, even for us

Jake Crypto King

Tomorrow what aspects do we want going live? Just trading? Trading and socials? Trading, socials, and website?

We don't have socials

Just trading


Keep project under wraps until it's done

Jeff Levin

Casa Del Mar tomorrow right?

Eddie Ibanez


iMessage  

To: CryptoZoo 

Just trading

Keep project under wraps until it's done

**Jeff Levin**

Casa Del Mar tomorrow right?

**Eddie Ibanez**

Yeah 

**Dani (assistant)**

1pm Casa Del Mar

Logan we will call you in at 2:30/3pm pst (5:30/6pm est)

Okay perfect

Thu, Jun 10, 8:11 PM

Maybe: maureen mellina

I was thinking that the token would look more like a vector graphic - not so much a photo realistic image... more like this...



**Eddie Ibanez**

I like the real thing it's more colorful but that's just me 

 iMessage

CONFIDENTIAL







Eddie Ibanez

 I like the real thing it's more colorful but that's just me

Agree, real thing is better

I think ?

Maybe: maureen mellina

I disagree but I will do both and you can make the call on which is better...

Eddie Ibanez

I just look at the other ones - I like the color pop. We doing the normal egg or the golden?



11:12

Tokens

YUMMY
$0.00 +0.74%

PitBully
$0.00 -29.31%

Ethereum
$2,462.45 -4.80%

Australian...
$0.00 -16.23%

BNB
$354.39 -5.34%

EthereumMa
$0.00 -20.64%

420x
$0.00 -5.21%

EthereumMa
$0.00 -20.64%

 iMessage

CONFIDENTIAL





It'd be normal egg

But like look how dumb some of these are

I get they're all a 2D vector but I feel like anything goes

Maybe: maureen mellina

I hear ya - I like the idea of using the real egg because the animals are "real" and not graphics BUT I also think from a strong visual standpoint the vector graphic is stronger...

 Especially when this graphic/image is sometimes really small...

Eddie Ibanez



 I like the normal egg - plays with the game also so when I see the game I know it's all the same... that's just me. I'm not a designer.

Jeff Levin

 Consistent branding is important

Maybe: maureen mellina

There's definitely a way to do both - the way Doge has a real dog and dog graphic...I actually think at some point you will need a graphic but we can deal with that later - I will work something up using the real looking egg...

 iMessage 

CONFIDENTIAL

PAUL_CZ0004939

To: CryptoZoo 

Maybe: maureen mellina

I hear ya - I like the idea of using the real egg because the animals are "real" and not graphics BUT I also think from a strong visual standpoint the vector graphic is stronger...

 Especially when this graphic/image is sometimes really small...

Eddie Ibanez

 I like the normal egg - plays with the game also so when I see the game I know it's all the same... that's just me. I'm not a designer.

Jeff Levin

 Consistent branding is important

Maybe: maureen mellina

There's definitely a way to do both - the way Doge has a real dog and dog graphic...I actually think at some point you will need a graphic but we can deal with that later - I will work something up using the real looking egg...

  



It's sharp ngl

BUT

 DOGE Wallet          $0.00
                              0 DOGE



Doge symbol is just a D which is odd

PancakeSwap          $16.77
CAKE                 -9.69%

iMessage



To: CryptoZoo



It's sharp ngl

BUT

 DOGE Wallet     $0.00
0 DOGE

Doge symbol is just a D which is odd

 PancakeSwap     $16.77
CAKE     −9.69%

 SHIBA INU     $0.000007
SHIB     −7.64%

But like these two are a bit more fun and listed on Coinbase

Maybe: maureen mellina



 iMessage  

CONFIDENTIAL



 That's why I did this one...

ahhhhhh

That's actually kinda cool. And fun

Maybe: maureen mellina

 I took the "Z" from the CryptoZoo logo I designed and made it into a coin....

Eddie Ibanez

 I have no dog in fight. I'm a nerd.

I kinda like – the real egg.

Doge doesn't have a game. We do.

It definitely stands out which I like

Eddie Ibanez

 Let's stand out. Fuck the norm. (Again  your call)

agree

Let's go with egg

Maybe: maureen mellina

HOW TO AQUIRE

iMessage

PAUL_CZ0004942

To: CryptoZoo 

agree

Let's go with egg

Maybe: maureen mellina 



# HOW TO AQUIRE





FOLLOW THESE EASY STEPS TO SET UP YOUR
WALLET AND START THE CRYPTOZOO JOURNEY

# HOW TO AQUIRE





FOLLOW THESE EASY STEPS TO SET UP YOUR

iMessage  

CONFIDENTIAL
PAUL_CZ00004943