# Exhibit A

## Part 4 of 6



Just a sample of what each would look like…


This is the opening frame on the "how to acquire" video…

The golden "token" looks better in that context…

Maybe: maureen mellina

Exactly - I am just afraid of that egg getting "lost"

agree

Fuck it let's do golden token

Maybe: maureen mellina
Now, if you did the golden egg…


That might be a different story…

Nah it'd still be weird

Eddie Ibanez

Don't honey Dick maureen - show it.

Maybe: maureen mellina

Oh no you didn't…


I feel like the egg is a good logo for the GAME

and the golden token is a good logo for the token

Maybe: maureen mellina

YES!!!

Eddie Ibanez
Let' me look at tokens that start with a Z and make sure we aren't close..


Or have you already maureen

Maybe: maureen mellina
I did do some digging and there was something out there but I think it

iMessage

To: CryptoZoo 

agree

Fuck it let's do golden token

Maybe: maureen mellina

Now, if you did the golden egg...

That might be a different story...

Nah it'd still be weird

Eddie Ibanez

Don't honey Dick maureen - show it.

Maybe: maureen mellina
Oh no you didn't...

I feel like the egg is a good logo for the GAME

and the golden token is a good logo for the token

Maybe: maureen mellina
YES!!!

Eddie Ibanez
Let' me look at tokens that start with a Z and make sure we aren't close..

Or have you already maureen

Maybe: maureen mellina
I did do some digging and there was something out there but I think it was ZELDA and something called Zbit...

bitZ

### Bit-Z Token (BZ)



Eddie Ibanez
Cool.

Maureen - spoke with Jake and team and we need the explainer to have how to get on Metamask

Maybe: maureen mellina

iMessage





Eddie Ibanez

Cool.

 Maureen - spoke with Jake and team and we need the explainer to have how to get on Metamask

Maybe: maureen mellina





See in that context the egg Sticks out WAY more

Which I like

Eddie Ibanez

 EGG 🔥

CONFIDENTIAL                                                                    PAUL_CZ00004946



See in that context the egg Sticks out WAY more

Which I like

Eddie Ibanez

EGG 🔥

Maybe: maureen mellina

You definitely need the frame around the egg

Eddie Ibanez

What's the Golden egg look like?

Maybe: maureen mellina



Eddie Ibanez



What's the Golden egg look like?

Maybe: maureen mellina



Eddie Ibanez

I kinda like that gold....

Maybe: maureen mellina

I like the gold egg with the gold frame...



HOW TO AQUIRE

 iMessage 

PAUL_CZ00004948

To: CryptoZoo     

 I like the gold egg with the gold frame...



# HOW TO AQUIRE

# ZOOTOKEN

FOLLOW THESE EASY STEPS TO SET UP YOUR
WALLET AND START THE CRYPTOZOO JOURNEY

Jeff Levin

 I like the gold egg

Fri, Jun 11, 5:12 AM

Gold egg 100%

 With gold frame absolutely

Maybe: maureen mellina

 Eggcelent.

Fri, Jun 11, 8:25 AM

Jeff Levin

 It's Egglegant

 iMessage

To: **CryptoZoo** 



Jeff Levin

 I like the gold egg

Fri, Jun 11, 5:12 AM

Gold egg 100%

👍 With gold frame absolutely

Maybe: maureen mellina

 Eggcelent. 😂

Fri, Jun 11, 8:25 AM

Jeff Levin

It's Egglegant 😂

Eddie Ibanez

E I'm Eggstatic 😂

Fri, Jun 11, 9:58 AM

Jake Crypto King

JC We have 2 options for minting. 1 we use my current iPhone and I give 2 people on the team the back up words so u guys can access them together if 1. I'm fucking around or 2. I die. It's that or we get a new phone entirely and do the same process. I have a back up android we can use as the zoo phone but it's easier to deploy contracts with an iPhone and I've done it before.

back up words okay but you have to access them from that particular phone yeah ?

💗 What are you setting up exactly can you outline here

Jake Crypto King

1. We mint tokens via a wallet address (new phone or just need wallet doesn't matter). 2. We lock tokens in a liquidity pool from that same wallet address. 3. We lock team tokens to be distributed over months to the founders that have token allocations. 4. We begin buying out of the liquidity pool. 5. Once the team has exhausted funds for the liquidity pool buying we send the contract address to friends/family/investors who want to be able to get in that have heard about it. 5. As long as trusted team members have the back up words I can't do anything with locked tokens, and if I perish when they unlock u can

 iMessage

To: **CryptoZoo** 

> back up words okay but you have to access them from that particular phone yeah ?


> What are you setting up exactly can you outline here

Jake Crypto King

1. We mint tokens via a wallet address (new phone or just need wallet doesn't matter). 2. We lock tokens in a liquidity pool from that same wallet address. 3. We lock team tokens to be distributed over months to the founders that have token allocations. 4. We begin buying out of the liquidity pool. 5. Once the team has exhausted funds for the liquidity pool buying we send the contract address to friends/family/investors who want to be able to get in that have heard about it. 5. As long as trusted team members have the back up words I can't do anything with locked tokens, and if I perish when they unlock u can access them. Or we just use a different new phone but than same situation, who holds it, who holds back up words.

**JC** I am fine with whomever holds the phone. Just need to decide.

Eddie Ibanez

Normally when I've staked there is a contract we put money into. And in there you put the "owners" and their addresses.

That way you get ownership. If I just send a BNB to an account that's just a BNB account that would own the contract and have no "ownership."

**E** Is that what we're doing?

So within the smart contract whoever puts money into the contract is given shares.

Or, are we constructing the contract with several seed accounts and divide up. If the wallet addresses are in the contract. Then no matter what happens "owners" are good.

Contract meaning – the contract is what we use to mint the tokens.

**E** Jake is this what you were thinking?

Fri, Jun 11, 11:28 AM

Jake Crypto King                                                          

**JC** We will discuss in person. We have 2 options, either is fine.

**JC** Not to mention today is the day 🥳🎉🎊🥳 fuck yeah!

Do we have ZOO twitter handles? We will need 1 for socials and if the

 iMessage  

To: CryptoZoo 

---

Fri, Jun 11, 11:28 AM

**Jake Crypto King**

JC  We will discuss in person. We have 2 options, either is fine. 

JC  Not to mention today is the day 🥳🎉🥳🥳 fuck yeah!

JC  Do we have ZOO twitter handles? We will need 1 for socials and if the token name gets out today people will gobble up the available options. We should lock down a twitter handle IMO even if we don't put up photos yet. It'll help us get on coin listing pages as they all ask for social links

We have Instagram, Dani do we have twitter ?

**Dani (assistant)**

Yes
[Cryptozoo.co]

D  @CryptoZooCo

We can't get the . In there?

Should be universals on all socials

@cryptozoo.co

Cuz that's the domain

**Dani (assistant)**

Let me try.
I feel like there was a reason it couldn't happen.

D  One sec

**Jake Crypto King**

JC  And please check on that for twitter it's a great handle and we need it. I'm driving or id do it .

**Dani (assistant)**

Im working on it now- On twitter Dots aren't allows

---

12:32                           .ıl 5G 🔋

Cancel     **Update username**      Done

**Current**
CryptoZooCo

---

  iMessage

To: CryptoZoo                                                  

@cryptozoo.co

Cuz that's the domain

Dani (assistant)

Let me try.
I feel like there was a reason it couldn't happen.

One sec

Jake Crypto King

And please check on that for twitter it's a great handle and we need it.
I'm driving or id do it .

Dani (assistant)

Im working on it now- On twitter Dots aren't allows





@cryptozoo isn't available ?

or @thecryptozoo

CONFIDENTIAL                                    PAUL_CZ0004953



@cryptozoo isn't available ?

or @thecryptozoo

**Dani (assistant)**
Both taken

crypto_zoo

Jake how important is twitter branding

**Dani (assistant)**
I can do Crypto_Zoo

Shit nope

Okay sec

**Jake Crypto King**
Handle not important. Background photo and icon very important. Handle not so much but there's where 99% of people will 1st hear outside of our networks

**Dani (assistant)**
Cant do Crypto_Zoo. Apologies I had an extra character in there

**Jake Crypto King**
Also, because er have 500 pictures we should upload 1 daily to IG. It'll go viral AF, 1st viral IG crypto project

We* sorry driving

I'm on that. With our social person

Oh wait we don't have one

**Jake Crypto King**



CONFIDENTIAL
PAUL_CZ0004954

To: CryptoZoo 

I'm on that. With our social person

Oh wait we don't have one

**Jake Crypto King**

I have a great person for telegram and discord he's basically a robot will b on 18 hrs a day for a few k a month. Never used someone for IG

**1 Reply**

I can do IG

Branding is important

**Jake Crypto King**

People will have 100000 questions about yield and rarity etc. he will field those.

**Dani (assistant)**

I can get twitter started if I get the profile picture & banner y'all want.

**Eddie Ibanez**

Maureen can you send the high Rez of the token?



iMessage

To: CryptoZoo 



Profile pic

That's profile pic

Jake Crypto King

IMO that's idea, Dani

Can put the token at the banner

Jake Crypto King

Ideal

I have a great person for telegram and discord he's basically a robot will b on 18 hrs a day for a few k a month. Never used someone for IG

Yes need this person

Jake Crypto King

I told him he's hired and will get started when we green light him

He can get started and set everything up now if we wanted. I can add him here or Just send him images and documents

Dani (assistant)

Bio for Twitter? Does this work from the Deck? "The Gamified NFT ecosystem for Breeding exotic animals that yield tokens"

Jake Crypto King

Perfect and the contract address when it's live

(Until er have 2k wallets and becomes easy to find ZOO)

Which do we like

@CryptoZooGame

    iMessage

CONFIDENTIAL

**To:** CryptoZoo ⓘ

JC — him here or Just send him images and documents

Dani (assistant)

D — Bio for Twitter? Does this work from the Deck? "The Gamified NFT ecosystem for Breeding exotic animals that yield tokens"

Jake Crypto King

Perfect and the contract address when it's live

JC — (Until er have 2k wallets and becomes easy to find ZOO)

Which do we like

@CryptoZooGame
@Crypto_Zoo

Jake Crypto King

2 or CryptoZooNFT

JC — Scratch NFT* won't be friendly to newcomers

yeah it's ugly

👍

Collect & Breed exotic animal hybrids that yield $ZOO (cash) on the blockchain 🐃 🐗 🐘

^ bio

Dani (assistant)

D — Thank you ^

D — Eddie, I am downstairs btw.

Eddie Ibanez

E — I'm walking down

Jake Crypto King

JC — I think we lock the 50% allocated for the game for 2 weeks so the public doesn't think we intend to dump the largest wallet and that it's only being unlocked for in game distro. It can even be a weekly distribution period where it unlocks 2% a week

Maybe: maureen mellina

Token art is in with the other Crypto art on Google Drive - LMK if you need other sizes/variations
https://drive.google.com/drive/folders/1KFi1trDrgxvmyIlDhwUhRcmWXttUnsGT?usp=sharing

shared with me  >  CRYPTO ZOO  >  TOKEN ART  ▾  ⚏

Files                                                                    Name ↑

iMessage

CONFIDENTIAL
PAUL_CZ0004957

 only being unlocked for in game distro. It can even be a weekly distribution period where it unlocks 2% a week

Maybe: maureen mellina

Token art is in with the other Crypto art on Google Drive - LMK if you need other sizes/variations
https://drive.google.com/drive/folders/1KFi1trDrgxvmyllDhwUhRcmWXttUnsGT?usp=sharing



1 Reply

> I think that 50% game wallet needs to be very clearly for THE GAME. Like, incapable of being rugged. Like you know how dead wallets say DEAD at the end. Maybe we can specify and it says GAME or something. And yeah we can do the unlocks in coordination with the Yield. So, unlock and Yield happens around same time...
>
> 1 Trillion tokens over a year
> 83.3B tokens for game per month for 12 months, so 8.33% unlocked per month essentially



> Maureen you used the golden egg still from the folder yeah? Noticed it's not 100% smooth on the left side like the still

Maybe: maureen mellina

 I did - let me check...

I see what you're saying I let me see why it would be doing that...

iMessage







Yessss

Maybe: maureen mellina

Cool - all replaced and uploaded!

Can you delete the pls?

Old*

Maybe: maureen mellina

Yes - the original tokens I uploaded are deleted and I replaced them with the updated (smooth) art.

Fantastic thank you

What time minting

Dani (assistant)

Should be ready in 30 minutes

Fri, Jun 11, 9:58 PM

  iMessage

CONFIDENTIAL

PAUL_CZ00004959

To: CryptoZoo 

Dani (assistant)

> D  Should be ready in 30 minutes

Fri, Jun 11, 9:58 PM

What are next steps ?

Gotta finish development and put on the blockchain yeah ?

Jake Crypto King

> Twitter and discord/TG live

> JC  Website live.

Eddie Ibanez

> E  Website live - egg sale - finish dev & game launch 

Jake Crypto King

> JC  All short term as in 1-2 days ^. Plus a homepage announcing the egg sale

 no rush boys please

until development is done and checked THOROUGHLY I don't want to start doing other shit super publicly

 Gotta make sure platform is FLAWLESSSSSS

Jake Crypto King

> JC  People will have questions need a telegram and twitter presence when ready

facts

Jake Crypto King

> JC  To be on coin market cap and likely Blockfolio they'll want to see our homepage, and socials input.  I can get us on immediately but to do so we need twitter and website or homepage live. ^next step

Jeff Levin

>   Eddie how far are we on website

Eddie Ibanez

> 1)Website landing page - we can wrap up in a day or 2 -

 iMessage  

CONFIDENTIAL                                                                    PAUL_CZ0004960

To: CryptoZoo 

**Jake Crypto King**

 All short term as in 1-2 days ^. Plus a homepage announcing the egg sale

 no rush guys please

 until development is done and checked THOROUGHLY I don't want to start doing other shit super publicly

 Gotta make sure platform is FLAWLESSSSSS

**Jake Crypto King**

 People will have questions need a telegram and twitter presence when ready

facts 

**Jake Crypto King**

 To be on coin market cap and likely Blockfolio they'll want to see our homepage, and socials input.  I can get us on immediately but to do so we need twitter and website or homepage live. ^next step

**Jeff Levin**

 Eddie how far are we on website

**Eddie Ibanez**

1)Website landing page - we can wrap up in a day or 2 -

2) egg sale, within the next few days: setup need to sell.

 3) And full game tested couple of weeks and I'd add in a week for changes/tweaks.

**Jeff Levin**

 How can you tell market cap on popcorn app

**Jake Crypto King**

 So the "asshole" finished selling. And now there is a steady stream of buys.

**2 Replies**

 iMessage

To: CryptoZoo 

**Jeff Levin**


Eddie how far are we on website

**Eddie Ibanez**

1)Website landing page - we can wrap up in a day or 2 -

2) egg sale, within the next few days: setup need to sell.


3) And full game tested couple of weeks and I'd add in a week for changes/tweaks.

**Jeff Levin**


How can you tell market cap on popcorn app

**Jake Crypto King**

So the "asshole" finished selling. And now there is a steady stream of buys.

**2 Replies**



iMessage

To: CryptoZoo





When I get home I'm telling the cryptonkingdom about it which is my trading room of 3k people

Should have nice movement overnight




iMessage

To: CryptoZoo 

**JC** Should have nice movement overnight

Jake Crypto King

**JC** A bot is playing with our token. The purchase and sales are in identical amounts. Look at the green^. Nothing to do but now that he exhausted the sells he will be buying with the $$ made. Kinda cool to watch them work. U can tell cause they do repeat buys or sells same size

1 Reply

Jeff Levin

 How do we prevent someone doing what they just did again.  We went from $130M to $26M  market cap in two hrs

1 Reply

**JC** A bot is playing with our token. The purchase and sales are in identical amounts. Look at the green^. Nothing to do but now that he exhausted the $$ made. Kinda cool to watch them work. U can tell cause they do repeat buys or sells...

Jeff Levin

 It's not cool to watch

Jake Crypto King

**JC** The sell sucks but the buys is fun

 How do we prevent someone doing what they just did again.  We went from $130M to $26M  market cap in two hrs

Yeah wait how did that happen

**JC** So the "asshole" finished selling. And now there is a steady stream of buys.

2 Replies

And what asshole?

How did anyone get this token except for us?

1 Reply

And none of us sold ?

Jake Crypto King

Nope all wallets the same

iMessage



How did anyone get this token except for us?

**1 Reply**

And none of us sold ?

**Jake Crypto King**

Nope all wallets the same

U can check it the wallet is public but it was no one who bought under $25mil market cap

was that our mark?

**Jake Crypto King**

Just got off the phone with a friend he's buying 6-7 figures over the next 2 hours. He's buying now.

So the "asshole" finished selling. And now there is a steady stream of buys.

**2 Replies**

!!

How did anyone get this token except for us?

!!

**Jake Crypto King**

There are always going to be idiots they don't know how to trade. The one buying right now does and is scaling in huge. Connected with all the big influencers too as their crypto manager.

No fuck that guy I'm focused on the massive dip we experienced

And how our market cap 1/5th'ed

**Dani (assistant)**

From what I understand

Bots and random people found the coin early and started trading.

Before we were done their were like 30 token holders.

Their are currently 83 when I just checked.

I believe once there are more, it won't influence the market cap so

iMessage

To: CryptoZoo 

How did anyone get this token except for us?

!!

**Jake Crypto King**



JC  There are always going to be idiots they don't know how to trade. The one buying right now does and is scaling in huge. Connected with all the big influencers too as their crypto manager.

No fuck that guy I'm focused on the massive dip we experienced

And how our market cap 1/5th'ed

**Dani (assistant)**

From what I understand

Bots and random people found the coin early and started trading.

Before we were done their were like 30 token holders.

Their are currently 83 when I just checked.

I believe once there are more, it won't influence the market cap so drastically.

D  Jake or Jeff or Eddie pls jump in if any of that is off or not correct

Before we were done their were 30 token holders?!?!

WHAT

Nah how the fuck is that possible

**Jake Crypto King**

My buyer already pushed it back to $40mil

JC  Wait 2 hrs

BRO FUCK UR BUYER

EXPLAIN TO ME WHAT JUST HAPPENED AND HOW THERE WERE 30 TOKEN HOLDERS

**Jake Crypto King**

U can't get mad about traders and bots. All they will do is play with out token. Wait til we get a CMC listing, 500 bots will pick it up as they

 iMessage

To: CryptoZoo 

Before we were done their were 30 token holders?!?!

WHAT

Nah how the fuck is that possible

**Jake Crypto King**

My buyer already pushed it back to $40mil

JC  Wait 2 hrs

BRO FUCK UR BUYER

EXPLAIN TO ME WHAT JUST HAPPENED AND HOW THERE WERE 30 TOKEN HOLDERS

**Jake Crypto King**

JC  U can't get mad about traders and bots. All they will do is play with out token. Wait til we get a CMC listing, 500 bots will pick it up as they trail all listings on coinmarket cap.

brooooo how did anyone find our token THAT quickly

when only FIVE of us knew about it

**Jake Crypto King**

JC  People have notifications set for new tokens, and for volume. The smart ones have it automated as a bot. I think ur friend chase has one that finds all new bsc tokens

👍

And just buys them in hopes of a return ?

**Jake Crypto King**

JC  Many people chase volume and new tokens.



**Jake Crypto King**

JC  Why is $100mil in volume rotating in a new token. Curious? They were.

So they got in after we finished?

Or while we were buying

**Jake Crypto King**

Eddie, can we design a new bot to add $100 to every bsc liquidity pool

iMessage



**JC** Why is $100mil in volume rotating in a new token. Curious? They were.

So they got in after we finished?

Or while we were buying

Jake Crypto King

**JC** Eddie, can we design a new bot to add $100 to every bsc liquidity pool that goes live?



I'm just wondering how the market crippled

Jake Crypto King

If it was a volume bot, it picked up the volume and started when volume spike.

To stop that from happening I have to add $$ to the liquidity pool.

**JC** The more $$ in liquidity pool the less slippage when people sell.

Bro knowing what you know about crypto why would you have us go in a rotation of a volume bot was going to pick up and buy a LARGE % of our inventory that would 1/5th hours later

1 Reply

If a volume bot*

OR even stop us from buying, or mention it, WHILE we were buying. Like y'all had the transactions up and could see them incoming, you didn't see any other transactions and want to say something?

3 Replies

Jake Crypto King

I'm guessing the wallet I saw was a person. There are 59 types of bots including new token ones. Imagine throwing $1k on it as a new token hitting a 200x in 1hr. I'd sell, wouldn't I?

U*

**JC** And we need to be prepared for it to happen again. If we add to the liquidity pool it cushions slippage.

Okay so even worse and more inexplicable then!! how a person could've magically known about the minting today, been on the lookout for $ZOO, got in AT THE SAME RANDOM TIME we got in, multiplied their money then dipped at the peak and knew the timing of all of it

I can't be the only one who thinks that's incredibly too convenient

 iMessage

To: CryptoZoo 

Jake Crypto King

I'm guessing the wallet I saw was a person. There are 59 types of bots including new token ones. Imagine throwing $1k on it as a new token hitting a 200x in 1hr. I'd sell, wouldn't I?

U*

 And we need to be prepared for it to happen again. If we add to the liquidity pool it cushions slippage.

Okay so even worse and more inexplicable then!! how a person could've magically known about the minting today, been on the lookout for $ZOO, got in AT THE SAME RANDOM TIME we got in, multiplied their money then dipped at the peak and knew the timing of all of it

I can't be the only one who thinks that's incredibly too convenient

like someone was tipped off

Jake Crypto King

It's not magical. There are literal bots that search for new projects. Anyone that knew u were going to tweet wouldn't sell $1.... anyone that knew my friends were buying all night wouldn't sell $1. It's someone that got either lucky or was a bot searching for new listings (chase literally had one) or volume, and any real volume on a new token woulda set it off. When big events happen the bots will do it again, every single time we announce an egg drop, a new animal, an exchange, this will be standard until we get enough $$ in the liquidity pool which is why I'm contacting pancake swap for a syrup staking pool and farm.

(Helps provide liquidity and gives huge rewards)

Bro knowing what you know about crypto why would you have us go in a rotation of a volume bot was going to pick up and buy a LARGE % of our inventory that would 1/5th hours later

This question remains

OR even stop us from buying, or mention it, WHILE we were buying. Like y'all had the transactions up and could see them incoming, you didn't see any other transactions and want to say something?

**3 Replies**

and this as well

iMessage

 

To: CryptoZoo 

OR even stop us from buying, or mention it, WHILE we were buying. Like y'all had the transactions up and could see them incoming, you didn't see any other transactions and want to say something?

**3 Replies**

and this as well

Like an "oh man, it looks like someone else OR a bot is buying tokens at the same time as us" — I wasn't there today but can anyone tell me if these words were uttered

OR even stop us from buying, or mention it, WHILE we were buying. Like y'all had the transactions up and could see them incoming, you didn't see any other transactions and want to say something?

**3 Replies**

Jake Crypto King

 We weren't watching transactions coming in live. We were switching off trading watching the total market cap. We didn't even see the drop because we were all done trading at that point and finally taking a minute to eat.

Jake Crypto King

We created $40million out of thin air today. This is a success. This will continue to grow over the next 4 weeks and the next 4 months. Bots and traders will always manipulate it. U have to get used to that in crypto.

**1 Reply**

Every announcement the same shit will happen.

OR even stop us from buying, or mention it, WHILE we were buying. Like y'all had the transactions up and could see them incoming, you didn't see any other transactions and want to say something?

**3 Replies**

Okay but then this is just stupid. Like 2/2 with lapses in judgment from not placing the right allocation into the liquidity pool and also not monitoring token buying on the day we mint our tokens... like this whole thing seem boot legged and had holes it in and sure enough it did, in a big way. I can't be the only one who thinks this is a problem. This is wild. No legitimate company has this shit happen

We created $40million out of thin air today. This is a success. This will continue to grow

  iMessage 

CONFIDENTIAL

To: **CryptoZoo** 

> Okay but then this is just stupid. Like 2/2 with lapses in judgment from not placing the right allocation into the liquidity pool and also not monitoring token buying on the day we mint our tokens... like this whole thing seem boot legged and had holes it in and sure enough it did, in a big way. I can't be the only one who thinks this is a problem. This is wild. No legitimate company has this shit happen

 We created $40million out of thin air today. This is a success. This will continue to grow over the next 4 weeks and the next 4 months. Bots and traders will always manipulate it. U have to get used to that in crypto.

> And this nonchalance worries me. Fuck $40M it was at $120M

**Jake Crypto King**

And one day it'll go from $1billion to $400mil on a massive sell, ur going to be just as mad then. We created $40mil out of thin air today. The liquidity pool was admittedly a fuck up on my part but that was unwound and let us acquire tokens at a lower cost average. Even if we monitored wallet trading would u want to stop had u seen it? It would only make us ape in faster causing an even greater issue. These are the issues with blockchain, have u seen the ethmax chart, every coin had initial pumps, recoveries and sustained pumps of the project turns out to be legit.

If*

> Ima look into the truth of the latter part. It seems absurd to me

> I can't wrap my head around it

**Jake Crypto King**

Please do, during the dump u can see the actual addresses selling. U can see where their bnb was sourced, u can see other trades they were involved in. We can do the full detective work.

Sat, Jun 12, 7:43 AM

**Eddie Ibanez**

Hey guys - spoke with Jeff. So we have a buy strategy of how we're going to trade shares.

We're going to meet at Jeff's house here around noon (LP lmk if that works) to come up with a full trading strategy (buy and sell) that way we don't peak the price (we buy gradually) & we don't let some punk or bot sell while we're riding the price up.

Marketcap is stable @40 - let's plan a smooth / sustainable stable ride up to 100m in the next week, now that we know it's possible.

 iMessage

To: CryptoZoo ⓘ

**E** Hey guys - spoke with Jeff. So we have a buy strategy of how we're going to trade shares.

We're going to meet at Jeff's house here around noon (LP lmk if that works) to come up with a full trading strategy (buy and sell) that way we don't peak the price (we buy gradually) & we don't let some punk or bot sell while we're riding the price up.

Marketcap is stable @40 - let's plan a smooth / sustainable stable ride up to 100m in the next week, now that we know it's possible.

**2 Replies**

**E** 
CryptoZoo How To MetaMask.pdf

**E** 👍
Also Maureen thanks for this guide on how to buy for friends and family. It does a good job on how to get a wallet and connect it to metamask.

I think we still need to show <> add BNB & then how to SWAP BNB with zoo on pancake swap with also adding the zoo address.

**E** Maureen Logan provided this quick note last night:

CryptoZoo is a gamified NFT ecosystem where users can collect & breed exotic animal Hybrids for $ZOO on the blockchain. 🦎🐘🦏

ZooToken ($ZOO) Contract: 0x8e7788ee2b1d3e5451e182035d6b2b566c2fe997

Traders can buy $ZOO on the Binance Smart Chain through Pancake Swap or Metamask

Maybe: maureen mellina
 Cool, should that be at the top of the "how to" guide?

Also, the link Dani supplied with the MetaMask steps was great - if someone could supply something like that again for the BNB - SWAP BNB with ZOO on pancake swap - that would be ideal...

Eddie Ibanez
 This was good:



iMessage

To: CryptoZoo




BNB with ZOO on pancake swap - that would be ideal...

Eddie Ibanez

This was good:

HOW TO ACQUIRE #SAFEMOON 🚀🌕 https://t.co/SvowiTBYjS



SafeMoon
mobile.twitter.com

Hey guys - spoke with Jeff. So we have a buy strategy of how we're going to trade shares.
We're going to meet at Jeff's house here around <u>noon</u> (LP lmk if that works) to come u...

**2 Replies**

Not sure I understand. Trading strategy for who?

Eddie Ibanez

For us.

Eddie Ibanez

That way we don't let bots drive shit up and sell and make money off of us when we're driving it up.

Jeff Levin



Basically we can control the market

We can sell when their is a sell off, so we can then buy back in and drive the price up again

 When people sell, we sell, then buy back in to drive it up

Why are we manipulating it like that? Why would we want to drive it up ? shouldn't it just "be"

Jeff Levin

We can let it be, yes

We got in so early none of this should matter for us. But it does because someone fucked us last night magically

Eddie Ibanez

We can. Did you like how the marketcap blew up last night and sold off though ?

Eddie Ibanez

I think since we're the largest holders we can keep that from

iMessage

CONFIDENTIAL

To: **CryptoZoo**    

Eddie Ibanez

 We can. Did you like how the marketcap blew up last night and sold off though ?

Eddie Ibanez

 I think since we're the largest holders we can keep that from happening as we're the market.    

**1 Reply**

I think that happened because we bought - it spiked. 70 other people also bought - and Sold.

So if we bought gradual over time no spikes - no big ups and downs or if there are we control it.

 But we can also leave it - I could be wrong.

When I buy stocks –may say I want a 10% position in Twitter. I don't buy it at once cause it will spike the price and someone will sell.

So I buy 10% over time & in train he's or swaps no more than 5% of the daily trading volume.

 Probably too much math - it's an idea we can keep in the burner.

I think since we're the largest holders we can keep that from happening as we're the market.

**Brooooo that's not what this is**

Eddie Ibanez

 Fair.

Sat, Jun 12, 9:46 AM

Jake Crypto King

JC So we can do 2 things. We can get a bot that combats bots or we can ignore it because it'll happen every single time we have an event or any news. And it boosts volume which is good for the liquidity pool.

👍

I have a meeting in Burbank at 1230 and 2. I can't miss either. I'm not

 iMessage    

To: CryptoZoo 

Sat, Jun 12, 9:46 AM

Jake Crypto King

So we can do 2 things. We can get a bot that combats bots or we can ignore it because it'll happen every single time we have an event or any news. And it boosts volume which is good for the liquidity pool.

I have a meeting in Burbank at 1230 and 2. I can't miss either. I'm not available til 330 today. What's up for today's plan? If u work on homepage announcing game and trading I can come in at end and lock team tokens, distribute tokens, or use the bnb on team account that I contributed $50k to to help pay off devs, add liquidity to pool or buy back zoo to boost it

Sun, Jun 13, 3:23 PM

Eddie Ibanez

Ok - so Maureen's KO'ing (working with Dani) based off Logan's txt the go to for friends and family. This won't go out until approved.

I am working on the landing page so people will have a place to learn.

Jake has the CoinMarket listing ready once we're done with the above. He is also working on the updated white paper for the site.

Appreciate everyone's hard work!!

Fuck yeah baby

Jake Crypto King

I'll have the final white paper done shortly and the minute twitter and website are live I'll have CoinMarketCap list us. That'll then display value of ZOO in trust/meta automatically which is cool to see. Then becomes the drive to 2k wallets so we can get our image logo on Trust and big exchange awareness without having to pay. The white paper will be eloquently written, but will lack images, if Maureen can spice it up from a design perspective it would be 🔥.

Maybe: maureen mellina

Spice is my middle name...

Sun, Jun 13, 9:23 PM

Jake Crypto King

The ZOO white paper and short term road map are in the documents section of:

iMessage

To: CryptoZoo 

 Spice is my middle name...

Sun, Jun 13, 9:23 PM

Jake Crypto King

The ZOO white paper and short term road map are in the documents section of:

 **Meet Google Drive – One place for all your files**
drive.google.com 

If anyone has additions to the roadmap, please add them, as well as edits to the whitepaper (Eddie, Dani, Jeff, and Logan).

 Maureen prepare the spiciness tomorrow 

Mon, Jun 14, 6:35 AM

Maybe: maureen mellina

LMK if something like this works. I have to leave now to take my dad to the dr but will be back this afternoon:

 drive.google.com 

Eddie Ibanez

 K

Mon, Jun 14, 8:36 AM

Eddie Ibanez

 Ok, this may need a call. Logan I did the animal distribution based off of the multipliers.

Let me explain the columns here : "Animal Tier" are the tiers we numbered 1-5, "Animal / tier" shows how many of the 16 total animals there are per tier. "% they show up" is precisely that the % that they will appear. "# of animals in tier" is the total number of animals in the tier. So tier 1 (common) has 3,889 animals across 4 animals. In this tier there will be 972 of each animal. This 972 is represented in the "#of animals by breed" column which in the tier 1 example shows there are 4 breeds in this tier for a total of 3,889 animals and each breed in this tier will have 978 animals.

**First Egg Drop (DRAFT ONLY)**
| | |
|---|---|
| Total Eggs | 11,111 |
| Total Animals | 16 |

 iMessage  

Eddie Ibanez

K

Mon, Jun 14, 8:36 AM

Eddie Ibanez

Ok, this may need a call. Logan I did the animal distribution based off of the multipliers.

Let me explain the columns here : "Animal Tier" are the tiers we numbered 1-5, "Animal / tier" shows how many of the 16 total animals there are per tier. "% they show up" is precisely that the % that they will appear. "# of animals in tier" is the total number of animals in the tier. So tier 1 (common) has 3,889 animals across 4 animals. In this tier there will be 972 of each animal. This 972 is represented in the "#of animals by breed" column which in the tier 1 example shows there are 4 breeds in this tier for a total of 3,889 animals and each breed in this tier will have 978 animals.

**First Egg Drop (DRAFT ONLY)**

| | | | | |
|---|---|---|---|---|
| Total Eggs | 11,111 | | | |
| Total Animals | 16 | | | |

| Animal Tier | Animals / Tier | % They show up | # of animals in tier | # of Animals by breed |
|---|---|---|---|---|
| Tier 1 | 4 | 0.35 | 3,889 | 972 |
| Tier 2 | 4 | 0.35 | 3,889 | 972 |
| Tier 3 | 4 | 0.25 | 2,778 | 694 |
| Tier 4 | 2 | 0.025 | 278 | 139 |
| Tier 5 | 2 | 0.025 | 278 | 139 |
| Total | 16 | 100% | 11,111 | 2,917 |

We can change this but before we made it final final, I wanted you to take a look & make any changes if needed. LMK - TKS!

Is a bit confusing, may want to do for each specific animal



And the chance of getting a 1 & 2 shouldn't be the same

Eddie Ibanez

Ok so I'll list out the 16 animals and how many there will be of them

Or 4 & 5

Yeah exactly

Eddie Ibanez

I'll bang it out now.

| Animal Name | # of Animals |
|---|---|

And the chance of getting a 1 & 2 shouldn't be the same

**Eddie Ibanez**

Ok so I'll list out the 16 animals and how many there will be of them

Or 4 & 5

Yeah exactly

**Eddie Ibanez**

I'll bang it out now.

| | Animal Name | # of Animals |
|---|---|---|
| Common | Pug | 1,056 |
| | Butterfly | 1,056 |
| | Kitten | 1,056 |
| | Turtle | 1,056 |
| Uncommon | Penguin | 861 |
| | Duckling | 861 |
| | Orca | 861 |
| | Elk | 861 |
| Rare | Bear | 694 |
| | Elephant | 694 |
| | Lion | 694 |
| | Shark | 694 |
| Super Rare | Bear | 250 |
| | Shark | 250 |
| Epic | Blobfish | 82 |
| | Naked Mole Rat | 82 |
| Legendary | Albino | 2 |
| Mythical | | 1 |

| **Total** | | **11,111** |

And here's a link to a google sheet version if you want to edit it.

| | Pug | 1,056 |
|---|---|---|
| | Butterfly | 1,056 |
| | Kitten | 1,056 |
| Common | Turtle | 1,056 |
| | Penguin | 861 |

iMessage





| | | |
|---|---|---|
| **Mythical** | | 1 |

| | | |
|---|---|---|
| **Total** | | **11,111** |

And here's a link to a google sheet version if you want to edit it.



| | | |
|---|---|---|
| Common | Pug | 1,056 |
| | Butterfly | 1,056 |
| | Kitten | 1,056 |
| | Turtle | 1,056 |
| Uncommon | Penguin | 861 |
| | Duckling | 861 |
| | Orca | 861 |
| | Elk | 861 |
| Rare | Bear | 694 |
| | Elephant | 694 |
| | Lion | 694 |
| | Shark | 694 |
| Super Rare | Bear | 250 |
| | Shark | 250 |
| Epic | Blobfish | 82 |
| | Naked Mole Rat | 82 |

**Egg Drop 1 Distribution**
docs.google.com

E

**Jake** can you give e@mktsq.com access

E   To the white paper doc

Jake Crypto King

JC   I believe Dani has the ability to grant access to new emails. She was driving when we spoke recently. I'd give her 15 

Dani (assistant)

D   Gimme 5

**Meet Google Drive – One place for all your files**
drive.google.com

It says you have access

D   Here is the link

Jeff Levin

Also requested access

Eddie Ibanez



   iMessage    

CONFIDENTIAL



To: **CryptoZoo**

**Meet Google Drive – One place for all your files**
drive.google.com

It says you have access

 Here is the link

Jeff Levin

Also requested access

Eddie Ibanez

Thanks

Jeff Levin

Please let me in

Screenshot 2021-06-14 at 10.53.29 AM



Dani (assistant)

Ok I added you







Request Access    Switch Account    Cancel

Edited yesterday by Logan Paul Assistant

Mav VIP_Clothi..._reporting.xlsx

Home

**Dani (assistant)**

Ok I added you

**Eddie Ibanez**

Which doc is the one for review?

**Jeff Levin**

White paper

And

Road map

**Eddie Ibanez**

K not the PDF one -

**Jeff Levin**

Screenshot 2021-06-14 at 11.22.04 AM



11:22

Documents

Last opened by me ↓

CryptoZoo WP.pdf
Jun 14, 2021

CryptoZoo Short Term Roadmap
Jun 14, 2021

Crypto Zoo meeting Notes



iMessage

To: **CryptoZoo** 



**11:22**

‹ Documents   🔍   •••

Last opened by me ↓   ⊞

CryptoZoo WP.pdf
Jun 14, 2021

CryptoZoo Short Term Roadmap
Jun 14, 2021

Crypto Zoo meeting Notes
Jun 12, 2021

CryptoZoo Whitepaper and Egg…
Never viewed

+

Eddie the animal outline looks good except legendary and mythical (6 & 7) are ONLY for Hybrid offspring

Eddie Ibanez

Awesome!!!!  - where would you like me to put those extra 2 from tiers 6&7 (I have one animal in each tier 6&7)

(**3)

E   Across 4&5 work?

Yup

Eddie Ibanez

E   Done - thanks for the quick response!

👍

Ofc

iMessage

To: CryptoZoo 





Eddie the animal outline looks good except legendary and mythical (6 & 7) are ONLY for Hybrid offspring

Eddie Ibanez

Awesome!!!!  - where would you like me to put those extra 2 from tiers 6&7 (I have one animal in each tier 6&7)

(**3)

E   Across 4&5 work?

Yup

Eddie Ibanez

E   Done - thanks for the quick response!

 Ofc

And we gotta determine offspring rarity too. And I wanna go through and hand select and change certain ones

Eddie Ibanez

E   Ok. So - best way is let's do it like we did this one. I'll send a mathematical distribution by animal name  & you can edit. Cool?

Yup totally

500 animals or so

 Easy work

Eddie Ibanez

E   LFG

Jake Crypto King

     iMessage    

To: CryptoZoo 

Ofc

And we gotta determine offspring rarity too. And I wanna go through and hand select and change certain ones

**Eddie Ibanez**

Ok. So – best way is let's do it like we did this one. I'll send a mathematical distribution by animal name & you can edit. Cool?

Yup totally

500 animals or so

 Easy work

**Eddie Ibanez**

LFG

**Jake Crypto King**

I have a few important buyers coming in today. Some crypto people which will help us blow this up on socials when live. Ull see solid price movement today. During the CMC listing it'll also fly, just a forewarning. If ur buying do it before tomorrow.

Hold

I think we're gonna Remint

Fuck it nvm



Just hate our shit start

**Jake Crypto King**

The 1st 3 days of all listings have that initial explosion as people rush in. Then it settles until more big event news. This week we have big news, I'd expect major price action and volume again. This is 'standard' for crypto although annoying.

**Eddie Ibanez**



  iMessage   

CONFIDENTIAL


Fuck it nvm



Just hate our shit start

**Jake Crypto King**

JC The 1st 3 days of all listings have that initial explosion as people rush in. Then it settles until more big event news. This week we have big news, I'd expect major price action and volume again. This is 'standard' for crypto although annoying.

**Eddie Ibanez**







**Maybe: maureen mellina**

Shit Start – we can use that on our Tee shirts or our garage band

**Jeff Levin**

Everyone stop texting in the group

 iMessage 

To: CryptoZoo







Maybe: maureen mellina


Shit Start - we can use that on our Tee shirts or our garage band

Jeff Levin

Everyone stop texting in the group

Please

I appreciate you all but for a moment, no extra comments besides what is actually needed for the game execution


It's strictly business execution on this chat. It's just too hard to follow a chat with 100 extra comments that are not Paramont for execution.

I hope everyone understands


Once we execute we can have a lot of fun messing around


If someone disagrees l, please let me know. I'm not perfect and I'm not trying to be the absolute voice. I just want this to be an amazing project and we have to buckle down to make that all happen.

Eddie Ibanez

Back to business.



**Mark Cuban-Backed Axie Infinity Overtakes NBA Top Shot In NFT Sales**
thestreet.com


Check that game out

And Jake here's there white paper - I like the layout



iMessage

CONFIDENTIAL
PAUL_CZ00004986





**Mark Cuban-Backed Axie Infinity Overtakes NBA Top Shot In NFT Sales**

thestreet.com

E  Check that game out

And Jake here's there white paper – I like the layout



**Ronin Ethereum Sidechain**

whitepaper.axieinfinity.com

E  Take a look – I'm commenting on the google doc on ours now

E  Thanks for all the hard work

Jake Crypto King

JC  Feel free to edit in any tech stuff I left out. Sometimes whitepapers go into detail about levels of rarity other times they leave it up to the game participants to figure out. I am happy with either, that WP follows format of a few others I checked out before embarking on ours. Lmk when u finish adding anything and I'll check it again.

Thu, Jun 17, 9:32 AM



iMessage

CONFIDENTIAL

PAUL_CZ0004987

To: CryptoZoo 

 follows format of a few others I checked out before embarking on ours. Lmk when u finish adding anything and I'll check it again.

Thu, Jun 17, 9:32 AM



Beartle is cut off let's make sure the animals are formatted correctly

Thu, Jun 17, 11:57 AM

Where we at

With things

Jeff Levin

 Eddie is working on site and rewritten the whit paper

Eddie Ibanez

Jamming on WP with Jake and Ophir with economic aspects.

 iMessage  

To: CryptoZoo 

**With things**

Jeff Levin

 Eddie is working on site and rewritten the whit paper 👍

Eddie Ibanez

E    Jamming on WP with Jake and Ophir with economic aspects.

Game is churning : working out the latter piece of the smart contracts. Will have an update on Monday.

Dani (assistant)

Twitter is unsuspended.

Need a reformatted banner. Just the coin doesn't quite look right- maybe just needs resized and out on a larger background to dit banner dimensions.

Maybe something maureen can help with?

D    Put * fit *

Jake Crypto King

👍

JC    Twitter Unsuspended needs images, white-paper was getting more "in depth" analysis of game play and economics, website Eddie is grinding out. Seems we are rolling forward nicely. Once website and twitter are live our coin volume will take off as CMC will list immediately.

Jeff Levin

 Just making sure everything is perfect so when we launch it has everything in place to be an amazing success 🙌

Fri, Jun 18, 8:27 AM



iMessage

To: CryptoZoo 

 depth analysis of game play and economics, website Eddie is grinding out. Seems we are rolling forward nicely. Once website and twitter are live our coin volume will take off as CMC will list immediately.

Jeff Levin

 Just making sure everything is perfect so when we launch it has everything in place to be an amazing success

Fri, Jun 18, 8:27 AM



.com or .co

??

Or doesn't matter? We already have .co

Eddie Ibanez

E   Thinking.

Gut says doesn't matter & when we make $$ from zoo we can buy it.

   iMessage      



??

Or doesn't matter? We already have .co

**Eddie Ibanez**

Thinking.

Gut says doesn't matter & when we make $$ from zoo we can buy it.

I'm older – so partial to .com's 'as to me it's legit. Most cryptos don't have it. Newer successful companies don't really use.com anymore.

I'd trust your gut.

Facts



Agree

Fri, Jun 18, 10:13 AM

**Jake Crypto King**

IMO .co and .com make no difference .IO is even fine for crypto.  

Agree yup

Fri, Jun 18, 11:58 AM

**Jake Crypto King**

I don't think the .COM is needed but the one concern I have is there are always crypto scams that rip off real projects. Someone might try to scam using that site if we don't own it, but similarly then we'd have to buy every relayed CryptoZoo domain which would get exhausting. If we don't buy it someone else will and they may be scamming with it.

$25k scam

**Jake Crypto King**

It would be an expensive starting point, but if they think they can scam $1–5million, it's a worthy investment. But they could also do it with CryptoZoo.Io .US .net, list is endless. Someone buying it pretending to be us to scam ZooKeepers would be worst case scenario.

issue cease and desist

iMessage

CONFIDENTIAL                                                                                                    PAUL_CZ0004991



**Jake Crypto King**

JC

It would be an expensive starting point, but if they think they can scam $1-5million, it's a worthy investment. But they could also do it with CryptoZoo.Io .US .net, list is endless. Someone buying it pretending to be us to scam ZooKeepers would be worst case scenario.

issue cease and desist

I think we'll be aight

I already spent so much money on domains

I bought CRYPTOPETS.com for like $30k

And we aren't even using it

**Jake Crypto King**

JC

No worries, just sharing the pros and cons of owning the .com so u can make a decision.

Absolutely

I mean maybe I'll snag it who knows

Eddie how's Dev coming

I'm anxious

And the "my bank" page

**Eddie Ibanez**

E

So am I - I want it to look good. I had a call and we're cranking.

Wrapping up the landing page this this weekend. Couple snags on the Solidity side and finishing up some thoughts with Ophir when he's back on Monday.

Ok fantastic

Thu, Jun 24, 4:20 PM

**Jake Crypto King**




iMessage





Thu, Jun 24, 4:20 PM

Jake Crypto King



NAKED MOLE RAT – EPIC



JC  My life is complete. 1,000+ hatched base eggs later and I found the fucker 🙏🙌

Thu, Jul 22, 11:11 AM

Stfu

Lol

Anyone know my login ?

Eddie Ibanez

E  Login: test PW: asdf    Work.

Fire

Mon, Aug 2, 3:02 PM

 iMessage

To: CryptoZoo 

Stfu

Lol

Anyone know my login ?

Eddie Ibanez

Login: test PW: asdf    Work.

Fire

Mon, Aug 2, 3:02 PM

We just came up with some HEAT

Jeff Levin

What's the 🔥

Mon, Aug 2, 3:06 PM
+1 (617) 913-5371 kept an audio message from you.

Eddie Ibanez

  

Mon, Aug 2, 3:21 PM
+1 (617) 913-5371 kept an audio message from you.

Eddie Ibanez

What if you loose?

Maybe we add something funny - like a you lost graphic -  you'd loose the zoo you paid to play.

hmmmm

definitely need a graphic but idk about consequences

Eddie Ibanez

Yeah - loosing the zoo you paid is enough.

Agree

Eddie Ibanez



iMessage



Agree

Eddie Ibanez



E  Some ideas.

Yeah these are all sick. But should encourage them to try again

Eddie Ibanez

E  Ah - good point.

Tue, Aug 3, 5:54 AM

Eddie Ibanez



iMessage

CONFIDENTIAL

PAUL_CZ00004995

To: CryptoZoo 

E Some ideas.

Yeah these are all sick. But should encourage them to try again

Eddie Ibanez
E Ah - good point.

Tue, Aug 3, 5:54 AM

Eddie Ibanez



E Here's a rough sketch Aaron did.

Tue, Aug 3, 10:15 AM

This is fucking fantastic what the fuck

It's FANTASTIC

Eddie Ibanez
E It's pretty cool

iMessage

To: CryptoZoo



**Winner gets 129,031 $ZOO**

E  Here's a rough sketch Aaron did.

Tue, Aug 3, 10:15 AM

This is fucking fantastic what the fuck

It's FANTASTIC

Eddie Ibanez

E  It's  pretty cool.

No it's fantastic

I'm obsessed with it

Wait so Aaron's idea about the simplicity of switching heads and bodies with the 8 bit creatures might be easier

Eddie Ibanez

E  Yeah I agree – he banged it out quick.

E  We should come up with those 50 pattern ideas so he start on the designs too.

Also if you like this format – can easily change the background of track – race by race.

Oh wow that's so true

Different landscapes

100%

Landscape can be randomized

iMessage



We should come up with those 80 pattern ideas so he start on the designs too.

Also if you like this format – can easily change the background of track – race by race.

Oh wow that's so true

Different landscapes

100%

Landscape can be randomized

But like 5 or so different landscapes would be sick



To: CryptoZoo 

 👍

> Landscapes -
> Farm (pic above)
> Underwater OR beach (maybe both)
> Jungle
> Regular track (like for human running)
> An ice landscape maybe ?

Eddie Ibanez

 Love it.

In V2 what would be sick is

if different base animal parts of a hybrid give a small advantage depending on which track you get (should that be random or user selected)? ❤️

So hybrids including a

- penguin get a higher chance of getting a sprint leg in the ice landscape.

- gorilla "" jungle

- orca "" underwater

Etc.

> Ooooooo I like that a lot

> A lot

Jake Crypto King

 100% animal attributes should give them a slight advantage if indeed they'll be racing in different environments.

> agree. that's the advantage

Jake Crypto King

 Lots of successful NFT projects going live right now (similar to Zed Run) that we can implement their unique attributes in our V2 or V3. For example the racing is awesome but what if we took it 1 step further. BAYC (Ape Yacht Club) the NFT apes selling for $20k+ just opened a casino in Decentraland where u can take ur ape. What if we had a theme park, it would have the racing, but it would also have a ZOO where u could see the animals, plus a casino where u could gamble on the races. In V2 and V3 we can implement literally any and all of the aspects of other games that are successful or unique. The racing is just 1 added feature we will be able to work with. Plus having all these on the roadmap show the community we have 6+ months of

 iMessage  

CONFIDENTIAL
PAUL_CZ0004999

agree. that's the advantage

**Jake Crypto King**

Lots of successful NFT projects going live right now (similar to Zed Run) that we can implement their unique attributes in our V2 or V3. For example the racing is awesome but what if we took it 1 step further. BAYC (Ape Yacht Club) the NFT apes selling for $20k+ just opened a casino in Decentraland where u can take ur ape. What if we had a theme park, it would have the racing, but it would also have a ZOO where u could see the animals, plus a casino where u could gamble on the races. In V2 and V3 we can implement literally any and all of the aspects of other games that are successful or unique. The racing is just 1 added feature we will be able to work with. Plus having all these on the roadmap show the community we have 6+ months of updates and plans vs doing a money grab and NFT print. We are a NFT game with utility, yield and gamification. We will set the standard. Now let's get it live 💯 .

**Eddie Ibanez**

In ZED (horse) top 3 finishers get $ which makes races feel less risky but house always wins.

What's your thought on the following a real race cost proposal that doesn't require contract rewriting:

Buy-in: 1,500 $ZOO

Races start once filled (10 racers = 15k $Z)

1st = 8,000 $Z
2nd = 4,000
3rd = 2,000

Hybrids who placed 1st in 3 or more races can enter the weekly "Preakmont Derby" (come with better name) where 1st place is rewarded $ZOO equal to its accrued yield.

Huge utility here - tons of incentive for daily use, best part saves me Dev time on re-writing the release the animal in the wild contract.

LP Thoughts on this idea?

Happy to re-group for a quick 15min call.



**Jake** Yeah so Jake we talked about having like an arcade where you could play mini games with your animals. The race is just the first version of that but in V2 and V3 there is definitely room to expand and add mini games

    iMessage

CONFIDENTIAL                                                                                                        PAUL_CZ00005000



Huge utility here - tons of incentive for daily use, best part saves me Dev time on re-writing the release the animal in the wild contract.

LP Thoughts on this idea?

Happy to re-group for a quick 15min call.



**Jake** Yeah so Jake we talked about having like an arcade where you could play mini games with your animals. The race is just the first version of that but in V2 and V3 there is definitely room to expand and add mini games

**Eddie** it's not bad but might be too confusing

Because if we're collecting $ZOO for the race entry why are we giving it all back ? I like the idea of rewarding first second and third

But we should def be collecting some $Zoo

Jake Crypto King



Perfect, I'll keep a look out for features worth possibly implementing V2/V3.

Absolutely. One other thing we can do is have a 2% speed boost per rarity

Common - 0% boost
Uncommon - 2% boost
Rare - 4% boost
Super rare 6% boost
Epic - 8% boost
Legendary - 10% boost
Mythical - 12% boost

**1 Reply**

Eddie Ibanez



**Logan** I hear ya i like the release into wild option better also.

In the above example we'd be keeping 1k zoo.

So we collect 15k zoo (1,500 X 10 racers) and give out 14k back. Let me think it over a bit any ideas on second and third place are welcome.

First could just also get their number in animal yield. As a bonus -

second could get half

iMessage

To: CryptoZoo 

Eddie Ibanez

**Logan** I hear ya i like the release into wild option better also.

In the above example we'd be keeping 1k zoo.

So we collect 15k zoo (1,500 X 10 racers) and give out 14k back. Let me think it over a bit any ideas on second and third place are welcome.

First could just also get their number in animal yield. As a bonus -

second could get half

third could get 10%.

I'd have to think out pricing of entering the race vs animal yield because you wouldn't pay 1,500 zoo to race -if your animal is brand new and only yielded 800.

Which is why I was thinking pool the zoo from all racers and that's a prize as an option. Maybe a way to merge them so second and third could also get a reward.

I'll think on it some more.

> this mixed with the landscape boost and the random routes will make it a real toss up

> Absolutely. One other thing we can do is have a 2% speed boost per rarity
>
> Common - 0% boost

Eddie Ibanez

Love this and we already have the fields to calculate off of.

> I think it's dope

> Eddie you're right tho

> Why would someone race a brand new animal if the yield that it's collected is less than the fee

> You're right

> Pooling the $ZOO and making that the price for first second and third migjt be a better option

> Might*

Eddie Ibanez

iMessage

To: CryptoZoo 

I think it's dope

Eddie you're right tho

Why would someone race a brand new animal if the yield that it's collected is less than the fee

You're right

Pooling the $ZOO and making that the price for first second and third migjt be a better option

Might*

**Eddie Ibanez**

Yeah - let's think about it. We're close.

Agree

**Dani (assistant)**

**Logan** Is Aaron creating these pixel images or should I still keep looking into artists (Olivier, etc) who can ?

**Eddie Ibanez**

Aaron isn't "officially" a graphic designer & he thinks a real GD would do better. He just loves designing UI and product. I like what he did though.

Ima be honest I love em too. If he has time. OR we can inquire whether this dude Olivier can replicate sort of what Aaron's done

Like if we just made heads and bodies and switched them all

It can't be too tough

**Eddie Ibanez**

I'll get him to do it.

He's great at it

Like they're literally perfect

**Dani (assistant)**

I love them. 

Tue, Aug 3, 3:50 PM

One more time just reiterating - are we positive being on the BSC is



iMessage  

To: CryptoZoo 

 **E**  I'll get him to do it.

He's great at it

Like they're literally perfect

Dani (assistant)



**D**  I love them.

Tue, Aug 3, 3:50 PM

One more time just reiterating – are we positive being on the BSC is the move? I always like to follow models that are working. And if all the top NFT games are on ERC I don't want to try and break the mold. Not worth it

Also if the ERC network fixes gas fees

We're fucked cuz we'll be on BSC

Jake Crypto King

**JC**  Our token will be wrapped (able to be traded on both chains). Axie Infinity is the only fairly similar model and they are on bsc and Eth. They have a pancake pool and are on Uniswap. We are emulating the NFT models that are working brilliantly. Our differentiator is our NFTs can breed new NFTs which Punks can't do, and ours provide a yield along with the arcade features we are implementing. The ability to take 2 eggs, gamble on hatching em, and then breeding em to earn $$ makes us unique.

Wrapped is confusing. I do crypto and I still don't know how it works

& yes I know what makes our game unique

I'm simply asking about us differentiating the network

Might be silly and confusing

And a barrier to entry

Which is no good

Jake Crypto King

To my knowledge we are having credit card processing, the ability to

 CONFIDENTIAL

PAUL_CZ0000504

 JC
Our token will be wrapped (able to be traded on both chains). Axie Infinity is the only fairly similar model and they are on bsc and Eth. They have a pancake pool and are on Uniswap. We are emulating the NFT models that are working brilliantly. Our differentiator is our NFTs can breed new NFTs which Punks can't do, and ours provide a yield along with the arcade features we are implementing. The ability to take 2 eggs, gamble on hatching em, and then breeding em to earn $$ makes us unique.

> Wrapped is confusing. I do crypto and I still don't know how it works

> & yes I know what makes our game unique

> I'm simply asking about us differentiating the network

> Might be silly and confusing

> And a barrier to entry

> Which is good

Jake Crypto King

JC
To my knowledge we are having credit card processing, the ability to purchase ZOO on 2 chains using 2 coins, and our own website and marketplace so people don't have to go to opensea unless they want to go off site. We are lowering all barriers to entry as much as we can.

JC
Being solely on ETH would make it more difficult, not more simple. Plus our arcade features wouldn't work until the eth network is fixed and I've been told it would be fixed since 2017, I'm still waiting.

Eddie Ibanez

E
(Thinking up a response)

Wed, Aug 4, 2:57 AM

Eddie Ibanez

You can't easily buy BNB in Connecticut and New York State as it's outlawed. Which kind of sucks. (For me especially, residing in both)

I can buy eth in Venmo @ anytime.

BNB is a centralized system on 12 Chinese servers vs ETH is decentralized across many nodes.

BUT Jake's point gas fees are still averaging 40$ and we spent all the time putting it on BNB vs ETH.

https://etherscan.io/gastracker

So we're going for the cheaper market to ensure gameplay. (Walmart vs Norman Marcus.)

iMessage

CONFIDENTIAL

PAUL_CZ0000005

**To:** CryptoZoo ⓘ

You can't easily buy BNB in Connecticut and New York State as it's outlawed. Which kind of sucks. (For me especially, residing in both)

I can buy eth in Venmo @ anytime.

BNB is a centralized system on 12 Chinese servers vs ETH is decentralized across many nodes.

BUT Jake's point gas fees are still averaging 40$ and we spent all the time putting it on BNB vs ETH.

https://etherscan.io/gastracker

So we're going for the cheaper market to ensure gameplay. (Walmart vs Norman Marcus.)

ETH is easier for us to get in capital, but for the users gameplay sucks.

The only gripe I have with BNB is there's a bunch of pump and dumpers & it's "shady" but so was Bitcoin in 2010. Which is why I push for us doing name brand collaborations at the beginning that "help legitimize" is from the gate.

We're on it already. We can wrap ETH.

**E** Best part is the Game is sick !!! LFG

**E** *Neiman Marcus.

Wed, Aug 4, 5:47 AM

Eddie Ibanez



To: CryptoZoo

E: We're on it already. We can wrap ETH.

Best part is the Game is sick !!! LFG

E: *Neiman Marcus.

Wed, Aug 4, 5:47 AM

Eddie Ibanez

8:47 LTE

All Inboxes Ethereum's biggest up...

This week, Ethereum is rolling out the "London" mainnet upgrade, the largest update to Ethereum's core protocol in years. One change — Ethereum Improvement Proposal 1559 (EIP-1559) — has generated the lion's share of attention. Why? Because it constitutes a major shift in the economics of Ether (ETH), the network's native cryptocurrency. Here's how the upgrade works:

- **When you make a transaction on the Ethereum network**, you pay a "gas" fee to the miner that validates the transaction. As activity on the network has surged due to a growing world of DeFi applications and NFT markets, fees have often spiked to the point that smaller or more frequent transactions are unfeasible.
- **EIP-1559 changes this system with two main aims:** making fees more predictable and reducing the circulating supply of ETH over time. You'll now pay a simplified "base fee" that's typically set automatically by your wallet (you can also add a "tip" to speed up transactions).
- **But instead of going to miners, the base fee is "burned" by the network** — which means it's permanently removed from circulation. In theory, reducing supply could potentially cause prices to go up, assuming demand remains constant.

Wed, Aug 4, 9:33 AM

I just hope we aren't making a stupid stupid mistake

By not doing what the others are doing

Wed, Aug 4, 11:18 AM

question - why didn't we go with CRYPTOPETS again? There was a trademark issue correct?

iMessage

To: CryptoZoo





it's permanently removed from circulation. In theory, reducing supply could potentially cause prices to go up, assuming demand remains constant.

**Wed, Aug 4, 9:33 AM**

I just hope we aren't making a stupid stupid mistake

By not doing what the others are doing

**Wed, Aug 4, 11:18 AM**

question – why didn't we go with CRYPTOPETS again? There was a trademark issue correct?

I'm just thinking

Our project is called CryptoZoo but the animals themselves don't have names

Like CryptoPunks everyone calls "Punks" or Bored Apes it's "Apes" but our "characters" don't have a name

Which isn't good

Eddie Ibanez

I believe early on that was looked at and was the case yes (via legal on Pets). I think that was when I came in so Jeff may be able to clarify more than I.

People will be able to name animals Could our animals be called "zoo"?

I like zoo. But I'm not a viral social media magnate ;)

nah it doesn't sound great

"Dude you gotta get a punk"

"Check out my bored ape"

"Look at my zoo animal" ??

1 Reply

"Look at my CRYPTOPET" so much better

Eddie Ibanez

I trust you on vitality bro.

    iMessage

To: CryptoZoo 

> names

> Like CryptoPunks everyone calls "Punks" or Bored Apes it's "Apes" but our "characters" don't have a name

> Which isn't good

**Eddie Ibanez**

I believe early on that was looked at and was the case yes (via legal on Pets). I think that was when I came in so Jeff may be able to clarify more than I.

People will be able to name animals Could our animals be called "zoo"?

E   I like zoo. But I'm not a viral social media magnate ;)

> nah it doesn't sound great

> "Dude you gotta get a punk"

> "Check out my bored ape"

> "Look at my zoo animal" ??

> **1 Reply**

> "Look at my CRYPTOPET" so much better

**Eddie Ibanez**

I trust you on vitality bro.

I'll have legal  take a look at CRYPTOPETS again

E   *virality

> Yeah have them look

> It's much more fitting and brand able

> Like I wonder if there's a workaround

> "Dude you gotta get a punk"

> "Check out my bored ape"

**Jake Crypto King**

Bored Ape Yacht Club is a miserable name. Their success was determined by their community. Same with punks "Crypto Punks" pixelated and poor quality, community created their value. Community is key to all these NFT projects, and most have miserable names.

iMessage   



It's much more fitting and brand able

Like I wonder if there's a workaround

"Dude you gotta get a punk"

"Check out my bored ape"

**Jake Crypto King**

Bored Ape Yacht Club is a miserable name. Their success was determined by their community. Same with punks "Crypto Punks" pixelated and poor quality, community created their value. Community is key to all these NFT projects, and most have miserable names. "Look at my ZOO NFT" or "Look at my Ape NFT", doesn't sound much different. "Look and my Pet NFT" doesn't sound "better" but that's solely 1 opinion. Plus our whole platform is ZOO designed plus our token.

Oh yeah the token

Might have to just roll with it

Just want it to be perfect

Sat, Aug 7, 5:15 PM

Lemme ask a question

And it's a scary one

But a question

**Eddie Ibanez**





So I'm diving into NFT projects, learning about some different ones, why they work, why the winning ones end up breaking through in a market that is incredibly over saturated at the moment

iMessage

To: CryptoZoo ⓘ

 

So I'm diving into NFT projects, learning about some different ones, why they work, why the winning ones end up breaking through in a market that is incredibly over saturated at the moment

And I'm just wondering

Why

We have a token with our game. Do any other TOP NFT projects have a token??

I wondered if it makes it gimmicky. And the strength of our NFTs and the art can speak for itself

And it becomes solely collectible based

Like the banger projects rn

Eddie Ibanez

Axie infinity sells NFTs for 200$ their highest nft went for 890k

Their token went from $1.20 to $40 when they released their game 2 years after they "launched"



CONFIDENTIAL
PAUL_CZ0000501



I wondered if it makes it gimmicky. And the strength of our NFTs and the art can speak for itself

And it becomes solely collectible based

Like the banger projects rn

Eddie Ibanez

Axie infinity sells NFTs for 200$ their highest nft went for 890k

Their token went from $1.20 to $40 when they released their game 2 years after they "launched"



Oh okay so they do have a token

Eddie Ibanez

Yeah axs

   iMessage





👍

Oh okay so they do have a token

Eddie Ibanez

Yeah axs



**Axie Infinity price, AXS chart, market cap, and info**
coingecko.com

Got it aight

Any others ?

Eddie Ibanez                      👍

Dapper has one now & a blockchain with Flow

Jake Crypto King

Hashmasks has NCT token. There are multiple projects with 100mil market cap+ tokens and NFTs. Right now 3 games are between $300mil and $2bil market cap. I predict we land between 1 and 3 making our market cap land between $300 mil and $2bil

To have a yield and to the zoo keeper we need a token. We aren't going to pay users in ethereum for playing our game. We pay them in the token that was "free" to create, which is part of the platform. It's where the yield and breeding come in, they need the token to spin off the dividend or value.

iMessage

JC: Hashmasks has NCT token. There are multiple projects with 100mil market cap+ tokens and NFTs. Right now 3 games are between $300mil and $2bil market cap. I predict we land between 1 and 3 making our market cap land between $300 mil and $2bil

To have a yield and to the zoo keeper we need a token. We aren't going to pay users in ethereum for playing our game. We pay them in the token that was "free" to create, which is part of the platform. It's where the yield and breeding come in, they need the token to spin off the dividend or value.

JC: If we made 10k cross bred animals and those 10k were sold and released then no token would be needed, but we are taking it 10 steps further.

Question - if someone lists a bearshark on opensea (or any NFT exchange), how does it look?

Eddie Ibanez
Data we pass is image, title, date born and rarity

Fantastic

I wanna give one final look at the text before we sign off on images

Like the names

Eddie Ibanez
I love that

I think if you can give a bio for each animal - it would take a while but be dope

It would but just too long I feel

Eddie Ibanez
I fully agree but - devils advocate is a It's kind of like getting a pokemon card without a description in the middle you know. We got the image and the XP but no description..

Just me

But admit

iMessage

To: CryptoZoo

**Eddie Ibanez**

I love that

I think if you can give a bio for each animal - it would take a while but be dope

It would but just too long I feel

**Eddie Ibanez**

I fully agree but - devils advocate is a It's kind of like getting a pokemon card without a description in the middle you know. We got the image and the XP but no description..

Just me

But admit

Eventually you stopped reading the Pokémon's description

Cuz it didn't actually matter

**Eddie Ibanez**

True

I'm with you.

**Jake Crypto King**

In agreement let's get this beauty live the community is going to be ecstatic when there is a NFT game providing yield in a token. They'll be paid for playing. No one is doing what we are about to implement. We will land in the top 3, where, I can't predict. But anywhere you there will be a huge success.

Broooo Jake

Chilllll

It's not just something you flip a switch

There a million things that have to be perfect

Sun, Aug 8, 9:42 AM

I'm scripting a commercial

What's all the utility of ZooToken again

iMessage

I'm with you.

**Jake Crypto King**

In agreement let's get this beauty live the community is going to be ecstatic when there is a NFT game providing yield in a token. They'll be paid for playing. No one is doing what we are about to implement. We will land in the top 3, where, I can't predict. But anywhere you there will be a huge success.

Broooo Jake

Chilllllll

It's not just something you flip a switch

There a million things that have to be perfect

Sun, Aug 8, 9:42 AM

I'm scripting a commercial

What's all the utility of ZooToken again

Sun, Aug 8, 9:57 AM
Eddie Ibanez added Aaron Jacobson to the conversation.

**Eddie Ibanez**

Adding Aaron

Here's what I got: use and omit whatever you feel fit obviously

● Egg purchasing
● Breeding
● Stud fees
● Egg incubation boost
● Breeding recovery boost
● Animal Yield
● Marketplace purchases
  - In game game wagering (races & quests)


 Utility
    Our goal is to reward our community and give them as many options for utility as possible. Each animal, being an NFT, has ownership rights, and in CryptoZoo, that applies to the trademarks associated with each NFT.

An example a user who owns a Bearshark NFT in their zoo, will be yielded 2% of Bearshark Vodka™ sales.

iMessage

To: **CryptoZoo** 

> Adding Aaron

 Here's what I got: use and omit whatever you feel fit obviously ❤️

- Egg purchasing
- Breeding
- Stud fees
- Egg incubation boost
- Breeding recovery boost
- Animal Yield
- Marketplace purchases
  - In game game wagering (races & quests)

Utility
   Our goal is to reward our community and give them as many options for utility as possible. Each animal, being an NFT, has ownership rights, and in CryptoZoo, that applies to the trademarks associated with each NFT.

An example a user who owns a Bearshark NFT in their zoo, will be yielded 2% of Bearshark VodkaTM sales.

Wild uses of utility: ( you can put in what you would like)

Launching Bearshark VodkaTM, the first of many products. Utility yields will be distributed monthly to eligible NFT owners. (2% of sales)

Users will be able to use Zoo at any Cisco location for purchase.

Once Cisco is done want to get it in hard rock & dolphin stadium with Higgins to use zoo for ticket and in stadium purchases for hard rock and the miami dolphins. In tandem hit Todd up at dodger stadium (his son is one of our QA testers)



An auction house with "bid" and "ask" functionality will be available in the game from its inception. Once hatched, animals can be put up for auction and sold to other players. Animals sold at auction are still "owned" and therefore do not distribute their yield to either the original or new token holder. Upon auction sale, both the animal and all of its accrued yield will be transferred to the buyer. An animal's yield is carried between ownership transfers, and is never realized by an owner, until the animal is released into the wild. This creates another layer of game functionality as **CryptoZoo** players will drive the activity of this secondary auction market.

In addition to the initial purchase of eggs, in-game transactions are available to players to support additional

CONFIDENTIAL

To: CryptoZoo



Users will be able to use Zoo at any Cisco location for purchase.

Once Cisco is done want to get it in hard rock & dolphin stadium with Higgins to use zoo for ticket and in stadium purchases for hard rock and the miami dolphins. In tandem hit Todd up at dodger stadium (his son is one of our QA testers)





12:53                                          LTE
                         7 of 13

An auction house with "bid" and "ask" functionality will be
7 of 9    the game from its inception. Once hatched,
animals can be put up for auction and sold to other players.
Animals sold at auction are still "owned" and therefore do
not distribute their yield to either the original or new token
holder. Upon auction sale, both the animal and all of its
accrued yield will be transferred to the buyer. An animal's
yield is carried between ownership transfers, and is never
realized by an owner, until the animal is released into the
wild. This creates another layer of game functionality as
**CryptoZoo** players will drive the activity of this secondary
auction market.

In addition to the initial purchase of eggs, in-game
transactions are available to players to support additional
game functionality and provide further **ZOO** utility.

- Egg purchasing
- Breeding
- Stud fees
- Egg incubation boost
- Breeding recovery boost
- Animal Yield
- Marketplace purchases



Sun, Aug 8, 11:08 AM

Bro if I hear one more time about this fucking vodka 😂

Sun, Aug 8, 1:04 PM

Can y'all proofread this and lmk if im missing anything

     iMessage    

CONFIDENTIAL
PAUL_CZ00005018





Sun, Aug 8, 11:08 AM



Bro if I hear one more time about this fucking vodka 😂

Sun, Aug 8, 1:04 PM



Can y'all proofread this and lmk if im missing anything



CryptoZoo Commercial

Welcome to CryptoZoo. 10,000 Base Eggs are minted when the game begins. ZooKeepers collect and hatch Base eggs to spawn 1 of 16 Base animals.

Animals are categorized by rarity. Common, uncommon, rare, super rare, and epic.

ZooKeepers then select two Base Animals to breed. Any combination is possible.

For example, maybe a Shark, meets a Kitten. They fall in love, and create a Hybrid egg. In 36 hours, a brand new species is born, called... the Sharkitty.

Or perhaps an Elephant & a Pug. Elepug.

Maybe a Penguin, and an Orca. Meet the Porca.

... and so on. In the CryptoZoo, animal fusion is achievable.

The higher rarity, the more $ZooToken your exotic animal Hybrid YIELDS. $ZooToken is our in-game currency that represents real money Keepers can generate, just by holding your animals.

$ZooToken can be used for discounts on eggs, expedited hatching & breeding.

As your Zoo grows, keepers can collect, breed, trade, and even play mini games with their companions in our autonomous ecosystem.

So come, bring your wildest animal hybrids to life in the CryptoZoo. Let the breeding begin.

Sun, Aug 8, 1:06 PM

Eddie Ibanez kept an audio message from you.

Jeff Levin



iMessage