# Exhibit A

## Part 5 of 6



Cuz it didn't actually matter

**Eddie Ibanez**

True

I'm with you.

**Jake Crypto King**

In agreement let's get this beauty live the community is going to be ecstatic when there is a NFT game providing yield in  a token. They'll be paid for playing. No one is doing what we are about to implement. We will land in the top 3, where, I can't predict. But anywhere you there will be a huge success.

Broooo Jake

Chillllll

It's not just something you flip a switch

There a million things that have to be perfect

Sun, Aug 8, 9:42 AM

I'm scripting a commercial

What's all the utility of ZooToken again

Sun, Aug 8, 9:57 AM
Eddie Ibanez added Aaron Jacobson to the conversation.

**Eddie Ibanez**

Adding Aaron

Here's what I got: use and omit whatever you feel fit obviously

● Egg purchasing
● Breeding
● Stud fees
● Egg incubation boost
● Breeding recovery boost
● Animal Yield
● Marketplace purchases
  - In game game wagering (races & quests)


 Utility
   Our goal is to reward our community and give them as many options for utility as possible. Each animal, being an NFT, has ownership rights, and in CryptoZoo, that applies to the trademarks associated

iMessage

● Breeding
● Stud fees
● Egg incubation boost
● Breeding recovery boost
● Animal Yield
● Marketplace purchases
- In game game wagering (races & quests)

Utility

Our goal is to reward our community and give them as many options for utility as possible. Each animal, being an NFT, has ownership rights, and in CryptoZoo, that applies to the trademarks associated with each NFT.

An example a user who owns a Bearshark NFT in their zoo, will be yielded 2% of Bearshark VodkaTM sales.

Wild uses of utility: ( you can put in what you would like)

Launching Bearshark VodkaTM, the first of many products. Utility yields will be distributed monthly to eligible NFT owners. (2% of sales)

Users will be able to use Zoo at any Cisco location for purchase.

Once Cisco is done want to get it in hard rock & dolphin stadium with Higgins to use zoo for ticket and in stadium purchases for hard rock and the miami dolphins. In tandem hit Todd up at dodger stadium (his son is one of our QA testers)

---

12:53      ▪▎ LTE ▭

Done      7 of 13

7 of 9

An auction house with "bid" and "ask" functionality will be [available in] the game from its inception. Once hatched, animals can be put up for auction and sold to other players. Animals sold at auction are still "owned" and therefore do not distribute their yield to either the original or new token holder. Upon auction sale, both the animal and all of its accrued yield will be transferred to the buyer. An animal's yield is carried between ownership transfers, and is never realized by an owner, until the animal is released into the wild. This creates another layer of game functionality as **CryptoZoo** players will drive the activity of this secondary auction market.

In addition to the initial purchase of eggs, in-game transactions are available to players to support additional game functionality and provide further **ZOO** utility.

- Egg purchasing
- Breeding
- Stud fees
- Egg incubation boost
- Breeding recovery boost
- Animal Yield



Once Cisco is done want to get it in hard rock & dolphin stadium with Higgins to use zoo for ticket and in stadium purchases for hard rock and the miami dolphins. In tandem hit Todd up at dodger stadium (his son is one of our QA testers)

**12:53**   LTE
**Done**       7 of 13

7 of 9

An auction house with "bid" and "ask" functionality will be [  ] the game from its inception. Once hatched, animals can be put up for auction and sold to other players. Animals sold at auction are still "owned" and therefore do not distribute their yield to either the original or new token holder. Upon auction sale, both the animal and all of its accrued yield will be transferred to the buyer. An animal's yield is carried between ownership transfers, and is never realized by an owner, until the animal is released into the wild. This creates another layer of game functionality as **CryptoZoo** players will drive the activity of this secondary auction market.

In addition to the initial purchase of eggs, in-game transactions are available to players to support additional game functionality and provide further **ZOO** utility.

- Egg purchasing
- Breeding
- Stud fees
- Egg incubation boost
- Breeding recovery boost
- Animal Yield
- Marketplace purchases

**Sun, Aug 8, 11:08 AM**

Bro if I hear one more time about this fucking vodka 😂

**Sun, Aug 8, 1:04 PM**

Can y'all proofread this and lmk if im missing anything

CryptoZoo Commercial

Welcome to CryptoZoo, 10,000 Base Eggs are minted when the game

iMessage

To: **CryptoZoo** 

Sun, Aug 8, 11:08 AM



Bro if I hear one more time about this fucking vodka 😂

Sun, Aug 8, 1:04 PM



Can y'all proofread this and lmk if im missing anything



**CryptoZoo Commercial**

Welcome to CryptoZoo. 10,000 Base Eggs are minted when the game begins. ZooKeepers collect and hatch Base eggs to spawn 1 of 16 Base animals.

Animals are categorized by rarity. Common, uncommon, rare, super rare, and epic.

ZooKeepers then select two Base Animals to breed. Any combination is possible.

For example, maybe a Shark, meets a Kitten. They fall in love, and create a Hybrid egg. In 36 hours, a brand new species is born, called... the Sharkitty.

Or perhaps an Elephant & a Pug. Elepug.

Maybe a Penguin, and an Orca. Meet the Porca.

... and so on. In the CryptoZoo, animal fusion is achievable.

The higher rarity, the more $ZooToken your exotic animal Hybrid YIELDS. $ZooToken is our in-game currency that represents real money Keepers can generate, just by holding your animals.

$ZooToken can be used for discounts on eggs, expedited hatching & breeding.

As your Zoo grows, keepers can collect, breed, trade, and even play mini games with their companions in our autonomous ecosystem.

So come, bring your wildest animal hybrids to life in the CryptoZoo. Let the breeding begin.

Sun, Aug 8, 1:06 PM
Eddie Ibanez kept an audio message from you.

Jeff Levin

Can a Shark kitten turn into a kittyshark also?

 Isn't there two options for each hybrid egg?

iMessage 

CONFIDENTIAL



> So come, bring your wildest animal hybrids to life in the CryptoZoo. Let the breeding begin.

Sun, Aug 8, 1:06 PM
Eddie Ibanez kept an audio message from you.

**Jeff Levin**

Can a Shark kitten turn into a kittyshark also?

 Isn't there two options for each hybrid egg?

> Yes I thought about including that too

> Good shout

**Jeff Levin**



 I think it's special that there are so many options.  It shows we put time into the creation

> agree

**Eddie Ibanez**

 Second that

**Jeff Levin**

I don't think we need it in the commercial but the white paper has the rarity chart and yield.  It's fucking special.  We should highlight that on the home page somewhere

 That chart Charles made is crazy

> Can you send that page here

**Jeff Levin**

All the things that show we are not just a simple game will gain people's respect

 Let me look for it

**Eddie Ibanez**

For what it's worth.

When I tell people why am I involved in this. I tell them because it gives anyone the opportunity to be more than they are by doing something they love and playing a game. We're using decentralization to bring people advantages to earn yield & real money by playing a game. We're hacking the system for them. We represent the users. Just as Washington, Franklin and Jefferson did. Our war is with the corporate conglomerates like google and Amazon and together we will rise unified under this token and raise value and utility for all.

iMessage

CONFIDENTIAL

PAUL_CZ0000524



 to bring people advantages to earn yield & real money by playing a game. We're hacking the system for them. We represent the users. Just as Washington, Franklin and Jefferson did. Our war is with the corporate conglomerates like google and Amazon and together we will rise unified under this token and raise value and utility for all.

Jeff Levin

 Washington Franklin Jefferson, Paul, Levin, etc

 Greenbaum, Strobel, Ibanez

 Seems dramatic but I feel you

I just did it to create animals that I could never make in real life

**1 Reply**

Jeff Levin

 And other great features have been created to make a awesome project

 Let's go

Sun, Aug 8, 1:43 PM
Maybe: maureen mellina kept an audio message from you.

I just did it to create animals that I could never make in real life

Eddie Ibanez

 That purity is the foundation of this project. Never change that.  It's because of you're passion to create these animals opens a door for anyone to carry out a passion that they could never make in real life. That brother is the essence. To create that in which we could never make in real life. Because of that we can unite others and give them a piece of that through every egg, every token and am every animal they create.

The system wants all of us to believe we must follow it to be a success. We know that is not true. The system can be hacked. I found my purpose in life in this project. It's to give people the right and capability to make what they never thought they could come true in real life. These animals represent lore than the images and pixels that create them. They represent a future that did not exist prior. One created by the users that breed them. It's our responsibility to reward those actions with utility. Just like our forefathers rewarded the United States of America with freedom.

We the zoo are the liberators of the oppressed. That's what I believe. Dramatic as it may be - I've always went in 100%.

 iMessage

The system wants all of us to believe we must follow it to be a success. We know that is not true. The system can be hacked. I found my purpose in life in this project. It's to give people the right and capability to make what they never thought they could come true in real life. These animals represent lore than the images and pixels that create them. They represent a future that did not exist prior. One created by the users that breed them. It's our responsibility to reward those actions with utility. Just like our forefathers rewarded the United States of America with freedom.

We the zoo are the liberators of the oppressed. That's what I believe. Dramatic as it may be - I've always went in 100%.

My daughter asked if this would be a big deal and I told her yes. I'll die before I break that promise.

I believe in this - never have I seen so many billionaires and children excited about a project. From 9years kid to a 80year old billionaire ... they believe. It's up to us to execute. I will deliver on the UI - and gameplay. I'll die before I do anything other.

E    This is bigger than us.

Eddie Ibanez

E    No one believed 4 guys in a bar could overthrow the largest empire in existence - but they did and that is called America.

"I found my purpose in life through this project" LETS FUCKING GOOO

This gonna be massive



CONFIDENTIAL

E  This is bigger than us.

Eddie Ibanez

E  No one believed 4 guys in a bar could overthrow the largest empire in existence - but they did and that is called America.

"I found my purpose in life through this project" LETS FUCKING GOOO

This gonna be massive





CONFIDENTIAL                                                                                                    PAUL_CZ00005027



**Jake Crypto King**

You couldn't be more spot on. Everyone that sees it is instantly in love with the animals and concept. My grandma breeds animals with my 7 yr ole cousins. They are upset when the game comes out, that they'll lose current animals. People who get the opportunity to play are already feeling positive sentiment that is indescribable.

Eddie which do you like while the egg/creature is being minted on the blockchain

1 Reply

The "loading" egg if you will

I like the second

Sun, Aug 8, 4:17 PM

CONFIDENTIAL

**To:** CryptoZoo 

The "loading" egg if you will

I like the second

Sun, Aug 8, 4:17 PM

Eddie which do you like while the egg/creature is being minted on the blockchain

Eddie Ibanez
Second for sure

Sun, Aug 8, 6:30 PM

Eddie Ibanez



**Cicada 3301**
wikipedia.org

Interesting <> puzzle

Jeff Levin
You want to put one in the game?

Eddie Ibanez
I like the idea // something hidden and they open it and get a message like:

"Hello. Welcome to the Zoo. We are looking for highly intelligent individuals to serve in our crusade. To find them, we have devised a test.

There is a message hidden in one of the animal images.

Find it, and it will lead you on the road to finding us. We look forward to meeting the few that will make it all the way through.

The reward you seek will be the one you keep.

 iMessage



Jeff Levin

You want to put one in the game?

I like the idea // something hidden and they open it and get a message like:

"Hello. Welcome to the Zoo. We are looking for highly intelligent individuals to serve in our crusade. To find them, we have devised a test.

There is a message hidden in one of the animal images.

Find it, and it will lead you on the road to finding us. We look forward to meeting the few that will make it all the way through.

The reward you seek will be the one you keep.

 Good luck. – TheZookeeper"

Jeff Levin

But isn't that just a game of chance because they may not get the animal that has the hidden message

Eddie Ibaaan

If we did this – and left a cipher you'd have to either drop it to everyone – or hide it somewhere so that if you click you get a prompt. I agree it should be a free way the resourceful get a chance to play..

I haven't thought it through honestly but seems like an idea someone could run with while we're finalizing Dev.

Maybe have it drop a clue "in the story that never ends" and reference something from this song.



**The Neverending Story • Theme Song • Limahl**
youtube.com                                                                    ›

iMessage


**The Neverending Story • Theme Song • Limahl**
youtube.com

E  Anyways it's an idea.

Mon, Aug 9, 7:17 AM

Eddie Ibanez
E  LFG!!! Good morning team. Let's crush this week. 👍

Jeff Levin
 Let's go

Jake Crypto King
JC  Let's do it 🤝

CRUSH TIME.

What's this week consist of ?

Dani (assistant)
D  Let the crushing begin!


**loading_egg.png**
drive.google.com

💗
Eddie here's the loading egg final lmk if you need anything else

Eddie Ibanez
💗
This week:

Aarons wrapping up a new V2 UI // with Races.

Charlie & dev team are wrapping up the new hatching flow to make up for the blockchains "slowness" should be out by tomorrow.

I'm working on a deal with Steve Cohen to see how many $ I can get him to throw in. He pointed me to some crypto guy he knows so I'm sitting with him this week.

  iMessage   

CONFIDENTIAL                                                                              PAUL_CZ0000031

Charlie & dev team are wrapping up the new hatching now to make up for the blockchains "slowness" should be out by tomorrow.

I'm working on a deal with Steve Cohen to see how many $ I can get him to throw in. He pointed me to some crypto guy he knows so I'm sitting with him this week.

**E**  That's it in my end.

Okay fantastic. I still gotta go through today and assign specific animals the higher grades


Also knocking out the commercial


I wanna hop on a long zoom sometime maybe after this next build and go over everything. I want to go through EACH hybrid and it's final "image" or "NFT" before we finalize

Mon, Aug 9, 9:42 AM





Wanna put some shit like this out

These things work better with a date usually

Like a release date

At least for the pre-sale of eggs

But idk

**Eddie Ibanez**

I agree. I'd say a 30 day build up is cool.

As we gotta get notifications and emails down (when an eggs ready to be hatched the email or notification user gets) like all that little shit has to be smooth. Eggs are good to go.

Sept 1? Here's some dates in history.

| 12:45 | 🔒 quia.com | ..ıll LTE ⚡ |
|---|---|---|
| August 5, 1936 | Jesse Owens wins his third gold medal at Berlin Olympics | |
| August 6, 1926 | Warner Bros. Studios premieres first talking pictures | |
| August 7, 1942 | Battle of Guadalcanal | |
| August 13, 1521 | Spanish conqerors take Tenochtitlan (now Mexico City) from the Aztecs | |
| August 14, 1935 | Social Security Law is established | |
| August 15, 1057 | Macbeth killed by Duncan, his rival for the Scottish throne | |
| August 16, 1969 | Woodstock rock festival begins | |
| August 26, 1920 | 19th Amendment ratified, giving women the right to vote | |
| August 30, 1967 | Thurgood Marshall becomes the first black Supreme Court Justice | |
| September 1, 1939 | WWII begins as Germany invades Poland | |
| September 3, 1888 | George Eastman patents roll film and registers the Kodak name | |
| September 4, 1781 | Villiage of Los Angeles was founded | |
| September 5, 1997 | Mother Theresa dies in Calcutta at age 87 | |
| September 6, 1966 | Star Trek television program premieres | |
| September 7, 1533 | England's Elizabeth I is born | |
| September 8, 1565 | St. Augustine, FL founded, first permanent European settlement in North America | |
| September 12, 1953 | Nikita Khrushcheb becomes Soviet Prime Minister | |
| September 13, 1788 | New York City becomes the first U.S. capital | |
| September 14, 1814 | Francis Scott Key writes the Star Spangled Banner | |
| September 15, 1890 | Mystery writer Agatha Christie was born | |
| September 18, 1851 | First issue of the New York Times is published | |
| September 20, 1932 | Gandhi begins a hunger strike protesting treatment of India's untouchables | |
| September 21, 1981 | Sandra Day O'Connor becomes the first female U.S. Supreme Court Justice | |
| September 22, 1789 | The U.S. Postal Service is established | |
| October 1, 1908 | Henry Ford introduces the Model T car, selling for $825 | |

iMessage

has to be smooth. Eggs are good to go.

Sept 1? Here's some dates in history.



| 12:45 | .ull LTE 🔋 |
|---|---|
| 🔒 quia.com | |

| August 5, 1936 | Jesse Owens wins his third gold medal at Berlin Olympics |
| August 6, 1926 | Warner Bros. Studios premieres first talking pictures |
| August 7, 1942 | Battle of Guadalcanal |
| August 13, 1521 | Spanish conqerors take Tenochtitlan (now Mexico City) from the Aztecs |
| August 14, 1935 | Social Security Law is established |
| August 15, 1057 | Macbeth killed by Duncan, his rival for the Scottish throne |
| August 16, 1969 | Woostock rock festival begins |
| August 26, 1920 | 19th Amendment ratified, giving women the right to vote |
| August 30, 1967 | Thurgood Marshall becomes the first black Supreme Court Justice |
| September 1, 1939 | WWII begins as Germany invades Poland |
| September 3, 1888 | George Eastman patents roll film and registers the Kodak name |
| September 4, 1781 | Villiage of Los Angeles was founded |
| September 5, 1997 | Mother Theresa dies in Calcutta at age 87 |
| September 6, 1966 | Star Trek television program premieres |
| September 7, 1533 | England's Elizabeth I is born |
| September 8, 1565 | St. Augustine, FL founded, first permanent European settlement in North America |
| September 12, 1953 | Nikita Khruscheb becomes Soviet Prime Minister |
| September 13, 1788 | New York City becomes the first U.S. capital |
| September 14, 1814 | Francis Scott Key writes the Star Spangled Banner |
| September 15, 1890 | Mystery writer Agatha Christie was born |
| September 18, 1851 | First issue of the New York Times is published |
| September 20, 1932 | Gandhi begins a hunger strike protesting treatment of India's untouchables |
| September 21, 1981 | Sandra Day O'Connor becomes the first female U.S. Supreme Court Justice |
| September 22, 1789 | The U.S. Postal Service is established |
| October 1, 1908 | Henry Ford introduces the Model T car, selling for $825 |
| October 2, 1944 | Nazis crush the Warsaw uprising, killing 250,000 people |
| October 3, 1974 | The Watergate trial began |
| October 4, 1957 | The Soviet Sputnik satellite is the first to orbit the earth |
| October 14, 1947 | U.S. Air Force Capt. Chuch Yeager is first pilot to exceed the speed of sound |
| October 17, 1933 | Albert Einstein emigrates to U.S. from Germany |
| October 21, 1879 | Thomas Edison demonstrates his incandescent electric lamp |

But do you feel we can be finished by then? Sept 1?

I feel good about that date

But like

How do we know for sure

Needs to be perfect

Eddie Ibanez

For Egg pre-sale 1000%

For game also. Or we can wait for this builds release and that zoom call.

But I like the first.

iMessage

I feel good about that date

But like

How do we know for sure

Needs to be perfect

**Eddie Ibanez**

For Egg pre-sale 1000%

For game also. Or we can wait for this builds release and that zoom call.

But I like the first.

I think I can put the date in there. Worst case pre-sale goes live then

**Eddie Ibanez**



Sept 1?

For egg pre-sale

**Jeff Levin**

I'm getting hard

**Eddie Ibanez**

I stay hard

that's my boys

**Eddie Ibanez**

Let me push the Landing page changes quick today that are in test into production.

(I'm still on motorcycle etc.)

In the event someone stumbles on it.

got it

I don't think I'm gonna post yet

would be cool to even tag socials get people excited for it

1 Reply

iMessage

CONFIDENTIAL

**Eddie Ibanez**

Let me push the Landing page changes quick today that are in test into production.

(I'm still on motorcycle etc.)

In the event someone stumbles on it.

got it

I don't think I'm gonna post yet

would be cool to even tag socials get people excited for it

1 Reply

do we have the CryptoZoo trademark ?

**Eddie Ibanez**

It's filed and we can prove we've been in business. Haven't gotten the mark yet but I have the go ahead from legal that we can launch.

1 Reply

would be cool to even tag socials get people excited for it

**Eddie Ibanez**

I agree. How can we help with this?

It's filed and we can prove we've been in business. Haven't gotten the mark yet but I have the go ahead from legal that we can launch.

**Jeff Levin**

It takes a while to get trademark

Fire as long as it's filed

And no all good I'm gonna start populating the accounts

But also if people find CryptoZoo.Co and the egg sale isn't ready it's not great. Like we need to have a temp landing page there or some shit







**CryptoZoo**
cryptozoo.co

Like right now it's the egg sale

It should
Maybe just be



 

iMessage

 

PAUL_CZ0000037

1 Reply

and then COMING SEPTEMBER 1 under it maybe

Eddie Ibanez

I can pull all the egg sale info down and say launching sept 1

Yeah with a super clean simple page

And then we can review and give notes on the egg sale page on a different site

Eddie Ibanez

What about the stuff under it ? Do you want the info on the game ?

No

Let's be super cryptic

1 Reply

Eddie Ibanez

K

Can we have something super cryptic - like if we said coming soon... and I left a cipher or a steganograph (a code within an image) that gave more info or a riddle.

**Steganography**
wikipedia.org

 I'm also cool with base page.

Let's be super cryptic

Eddie Ibanez

🔥

Eddie Ibanez

iMessage

CONFIDENTIAL

PAUL_CZ00005038

 🔥



**Eddie Ibanez**

For example: I can embed a code // riddle, url link in this image if we wanted.

**Eddie Ibanez**

I'm so hyped!!!

**Jake Crypto King**

I'm exceptionally excited as well. Coming to fruition is always an exciting moment!

**Eddie Ibanez**

History. We're making a moment in history. Doing what those who can't and haven't done.

It's our responsibility to make sure we do it right. Thanks Jake for keeping us on the market and keep us apprised on any updates. I look forward to them.

**Jake Crypto King**

Couldn't agree more. Was just sharing in ur excitement. Perfection with platform, how yield is delivered, all aspects need to be flawless. That goes without needing to be said. Watching the progress literally being built into the game in real-time has been cool to see.

**Eddie Ibanez**

LFG

I don't think we need to be super cryptic

**Eddie Ibanez**

K

I'm so pumped

Finally get to dive in

Y'all gonna lose your shit when you see what I make ;)

iMessage

E  LFG

I don't think we need to be super cryptic

Eddie Ibanez

K

I'm so pumped

Finally get to dive in

👍

Y'all gonna lose your shit when you see what I make ;)

Eddie Ibanez

Hell yeah

Mon, Aug 9, 2:43 PM

Eddie Ibanez



❤️

Put zoo on the wall in soho

Thatta boy

btw let's mint 10,000 base eggs

Eddie Ibanez

K

Still at $211

iMessage

btw let's mint 10,000 base eggs

Eddie Ibanez

K

Still at $211

?

0.1 eth

Eddie Ibanez

**Aaron** how's that play into the economics of the game ?

5 max per person

Eddie Ibanez

K - so that's 310$

Are we still minting an extra 1k to "gift?"

Let's get Epic!!!

no

10,000 base eggs

No gifting

(For free)

Like we can buy and send to people



But honestly these eggs are going to sell out Fucking instantly

This commercial gonna blow ur balls

Eddie Ibanez

I agree

I want my balls blown it's been a while



Why 10k vs 15k? I trust you I just want to understand. A difference of 1.5m

10k is magic # in NFT space

I got u

iMessage

CONFIDENTIAL

PAUL_CZ0000041







10k is magic # in NFT space

I got u

**Eddie Ibanez**

10k it is then bro!!

**Aaron Jacobson**

The number of eggs doesn't change 1yr return, but will drive more demand vs 16k.

Increasing price from $211 to $310 cuts 1yr return by about 50%.

If we accept ETH for eggs in addition to $ZOO, there's an opportunity cost. $ZOO will have a lot less buyers.

If we can push up $ZOO price 1000-2000%, the increase would make up for extra egg cost.

Agree the eggs will sell out, no problem.

**2 Replies**

**Eddie Ibanez**

What's the math mean 1 year return meaning if I spent $211 per get and it's now 310 I as a user would make 50% less year 1? I think that's ok.

**Aaron Jacobson**

The egg limit is really good. But people will game it and create a bunch of wallets.

**Jeff Levin**

We want the yearly return to be significant so people are excited about their $ they yield

The number of eggs doesn't change 1yr return, but will drive more demand vs 16k.

Increasing price from $211 to $310 cuts 1yr return by about 50%.

**2 Replies**

**Aaron Jacobson**

Yeah, 50% less year 1. So before if you bought 2 eggs for $422 total, you could make about $450 in ZOO in the first year

**Eddie Ibanez**

iMessage  



AJ — Yeah, 50% less year 1. So before if you bought 2 eggs for $422 total, you could make about $450 in ZOO in the first year

Eddie Ibanez

So now it's $211 // year one? And is that an average # right so if I get 2 rates I'm on the higher end above $211 right?

E — * 2 rares

Aaron Jacobson

Right

AJ — A lot higher

Eddie Ibanez

E — What's the mode on this (high to low)?

**2 Replies**

Aaron Jacobson

AJ — Another option to prevent all eggs running out and all selling to a few people is limited release, like ps5 iPhone and even cryptokitties. Drop 1 new egg every minute until they're gone. Everyone has an equal shot.

**1 Reply**

E — What's the mode on this (high to low)?

**2 Replies**

Aaron Jacobson

AJ — Running it 

AJ — You buy and hatch 5 eggs at $310, total spend $1550. Here are yield values after 1-yr.

At $ZOO price .000015:
5 common = $180 usd
5 epic = $55,000 usd

At max $ZOO price .000050:
5 common = $600 usd
5 epic = $186,000 usd

AJ — If $ZOO increases, yield goes way up

Another option to prevent all eggs running out and all selling to a few people is limited

 iMessage  

PAUL_CZ0000043

5 epic = $186,000 usd

**AJ** If $ZOO increases, yield goes way up

Another option to prevent all eggs running out and all selling to a few people is limited release, like ps5 iPhone and even cryptokitties. Drop 1 new egg every minute until they're gone. Everyone has an equal shot.

Aaron Jacobson
**AJ** Or every 2min, 5min, whatever

Aaron Jacobson
**AJ** Mode is 4 common + 1 uncommon 👍

**AJ** (At $ZOO price .000015: $321 usd)

Eddie Ibanez
**E** The limiting would be more to program imo

**E** We need to give .001% away to animal charities — or something like that, 👍

**E** Ayhebget Jane Goodall.

**E** *get jane Goodall

Aaron Jacobson



iMessage

CONFIDENTIAL

To: CryptoZoo

E    The limiting would be more to program imo

E    We need to give .001% away to animal charities — or something like that,

E    Ayhebget Jane Goodall.

E    *get jane Goodall



AJ    Seems like she'd be into crypto

Jeff Levin

Ha

Aaron Jacobson

AJ    Would be amazing if could get her involved

Jeff Levin

I just DM her

iMessage

AJ  Seems like she'd be into crypto

Jeff Levin
Ha

Aaron Jacobson
AJ  Would be amazing if could get her involved

Jeff Levin
I just DM her

Slinging into Dr. Goodalls dms

Eddie Ibanez
You're kidding

Jeff Levin
No

Eddie Ibanez
You're the man.



GIF Keyboard via #images

Tue, Aug 10, 2:50 AM

Eddie Ibanez
**Logan**

Eddie Ibanez



iMessage



Eddie Ibanez



**CryptoZoo**
cryptozoo.co

**1 Reply**

Updated landing page per direction: lmk thoughts band if you wanted to add links to our coin gecko/telegram/socials on it?

Also **Aaron** KO'ed V2's UI
(needs designer tweaks)



**Figma**
figma.com

Let's take some time to review if you've got.

Tue, Aug 10, 7:21 AM

CryptoZoo

  iMessage  

CONFIDENTIAL

PAUL_CZ00005047



**Figma**
figma.com

E  Let's take some time to review if you've got.

Tue, Aug 10, 7:21 AM


**CryptoZoo**
cryptozoo.co

Jeff Levin
There is nothing in the page

Eddie Ibanez



 I show this

Jeff Levin

Yep

What's the address?

Eddie Ibanez



**CryptoZoo**
cryptozoo.co

Jeff Levin

No what's the address on the website above coming September 1

Eddie Ibanez

I'm confused.

Was asked to put the egg up  & take out the rest. Of the site. That's the link.

Tue, Aug 10, 8:34 AM

Yeah there's an address

What's the address

Under the egg

Eddie Ibanez

The token address

For zoo

CONFIDENTIAL

PAUL_CZ00000049



E   the link.

Tue, Aug 10, 8:34 AM

Yeah there's an address

What's the address

Under the egg

Eddie Ibanez
The token address

E   For zoo

Also we need a properly formatted egg

I think that's the square version

On a vertical site. And on desktop should look slick too

See how bottom is cut off

Jeff Levin
I like it at the bottom of the page

And let's remove "this"

1 Reply

From "this September 1"

And let's remove "this"

Eddie Ibanez
E   Done

Eddie Ibanez





iMessage

 

CONFIDENTIAL                                                                                                            PAUL_CZ00005050



And let's remove "this"

Eddie Ibanez

 Done

Eddie Ibanez



Is the other one I have

Yeah that one is better since it's full vertical. If someone from your team could put CRYPTOZOO over it like they did with the other, then the addy, then COMING SEPTEMBER 1ST

That'd be amazing. There's also a horizontal image online for the desktop version

Eddie Ibanez

 iMessage  

CONFIDENTIAL                                                                                    PAUL_CZ00005051



the addy, then COMING SEPTEMBER 1ST

That'd be amazing. There's also a horizontal image online for the desktop version

Eddie Ibanez

Got it!

Eddie Ibanez

You want the contract address in there at the bottom?

Yes that's sharp

**2 Replies**

Also sorry let's just do SEPTEMBER 1

NOT "1ST"

Eddie Ibanez

K

Yes that's sharp

**2 Replies**

Eddie Ibanez

Check it now



**CryptoZoo**
cryptozoo.co

Is it possible so on desktop and mobile there's no scroll up or down? Basically just want it to look as clean as possible

 iMessage  

CONFIDENTIAL

PAUL_CZ0000052



**CryptoZoo**
cryptozoo.co

Is it possible so on desktop and mobile there's no scroll up or down? Basically just want it to look as clean as possible

2 Replies

And if you click the golden egg in the upper right it leads you to the "what is CryptoZoo?" landing page which I'm cool with but there are two tabs that gives you access to reserve eggs and buy $Zoo which we aren't ready for. The eggs anyway



2 Replies



iMessage

CONFIDENTIAL





Cuz even for the token page we should revise this text so it doesn't look so gimmicky



2 Replies

Eddie Ibanez

I this is off - working on padding so there's no scroll

*this is off.

Is it possible so on desktop and mobile there's no scroll up or down? Basically just want it to look as clean as possible

2 Replies

Eddie Ibanez



iMessage





I this is off - working on padding so there's no scroll

E  *this is off.

Is it possible so on desktop and mobile there's no scroll up or down? Basically just want it to look as clean as possible

**2 Replies**

Eddie Ibanez

E  Scroll is off mobile - check it out. Working on desktop

E  Desktops scroll is off also.

Eddie Ibanez

E  **Logan** did you want anything else in that egg sidebar?

Like the virality or anything?

Wutchu mean

Eddie Ibanez

Look at it now I added them in - probably easier to visualize what I mean. Click the egg and open the sidebar. Did you want all those other links in there or nov

E  *no?

👍 Just the "what is CryptoZoo"

👍 But the scroll has to be on THAT page otherwise it's just locked

Eddie Ibanez

E  Both changes are complete

You want to add our social icons or something to click to leave an email form?

E  Or leave it clean like this ?

Looks good I like the nonscroll

E  *no-scroll

I like that Eddie

Social icons

iMessage

To: CryptoZoo 

E  Both changes are complete

You want to add our social icons or something to click to leave an email form?

E  Or leave it clean like this ?

Looks good I like the nonscroll

E  *no-scroll

I like that Eddie

Social icons

Eddie Ibanez

E  K - I'll find some slick ones.

So I'm super super particular





CONFIDENTIAL    PAUL_CZ0000056



Is it possible to center this a bit more (move to the left) and also have that icon in the top right not being cut off

1 Reply

Eddie Ibanez

I love it.

deff.

Is it possible to center this a bit more (move to the left) and also have that icon in the top right not being cut off

Eddie Ibanez

Try now.

Mobile is great, not desktop

Eddie Ibanez

Yikes

We're money

Can't see addy on desktop

Eddie Ibanez

Refresh

Yes on mobile, addy still not on desktop

Eddie Ibanez

Maybe X out and back in may be cookies.



iMessage



Refresh

Yes on mobile, addy still not on desktop

Eddie Ibanez

Maybe X out and back in may be cookies.



Now it works

Eddie Ibanez

Word.

♥

Let's goooo

Eddie how's Dev coming

Eddie Ibanez

Dev is great, still hashing those changes getting the flow down.

iMessage



Now it works

Eddie Ibanez

Word.

Let's goooo

Eddie how's Dev coming

Eddie Ibanez

Dev is great, still hashing those changes getting the flow down.

Did you have a chance to take a look at the new UI document?



**Figma**
figma.com

Oh I did not I will sorry

Eddie Ibanez

All good. Happy to walkthrough via a call with you if that's easier to go through it

Tue, Aug 10, 4:21 PM

I'm diving IN rn

this is fantastic

iMessage

CONFIDENTIAL

figma.com

Oh I did not I will sorry

**Eddie Ibanez**

All good. Happy to walkthrough via a call with you if that's easier to go through it

Tue, Aug 10, 4:21 PM

I'm diving IN rn

this is fantastic

**Eddie Ibanez**

LFG!!!

Sent notes



Let's fkn go

Wed, Aug 11, 12:28 PM

**Eddie Ibanez**



iMessage



Sent notes



Let's fkn go

Wed, Aug 11, 12:28 PM

Eddie Ibanez



Need to change the names to "minting" etc. But here are the in between animations of the egg process. Lmk thoughts

*egg minting and hatching process.

It's fantastic



  

To: CryptoZoo

Need to change the names to "minting" etc. But here are the in between animations of the egg process. Lmk thoughts

E  *egg minting and hatching process.

It's fantastic



Let's close this space a bit

Eddie Ibanez
E  I know

BOOM

Eddie Ibanez
UI isn't done - just working on the animations that will get done ✅

E  LFG!'nn

iMessage

CONFIDENTIAL

To: CryptoZoo 

Let's close this space a bit

**Eddie Ibanez**
I know

BOOM

**Eddie Ibanez**
UI isn't done - just working on the animations that will get done ✅

LFG!'nn


I'm going through Rn and naming the new animals and will then go through and give about 50 animals a special rarity

That defies your typical algorithm based rarity

(Not just mythical and legendary) ... I may make a few "rare" animals "epic" type shit

**Eddie Ibanez**
Love it



iMessage

To: CryptoZoo    

**Eddie Ibanez**

Love it



| | Animal Name | # of Animals |
|---|---|---|
| **Common** | Pug | 1,056 |
| | Butterfly | 1,056 |
| | Kitten | 1,056 |
| | Turtle | 1,056 |
| **Uncommon** | Penguin | 861 |
| | Duckling | 861 |
| | Orca | 861 |
| | Elk | 861 |
| **Rare** | Bear | 694 |
| | Elephant | 694 |
| | Lion | 694 |
| | Shark | 694 |
| **Super Rare** | Bear | 250 |
| | Shark | 250 |
| **Epic** | Blobfish | 82 |
| | Naked Mole Rat | 82 |
| **Legendary** | Albino | 2 |
| **Mythical** | | |
| **Total** | | 11,111 |

BEAR is on here twice

Is a gorilla super rare, or rare

That's what was left off

And replaced with bear

**Aaron Jacobson**

Gorilla and Panda are rare. Replace Bear and Shark in the rare group.

Bear and shark are super rare

Got it

Sent to you Eddie

iMessage



**To:** CryptoZoo

That's what was left off

And replaced with bear

Aaron Jacobson

Gorilla and Panda are rare. Replace Bear and Shark in the rare group.

Bear and shark are super rare

Got it

Sent to you Eddie

Also here

Turtlepan – rare
Turtleblob – epic
Turtlephant – rare
Pandashark – epic
Naked mole shark – legendary
Blob shark – mythical
Bear shark – legendary
Puggerphant – legendary
Pugelephant – mythical
Plobfish – Legendary
Naked pugrat – super rare
Penuckling – rare
Penguin shark – super rare
Penguin orca – super rare
Penguin blob – legendary
Penguin blob 2 – mythical
Penguin shark – super rare
Penguin elephant – legendary
Penda 2 – legendary
Pelephant – mythical
Pandrilla – super rare
Pandashark – mythical
Pandaphant – mythical
Pandalion – epic
Pandaphant 2 – legendary
Pandacat – legendary
Panda Elephant 3 – mythical
Panda blob – mythical
Panda elephant 4 – mythical
Orcaphant – super rare
Orcafly – rare
Orcarat – super rare
Naked Panda – epic
Naked Mole Blob – mythical
Shlion – legendary
Litten – super rare
Lionug – rare

iMessage



Panda elephant 4 - mythical
Orcaphant - super rare
Orcafly - rare
Orcarat - super rare
Naked Panda - epic
Naked Mole Blob - mythical
Shlion - legendary
Litten - super rare
Lionug - rare
Lionshark - mythical
Lionelk 2 - super rare
Lionda - super rare
Lionblob - legendary
Lion rat - mythical
Shark kitty - super rare
Kitty Blob - legendary
Gorillorca - super rare
Gorillablob - mythical
Elkug - rare
Elkling - rare
Elkephant - super rare
Elkbear - epic
Blobelk - legendary
Elepug - super rare
Elephanturtle - rare
Elephantterfly - Epic
Elephanda - Legendary
Eleblob - mythical
Duckda - rare
Puggerfly - rare
Pandafly - rare
Gorillafly - super rare
Butterflyaphant - rare
Butterflion - super rare
Naked Bear Rat - legendary
Bearshark - mythical
Bearrat - mythical
Bearlion - epic
Bearcat - rare
Bearblob - mythical

1 Reply

Manually adjusted rarities for specific animals I think the art warrants a slightly higher rating

Wed, Aug 11, 3:47 PM

Turtlepan - rare
Turtleblob - epic
Turtlephant - rare

iMessage

Bear blob - mythical

**1 Reply**

Manually adjusted rarities for specific animals I think the art warrants a slightly higher rating

Wed, Aug 11, 3:47 PM

Turtlepan - rare
Turtleblob - epic
Turtlephant - rare

Aaron Jacobson

This is dope! Couple questions on how it's going to work:

Should we apply this to all or just some of these hybrids…example - Is every Bearblob mythical, or just a small % of Bearblobs, and the rest are still epic?

Are you thinking bump up yield for all of these from what it would've been, or leave yield and just change rarity class?

Where there are more than one image for the same 2-animal pair/order (e.g. 4 images for a panda elephant), I don't think the dev team has the other images. I didn't see them on the image server. Does Eddie have those?

Separate question on hybrid rarity: saw your note on classifying hybrids with one rarity, instead of 2. How do you want to name those? Like, Pug + Blobfish = Plobfish shouldn't be labeled as "Common/Epic" … should it be the highest rarity, so "Epic"?



Every bearblob is mythical. Rarity is universal across a specific hybrid

Bump up yield to match rarity - people will be confused otherwise

 Jeff Levin

Logan's going in

Yeah Eddie has access to the multiple versions of animals. Eddie to the devs have access to google drive? Some animals have like 2, 3 or 4 offspring

Yeah I'm back sorry i was drinking there for a bit

And NFTs are popping off

iMessage

CONFIDENTIAL

PAUL_CZ0000567



Every bearblob is mythical. Rarity is universal across a specific hybrid

Bump up yield to match rarity - people will be confused otherwise

**Jeff Levin**


Logan's going in

Yeah Eddie has access to the multiple versions of animals. Eddie to the devs have access to google drive? Some animals have like 2, 3 or 4 offspring

Yeah I'm back sorry i was drinking there for a bit

And NFTs are popping off

Space is ripe

For a fresh take on gamified NFTs

Re: hybrid rarity — I thought Eddie had a formula for this. So just take the average and round up. So a Pug + Blobfish is a Common (1) and Epic (5) so a Plobfish would be a 3 (rare) species

UNLESS it has a specified higher rarity that I assigned

**1 Reply**

**Aaron Jacobson**

AJ  hadn't heard that but makes sense. Thanks

Re: hybrid rarity — I thought Eddie had a formula for this. So just take the average and round up. So a Pug + Blobfish is a Common (1) and Epic (5) so a Plobfish would be a 3 (rare) species

**Eddie Ibanez**

E  Yes this is correct

Thu, Aug 12, 12:14 PM

What's up friends

Wanted to check in

Daily check-ins incoming

**Eddie Ibanez**

E  Love it.

E  Making sure ui is perfect

  iMessage

Thu, Aug 12, 12:14 PM

What's up friends

Wanted to check in

Daily check-ins incoming

**Eddie Ibanez**

Love it.

Making sure ui is perfect

Fantastic.

Also I've been thinking a lot and have been writing down a bunch of hard hitting questions and things to go over before launch

**1 Reply**

I want to send them so team can start thinking of answers before we hop on zoom

Also I've been thinking a lot and have been writing down a bunch of hard hitting questions and things to go over before launch

**Eddie Ibanez**

We can also set up a zoom to go over if that works

We should but I want you to see questions ahead of time

**Eddie Ibanez**

cool

CryptoZoo Questions

-    go through all animals, names, pictures, final layout of animals before launch

-    can they be sold and resold on opensea? or other exchanges

-    how does our auction house/marketplace work with open sea?

-    Set up token allocation/unlock for founders?

-    what are the pools set up like again? Like when people buy eggs where does that money go

iMessage



Eddie Ibanez

 cool



CryptoZoo Questions

-    go through all animals, names, pictures, final layout of animals before launch

-    can they be sold and resold on opensea? or other exchanges

-    how does our auction house/marketplace work with open sea?

-    Set up token allocation/unlock for founders?

-    what are the pools set up like again? Like when people buy eggs where does that money go

-    when the eggs and animals are traded, do we get a %? I thought cryptopunk creators get a % of the sales. Or like opensea takes a % ... like how do we make money? All the ways

-    Cost more $Zoo to expedite the longer cool downs?

-    each hybrid has a little digital pixel image with it, yes ? Maybe we show that somewhere. It's a fun logo

-    in the game, what does someone purchase/transact with? (Like buy eggs, place a bid, etc.)

-    Most NFTs are squares, ours are vertical. How do the previews look on opensea, different exchanges, etc

Thu, Aug 12, 4:15 PM

Eddie Ibanez

Love this / what's cool is we can auto mint any media on the platform with an upload

So if we created a zoo YouTube we can auto pull it and make them NFT's

 Will come back with answers when's good for a call?

Tomorrow

Fri, Aug 13, 11:55 AM

Eddie Ibanez

What times works ?

 iMessage  



**Thu, Aug 12, 4:15 PM**

Love this / what's cool is we can auto mint any media on the platform with an upload

So if we created a zoo YouTube we can auto pull it and make them NFT's

E   Will come back with answers when's good for a call?

Tomorrow

**Fri, Aug 13, 11:55 AM**

What times works ?

Zoom prob best so I can walk through some points.

E   LFG!

**Fri, Aug 13, 1:24 PM**

An hour ?

5:30 EST

Eddie Ibanez

E   Cool.

Eduardo Ibanez is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting

https://us06web.zoom.us/j/2038101111?
pwd=SUZ3RVlkc0FUbERpendLSnBxc2hOUT09

Meeting ID: 203 810 1111

Passcode: 1111

One tap mobile

+19292056099,,2038101111#,,,,*1111# US (New York)

+13126266799,,2038101111#,,,,*1111# US (Chicago)

iMessage




CONFIDENTIAL
PAUL_CZ0000571

To: CryptoZoo

Passcode: 1111

One tap mobile

+19292056099,,2038101111#,,,,*1111# US (New York)

+13126266799,,2038101111#,,,,*1111# US (Chicago)

Dial by your location

+1 929 205 6099 US (New York)

+1 312 626 6799 US (Chicago)

+1 301 715 8592 US (Washington DC)

+1 253 215 8782 US (Tacoma)

+1 346 248 7799 US (Houston)

+1 669 900 6833 US (San Jose)

Meeting ID: 203 810 1111

Passcode: 1111

Find your local number: https://us06web.zoom.us/u/kcKlKNnwyA

Fri, Aug 13, 3:56 PM

Eddie Ibanez

opensea.io 

This is a vertical version

UTILITY FEES
Cost $2.50 to breed (in $Zoo)
Egg expedite $10 (in $Zoo)
Breed expedite $2.50/hr left ($Zoo)
Race Fee 1M $Zoo (we take away $1M)
Name Change ($2.50 in $Zoo)
2.5% transaction fee

Cooldown Resets:
1 day
2 days
5 days
14 days
30 days

iMessage

CONFIDENTIAL

To: CryptoZoo ⓘ

Meeting ID: 203 810 1111

Passcode: 1111

E  Find your local number: https://us06web.zoom.us/u/kcKlKNnwyA

Fri, Aug 13, 3:56 PM

Eddie Ibanez

opensea.io 

E  This is a vertical version

👍

UTILITY FEES
Cost $2.50 to breed (in $Zoo)
Egg expedite $10 (in $Zoo)
Breed expedite $2.50/hr left ($Zoo)
Race Fee 1M $Zoo (we take away $1M)
Name Change ($2.50 in $Zoo)
2.5% transaction fee

Cooldown Resets:
1 day
2 days
5 days
14 days
30 days
60 days
90 days
180 days
360 days

Sat, Aug 14, 3:44 AM

Eddie Ibanez

E  Also another future idea is a video drop. It all works the same animal NFT image or animal NFT video.

Sat, Aug 14, 9:21 AM

Hmmmm

Sat, Aug 14, 11:02 AM

Eddie Ibanez



   iMessage   

CONFIDENTIAL



**Eddie Ibanez**


Also another future idea is a video drop. It all works the same animal NFT image or animal NFT video.

Sat, Aug 14, 9:21 AM

Hmmmm

Sat, Aug 14, 11:02 AM



 In nyc

Wow

**Eddie Ibanez**


Lawyers know about it we're ok etc... I didn't know it won a Sundance award lol.

  iMessage  

CONFIDENTIAL

PAUL_CZ00005074





**E** In nyc

Wow

Eddie Ibanez

**E** Lawyers know about it we're ok etc... I didn't know it won a Sundance award lol.

Jeff Levin

 Ha

Sat, Aug 14, 3:39 PM

Eddie Ibanez

**E** LFG!!!!

Sun, Aug 15, 11:29 AM

Eddie still feeling good about September 1?

Eddie Ibanez

On Dev yes.

**E** Marketing I'm trusting you.

Jake Crypto King

**JC** Absolutely love to hear it. Marketing wise all the NFT Crytpo traders are so hyped about this. Obviously we will sell out immediately, and any push marketing wise from Logan will take this mainstream 

I think we should get the telegram community poppin. All these launches have their telegram going

Jake Crypto King

**JC** Ours has been set up for a while now, already have the admin monitoring it, just haven't pushed via socials because we were in a "waiting period."

What's he gonnA do exactly

 iMessage



**Jake Crypto King**


Ours has been set up for a while now, already have the admin monitoring it, just haven't pushed via socials because we were in a "waiting period."

What's he gonnA do exactly

**Jake Crypto King**
Field questions. 1000x a day people are going to ask what happens if we combine animal x and y, what yields are produced, how do we find the yield, how do u get back to the market, any dumb question and some smart ones get funneled to 1 channel. Telegram.



Once we r live he will be the hardest worker on the team because they'll be people 24hrs a day bombarding the telegram with an array of questions.


Okay and he's well versed on the answers ?

**Eddie Ibanez**
(Side note: Ofir I think also is helping on this. I don't want to duplicate efforts. I'll leave this part of the business to you two.)

And how do we start building hype for launch in the telegram? These mints that I've been a part of, they do a great job of getting the community excited for the launch in the telegram

**2 Replies**

**Jake Crypto King**
He's been given all our info up to date (Dani and I have kept him up to date). He even helped design the twitter background stuff. I haven't added him to this group chat because I didn't want to expose some private phone numbers and figured Dani and I could provide him materials. If u prefer I can add him here.



**Eddie Ibanez**
What's an example ? What jobs did with Apple was cool. He held quarterly sessions in a college classroom and that turned into the Apple
Conferences.



And how do we start building hype for launch in the telegram? These mints that I've been a part of, they do a great job of getting the community excited for the launch in the telegram

**2 Replies**

**Jake Crypto King**
We have to announce it.

 iMessage  

CONFIDENTIAL

**To:** CryptoZoo 

JC  added him to this group chat because I didn't want to expose some private phone numbers and figured Dani and I could provide him materials. If u prefer I can add him here.

Eddie Ibanez

E  What's an example ? What jobs did with Apple was cool. He held quarterly sessions in a college classroom and that turned into the Apple
Conferences.

And how do we start building hype for launch in the telegram? These mints that I've been a part of, they do a great job of getting the community excited for the launch in the telegram

**2 Replies**

Jake Crypto King

JC  We have to announce it.

JC  Once we announce the mint, those buying eggs, the team, the platform, hype and FOMO go nuts. Right now no one knows wtf we r doing. The minute that changes a flood come in.

Jake Crypto King

JC  We've been quiet and stealth til we were confirmed we could "push." If we can announce the egg sale and the concept, socials and FOMO happen immediately.

I think we planning on September 1 egg sale

Jake Crypto King

JC  Side note, the last NFT drop I did, had a presale. Of the NFTs and those sold out and for 20% less than normal price to incentivize every buyers. It also got the influencers involved at ground floor. If we want we can allocate 5k eggs for the presale ONLY can be purchased in ZOO if we want to drive zoo demand. Or purchase any method but 5k allocated to presale may let friends and family and influencers scoop eggs before public, even if we announce publicly.

JC  If we r doing egg sale sept 1, we should be announcing it a few days prior to a week so people can get excited along with the rules (3/5 per wallet, ability to buy in 3 methods, etc).

Eddie Ibanez

E  Jake how long is a good lead up- I agree like the telegrams should be pop'ing and all.

Jake Crypto King

  iMessage  

To: CryptoZoo    

**Eddie Ibanez**

Jake how long is a good lead up- I agree like the telegrams should be pop'ing and all.

**Jake Crypto King**

3 days before to 1 week.

**Eddie Ibanez**

Cool

**Jake Crypto King**

I'll get my guys to blow it out on crupto twitter

That way all of crypto people are aware and pumped. Spreading the news for us before we even go live without it being paid promo.

(But when we announce that egg sale occurs sept 1, we should have as many details as we can in that announcement including a landing page for people to go to)

Absolutely

I want that page to be fucking SLEEEEK

**Eddie Ibanez**

Which one?

**Eddie Ibanez**



**CryptoZoo**
cryptozoo.co

iMessage



**CryptoZoo**
cryptozoo.co

When should we start running - the google ads etc? & driving traffic to socials?

Also **Jake** should we list on coin marketcap prior to any promotion?

We're on coin-gecko.

https://www.coingecko.com/en/coins/cryptozoo

Should we get the logo on Pancakeswap swap prior to launch also?

> Yeah absolutely. Logo is good

> And yeah that landing page. I'm talking about for pre-sale too. Like when people go to reserve their eggs I want the page to look amazing

> Tbh I think I'm gonna talk about that landing page

**Eddie Ibanez**

That post was fire on animals already in the telegram

> On IMPAULSIVE. Like briefly mention. So some People might find and join the telegram

> Telegram better than discord ?

**Jake Crypto King**

The ZOO address on the landing page saying "save 20% on eggs if ZOO used" with the address would also drive volume for ZOO tremendously. And yes I think the second we announce the sale we list on CMC, or even now as we know the date we go live.

> I think 10% discount

> Yeah Eddie maybe we put a
>
> "use $Zoo for a 10% discount on Base Egg pre-sale"

> On the site

**Eddie Ibanez**



iMessage

To: CryptoZoo 

On the site



Where would you like it ? On this one or you want me to get a new draft of pre-sale page?

That one

Also can you ask your team what font style the CRYPTOZOO is



On that egg

Eddie Ibanez

ropa sans

It's a google font

 iMessage  

CONFIDENTIAL



draft of pre-sale page?

That one

Also can you ask your team what font style the CRYPTOZOO is

👍

On that egg

**Eddie Ibanez**

ropa sans

It's a google font



RopaSans-Italic.ttf



RopaSans-Regular.ttf

Fire

**Eddie Ibanez**



cz-egg (1).fig

This is the sigma file (if you r your designer have sigma installed of the egg itself)

Can you email these to me?

**Eddie Ibanez**

Yeah

iMessage

CONFIDENTIAL

PAUL_CZ0000081



This is the sigma file (if you / your designer have sigma installed or the egg itself)

Can you email these to me?

**Eddie Ibanez**
Yeah

**Eddie Ibanez**
Done

Also in the egg on that page may or may not be embedded stenographically with series of clues that ultimately lead to the pass-phrase of a wallet with 100bnb...not sure.

▶ |||||||||||||||||||||||||||||||||    00:17

No I think under the contract address

kinda tiny not over the top

**Eddie Ibanez**



**CryptoZoo**
cryptozoo.co

Lmk what you think about that.

**Jake Crypto King**
I'd move it up 20%

iMessage

 

cryptozoo.co

E  Lmk what you think about that.

Jake Crypto King

JC  I'd move it up 20%



Id put it under the "coming Sept 1" or directly under the address and make sure to say "available on pancake swap" we don't want a token ripping us off on another network with same dress

JC  Address*

Eddie Ibanez

E  Check now

Jake Crypto King

JC  Pre-sale via pancake swap.

Jake Crypto King

iMessage



**JC** Id put it under the "coming Sept 1" or directly under the address and make sure to say "available on pancake swap" we don't want a token ripping us off on another network with same dress

**JC** Address*

Eddie Ibanez

**E** Check now

Jake Crypto King

**JC** Pre-sale via pancake swap.

Jake Crypto King

**JC** We need to delineate somehow zoo is bsc or someone will clone it on eos or something

**1 Reply**

Jake Crypto King

**JC** But position is better IMO

Eddie Ibanez

**E** Yup - That's the only change I made - waiting on LP to chime in on copy.

**JC** We need to delineate somehow zoo is bsc or someone will clone it on eos or something

Eddie Ibanez

**E** This is a very good point - that's one option. Are there other options like if we actually minted something on Brocks EOS ahead of time and these other chains?

Like do we need an ETH presence now?

He's right actually

Great point

iMessage

Great point

It's a little crowded right now

Let's make it smaller

Needs to look cleaner

**Jake Crypto King**
JC It's insanely crowded right now but wrapping tokens and sending em over will make it so no one else can take the address

K so 2 things (I think)

1. Check the site for the updated changes.

2. Do we want to set up those pools and wraps now?

E 2. Cont'd: on those other exchanges.

$zoo really only avail on pancake swap? Any other precautions there ?

5 Replies

Gonna drive some light traffic here on Tuesday

$zoo really only avail on pancake swap? Any other precautions there ?

5 Replies

**Eddie Ibanez**

E I can buy it on any BSC swap like poocoin - etc so it's available on more than that yes. I can take out the only. Should I say only on BSC instead?

**Jeff Levin**
Once we launch Jake said it will be on another platform

Jake what you think?

$zoo really only avail on pancake swap? Any other precautions there ?

5 Replies

**Eddie Ibanez**

E Or do we wrap it now and keep the address for good?

 iMessage  

CONFIDENTIAL

To: CryptoZoo 

**Jeff Levin**

Once we launch Jake said it will be on another platform

> Jake what you think?

> $zoo really only avail on pancake swap? Any other precautions there ?

**5 Replies**

**Eddie Ibanez**

Or do we wrap it now and keep the address for good?

**Jake Crypto King**

100% allude to it being on BSC. I just said pancake cause that's where most know how to trade.

I'd say wrap literally 100 so the address is locked, but allude to it being BSC based for the token due to fees.

**Jake Crypto King**

I'm on the beach and my stupid texts won't send I'm sorry.

> $zoo really only avail on pancake swap? Any other precautions there ?

**5 Replies**

**Eddie Ibanez**

Changed it to say available only on BSC vs Pancakeswap. For time being. Lmk if you want it changed.

> Let's remove "only

**Eddie Ibanez**

K

Done

Should we put the white paper up?

> Why

**Eddie Ibanez**

iMessage

CONFIDENTIAL

**To:** CryptoZoo                                         

JC  I'm on the beach and my stupid texts won't send I'm sorry.

$zoo really only avail on pancake swap? Any other precautions there ?

5 Replies

Eddie Ibanez

E  Changed it to say available only on BSC vs Pancakeswap. For time being. Lmk if you want it changed.

Let's remove "only

Eddie Ibanez

K

E  Done

E  Should we put the white paper up?

Why

Eddie Ibanez

E  Legitimacy really. But it does give up a lot of info if you want to keep Mystique at this phase.

👍

Yeah keep secret

Eddie Ibanez



Changes I still have:

- Taking off the word base on base eggs.

- Changing "hatching" to "minting"

- removing black bar at top when of animal screen after an egg is hatched.

- Amongst a longer list. But I think it's looking sexy.

  iMessage  

CONFIDENTIAL                                                    PAUL_CZ00005087

To: CryptoZoo

– Taking off the word base on base eggs.

– Changing "hatching" to "minting"

– removing black bar at top when of animal screen after an egg is hatched.

– Amongst a longer list. But I think it's looking sexy.

E   – adding in the new cool down periods we went over on Friday and the new "fee's" we're charging.

Wait the vid is blurry is it possible to send again

It's long that's why

Eddie Ibanez

E   Ah – I'll upload it to google or something and send a link.

Okay fire

Eddie Ibanez

E   RPReplay_Final1629064784.mp4 
drive.google.com

E   Was that better?

**Jake** you got the

1) coin marketcap listing

2) the icon in Pancakeswap? For our token?

E   Just want to be clear we're a go here also. Tks.

Jake Crypto King

JC   CMC immediate yes the second I get a green light. Pancake swap they said happens when we have more wallets. That's also when they'll let us set up a syrup pool which fixes slippage. Taking care of both but we need to be live with volume for pancake. For CMC we can go live right now if I call.

Eddie Ibanez

**Logan** were on coin gecko I think it's good to get on now have the digital footprint up prior.

 iMessage  

 RPReplay_Final1629064784.mp4
drive.google.com

Was that better?

**Jake** you got the

1) coin marketcap listing

2) the icon in Pancakeswap? For our token?

Just want to be clear we're a go here also. Tks.

Jake Crypto King

CMC immediate yes the second I get a green light. Pancake swap they said happens when we have more wallets. That's also when they'll let us set up a syrup pool which fixes slippage. Taking care of both but we need to be live with volume for pancake. For CMC we can go live right now if I call.

Eddie Ibanez

**Logan** were on coin gecko I think it's good to get on now have the digital footprint up prior.

**Jake** what do you think?

Jake Crypto King

I think we add CMC the minute we announce egg sale. If it's 1 week before sept 1 that's fine with me. But I defer to Logan.

Eddie Ibanez



**Electric Zoo Festival 🐨 (@electriczoony) • Instagram photos and videos**
instagram.com

Is also in September

iMessage

CONFIDENTIAL


E **Jake** what do you think?

JC I think we add CMC the minute we announce egg sale. If it's 1 week before sept 1 that's fine with me. But I defer to Logan.



**Electric Zoo Festival 🦝 (@electriczoony) • Instagram photos and videos**
instagram.com

E Is also in September

Sun, Aug 15, 7:19 PM

 So the first mention of Cryptozoo will be on my podcast on Tuesday

And I mentioned <u>CryptoZoo.co</u>

So like that will get traffic

Jeff Levin
 Oh shit

And should kick things off

So let's have it all buttoned up by then

Jeff Levin
 Jake we should list on CMC Monday?

**2 Replies**

iMessage

CONFIDENTIAL

And should kick things off

So let's have it all buttoned up by then

Jeff Levin



Jake we should list on CMC Monday?

2 Replies

- Don't need to remove "base" on base eggs. I actually like it there. I meant when the egg is being minted, instead of it saying "base" on the top just will take it off (so a "minting egg" will just have "minting…" on the bottom — don't forget the triple period) Which you may have already known that's what I meant. So maybe ignore this IDK

- Question on the "minting" phase… is it possible to have this as a spinning egg instead of a still? I have the video of it spinning. Might add a cool factor to the game. The stationary one is a bit stale

- After an egg mints, let's have it say READY instead of HATCH or REVEAL

- Also just want to make sure that animation is correct. Heads up im going to be a stickler about this — like def can't have the pug popping up before the animation is finished

- You see how in the "Breedable Animals" section, the elephant and the panda are cut off at the bottom? Can we change this so we can still admire the art without the formatting of the BREED thing fucking it up? Pug gets cut off a bit too

- Still also gonna be a stickler about the text on the images. it should be uniform, from the animal name, to the rarity, to the date born. And we were gonna lower it too?

- I think we still need different font for the "ZOO" up top

- Quest

3 Replies

Notes on the video Eddie ^

Aaron Jacobson

Rarity classification for hybrids is set using the logic you laid out Logan. But different boost/yield combos result in hybrids having about 20 diff yield values.

Could be confusing for users trying to figure out why some Rare animals yield is 1000 and other Rare animals yield is 16650.

iMessage



- Also just want to make sure that animation is correct. Heads up im going to be a stickler about this — like def can't have the pug popping up before the animation is finished

- You see how in the "Breedable Animals" section, the elephant and the panda are cut off at the bottom? Can we change this so we can still admire the art without the formatting of the BREED thing fucking it up? Pug gets cut off a bit too

- Still also gonna be a stickler about the text on the images. it should be uniform, from the animal name, to the rarity, to the date born. And we were gonna lower it too?

- I think we still need different font for the "ZOO" up top

- Quest

3 Replies



Notes on the video Eddie ^

Aaron Jacobson

Rarity classification for hybrids is set using the logic you laid out Logan. But different boost/yield combos result in hybrids having about 20 diff yield values.

Could be confusing for users trying to figure out why some Rare animals yield is 1000 and other Rare animals yield is 16650.

Here's a list. I added numbers at the end of each rarity name as a label. Thoughts on a way to make this easier for users to understand?

| Hybrid | Yield | Needs rarity name | Proposed yield |
|--------|-------|-------------------|----------------|
| C | 100 | Common-1 | 100 |
| U | 200 | Uncommon-1 | 200 |
| R | 500 | Rare-1 | 500 |
| SR | 1000 | Super Rare-1 | 1000 |
| E | 1500 | Epic-1 | 1500 |
| C/C | 120 | Common-2 | 120 |
| C/U | 320 | Uncommon-2 | 320 |
| C/R | 1050 | Uncommon-4 | 1050 |
| C/SR | 6100 | Rare-4 | 6100 |
| C/E | 16650 | Rare-6 | 16650 |
| U/U | 400 | Uncommon-3 | 400 |
| U/R | 1250 | Rare-2 | 1250 |
| U/SR | 6500 | Rare-5 | 6500 |
| U/E | 17250 | Super Rare-4 | 17250 |
| R/R | 1500 | Rare-3 | 1500 |
| R/SR | 7000 | Super Rare-2 | 7000 |

iMessage

Here's a list. I added numbers at the end of each rarity name as a label. Thoughts on a way to make this easier for users to understand?

| Hybrid | Yield | Needs rarity name | Proposed yield |
|--------|-------|-------------------|----------------|
| C | 100 | Common-1 | 100 |
| U | 200 | Uncommon-1 | 200 |
| R | 500 | Rare-1 | 500 |
| SR | 1000 | Super Rare-1 | 1000 |
| E | 1500 | Epic-1 | 1500 |
| C/C | 120 | Common-2 | 120 |
| C/U | 320 | Uncommon-2 | 320 |
| C/R | 1050 | Uncommon-4 | 1050 |
| C/SR | 6100 | Rare-4 | 6100 |
| C/E | 16650 | Rare-6 | 16650 |
| U/U | 400 | Uncommon-3 | 400 |
| U/R | 1250 | Rare-2 | 1250 |
| U/SR | 6500 | Rare-5 | 6500 |
| U/E | 17250 | Super Rare-4 | 17250 |
| R/R | 1500 | Rare-3 | 1500 |
| R/SR | 7000 | Super Rare-2 | 7000 |
| R/E | 18000 | Super Rare-5 | 18000 |
| SR/SR | 11000 | Super Rare-3 | 11000 |
| SR/E | 24000 | Epic-2 | 24000 |
| E/E | 31500 | Epic-3 | 31500 |
| Logan Special | - | Rare-5 | 6500 |
| Logan Special | - | Super Rare-5 | 18000 |
| Logan Special | - | Epic-3 | 31500 |
| Logan Special | - | Legendary-1 | 47000 |
| Logan Special | - | Mythical-1 | 64500 |



 The "Logan Special" would be the special hybrids you identified

 Nice, the surprise of a high yield hybrid will be cool. Are you good with those yields for mythical and legendary?

 Yeah do they fit the math?

Sun, Aug 15, 11:55 PM

 Jake we should list on CMC Monday?

**2 Replies**

Jake Crypto King

 If Logan's mentioning on podcast Tuesday I say we list Monday or Sunday cause after listing it takes 24 hrs to populate the chart.

Jake Crypto King

When people instantly go looking at the website they'll want to buy

iMessage  

CONFIDENTIAL



| Logan Special | - | Epic-3 | 31500 |
| Logan Special | - | Legendary-1 | 47000 |
| Logan Special | - | Mythical-1 | 64500 |



**AJ** The "Logan Special" would be the special hybrids you identified

**AJ** Nice, the surprise of a high yield hybrid will be cool. Are you good with those yields for mythical and legendary?

👍

Yeah do they fit the math?

Sun, Aug 15, 11:55 PM

Jake we should list on CMC Monday?

**2 Replies**

Jake Crypto King

**JC** If Logan's mentioning on podcast Tuesday I say we list Monday or Sunday cause after listing it takes 24 hrs to populate the chart.

Jake Crypto King

**JC** When people instantly go looking at the website they'll want to buy eggs or tokens. Given eggs aren't available they'll flock to tokens, we want CMC to show them proper metrics.

**JC** "Use $ZOO for a 10% discount on 1 of 10,000 eggs. Available on BSC!" ^my opinion for landing page changes. They aren't saving 10% on presale eggs they r just saving 10% by using ZOO.

Mon, Aug 16, 1:51 AM

Jake we should list on CMC Monday?

**2 Replies**

Eddie Ibanez

**E** Let's gooo! I would love the token image on pancakeswap... whenever we can.



- Don't need to remove "base" on base eggs. I actually like it there. I meant when the egg is being minted, instead of it saying "base" on the top just take it off (so a "minting egg" will just have "minting..." on the bottom — don't forget the triple period)...

**3 Replies**

Eddie Ibanez

 iMessage  

**To:** CryptoZoo 

JC  want CMC to show them proper metrics.

JC  "Use $ZOO for a 10% discount on 1 of 10,000 eggs. Available on BSC!" 
^my opinion for landing page changes. They aren't saving 10% on presale eggs they r just saving 10% by using ZOO.

Mon, Aug 16, 1:51 AM

 Jake we should list on CMC Monday?

**2 Replies**

Eddie Ibanez

E  Let's gooo! I would love the token image on pancakeswap... whenever we can. 

- Don't need to remove "base" on base eggs. I actually like it there. I meant when the egg is being minted, instead of it saying "base" on the top just take it off (so a "minting egg" will just have "minting…" on the bottom — don't forget the triple period)...

**3 Replies**

Eddie Ibanez

Sure, send the video of the animation for the egg minting. Let's try it.

E  I got you on the rest of the points.

For the ZOO don't want to try the RomaSans font that's on the egg?

Mon, Aug 16, 6:47 AM

Aaron Jacobson

Do you like any of these better?:



  iMessage 



**E** Let's gooo! I would love the token image on pancakeswap... whenever we can.

Don't need to remove "base" on base eggs. I actually like it there. I meant saying "base" on the top just take it off so a the bottom — don't forget the triple period)...

**3 Replies**

Sure, send the video of the animation for the egg minting. Let's try it.

I got you on the rest of the points.

**E** For the ZOO don't want to try the RomaSans font that's on the egg?

Mon, Aug 16, 6:47 AM

Aaron Jacobson

Do you like any of these better?:



**AJ**


 





To: CryptoZoo

AJ

Mon, Aug 16, 8:40 AM

Eddie Ibanez

E: Lawyers want me to add a link to this this to the site also. Like at the bottom'.

© CryptoZoo. All rights reserved.
End User License Agreement

DOCX
FILE_8413.docx

When you click it would go there.

iMessage

 


To: CryptoZoo

© CryptoZoo. All rights reserved.
End User License Agreement


FILE_8413.docx

When you click it would go there.


Cryprtozoo EULA.docx

Aaron Jacobson

Yeah that's standard. I've had to do that before.

You can either have a landing page for the EULA or just link directly to a pdf of the doc

Eddie Ibanez

Cool yeah.  just make sure you like where I put it  ;)

Mon, Aug 16, 10:43 AM

Jake Crypto King

Can I call my CMC guy and say please list? **Logan** are u for sure discussing tomorrow cause we can list today if that's the case.

Eddie Ibanez



Aaron Jacobson

Yeah that's standard. I've had to do that before.

You can either have a landing page for the EULA or just link directly to a pdf of the doc

Eddie Ibanez

Cool yeah.  just make sure you like where I put it  ;)

Mon, Aug 16, 10:43 AM

Jake Crypto King

Can I call my CMC guy and say please list? **Logan** are u for sure discussing tomorrow cause we can list today if that's the case.



Eddie Ibanez







iMessage

CONFIDENTIAL

PAUL_CZ0000S099



$0.00001622      24H Range      $0.00002930

Market Cap ⓘ      ?

E    Up 80% today. Small numbers so it's meaningless.

Jake Crypto King

JC    Small numbers sure but market cap moved 100% in 24hrs prior to Logan mentioning or the CMC listing. This is very good news.

Jesus

Eddie Ibanez

E    Damn Logan I guess you do know something about social media ;) that was like 3 posts lol.

Jake Crypto King

JC    It means we will be able to move the market cap to 300mil-1bil literally imminently with "noise" via advertising and organic exposure as people FOMO into zoo eggs.

Sorry catching up on all this sec



iMessage

  

Jake Crypto King

It means we will be able to move the market cap to 300mil-1bil literally imminently with "noise" via advertising and organic exposure as people FOMO into zoo eggs.

Sorry catching up on all this sec



Eddie here is spinning matrix egg

**2 Replies**

Jake Crypto King



CONFIDENTIAL

To: CryptoZoo



Jake Crypto King



JC  Everyone meet my new license plate:

Eddie Ibanez

E  Hah!

Eddie here is spinning matrix egg

2 Replies

Eddie Ibanez



   iMessage   



Eddie here is spinning matrix egg

**2 Replies**



This is amazing.

Yeah it's good for loading minting egg

**3 Replies**

Interactive

Eddie here is spinning matrix egg

**2 Replies**

Jake Crypto King

Stunning

Jake Crypto King

Can I ask my buddy to list zoo on CMC today? If ur announcing it

iMessage




PAUL_CZ00005103



E  This is amazing.

Yeah it's good for loading minting egg

3 Replies

Interactive

Eddie here is spinning matrix egg

2 Replies

Jake Crypto King

JC  Stunning

Jake Crypto King

JC  Can I ask my buddy to list zoo on CMC today? If ur announcing it tomorrow listing today is a good idea.

100%

Need some
Quick info on the following animals:

Name,
Yield,
Rarity

Yeah it's good for loading minting egg

3 Replies

Eddie Ibanez

 00:37

iMessage

CONFIDENTIAL



Yeah it's good for loading minting egg

**3 Replies**

Eddie Ibanez



00:37









1 Reply





iMessage







**1 Reply**



**1 Reply**



 
 





1 Reply



1 Reply

iMessage



1 Reply



2 Replies

Yeah I've already seen that video

Same notes from last night

2 Replies

Yeah it's good for loading minting egg

3 Replies

Jake Crypto King

This is really impressive.

 iMessage  



Same notes from last night

**2 Replies**

Yeah it's good for loading minting egg

**3 Replies**

Jake Crypto King

JC   This is really impressive.

Same notes from last night

**2 Replies**

Eddie Ibanez

E    00:20



Aaron Jacobson

AJ   Pandacat - 47,000 - Legendary



Aaron Jacobson

AJ   Duckpug - 320 - Uncommon



 iMessage

CONFIDENTIAL                                                                                           PAUL_CZ0000110

Aaron Jacobson

Duckpug - 320 - Uncommon



Aaron Jacobson

Penguin Shark - 18,000 - Super Rare

 Fantastic. And these are daily yields ?



**2 Replies**

Aaron Jacobson

This is an example of an image not on the server. Eddie, we need to do an audit to make sure all images are there.

Name? - 1,050 - Uncommon

Aaron Jacobson

Yes, daily

Got it

 Yeah see that's something we need to go over

That's why I wanted to

Aaron Jacobson

There are 254 images on the server. How many total should there be?

woaaaaahhhhhhh

 uhhhhh like 500 😂



Got it

 Yeah see that's something we need to go over

That's why I wanted to

Aaron Jacobson

There are 254 images on the server. How many total should there be?

woaaaaahhhhhhh



uhhhhh like 500 😂

Shitttt



2 Replies

Eddie Ibanez

Agreed. Meaning it's not on the page of all the images we have.

So let's look at them 1-1. Images from the drive & name sheet VS that are on the server.

Was it in the yield calc?

uhhh

what

What page? Should have grabbed all Images from the google
Drive 9:16 FINAL

All the images are

Eddie Ibanez

Let me check quick - we had Dani & John look over each one.

It's a Butterflyaphant - Epic - 31,500. We have this pegged as the same yield as the Elephantterfly.

@Dani/Chief Zookeeper. Do you have some time to join me on a call and let's have a once over on zoom on all these.

  iMessage

To: CryptoZoo 

 It's a Butterflyaphant - Epic - 31,500. We have this pegged as the same yield as the Elephantterfly.

@Dani/Chief Zookeeper. Do you have some time to join me on a call and let's have a once over on zoom on all these.

> Yeah see I'd call that an Elephantterfly

> That's why we gotta go threw and button it all up

Eddie Ibanez

K - no biggie let's all go through them then because in the drive 9:16 final they are named 2 different things - see images:







E · That's from the drive.

Unless I'm looking at the wrong folder. That's from the 9:16 final.

You want to do it all together ? Or would you like to take a cut at the names in the drive? I'm happy to have us all zoom with you etc.

E · But we should do this tonight.

   iMessage

CONFIDENTIAL

You want to do it all together ? Or would you like to take a cut at the names in the drive? I'm happy to have us all zoom with you etc.

But we should do this tonight.

Do it all together

1 Reply

Cuz yeah this



Is actually called a Pugling

Do it all together

Eddie Ibanez

What time works?

iMessage



Is actually called a Pugling

Do it all together

**Eddie Ibanez**
What time works?

5:30p?

**Eddie Ibanez**
I'm game.

**Eddie Ibanez**
I can also do 8:30pm -

**Eddie Ibanez**
Does 8:30 work? It's probably better timing for me. **Aaron** what time can you make

**Eddie Ibanez**
Can we do 8:30 ?

shit I think we have dinner then

I'm more free tomorrow

**Eddie Ibanez**
Ok - let's do tomorrow and what I can do tonight with Aaron is go through them all so it's easy to edit when we get you on tomorrow.

**Eddie Ibanez**
What time tomorrow ?

Fantastic

3p?

**Eddie Ibanez**
Done.

iMessage

Eddie Ibanez

Ok - let's do tomorrow and what I can do tonight with Aaron is go through them all so it's easy to edit when we get you on tomorrow.

What time tomorrow ?

Fantastic

3p?

Eddie Ibanez

Done.

3pm tomorrow.

Tha js

*thanks

Let's get it

Wait shit can do we 4p?

Eddie Ibanez

Yes.

Fantastic

Eddie Ibanez

Sent invite - here's a link also.

Eddie Ibanez

Join our Cloud HD Video Meeting
us06web.zoom.us

1 Reply

Fire

Eddie Ibanez

LFG!!

Same notes from last night

2 Replies

Eddie Ibanez

Logan

iMessage



Eddie Ibanez

**LFG!!**

Same notes from last night

2 Replies

Eddie Ibanez

**Logan**

I want to make sure I have this flow down. In the video I have the blue egg coming up after you buy an egg in the confirming stage. After this it turns into the base egg image. Here is my understanding of when to use the spinning translucent egg video you provided.

In the minting stage I had the base egg image stay, and it kind of moved around.

In this minting stage did you want me to also use turning blue egg translucent video. So the base egg would turn into that translucent egg and say minting. Then turn back when it's Ready?

I'm questioning only to understand and make sure I get it right. Tks.

I can also do a quick call on this if it's easier to chat it out at 5:30.

Mon, Aug 16, 3:40 PM

Jake Crypto King

CMC says they'll have it added tonight. It'll have the graph fully functional by tomorrow with data populated. 💯



Eddie Ibanez

Jake - which Axie Infinity is on Coinbase? Is it the wrap?

I'm friendly with CB and Axie is now listed on Coinbase.

1 Reply

What is "buy an egg in the confirming stage"

No I think when you go to hatch your egg, it says "MINTING…" with the spinning blue matrix

Then when it's ready, have it say READY

When you buy an egg I don't think it needs an animation or anything, it'll just show up when you get it

Eddie Ibanez

iMessage

What is "buy an egg in the confirming stage"

No I think when you go to hatch your egg, it says "MINTING…" with the spinning blue matrix

Then when it's ready, have it say READY

👍

When you buy an egg I don't think it needs an animation or anything, it'll just show up when you get it

**Eddie Ibanez**

Ok - then when you purchase an egg there's a moment where the purchase has to confirm over the mining network & there is a gap from when you buy an egg to when you're base egg appears - this is the step right before the minting process.

1 Reply

Jake - which Axie Infinity is on Coinbase? Is it the wrap? I'm friendly with CB and Axie is now listed on Coinbase.

**Jake Crypto King**

Their normal AXS token.

**Jake Crypto King**

Not wrapped.

**Eddie Ibanez**

So the BSC one ?

**Jake Crypto King**

AXS was originally an Erc20 token because they sold their token 6 months before their game went live. Then they wrapped their token so it could be traded on pancake swap (BSC) among others. However, it's "normally" on the eth blockchain before it was bridged to different chains. Mainly because when they did their token sale it was almost 2 years ago and all ICOs were on eth, no one even expected them to finish game play and when they did the token 4xed the day the game went live.

Ok - then when you purchase an egg there's a moment where the purchase has to confirm over the mining network & there is a gap from when you buy an egg to when you're base egg appears - this is the step right before the minting process.

Yeah I'm saying we don't need an animation for this. If your egg mints

iMessage



E  Ok - then when you purchase an egg there's a moment where the purchase has to confirm over the mining network & there is a gap from when you buy an egg to when you're base egg appears - this is the step right before the minting process.

Yeah I'm saying we don't need an animation for this. If your egg mints successfully it appears, if not, you get an error message

Eddie Ibanez

Understood

E  Tks

are we making a mistake by limiting to BSC

Jake Crypto King

JC  If we have credit card options we have provided far more resources than other NFTs. Plus anyone who can use metamask for eth can use metamask for BSC or trust wallet for BSC. IMO we've provided far more options than most for purchase ability.

JC  Not limiting by any means. If it was eth transactions would still cost $5-20 per hatch per move which is impossible (in gas).



Yeah but how can they get the resources to purchase $zoo without BSC



iMessage



To: CryptoZoo

**Jake Crypto King**

If we have credit card options we have provided far more resources than other NFTs. Plus anyone who can use metamask for eth can use metamask for BSC or trust wallet for BSC. IMO we've provided far more options than most for purchase ability.

Not limiting by any means. If it was eth transactions would still cost $5-20 per hatch per move which is impossible (in gas).

Yeah but how can they get the resources to purchase $zoo without BSC



How can we get the other stuff (token ID, link to telegram, Instagram, Twitter, etc.) on desktop

**Eddie Ibanez**

It's om desktop for me what's your resolution and browser type I can KO it

iMessage



How can we get the other stuff (token ID, link to telegram, Instagram, Twitter, etc.) on desktop

**Eddie Ibanez**

It's om desktop for me what's your resolution and browser type I can KO it

google chrome

Maybe I got cached

Nah it's not on safari either

**1 Reply**

**Dani (assistant)**

Heads up: I'll be on a flight tomorrow during the call But I can likely purchase wifi to be available for texts throughout

**Eddie Ibanez**

I think we made a good choice for the game - save the people fee's & we need to be upfront with the people as to that's why we did it - my gut says we need it on ETH ASAP.

Nah it's not on safari either

**Eddie Ibanez**

Got it

**Eddie Ibanez**

Anything else Logan?

E  I'll make the change here in a few moments.

iMessage

To: CryptoZoo 

Maybe I got cached

Nah it's not on safari either

**1 Reply**

Dani (assistant)



Heads up: I'll be on a flight tomorrow during the call But I can likely purchase wifi to be available for texts throughout

Eddie Ibanez

I think we made a good choice for the game - save the people fee's & we need to be upfront with the people as to that's why we did it - my gut says we need it on ETH ASAP.

Nah it's not on safari either

Eddie Ibanez

Got it

Eddie Ibanez

Anything else Logan?

I'll make the change here in a few moments.

Mon, Aug 16, 6:57 PM

👍

That's all I got

Mon, Aug 16, 11:03 PM

Jake Crypto King

❤️





iMessage

That's all I got

Mon, Aug 16, 11:03 PM

**Jake Crypto King**



**CryptoZoo price today, ZOO live marketcap, chart, and info**
coinmarketcap.com

**Eddie Ibanez**

I saw

Nice

**Jake Crypto King**

As promised the homie took care of it today 🙏🙌. Now when we discuss the egg sale in coming days people can see it on the "real" site to check prices.

I need a copy of the most updated white paper for our telegram admin to be 100% up to date for questions.

**Eddie Ibanez**

**Aaron** & co. Will shoot it to you as he was making changes to it based off of our last meet. But we aren't sharing rarities or anything yet etc.

**1 Reply**

Get that to Jake. Telegram needs to be live & ready tomorrow AND the desktop version of the site. The plug I did on IMPAULSIVE Will get people invested and tomorrow marks the official beginning of our campaign and project. Let's do the damn thing

**Jake Crypto King**

iMessage



**Jake Crypto King**

As promised the homie took care of it today 🙏🙌. Now when we discuss the egg sale in coming days people can see it on the "real" site to check prices.



I need a copy of the most updated white paper for our telegram admin to be 100% up to date for questions.

**Eddie Ibanez**

**Aaron** & co. Will shoot it to you as he was making changes to it based off of our last meet. But we aren't sharing rarities or anything yet etc.

**1 Reply**

Get that to Jake. Telegram needs to be live & ready tomorrow AND the desktop version of the site. The plug I did on IMPAULSIVE Will get people invested and tomorrow marks the official beginning of our campaign and project. Let's do the damn thing

**Jake Crypto King**

This is our telegram link it should be on the website so traffic can be directed somewhere.



When this shit goes crazy. Everyone stay calm. I swear to god just breathe & don't make it a big deal. We just came to make people live out their wildest imaginary dreams

Everything else is a bonus



Yeah Eddie get that on desktop

**Jake Crypto King**

Need the telegram on the desktop






iMessage




CONFIDENTIAL

PAUL_CZ00005125



Jake Crypto King

Need the telegram on the desktop



**CryptoZoo**
t.me

100p

Tue, Aug 17, 1:41 AM

**Aaron** & co. Will shoot it to you as he was making changes to it based off of our last meet. But we aren't sharing rarities or anything yet etc.

Aaron Jacobson



FILE_6727.pdf

Tue, Aug 17, 7:46 AM

Jake Crypto King

Everyone see how on trust wallet price is now populating, that's thanks to CMC. We can all view balance totals now 🙏. Crush it today **Logan**

Eddie Ibanez

Making last changes to site now.

Check it



iMessage

**Aaron Jacobson**



FILE_6727.pdf

Tue, Aug 17, 7:46 AM

**Jake Crypto King**

Everyone see how on trust wallet price is now populating, that's thanks to CMC. We can all view balance totals now 🙏. Crush it today **Logan**

**Eddie Ibanez**

Making last changes to site now.

Check it

**Maybe: maureen mellina**

So the bank said the money has been sent and it is waiting on your bank to deposit. I have the tracing number. They said if you call your bank and give them that number, they will be able to show it in your account. My guess is that it's just taking a little time but will be "visible" on your account in a few hours.  tracing number 022000026489471

Sorry guys- wrong group

Tue, Aug 17, 10:43 AM

Bruh today is a big day

1 Reply

**Eddie Ibanez**

Also metamask made it easy for us, no longer do we need to have users go to browser/pancake swap.

They can swap BNB // Zoo straight in wallet.

Bruh today is a big day

**Eddie Ibanez**

LFG

iMessage

Tue, Aug 17, 10:43 AM

Bruh today is a big day

**1 Reply**

Eddie Ibanez

Also metamask made it easy for us, no longer do we need to have users go to browser/pancake swap.

They can swap BNB // Zoo straight in wallet.

Eddie Ibanez

LFG

Fantastic

Site is good on desktop?

Eddie Ibanez

Check - yes

Tue, Aug 17, 1:03 PM

**Join our Cloud HD Video Meeting**
us06web.zoom.us

Eddie Ibanez

I'm on

gimme 5

Eddie Ibanez

Take 10

Aaron Jacobson

I can't join till 4:30. Want to wait? I have all of the images in one place with formatted names to go through and confirm if you want

iMessage








**Eddie Ibanez**
I'm on

👍

gimme 5

**Eddie Ibanez**
Take 10

**Aaron Jacobson**
I can't join <u>till 4:30</u>. Want to wait? I have all of the images in one place with formatted names to go through and confirm if you want

**Eddie Ibanez**
That works. For me

**Aaron Jacobson**
(All from the drive)

**Eddie Ibanez**
**Logan** <u>4:30</u> cool?

👍

Yes pls

**Aaron Jacobson**
5 min

Take your time

**Dani (assistant)**
Plane is taking off – but Eddie/Aaron let me know after if I need to hop on the phone with y'all later to go over anything.

👍

**Jake Crypto King**
If I need to be on lmk, I'm driving but can listen in and give opinions if requested.

**Aaron Jacobson**
Ok I'm on. I'll post the link here for anyone who wants to join

iMessage

CONFIDENTIAL

Jake Crypto King

 If I need to be on lmk, I'm driving but can listen in and give opinions if requested.

Aaron Jacobson

 Ok I'm on. I'll post the link here for anyone who wants to join



Desktop still not right

Should do that first

Aaron Jacobson

 **Join our Cloud HD Video Meeting**
us06web.zoom.us 

Cuz podcast will go live while we're on

Aaron Jacobson



Desktop still not right

Should do that first

Aaron Jacobson



**Join our Cloud HD Video Meeting**
us06web.zoom.us



Cuz podcast will go live while we're on

Aaron Jacobson

Ok 👍



Also do we want our token logo here

1 Reply

Not the main game logo

Aaron Jacobson

  iMessage   





Also do we want our token logo here

1 Reply

Not the main game logo

**Aaron Jacobson**
AJ Does desktop look right now?



Yessss fantastic

Also do we want our token logo here

**Aaron Jacobson**
AJ Ya that will match the coin logo in the game

Tue, Aug 17, 3:28 PM

Aaron how's it coming

1 Reply

Also we prefer discord or telegram

Aaron how's it coming

**Aaron Jacobson**
AJ Uploading the folder to Google drive, my internet speed is crawling. No wonder the screen share was so bad. I'll share as soon as it's done

okay fire

**Aaron Jacobson**

 iMessage



Aaron Jacobson



Ya that will match the coin logo in the game

Tue, Aug 17, 3:28 PM

Aaron how's it coming

1 Reply

Also we prefer discord or telegram

Aaron how's it coming

Aaron Jacobson



Uploading the folder to Google drive, my internet speed is crawling. No wonder the screen share was so bad. I'll share as soon as it's done

okay fire

Aaron Jacobson



Still uploading but I shared while it's going





iMessage







Eddie Ibanez

That's sick!!! I actually spoke to them & Binance crypto punks today which is why I cut in and out of the calls. I imagine you probably also have a relationship there.

They're interested in collaborating. Like with every shark NFT it gets paired with one of theirs so they get 2 for one. Or any idea. They mentioned a collab drop where sales go to a charity jointly.

They also gave out the idea of doing an NFT drop for a zoo.

Lmk what you want to do I can & set up a joint call.

The WoW was interesting because they're on ETH and would jointly help with a ETH/Zoo wrap if possible.

**1 Reply**

which is why I cut in and out of the calls. I imagine you probably also have a relationship there.

They're interested in collaborating. Like with every shark NFT it gets paired with one of theirs so they get 2 for one. Or any idea. They mentioned a collab drop where sales go to a charity jointly.

They also gave out the idea of doing an NFT drop for a zoo.

Lmk what you want to do I can & set up a joint call.

The WoW was interesting because they're on ETH and would jointly help with a ETH/Zoo wrap if possible.

**1 Reply**

Great news!

You're a genius for getting involved in NFT's ahead of time publicly - will be in a textbook one day.

That's sick!!! I actually spoke to them & Binance crypto punks today which is why I cut in and out of the calls. I imagine you probably also have a relationship there.
They're interested in collaborating. Like with every shark NFT it gets paired with one of...

Huh

I sent that cuz they're talking about Polygon and Binance not avail in Texas

Eddie Ibanez

Or CT oR NY

They were telling me that too - they "think" and pushed back that Binance wasn't in their best interest, but would be willing to collab in a wrap of Eth.

They liked the story why we chose it for the game.

brooooo who are you talking about

Eddie Ibanez

▶ |||||||||||||||||||||||||||||||   00:47

**Play All (5)**

iMessage

To: CryptoZoo

broooooo who are you talking about

Eddie Ibanez

00:47

Play All (5)

Side note **Aaron** we can bypass googles Crypto policy now with Logan's post.

Currently i see this when we type cryptozoo.

E

iMessage

To: CryptoZoo





6.7/10
IMDb

71%
Rotten Tomatoes

79%
Metacritic

Did you like this movie?

In this richly-animated adventure story, zookeepers tasked with
safeguarding mysterious and endangered mythical creatures



8:05

652

adgrim                                    6:30 PM
To: impaulsivepodcast@gmail.com

**CryptoZoo - URGENT**

Hi Logan and team,

Matic chain transaction fees are >$0.0001 per
transaction, this will help your game go viral as it
will open the door to more regular transactions.

BSC fees are still a considerable amount for most
users and Matic can handle more transactions.

A final point, Matic network is more decentralised
than the BSC network.

Please reconsider your choice of network, if you
need any help with it don't hesitate to contact me.

Thanks,
Adam

Sent with ProtonMail Secure Email.

Eddie Ibanez

E  They mentioned Matic as well.

Jake

Eddie Ibanez

But one guy was an investor in matic and said he was naturally biased.

I can set up a call if you'd all like

iMessage


To: CryptoZoo 



Thanks,
Adam

Sent with ProtonMail Secure Email.

**Eddie Ibanez**

**E** They mentioned Matic as well.

Jake

**E** But one guy was an investor in matic and said he was naturally biased.

I can set up a call if you'd all like.

**E** I had a call with him today & I am connected directly with them and will talk to them.

**Aaron Jacobson**

**AJ** Logan, images are finally on drive. It's shared with all the email addresses that were on that call.

Ok fantastic

Jake Crypto King

**JC** There are 1000 chains out there, matic, solana, ethereum, eos, and another 50 we could have built on. Every representative and investor will want our project on their chain because by default us blowing up draws huge attention to their blockchain. We chose BSC for fees, ease of trading and because on top of both those it'll likey come with an almost immediate Binance listing.

People will always want to sell u on why their chain is better. Right now for the style of project we have, the gamified yield generating platform bsc is perfect.

**JC** The bigger focus should not be a new chain or coin, but whom we want to partner and collab with as all project will want to work with ZOO and we need to be selective regarding who we collab with.

Eddie Ibanez

**E** Jake I totally agree - I'm setting up a call with them you game to hop on? If anything just good intel.

 iMessage