# Exhibit A

## Part 6 of 6

**To:** CryptoZoo

bsc is perfect.

**JC** The bigger focus should not be a new chain or coin, but whom we want to partner and collab with as all project will want to work with ZOO and we need to be selective regarding who we collab with.

Eddie Ibanez

**E** Jake I totally agree – I'm setting up a call with them you game to hop on? If anything just good intel.

Jake Crypto King

**JC** What time? Only have about 45 min free before dinner. But have plenty of time later this week. It's a non priority as we r minted, live and trading. If anything it's a down the road possibility. But currently wouldn't make a ton of sense unless needed from the tech side for a reason I'm not understanding.

Eddie Ibanez

**E** Tomorrow ?

Jake Crypto King

**JC** Free anytime u need me after 11am PST

Eddie Ibanez

**E** Will let you know – anyone else welcome. 👍

Tue, Aug 17, 8:53 PM



iMessage

**E** Tomorrow ?

Jake Crypto King

**JC** Free anytime u need me after 11am PST

Eddie Ibanez

**E** Will let you know - anyone else welcome. 👍

Tue, Aug 17, 8:53 PM



👍 uploaded the final named 327 images to the CRYPTO ZOO folder on gdrive

Eddie Ibanez

**E** To token art



iMessage

CONFIDENTIAL



Eddie Ibanez

To token art



And for this one I made one quick fun change, this will be "Hidden Kittorilla," 5% chance you get it, mythical

Tue, Aug 17, 10:33 PM







And for this one I made one quick fun change, this will be "Hidden Kittorilla," 5% chance you get it, mythical

Tue, Aug 17, 10:33 PM





Now live on Blockfolio/FTX

And looking SEXY

**Jake Crypto King**
Only project green let alone up 100%+ 🤝

**Eddie Ibanez**
NO DUMPING UNTIL .0005 at least

No dumping at all

But yeah wait for at least .0005

Before selling

**Jake Crypto King**
We are at $150mil market cap. We 4x minimum.

**Eddie Ibanez**
Let's keep the marketcap up

It will

**Eddie Ibanez**
I want 1bn.. we
Can do it - no short term trading were long term

Eddie in the game: can people bid with any token on BSC? or you can
Only do it with $Zoo?

**Eddie Ibanez**

iMessage



**Eddie Ibanez**

Let's keep the marketcap up

It will

**Eddie Ibanez**

I want 1bn.. we
Can do it – no short term trading were long term

Eddie in the game: can people bid with any token on BSC? or you can Only do it with $Zoo?

**Eddie Ibanez**



Zoo only

**Jake Crypto King**

Zoo = maximum utility. That point should be delivered eloquently this week. Save on eggs, use in game for every possible feature, etc. This price movement is sustained if we provide utility for ZOO. And we have.

**Eddie Ibanez**

Should we message why we're on BSC – to empower the users?

**Jake Crypto King**

Eth gas fees are absurd. People know why, and the positive part is, CZ and Binance are likely to push our project hard as many haven't been "legit." And ours will be above and beyond any standard set.

Wed, Aug 18, 4:14 AM

**Eddie Ibanez**

We need to stake this liquidity pool. I think we can hit a billion mktcap easy & keep it if we do.

Wed, Aug 18, 9:28 AM

**Jake Crypto King**

Agreed ^. But now that we r live I'm going to re engage pancake swap regarding the liquidity pool for farming/staking which will reduce slippage entirely.

Beyond that, the main twitter IMO should be tweet "hints" or some of our beautiful animals 1x a day so people can start getting pumped as we shift from stealth mode to public organic growth.

Got it

iMessage

easy & keep it if we do.

Wed, Aug 18, 9:28 AM

Jake Crypto King

Agreed ^. But now that we r live I'm going to re engage pancake swap regarding the liquidity pool for farming/staking which will reduce slippage entirely.

Beyond that, the main twitter IMO should be tweet "hints" or some of our beautiful animals 1x a day so people can start getting pumped as we shift from stealth mode to public organic growth.

Got it

Jake Crypto King

We should avoid anything "shill or 'TO THe MOON' but similarly it's important for our twitter presence to grow this week while spreading awareness about our animals and even tidbits about what makes our game unique. Congratulations guys and girls, $200mil is a very impressive market cap for a new project. We will still hopefully 10x, but our team created a financial ecosystem valued in the 100s of millions. Everyone should be proud. I'm proud to be part of the team and look forward very much to the next 2 months.

Wed, Aug 18, 10:58 AM



iMessage

CONFIDENTIAL

PAUL_CZ0000145

JC
game unique. Congratulations guys and girls, $200mil is a very impressive market cap for a new project. We will still hopefully 10x, but our team created a financial ecosystem valued in the 100s of millions. Everyone should be proud. I'm proud to be part of the team and look forward very much to the next 2 months.

Wed, Aug 18, 10:58 AM



This is a Litten right? What's yield and rarity ?

Aaron Jacobson
AJ  Super rare 18,000

And def a Litten?

Aaron Jacobson
AJ  Yes
AJ  That's the name in the new folder

  iMessage   



This is a Litten right? What's yield and rarity ?

**Aaron Jacobson**

Super rare 18,000

And def a Litten?

**Aaron Jacobson**

Yes

That's the name in the new folder

Fire

**Eddie Ibanez**

Aaron: is there an updated table with Name, yield and rarity?

**Aaron Jacobson**

Not fully built out yet with the new names. In progress

**Eddie Ibanez**

K

Wed, Aug 18, 12:38 PM

**Jake Crypto King**


People are loving the animals images on twitter, keep rolling those out occasionally ❤️

**Eddie Ibanez**


Got out of meet with Coinbase. They'd want to JV a marketing roll out for us to list & we'd have to list with the SEC & do a wrap.

 iMessage

CONFIDENTIAL

**Eddie Ibanez**
Aaron: is there an updated table with Name, yield and rarity?

**Aaron Jacobson**
Not fully built out yet with the new names. In progress

**Eddie Ibanez**
K

Wed, Aug 18, 12:38 PM

**Jake Crypto King**
People are loving the animals images on twitter, keep rolling those out occasionally ❤️

**Eddie Ibanez**
Got out of meet with Coinbase. They'd want to JV a marketing roll out for us to list & we'd have to list with the SEC & do a wrap.

Got me thinking : perhaps there's a deal we can cut with Binance direct. If we're going to be the largest BInance token they're getting free promotion from us already, let's have them pay us for it and stake our liquidity.

Plays to the idea with Pancakeswap let's get them to pay and stake liquidity.

**Jake Crypto King**
I'll see if my contacts still work at Binance, I've spoken to CZ a few times but we aren't 'close'. They'll likely list and collab with us because of the hype we bring, or we partner with CB for a JV. Either r solid. IMO

**Eddie Ibanez**
Binance would be cool - I think there's $$ for everyone / risk mitigation here if we do.

Coinbase would take forever like 9mo to be all SEC'd up. But it's there.

Wed, Aug 18, 3:12 PM

**Jake Crypto King**
Binance short term is much better exposure as 8 months in crypto is an eternity. Plus a listing of that caliber out the gate will add significant notoriety.

iMessage

Eddie Ibanez

Binance would be cool - I think there's $$ for everyone / risk mitigation here if we do.

Coinbase would take forever like 9mo to be all SEC'd up. But it's there.

Wed, Aug 18, 3:12 PM

Jake Crypto King

Binance short term is much better exposure as 8 months in crypto is an eternity. Plus a listing of that caliber out the gate will add significant notoriety.

Wed, Aug 18, 6:22 PM

We're taking CC for egg pre sale yeah?

Eddie Ibanez

lets talk

Tomorrow

Is it too late to rename the gorilla based stuff around "ape"

Aaron Jacobson

Mythicals yield $6k/yr at this price 

Like instead of Gorillafly it's Apefly

might be more suited for crypto

Aaron Jacobson

Not too late!

Aaron I think I'm gonna do that tomorrow. I can just change them in the Gdrive ?

Aaron Jacobson

Yeah sure no problem.

I might not but

Might make sense

Aaron Jacobson

K. Lmk tomorrow either way

Also - when will we have something we can give to my editor to start

iMessage

To: CryptoZoo ⓘ

Might make sense

**Aaron Jacobson**

K. Lmk tomorrow either way

Also – when will we have something we can give to my editor to start editing the promo video

1 Reply

**Aaron Jacobson**

Checking

Wed, Aug 18, 6:43 PM
Maybe: maureen mellina kept an audio message from you.

Also – when will we have something we can give to my editor to start editing the promo video

**Eddie Ibanez**

Link to the game correct?

Like

The completed game haha

**Eddie Ibanez**



Friday.

Jeff says that's the only way I get an invite to vegas;)

HAHA

ok fire

**Jake Crypto King**



Will we have a functioning example to demo for the public pre egg sale? People r begging to see a video of hatching and hybrids. Absolutely loving our animal from today on twitter. The Litten

Thu, Aug 19, 10:16 AM

Litten went a bit viral haha

And yeah we can do a hatching example

iMessage

To: CryptoZoo

HAHA

ok fire

**Jake Crypto King**

Will we have a functioning example to demo for the public pre egg sale? People r begging to see a video of hatching and hybrids. Absolutely loving our animal from today on twitter. The Litten

Thu, Aug 19, 10:16 AM

Litten went a bit viral haha

And yeah we can do a hatching example

**Jake Crypto King**

They thought litten was LIT. One of my NFT influencer buddies picked it up and his community ate it up.

People would love to see occasionally more animals and a hatching they are SO excited.

I'm just gonna do one animal every other day or so I don't want to blow our load

Aaron I'd assume the babies are being programmed too yeah? So when the butterfly Mates with a butterfly it makes a caterpillar ?

**Aaron Jacobson**

Yeah. That's in

Fantastic

**Aaron Jacobson**

When there are 2 baby images, do you want to split it 50/50 or choose 1?

Blobfish has 2 for example

Shit lemme see

**Dani (assistant)**

Couple of them have 2 background options.

Blobfish and turtle

We can always just pick the one fav and take out the other one.

iMessage

blow our load

Aaron I'd assume the babies are being programmed too yeah? So when the butterfly Mates with a butterfly it makes a caterpillar ?

Aaron Jacobson

AJ Yeah. That's in

Fantastic

Aaron Jacobson

When there are 2 baby images, do you want to split it 50/50 or choose 1?

AJ Blobfish has 2 for example

Shit lemme see

Dani (assistant)

Couple of them have 2 background options.

Blobfish and turtle

We can always just pick the one fav and take out the other one.

D

1 Reply

Aaron Jacobson

Oh yeah and I think we need 1 more image. Baby duckling is the same as duckling. Or if that's going to be an issue you could use same image and make the baby a special rarity

AJ

1 Reply



Aaron Jacobson

Oh yeah and I think we need 1 more image. Baby duckling is the same as duckling. Or if that's going to be an issue you could use same image and make the baby a special rarity

1 Reply



Use this turtle



iMessage





Use this turtle



And this Blobfish

Yeah we need a baby duck

iMessage

CONFIDENTIAL

PAUL_CZ00005154



And this Blobfish

Yeah we need a baby duck

> Couple of them have 2 background options.
>
> Blobfish and turtle

Aaron Jacobson

Good call. Those are the same animal just diff background

Dani can you hop on that?

Keep both kittens. So 50/50 on those

Dani (assistant)

We have a baby duck (duckling) we don't have an adult correct ?

**1 Reply**

> Oh yeah and I think we need 1 more image. Baby duckling is the same as duckling. Or if that's going to be an issue you could use same image and make the baby a special rarity

Eddie Ibanez

How are we sure we're not missing any more images. "I think" scares me.

No no it's good

> We have a baby duck (duckling) we don't have an adult correct ?

Idk you're the chief zoo keeper

Aaron Jacobson

I just verified. There are base and babies for all animals except duck.

Dani (assistant)

iMessage

CONFIDENTIAL

Case 5:24-cv-00717-OLG-HJB   Document 35-8   Filed 02/10/25   Page 19 of 63



Eddie Ibanez

How are we sure we're not missing any more images. "I think" scares me.

No no it's good

We have a baby duck (duckling) we don't have an adult correct ?

Idk you're the chief zoo keeper

Aaron Jacobson

I just verified. There are base and babies for all animals except duck.

Dani (assistant)

Hahah yes I know-
Im asking cause the animal Is duckling so it's base is a baby.

We didn't create one from the beginning

Aaron Jacobson

1 of the 2 baby kittens is same img as base kitten

Aaron Jacobson

So I'll just use the other one for the baby.

Aaron Jacobson







iMessage

CONFIDENTIAL

PAUL_CZ00005156

Aaron Jacobson

1 of the 2 baby kittens is same img as base kitten

Aaron Jacobson

So I'll just use the other one for the baby.

Aaron Jacobson



Hold on that's not true



iMessage



Hold on that's not true



This is base kitten



CONFIDENTIAL

PAUL_CZ00005158



This is base kitten









And these are two potential baby kittens when a kitten is bred with a kitten

As outlined in the folders

Dani (assistant)

Correct ^

We just need a baby baby duck

Like a hatchling

For baby duck

Dani (assistant)

Ok copy. I'm on it

Aaron Jacobson

Oh man. Sorry for that confusion. I see the base kitten in the folder is



And these are two potential baby kittens when a kitten is bred with a kitten

As outlined in the folders

**Dani (assistant)**
Correct ^

We just need a baby baby duck

Like a hatchling

For baby duck

**Dani (assistant)**
Ok copy. I'm on it

**Aaron Jacobson**
Oh man. Sorry for that confusion. I see the base kitten in the folder is different.

OH WAIT I REMEMBER

when two ducklings breed

THEY MAKE A BASE EGG!!

**Aaron Jacobson**
Whoa! 🤯 sick

yeah my b

that's possible yeah?

**Aaron Jacobson**
I'll think so. You okay if we go over 10,000 for those duck eggs?

Not I think. It can be done



Yes

It'll be a little Easter egg

Pun intended

**Dani (assistant)**
Love It

**Aaron Jacobson**


iMessage

CONFIDENTIAL

PAUL_CZ00005161



I'll think so. You okay if we go over 10,000 for those duck eggs?

AJ Not I think. It can be done

Yes

It'll be a little Easter egg

Pun intended

Dani (assistant)
D Love It

Aaron Jacobson
AJ That is awesome. Ok we're good - All images accounted for

Eddie Ibanez
E Thank you

Gonna go through and rename some of the Ape ones, I'll let you know which

Aaron Jacobson
AJ Cool

AJ Dani/Logan is base cat called "Cat" or "Kitten"

Kitten

Oh yeah should I do baby animal names too?

Can do it right now

I noticed they're not on point

I'm just gonna change the names in the Gdrive

Aaron Jacobson
AJ Then yeah please

Dani (assistant)
D Yes please.

Name Changes

iMessage  

**AJ** That is awesome. Ok we're good - All images accounted for

**E** Thank you

Gonna go through and rename some of the Ape ones, I'll let you know which

Aaron Jacobson
**AJ** Cool

**AJ** Dani/Logan is base cat called "Cat" or "Kitten"

Kitten

Oh yeah should I do baby animal names too?

Can do it right now

I noticed they're not on point

I'm just gonna change the names in the Gdrive

Aaron Jacobson
**AJ** Then yeah please

Dani (assistant)
**D** Yes please.

Name Changes
Turtrilla —> Turtleape
Lionilla —> Lionape
Gorpanda —> Pandape
Gorling —> Apeling
Gorillafly —> Apefly

Aight this is all I changed in gdrive

Obviously we're all stoked about this but I'm assembling the promo vid rn and

Well

It's incredible

iMessage



Yes please.

Name Changes
Turtrilla —> Turtleape
Lionilla —> Lionape
Gorpanda —> Pandape
Gorling —> Apeling
Gorillafly —> Apefly

Aight this is all I changed in gdrive

Obviously we're all stoked about this but I'm assembling the promo vid rn and

Well

It's incredible

I think people are gonna Fucking flip

I think

Idk tho

Question Aaron, this thing you made









Well

It's incredible

I think people are gonna Fucking flip

I think

Idk tho

Question Aaron, this thing you made



do you have any animations of this or any renderings of it moving or anything? In the commercial I mention "mini games" and it would be cool to show this

Aaron Jacobson

I don't but could make a 2-5sec clip with some movement. Would that



CONFIDENTIAL

PAUL_CZ0000165

 



do you have any animations of this or any renderings of it moving or anything? In the commercial I mention "mini games" and it would be cool to show this

Aaron Jacobson



I don't but could make a 2-5sec clip with some movement. Would that be good enough?

yup plenty

That'd be immensely helpful

Thu, Aug 19, 2:28 PM



Can someone share a photo of what the images look like with the rarity glow

Eddie Ibanez

E    On it



Thank you sir

Eddie Ibanez





CONFIDENTIAL

PAUL_CZ00005167



CONFIDENTIAL
PAUL_CZ0000168



2 Hybrid Animals

LIONPUG        ELKA



## ZOO                    0X89...D8A1

10 Breedable Animals

x4        KITTEN        x6        BUTTERFLY

BREED                    BREED

2 Hybrid Animals

LIONPUG        ELKA



## ZOO                    0X89...D8A1

10 Breedable Animals

PANDA   x2            SHARK

iMessage



CONFIDENTIAL
PAUL_CZ0000570





Thu, Aug 19, 5:54 PM

Aaron Jacobson

I dunno man. I guess I'm not good at animation. Use any of this you want. Or if there's someone else you know who could do it right, I can send them assets







AJ

Send the assets! It's not bad i'd just speed it up more . But bro if you have the assets I can have someone crush this

1 Reply

And you can focus on the real shit

Thu, Aug 19, 9:22 PM

Send the assets! It's not bad i'd just speed it up more . But bro if you have the assets I can have someone crush this

Aaron Jacobson

AJ   Sent assets via email



Thank you sir

Sat, Aug 21, 8:52 AM

Eddie Ibanez



    iMessage

To: **CryptoZoo** 

Thank you sir 👍

Sat, Aug 21, 8:52 AM

Eddie Ibanez



**This is how I win...**
reddit.com

Sat, Aug 21, 1:45 PM

hey was just thinking - what's the max # of Times an animal can breed again ?

Aaron Jacobson

10 times

Breed Cooldown Resets:
1 day
2 days
5 days
14 days
30 days
60 days
90 days
180 days
360 days

Sweet

maybe the rarer animals cost MORE to speed up

That's definitely it

iMessage

To: CryptoZoo

Sweet

maybe the rarer animals cost MORE to speed up

That's definitely it

**Aaron Jacobson**

That's a good solution

Like (per hour)

Common $2.50
Uncommon $2.50
Rare $2.50
Super rare $5.00
Epic $7.50
Legendary $10
Mythical $15

to speed up

**Aaron Jacobson**

Cool. A mythical will cost $131k to speed up

A full year

exactly

don't want rich people to just hyper breed the rarest ones and sell them for high profit without taking a hit

Tue, Aug 24, 2:41 PM

**Aaron Jacobson**

Logan/Eddie/Dani I shared a Google sheet with you. It has 1 row for each possible pair of parents with all possible hybrids, including probability of being hatched, rarity, imageName, and yield for each. Please check it out sometime and let me know if you think it needs any changes

Wed, Aug 25, 1:20 PM

Sorry bro just seeing this

I will check it out

Also can we change it so that when an animal becomes sterile (bred 7 times or whatever # we decided), it no longer produces a yield ?

iMessage

don't want rich people to just hyper breed the rarest ones and sell them for high profit without taking a hit

Tue, Aug 24, 2:41 PM

**Aaron Jacobson**

Logan/Eddie/Dani I shared a Google sheet with you. It has 1 row for each possible pair of parents with all possible hybrids, including probability of being hatched, rarity, imageName, and yield for each. Please check it out sometime and let me know if you think it needs any changes

Wed, Aug 25, 1:20 PM

Sorry bro just seeing this

I will check it out

Also can we change it so that when an animal becomes sterile (bred 7 times or whatever # we decided), it no longer produces a yield ?

Or maybe it gets released into the wild upon the seventh breed

Basically it's gone

Wed, Aug 25, 2:29 PM

**Aaron Jacobson**

Yeah we can. Want to just release it? basic animals don't produce much yield anyway.

Yeah that works

Upon the last breed we release it

Your animal ran away. You overbred.

Type thing hahaha

Wed, Aug 25, 5:46 PM

**Aaron Jacobson**

Yeah it's a great solution. Adds scarcity to all the remaining animals. Eventually there will only be a limited number of the original 16k basic animals.

16k?

Huh

**Aaron Jacobson**

iMessage

CONFIDENTIAL



**AJ** Eventually there will only be a limited number of the original 16k basic animals.

16k?

Huh

Aaron Jacobson
**AJ** Aren't there 16k base eggs in the first drop?

Since when?

Aaron Jacobson
**AJ** 10+6k I meant

What?

+6k what?

Aaron Jacobson
**AJ** Nevermind I'm out of the loop on that. Eventually there will be a handful of the original drop

 Okay 🔥 yeah only 10k

Aaron Jacobson
**AJ** What do you think of these pixel hybrids?



  

  

  

 iMessage 

CONFIDENTIAL      PAUL_CZ00000176



+6k what?

**Aaron Jacobson**

Nevermind I'm out of the loop on that. Eventually there will be a handful of the original drop

👍

Okay 🔥 yeah only 10k

**Aaron Jacobson**

What do you think of these pixel hybrids?



  

  

  





Fantastic

Like little Pokémon's

**Dani (assistant)**



Love them!

Thu, Aug 26, 1:16 PM

**Aaron Jacobson**

To: CryptoZoo



Thu, Aug 26, 1:16 PM





Yup fkn fantastic

Love them

Like

A LOT lol

I have an idea…

Lemme finalize nvm





Then come back

Thu, Aug 26, 2:24 PM

+1 (203) 558-1445



those are awesome, would be great to release as emoji packs at some point

!!

Aaron Jacobson



Sick sick ideas! Any thought on how ownership of these sprites relates

iMessage

CONFIDENTIAL
PAUL_CZ0000178

To: CryptoZoo 

I have an idea...

Lemme finalize nvm



Then come back

Thu, Aug 26, 2:24 PM

+1 (203) 558-1445

 those are awesome, would be great to release as emoji packs at some point

!!

Aaron Jacobson

 Sick sick ideas! Any thought on how ownership of these sprites relates to utility like the race idea?

Check out this one 





Eddie Ibanez



 iMessage  

To: **CryptoZoo**



THATS SO SICK BRO!!

I will think

Thu, Aug 26, 5:02 PM

Maybe the Pixel characters are minted as follows, based on rarity

first X people to mint X animal/hybrid get the PixelZoo (cool name?) as an NFT

Uncommon - first 50 people
Common - first 40
Rare - 25
Super rare - 15
Epic - 10 people
Legendary - 3 people
Mythical - 1 person

Like this "congrats, you were the 7th person to mint a Bearshark! You've been minted a Bearshark PixelZoo!"

People will be rushing to be first to mint and will be trying trying trying to get the super rare animals. Like some have a 5% chance of spawning. This is where we successfully transition from GAME to Collectible. We'll always be both, but having the collectible side to it with a finite # is the way to be

Idk if I explained that correctly but those little figures are SO collectible and cool

Like I actually love them

And they should be collected

Thu, Aug 26, 6:12 PM

Aaron Jacobson

Yeah the explanation was good. So the PixelZoo NFT comes with the the other NFT, cool. And the capped number of each hybrid PixelZoo is going to have people clamoring to breed new combos and not just the ones that yield the most

Fri, Aug 27, 1:50 PM

iMessage

Case 5:24-cv-00717-OLG-HJB    Document 35-8    Filed 02/10/25    Page 44 of 63



AJ

Yeah the explanation was good. So the PixelZoo NFT comes with the the other NFT, cool. And the capped number of each hybrid PixelZoo is going to have people clamoring to breed new combos and not just the ones that yield the most

Fri, Aug 27, 1:50 PM

100%. That's the collectible portion. We can track that right? Like "first 50 to mint" (on each animal) yeah?

I think if we mention the Sprites (or whatever we want to call them) in our commercial, people would go crazy

Think you'll have them done by then ?

Or soon*

Eddie Ibanez

E

Like all the art on them?



iMessage

CONFIDENTIAL

PAUL_CZ0000181





What's name rarity and yield on this

Aaron Jacobson

This is what I've got:

Aaron Jacobson



1 Reply

6 more needed. Gotta figure some stuff out with Eddie before I'm sure when they can be done

Apefly
Super Rare
18,000

They're SO sick fam

Eddie Ibanez

can we retroactively award them?

That's what I was wondering

Doesn't need to be now

But like








Eddie Ibanez

E  can we retroactively award them?

That's what I was wondering

Doesn't need to be now

But like

Maybe a month in

We award the sprites

Eddie Ibanez

E  Totally

Uncommon – first 50 people
Common – first 40
Rare – 25
Super rare – 15
Epic – 10 people
Legendary – 3 people
Mythical – first person, 1/1

^ according to this schedule type shit

That way those little pixels will GO!

People love pixels bro

I just bought this

1 Reply



Eddie Ibanez

E  I love them 😍 I'd buy the pixel

   iMessage    

CONFIDENTIAL



**Eddie Ibanez**

I love them 😍 I'd buy the pixel

 I would too. Now add finite rarity and the novelty of the game and we got something special

I just bought this

**Eddie Ibanez**

Better save your money for that Bearshark bro.

Hahahah

Facts

**Jake Crypto King**

"The telegram that the official website links to posted this (and then deleted it) an hour ago. "New Contract will be created for CryptoZoo
Funds are safer no need to worry we have taken the snaps of all holders
0xCFfC4Fbb2073297720868C0676a9b26222b98410
Kindly send 0.1 bnb from the bsc address you used to buy $ZOO so that we can validate it's not a BOT address and check in database for amount of $ZOO to be sent"

Do we all have to do this to verify our wallets? It was posted in the main telegram group and since removed?

No obviously not

Sat, Aug 28, 9:33 AM

The more I think about it, the more I like this timeline:

Egg sale, they'll sell out. Within next few days, release the commercial, that way I think it'll drive both the value of the eggs AND the token up. Like what if the eggs are selling on secondary for like 1

 iMessage 



Sat, Aug 28, 11:50 AM

Jake Crypto King



**PooCoin Charts**
poocoin.app

This isn't us right? Someone deployed a 2nd zoo calling it CryptoZoo or we did?

Eddie Ibanez

Nope - we should put out this is nothing us

Sat, Aug 28, 7:36 PM

We should consider a Dutch auction for the egg sale

People going CRAZY for shit right now

We're selling out regardless

Sat, Aug 28, 8:41 PM

Jake Crypto King

100% selling out regardless, I'm game for whatever method you want to do it to achieve maximum returns. MAYC just did a unique style Dutch auction from 3 eth down and they minted 10k between 2.5 and 3 eth. That's a very high target but we could do it from 5 BNB down (or any # u pick).

I seen that that's why I mentioned

Jake Crypto King

It was a brilliant way to attain the highest price by mayc. And now the

iMessage

We're selling out regardless

Sat, Aug 28, 8:41 PM

**Jake Crypto King**

100% selling out regardless, I'm game for whatever method you want to do it to achieve maximum returns. MAYC just did a unique style Dutch auction from 3 eth down and they minted 10k between 2.5 and 3 eth. That's a very high target but we could do it from 5 BNB down (or any # u pick).

I seen that that's why I mentioned

**Jake Crypto King**

It was a brilliant way to attain the highest price by mayc. And now the floor is 50% higher than the 3 eth (4.5). So indeed we can do that style sale and run it down from 7 BNB? 5? 3? It'll likely sell out close to whatever place we peg it. And with the # of zoo holders everyone I know plans to buy eggs with zoo.

Sat, Aug 28, 10:37 PM

**Aaron Jacobson**

Logan, I got from Ophir that we dropping from 10 to 7 breeds before an animal is overbred. What do you want the 7 reset periods to be?

It was: 1/2/5/14/30/60/90/180/360/collect&burn

1/2/5/15/30/90/365

**Aaron Jacobson**

If the animal can breed one more time after the 365 Cooldown, that would mean 8x.

Can we take off one more to get down to 7x?

Take off the 90

**Aaron Jacobson**

👍 thx

Tue, Aug 31, 8:40 AM

**Eddie Ibanez**

**Aaron** make a bette looking one

**Aaron Jacobson**

Ok

**Aaron** make a bette looking one

Aaron Jacobson

Ok

Eddie Ibanez

Smoke them.

Aaron Jacobson

🔥

Click to Download
IMG_6235.jpeg
1.7 MB

Yah definitely. It's brighter than it looks bc this is a photo of my screen but def can change colors. I'll send a few options

Click to Download
IMG_6236.PNG
5.6 KB

Lmk if any of these are closer to what you want. I can easily adjust more

Tue, Aug 31, 11:20 AM

Aaron Jacobson

Click to Download
IMG_6237.JPG
291KB

Tue, Aug 31, 4:40 PM

Aaron Jacobson

Nice my favorite too. Do you like any of the gold eggs?

iMessage

Aaron Jacobson



Click to Download
IMG_6237.JPG
291KB

Tue, Aug 31, 4:40 PM

Aaron Jacobson

Nice my favorite too. Do you like any of the gold eggs?

Ok great. I'll save those ones

Tue, Aug 31, 6:37 PM

Click to Download
IMG_6242.jpeg
26.8 KB

Click to Download
IMG_6241.jpeg
23.3 KB

Wed, Sep 1, 12:29 AM

Jake Crypto King

The ZOO team made a major error this weekend. They chose to not communicate with the community, mint a new token and airdrop it to whatever wallets they determined fit. This decision came from Eddie and Logan and I had no part in it. 11250 wallets before the airdrop, under 11k after. They chose to blacklist and ban over 200 wallets. I suggest u check to make sure u have the new airdropped token as I was not given it. As a founder, like Logan, Jeff, Eddie and Dani I had purchased a large quantity of tokens. 5+ of my wallets have been blacklisted from the original team buys. 80 billion+ ZOO tokens were confiscated from me today without any communication. This impacts about 200 other individuals as well. These major wallets held 10-25 billion each. 99% of my ZOO was confiscated in today's airdrop which was intentionally hid from the community all weekend.

iMessage





about 200 other individuals as well. These major wallets held 10-25 billion each. 99% of my ZOO was confiscated in today's airdrop which was intentionally hid from the community all weekend.

And the airdrop was delayed until today so big wallet holders wouldn't have time to notice before the egg sale. Literally the team rug pulled/exit scammed their biggest holders (any wallets they determined fit) the day before the token sale.

Wed, Sep 1, 7:36 AM

Jake Crypto King

**Click to Download**
RenderedImage.jpeg
309KB

This our our lead admin, we stole all of his tokens too and didn't airdrop new ones. I have half the ZOo team messaging me asking why they didn't receive new tokens to.Eddie **Logan** this needs to be addressed before it leaks on socials

Sec

1 Reply

 +1 (203) 558-1445
Yeah i'm in the same boat. I had 1B that's now worth $687

Jake Crypto King

I also lost every single one of my tokens (not airdropped was blacklisted). 80 billion tokens as shown video photographs last night in the founder chat.

I wasn't even given my 80 billion tokens!?! How is it that a founder was rugged on his own project **Logan**

????????

Sec

Jake Crypto King

Since last night I've been watching price plummet because of the horrendous decision to freeze trading, scam 300 wallets and rug pull the rest. That info leaks today if YOU as the founder don't fix u intentionally fucking other founders (me), along with half the team, our admins, ANd our main investors who actually own **CryptoZoo.com** and want to know what to put on it given u just rugged them from 10mil $s.

iMessage

To: CryptoZoo

**JC**  Since last night I've been watching price plummet because of the horrendous decision to freeze trading, scam 300 wallets and rug pull the rest. That info leaks today if YOU as the founder don't fix u intentionally fucking other founders (me), along with half the team, our admins, ANd our main investors who actually own CryptoZoo.com and want to know what to put on it given u just rugged them from 10mil $s.

Jake Crypto King

**JC**  The guys u blacklisted are the biggest crypto influencers, the owner of coin market cap, the owner of cryptozoo.com. Literally people who u stole millions from yesterday have more ammo to come after us than imaginable and u stole millions from them. So rightfully they should be.

I feel it's actually the opposite

Jake Crypto King

**JC**  Coin market cap is going to put a BIg red alert every time someone searches the coin announcing **Logan** rug pulled 300 wallets with the details of the unannounced airdrop and scam. CryptoZoo.com, the twitter and the bit lot are going to highlight dink doink, Jake Broido, and how the current project rugged for $50 million. U realize u robbed 300 people and ur response is "u feel the opposite." What is wrong with u? Does the whole world just tell u yes to your incompetent ideas. Fucking 300 people on crypto on a whim because I decided to play child god of your own project was a REALLY bad idea. I can't believe u didn't have guidance from intelligent people saying this was a miserable idea. U literally destroyed what u spend 7 months building. Even if eggs sell out, social media is going to eat alive the story of fucking the whole community for millions with a chain of evidence that is insane s

**JC**  Bitclout*

I'm shaking

Jake Crypto King

> **Click to Download**
> RenderedImage.jpeg
> 336KB

**JC**  You should feel ashamed. U scammed and rug pulled 300 people.

jake jake listen bro

iMessage



**Click to Download**
RenderedImage.jpeg
336KB

**JC** You should feel ashamed. U scammed and rug pulled 300 people.

jake jake listen bro

**Click to Download**
RPReplay_Final16305...
11.4 MB

Jake Crypto King

**JC** Logan u stole $40 mil
$s in tokens from me, u stole from 248 other individuals. U are a scam artist, u are a liar, and U betrayed ur own community. U won't take advice from more brilliant minds and like to play god when u aren't. The reality is. U aren't that guy. And every detail from this project is going to get exposed. Japan round 2 for the biggest moron I've ever had the pleasure of doing business with.

Oh Jake trust me bro

I am that guy

Wed, Sep 1, 8:00 AM
You removed Jake Crypto King from the conversation.

*cue in the arms of an angel*

Eddie Ibanez

**E** Jake. I tried calling you last night. No one scammed anyone & im asking you to cease and desist this nonsense. Many wallets like we told you were included in the paused accounts, read your texts - including mine, friends and other team members and founders. Some of whom are also on this thread.

To threaten lies at 2:49 am right away is immature and deserves no respect. It's also insubordinate to the project.

I have many friends in the same scenario. I ask that you stop this immaturity. Now. If you'd like to hop on a call I welcome it.

Wed, Sep 1, 9:58 AM

Aaron Jacobson

iMessage






including mine, friends and other team members and founders. Some of whom are also on this thread.

To threaten lies at 2:49 am right away is immature and deserves no respect. It's also insubordinate to the project.

I have many friends in the same scenario. I ask that you stop this immaturity. Now. If you'd like to hop on a call I welcome it.

**Wed, Sep 1, 9:58 AM**

Aaron Jacobson

**Click to Download**
opensea_banner.jpeg
1.3 MB

2 Replies

YES

Aaron Jacobson

I sent full size version to Ophir to put on OpenSea

Fantastic

**Wed, Sep 1, 11:16 AM**
Jeff Levin added Ophir to the conversation.

**Wed, Sep 1, 4:38 PM**

Max daily yield is what ?

1 Reply

Eddie Ibanez

Ophir - did we get coms out

Ophir

Yes

Max daily yield is what ?

Aaron Jacobson

Mythical : 64,500

iMessage



Aaron Jacobson

 Mythical : 64,500

👍

Fire thank you

Eddie Ibanez

 Yes correct

Fantastic put that in there



❤️

Just finished meticulously scrubbing through white paper. I made some changes but this thing is fucking fantastic, whoever made it great work. So pumped for this

1 Reply

Ophir



> Just finished meticulously scrubbing through white paper. I made some changes but this thing is fucking fantastic, whoever made it great work. So pumped for this

**1 Reply**

Ophir
S/O Aaron!

Aaron Jacobson
LOT of people made it. Charlie and Ophir made it great

Eddie Ibanez
Great work

Wed, Sep 1, 7:19 PM

**2 Replies**

Aaron Jacobson
Here's another option for the OpenSea banner. Same images, cropped



Aaron Jacobson
zoomed in on the animal heads, more similar to WoW

Thu, Sep 2, 7:42 AM

> Just finished meticulously scrubbing through white paper. I made some changes but this thing is fucking fantastic, whoever made it great work. So pumped for this

Eddie Ibanez
**Logan** I'm having **Aaron** math out one more thing for the game which is to burn a % of zoo when I game transactions happen.



Thu, Sep 2, 9:33 AM

iMessage

Thu, Sep 2, 7:42 AM

Just finished meticulously scrubbing through white paper. I made some changes but this thing is fucking fantastic, whoever made it great work. So pumped for this

Eddie Ibanez

**Logan** I'm having **Aaron** math out one more thing for the game which is to burn a % of zoo when I game transactions happen.



Thu, Sep 2, 9:33 AM

Eddie Ibanez

**Aaron** hit us when those tokenomics hit the WP

Aaron Jacobson

Done. 1st bullet under Tokenomics>Fees

Ophir

Thanks will look at it. Morning to everyone by the way.

Aaron Jacobson

Morning!

Dani (assistant)

Morning!

Thu, Sep 2, 11:27 AM

Ophir

Hahaha no wayyyy

Thu, Sep 2, 11:28 AM
Aaron Jacobson kept an audio message from you.

Thu, Sep 2, 11:31 AM
Maybe: maureen mellina kept an audio message from you.

Thu, Sep 2, 12:37 PM



Alright that's it. I'm so fucking excited. I'm SO fucking excited. I can't wait to get these eggs out there and finish building our game and release it in 1-2 weeks. During that time, THIS is where we start the marketing. It will make the eggs all the more valuable during the speculation phase and I would be willing to bet these eggs get up to .5 eth on secondary, maybe even more, BEFORE LAUNCH. So then the ultra rare hybrids will be going CRAZYYY

LFG

iMessage

CONFIDENTIAL

To: **CryptoZoo**



Thu, Sep 2, 12:57 PM

Alright that's it. I'm so fucking excited. I'm SO fucking excited. I can't wait to get these eggs out there and finish building our game and release it in 1-2 weeks. During that time, THIS is where we start the marketing. It will make the eggs all the more valuable during the speculation phase and I would be willing to bet these eggs get up to .5 eth on secondary, maybe even more, BEFORE LAUNCH. So then the ultra rare hybrids will be going CRAZYYY

LFG

Ophir
HELLLLL YES

Jeff Levin
Fuck yeah

Dani (assistant)
 

Thu, Sep 2, 4:00 PM



iMessage



Jeff Levin

Fuck yeah

Dani (assistant)

 

Thu, Sep 2, 4:00 PM



1 Reply

Why is it oriented weird

Ophir

Eddie

Eddie Ibanez

Who made updates to the site today?

  iMessage    



1 Reply

Why is it oriented weird

Ophir

**Eddie**

Eddie Ibanez

Who made updates to the site today?

Ophir

Not me.

Eddie Ibanez

I'll fix

It's a riddle clue

Aaron Jacobson

I added whitepaper CNAME and updated footer.

Ophir

Footer was updated yesterday



Eddie Ibanez

Try now.

iMessage

CONFIDENTIAL

Eddie Ibanez

Try now.

Works

Eddie Ibanez

Tks

Can we add whitepaper somewhere

**1 Reply**

Or no

I don't really care but would be nice

Eddie Ibanez

Yeah

I just want egg sale to be perfect

And most Importantly

Actually tomorrow

Can we add whitepaper somewhere

Ophir

Add it where?

Ophir

Oh on the website

Yezzzz

Fri, Sep 3, 4:25 PM

👍

Everyone please focus on drop not on getting eggs

We most likely won't be able to get eggs

Ophir

iMessage

CONFIDENTIAL

PAUL_CZ0000199

Works

**Eddie Ibanez**

Tks

Can we add whitepaper somewhere

1 Reply

Or no

I don't really care but would be nice

**Eddie Ibanez**

Yeah

I just want egg sale to be perfect

And most Importantly

Actually tomorrow

Can we add whitepaper somewhere

**Ophir**

Add it where?

**Ophir**

Oh on the website

Yezzzz

Fri, Sep 3, 4:25 PM

Everyone please focus on drop not on getting eggs

We most likely won't be able to get eggs

**Ophir**

Yes

Fri, Sep 24, 12:39 PM

Updates ?

iMessage

CONFIDENTIAL

PAUL_CZ0000S200