# Exhibit D



**Caroline Newman Small**
csmall@dslawpc.com

January 28, 2025

Mr. Andrew Phillips
Ms. Shannon B. Timmann
MEIER WATKINS PHILLIPS PUSCH LLP
919 18th Street, NW, Suite 650
Washington, DC 20006

*Via E-mail:* andy.phillips@mwpp.com
*Via E-mail:* shannon.timmann@mwpp.com

Mr. Jeffery A. Neiman
Mr. Jason L. Mays
MARCUS NEIMAN RASHBAUM & PINEIRO LLP
100 SE 3rd Ave., Suite 805
Ft. Lauderdale, FL 33394

*Via E-mail:* jneiman@mnrlawfirm.com
*Via E-mail:* jmays@mnrlawfirm.com

Mr. Ricardo G. Cedillo
DAVIS, CEDILLO & MENDOZA, INC.
755 E. Mulberry Avenue, Suite 250
San Antonio, Texas 78212

*Via E-mail:* rcedillo@lawdcm.com

Re:   Cause No. 5:24-cv-717; *Logan Paul v. Stephen Findeisen and Coffee Break Productions, LLC*; pending in the United States District Court for the Western District of Texas, San Antonio Division.

Dear counsel:

I am writing to memorialize this morning's telephone call during which we conferred regarding your "Confidential" designation of the limited documents identified in our January 9, 2025 letter. You confirmed, during the telephone call and your subsequent email, that you are standing by your designations at this time.

Please consider this our formal challenge to the designation of these documents under Section 11(a) of the Court's protective order, ECF No. 22.

Sincerely,

*[signature]*

Caroline Newman Small

719 S. Flores Street
San Antonio, Texas 78204

**dslawpc.com**

**P:** (210) 853-5882
**F:** (210) 200-8395