# Exhibit G

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL,<br><br>         *Plaintiff*,<br><br> v.<br><br>STEPHEN FINDEISEN AND COFFEE BREAK PRODUCTIONS LLC D/B/A COFFEEZILLA,<br><br>         *Defendants*. | Civil Action No. 5:24-cv-00717 |

**DECLARATION OF LOGAN PAUL IN SUPPORT OF PLAINTIFF'S MOTION TO PRESERVE CONFIDENTIALITY DESIGNATIONS**

I, Logan Paul, declare as follows:

1. I am the Plaintiff in this action. I submit this declaration in support of Plaintiff's Motion to Preserve Confidentiality Designations. The following facts are within my personal knowledge and, if called and sworn as a witness, I would testify competently as to them.

2. I have reviewed the documents that are the subject of the Motion, namely the discovery materials produced as PAUL_CZ00000001-35, PAUL_CZ00000036-40, PAUL_CZ00000045-60, PAUL_CZ00000061-90, PAUL_CZ00000102-118, PAUL_CZ00000119-121, PAUL_CZ00000122-129, PAUL_CZ00000133-156, PAUL_CZ00000157-183, PAUL_CZ00000247-258, PAUL_CZ00000259-263, PAUL_CZ00000264-275, PAUL_CZ00000283-296, PAUL_CZ00000297-302, PAUL_CZ00000327-375, PAUL_CZ00000438-446, PAUL_00000447-468, PAUL_CZ00000840, PAUL_CZ00003265-3269, PAUL_CZ00003270-3275, PAUL_CZ00003276-3281, PAUL_CZ00003449, PAUL_CZ00003547, PAUL_CZ00003548-

1

3571, PAUL_CZ00003625, PAUL_CZ00005250, PAUL_CZ00005934, and PAUL_CZ00005968.

3. All consist of private correspondence between me and friends, and/or business associates. These communications also primarily concern personal or business matters other than the CryptoZoo project or Defendants statements about same, which are the subject of this litigation. My understanding is that the reason they have been produced in this litigation is that they happen to contain some material or references that are responsive to discovery requests Defendants served.

4. For example, PAUL_CZ00000001-35 is a long thread of text messages between me and a business associate that I have launched multiple startup companies with. We discuss various matters throughout that long discussion, including a project I am involved with called 99 Originals. The thirty-five pages of messages contain a single reference to CryptoZoo. Similarly, PAUL_CZ000000122-129 is an eight-page thread of messages between me and a group of friends/business associates. The discussion centers on personal matters, with a single joking reference to one of the Defendants in this case at the very end of the discussion.

5. All of the communications listed in Paragraph 2 above were made with the understanding and reasonable expectation that they were private correspondence and would not become generally available to the public.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on February 9, 2025

_____
Logan Paul