IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL,<br><br>        *Plaintiff*,<br><br> v.<br><br>STEPHEN FINDEISEN AND COFFEE BREAK PRODUCTIONS LLC D/B/A COFFEEZILLA,<br><br>        *Defendants*. | Civil Action No.: 5:24-cv-00717 |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO PRESERVE CONFIDENTIALITY DESIGNATIONS

Upon consideration of Plaintiff's Motion to Preserve Confidentiality Designations, filed February 11, 2025, and the parties' respective submissions in support of an in opposition to Plaintiff's motion,

IT IS HEREBY ORDERED THAT:

1. Plaintiff's Motion to Preserve Confidentiality Designations is GRANTED.

2. Plaintiff's confidentiality designations as to the materials at issue may be preserved as they are warranted under the plain language of Paragraph 3(a) of the Protective Order.

SO ORDERED this _____ day of _____, 2025.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE