UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LOGAN PAUL, | § | |
| Plaintiff, | § § § | |
| v. | § § | SA-24-CV-717-OLG (HJB) |
| STEPHEN FINDEISEN, and COFFEE BREAK PRODUCTIONS LLC d/b/a Coffeezilla, | § § § § § | |
| Defendants. | § § | |

## ORDER ADDING MOTION TO IN-PERSON HEARING

Before the Court is Plaintiff's Motion to Preserve Confidentality Designations. (Docket Entry 36). Pretrial and scheduling matters in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b). (*See* Docket Entry 33.)

It is hereby **ORDERED** that Plaintiff's motion (Docket Entry 36) is added to the in-person hearing already set on **March 24, 2025**, at **1:30 P.M.** in Courtroom D on the 2nd Floor of the United States Courthouse, 262 West Nueva Street, San Antonio, Texas, 78207.

**SIGNED** on February 13, 2025.

Henry J. Bemporad
United States Magistrate Judge