# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL,<br><br>                              *Plaintiff*,<br>  v.<br><br>STEPHEN FINDEISEN AND COFFEE BREAK PRODUCTIONS LLC D/B/A COFFEEZILLA,<br><br>                              *Defendants*. | Civil Action No. 5:24-cv-00717 |

## DECLARATION OF LOGAN PAUL IN SUPPORT OF PLAINTIFF'S SECOND <u>MOTION TO PRESERVE CONFIDENTIALITY DESIGNATIONS</u>

I, Logan Paul, declare as follows:

1. I am the Plaintiff in this action. I submit this declaration in support of Plaintiff's Second Motion to Preserve Confidentiality Designations. The following facts are within my personal knowledge and, if called and sworn as a witness, I would testify competently as to them.

2. I have reviewed the documents that are the subject of the Motion, namely the discovery materials produced as PAUL_CZ00006566, PAUL_CZ00006575, PAUL_CZ00006599, PAUL_CZ00006635, PAUL_CZ00006680, PAUL_CZ00006706, PAUL_CZ00006730, PAUL_CZ00006758, PAUL_CZ00006762, PAUL_CZ00006790, PAUL_CZ00006794, PAUL_CZ00006814, PAUL_CZ00006825, PAUL_CZ00006855, PAUL_CZ00006943, PAUL_CZ00006955, PAUL_CZ00006961, PAUL_CZ00006998,

PAUL_CZ00007065, PAUL_CZ00007078,
PAUL_CZ00007103, PAUL_CZ00007124,
PAUL_CZ00007142, PAUL_CZ00007174,
PAUL_CZ00007179, PAUL_CZ00007271,
PAUL_CZ00007320, PAUL_CZ00007329,
PAUL_CZ00007381, PAUL_CZ00007389,
PAUL_CZ00007417, PAUL_CZ00007432,
PAUL_CZ00007474, PAUL_CZ00007484,
PAUL_CZ00007530, PAUL_CZ00007538,
PAUL_CZ00007567, PAUL_CZ00007594,
PAUL_CZ00007613, PAUL_CZ00007615,
PAUL_CZ00007621, PAUL_CZ00007633,
PAUL_CZ00007666, PAUL_CZ00007684,
PAUL_CZ00007695, PAUL_CZ00007699,
PAUL_CZ00007723, PAUL_CZ00007774,
PAUL_CZ00007783, PAUL_CZ00007815,
PAUL_CZ00007891, PAUL_CZ00007908,
PAUL_CZ00007959, PAUL_CZ00007965,
PAUL_CZ00008044, PAUL_CZ00008063,
PAUL_CZ00008083, PAUL_CZ00008107,
PAUL_CZ00008164, PAUL_CZ00008183,
PAUL_CZ00008233, PAUL_CZ00008274,
PAUL_CZ00008279, PAUL_CZ00008330,
PAUL_CZ00008347, PAUL_CZ00008426,
PAUL_CZ00008558, PAUL_CZ00008575,
PAUL_CZ00008580, PAUL_CZ00008595,
PAUL_CZ00008623, PAUL_CZ00008672,
PAUL_CZ00008676, PAUL_CZ00008694,
PAUL_CZ00008725, PAUL_CZ00008826,
PAUL_CZ00008844, PAUL_CZ00008890,
PAUL_CZ00008898, PAUL_CZ00008922,
PAUL_CZ00008957, PAUL_CZ00008961,
PAUL_CZ00008971, PAUL_CZ00008995,
PAUL_CZ00009046, PAUL_CZ00009075,
PAUL_CZ00009107, PAUL_CZ00009147,
PAUL_CZ00009157, PAUL_CZ00009162,
PAUL_CZ00009180, PAUL_CZ00009219,

PAUL_CZ00009253, PAUL_CZ00009262, PAUL_CZ00009272, PAUL_CZ00009333, PAUL_CZ00009362.

3. All consist of private correspondence between me and friends, and/or business associates. These communications also primarily concern personal or business matters other than the CryptoZoo project or Defendants' statements about same, which are the subject of this litigation. My understanding is that the reason they have been produced in this litigation is that they happen to contain some material or references that are responsive to discovery requests Defendants served.

4. For example, PAUL_CZ00007329-7380 is a long thread of text messages between me and a group of friends and business associates. The discussion in those hundreds of texts centers on personal matters, with the thread containing a single joking reference to one of the Defendants.

5. All of the communications listed in Paragraph 2 above were made with the understanding and reasonable expectation that they were private correspondence and would not become generally available to the public.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on February 15, 2025



_____
Logan Paul

41