IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL,<br><br>         *Plaintiff*,<br><br> v.<br><br>STEPHEN FINDEISEN AND COFFEE BREAK PRODUCTIONS LLC D/B/A COFFEEZILLA,<br><br>         *Defendants*. | Civil Action No. 5:24-cv-00717 |

**PLAINTIFF'S DESIGNATION OF TESTIFYING EXPERT**

Pursuant to the Court's Scheduling Order and agreement of the parties, Plaintiff Logan Paul hereby designates the following testifying expert:

Kevin Madura
AlixPartners, LLP
2099 Pennsylvania Avenue NW, Suite 300
Washington, DC 20006
(202) 756-9000

Mr. Madura has been retained as a testifying expert by Plaintiff. He will testify regarding the matters and opinions contained in his expert report. Mr. Madura's expert report and the information required by Federal Rule of Civil Procedure 26(a)(2)(B) is being served on all parties on this date.

February 18, 2025

/s *Andrew C. Phillips*
Andrew C. Phillips (*Pro Hac Vice*)
Shannon B. Timmann (*Pro Hac Vice*)
MEIER WATKINS PHILLIPS PUSCH LLP
919 18th Street NW, Suite 650
Washington, DC 20006
(202) 318-3655
Email: andy.phillips@mwpp.com
Email: shannon.timmann@mwpp.com

Jeffrey A. Neiman (*Pro Hac Vice*)
Jason L. Mays (*Pro Hac Vice*)
MARCUS NEIMAN RASHBAUM & PINEIRO LLP
100 SE 3rd Ave., Suite 805
Ft. Lauderdale, Florida 33394
Email: jneiman@mnrlawfirm.com
Email: jmays@mnrlawfirm.com

Ricardo G. Cedillo (Texas Bar No. 04043600)
DAVIS, CEDILLO & MENDOZA, INC.
755 E. Mulberry Ave., Ste. 250
San Antonio, TX 78212
(210) 822-6666
Email: rcedillo@lawdcm.com

*Counsel for Plaintiff Logan Paul*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on February 18, 2025, the foregoing Plaintiff's Designation of Testifying Expert, was served on counsel for Defendants at the email addresses indicated below.

/s *Andrew C. Phillips*

**Counsel for Defendants:**

Jason M. Davis
Email: jdavis@dslawpc.com

Caroline Newman Small
Email: csmall@dslawpc.com

Rachel Garza
Email: rgarza@dslawpc.com