# Exhibit 1

> Yeah! It will be like this:
>
> A New Bid of XX.XX $ETH ($XXXX.XX) has been placed on #XX TITLE ORIGINAL!
>
> Time left: XXh XXm XXs • Go bid
>
> Join our discord: discord.gg/originalsdao
>
> 05:29:51 pm

**O**
> A new auction started! #XX TITLE ORIGINAL is now live!   Check it out at:  *the link to the auction*
>
> 05:30:32 pm
>
> 1  Logan Paul

**Logan Paul**
> Jeff what's the solve here. You're running point on CryptoZoo. At what point do I just come out and say all the shit that went wrong
>
> 05:38:53 pm

> This is fantastic
>
> 05:38:59 pm

> A New Bid of XX.XX ETH ($XXXX.XX USD) has been placed on #XX TITLE ORIGINAL!
>
> Time left: XXh XXm XXs • Go bid
>
> Join our discord: discord.gg/originalsdao
>
> 05:39:42 pm

> Yeah great. Love these
>
> 05:39:50 pm

**LP**

**Ophir**

**O**
> Awesome peep the twitter page
>
> 05:40:13 pm

**Logan Paul**
> Yup I did, its dope
>
> 05:40:40 pm

**LP**

Ophir

Fantastic
05:40:46 pm

Should I add #NFT #Blockchain on there so it gets more visibility?
05:41:21 pm

Logan Paul

I hate hashtags
05:41:35 pm

Ophir

I do too
05:41:46 pm

Logan Paul

But maybe it would help discoverability ? Idk
05:41:53 pm

Ophir

But it'll increase our impressions
05:41:58 pm

By A LOT
05:42:03 pm

Logan Paul

I'm down at the end
05:42:05 pm

Fuck it
05:42:06 pm

**jeffrey levin**

> the solve is being worked out. We are working on updated roadmap and timeline. Upon that we will explain past and future.
> 05:43:59 pm

**Logan Paul**

> But what happens with the coins and the ecosystem like
> 05:44:22 pm

> How do you revive it
> 05:44:27 pm

**jeffrey levin**

> By building
> 05:44:34 pm

> Which we are working on
> 05:44:39 pm

**Ophir**

> Yes by building
> 05:44:43 pm

> It can 180 faster than you can blink
> 05:44:53 pm

**jeffrey levin**

> ophir has been working with me on it
> 05:44:55 pm

**Logan Paul**

> Fuckin hell
> 05:45:10 pm

Ophir

O: Build, get on an exchange, profit
05:45:11 pm

Logan Paul

LP: BUILD WHAT THO
05:46:06 pm

✓ Sent

Ophir

O: It's not as bad as it seems imo.

It's just lack of progress because of Eggie that tupee headed fuck set us back.
05:46:19 pm

jeffrey levin

JL: Club penguin / a platform for everyone to learn blockchain
05:46:43 pm

Ophir

O: What you always said, a small version of club Penguin that's open sourced and anyone can join in and build around it.
05:46:45 pm

And congratulations you have free developed
05:46:56 pm

O: Developers
05:47:01 pm

✓ Read

CONFIDENTIAL
PAUL_CZ00005561

2022/06/08

**Ophir**
Don't forget without NOTHING we reached a 2 BILLION dollar valuation bro
05:47:54 pm

Easy to turn around, Jeff has been on it with me. He really cares can vouch and confirm. We are building and we'll be ok.
05:49:05 pm

**Logan Paul**
I can't fucking wait until these fucking people eat their words
05:58:26 pm

And it's lit as fuck
05:58:28 pm

**Ophir**
Me too bro.
06:00:28 pm

**Logan Paul**
Jeff don't let me down
06:01:38 pm

Or the CryptoZoo heads
06:01:42 pm

> PLS MAKE SOMETHING DOPE
> 06:01:49 pm

> and I'd love to see the receipts too
> 06:01:57 pm

> cuz I think it was like $1M or so right? For development
> 06:02:10 pm

> Wanna see where/how the money was allocated
> 06:02:30 pm

> Do you feel comfortable telling the discord that I recouped expenses and the remainder was used for development ?
> 06:02:50 pm                                                                                                    LP

**Ophir**

> No don't say that
> 06:03:25 pm

O  > They will just say what development
> 06:03:41 pm

**Logan Paul**

> I won't
> 06:04:17 pm

> But I want Jeff to
> 06:04:20 pm

> Like someone should explain what's going on
> 06:04:30 pm

> And be transparent about funds
> 06:04:35 pm

CONFIDENTIAL                                                                                              PAUL_CZ00005563

> **Cuz I'm curious too**
> 06:04:38 pm — LP

**jeffrey levin**

> I was in the discord last week
> 06:04:45 pm

> I will be in discord this week
> 06:04:51 pm

> I promised weekly talks
> 06:04:58 pm — JL

**Logan Paul**

> But I'd like a statement like this
> 06:05:03 pm — LP

**Ophir**

> I am 100% against saying you recouped expenses. If you'd like to know why I'd be happy to explain.
>
> In summary it looks like this: ==Logan recouped his investment and is unscathed. Everyone is down 99%.==
> 06:11:35 pm



06:16:02 pm — O