# Exhibit 2

```
            "timestamp": "2022-12-30T20:48:31.000",
            "deleted": false,
            "blocks": [
                {
                    "text": "But I agree def better than a lawsuit"
                }
            ]
        },
        {
            "id": "3feb4703-f51f-4379-b067-a95d92084b80",
            "participant": "04846828010",
            "type": "message",
            "timestamp": "2022-12-30T20:54:49.000",
            "deleted": false,
            "blocks": [
                {
                    "text": "Overall think it\u2019s perfect. It\u2019s def going to get a follow up response but it\u2019s a ton of color and a lot of detail to dive in on"
                }
            ]
        },
        {
            "id": "eb158dfb-b14c-4763-a430-09034634f518",
            "participant": "04408230573",
            "type": "message",
            "timestamp": "2022-12-30T20:56:24.000",
            "deleted": false,
            "blocks": [
                {
                    "text": "I have like 10 wallets total and 100% down to share them if my word is put into question, which it probably will in the lawsuit"
                }
            ]
        },
        {
            "id": "67a7952b-1ba3-44a9-806d-3fe7b7e61da2",
            "participant": "04408230573",
            "type": "message",
            "timestamp": "2022-12-30T20:56:31.000",
            "deleted": false,
            "blocks": [
                {
                    "text": "Cuz I\u2019m filing a defamation lawsuit as well"
                }
            ]
        },
        {
            "id": "aa4b3f1a-7a43-4d20-b66b-baa1cdbf1134",
            "participant": "04408230573",
            "type": "message",
            "timestamp": "2022-12-30T20:56:49.000",
```

```
                "deleted": false,
                "blocks": [
                    {
                        "text": "nope. Considered it. Considered an admission of guilt apparently"
                    }
                ]
            },
            {
                "id": "aa398bee-35be-48cd-b6f4-4a499b257f1d",
                "participant": "04408230573",
                "type": "message",
                "timestamp": "2022-12-30T20:56:51.000",
                "deleted": false,
                "blocks": [
                    {
                        "text": "Which I am not"
                    }
                ]
            },
            {
                "id": "b82c916d-4c7e-4f6d-b584-68352e480337",
                "participant": "04408230573",
                "type": "message",
                "timestamp": "2022-12-30T20:57:18.000",
                "deleted": false,
                "blocks": [
                    {
                        "text": "Ultimate idea is to deliver a game and reward holders of eggs and animals with Prime money"
                    }
                ]
            },
            {
                "id": "49b0e5a7-af55-46c0-a6bf-10b7787388e6",
                "participant": "04408230573",
                "type": "message",
                "timestamp": "2022-12-30T20:58:44.000",
                "deleted": false,
                "blocks": [
                    {
                        "text": "yeah it\u2019ll def get a follow up response but again the more he says, the more ammo I have for the lawsuit so run it"
                    }
                ]
            },
            {
                "id": "baf2d6c1-613d-46cd-93f0-4b7bf02dc588",
                "participant": "04846828010",
                "type": "message",
                "timestamp": "2022-12-30T22:13:23.000",
                "deleted": false,
                "blocks": [
```

**CONFIDENTIAL**