UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL,<br><br>*Plaintiff,*<br><br>v.<br><br>STEPHEN FINDEISEN and COFFEE BREAK PRODUCTIONS, LLC,<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§     Civil Action No. 5:24-CV-00717 |

### PROPOSED ORDER

Before the Court for consideration is Defendants' Opposed Motion to Stay Discovery Pending a Ruling on their Motion for Judgment on the Pleadings, filed on February 18, 2025 (the "**Motion**"). Having considered the Motion, any response and/or reply filed by the parties, and taking judicial notice of the entire case, IT IS ORDERED AS FOLLOWS:

1. The Motion is GRANTED;

2. All discovery in this case is stayed and the deadlines in this Court's Scheduling Order (ECF No. 18) are abated until further order by the Court; and

3. The hearings scheduled for March 24, 2025 (ECF Nos. 34, 38) are now cancelled until further order of the Court.

IT IS SO ORDERED this ___ day of _____, 2025.

_____
**HONORABLE HENRY J. BEMPORAD**
**UNITED STATES MAGISTRATE JUDGE**