UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LOGAN PAUL, | § § § | |
| Plaintiff, | § § | |
| v. | § § | SA-24-CV-717-OLG (HJB) |
| STEPHEN FINDEISEN, and COFFEE BREAK PRODUCTIONS LLC d/b/a Coffeezilla, | § § § § | |
| Defendants. | § § | |

**ORDER ADDING MOTIONS TO
IN-PERSON HEARING**

Before the Court are Plaintiff's Second Motion to Preserve Confidentiality Designations (Docket Entry 42), and Defendants' Opposed Motion to Stay Discovery Pending a Ruling on Their Motion for Judgment on the Pleadings (Docket Entry 46). Pretrial and scheduling matters in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b). (*See* Docket Entry 33.)

It is hereby **ORDERED** that the parties' motions (Docket Entries 42 and 46) are added to the in-person hearing already set on **March 24, 2025**, at **1:30 P.M.** in Courtroom D on the 2nd Floor of the United States Courthouse, 262 West Nueva Street, San Antonio, Texas, 78207.

**SIGNED** on February 19, 2025.

Henry J. Bemporad
United States Magistrate Judge