# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **LOGAN PAUL** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | |
| **STEPHEN FINDEISEN and COFFEE** | § | |
| **BREAK PRODUCTIONS, LLC,** | § | |
| | § | **Civil Action No. 5:24-CV-00717** |
| *Defendants.* | § | |
| | § | |

## ORDER GRANTING DEFENDANTS' MOTION FOR EXPEDITED HEARING

Before the Court for consideration is Defendants Stephen Findeisen and Coffee Break Productions, LLC's Motion for Expedited Hearing on Defendants' Motion to Stay Discovery pending a ruling on Defendants' Motion for Judgment on the Pleadings. Having considered the Motion, the Court finds the Motion should be, and therefore is, GRANTED.

IT IS THEREFORE ORDERED that Defendants' Motion for Expedited Hearing is GRANTED.

IT IS FURTHER ORDERED that the Court shall hold a hearing on _____ at _____ by Zoom video conference or in person in Courtroom D on the 2nd Floor of the United States Courthouse, 262 West Nueva Street, San Antonio, Texas, 78207.

IT IS SO ORDERED this ___ day of _____, 2025.

_____
**HONORABLE HENRY J. BEMPORAD**
**UNITED STATES MAGISTRATE JUDGE**