IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LOGAN PAUL, § <br> § <br> *Plaintiff*, § <br> § <br> vs. § <br> § <br> § <br> § <br> § <br> § <br> STEPHEN FINDEISEN AND § <br> COFFEE BREAK § <br> PRODUCTIONS LLC D/B/A § <br> COFFEEZILLA, § <br> § <br> Defendant. § | CASE NO. 5:24-CV-717 |

**ORDER GRANTING NON-PARTY THOMAS KHERKHER'S MOTION TO QUASH SUBPOENA AND MOTION FOR PROTECTIVE ORDER**

On this day, the Court considered Non-Party Tom Kherkher's Motion to Quash Subpoena to Produce Documents in a Civil Action and Motion for Protective Order (the "Motion"). Having considered the Motion, the evidence on file, the applicable legal authority, and the arguments of counsel, if any, the Court finds that the Motion should be, and hereby is, GRANTED.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Subpoena to Produce Documents in a Civil Action served in this case by Plaintiff Logan Paul is quashed, and Non-Party Tom Kherkher ("Kherkher") should not respond to, or otherwise comply with the same.

It is further ORDERED that Kherkher is protected from responding to discovery requests seeking information regarding Kherkher's communications with Defendants Stephen Findeisen and Coffee Break Productions LLC d/b/a Coffeezilla.

Signed on this _____ day of _____ 2025.

_____
JUDGE PRESIDING