UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LOGAN PAUL, | § § § | |
| Plaintiff, | § § | |
| v. | § § | SA-24-CV-717-OLG (HJB) |
| STEPHEN FINDEISEN, and COFFEE BREAK PRODUCTIONS LLC d/b/a Coffeezilla, | § § § § § | |
| Defendants. | § § | |

**ORDER ADDING MOTION TO
IN-PERSON HEARING**

Before the Court is Non-Party Thomas Kherkher's Motion to Quash Subpoena to Produce Documents and Motion for Protective Order. (Docket Entry 58.) Pretrial and scheduling matters in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b). (*See* Docket Entry 33.)

It is hereby **ORDERED** that Non-Party Kherkher's motion (Docket Entry 58) is added to the in-person hearing already set on **March 24, 2025**, at **1:30 P.M.** in Courtroom D on the 2nd Floor of the United States Courthouse, 262 West Nueva Street, San Antonio, Texas, 78207.

**SIGNED** on March 5, 2025.

Henry J. Bemporad
United States Magistrate Judge