# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL,<br><br>*Plaintiff*,<br><br>v.<br><br>STEPHEN FINDEISEN AND COFFEE BREAK PRODUCTIONS, LLC d/b/a COFFEEZILLA,<br><br>*Defendants*, | **Civil Action No.: 5:24-cv-00717-OLG** |

## DECLARATION OF STEPHEN FINDEISEN

I, Stephen Findeisen, state under penalty of perjury as follows:

1. My name is Stephen Findeisen. I am over the age of 18, of sound mind, and suffer from no legal or mental disabilities. I have never been convicted of a felony or of a crime or offense involving moral turpitude. I am fully competent to testify on the matters stated herein, which are within my personal knowledge and are true and correct.

2. I am a defendant in this case. I am also the sole member of the other defendant, Coffee Break Productions, LLC d/b/a Coffeezilla. I am submitting this declaration in reference to Defendants' privilege logs.

3. I earned a Bachelor of Science degree in chemical engineering from Texas A&M University. After graduation, I began publishing short videos on YouTube debunking pop-science tropes and criticizing online finance "gurus" for deceiving innocent people. My YouTube channel—Coffeezilla—eventually reached well over four million subscribers. Currently, and since at least 2019, my full-time occupation and my primary source of income

has been my investigative journalism, i.e., what I research, gather, compile, prepare, collect, photograph, record, write, edit, report, investigate, process, and/or publish online for consumption by the public at large.

4. I have become widely known for my investigative journalism related to cryptocurrency scams. In May 2022, the New Yorker published a profile of Coffeezilla, describing me as "one of the most prominent dissenting voices" against online snake oil salesmen. *See* Rachel Monroe, *Coffeezilla, the YouTuber Exposing Crypto Scams*, THE NEW YORKER (May 14, 2022), https://www.newyorker.com/news/letter-from-the-southwest/coffeezilla-the-youtuber-exposing-crypto-scams.

5. In January 2023, the *Washington Post* described me as a "powerful independent news source[ ], cataloguing and exposing some of the biggest instances of alleged fraud in the crypto industry," including Sam Bankman-Fried's FTX. *See* Taylor Lorenz, *Influencers Outshine Traditional Media on Coverage of FTX Implosion*, WASH. POST (Jan. 5, 2023), https://www.washingtonpost.com/technology/2023/01/05/ftx-citizen-journalism/. As part of my professional journalistic efforts, I personally interviewed Bankman-Fried on three occasions while FTX was in bankruptcy proceedings.

6. In 2022, I published a series of videos on Coffeezilla's YouTube channel about my investigation of an online NFT-based cryptocurrency game called CryptoZoo, which was co-founded and heavily marketed to the public by Logan Paul. As part of my professional journalistic efforts, I investigated CryptoZoo by, among other things, (1) speaking directly with sources with insider knowledge and reviewing documents and communications provided to me by those sources, including their communications with Paul himself, (2) conducting my own investigation. My investigation revealed evidence that Paul and his partners used

Page 2

CryptoZoo to scam investors out of millions of dollars. My reporting was published on YouTube and available to the public at large.

7. In early 2023, Paul threatened to sue me for this reporting. But later, in a public video entitled "Thank You Coffeezilla," Paul said he was "very grateful" for my "work and investigation." In the same video, Paul told the public I "catalyzed" Paul's decision to issue a partial refund to CryptoZoo investors. I continued to report on the CryptoZoo story and Paul's purported refund efforts in 2023 and 2024. Two of my videos created during that time, and a tweet, are the subject of this litigation.

8. With my assistance, my counsel prepared three privilege logs—one log for emails only; one log for text messages only; and one log for all other files. These privilege logs are attached hereto as **Exhibits A, B, and C** respectively. The email privilege log (Exhibit A) contains 210 entries; the text message privilege log (Exhibit B) contains 171 entries; and the other privilege log (Exhibit C) contains 16,038 entries. The privilege logs contain detailed information about the items including date, recipients, and subject matter, where applicable, but where applicable it does not reveal the name(s) of my sources. I submit this declaration to provide additional information about the items in the privilege logs. This declaration is intended to supplement, not replace, the information provided in the privilege logs.

9. *First*, each item on the privilege logs is coded with one or more of the following categories. *See* the "Privilege Code" column in Exs. A, B, and C. These categories, and a general description of each, are set forth in a privilege log key, a true and correct copy of which is attached hereto as **Exhibit D**. The key contains the following categories:

- **(A)** Journalist Privilege/Investigative Work Product. The items coded to this category broadly include work product I prepared from information I gathered.

Page 3

For example, these items include my draft written commentary, originals and re-takes of commentary, and non-substantive editing files.

- **(B)** <u>Journalist Privilege/Investigative Materials and Communications</u>. The items coded to this category broadly include materials I obtained from online or other resources and internal communications with my team about my investigation of and reporting on Logan Paul/CryptoZoo.

- **(C)** <u>Journalist Privilege/Communications with Sources</u>. The items coded to this category broadly include communications with third party sources as part of my investigative process and/or communications I received while acting in my capacity as a journalist.

- **(D)** <u>Law Enforcement Privilege</u>. The items coded to this category broadly include communications with certain law enforcement agencies regarding Logan Paul/CryptoZoo.

- **(E)** <u>Attorney-Client Privilege</u>. The items coded to this category broadly include communications with lawyers that were representing me or were representing other parties in a pending action concerning a matter of common interest to this litigation.

- **(F)** <u>Consulting Expert / Work-Product Privilege / Common Interest-Allied Litigant Privilege</u>. The items coded to this category broadly include communications with a lawyer who engaged me as an unpaid consulting expert in another matter and who represents plaintiffs in a class action lawsuit against Logan Paul concerning the same subject matter of this suit, i.e., CryptoZoo.

10.     As stated on the privilege logs, all of the items in categories **A**, **B**, and **C** were prepared by or obtained by me during and in furtherance of my journalistic investigation of and reporting on Logan Paul and CryptoZoo. *See* Exhibits A, B, C.

11.     ***Second***, each item in the privilege logs is coded into sub-categories to further describe the nature of each privileged item. *See* the "Privilege Code – Sub Category" column in Exhibits A, B, C. Those sub-categories are as follows:

- **(a)** Interviews conducted by me. Items in this sub-category are unedited recordings of interviews and the derivative text transcripts that I conducted of various individuals, including key figures and affected parties, discussing topics relevant to my investigation of and reporting on Logan Paul and CryptoZoo. The date of these recordings range from approximately mid-2021 to early 2023. These recordings contain the individuals' firsthand statements, context, or perspectives about events and circumstances of which I had no firsthand knowledge.

- **(b)** Investigative material obtained from third parties. Items in this sub-category are materials I obtained from third parties as part of my investigation of and reporting on Logan Paul/CryptoZoo. The items in this category include, for example, interviews conducted by third parties, transcripts of those interviews, other documents provided by third parties, archived websites, and insider communications produced by third parties.

- **(c)** Raw commentary. Items in this sub-category are audio or visual recordings of my spoken commentary, my draft commentary, or notes regarding my draft commentary, made during the initial creation of an episode, prior to post-production editing. These recordings, drafts, and notes are my journalistic work-

product and include my draft narration, retakes of my narration, and other preliminary material and commentary from me intended for later refinement.

- **(d)** <u>Editing files</u>. Items in this sub-category are audio, video, or intermediary editor files used for production purposes, including background music, sound effects, visual effects pre-renders, editing intermediary files for use in Adobe suite, and other non-substantive editing enhancements. These items include intermediary files, the content of which is included in items codes to other categories, or items that are non-substantiative and unrelates to CryptoZoo/Logan Paul.

- **(e)** <u>Investigative communications</u>. Items in this sub-category are my communications with third parties as part of my investigative process and/or communications I received while acting in my capacity as a journalist. These include communications with third parties and sources regarding Logan Paul/CryptoZoo and communications with my team members regarding my reporting on Logan Paul/CryptoZoo and production of the same.

- **(f)** <u>Online investigative material</u>. Items in this sub-category are materials I obtained from online resources as part of my investigation of and reporting on Logan Paul/CryptoZoo. The items in this category include, for example, Youtube videos, pictures, website archives, documents obtained from public websites.

- **(g)** <u>Law enforcement communications</u>. Items in this sub-category include my communications with various members of government agencies regarding Logan Paul/CryptoZoo. The Government has advised my lawyers that the Government intends to keep these communications confidential and may be seeking a protective

order in this case regarding the same. This sub-category is essentially the same as category **(D)** described above.

- **(h)** <u>Communications with attorneys</u>. Items in this category include my communications with attorneys. The privilege log provides the date, recipients, and other details for these communications. In addition to those details:

    - The communications labeled Items 198 and 200 (and their attachments at Item Nos. 199 and 201) in the email privilege log (<u>Exhibit A</u>) were made with an attorney who was representing me in connection with my investigation of Logan Paul and CryptoZoo. These communications were made in confidence and solely for the purpose of obtaining legal services, specifically legal advice related to information I had obtained during my investigation of Logan Paul and CryptoZoo.

    - The communication labeled Item No. 104 (and its attachment, Item No. 105) in the email privilege log (<u>Exhibit A</u>) is with Tommy Kherkher, a lawyer who is representing plaintiffs in a class action suit against Logan Paul. *See Don Holland, individually and on behalf of all others similarly situated v. CryptoZoo Inc., et. al*, Civil Action No. 1:23-cv-00110, pending in the U.S. District Court for the Western District of Texas, Austin Division, filed on February 2, 2023. The class action lawsuit concerns subject matter similar to this lawsuit, i.e., CryptoZoo. On or about January 29, 2023, I was retained by Mr. Kherkher as an unpaid consulting-only expert in the class action lawsuit and I have no expectation of testifying. This communication was made in confidence as part of my engagement as a consulting expert in

that case. Additionally, Item No. 16 on the text message privilege log (Exhibit B) contains similar communications with Mr. Kherkher. In these communications, Mr. Kherkher shared with me his mental impressions of the case, and I shared mine with him.

- o Additionally, some of the communications I received from Mr. Kherkher contained information provided to me in furtherance of my journalistic investigation of and reporting on Logan Paul and CryptoZoo. These are reflected in Item No. 16 in the text message privilege log (Exhibit B).

12. Categories **(a)** thru **(f)** are subcategories of **A**, **B**, and **C**, and therefore all of the items in sub-categories **(a)** thru **(f)** were also prepared by or obtained by me during and in furtherance of my journalistic investigation of and reporting on Logan Paul and CryptoZoo.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge, recollection, and belief.

Executed on February 14, 2025.

*Stephen Findeisen*
Stephen Findeisen