# EXHIBIT 2

2022-11-16 9:17:27 PM

## Nonresponsive

2022-11-19 12:03:43 PM

## Nonresponsive

2022-12-09 2:22:31 PM

## Nonresponsive

2022-12-20 3:02:10 PM

Has Logan Paul been sued for the crypto zoo scam yet? I'd be shocked if there wasn't already a class action brought.

If there isn't a case filed… i might have to jump on that! Lol

You're putting out great work brother!!!

> If you do actually wanna go for it, there's an investment group, I can put you in touch with who all lost money

I am interested.

We will likely have to sue in Puerto Rico federal court.

D 003937

I know a lawyer who does cases there all the time. I'll call and pick his brain on logistics

^its also important from an ethics standpoint that the investment group wants to talk to me. I basically need their permission to engage with them.

So can you ask them something like "is it cool if i put you in touch with this lawyer I know? He may be able to help in bringing a crypto zoo lawsuit."

2022-12-20 4:23:05 PM

Here's the invite, they want to talk to you.

https://discord.gg/VQayAQf6

Ok. I'll be on shortly. Have to finish something at my office.

| Entity Details | | | |
|---|---|---|---|
| **THIS IS NOT A STATEMENT OF GOOD STANDING** | | | |
| File Number: | 3083136 | Incorporation Date / Formation Date: | 6/18/2020 (mm/dd/yyyy) |
| Entity Name: | CRYPTOZOO INVESTMENTS LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | SERGOVIC CARMEAN WEIDMAN MCCARTNEY & OWENS, P.A. | | |
| Address: | 25 CHESTNUT STREET | | |
| City: | GEORGETOWN | County: | Sussex |
| State: | DE | Postal Code: | 19947 |
| Phone: | 302-855-1260 | | |

D 003938



Both of these are in Delaware

It's not the 2020 one

They hadn't conceived of the name cryptozoo by then

It was cryptopets in march

2021

Ok, thanks. Suing is Delaware is likely much better than suing in Puerto Rico

I have a phone conference tomorrow with the most prestigious law firm in the country (in my opinion) about this potential case. It would be HUGE if they decided to get involved with me.

2022-12-22 5:58:31 PM

How have you found your experience with patreon? Are you getting a lot of subs over there?

D 003939

Also, I've got a good idea of lawsuit logistics. Doing a Q and A on the discord to get a couple more questions. I'll fill you in on the details later

2022-12-22 10:58:48 PM

> Replying to Tommy Kherkher, 2022-12-22 17:58:31: « How have you found your experience with patreon? Are you getting a lot of subs over there? »

It's pretty good for me at least    . I guess a lot is relative but it's been great to supplement a little income to allow me to work more on big projects instead of cranking smaller projects.

2022-12-23 1:44:26 PM

Congratulations on the conclusion of your series. You are making the internet/world a better place with your journalism. Proud of you.

Now get some rest.

2022-12-23 10:26:18 PM

Loved "Congratulations on the conclusion of your series. …"

Thanks tommy I will 😊

2022-12-26 6:51:03 PM

Are you going to go on impaulsive? lol

2022-12-28 3:43:32 PM

*Attachment not found: IMG_5260.jpeg (Image)*

You're in a South Park video!

That can't be real

D 003940

Fake right?

Idk but it looks pretty real. Maybe it's just like a short original clip they made?

2022-12-29 12:23:28 PM

Talk soon

2022-12-29 7:11:24 PM



**Skip** Today at 6:24 PM
btw. recorded a statement regarding cryptozoo today. will be going out NYE

putting this to bed

Logan sent this in a private chat, this guy is delaying it to me

He's moving the date to NYE

Relaying*

Thanks for update. Looks like we aren't going to beat him to the punch. But o well…

Honestly, him making a statement can only hurt from the legal perspective. He's just trying to save his reputation

D 003941

2022-12-31 12:41:10 PM

Logan looks like he's planning to say he's not giving up on CZ

https://twitter.com/coffeebreak_yt/status/1609250337990270976?s=46&t=_0L-O2ubvJCZAXi_j-B2yw

2022-12-31 1:56:03 PM

"Good for him.  Won't help"

^response i got from the lead partner at the firm that is helping me out with the case

2022-12-31 4:39:17 PM

Interesting. Yeah he seems to be scrambling to avoid the lawsuit. He knows he screwed up.

Ya… if anything it makes it worse. He clearly is only doing this because of all the attention

2023-01-01 3:53:05 PM

Sent you a happy New Year's present to your inbox

Just kidding… it's just the CryptoZoo files that were leaked to me by an insider. My source agreed that they are shareable. Sent to the email associated w your YouTube

Thanks! Confirming receipt. Hopefully we can get this lawsuit on file this week!

Pdf password if it asks is 0153

Gotcha. Thanks!

How's Puerto Rico?? 🤣

Laughed at "How's Puerto Rico?? 🤣"

Great question I wouldn't know lmaaaao

Replying to Tommy Kherkher, 2023-01-01 15:54:41: « Thanks! Confirming receipt. Hopefully we can get this lawsuit on file this week!  »

Any idea on a when? Like before Friday? May want to cover it on YT

Hopefully…. but I'm not exactly sure when. The other law firm i brought on to help me is taking lead with writing the petition because they have done crypto cases before. So it's really up to them but they told me last week that we should be ready to go this week.

We have a meeting tomorrow afternoon so I'll know more then.

Keep me posted. May affect my timing

*Attachment not found:
IMG_5265.jpeg (Image)*

This has to be an ad…. And he is not disclosing anything.

2023-01-02 3:58:37 PM

Nonresponsive

D 003943

2023-01-02 5:30:36 PM

## Nonresponsive

2023-01-05 4:27:33 PM

Hey, because of all the responses of Logan , I'm not gonna have a response ready until tomorrow night… How far away is that from your lawsuit?

I don't think we will be ready in time but maybe we can do something. I'll call you after my meeting that I'm in.

I'll call you back shortly

Wrapping up a meeting

Yeah, no worries.

2023-01-05 5:56:01 PM

I tried calling back. Call me back whenever

I'll be on my phone the rest of the night

D 003944

2023-01-06 11:51:58 PM



**loganpaulwastaken**  hoy a las 5:18
Hey all, just wanted to update you. I deleted my initial response to Coffee's series. It was rash and misaligned with the true issue at hand, so I called him today and apologized... the war is not with Coffee. In fact, I'm grateful he brought this to light. I will be taking accountability, apologizing, and coming forward with a plan in the near future. Thank you all for believing in this project & sticking with me. I know it's been bumpy but your support is everything to me and I will make this right

❤️ 8   🤗 1   🫶 4   🫡 1

Want to put this on your radar.

2023-01-07 12:21:02 PM



2023-01-11 10:48:59 AM

Hey! I'm at a funeral. You can txt me but I can't talk for a couple hrs.

Ok. No rush. Call me when you're free.

2023-01-12 5:15:22 PM

*Attachment not found:*
*IMG_5294.jpeg (Image)*

I assume this signals he plans on continuing to work on the project rather than issue refunds

Why else would he ask everyone to delist?

Or refund -> then rebuild? Idk hard to say

D 003946

I guess we'll see tomorrow

Liked "I guess we'll see tomorrow"

2023-01-13 1:11:44 PM

Sent you the complaint on email.

When do you think you'll be filing this? I want to know if I'll be able to mention it in my vid

I'll have more info by the end of the day.

When are you planning on releasing video?

I don't have an exact day, I'd like to post by Monday though

If you can give me a rough filing date by end of day would be super helpful

2023-01-13 6:50:27 PM

Plan is to file it by end of day Monday.

It might be filed as early as tomorrow.

Okay awesome. Give me the final complaint draft as soon as you have it.

Will do.

2023-01-14 4:59:38 PM

*Attachment not found:*
*IMG_5307.mov (Video)*

How my editor wants to start my video about the lawsuit

D 003947

2023-01-15 5:16:12 PM

L M A O

I'm recording right now

Do you have the final draft of the complaint?

*Attachment not found:*
*CryptoZoo - Arbitration Demand.docx (Attachment)*

Here is most recent draft. I think should be the final draft… however, i can't guarantee that until the thing is actually filed.

Arbitration = lawsuit as well?

Technically an arbitration is not a lawsuit. But it is functionally equivalent. Basically a private lawsuit outside of the court system

Are you guys filing a technical lawsuit? I'm trying to figure out what I can say

Can I say you are taking him to court.

I would say "taking legal action."

Will this be publicly searchable? I guess if you're doing a video it will be?

No. There is no readily accessible public search function for ongoing arbitrations.

That is why company's love it. It keeps their bad actions out of the spotlight.

With that said, we have no obligation to keep the fact that we are filing arbitration demands confidential. I think it very important that Crytozoo victims are aware that this forced arbitration clause exists and what their legal right/options are

So what's a good way to announce this?  I want people to know that there are options here besides rolling over for Logan .

D 003948

Let me send you a private link to my draft of my YouTube video. I'm going to re film a couple of parts tonight. But i think you will get this gist of how I'm phrasing it.

Great, thanks that would be perfect

Cryptozoo lawsuit v2

https://youtu.be/0UmrvF05aBw

Gotta I lost it

UNLIST*

Gotta unlist it*

Can't see this

Ok. One sec

Cryptozoo lawsuit v2

https://youtu.be/0UmrvF05aBw

Makes sense, do you know when this is going live?

As soon as we are officially file. Which I'm optimistic will be tomorrow morning

2023-01-15 8:39:45 PM

Nice. I recorded today and won't put this out until tomorrow or the next day.

One of these days you gotta let me help you w lighting btw

Lmao

D 003949

I embrace the cheez. It's part of my deal.

Laughed at "I embrace the cheez. It's part of my deal. "

My brain can't handle lighting conflicts haha

First case is filed.

When will Logan know?

Probably when he sees the media. It will take a few days (maybe even weeks) to officially serve him.

2023-01-16 10:28:05 AM

I'm Suing* Logan Paul (Arbitration)

https://youtu.be/se6Yt32VeGI

2023-01-16 12:19:39 PM

2023-01-18 10:57:51 AM

Lmao

Quick question, do you want me to come up during the week or weekend, or does it not matter

Probably weekday is best but either work

I will need to coordinate with the other lawyers on a date that works for them as well. I want us all there

Video is live

Emphasized "Video is live"

D 003950

2023-01-18 1:23:11 PM

Do you want to talk to Adam Robb, the reporter who I worked with? He's doing a story with buzzfeed and wanted me to connect you.

Before I answer I wanted to ask you if that's something you want.

Sure

2023-01-19 3:46:24 PM

Does the 9th work for you for me to come down?

February

Yes

2023-01-26 1:04:13 PM

Awesome, I forgot to confirm this, but I'm definitely coming down on the ninth

Wonderful

Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2023-01-29 1:14:32 PM

2023-01-29 3:35:21 PM

Fed. R. Civ. P. 26(b)(4); Work Product Privilege

D 003951



Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2023-01-29 10:53:33 PM

Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2023-01-30 7:15:39 AM

Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2023-02-01 6:11:01 PM

Fed. R. Civ. P. 26(b)(4); Work Product Privilege

D 003952

Nonresponsive

2023-02-05 1:48:09 PM

Fed. R. Civ. P. 26(b)(4); Work Product Privilege

D 003953

Nonresponsive

2023-02-06 10:25:24 PM

Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2023-02-09 8:44:20 AM

Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2023-02-09 6:17:57 PM

Fed. R. Civ. P. 26(b)(4); Work Product Privilege



Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2023-02-09 10:34:40 PM

Journalistic Privilege; Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2023-02-10 8:00:10 AM

Journalistic Privilege; Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2023-02-10 9:58:51 AM

Nonresponsive

Nonresponsive

2023-02-11 2:56:37 PM

Journalistic Privilege; Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2023-02-11 4:03:18 PM

Journalistic Privilege; Fed. R. Civ. P. 26(b)(4); Work Product Privilege

D 003956



Journalistic Privilege; Fed. R. Civ. P. 26(b)(4); Work Product Privilege



Journalistic Privilege; Fed. R. Civ. P. 26(b)(4); Work Product Privilege

D 003958



Journalistic Privilege; Fed. R. Civ. P. 26(b)(4); Work Product Privilege

D 003959



Journalistic Privilege; Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2023-02-11 8:56:49 PM

Journalistic Privilege; Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2023-02-12 1:35:54 PM

Journalistic Privilege; Fed. R. Civ. P. 26(b)(4); Work Product Privilege



Journalistic Privilege; Fed. R. Civ. P. 26(b)(4); Work Product Privilege

Nonresponsive

D 003961



Journalistic Privilege; Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2023-02-18 11:49:18 AM

Nonresponsive

2023-02-26 12:14:21 PM

Journalistic Privilege; Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2023-02-26 7:34:28 PM

Journalistic Privilege; Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2023-03-08 7:34:04 PM

Nonresponsive

2023-03-16 12:31:43 PM
Nonresponsive



Journalistic Privilege; Fed. R. Civ. P. 26(b)(4); Work Product Privilege

D 003964

Journalistic Privilege; Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2023-03-22 4:01:37 PM

Nonresponsive

2023-03-26 8:37:48 PM

Nonresponsive

Journalistic Privilege; Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2023-04-04 1:40:58 PM

2023-04-06 10:43:57 AM

Journalistic Privilege; Fed. R. Civ. P. 26(b)(4); Work Product Privilege

D 003965

Journalistic Privilege; Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2023-04-12 4:15:41 PM

Nonresponsive

2023-04-13 5:18:33 PM

Nonresponsive

2023-04-20 1:36:51 PM

Nonresponsive

2023-04-20 4:48:47 PM

Journalistic Privilege; Fed. R. Civ. P. 26(b)(4); Work Product Privilege

D 003966

Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2023-04-25 11:31:23 AM

2023-04-25 9:39:33 PM

Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2023-05-05 2:18:47 PM

Nonresponsive

2023-05-19 4:49:11 PM

Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2023-05-27 2:38:05 PM

Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2023-05-27 3:52:49 PM



Journalistic Privilege; Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2023-05-30 3:38:35 PM

Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2023-05-31 9:02:01 AM

Fed. R. Civ. P. 26(b)(4); Work Product Privilege

D 003968

2023-06-10 11:12:27 AM
Nonresponsive

2023-06-21 12:45:21 AM

Journalistic Privilege; Fed. R. Civ. P. 26(b)(4); Work Product Privilege

D 003969

Journalistic Privilege; Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2023-06-21 6:12:13 AM

Journalistic Privilege; Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2023-06-22 10:41:24 PM

Nonresponsive

D 003970

Nonresponsive

2023-06-25 3:01:41 PM

Nonresponsive

2023-06-25 6:40:02 PM

Journalistic Privilege; Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2023-06-25 7:55:26 PM

Nonresponsive

2023-06-26 9:43:04 AM

Nonresponsive

D 003971

Nonresponsive

2023-06-26 8:15:21 PM

Nonresponsive

2023-06-27 12:56:34 PM

Nonresponsive

Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2023-06-29 10:06:03 AM

Fed. R. Civ. P. 26(b)(4); Work Product Privilege

Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2023-06-29 10:15:58 PM

Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2023-07-04 2:57:56 PM

Nonresponsive

2023-07-06 8:44:09 AM

Journalistic Privilege; Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2023-07-06 10:11:58 AM

Journalistic Privilege; Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2023-07-10 9:30:41 PM

Journalistic Privilege; Fed. R. Civ. P. 26(b)(4); Work Product Privilege

Journalistic Privilege; Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2023-07-24 3:22:17 PM

Nonresponsive

Journalistic Privilege; Fed. R. Civ. P. 26(b)(4); Work Product Privilege

Journalistic Privilege; Fed. R. Civ. P. 26(b)(4); Work Product Privilege

Fed. R. Civ. P. 26(b)(4); Work Product Privilege

D 003974

Nonresponsive

2023-07-28 10:02:30 AM

Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2023-08-29 9:35:19 PM

Journalistic Privilege; Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2023-08-30 10:20:10 AM

Journalistic Privilege; Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2023-09-13 8:09:43 PM

Journalistic Privilege; Fed. R. Civ. P. 26(b)(4); Work Product Privilege

Journalistic Privilege; Fed. R. Civ. P. 26(b)(4); Work Product Privilege

Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2023-09-17 11:51:08 AM

D 003975



Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2023-09-17 1:03:21 PM

Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2023-09-30 6:01:01 PM

Fed. R. Civ. P. 26(b)(4); Work Product Privilege

D 003976

Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2023-10-05 1:46:12 PM

Nonresponsive

2023-10-06 5:26:25 PM

Nonresponsive

2023-10-06 6:36:20 PM

Nonresponsive

2023-10-07 1:50:16 PM

Nonresponsive

2023-10-13 3:24:22 PM

Fed. R. Civ. P. 26(b)(4); Work Product Privilege

Journalistic Privilege; Fed. R. Civ. P. 26(b)(4); Work Product Privilege

Fed. R. Civ. P. 26(b)(4); Work Product Privilege

Nonresponsive

Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2023-10-17 6:24:49 PM

Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2023-11-02 9:45:18 PM

Journalistic Privilege; Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2023-11-03 12:14:20 AM

Journalistic Privilege; Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2023-11-04 4:57:15 PM

Journalistic Privilege; Fed. R. Civ. P. 26(b)(4); Work Product Privilege

Nonresponsive

2023-11-07 9:44:57 AM

Journalistic Privilege; Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2023-11-09 10:34:38 AM

Journalistic Privilege; Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2023-11-16 5:35:38 PM

Journalistic Privilege; Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2023-12-04 9:41:38 AM

Nonresponsive

2023-12-19 8:21:53 AM

Journalistic Privilege; Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2024-01-04 12:41:09 PM

Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2024-01-04 2:30:11 PM

Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2024-01-04 6:55:47 PM

Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2024-01-05 9:10:46 PM

Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2024-01-05 10:52:09 PM

Nonresponsive

D 003980

Nonresponsive

2024-01-06 8:50:13 AM



Journalistic Privilege; Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2024-01-06 3:33:05 PM

D 003981

2024-01-07 8:42:57 AM

Journalistic Privilege; Fed. R. Civ. P. 26(b)(4);
Work Product Privilege

2024-01-07 10:56:51 AM

Journalistic Privilege; Fed. R. Civ. P. 26(b)(4); Work
Product Privilege

2024-01-07 1:13:17 PM

Journalistic Privilege; Fed. R. Civ. P. 26(b)(4); Work Product
Privilege

2024-01-26 6:49:18 PM

Nonresponsive

2024-01-29 3:56:11 PM

Fed. R. Civ. P. 26(b)(4); Work Product Privilege

D 003982

2024-07-03 10:38:18 AM

Nonresponsive

2024-07-03 5:57:10 PM

Common-Interest Privilege; Fed. R. Civ. P. 26(b)(4); Work Product Privilege

2024-07-18 11:07:05 AM

Nonresponsive

2024-07-18 5:25:52 PM

Nonresponsive