IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL,<br><br>                         *Plaintiff*,<br>  v.<br><br>STEPHEN FINDEISEN AND COFFEE BREAK PRODUCTIONS LLC D/B/A COFFEEZILLA,<br><br>                       *Defendants*. | Civil Action No.: 5:24-cv-00717 |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL**

Upon consideration of Plaintiff's Motion to Compel the Production of Defendant Stephen Findeisen's Communications with Non-Party Thomas Kherker, filed March 11, 2025, and the parties' respective submissions in support of an in opposition to Plaintiff's motion,

IT IS HEREBY ORDERED THAT:

1. Plaintiff's Motion to Compel the Production of Defendant Stephen Findeisen's Communications with Non-Party Thomas Kherker is GRANTED.

2. Defendants Stephen Findeisen and Coffee Break Productions LLC, shall produce all communications between Defendant Stephen Findeisen and non-party Thomas Kherkher within three (3) days.


SO ORDERED this _____ day of _____, 2025.


                                                      _____
                                                      ORLANDO L. GARCIA
                                                      UNITED STATES DISTRICT JUDGE