UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LOGAN PAUL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | SA-24-CV-717-OLG (HJB) |
| | § | |
| STEPHEN FINDEISEN, and | § | |
| COFFEE BREAK PRODUCTIONS LLC | § | |
| d/b/a Coffeezilla, | § | |
| | § | |
| Defendants. | § | |

**ORDER REMOVING MOTION FROM
IN-PERSON HEARING**

Before the Court is Plaintiff's Notice of Withdrawal of Docket No. 26, His Motion to Compel Production of Communications Relevant to Defendants' Actual Malice. (Docket Entry 67.) Pretrial and scheduling matters in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b). (*See* Docket Entry 33.)

In light of Plaintiff's notice (Docket Entry 67), it is hereby **ORDERED** that Plaintiff's Motion to Compel Production of Communications Relevant to Defendants' Actual Malice (Docket Entry 26) is **DENIED AS MOOT**. It is **FURTHER ORDERED** that Plaintiff's motion (Docket Entry 26) is **REMOVED** from the in-person hearing set on **March 24, 2025**, at **1:30 P.M.** in Courtroom D on the 2nd Floor of the United States Courthouse, 262 West Nueva Street, San Antonio, Texas, 78207.[1]

**SIGNED** on March 20, 2025.

Henry J. Bemporad
United States Magistrate Judge

---

[1] The remaining motions that will be argued are Docket Entries 36, 42, 46, 58 and 62.