IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**LOGAN PAUL**  **PLAINTIFF**

vs.  No. 5:24-CV-717-OLG-HJB

**STEPHEN FINDEISEN and**  **DEFENDANT**
**COFFEE BREAK PRODUCTIONS LLC**
**d/b/a COFFEEZILLA**

### NOTICE OF APPEARANCE—JOSH SANFORD

Attorney Josh Sanford does hereby enter his appearance on behalf of a non-party--Attorney Thomas Kherkher. Mr. Sanford joins attorney Jarrett Ellzey as counsel for Mr. Kherkher. Mr. Sanford certifies that he is a member in good standing of the Bar of the Western District of Texas and is a registered CM/ECF filer

Respectfully submitted,

**JOSH SANFORD**

SANFORD LAW FIRM, PLLC
KIRKPATRICK PLAZA
10800 FINANCIAL CENTRE PKWY, STE 510
LITTLE ROCK, ARKANSAS 72211
TELEPHONE: (501) 221-0088
FACSIMILE: (888) 787-2040

By:  */s/ Josh Sanford*
Josh Sanford
Texas. Bar No. 24077858
josh@sanfordlawfirm.com

## CERTIFICATE OF SERVICE

I certify that on March 21, 2025, a copy of the foregoing document was filed and served on all parties in accordance with the protocols for e-filing in the Federal Rules of Civil Procedure.

/s/ Josh Sanford
Josh Sanford
