IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL,<br><br>                      *Plaintiff*,<br><br>v.<br><br>STEPHEN FINDEISEN AND COFFEE BREAK PRODUCTIONS LLC D/B/A COFFEEZILLA,<br><br>                      *Defendants*. | Civil Action No. 5:24-cv-00717 |

**PLAINTIFF LOGAN PAUL'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO MEET REBUTTAL EXPERT DISCLOSURE DEADLINES**

      Plaintiff Logan Paul files this Unopposed Motion for Extension of Time to Meet Rebuttal Expert Disclosure Deadlines, and states as follows:

      1.      On October 4, 2024, the Court entered a Scheduling Order, which established pretrial deadlines and set this case for trial in October 2025. [Dkt. 18]

      2.      The Scheduling Order provides, in relevant part, that "[a]ll designations of rebuttal experts shall be FILED, and the materials required by Fed. R. Civ. P. 26(a)(2)(B) for such rebuttal experts, to the extent not already served, shall be SERVED, within fourteen (14) days of receipt of the report of the opposing expert." *Id.* at ¶ 4.

1

3. On March 18, 2025, Defendants filed their Designation of Testifying Experts [Dkt. 65] and served Plaintiff with the Report of James C. Spindler,[1] which opines on "certain matters of securities markets, trading, and regulation as they pertain to this case."

4. As such, under the Scheduling Order, Plaintiff's deadline to designate a rebuttal expert and serve the materials required by Rule 26(a)(2)(B) is April 1, 2025.

5. Plaintiff is in the process of retaining a rebuttal expert, but given the scope of Mr. Spindler's opinions and recent material developments in federal securities law that are directly relevant to those opinions,[2] Plaintiff will need an additional fourteen (14) days, up to and including April 15, 2025, to meet the rebuttal expert deadlines set forth in the Scheduling Order.

6. Plaintiff certifies that he has conferred with Defendants, who do not oppose the extension request set forth herein.

WHEREFORE, Plaintiff respectfully requests a fourteen (14) day extension of time, up to and including April 15, 2025, to designate a rebuttal expert and serve the materials required by Rule 26(a)(2)(B).

---

[1] By agreement, the Parties had previously extended their respective expert disclosure deadlines to February 18, 2025, and March 18, 2025, respectively.

[2] On February 27, 2025, the U.S. Securities and Exchange Commission (the "SEC") published a statement clarifying its position that meme coins do not constitute "securities" under the Securities Act of 1933 and the Securities Exchange Act of 1934, and that typical meme coin offerings do not satisfy the investment contract criteria set forth in *SEC v. W.J. Howey Co.*, 328 U.S. 293 (1946). *See* Securities & Exchange Commission — Division of Corporation Finance, "Staff Statement on Meme Coins," *available at* https://www.sec.gov/newsroom/speeches-statements/staff-statement-meme-coins (Feb. 27, 2025). This development is directly relevant to Mr. Spindler's Report, in which he opines in part that the CryptoZoo tokens and NFTs *do* constitute securities under federal law.

| | |
|---|---|
| March 25, 2025 | /s/ *Andrew C. Phillips* |

<div style="margin-left: 40%;">

Andrew C. Phillips (*Pro Hac Vice*)
Shannon B. Timmann (*Pro Hac Vice*)
MEIER WATKINS PHILLIPS PUSCH LLP
919 18th Street NW, Suite 650
Washington, DC 20006
(202) 318-3655
Email: andy.phillips@mwpp.com
Email: shannon.timmann@mwpp.com

Jeffrey A. Neiman (*Pro Hac Vice*)
Jason L. Mays (*Pro Hac Vice*)
MARCUS NEIMAN RASHBAUM & PINEIRO LLP
100 SE 3rd Ave., Suite 805
Ft. Lauderdale, Florida 33394
Email: jneiman@mnrlawfirm.com
Email: jmays@mnrlawfirm.com

Ricardo G. Cedillo (Texas Bar No. 04043600)
DAVIS, CEDILLO & MENDOZA, INC.
755 E. Mulberry Ave., Ste. 250
San Antonio, TX 78212
(210) 822-6666
Email: rcedillo@lawdcm.com

*Counsel for Plaintiff Logan Paul*

</div>

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the March 25, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

<div align="right">/s <i>Andrew C. Phillips</i></div>