UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LOGAN PAUL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | SA-24-CV-717-OLG (HJB) |
| | § | |
| STEPHEN FINDEISEN, and | § | |
| COFFEE BREAK PRODUCTIONS LLC | § | |
| d/b/a Coffeezilla, | § | |
| | § | |
| Defendants. | § | |

**ORDER REINSTATING MOTION ON THE DOCKET**

Before the Court is the status of the above case, in which pretrial and scheduling matters have been referred to the undersigned pursuant to 28 U.S.C. § 636(b). (*See* Docket Entry 33.)

Pending before the Court is Non-Party Thomas Kherkher's Motion to Quash Subpoena to Produce Documents and Motion for Protective Order. (Docket Entry 58.) The Court held a hearing on this and other motions on March 24, 2025, and it ordered that the motion be held in abeyance pending the Court's review of documents to be submitted *in camera* in relation to another motion. (Docket Entry 73.) Three days later, however, the Court entered a text order that inadvertently denied the motion to quash without prejudice. (*See* Text Entry, March 27, 2025.) This Order corrects that inadvertent error.

It is therefore **ORDERED** that Non-Party Thomas Kherkher's Motion to Quash Subpoena to Produce Documents and Motion for Protective Order (Docket Entry 58) is hereby **REINSTATED** on the docket. The motion remains under advisement.

SIGNED on April 2, 2025.

_____
Henry J. Bemporad
United States Magistrate Judge