# EXHIBIT 2

Luciano Schipelliti
March 18, 2025

```
         IN THE UNITED STATES DISTRICT COURT

        FOR THE WESTERN DIVISION OF TEXAS

             SAN ANTONIO DIVISION




_____
                                   )
LOGAN PAUL,                        )
                                   )
         Plaintiff,                )
                                   )  Case No.
                    vs.            )  5:24-CV-00717
                                   )
STEPHEN FINDEISEN AND COFFEE       )
BREAK PRODUCTIONS LLC              )
D/B/A COFFEEZILLA,                 )
                                   )
         Defendants.               )
_____)
```

             Deposition of:   LUCIANO SCHIPELLITI

             Pursuant to:     Notice

             Date and Time:   Tuesday, March 18, 2025
                              10:00 a.m.
             Place:           Dinsmore & Shohl LLP
                              255 East Fifth Street
                              Suite 1900
                              Cincinnati, Ohio  45202
             Reporter:        Kathy S. Simpson, RPR
                              Notary Public - State of
                                Ohio

             Videographer:    Arthur Funk

Luciano Schipelliti
March 18, 2025

APPEARANCES OF COUNSEL:


     For the plaintiff:

          Andrew C. Phillips, Esq.
               of
          Meier Watkins Phillips Pusch LLP
          919 18th Street NW
          Suite 650
          Washington, DC  20006
          202.318.3655
          andy.phillips@mwpp.com

               and


          Jason L. Mays, Esq.
               of
          Marcus Neiman Rashbaum & Pineiro LLP
          100 SE 3rd Avenue
          Suite 805
          Ft. Lauderdale, Florida 33394
          305.434.4941
          jmays@mnrlawfirm.com

```
 1    APPEARANCES OF COUNSEL:

 2

 3         For the defendants Coffee Break
              Productions, LLC, and Stephen Findeisen:
 4

 5             Jason Davis, Esq.
                    of
 6             Davis & Santos, PC
               719 S. Flores Street
 7             San Antonio, Texas  78204
               210.853.5882
 8             jdavis@dslawpc.com


 9

10         For the witness, Luciano Schipelliti:

11
               Mark G. Arnzen, Jr., Esq.
12                  and
               Lindsay K. Gerdes, Esq.
13                  of
               Dinsmore & Shohl LLP
14             255 East Fifth Street
               Suite 1900
15             Cincinnati, Ohio 45202
               513.977.8200
16             mark.arnzen@dinsmore.com
               lindsay.gerdes@dinsmore.com
17

18         Also present:
               Chelsea Chalk, Esq.,  via videoconference
19             Garrett Rethman, Esq., via videoconference
               Stephen Findeisen, via videoconference
20

21

22

23                         - - -

24

25
```

Luciano Schipelliti
March 18, 2025

I N D E X

| LUCIANO SCHIPELLITI | PAGE |
|---|---|
| EXAMINATION BY MR. PHILLIPS | 7 |
| EXAMINATION BY MR. DAVIS | 118 |
| FURTHER EXAMINATION BY MR. PHILLIPS | 418 |

| EXHIBITS | MARKED | REFERENCED |
|---|---|---|
| EXHIBIT PX-1-LS | 26 | 26 |
| EXHIBIT PX-2-LS | 41 | 41 |
| EXHIBIT PX-3-LS | 43 | 43 |
| EXHIBIT PX-4-LS | 50 | 50 |
| EXHIBIT PX-5-LS | 54 | 54 |
| EXHIBIT PX-6-LS | 66 | 66 |
| EXHIBIT PX-7-LS | 73 | 73 |
| EXHIBIT PX-8-LS | 99 | 99 |
| EXHIBIT D1 | 131 | 131 |
| EXHIBIT D2 | 136 | 136 |
| EXHIBIT D3 | 166 | 166 |
| EXHIBIT D4 | 265 | 265 |
| EXHIBIT D5 | 285 | 285 |
| EXHIBIT D6 | 289 | 289 |
| EXHIBIT D7 | 290 | 290 |
| EXHIBIT D8 | 292 | 292 |
| EXHIBIT D9 | 293 | 293 |
| EXHIBIT D10 | 295 | 295 |
| EXHIBIT D11 | 351 | 351 |
| EXHIBIT D12 | 340 | 340 |
| EXHIBIT D13 | 354 | 354 |
| EXHIBIT D14 | 361 | 361 |
| EXHIBIT D15 | 368 | 368 |
| EXHIBIT D16 | 372 | 372 |
| EXHIBIT D17 | 376 | 376 |
| EXHIBIT D18 | 380 | 380 |
| EXHIBIT D19 | 383 | 383 |
| EXHIBIT D20 | 387 | 387 |
| EXHIBIT D21 | 393 | 393 |

- - -

 1          was Logan that locked the people out, and
 2          it turns out what I'm hearing -- what I
 3          said today is that when all these people
 4          who got their tokens early on started
 5          dumping as the coin price was going up,
 6          like literally immediately following egg
 7          drop, Logan got upset that everybody was
 8          dumping on the project and that's why he
 9          -- which I'm assuming he tasked Eddie
10          with it at the time, because I think
11          Eddie was the one on the lead dev side,
12          even though he's not a developer.
13               So I think the actual instruction to
14          freeze those wallets came from Logan.
15               (Audio stopped.)
16     BY MR. PHILLIPS:
17          Q.   Having listened to the first minute
18     and a half or so of this audio file, can you
19     identify it for us as a Discord call that you
20     had with Mr. Findeisen on October 20, 2022?
21          A.   Yeah, I believe it was October 20.
22     Yeah, this is accurate.
23          Q.   And did you make the recording?
24          A.   Yes, I did.
25          Q.   You said you believe it's accurate?

```
 1          A.   Yes.
 2          Q.   I'm going to play a portion for you
 3    that begins at 11:26, 11 minutes, 26 seconds,
 4    just give me a moment.  This clip will be about
 5    three minutes, three and a half minutes.
 6               (Audio recording played and transcribed
 7               as follows:)
 8               MR. SCHIPELLITI:  It was just nuts.
 9               MR. FINDEISEN:  That's so strange to
10          me that he would --
11               MR. SCHIPELLITI:  It makes no sense.
12          Like, dude, nothing -- bro, it's the
13          fucking weirdest thing.  Like I've worked
14          with tons of different business owners,
15          not tons of celebrities or anything, but
16          like -- like this was my first major --
17          like dealing with a celebrity agent-type
18          of situation.
19               Like, dude, all business owners that
20          I've ever talked with, very successful
21          people, nobody has ever been like Jeff
22          and, you know, that whole operation.
23          It's like they tried to be bad, like
24          that's how bad it is.  It's like you
25          don't just accidently become this bad.
```

Luciano Schipelliti
March 18, 2025

```
 1              It's like you have to actually try to
 2         make wrong choices.
 3              MR. FINDEISEN:  Yeah.
 4              MR. SCHIPELLITI:  Like every single
 5         thing for the past year, it was like
 6         every single thing, you'd have to try to
 7         make such a bad decision with, which
 8         makes no sense.
 9              MR. FINDEISEN:  Wow, wow.  I don't
10         get it, man.  I don't get why they did --
11         they did things this way.  It's so
12         strange.  Like the way they just ran
13         their whole business.
14              There's this real sense that I get,
15         tell me if you kind of agree, a sense of
16         incompetency where you go -- you know
17         what, part of it is like -- part of it I
18         think they, in their heads, want to have
19         good intentions but they take on so many
20         projects and so many different ideas, and
21         Logan is constantly saying so many
22         different things that they literally
23         can't do all of it.
24              And I think they end up dropping a
25         bunch of balls and hurting people, quite
```

Luciano Schipelliti
March 18, 2025

1    frankly, because anytime you get into an
2    investment vehicle, you can't drop the
3    ball, that's the whole problem.  You
4    can't just, you know, ask for investors
5    into a company you're starting and then
6    not take it seriously.
7             MR. SCHIPELLITI:  Well, so -- and
8    that's the biggest thing with this, and
9    me and my partners have been saying this
10   ever since the very beginning, like since
11   April, before we were even working
12   officially for them, it was always -- we
13   always knew that, you know, at the
14   beginning, it was a belief because we
15   didn't know at that time.
16            But we had always believed that they
17   really did have good intentions, but we
18   always used the word incompetence.
19   They'd have to be so incompetent for
20   this, they're incompetent.  Like it was
21   always the incompetence.
22            And even up until right now, like I
23   truly believed that Jeff really meant to
24   do well with the project, same with
25   Logan.  You could hear it in Logan's

```
 1          voice in that -- I think it was the only
 2          AMA that he had back in like the first
 3          week of October last year, you can hear
 4          in his voice that he really wants this
 5          project to be successful --
 6                  MR. FINDEISEN:  Sure --
 7                  MR. SCHIPELLITI:  -- and onboard
 8          people and dot our T's.  You know, all
 9          that stuff that a lot of people probably
10          think is just him trying to hype people
11          up to do cash grab.  I never think that
12          that's what it was about.
13                  I think that they just meant well
14          but had the wrong team working for them
15          at the beginning.  And then, I think they
16          were just in the constant rat race of
17          trying to Band-Aid everything up.  And,
18          you know, they had Vatom who was working
19          off of bad smart contracts that were
20          written with no future skill ability in
21          mind.
22                  So it was like instead of someone
23          going in and just saying, you know what,
24          this system is fucked, we have to rebuild
25          from the start and that is just what it's
```

 1              going to take to have a successful
 2              project.  Everybody in it kept trying to,
 3              you know, toss an extra Band-Aid on the
 4              wound.
 5                   (Audio stopped.)
 6         BY MR. PHILLIPS:
 7              Q.   I'll stop the audio there at
 8         14 minutes and 53 seconds.
 9                   In the clip that we just heard from
10         this October 20th, 2022 call between you and
11         Mr. Findeisen, did Mr. Findeisen express to you
12         the view that there's a sense of incompetency
13         on the part of Mr. Paul and Mr. Levin?
14                   MR. DAVIS:  Objection, leading.
15              Objection, form.
16              A.   Yes, that's correct.
17         BY MR. PHILLIPS:
18              Q.   Did Mr. Findeisen convey to you that
19         he believed that Mr. Levin and Mr. Paul had
20         good intentions but that they take on too many
21         projects and can't do all of them?
22                   MR. DAVIS:  Objection, leading.
23              Objection, form.
24              A.   Yes, that's correct.
25         BY MR. PHILLIPS:

1    Q.   When Mr. Findeisen spoke of having a
2    sense of incompetency, did you understand him
3    to be referring to Mr. Paul and Mr. Levin's
4    stewardship of the CryptoZoo project?
5         MR. DAVIS:  Objection, form.
6         Objection, leading.
7    A.   When you say stewardship, you just
8    mean like them as like leaders?  Yes, that's
9    correct.
10   BY MR. PHILLIPS:
11   Q.   Did you convey to Mr. Findeisen that
12   you agreed with that assessment based on your
13   personal experience with the CryptoZoo project?
14        MR. DAVIS:  Objection, leading.
15        Objection, form.
16   A.   Yes, that's correct.
17   BY MR. PHILLIPS:
18   Q.   In the clip that we just heard from
19   this October 20, 2022 discussion, did you tell
20   Mr. Findeisen that you and your partners always
21   knew that Mr. Paul and Mr. Levin had good
22   intentions for the CryptoZoo project?
23        MR. DAVIS:  Objection, leading.
24        Objection, form.
25   A.   Yes, that's correct.

Luciano Schipelliti
March 18, 2025

```
 1   BY MR. PHILLIPS:
 2        Q.   Did you further convey to
 3   Mr. Findeisen that the issues the project faced
 4   under their stewardship were a result of
 5   incompetence rather than any ill intent?
 6             MR. DAVIS:   Objection, leading.
 7        Objection, form.
 8        A.   That's correct.
 9   BY MR. PHILLIPS:
10        Q.   Did you repeat again to
11   Mr. Findeisen that you truly believed that
12   Mr. Levin and Mr. Paul meant to do well with
13   the CryptoZoo project?
14             MR. DAVIS:   Objection, leading.
15        Objection, form.
16        A.   That's correct.
17   BY MR. PHILLIPS:
18        Q.   Did Mr. Findeisen dispute that
19   assessment --
20             MR. DAVIS:   Objection, form.
21   BY MR. PHILLIPS:
22        Q.   -- in his conversations with you?
23             MR. DAVIS:   Same objection, form.
24        A.   In any conversations?
25   BY MR. PHILLIPS:
```

```
 1        Q.   Yes.
 2        A.   I believe there were times.
 3        Q.   Okay.  Tell me about that.
 4             MR. DAVIS:  Objection, form.
 5        A.   I don't remember the specific
 6   moments in the conversation, but I just
 7   remember there were a lot of times in my
 8   conversations with him where he -- I almost
 9   felt pressured to -- trying to think of the
10   right way to put it.  It was almost like he
11   really -- he needed someone to point the finger
12   at, and I feel like he really wanted to point
13   the finger at Jeff and Logan but, ultimately --
14   yeah, I just don't know where exactly in the
15   conversations those are.
16             MR. DAVIS:  Objection,
17        nonresponsive.
18   BY MR. PHILLIPS:
19        Q.   And you that said you felt pressured
20   by those conversations with Mr. Findeisen.
21             Can you tell me what you meant by
22   that?
23             MR. DAVIS:  Objection, form.
24        A.   If I recall correctly, there were
25   certain times in the conversations where he
```

```
 1   would say something to me along the lines of --
 2   along the lines of like painting Logan as the
 3   villain, in other words, and then, like, would
 4   you agree with this?  Or, oh, you've got to
 5   agree with this, like, you know, rhetorically
 6   speaking.  And then I would have to go back and
 7   basically challenge it.  And say like, no, I
 8   don't believe that, or whatever it was that I
 9   didn't believe.
10   BY MR. PHILLIPS:
11        Q.   So did you feel that he was pushing
12   you to portray Mr. Paul as a villain?
13             MR. DAVIS:  Objection, leading.
14        Objection, form.
15        A.   I don't know if it was intentionally
16   pushing me.  I would say the better way to put
17   it is that he wanted -- he was trying to seek
18   that from me.  I didn't feel like he was trying
19   to get me to lie or answer it that way.
20   BY MR. PHILLIPS:
21        Q.   In your discussions with
22   Mr. Findeisen, did you feel that he had a
23   preconceived narrative when it came to how he
24   wanted to portray Mr. Paul?
25             MR. DAVIS:  Objection, form.
```

1        Objection, leading.
2        A.   Yeah, I would agree with that, and I
3   think that all of the times in the conversation
4   where I had mentioned that, you know, I don't
5   think Logan and Jeff had any bad intent,
6   they're just incompetent, a lot of my reasons
7   for saying it that many times that I did was
8   because I didn't -- I didn't want that to be
9   like the highlight of this.  I wanted the
10  highlight to be truth of it, which is, you
11  know, figuring out what's going on with Eddie,
12  what is going on all the other things.  I
13  didn't want him to twist my words.
14       MR. DAVIS:  Objection,
15  nonresponsive.
16  BY MR. PHILLIPS:
17       Q.   In the clip we just heard from the
18  October 20, 2022 call, you made reference to a
19  rat race of trying to Band-Aid everything up.
20  Do you recall that?
21       A.   I do recall that.
22       Q.   Can you explain what you meant by
23  that?
24       A.   Yeah, so the Band-Aid up part, I
25  would say it's just like all the previous

```
 1                    C E R T I F I C A T E
 2
     STATE OF OHIO         :
 3                         :  SS
     COUNTY OF CLERMONT    :
 4
 5              I, Kathy S. Simpson, RPR, the
 6   undersigned, a duly qualified and commissioned notary
 7   public within and for the State of Ohio, do certify
 8   that before the giving of his deposition, LUCIANO
 9   SCHIPELLITI, was by me first duly sworn to depose the
10   truth, the whole truth and nothing but the truth;
11   that the foregoing is the deposition given at said
12   time and place by LUCIANO SCHIPELLITI; that I am
13   neither a relative of nor employee of any of the
14   parties or their counsel, and have no interest
15   whatever in the result of the action.
16              IN WITNESS WHEREOF, I hereunto set my hand
17   and official seal of office at Cincinnati, Ohio, this
18   28th day of March, 2025.
19                    [signature]
                      Kathy S. Simpson, RPR
20                    Notary Public - State of Ohio
                      My commission expires March 21, 2027
21           Kathy S. Simpson, RPR
             Notary Public - State of Ohio
22           My commission expires March 21, 2027
23
24
25
```