IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL,<br><br>    *Plaintiff*,<br>v.<br><br>STEPHEN FINDEISEN AND COFFEE BREAK PRODUCTIONS LLC D/B/A COFFEEZILLA,<br><br>    *Defendants*. | Civil Action No.: 5:24-cv-00717 |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF EVIDENCE RELEVANT TO PLAINTIFF'S GOOD FAITH INTENTIONS AND ACTIONS

On consideration of Plaintiff's Motion to Compel Production of Evidence Relevant to Plaintiff's Good Faith Intentions and Actions (the "Motion"), filed on April 9, 2025, and the parties' submissions regarding the Motion, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED; and

2. Defendants shall promptly produce all communications in which a source provided information reflecting upon Paul's good faith and lack of fraudulent intent with respect to the CryptoZoo project, as well as all internal documents, notes, drafts, and outtakes reflecting upon Defendants' understanding and knowledge as to Paul's good faith and lack of fraudulent intent with respect to the CryptoZoo project.

SO ORDERED, this the ____ day of _____, 2025.

_____
HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE