UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LOGAN PAUL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | SA-24-CV-717-OLG (HJB) |
| | § | |
| STEPHEN FINDEISEN, and | § | |
| COFFEE BREAK PRODUCTIONS LLC | § | |
| d/b/a Coffeezilla, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court are Non-Party Thomas Kherkher's Motion to Quash Subpoena to Produce Documents and Motion for Protective Order (Docket Entry 58); and Plaintiff's Motion to Compel the Production of Defendant Stephen Findeisen's Communications with Non-Party Thomas Kherkher (Docket Entry 62).  Pretrial and scheduling matters in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b).  (*See* Docket Entry 33.)

At a hearing on the these and other pending motions, the Court ordered counsel for Defendants to produce to the Court for *in camera* inspection, the unredacted documents that were the subject of the motions, so that the invocation of the of attorney work-product privilege could be fully considered.  (*See* Docket Entry 73, at 2.)  Defendants provided the Court with the requested documents, and the Court has conducted its *in camera* review.  After such review, the Court **SUSTAINS** the privilege objections.  Accordingly, Non-Party Thomas Kherkher's Motion to Quash Subpoena to Produce Documents and Motion for Protective Order (Docket Entry 58) is **GRANTED**; and further relief on Plaintiff's Motion to Compel the Production of Defendant Stephen Findeisen's Communications with Non-Party Thomas Kherkher (Docket Entry 62) is

**DENIED**.

It is so **ORDERED**.

**SIGNED** on April 11, 2025.

_____
Henry J. Bemporad
United States Magistrate Judge