UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | Civil Action No. 5:24-CV-00717 |
| § | |
| STEPHEN FINDEISEN and COFFEE § | |
| BREAK PRODUCTIONS, LLC, § | |
| § | |
| *Defendants.* § | |
| § | |

### DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL

TO THE HONORABLE COURT:

Defendants Stephen Findeisen and Coffee Break Productions, LLC. file this Unopposed Motion to Extend Deadline to Respond to Plaintiff's Motion to Compel Production of Evidence Relevant to Plaintiff's Good Faith Intentions and Actions (ECF No. 77) (the "Motion to Compel") and in support respectfully show:

1. Plaintiff filed his Motion to Compel on April 9, 2025. *See* ECF No. 77. Defendants' response, therefore, is currently due on April 16, 2025. *See* LOCAL R. CV-7(D).

2. For good cause, a court may grant a motion for extension of time that is filed before the original time expires. FED. R. CIV. P. 6(b)(1)(A); *McCarty v. Thaler*, 376 F. App'x 442, 443 (5th Cir. 2010).

3. Good cause supports a one-week extension of Defendants' response deadline— until April 23, 2025. Both Mr. Davis and Ms. Small, counsel for Defendants, have been ill and out of the office during the past week. Given counsel's illness and the importance of the issues in the Motion to Compel, Defendants require additional time to respond to the Motion

to Compel. Counsel for Defendants conferred with counsel for Plaintiff, who confirmed Plaintiff is unopposed to the requested one-week extension.

4. This relief requested is sought not for the purposes of delay but so that justice may be done.

## RELIEF REQUESTED

WHEREFORE, Defendants respectfully request the Court grant this unopposed Motion to Extend and extend Defendants' deadline to respond to Plaintiff's Motion to Compel to **April 23, 2025**.

Dated: April 15, 2025.

Respectfully submitted,

**DAVIS & SANTOS, PLLC**

By: <u>/s/ Caroline Newman Small</u>
Jason M. Davis
**Attorney-In-Charge**
Texas State Bar No. 00793592
Email: jdavis@dslawpc.com
Caroline Newman Small
Texas State Bar No. 24056037
Email: csmall@dslawpc.com
Rachel Garza
Texas State Bar No. 24125240
Email: rgarza@dslawpc.com
719 S. Flores Street
San Antonio, Texas 78204
Tel: (210) 853-5882
Fax: (210) 200-8395

*Attorneys for Defendants Stephen Findeisen and Coffee Break Productions, LLC*

## CERTIFICATE OF CONFERENCE

I certify that on April 15, 2025, I conferred with counsel for Plaintiff Logan Paul and confirmed that this motion is unopposed.

                                         */s/ Caroline Newman Small*
                                         Caroline Newman Small

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2025, the foregoing document was served on all counsel of record via the Court's ECF system.

                                         */s/ Caroline Newman Small*
                                         Caroline Newman Small