**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **LOGAN PAUL,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | Civil Action No. 5:24-CV-00717 |
| | § | |
| **STEPHEN FINDEISEN and COFFEE** | § | |
| **BREAK PRODUCTIONS, LLC,** | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND

Before the Court is Defendants Stephen Findeisen's and Coffee Break Productions, LLC's Unopposed Motion to Extend Deadline to Respond to Plaintiff's Motion to Compel Production of Evidence Relevant to Plaintiff's Good Faith Intentions and Actions (the "**Motion**"). Based on the Motion, the entire record in this case, and for good cause shown, the Court finds the Motion should be and therefore is **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendants Stephen Findeisen and Coffee Break Productions, LLC's Unopposed Motion to Extend is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants' deadline to respond to the Motion to Compel (ECF No. 77) is **EXTENDED** to **April 23, 2025**.

It is so **ORDERED**.

_____
Date

_____
Honorable Henry J. Bemporad
United States Magistrate Judge