IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL,<br><br>                             *Plaintiff*,<br>v.<br><br>STEPHEN FINDEISEN AND COFFEE BREAK PRODUCTIONS LLC D/B/A COFFEEZILLA,<br><br>                             *Defendants*. | Civil Action No. 5:24-cv-00717 |

**PLAINTIFF'S DESIGNATION OF TESTIFYING REBUTTAL EXPERT**

Pursuant to the Court's Scheduling Order and the Court's March 25, 2025 text order, Plaintiff Logan Paul hereby designates the following testifying rebuttal expert:

    Christopher (Chris) A. Davis
    Gray Reed
    1601 Elm St., Suite 4600
    Dallas, TX 75201
    (469) 320-6215

Mr. Davis has been retained as a testifying expert by Plaintiff to rebut the opinions offered by Defendants' expert James C. Spindler. He will testify regarding the matters and opinions contained in his expert report. Mr. Davis's expert report and the information required by Federal Rule of Civil Procedure 26(a)(2)(B) is being served on all parties on this date.

| | |
|---|---|
| April 15, 2025 | /s *Andrew C. Phillips*<br>Andrew C. Phillips (*Pro Hac Vice*)<br>Shannon B. Timmann (*Pro Hac Vice*)<br>MEIER WATKINS PHILLIPS PUSCH LLP<br>919 18th Street NW, Suite 650<br>Washington, DC 20006<br>(202) 318-3655<br>Email: andy.phillips@mwpp.com<br>Email: shannon.timmann@mwpp.com |

1

Jeffrey A. Neiman (*Pro Hac Vice*)
Jason L. Mays (*Pro Hac Vice*)
MARCUS NEIMAN RASHBAUM & PINEIRO LLP
100 SE 3rd Ave., Suite 805
Ft. Lauderdale, Florida 33394
Email: jneiman@mnrlawfirm.com
Email: jmays@mnrlawfirm.com

Ricardo G. Cedillo (Texas Bar No. 04043600)
DAVIS, CEDILLO & MENDOZA, INC.
755 E. Mulberry Ave., Ste. 250
San Antonio, TX 78212
(210) 822-6666
Email: rcedillo@lawdcm.com

*Counsel for Plaintiff Logan Paul*

## CERTIFICATE OF SERVICE

I hereby certify that, on April 15, 2025, the foregoing Plaintiff's Designation of Testifying Rebuttal Expert, was served on all counsel of record via ECF.

/s *Andrew C. Phillips*

**Counsel for Defendants:**

Jason M. Davis
Email: jdavis@dslawpc.com

Caroline Newman Small
Email: csmall@dslawpc.com

Rachel Garza
Email: rgarza@dslawpc.com