# Exhibit F

```
            ]
        },
        {
            "id": "84efcc6c-0dec-4809-9be7-4d7715bdd333",
            "participant": "04408230573",
            "type": "message",
            "timestamp": "2022-12-26T03:30:15.000",
            "deleted": false,
            "blocks": [
                {
                    "text": "Leave him room to respond with \r\n\r\n \u201cYes, as long as I can film it as well\u201d type shit (which he will) and I\u2019ll say\r\n\r\n Respectfully, you\u2019re in no grounds to make requests. You cleverly edited a video, why can\u2019t I? Invite remains open :)\r\n\r\n Best,\r\n\r\n Logs"
                }
            ]
        },
        {
            "id": "d3ab2783-f180-4b75-b87d-e5354f1673c7",
            "participant": "04408230573",
            "type": "message",
            "timestamp": "2022-12-26T03:30:20.000",
            "deleted": false,
            "blocks": [
                {
                    "text": "That\u2019s what I\u2019m saying"
                }
            ]
        },
        {
            "id": "d0b654e4-c8f7-4d76-981c-92cc8ec8d2d0",
            "participant": "04408230573",
            "type": "message",
            "timestamp": "2022-12-26T03:30:23.000",
            "deleted": false,
            "blocks": [
                {
                    "text": "I won\u2019t even post it"
                }
            ]
        },
        {
            "id": "a67e66f2-512c-48a9-b545-be6605eb7631",
            "participant": "04408230573",
            "type": "message",
            "timestamp": "2022-12-26T03:30:29.000",
            "deleted": false,
            "blocks": [
                {
                    "text": "Just use in a defamation case"
                }
            ]
        },
```

```
{
    "id": "de124257-e6f9-4628-ac7b-0aab454f717d",
    "participant": "04408230573",
    "type": "message",
    "timestamp": "2022-12-26T03:30:31.000",
    "deleted": false,
    "blocks": [
        {
            "text": "If we do it"
        }
    ]
},
{
    "id": "baa53f97-e8df-48ac-a80b-20d92b8279b0",
    "participant": "04408230573",
    "type": "message",
    "timestamp": "2022-12-26T03:30:34.000",
    "deleted": false,
    "blocks": [
        {
            "text": "Just to make his life difficult"
        }
    ]
},
{
    "id": "04420931-890a-4aff-be80-b8d319cc6336",
    "participant": "04408230573",
    "type": "message",
    "timestamp": "2022-12-26T03:30:56.000",
    "deleted": false,
    "blocks": [
        {
            "text": "Even tho it may be tough but. We have a case"
        }
    ]
},
{
    "id": "07c8aeaa-00b2-401a-9ec7-5c51c93c937a",
    "participant": "04408230573",
    "type": "message",
    "timestamp": "2022-12-26T03:31:00.000",
    "deleted": false,
    "blocks": [
        {
            "text": "I\u2019ll just make it tough for him"
        }
    ]
},
{
    "id": "9b5ced93-9878-4bb4-8b50-fb8b98f8e6d8",
    "participant": "05023389720",
    "type": "message",
    "timestamp": "2022-12-26T03:31:05.000",
    "deleted": false,
```

CONFIDENTIAL This "CONFIDENTIAL" designation has been voluntarily removed by Plaintiff.    PAUL_CZ00008746