# Exhibit G

```
                    "text": "And in the simplest way to think about it,
it\u2019s just too much negative energy"
                }
            ]
        },
        {
            "id": "b90ca157-76a5-4e37-9635-aacf67730623",
            "participant": "05023389720",
            "type": "message",
            "timestamp": "2023-01-06T05:20:32.000",
            "deleted": false,
            "blocks": [
                {
                    "text": "like who even wants to\r\n Think or talk
about this anymore"
                }
            ]
        },
        {
            "id": "9b65ebe9-b4bf-4ab4-86f0-322d266721a4",
            "participant": "03109107548",
            "type": "message",
            "timestamp": "2023-01-06T05:20:48.000",
            "deleted": false,
            "blocks": [
                {
                    "text": "Yeah facts. It blows cocks"
                }
            ]
        },
        {
            "id": "81ae87fb-05e6-4699-8994-3c5965549f04",
            "participant": "05023389720",
            "type": "message",
            "timestamp": "2023-01-06T05:20:48.000",
            "deleted": false,
            "blocks": [
                {
                    "text": "Than*"
                }
            ]
        },
        {
            "id": "4a11440b-4a29-4a81-9b43-1d232995692e",
            "participant": "03109107548",
            "type": "message",
            "timestamp": "2023-01-06T05:20:51.000",
            "deleted": false,
            "blocks": [
                {
                    "text": "But it never ends"
                }
            ]
        },
```

```
{
    "id": "ff966e5f-b99f-40d4-b2a1-b734bad1ccf3",
    "participant": "03109107548",
    "type": "message",
    "timestamp": "2023-01-06T05:21:00.000",
    "deleted": false,
    "blocks": [
        {
            "text": "Zilla will pay, one way or another"
        }
    ]
},
{
    "id": "89685dfe-7b52-4c25-ba67-0c0e4abdbe08",
    "participant": "03109107548",
    "type": "message",
    "timestamp": "2023-01-06T05:21:02.000",
    "deleted": false,
    "blocks": [
        {
            "text": "I\u2019ll make sure of it"
        }
    ]
},
{
    "id": "250d4207-2554-4daa-971e-33ea30d9146d",
    "participant": "05023389720",
    "type": "message",
    "timestamp": "2023-01-06T05:21:04.000",
    "deleted": false,
    "blocks": [
        {
            "text": "Logan paul can ignore 20% disruption"
        }
    ]
},
{
    "id": "4da89959-1920-4c09-940d-37acdc9595f5",
    "participant": "05023389720",
    "type": "message",
    "timestamp": "2023-01-06T05:21:11.000",
    "deleted": false,
    "blocks": [
        {
            "text": "Can not ignore 80% disruption"
        }
    ]
},
{
    "id": "1522abaa-21ee-4f9f-9e61-d2fcbf0d88c3",
    "participant": "05023389720",
    "type": "message",
    "timestamp": "2023-01-06T05:21:21.000",
    "deleted": false,
```