IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL,<br><br>                     *Plaintiff*,<br>v.<br><br>STEPHEN FINDEISEN AND COFFEE BREAK PRODUCTIONS LLC D/B/A COFFEEZILLA,<br><br>                     *Defendants*. | Civil Action No.: 5:24-cv-00717 |

**JOINT ADVISORY REGARDING CONTESTED CONFIDENTIALITY DESIGNATIONS**

Pursuant to Magistrate Judge Bemporad's March 24, 2025 Order [Dkt. 73], Plaintiff Logan Paul and Defendants Stephen Findeisen and Coffee Break Productions, LLC (collectively, "the Parties") hereby submit this Joint Advisory Regarding Contested Confidentiality Designations:

1. On February 11, 2025, Plaintiff filed a Motion to Preserve Confidentiality Objections [Dkt. 36], requesting that the Court affirm that Plaintiff's designation of certain discovery materials as "Confidential" was proper pursuant to the terms of the Stipulated Protective Order [Dkt. 22] entered in this case. On February 18, 2025, Plaintiff filed a Second Motion to Preserve Confidentiality Designations [Dkt. 42] after Defendants made additional challenges to some of Plaintiff's designations.

2. Oral argument on both motions concerning Plaintiff's confidentiality designations was held before Magistrate Judge Bemporad on March 24, 2025.

3. With respect to the 125 designated documents that were in dispute, the Court ordered the Parties to further meet and confer and to then submit a joint advisory to the Court identifying which documents remain contested, and whether the Parties believe any remaining

contested designations should be resolved immediately or deferred until such time as a party seeks to use a contested document in this litigation.

4. The Parties have met and conferred as ordered. Of the 125 documents in dispute, Defendants identified one, PAUL_CZ00000070-76, that has already been filed under seal as an exhibit to Defendants' April 15, 2025 Motion to Stay and Transfer Proceedings [Dkt. 82], and another, PAUL_CZ00000250-253, that Defendants believe does not merit confidential treatment and that they may seek to file in this action. Plaintiff has agreed to de-designate both documents.

5. As to the remaining documents with contested designations, the Parties agree that there is no need for the contested designations to be resolved immediately and that ruling on those designated documents can be reserved until such time as one of the Parties actually seeks to utilize one of the documents in this litigation. Should one of the Parties seek to utilize any such documents, the Parties will meet and confer regarding the designation and attempt to resolve any dispute before seeking relief from the Court.

April 24, 2025

/s/ *Andrew C. Phillips*
Andrew C. Phillips (*Pro Hac Vice*)
Shannon B. Timmann (*Pro Hac Vice*)
MEIER WATKINS PHILLIPS PUSCH LLP
919 18th Street NW, Suite 650
Washington, DC 20006
Email: andy.phillips@mwpp.com
Email: shannon.timmann@mwpp.com

Jeffrey A. Neiman (*Pro Hac Vice*)
Jason L. Mays (*Pro Hac Vice*)
MARCUS NEIMAN RASHBAUM & PINEIRO LLP
100 SE 3rd Ave., Suite 805
Ft. Lauderdale, Florida 33394
Email: jneiman@mnrlawfirm.com
Email: jmays@mnrlawfirm.com

Ricardo G. Cedillo (Texas Bar No. 04043600)
DAVIS, CEDILLO & MENDOZA, INC.
755 E. Mulberry Ave., Ste. 250
San Antonio, TX 78212
(210) 822-6666

Email: rcedillo@lawdcm.com

*Counsel for Plaintiff Logan Paul*

| | |
|---|---|
| April 24, 2025 | <u>*/s/ Caroline N. Small (with permission)*</u><br>Jason M. Davis<br>Caroline Newman Small<br>Rachel Garza<br>DAVIS & SANTONS, PLLC<br>719 S. Flores Street<br>San Antonio, Texas 78204<br>Telephone: (210) 853-5882<br>Facsimile: (210) 200-8395<br>E-mail: jdavis@dslawpc.com<br>E-mail: csmall@dslawpc.com<br>E-mail: rgarza@dslawpc.com<br><br>*Counsel for Defendants Stephen Findeisen and Coffee Break Productions LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system on April 24, 2025.

/s *Andrew C. Phillips*
Andrew C. Phillips