# EXHIBIT A

# FILED UNDER SEAL

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

F# 2023R00017

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Logan Paul

**YOU ARE COMMANDED** to appear in this United States District Court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: U.S. District Court, Eastern District of New York<br>225 Cadman Plaza East, 5th Floor, Room N547<br>Brooklyn, New York  11201 | Date and Time:<br>March 9, 2023 at 10:00 a.m. |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

In addition to your testimony, you are required to bring with you the materials described below.

For the period from February 1, 2021 to the present, any documents relating to:

1) CryptoZoo;
2) Communications with EDDIE IBANEZ, JEFFREY ("JEFF") LEVIN, JAKE GREENBAUM, DANIELLE ("DANI") STROBEL and/or OPHIR BENTOV a/k/a "BEN ROTH";
3) virtual currency transaction (including, but not limited to, transactions in $ZOO and BNB);
4) financial records (including, but not limited to bank statements, account applications, credit card transaction records, wire transfer records);
5) any state and federal tax returns for the tax periods starting on or after January 1, 2021.

Date: Feb. 14, 2023

**BRENNA B. MAHONEY**
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States Attorney, or Assistant United States Attorney, who requests this subpoena, are:

Assistant U.S. Attorney Matthew R. Galeotti, U.S. Attorney's Office, Eastern District of New York
271 Cadman Plaza East, Brooklyn, New York  11201
Matthew.Galeotti@usdoj.gov
(718) 254-6340

AO 110 (Rev. 06/09) Subpoena to Testify Before Grand Jury (Page 2)

## PROOF OF SERVICE

This subpoena for *(name of individual or organization)* _____

was received by me on *(date)* _____.

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

CONFIDENTIAL                                                                                                              PAUL_CZ00012024