IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL,<br><br>        *Plaintiff*,<br><br>v.<br><br>STEPHEN FINDEISEN AND COFFEE BREAK PRODUCTIONS LLC D/B/A COFFEEZILLA,<br><br>        *Defendants*. | Civil Action No.: 5:24-cv-00717 |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S THIRD MOTION TO PRESERVE CONFIDENTIALITY DESIGNATIONS**

Upon consideration of Plaintiff's Third Motion to Preserve Confidentiality Designations, filed April 28, 2025, and the parties' respective submissions in support of an in opposition to Plaintiff's motion,

IT IS HEREBY ORDERED THAT:

1. Plaintiff's Third Motion to Preserve Confidentiality Designations is GRANTED.

2. Plaintiff's confidentiality designations as to the materials at issue may be preserved as they are warranted under Paragraph 3(a) of the Protective Order.

SO ORDERED this _____ day of _____, 2025.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE