# EXHIBIT 1

Case 5:24-cv-00717-OLG-HJB    Document 94-1    Filed 05/06/25    Page 1 of 2

| | |
|---|---|
| From: | Coffeezilla <coffeezilla74200@gmail.com> |
| Date: | October 23, 2022 11:51:26 AM (-05) |
| To: | ▮▮▮▮▮▮▮▮▮▮ |
| Subject: | **Copy of Whistleblower Report for CryptoZoo** |
| Attachments: | Crypto Zoo SEC Report.pdf; |

I wanted to send you a copy of this whistleblower report because this is an encapsulation of the entire CryptoZoo scheme.

--
Thanks,
Coffeezilla

D 004021