Dated: April 15, 2025

                                      Respectfully submitted,

                                      **DAVIS & SANTOS, PLLC**

                              By: */s/ Caroline Newman Small*
                                     Jason M. Davis
                                     Texas State Bar No. 00793592
                                     E-mail: *jdavis@dslawpc.com*
                                     Caroline Newman Small
                                     Texas State Bar No. 24056037
                                     E-mail: *csmall@dslawpc.com*
                                     Rachel Garza
                                     Texas State Bar No. 24125240
                                     E-mail: *rgarza@dslawpc.com*
                                     719 S. Flores Street
                                     San Antonio, Texas 78204
                                     Tel: (210) 853-5882
                                     Fax: (210) 200-8395

                                     ***Attorneys for Defendants Stephen Findeisen***
                                     ***and Coffee Break Productions, LLC***

## CERTIFICATE OF CONFERENCE

      I certify that on April 10–11, 2025, I conferred with counsel for Logan Paul regarding the relief requested in this Motion. Counsel for Plaintiff indicated that they are opposed to the Motion.

                                              */s/ Caroline Newman Small*
                                              Caroline Newman Small

## CERTIFICATE OF SERVICE

      I certify that on April 15, 2025, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and all counsel of record will receive an electronic copy via the Court's CM/ECF system.

                                              */s/ Caroline Newman Small*
                                              Caroline Newman Small