# Exhibit D

```
                }
            ]
        },
        {
            "id": "e5df77d7-847a-493f-8737-03aedbf144e4",
            ███████████████████████████████
            "type": "message",
            "timestamp": "2022-12-21T02:07:06.000",
            "deleted": false,
            "blocks": [
                {
                    "text": "Lawyering up. Suing this mfker into the
ground"
                }
            ]
        },
        {
            "id": "b9cbed21-2a45-4a2a-9718-9ca38101c44f",
            ███████████████████████████",
            "type": "message",
            "timestamp": "2022-12-21T02:11:37.000",
            "deleted": false,
            "blocks": [
                {
                    "text": "Then everything will come out, court docs
Public"
                }
            ]
        },
        {
            "id": "e4aa9817-5836-480b-b2a3-06b6bf7fa5de",
            ███████████████████████████████
            "type": "message",
            "timestamp": "2022-12-21T02:11:47.000",
            "deleted": false,
            "blocks": [
                {
                    "text": "So everyone will see what happened for better
or for worse"
                }
            ]
        },
        {
            "id": "318f8e69-688d-4d3e-bcaa-0695af6d9e0b",
            ███████████████████████████████
            "type": "message",
            "timestamp": "2022-12-21T02:14:24.000",
            "deleted": false,
            "blocks": [
                {
                    "text": "Perfect"
                }
            ]
        },
```

CONFIDENTIAL  This "CONFIDENTIAL" designation has been voluntarily removed by Plaintiff.                    PAUL_CZ00006773