# Exhibit H

```
            "blocks": [
                {
                    "text": "Well can"
                }
            ]
        },
        {
            "id": "b059376f-a2c2-4d58-825e-a7806ab3f33d",
            "type": "message",
            "timestamp": "2023-01-06T05:21:24.000",
            "deleted": false,
            "blocks": [
                {
                    "text": "99% right now hahaha"
                }
            ]
        },
        {
            "id": "f8c0f325-4807-4c44-af25-9db84bcbe89f",
            "type": "message",
            "timestamp": "2023-01-06T05:21:26.000",
            "deleted": false,
            "blocks": [
                {
                    "text": "But def not worth it"
                }
            ]
        },
        {
            "id": "636a337b-f705-4000-b9b2-6357f356e200",
            "type": "message",
            "timestamp": "2023-01-06T05:21:30.000",
            "deleted": false,
            "blocks": [
                {
                    "text": "True"
                }
            ]
        },
        {
            "id": "287cb4d6-e552-4f4e-b730-a6404927d03b",
            "type": "message",
            "timestamp": "2023-01-06T05:21:36.000",
            "deleted": false,
            "blocks": [
                {
                    "text": "Bro you\u2019re a billionaire"
                }
            ]
        },
```

CONFIDENTIAL  This "CONFIDENTIAL" designation has been voluntarily removed by Plaintiff.    PAUL_CZ00008464

```
        {
            "id": "deecb139-9e85-40f3-a4db-744e435a1350",
            ▊
            "type": "message",
            "timestamp": "2023-01-06T05:21:44.000",
            "deleted": false,
            "blocks": [
                {
                    "text": "A petty billionaire"
                }
            ]
        },
        {
            "id": "d84afd46-c4e5-426e-9e5d-a7724df9f454",
            ▊
            "type": "message",
            "timestamp": "2023-01-06T05:21:47.000",
            "deleted": false,
            "blocks": [
                {
                    "text": "Respectfully, let him lie in his own sad puddle"
                }
            ]
        },
        {
            "id": "fbc50607-167f-44f2-bb29-76c70ae07395",
            ▊
            "type": "message",
            "timestamp": "2023-01-06T05:21:58.000",
            "deleted": false,
            "blocks": [
                {
                    "text": "you\u2019re right"
                }
            ]
        },
        {
            "id": "eb8e792c-b1b0-49cc-9ef1-2d465c57afa7",
            ▊,
            "type": "message",
            "timestamp": "2023-01-06T05:22:01.000",
            "deleted": false,
            "blocks": [
                {
                    "text": "I\u2019m just pissed"
                }
            ]
        },
        {
            "id": "3d2b7f74-3da9-4ea8-bd27-6a09109fd52f",
            ▊
            "type": "message",
            "timestamp": "2023-01-06T05:22:38.000",
```

CONFIDENTIAL   This "CONFIDENTIAL" designation has been voluntarily removed by Plaintiff.   PAUL_CZ00008465