IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL,<br><br>  *Plaintiff,*<br>v.<br><br>STEPHEN FINDEISEN AND COFFEE BREAK PRODUCTIONS LLC D/B/A COFFEEZILLA,<br><br>  *Defendants.* | Civil Action No.: 5:24-cv-00717 |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion to Seal Defendants' Motion to Transfer and Stay, along with Exhibits D-H & J thereto, filed May 8, 2025.

IT IS HEREBY ORDERED THAT:

1. Plaintiff's Motion to Seal is GRANTED.

2. The Clerk is directed to replace the existing public versions of Defendants' Motion to Transfer [Dkt. 82], and Exhibits D-H and J thereto [Dkts. 82-4, 82-5, 82-6, 82-7, 82-8, and 82-10] with the redacted versions submitted with Plaintiff's Motion to Seal.

SO ORDERED this _____ day of _____, 2025.

_____
HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE