IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL,<br><br>　　　　　　　　　　　*Plaintiff*,<br><br>　v.<br><br>STEPHEN FINDEISEN AND COFFEE BREAK PRODUCTIONS LLC D/B/A COFFEEZILLA,<br><br>　　　　　　　　　　　*Defendants*. | Civil Action No. 5:24-cv-00717 |

**PLAINTIFF'S UNOPPOSED MOTION TO PARTIALLY SEAL DEFENDANTS'
MOTION TO TRANSFER AND STAY AND EXHIBITS D, E, F, G, H, AND J**

Pursuant to Paragraph 11(a) of the November 15, 2024 Confidentiality and Protective Order ("Protective Order" or "PO") [Dkt. 22] entered in the above-referenced action, Plaintiff Logan Paul moves this Court for an order partially sealing Defendants' Motion to Transfer and Stay Proceedings [Dkt. 82] and Exhibit D [Dkt. 82-4], Exhibit E [Dkt. 82-5], Exhibit F [Dkt. 82-6], Exhibit G [Dkt. 82-7], Exhibit H [Dkt. 82-8], and Exhibit J [Dkt. 82-10] thereto, which were filed by Defendants on April 15, 2025.  Plaintiff requests further that the attached redacted copies of the Motion to Transfer and above-referenced exhibits be publicly filed as replacements.

　　　　1.　　On April 15, 2025, Defendants filed their Motion to Transfer and Stay Proceedings [Dkt. 82].

　　　　2.　　Exhibits D, E, F, G, H, and J are all copies of text messages between Plaintiff and others that Plaintiff produced in discovery.  Portions of those exhibits are also screenshotted and included in the body of the Motion to Transfer.

　　　　3.　　The exhibits and the screenshotted portions thereof included in the Motion contain Plaintiff's private cell phone number, unredacted.

4. As a result of this disclosure by Defendants, Plaintiff, who is a public figure, has been inundated with harassing telephone calls and text messages from individuals who obtained his number from the public filing.

5. Accordingly, good cause exists for Plaintiff's phone number to be removed from the public docket. Plaintiff is submitting herewith copies of the previously filed Motion to Transfer [Dkt. 82] and Exhibit D [Dkt. 82-4], Exhibit E [Dkt. 82-5], Exhibit F [Dkt. 82-6], Exhibit G [Dkt. 82-7], Exhibit H [Dkt. 82-8], and Exhibit J [Dkt. 82-10] thereto that have been redacted to obscure Plaintiff's telephone number. Plaintiff requests that the existing public versions of those documents be replaced by these versions so that Plaintiff's personal cell phone number no longer appears on the public docket.

## **CONCLUSION**

Plaintiff requests that the Court grant this Unopposed Motion and order that Defendants' Motion to Transfer, along with Exhibits D-H & J, be placed under seal and replaced with the attached copies that have Plaintiff's telephone number redacted.

May 8, 2025

/s *Andrew C. Phillips*
Andrew C. Phillips (*Pro Hac Vice*)
Shannon B. Timmann (*Pro Hac Vice*)
MEIER WATKINS PHILLIPS PUSCH LLP
919 18th Street NW, Suite 650
Washington, DC 20006
(202) 318-3655
Email: andy.phillips@mwpp.com
Email: shannon.timmann@mwpp.com

Jeffrey A. Neiman (*Pro Hac Vice*)
Jason L. Mays (*Pro Hac Vice*)
MARCUS NEIMAN RASHBAUM & PINEIRO LLP
100 SE 3rd Ave., Suite 805
Ft. Lauderdale, Florida 33394
Email: jneiman@mnrlawfirm.com
Email: jmays@mnrlawfirm.com

        Ricardo G. Cedillo (Texas Bar No. 04043600)
        DAVIS, CEDILLO & MENDOZA, INC.
        755 E. Mulberry Ave., Ste. 250
        San Antonio, TX 78212
        (210) 822-6666
        Email: rcedillo@lawdcm.com

*Counsel for Plaintiff Logan Paul*

## CERTIFICATE OF SERVICE

I hereby certify that, on the May 8, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

/s *Andrew C. Phillips*