# Exhibit F

```
                    ]
                },
                {
                    "id": "84efcc6c-0dec-4809-9be7-4d7715bdd333",
                    
                    "type": "message",
                    "timestamp": "2022-12-26T03:30:15.000",
                    "deleted": false,
                    "blocks": [
                        {
                            "text": "Leave him room to respond with \r\n\r\n
\u201cYes, as long as I can film it as well\u201d type shit (which he
will) and I\u2019ll say\r\n\r\n Respectfully, you\u2019re in no grounds to
make requests. You cleverly edited a video, why can\u2019t I? Invite
remains open :)\r\n\r\n Best,\r\n\r\n Logs"
                        }
                    ]
                },
                {
                    "id": "d3ab2783-f180-4b75-b87d-e5354f1673c7",
                    
                    "type": "message",
                    "timestamp": "2022-12-26T03:30:20.000",
                    "deleted": false,
                    "blocks": [
                        {
                            "text": "That\u2019s what I\u2019m saying"
                        }
                    ]
                },
                {
                    "id": "d0b654e4-c8f7-4d76-981c-92cc8ec8d2d0",
                    "
                    "type": "message",
                    "timestamp": "2022-12-26T03:30:23.000",
                    "deleted": false,
                    "blocks": [
                        {
                            "text": "I won\u2019t even post it"
                        }
                    ]
                },
                {
                    "id": "a67e66f2-512c-48a9-b545-be6605eb7631",
                    
                    "type": "message",
                    "timestamp": "2022-12-26T03:30:29.000",
                    "deleted": false,
                    "blocks": [
                        {
                            "text": "Just use in a defamation case"
                        }
                    ]
                },
```

CONFIDENTIAL  This "CONFIDENTIAL" designation has been voluntarily removed by Plaintiff.   PAUL_CZ00008745

```
{
    "id": "de124257-e6f9-4628-ac7b-0aab454f717d",
    "type": "message",
    "timestamp": "2022-12-26T03:30:31.000",
    "deleted": false,
    "blocks": [
        {
            "text": "If we do it"
        }
    ]
},
{
    "id": "baa53f97-e8df-48ac-a80b-20d92b8279b0",
    "type": "message",
    "timestamp": "2022-12-26T03:30:34.000",
    "deleted": false,
    "blocks": [
        {
            "text": "Just to make his life difficult"
        }
    ]
},
{
    "id": "04420931-890a-4aff-be80-b8d319cc6336",
    "type": "message",
    "timestamp": "2022-12-26T03:30:56.000",
    "deleted": false,
    "blocks": [
        {
            "text": "Even tho it may be tough but. We have a case"
        }
    ]
},
{
    "id": "07c8aeaa-00b2-401a-9ec7-5c51c93c937a",
    "type": "message",
    "timestamp": "2022-12-26T03:31:00.000",
    "deleted": false,
    "blocks": [
        {
            "text": "I\u2019ll just make it tough for him"
        }
    ]
},
{
    "id": "9b5ced93-9878-4bb4-8b50-fb8b98f8e6d8",
    "type": "message",
    "timestamp": "2022-12-26T03:31:05.000",
    "deleted": false,
```

CONFIDENTIAL   This "CONFIDENTIAL" designation has been voluntarily removed by Plaintiff.   PAUL_CZ00008746