IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL,<br><br>                             *Plaintiff*,<br>v.<br><br>STEPHEN FINDEISEN AND COFFEE BREAK PRODUCTIONS LLC D/B/A COFFEEZILLA,<br><br>                             *Defendants*. | Civil Action No.: 5:24-cv-00717 |

### JOINT AGREED MOTION TO AMEND SCHEDULING ORDER

Plaintiff Logan Paul and Defendants Stephen Findeisen and Coffee Break Productions, LLC (collectively, "the Parties") hereby jointly move the Court to amend the Scheduling Order [ECF No. 18] to provide additional time for the parties to take depositions, and for the filing of dispositive motions. Good cause exists for this extension as follows:

1. On October 4, 2024, the Court issued its Scheduling Order [ECF No. 18]. Under the Order, the Parties are required to conclude discovery by May 16, 2025.

2. The Parties require a short extension to complete discovery, including the depositions of a small number of third-party witnesses who were not available for deposition prior to May 16, 2025.

3. Pursuant to the Scheduling Order [Dkt. 18], the Parties have agreed to extend the Discovery cut-off to August 15, 2025.

4. The Parties are working to complete party and expert discovery, with depositions of Parties and experts expected to take place in June and July of 2025.

5. The Parties are working cooperatively to resolve Plaintiff's pending Motion to Compel Production of Evidence Relevant to Plaintiff's Good Faith Intentions and Actions (Apr.

9, 2025) [Dkt. 77] without the need for Court intervention. The Parties have agreed on an approach that involves having an independent third party review documents that Defendants have withheld and determine which, if any, are responsive to the materials sought in Plaintiff's motion and should be produced. This process is expected to take several weeks to complete given the volume of materials to be reviewed.

6. Based on the foregoing, the Parties jointly request that the Court modify the Scheduling Order [Dkt. 18] in this case and order that the foregoing deadlines for Discovery cut-off and dispositive motions to be extended as follows:

- Pursuant to the Scheduling Order [Dkt. 18], the Parties have agreed to extend the Discovery cut-off to **August 15, 2025**.

- The agreed-to Discovery cut-off is after the current deadline to file dispositive motions. Accordingly, the Parties request that the dispositive motion deadline be extended to **September 8, 2025.**

7. Pursuant to Federal Rule of Civil Procedure 16(b)(4), the Court may modify the scheduling order for good cause. The Parties' request to extend time is for good cause and is not intended to delay these proceedings. Good cause exists to provide the Parties sufficient time to prepare for and take depositions, review deposition transcripts, and incorporate deposition testimony into the briefing for dispositive motions.

8. No party will be prejudiced by this request, which is jointly made.

9. The remaining deadlines on the Court's Scheduling Order shall remain intact, however the Parties reserve their respective rights to request a continuance of the trial date.

Accordingly, Plaintiff Logan Paul and Defendants Stephen Findeisen and Coffee Break Productions, LLC respectfully request the Court grant their Joint Agreed Motion to Modify

Scheduling Order and Extend Discovery and Dispositive Motions Deadlines and enter the accompanying proposed order to amend the Scheduling Order to reflect the Partes' Agreement to conduct discovery up to and including August 15, 2025, and extend the deadline for the Parties to file dispositive motions up to and including September 8, 2025.

                                                                            Respectfully submitted,

Dated: May 9, 2025                                               */s/ Andrew C. Phillips*
Andrew C. Phillips (*Pro Hac Vice*)
Shannon B. Timmann (*Pro Hac Vice*)
MEIER WATKINS PHILLIPS PUSCH LLP
919 18th Street NW, Suite 650
Washington, DC 20006
Email: andy.phillips@mwpp.com
Email: shannon.timmann@mwpp.com

Jeffrey A. Neiman (*Pro Hac Vice*)
Jason L. Mays (*Pro Hac Vice*)
MARCUS NEIMAN RASHBAUM &
PINEIRO LLP
100 SE 3rd Ave., Suite 805
Ft. Lauderdale, Florida 33394
Email: jneiman@mnrlawfirm.com
Email: jmays@mnrlawfirm.com

Ricardo G. Cedillo
(Texas Bar No. 04043600)
DAVIS, CEDILLO & MENDOZA, INC.
755 E. Mulberry Ave., Ste. 250
San Antonio, TX 78212
(210) 822-6666
Email: rcedillo@lawdcm.com

*Counsel for Plaintiff Logan Paul*

May 9, 2025

/s/ *Caroline N. Small (with permission)*
Jason M. Davis
Caroline Newman Small
Rachel Garza
DAVIS & SANTONS, PLLC
719 S. Flores Street
San Antonio, Texas 78204
Telephone: (210) 853-5882
Facsimile: (210) 200-8395
E-mail: jdavis@dslawpc.com
E-mail: csmall@dslawpc.com
E-mail: rgarza@dslawpc.com

*Counsel for Defendants Stephen Findeisen and Coffee Break Productions LLC*

4

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system on May 9, 2025.

                                        /s/ *Ricardo G. Cedillo*
                                        Ricardo G. Cedillo