IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL,<br><br>                       *Plaintiff*,<br>v.<br><br>STEPHEN FINDEISEN AND COFFEE BREAK PRODUCTIONS LLC D/B/A COFFEEZILLA,<br><br>                      *Defendants*. | Civil Action No.: 5:24-cv-00717 |

**[PROPOSED] ORDER**

The Court hereby approves the Joint Agreed Motion to Modify Amended Scheduling Order and Extend Certain Pretrial Deadlines.

IT IS HEREBY ORDERED that the Discovery Deadline is now set to **August 15, 2025** and the deadline to file dispositive motions is now **September 8, 2025.**

IT IS FURTHER ORDERED that all other dates, deadlines, and instructions contained in the October 4, 2024 Scheduling Order [Dkt. 18] shall remain in effect.

SO ORDERED this _____ day of _____, 2025.

_____
HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE