# Exhibit D

```
            }
        ]
    },
    {
        "id": "e5df77d7-847a-493f-8737-03aedbf144e4",
        ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
        "type": "message",
        "timestamp": "2022-12-21T02:07:06.000",
        "deleted": false,
        "blocks": [
            {
                "text": "Lawyering up. Suing this mfker into the ground"
            }
        ]
    },
    {
        "id": "b9cbed21-2a45-4a2a-9718-9ca38101c44f",
        ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉",
        "type": "message",
        "timestamp": "2022-12-21T02:11:37.000",
        "deleted": false,
        "blocks": [
            {
                "text": "Then everything will come out, court docs Public"
            }
        ]
    },
    {
        "id": "e4aa9817-5836-480b-b2a3-06b6bf7fa5de",
        ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
        "type": "message",
        "timestamp": "2022-12-21T02:11:47.000",
        "deleted": false,
        "blocks": [
            {
                "text": "So everyone will see what happened for better or for worse"
            }
        ]
    },
    {
        "id": "318f8e69-688d-4d3e-bcaa-0695af6d9e0b",
        ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
        "type": "message",
        "timestamp": "2022-12-21T02:14:24.000",
        "deleted": false,
        "blocks": [
            {
                "text": "Perfect"
            }
        ]
    },
```