# Exhibit J

```
            "type": "message",
            "timestamp": "2023-01-06T07:02:41.000",
            "deleted": false,
            "blocks": [
                {
                    "text": "idgaf about that"
                }
            ]
        },
        {
            "id": "d186d653-9e62-41a6-95e6-925bb8faabaf",

            "type": "message",
            "timestamp": "2023-01-06T07:02:43.000",
            "deleted": false,
            "blocks": [
                {
                    "text": "It\u2019s very very hard to do here"
                }
            ]
        },
        {
            "id": "861742d8-a65d-4212-9679-14d8960ede0c",

            "type": "message",
            "timestamp": "2023-01-06T07:02:46.000",
            "deleted": false,
            "blocks": [
                {
                    "text": "I want people who wronged me to suffer"
                }
            ]
        },
        {
            "id": "faa8e675-2d87-4ad4-a5d5-6ed0485b096a",

            "type": "message",
            "timestamp": "2023-01-06T07:02:56.000",
            "deleted": false,
            "blocks": [
                {
                    "text": "while I continue getting wins on their grave"
                }
            ]
        },
        {
            "id": "43e0b5e0-56f0-4638-ac61-375af96018e8",

            "type": "message",
            "timestamp": "2023-01-06T07:03:12.000",
            "deleted": false,
            "blocks": [
                {
```