# Exhibit A

| From: | Coffee Break <cv-00717-C [redacted] @gmail.com> |
| Date: | October 19, 2022 11:36:26 PM (-05) |
| To: | [redacted] @gmail.com>; [redacted] < [redacted] @fbi.gov> |
| Subject: | **CryptoZoo** |

Attachments: CryptoZoo website with full team member photos and biographies.pdf;

Whitepaper
https://cryptozoo-1.gitbook.io/cryptozoo/tokenomics
Initial website attached.
Current Website: https://cryptozoo.co/

Jake GreenBaum:
https://www.linkedin.com/in/jake-greenbaum-j-d-574169127/



--
Thanks,
Coffeezilla

**RESERVE YOUR EGGS NOW**

**BUY $ZOO ON PANCAKESWAP**

**BUY $ZOO WITH CREDIT CARD**

0x8e7788ee2b1d3e5451e182035d6b2b566c2fe997

# WHAT IS CRYPTO ZOO?



# AN AUTONOMOUS ECOSYSTEM WHERE ZOO OWNERS BREED, COLLECT, AND TRADE EXOTIC HYBRID ANIMALS VIA NFTS.



## WHAT MAKES CRYPTO ZOO DIFFERENT?

**CROSS BREEDING OF NEVER BEFORE SEEN ANIMAL HYBRIDS. NFTS THAT YIELD A TOKEN, AND A GAMIFIED USER EXPERIENCE WILL MAKE CRYPTO ZOO AN INSTANT VIRAL PHENOMENON!**

**THE TEAM IS WELL VERSED IN BOTH BLOCKCHAIN AND THE MARKETING SPACE.**

**RESERVE YOUR EGGS NOW**



**BUY $ZOO NOW**



# EGGS (GAME START)

## GAME BEGINS

- USERS BUY $ZOO TO ACQUIRE 'EGGS'.

- USERS SELECT A NUMBER OF 'EGGS' TO BUY.

- EGGS CONTAIN A RANDOM ANIMAL, WITH FEWER EGGS CONTAINING THE RAREST ONES.

- RARER ANIMALS WILL YIELD A HIGHER NUMBER OF TOKENS.

- SOME EGGS WILL CONTAIN 'EASTER EGGS,' OR BONUSES, YIELDING THE MOST TOKENS.



## NOW, USERS HAVE THE CHOICE TO BREED, YIELD, TRADE OR SELL.

D 003987

# RESERVE YOUR EGGS NOW



# BUY $ZOO TOKENS NOW

# BREEDING



- **CROSS BREEDING ANIMALS THAT COULD NEVER REPRODUCE IN THE REAL WORLD.**

- **ALL BASE ANIMALS HAVE THE ABILITY TO CROSS BREED WITH OTHER BASE ANIMALS.**



D 003988

# YIELD

- **THE BASE & HYBRID ANIMAL'S RARITY DETERMINES THEIR TOKEN YIELD.**

- **HYBRID RARITY DICTATED BY RARITY OF PARENTS.**

# VIRALITY (BUILT IN)

## CRYPTO ZOO WILL SUCCEED BECAUSE EVERY ASPECT APPEALS TO THE MAINSTREAM + CRYPTO AUDIENCE:

- **THE GAME STARTS BY SPECULATING WHICH ANIMAL USERS WILL HATCH IN THEIR EGGS. THE RANDOMIZATION**



**COMBINED WITH A FEELING OF RISK/REWARD EXCITES USERS.**

- **THE NFTS PROVIDE A YIELD IN A TRADING TOKEN ON THE BLOCKCHAIN. (THEY'LL MAKE MONEY)**

- **OUR TEAM CONSISTS OF MARKETING EXPERTS AND BRILLIANT DEVELOPERS.**

# CRYPTO ZOO ECONOMICS

# 2 TRILLION TOKENS MINTED:



- **1 TRILLION TOKENS ALLOCATED FOR THE GAME. (DISTRIBUTED AS REWARDS ALGORITHMICALLY)**

- **1 TRILLION TOKENS ALLOCATED FOR INVESTORS, TEAM, MARKETING, PARTNERSHIPS, & LIQUIDITY PROVIDING.**

## RESERVE YOUR EGGS NOW

## ) FOR THE 1ST 6 MONTHS
## ITHLY UNLOCK PERIOD)

D 003991



# CRYPTO ZOO TEAM

**LOGAN PAUL : MARKETING ADVISOR**

*Professional boxer, IMPAULSIVE podcast host and
global entertainer well-versed in marketing and digital*

D 003992

Strategy





**EDDIE IBANEZ - SCIENTIST**

Eddie is a technology entrepreneur and pioneer in computer science and artificial intelligence. Eddie contributed to the KNN method in mathematics and his collective experience helped pave the way for the launch of his first company, Zenabi. Zenabi is an AI and advanced analytics firm used to help Fortune 500 companies unlock the potential in their user data. In 2016, Zenabi was acquired by Priceline to replace their marketing automation platform where Ibanez was appointed Chief Scientist before leaving to develop projects in the crypto space such as PriceCoin & CryptoZoo.

Eddie has worked with many professional sports teams



on injury prevention and is the recipient of multiple distinguished service medals.

Eddie holds a TS/SCI security clearance and is the father of three children. Eddie hold multiple degree's and is currently a visiting associate professor for the Stern School of Business at New York University.



## DANI STROBEL : CHIEF ZOO KEEPER

A animal lover at heart Dani has spends much of her free time in the outdoors and nature. In her time away from nature she has launched and produced one of the worlds largest podcasts, organized events grossing in the hundreds of millions of dollars and has been a part of launching many successful businesses in the L.A. area.

## TODD MORLEY : ADVISOR

J. Todd Morley co-founded investment firm Guggenheim Partners LLC in 1999, which now has over $340 billion in assets under management. He served on the Guggenheim Board as well as on its Executive Committee.

D 003994



More recently, Mr. Morley co-founded Y2x, a blockchain-centric merchant bank, and DIATOMS, Inc., a company organized to finance, build, and own infrastructure companies focused on securitizing waste streams and developing w technologies at scale in order to solve some of Mother Earth's most pressing challenges.

urrently Mr. Morley is building a blockchain tower the world's largest NFT museum in NYC.



AARON JA                    CONOMIST

Aaro                         erience in portfolio management and product development on Wall Street along with the technology sector. Aaron holds an MBA from the Stephen M. Ross School of Business at the University of Michigan.

JAKE GREENBAUM : CRYPTO ADVISOR

With 4+ years of blockchain experience and an extensive network within the crypto and finance sector. A law school graduate immediatley started developing in the blockchain space after seeing the

D 003995



developing in the blockchain space after seeing the opportunity through his legal lens. Jake has contributed to many successful crypto projects culminating in the launch of CryptoZoo.



## ZACH KELLING : HACKER

Zach has over a decade of experience in blockchain and advertising and marketing technology. Zach founded Hanzo, a Techstars funded AI marketing platform that has powered some of the most successful crowdfunded product launches in history for over 100 startups in nearly every vertical, generating over $500 million dollars in revenue for early stage startups.

Zach is a prolific contributor and member of the Ethereum, Python, JavaScript, Node.js, and Go ecosystems. You don't have to look farther than StackOverflow to find the millions of developers Zach



D 003996



has educated and inspired. On GitHub, Zach actively maintains hundreds of open source projects.



### JEFF LEVIN : STRATEGY

Jeff Levin "Manager Jeff" is an entrepreneur, entertainment executive and talent manager with over 10 years of experience and $100M in the entertainment industry transactions. He previously helped launch the Gen Z focused entertainment network AwesomenessTV (acquired by DreamWorks), serving as their Head of Talent. He currently manages entertainers Logan Paul and That Girl Lay Lay.



### CHARLIE DIRAC : OPERATIONS

A seasoned developer, Charlie has 15 years of experience in executing complex transaction strategies. As an advisor to the CryptoZoo team, he focuses on game economics and the applications of blockchain technology across the platform and ensuring timelines and executables are met.

D 003997



## OPHIR BENTOV : COMMUNITY

Ophir's mission has always been being a voice of authenticity on the internet. He comes to CryptoZoo as head of community to open up the lines of communication in the ZOO for ZOOKEEPERS. The ZOO is a community, meet our voice.

Born & raised in Los Angeles, CA, Ophir started an e-commerce importing consumer electronics from around the world, selling over 250,000 units per year. Capitalizing on the ICO craze in 2016 he's been involved in many investments which have proven to be successful.

# HOW TO ACQUIR



D 003998



# USING METAMAS

FOLLOW THESE EASY STEPS BELOW TO
WALLET AND START THE CRYPTOZOC



## OPEN THE METAMASK WALLE1
YOUR DESKTOP OR PHON



V

# OPEN A WALLET OR IMPORT
# BE SURE TO STORE YOUR KEY PHR

METAMASK

New to MetaMask?

### No, I already have a seed phrase

Import your existing wallet using a 12 word seed phrase

Import wallet

### Yes, let's g

This will create a new w

Create a

D 004000

v
v

# GO TO SETTINGS

METAMASK

Settings

General                    General

Advanced

Contacts                   Currency Conversion
                           Updated Sat Jan 23 2021 12:17:37 GMT+0100 |West Africa Standc
Security & Privacy

Alerts                     USD - United States Dollar

Networks

About                      Primary Currency
                           Select native to prioritize displaying values in the native current
                           Select Fiat to prioritize displaying values in your selected fiat cu

                           ● ETH   ○ Fiat

                           Current Language
                           English



# IN SETTINGS SELECT "NETW



# SELECT THE ADD NETWORK BUT
# INPUT THE FOLLOWING INFOR





https://b 🥚 n.

Cancel

NETWORK NAME: BSC MAINNET

NEW RPC URL: HTTPS://BSC-DATASEED1.BINANCE.ORG/ OR HTTPS://B!

CHAINID: 56, OR 0X38 IF 56 DOESN'T WORK

SYMBOL: BNB

BLOCK EXPLORER URL: HTTPS://BSCSCAN.COM/





# SELECT THE NEWLY ADDED BSC MAIN
# AND YOU'RE NOW CONNECTED TO THE



🦊 METAMASK

Account 1
0x2cb8...7611

The defau





D 004006




CONNECT AND USE YOUR WAI
VARIOUS DAPPS ON THE BSC U!
BUILT-IN WEB3 INTEGRAT

## Connect to a wallet

Metamask

TrustWallet

MathWallet

TokenPocket

D 004007



**WalletConnect**

**Binance Chain Wallet**

# CONGRATULATIONS!

Once these steps are followed users will be able

Dapps on the Binance Smart Chain. This wallet s

assets on the BSC, if not listed in your wallet be

ken using the specific token contract address. C

not the only wallet available to BSC users but it

nearly all Dapps making it a great beginner wall

compatible with the Ethereum Network through

fault "Ethereum Mainnet."

D 004010

D 004011



**0x8e7788ee2b1d3e5451e182035d6b2b566c2fe997**

D 004015



COPY & PASTE: 0x8e7788ee2b1d3e5451e182035d6b2b566c2fe997

D 004016

D 004017

D 004020