# Exhibit C

| From: | Adam R███ <███@gmail.com> |
| Date: | October 25, 2022 4:31:45 PM (-05) |
| To: | ███@gmail.com> |
| Subject: | Fwd: ███@studiom-nyc.com sent you ZOO via WeTransfer |
| Attachments: | |

Sent from my iPhone

Begin forwarded message:

**From:** WeTransfer <noreply@wetransfer.com>
**Date:** October 25, 2022 at 4:22:24 PM CDT
**To:** ███@gmail.com
**Subject:** ███@studiom-nyc.com sent you ZOO via WeTransfer
**Reply-To:** ███@studiom-nyc.com



D 004341