# Exhibit D



D 004356