# Exhibit F

| | |
|---|---|
| From: | Coffeezilla <coffeebrk24@gmail.com> |
| Date: | January 01, 2023 3:57:24 PM (-06) |
| To: | <░░░░░░░░░@gmail.com>; ░░░░░░ <░░░░░@fbi.gov> |
| Subject: | **CryptoZoo Documents** |
| Attachments: | |

***See attached, two different files that were leaked to me by a source connected to CryptoZoo.***

**1: Redacted versions of the CryptoZoo internal messages.**
Pages are in chronological order, but some are missing because anything that included messages that would've compromised the source of this leak have been removed completely. The images came that way to me blacked out, I do not know why.

**2: CryptoZoo Meeting notes**
Document creator is unknown other than they worked on the team (I suspect Dani Strobel, Logan's former assistant), but the source of this document is someone else. Nothing has been redacted to my knowledge.

--
Thanks,
Coffeezilla

📄 Crypto Zoo Meeting Notes 6-3-21 (1).pdf
📄 CryptoZoo_Messages_REDACTED_plus.pdf