# Exhibit G

| | |
|---|---|
| From: | ███████@SEC.GOV |
| Date: | February 13, 2023 7: 46:23 PM (GMT) |
| To: | ███████@gmail.com <███████@gmail.com> |
| Cc: | ███████ <███████@SEC.GOV>; ███████ <███████@sec.gov> |
| Subject: | **SEC investigation (C-08916)** |
| Attachments: | |

Hello Mr. Findeisen-

I'm a Senior Counsel in the SEC's Division of Enforcement and I'm conducting a nonpublic and confidential investigation titled "In the Matter of Dink Doink" (case number C-08916). I'm hoping to set up a time to briefly speak with you on a voluntary basis in connection with this investigation, specifically as it relates to the TCRs and attachments that you submitted about CryptoZoo. My colleague ███████ (cc'ed) and I would greatly appreciate it if we could talk today (preferably) or tomorrow. We are available this afternoon until 4:30pm CT and tomorrow after 10:30 am CT.

You can reach me by email or at the number below.

Thank you in advance,

███████

███████
Senior Counsel
Division of Enforcement
Chicago Regional Office
███████
███████@sec.gov


**U.S. Securities and Exchange Commission**