# Exhibit I

| | |
|---|---|
| From: | Coffee Break < @gmail.com> |
| Date: | February 14, 2023 1:45:04 PM (-06) |
| To: | <ENF-CPU@sec.gov> |
| Cc: | < @sec.gov>; < @sec.gov> |
| Subject: | **"In the Matter of Dink Doink" / CryptoZOO Supplemental Information** |

Attachments: CRYPTOZOO SUPPLEMENTAL INFO (3) (2).pdf;

Per the request of ⬛⬛⬛⬛⬛, Senior Counsel, attached is the documents that I volunteered to provide to help the investigation. Note Dani Strobel is not mentioned as she did not come up in my blockchain analysis.

Do not hesitate to follow up on anything that is left unclear, I'm happy to volunteer my time to help explain it.

--
Thanks,
Coffeezilla

# CRYPTOZOO SUPPLEMENTAL INFO (3)

Wallet Tracing Notes: A lot of these wallets are traced through known wallets, such as public openseas, timing (buying $ZOO before anyone knew about it), various sources making allegations about who owns what specific wallets, as well as direct payments.

## Logan Paul's ZOO+DINK Wallet.

Label: Logan ZOO+DINK
0x2346EF2b9dbC41b386DbFaf18E0162E3fbCc0918

Information: This wallet was the 2nd largest holder of $ZOO, never sold, but bought early. It pumped and dumped a different project of Logan Paul's called "DINK DOINK" Also is linked via a large BNB payment to a wallet possessing "MAVERICK#1" NFTs. This wallet is entitled "LOGAN MAV WALLET"



The address for the LOGAN MAV WALLET is
0xd3Cf54f8876fF28D4312CaDB408De7830Fa60228
Maverick is one of the brand identities of Logan Paul.

This main $ZOO wallet not only is linked to Logan Paul, and bought early, it also bought DINK DOINK coins on the 23rd of June 2021 and later sold them after advertising the coins.

| | | | | | | |
|---|---|---|---|---|---|---|
| 👁 | 0xc05f49c2e7508aa143... | 2021-06-23 18:25:30 | 📄 PancakeSwap V2: DINK 2 | IN | Logan ZOO+DINK | 10,697,724,772,885.900490329 | ⊚ BEP-20: Din......ink |
| 👁 | 0x4fb15ac4f57dc824050... | 2021-06-23 18:25:06 | 📄 PancakeSwap V2: DINK 2 | IN | Logan ZOO+DINK | 40,159,458,447,985.337461974 | ⊚ BEP-20: Din......ink |
| 👁 | 0xc62f1d825b79fdb9a77... | 2021-06-23 18:23:33 | 📄 PancakeSwap V2: DINK 2 | IN | Logan ZOO+DINK | 25,256,880,120,137.288020019 | ⊚ BEP-20: Din......ink |
| 👁 | 0x8fed74a45015a0c49cc... | 2021-06-23 18:21:33 | 📄 PancakeSwap V2: DINK 2 | IN | Logan ZOO+DINK | 3,791,349,172,960.433785445 | ⊚ BEP-20: Din......ink |
| 👁 | 0x01b2d58cf9377 9300b... | 2021-06-23 18:20:51 | 📄 PancakeSwap V2: DINK 2 | IN | Logan ZOO+DINK | 9,974,138,796,368.871370842 | ⊚ BEP-20: Din......ink |
| 👁 | 0x4237734a2fc24cd751... | 2021-06-23 18:20:15 | 📄 PancakeSwap V2: DINK 2 | IN | Logan ZOO+DINK | 8,272,179,345,570.900996367 | ⊚ BEP-20: Din......ink |
| 👁 | 0xb65bbca6ea94163b6e... | 2021-06-23 18:19:06 | 📄 PancakeSwap V2: DINK 2 | IN | Logan ZOO+DINK | 11,124,085,508,447.318345539 | ⊚ BEP-20: Din......ink |
| 👁 | 0x515d5c67e8fd607c70... | 2021-06-23 18:18:48 | 📄 PancakeSwap V2: DINK 2 | IN | Logan ZOO+DINK | 5,574,412,749,339.362819048 | ⊚ BEP-20: Din......ink |
| 👁 | 0xaade61fe89585adac0... | 2021-06-23 18:17:51 | 📄 PancakeSwap V2: DINK 2 | IN | Logan ZOO+DINK | 3,707,510,225,646.931102236 | ⊚ BEP-20: Din......ink |
| 👁 | 0xe7b54bc3ad38706094... | 2021-06-23 18:17:36 | 📄 PancakeSwap V2: DINK 2 | IN | Logan ZOO+DINK | 308,401,291,886.230806089 | ⊚ BEP-20: Din......ink |
| 👁 | 0xbd3907163398e75feb... | 2021-06-23 18:14:24 | 📄 PancakeSwap V2: DINK 2 | IN | Logan ZOO+DINK | 8,457,723,950,217.449779072 | ⊚ BEP-20: Din......ink |

A couple days later after purchasing Logan Paul posts in the telegram group about his support of DINK DOINK.



♡**crypto liv**♡
@ugliestduck

Follow

you have my support, friend @LoganPaul @DinkDoink69 $DINK



8:26 AM - 25 Jun 2021

And users on twitter get excited. Soon after, Logan begins selling.

D 004082

| | | | | | | |
|---|---|---|---|---|---|---|
| 0x95a4ffa5c08c4b142e7... | Swap Exact Token... | 2021-07-25 23:06:04 | Logan ZOO+DINK | OUT | PancakeSwap V2: DINK 2 | 12,652,312,934,070 |
| 0x72fcdee68145f7cb250... | Swap Exact Token... | 2021-07-10 5:23:49 | Logan ZOO+DINK | OUT | PancakeSwap V2: DINK 2 | 45,340,413,198,548.4 |
| 0x035183b2fb441d8d90... | Swap Exact Token... | 2021-07-08 19:58:45 | Logan ZOO+DINK | OUT | PancakeSwap V2: DINK 2 | 26,324,663,253,687.9 |
| 0x04973f3e838fda27042... | Swap Exact Token... | 2021-07-07 16:13:47 | Logan ZOO+DINK | OUT | PancakeSwap V2: DINK 2 | 19,207,194,785,181 |
| 0x472ae4df1533269c4d... | Swap Exact ETH F... | 2021-06-28 19:27:14 | PancakeSwap V2: DINK 2 | IN | Logan ZOO+DINK | 12,262,517,152,832.223929909 |
| 0x74fd14c2084af82c120... | Swap Exact Token... | 2021-06-26 17:51:37 | Logan ZOO+DINK | OUT | PancakeSwap V2: DINK 2 | 4,515,050,457,962.1 |
| 0xb4ed18fcdaebb8f9035... | Swap Exact Token... | 2021-06-26 8:56:00 | Logan ZOO+DINK | OUT | PancakeSwap V2: DINK 2 | 10,122,495,433,814.7 |
| 0x4743088ed16c8b147f... | Swap Exact Token... | 2021-06-25 9:35:44 | Logan ZOO+DINK | OUT | PancakeSwap V2: DINK 2 | 11,149,878,819,146.4 |
| 0x0074ad13b390c9405d... | Swap Exact Token... | 2021-06-24 19:49:57 | Logan ZOO+DINK | OUT | PancakeSwap V2: DINK 2 | 7,487,077,219,035.3 |

Note that Logan bought once again on the 28th, before posting once again about this "DINK DOINK" project. (note blockchain time is in UTC, tweet is from CT), the purchase is about an hour prior.



Based on my calculations Logan made about $30,000+ on this pump and dump.

| TXID | BOUGHT BNB | SOLD BNB | | |
|---|---|---|---|---|
| 0xbd3907163398e75feb7131430e3ed909054d563099728b7b683b0a02659be34c | 0.1 | | | |
| 0xe7b54bc3ad3870609421bbb2996c27989bf2bc3ae13396a176f22c0fe25d656e | 0.1 | | | |
| 0xaade61fe89585adac07694b69b31d14a0d96ede5371d | 1 | | | |

D 004084

| | | | |
|---|---|---|---|
| d71db5ce9b3934c37e79 | | | |
| 0x515d5c67e8fd607c70a97cf049d55c3d028b7e1bd6427 4a1706c3d595e2c1622 | 3 | | |
| 0xb65bbca6ea94163b6eb3c3e8a1031d604a8fe914a8ef dd2e7be269eaab98246f | 8 | | |
| 0x4237734a2fc24cd7517718015f0c7a7fbd9bc63b10d4b 727d3737cb03f13c670 | 8 | | |
| 0x01b2d58cf93779300bb0e98f476d76b87ee65268a058 145851a9d873632d4b36 | 10 | | |
| 0x8fed74a45015a0c49cc26e0cbd1161505a349553b243 a56329194bc1b020b639 | 5 | | |
| 0xc62f1d825b79fdb9a7732f163dc7578242fc8e971fe6c5f b52cd90fc75cf4d34 | 15 | | |
| 0x4fb15ac4f57dc824050b5182422bb4beae6de273899d d3e85e6ae7bda92493ff | 15 | | |
| 0xc05f49c2e7508aa14358010a887b7473c1535d80a8d0 20503c8d0f779df9efa3 | 5 | | |
| 0x0074ad13b390c9405ddf2dc562f6425a2b0ab3cd4cd63 492001c765ebfc3bf1a | | 15.559 | |
| 0x4743088ed16c8b147fea076377b1fb3cc37bfee41cb74 7e43d94930d35af29ec | | 19.004757 | |
| 0xb4ed18fcdaebb8f9035cf549a9ae24ea524ccc210768e c0ef420b25c3786a140 | | 63.51238 | |
| 0x74fd14c2084af82c120e37aafd4c715982056198ae6e2f 6bfd708593c974e678 | | 30.97214 | |
| 0x472ae4df1533269c4d69071e02cb7750d51fa6b9d48c7 e7d5714058aede2c916 | 100 | | |
| 0x04973f3e838fda27042bd214e9425253192ffa6032d3c 2ba059fbf64046b01ec | | 34.82492 | |
| 0x035183b2fb441d8d9013f11b3072e3ba5b56b97bff0ce d8f35a15359df769381 | | 33.275428 | |
| 0x72fcdee68145f7cb25071ba01a48f5ba4aba4d7265c51 a15e7c402e3e36d2538 | | 33.932488 | |
| 0x95a4ffa5c08c4b142e7f01e8c5fb4239d84ea34342eac4 dfec8ce16bd45ef995 | | 4.78579 | **profit BNB** | **profit USD** |
| | 170.2 | 235.86690 3 | 65.666903 | $32,570.7 8 |

D 004085

## Jeff Levin

Crypto Wallet: 0xc3358e2696D5ac0474793Ad410b248FD75C38769
Ownership was claimed by a dev working for the CryptoZoo team. This wallet did not sell.


## Crypto King

Note: Jake Greenbaum will be used interchangeably with "Crypto King", his pseudonym.

**Tracing Methods:** A lot of these wallets are traced through known "Crypto King" wallets, such as his public opensea (an NFT trading platform), timing (buying $ZOO before anyone knew about it), various sources making allegations about Jake owning specific wallets, and direct payments.

**Method of Crypto King's selling** - $ZOO was bought early and sent to dozens of crypto wallets where it was sold, then the BUSD and Tether was offramped through a few exchange addresses.

An example of how this works can be seen with a blockchain visualization of the $ZOO holdings here: Initial wallet: 0x24670241d16c6bf56489b090e02Cb863BD82d105, sends ~20B ZOO to various new wallets, which all sell that ZOO to the pancakeswap wallet address:

0x579bb1902e405d056071ad43f4abbf3d42ba0615



Then, those wallets which sold $ZOO, offramp to various wallets, shown in the visualization below. The flow looks like this. The wallets which sold $ZOO get BUSD from pancakeswap, then send that money to an offramp. In this case the offramp is a binance wallet, 0x7868EF4B4Bb36EF2A21DB8d77aeDf0C6A779a3A3, as described in the table below.



**Crypto Offramp -** The ones I suspect are listed below:

| Address | Label | USD | BNB | Tether | data collected from jun1,2021 -> oct 27 2022 on bitquery's explorer | |
|---|---|---|---|---|---|---|
| 0xE8A42f59c6d0d8E73683 418ea83321626668f670 | JAKE CRYPTO DEPOSIT WALLET 5 | $116,243.40 | | | BNB Price | $288.16 |
| 0x7868EF4B4Bb36EF2A21 DB8d77aeDf0C6A779a3A3 | JB Crypto King BINANCE2 | $3,262,200.00 | 593.525 6 | $54,397.00 | | |
| 0xC18CA3DEA8B49A5CD8 43f5e64edfB39a79202202 | Jake Crypto King Crypto.com Deposit | $296,046.60 | 231.152 9 | | | |
| 0xd6c8FFE70CC4EB32eAF 977Af7acc753062EDB2D2 | Crypto King Zoo Binance Cashout | $2,016,700.00 | 22.5445 | $8,758.40 | | |
| 0x92ed8bC1CFd5F2BBA29 5fC5Fb2c47448A419de74 | Jake Crypto King Deposit 6 | $21,840.00 | 6.73 | | | |
| 0x25bcfBcd917EAeB3046b 15081cB1f79b09010Be5 | CRYPTOKING Binance Deposit3 | $40,453.20 | 11.9934 | | | |
| 0x78Ac5D0fD185f7ff51B78 4B156510Ec92741ea08 | Crypto King Binance Deposit Wallet2 | $48,475.00 | | | TOTAL | |
| | | $5,801,958.20 | $249,529.76 | $63,155.40 | **$6,114,643.36** | |

**Jake's Main Public Wallet "JBTheCryptoKing":**
https://opensea.io/JBTheCryptoKing
0x955A1a68613C028Ea98b0b5dcC58901897EB90DB
This can be corroborated using his twitter archive (his twitter is now suspended, but he used to post NFTs he was buying, and they appear on this opensea).

note* recently he changed the name of his OPENSEA to "NFTTRADEER", but previously it was JBTheCryptoKing. Archived here:
https://web.archive.org/web/20211124172730/https://opensea.io/JBTheCryptoKing
Twitter archive:
https://web.archive.org/web/20220816095052/https://twitter.com/JBTheCryptoKing

**The 2 most important initial buying wallets believed to be Crypto King are listed here:**
*#1. 0x24670241d16c6bf56489b090e02Cb863BD82d105 (Jake Crypto King ZooStealth#1)*
This wallet I discovered both as an early large investor into $ZOO before anyone knew about it, but also because it deposits to the same binance deposit address as the "Jake Crypto King 99OG" wallet



D 004088

The "..99OG" wallet is 0xe1F637161e510F3cA9CA1458c3e57F0311655808 a wallet belongs to Jake because of it's ownership of one of Logan Paul's other NFT project, "99 Originals", which it then sends to the verified opensea JBTheCryptoKing wallet,



*#2. 0xCb05a5C6844aF14e0e0191b16395297CC41a6159 (Jake CryptoKing ZooStealth#2)*
This wallet I confirmed via OPENSEA (NFT Trading Platform). This wallet was buying up "MONSTERMASH" NFTs, right before Jake started publicly promoting them on twitter.







**Crypto King**
@Cryptoking

Replying to @Bitporn1 @0x_fxnction @MonsterMashNFT

The 💁 says what's good

3:10 PM · 28 Sep 2021

The reason these wallets are so important is that they then send billions of $ZOO coins to intermediary wallets to sell, and off-ramp.

**Other/Intermediate Wallets I suspect as Crypto King are:**
Jake Crypto King 78
0xcbdab10d6d43844400879e86f47f082e24170427

Jake Crypto King 77
0x02f4d261f0e99baaa8d612859269efbc1a9423a3

Jake Crypto King 76
0xd8c5fac28ab59eba3379f5085ef7391ae1906ca1

Jake Crypto King 75
0xadb3910d4561e96fedc511270c6b35dbd5e571c4

Jake Crypto King 74

0x7c0529df392a785b3695a943f8de81d9d790e3a3

Jake Crypto King 73
0x993daf9f9e86a221e46ba60ab692d0f3b4ddecf9

Jake Crypto King 72
0xab3514a60103e6e0c5d4acadcde52af8f3b58ecf

Jake Crypto King 71
0x03276cc0b75553b595cb5ea1d8be759a05e893bb

Jake Crypto King 70
0x7f7accb5459818bffb3e4b80959f83bcfcbf5363

Jake Crypto King 69
0xb2b37895aede26e8f945c2c92b9d80c76cafe2b5

Jake Crypto King 68
0x315e0b7dc35dfc664c19d10d2d9058caf323cdf4

Jake Crypto King 67
0x396ef525d088eff443e626f7fdd6968028f54206

Jake Crypto King 66
0xd23a86c19d09e837a36a5ff51063a22915d77599

Jake Crypto King 65
0x97778c379262db6508bed1030dee6695ed3521e9

JAKE CRYPTO DEPOSIT WALLET 5
0xe8a42f59c6d0d8e73683418ea83321626668f670

Jake Crypto King 64
0x2e61c2e49c14af0bc5b243855626603dc3db5e11

Jake Crypto King 63
0x378c1388797079495a3d746f3e359800e501406c

Jake Crypto King 62
0xa486c153bca90e42cd4e369ea4eb300a9e495357

Jake Crypto King 61
0xba1cece4bfefd37d374fa58f385f60b16a18088a

Jake Crypto King 60
0xfd377bcff1942137a9fde0fa456e21a39215bf8f

Jake Crypto King 59
0xaa925b8bb91f165b8e0d0b3b472faef87658fe5e

Jake Crypto King 58
0x61e8eb94484416645160d6019ec340ff12c41d99

Jake Crypto King 57
0x94202e22a6c0a3b7c01895d16c4c243f7810691e

Jake Crypto King 56
0xdde465bb67c76873dddc20570db2ab1f5c0d4209

Jake Crypto King 55
0x71256abdfcf79e850e5b5d9e25a28c5fdf551a55

Jake Crypto King 54
0x4ea95bf151fb1a1974f81e6b1ce5767c524ad4bb

Jake Crypto King 53
0x3b74741eca81478a8f3a01a109c03a874c5d495b

Jake Crypto King 52
0x2500a12774c39116f0796b985aa2e2f42cf23969

Jake Crypto King 51
0x1bbf3105c938adae660518480b68ea6913fc20c2

Jake Crypto King 50
0x5bd852b8ecd14be6e7460bb7f3cf9e8c130cd9d4

Jake Crypto King 49
0x6765d52f06cccace59fdb40642465ab60517860c

Jake Crypto King 48
0x489f1f927d8141ed0db19bffc09dfdbbd713345a

Jake Crypto King 47
0xfde2dab498de812ee9b505fe41db8eab1446b277

Jake Crypto King 46
0x2bf466c4aa930ff7473dbf3530ab2f1cc1b31a1b

D 004092

Jake Crypto King 45
0x44739163e1f497d1de4e70b68857ec36cd0a32cd

Jake Crypto King 44
0x7e84c440cc36878a26eb2c17286068c69b018949

Jake Crypto King 43
0x4d7da0c83b4260b3d73bf40d0684496612e7bed2

Jake Crypto King 42
0x6cfe2212a0d592dffb5883b52134dbfd2508fd98

 Jake Crypto King 41
0x4de7b9ed2275508ce0fd3d5bdd84d868ad3827c5

Jake Crypto King 40
0xdd69898c12df8423b8351b1a4f03458e9a22cc70

Jake Crypto King 39
0x62286b7fd0d83e331cdccc7c7feb7e5786a738b5

Jake Crypto King 38
0xb702b60026af304e7531a0bc3f640780a6f6bf0c

Jake Crypto King 37
0x99bf2b7c02a15dfcf7c806e69ef246c93a191551

Jake Crypto King 36
0x23f86dab720301604743f2cd4240f249bb9cf08f

Jake Crypto King 35
0x4cb212e3e19a96fb6980875452480307d9036b5d

Jake Crypto King 34
0x5b5740343807ad16bb03f145c21d53dfa8012d69

Jake Crypto King 33
0x0a0e0761a1a8e815d46fce26d6d57e907286c530

Jake Crypto King 32
0xb7b3841ce62abc0522c300e058b94ef5f5cff763

Jake Crypto King 31

0x79618d1fac92c68175f21639309fd81b05dea3bd

Jake Crypto King 30
0xc768c2ff82803e57490b45bb03ededb6a04da421

Jake Crypto King 29
0x31a1938d687b821717365cf9e6f5e9cb7d267c5c

Crypto King Binance Deposit Wallet2
0x78ac5d0fd185f7ff51b784b156510ec92741ea08

Jake Crypto King 28
0x99a386fccc0ca66d86989ca2b113e9b77d057c48

Jake Crypto King 27
0x67758005e22da9e3d435e73b5dab54aa27c713fe

Jake Crypto King 26
0xa9eebfa9205ae215fdba6d2447fc52a63d3ff961

Jake Crypto King 25
0x06c21edf0be8104098ac9646a677b4e4164ed31b

Jake Crypto King 23
0xa8a9b183782fb430f80a6a3d2f454c852be33871
2022-10-26
Jake Crypto King 22
0x1dcda858f0da580c344b1c973a9a90eab16718ee

Jake Crypto King 2
0x4d51dcd9ac2626acfcee960074387eb2065773c2

Jake Crypto King 17
0x4f7491253f920fa0ad679e5541bca504f1d925d8

Jake Crypto King 23
0xe12fe389f3a8dcef84ad65734da8b1f9b8b90d63

Jake Crypto King 22
0xc5defcb541ffaf635e3089d961e6e6afb201911b

Jake Crypto King 20
0xcd0c29449e652b3daa55de04c3d047085fdefbae

Jake Crypto King 19
0x369c435688f8cf125647b58c55ad53a7e9b81cb4

Jake Crypto King 18
0x14f69fa60ff8aa68bc9197565a0472da29b000c5

Jake Crypto King 16
0x7a20809391c721a73307178265f78d3c1784d87b

Jake Crypto King 12
0x6251e7dedc9f67246cf03b460d4acf89d8fe6512

JB Crypto King 13
0x6d4d310c4953665c8bbd6b19a6df39d03071bc26

Jake Crypto King Offramp 4
0x1cf0c6c1747d3c60cc1b7248c43eff0b0564ac1e

Jake Crypto King 11
0x20163b20d3de88ce4e977bd07054089adccf67d1

Jake Crypto King Offramp 5
0xaab15757fa8163d3ad1d40f4855d38ea6addf87c

Jake Crypto King Offramp 3
0xbff8dd28ec3ad4bad57915e4022303b41b89e3f0

Jake Crypto King offramp 2
0x5ba74e8594b9b9945a2b1e92c9d0fd0a503c6ddb

Jake CryptoKing Offramp1
0x4b5b3893988720a448da9485624dbd7f5a36eb1b

JB Crypto King BINANCE2
0x7868ef4b4bb36ef2a21db8d77aedf0c6a779a3a3

JB Crypto King 9
0x386b09c6f25844214ca6655bced2e368f2e1d106

JB Crypto King 8
0x814327104c7c2b626105c6d05c9121da00622c44

Jake Crypto King 7
0x6a556f8a8a22f5c8431ad13ca7ecfa90d3ae030d

Jake Crypto King 6
0x665a8eee8563e8f6bb2cc3d6990d725ef6b1da91

Jake Crypto King 5
0x410114ea7aa17d7db2bd3cab36d818293a21de1d

Jake Crypto King 4
0x8d0cb70eb200f71439f25dfa844d10ca84b4c897

Jake Crypto King Crypto.com Deposit
0xc18ca3dea8b49a5cd843f5e64edfb39a79202202

Jake Crypto King 3
0xaa52e82bb046eb27f3a487478f7f58bd6a9b725c

Jake Crypto King
0x955a1a68613c028ea98b0b5dcc58901897eb90db
OPENSEA

Jake Crypto King 99OG
0xe1f637161e510f3ca9ca1458c3e57f0311655808

I reached out to Jake Greenbaum with my findings and he disagreed he made $6,000,000+, rather said I could say "I don't care if u tell people I sold a few million and leave it at that."



D 004096

## Eddie Ibanez

Eddie Wallet: 0x64368a8fe7b7a5d15292581965112b6051f6a757
How I got this Information: I heard from a developer of CryptoZoo, that this was Eddie's wallet. This information was given to the developer by two independent sources allegedly. Both Jeff Levin and Ophir Bentov, both close to Cryptozoo.

This wallet gets 66B $ZOO tokens from a prior wallet which I also have linked to EDDIE
0xf276B1F3eee7cE32be8a25F7179530ab0b7DdA82
I have it linked due to a payment a different member of CryptoZoo alleged they gave to Eddie in order to have Eddie buy them $ZOO coins on their behalf. The transaction is here:
https://bscscan.com/tx/0x8fe8d1b4e2ba4b54a910189d9e5018fcdadcb52288355d387b585b578f78263d

After his main wallet got the $ZOO tokens, Eddie proceeded to send them to several different wallets where this $ZOO was sold off.

Sell-off wallets
0xec4374a220f6f6daa20df0a88e2ed7b4fea621d2
0xe522ad88c9db9350fa1a00e877bf39a1fc046966
0x2b8a455b5ff999c8eaed8d6fce62dcaa3af3019c
0x56ee7c1da313795e6981f4dcb2d59df8d9a84ac3
0x9a1b36ef35e12693693ba65d5498d582a502b6bd
0x30bb054b6bb30c8b04d9ca839a965103a0f83ab9
0xd621869fe45251f725c69dd996d82be6bae3706c
0x68d26f3fd90785594d134166ddce5380d0beece3
0x6981a2656855f7c7c1bbe466c1e1f5b952e08d4b
0x2998e29c13135824c5493f937f7f9cf8ed29b8f9
0x90e3f4c8a61779b6f06c48cd9b4aff84153612a5
0x2d3d6fab93173a173afe4486fc5377591f6ef601
0x8f44775c6b7aab7a277cba5a4822bf3c493dfcd1
0x9ac0707ce2de522f8bcf2585e2707a6a59a1bbc5
0x91c11dbd41519dc2464fc89a371d202f6a5feb4e
0x77ecbca86c4b267ecf973017cc0a80db6755e0e8

The wallets then sold off for what I calculated to be a value of $1.7M based on historical prices, through two different platforms: Pancake Swap and Metamask Swap. These are both platforms for exchanging $ZOO tokens for BNB or USDC, other cryptocurrencies with real value.

D 004097

| Branches: | BNB PANCAKE | METAMASK SW | USDC | bnb $ | meta $ | sells when? | BNB PRICE |
|---|---|---|---|---|---|---|---|
| 0xec4374a220f6f6daa20df0a88e2ed7b4fea621d2 | 399.2274 | | | $212,145.45 | $0.00 | 01/22 | $531.39 |
| 0xe522ad88c9db9350fa1a00e877bf39a1fc046966 | 157.8034 | | | $47,415.19 | $0.00 | 06/22 | $300.47 |
| 0x2b8a455b5fff99c8eaed8d6fce62dcaa3af3019c | 115.6857 | | | $44,595.68 | $0.00 | 02/22 | $385.49 |
| 0x56ee7c1da313795e6981f4dcb2d59df8d9a84ac3 | 72 | | | $39,928.32 | $0.00 | 11/21 | $554.56 |
| 0x9a1b36ef35e12693693ba65d5498d582a502b6bd | | 276.2789 | | $0.00 | $171,375.80 | 12/21 | $620.30 |
| 0x30bb054b6bb30c8b04d9ca839a965103a0f83ab9 | 407.0616 | | | $216,308.46 | $0.00 | 01/22 | $531.39 |
| 0xd621869fe45251f725c69dd996d82be6bae3706c | | | $55,000.00 | $0.00 | $0.00 | 01/22 | $531.39 |
| 0x68d26f3fd90785594d134166ddce5380d0beece3 | 142 | | | $88,082.60 | $0.00 | 12/21 | $620.30 |
| 0x6981a2656855f7c7c1bbe466c1e1f5b952e08d4b | 125.9124 | 202.9064 | | $78,103.46 | $125,862.84 | 12/21 | $620.30 |
| 0x2998e29c13135824c5493f937f7f9cf8ed29b8f9 | | 293.3625 | | $0.00 | $113,088.31 | 02/22 | $385.49 |
| 0x90e3f4c8a61779b6f06c48cd9b4aff84153612a5 | 63.6403 | | | $25,177.38 | $0.00 | 03/22 | $395.62 |
| 0x2d3d6fab93173a1733afe4486fc5377591f6ef601 | | 59.9488 | | $0.00 | $37,186.24 | 12/21 | $620.30 |
| 0x8f44775c6b7aab7a277cba5a4822bf3c493dfcd1 | | 414.2327 | | $0.00 | $256,948.54 | 12/21 | $620.30 |
| 0x9ac0707ce2de522f8bcf2585e2707a6a59a1bbc5 | | 262.0034 | | $0.00 | $145,296.61 | 11/21 | $554.56 |
| 0x91c11dbd41519dc2464fc89a371d202f6a5feb4e | 70.8 | 18.5528 | | $39,262.85 | $10,288.64 | 11/21 | $554.56 |
| 0x77ecbca86c4b267ecf973017cc0a80db6755e0e8 | | | | | | | |
| | | | | | | Total | |
| Total | | | $55,000.00 | $791,019.39 | $860,046.98 | $1,706,066.37 | |

I reached out to Eddie concerning these findings and he did not respond.

## Conclusion

The following is a brief explanation of my blockchain analysis in the matter of CRYPTOZOO and DinkDoink. I'm happy to sit down to explain anything left unclear by this report. This is precipitated by my TCR report in the matter of CryptoZoo as an unregistered securities offering, and as something that has defrauded a lot of people. I believe it fails to pass the Howey Test for a variety of reasons. It is clearly a common enterprise as everyone bought into the $ZOO token. It was built on an expectation of profit when Logan Paul said it's a "fun game that earns you money", it was an investment clearly, as people bought into the game, and it was all supposed to be derived from the work of others. It was billed as a game that was being worked on by "10 different artists" and a "massive team".

For those reasons I believe this was an securities offering where some of the founders profited by selling these unregistered securities at the expense of the investors.