# Exhibit M

| | |
|---|---|
| From: | Coffee Break <​@gmail.com> |
| Date: | October 24, 2022 12:23:32 PM (-05) |
| To: | <​@sec.gov> |
| Cc: | <​@sec.gov> |
| Subject: | **Re: Popular Influencer Logan Paul Defrauds Investors with Unregistered Security Offering - CryptoZoo** |
| Attachments: | |

That makes sense, and thanks for the response, I appreciate it.

On Mon, Oct 24, 2022 at 9:19 AM <​@sec.gov> wrote:

Stephen – Thank you for the information collected and synthesized in your report. Procedurally, all tips submitted via TCR are reviewed by the Office of Market Intelligence based on a number of factors. If the subjects or conduct relate to an ongoing investigation, the information will be forwarded to the relevant case team. I can't guarantee that will be us in this instance. Personally, I have found your reports in the other matter very helpful and well done, and this appears to be from the same mold. So, I just wanted to say we appreciate it. Happy to chat anytime. Thanks,

---

**From:** Coffee Break <​@gmail.com>
**Sent:** Sunday, October 23, 2022 12:56 PM
**To:** <​@SEC.GOV>; <​@sec.gov>
**Subject:** Popular Influencer Logan Paul Defrauds Investors with Unregistered Security Offering - CryptoZoo

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Just wanted to let you guys know that I just submitted a detailed report on Logan Paul's involvement with CryptoZoo to TCR, also attached here.

**Here's a quick synopsis:**

- CryptoZoo is both a cryptocurrency investment and "play-to-earn" game involving the sale of $ZOO tokens, and NFTs (non-fungible tokens).
- It was created and promoted by Logan Paul, a popular millennial celebrity with 24 million instagram followers, 23 million Youtube subscribers and 5 million twitter followers.
- Logan Paul used his massive influence to recklessly cause millions of dollars in damages to investors through the sale of unregistered securities of a "play-to-earn" game.
- Logan Paul and the CryptoZoo team knowingly targeted unsophisticated investors.
- The game which sold millions does not work.

If anyone from the SEC is interested in having a more detailed discussion about it, I am certainly more than willing to talk. It's outrageous.

--

Thanks,

Stephen Findeisen, Creator of Coffeezilla