# Exhibit N

| | |
|---|---|
| **From:** | Andrew Phillips <andy.phillips@mwpp.com> |
| **Sent:** | Monday, May 12, 2025 1:10 PM |
| **To:** | Caroline Small; Jeffrey Neiman; Jason Mays |
| **Cc:** | Jason Davis |
| **Subject:** | Re: Logan Paul v. Coffeezilla: Third Motion to Preserve Confidential Designations |

*[This message came from the outside. Do not click links or open attachments unless you know the content is safe.]*

Hi Caroline,

We agree.

Andrew C. Phillips
Managing Partner
MEIER WATKINS PHILLIPS PUSCH LLP
919 18th St NW, Suite 650
Washington, DC 20006
Direct: 847.951.7093
www.mwpp.com




---

**From:** Caroline Small <csmall@dslawpc.com>
**Date:** Monday, May 12, 2025 at 11:41 AM
**To:** Jeffrey Neiman <jneiman@mnrlawfirm.com>, Andrew Phillips <andy.phillips@mwpp.com>, Jason Mays <jmays@mnrlawfirm.com>

1

**Cc:** Jason Davis <jdavis@dslawpc.com>
**Subject:** Logan Paul v. Coffeezilla: Third Motion to Preserve Confidential Designations

Andy,

Your response to our motion to transfer [ECF No. 94] makes multiple references to the SEC and other government investigations. Given your insertion of those events into the public domain, we ask that you withdraw your Third Motion to Preserve Designations [ECF NO. 87] and agree to de-designate the following documents:

- PAUL_CZ 00012023-24 (Grand Jury Subpoena)
- PAUL_CZ 00012016-22 (Amended Search Warrant)
- PAUL_CZ 00012025-42 (SEC letter and subpoena)

If you do not agree, please let me know if you are opposed to a motion for leave to file a sur-response in support of our opposition to your Third Motion.

Regards,
Caroline

**DAVIS SANTOS**

**Caroline Newman Small**
Partner

719 S. Flores Street
San Antonio, Texas 78204
dslawpc.com

P: (210) 853-5882
F: (210) 200-8395
C: (210) 827-3765

E: csmall@dslawpc.com