UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LOGAN PAUL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | SA-24-CV-717-OLG (HJB) |
| | § | |
| STEPHEN FINDEISEN, and | § | |
| COFFEE BREAK PRODUCTIONS LLC | § | |
| d/b/a Coffeezilla, | § | |
| | § | |
| Defendants. | § | |

## ORDER SETTING
## IN-PERSON HEARING

Before the Court are Defendants' Motion to Transfer and Stay Proceedings (Docket Entry 82), and Defendants' [Redacted] Motion to Transfer and Stay Proceedings (Docket Entry 101). Pretrial and scheduling matters in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b).  (*See* Docket Entry 33.)

It is hereby **ORDERED** that Defendants' motions (Docket Entries 82, and 101) are set for an in-person hearing on **August 15, 2025**, at **1:00 P.M.** in Courtroom D on the 2nd Floor of the United States Courthouse, 262 West Nueva Street, San Antonio, Texas, 78207.

**SIGNED** on June 3, 2025.

_____
Henry J. Bemporad
United States Magistrate Judge