IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL,<br><br>                              *Plaintiff*,<br>   v.<br><br>STEPHEN FINDEISEN AND COFFEE BREAK PRODUCTIONS LLC D/B/A COFFEEZILLA,<br><br>                              *Defendants*. | Civil Action No.: 5:24-cv-00717 |

**JOINT AGREED MOTION TO EXTEND MEDIATION DEADLINE**

Plaintiff Logan Paul and Defendants Stephen Findeisen and Coffee Break Productions, LLC (collectively, "the Parties") hereby jointly move the Court to amend the Scheduling Order [Dkt. 18] to provide additional time for the Parties to complete a mediation. Good cause exists for this extension as follows:

1. On October 4, 2024, the Court issued its Scheduling Order [ECF No. 18]. The Scheduling Order originally provided for a close of discovery on May 16, 2025, and required the Parties to complete mediation after the close of discovery, by June 26, 2025.

2. On May 9, 2025 the Parties filed a Joint Agreed Motion to Amend Scheduling Order [Dkt. 97], requesting that the Court extend the discovery cut-off to August 15, 2025. The Court granted the extension by Text Order on May 9, 2025. The Parties at that time did not specifically request an attendant extension of the existing mediation deadline.

3. Due to the extension of the discovery cut-off deadline and the difficulty of coordinating the Parties' and their counsels' schedules during the summer travel season, the Parties request an extension of their deadline to mediate the case.

1

4.      Counsel for the Parties have conferred and determined that the Parties and all necessary counsel are available to conduct an in-person mediation in San Antonio during the week of September 8-12, 2025.  The Parties have identified several mutually agreeable mediators that have multiple days of availability during that week.

5.      Based on the foregoing, the Parties jointly request that the Court modify the Scheduling Order [Dkt. 18] to extend the deadline for the Parties to complete a mediation to September 12, 2025.

6.      No party will be prejudiced by this request, which is jointly made.

Accordingly, Plaintiff Logan Paul and Defendants Stephen Findeisen and Coffee Break Productions, LLC respectfully request the Court grant their Joint Agreed Motion to Extend Mediation Deadline and enter an order modifying the Scheduling Order so as to permit the Parties to complete mediation on or before September 12, 2025.

Respectfully submitted,

Dated: June 24, 2025

/s/ *Andrew C. Phillips*
Andrew C. Phillips (*Pro Hac Vice*)
Shannon B. Timmann (*Pro Hac Vice*)
MEIER WATKINS PHILLIPS PUSCH LLP
919 18th Street NW, Suite 650
Washington, DC 20006
Email: andy.phillips@mwpp.com
Email: shannon.timmann@mwpp.com

Jeffrey A. Neiman (*Pro Hac Vice*)
Jason L. Mays (*Pro Hac Vice*)
MARCUS NEIMAN RASHBAUM &
PINEIRO LLP
100 SE 3rd Ave., Suite 805
Ft. Lauderdale, Florida 33394
Email: jneiman@mnrlawfirm.com
Email: jmays@mnrlawfirm.com

Ricardo G. Cedillo (Texas Bar No. 04043600)
DAVIS, CEDILLO & MENDOZA, INC.
755 E. Mulberry Ave., Ste. 250
San Antonio, TX 78212
(210) 822-6666
Email: rcedillo@lawdcm.com

*Counsel for Plaintiff Logan Paul*

|  |  |
|---|---|
| June 24, 2025 | */s/ Caroline N. Small (with permission)*<br>Jason M. Davis<br>Caroline Newman Small<br>Rachel Garza<br>DAVIS & SANTONS, PLLC<br>719 S. Flores Street<br>San Antonio, Texas 78204<br>Telephone: (210) 853-5882<br>Facsimile: (210) 200-8395<br>E-mail: jdavis@dslawpc.com<br>E-mail: csmall@dslawpc.com<br>E-mail: rgarza@dslawpc.com<br><br>*Counsel for Defendants Stephen Findeisen and Coffee Break Productions LLC* |

3

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system on June 24, 2025.

/s/ *Andrew C. Phillips*
Andrew C. Phillips