IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL,<br><br>　　　　　　　　　　*Plaintiff*,<br>　v.<br><br>STEPHEN FINDEISEN AND COFFEE BREAK PRODUCTIONS LLC D/B/A COFFEEZILLA,<br><br>　　　　　　　　　　*Defendants*. | Civil Action No.: 5:24-cv-00717 |

## [PROPOSED] ORDER

Befor the Court is the Parties' Joint Agreed Motion to Extend Mediation Deadline. Based on the Motion and for good cause having been shown, the Court finds that this Motion should be and therefore is GRANTED.

IT IS HEREBY ORDERED that the Parties' deadline to complete a mediation is now set to **September 12, 2025**.

IT IS FURTHER ORDERED that all other dates, deadlines, and instructions contained in the October 4, 2024 Scheduling Order [Dkt. 18], as modified by the Court's Text Order of May 9, 2025, shall remain in effect.

SO ORDERED this _____ day of _____, 2025.

_____
HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE