**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**

**SAN ANTONIO DIVISION**

|  |  |
|---|---|
| LOGAN PAUL,<br><br>                           *Plaintiff,*<br><br>    v.<br><br>STEPHEN FINDEISEN AND COFFEE BREAK<br>PRODUCTIONS LLC D/B/A COFFEEZILLA,<br><br>                           *Defendants*. | Civil Action No.: 5:24-cv-00717 |

**JOINT AGREED MOTION TO CONTINUE HEARING DATE**

Plaintiff Logan Paul and Defendants Stephen Findeisen and Coffee Break Productions, LLC (collectively, "the Parties") hereby jointly move the Court for a continuance of the scheduled August 15, 2025 hearing on Defendants' Motion to Transfer and Stay Proceedings. Good cause exists for this extension as follows:

1.      On April 15, 2025, Defendants filed their Motion to Transfer and Stay Proceedings [Dkt. 82].

2.      On June 3, 2025, the Court issued an Order Setting In-Person Hearing [Dkt. 107], setting Defendants' Motion to Transfer and Stay Proceedings for hearing on August 15, 2025 at 1:00 pm.

3.      Plaintiff's out-of-state counsel, Andrew Phillips of Meier Watkins Phillips Pusch LLP, and Jeffrey Neiman and Jason Mays of Marcus Neiman Rashbaum & Piniero LLP, all have pre-existing travel obligations during the week of August 15, 2025.  Plaintiff's local counsel, Ricardo Cedillo of Davis, Cedillo & Mendoza, Inc., also has a conflict during that week, as he is scheduled to be in trial before the Honorable Jason Pulliam in *State Farm Mutual Automobile*

1

*Insurance Company, et al. v. Sanjay Misra, M.D., et al.*, Case No. SA-22-CV-806-JKP, in the United States District Court for the Western District of Texas, with trial set to begin on August 11, 2025, and designated as a firm setting..

4.      Counsel for the Parties have conferred and reviewed their schedules, and the Parties have determined that all counsel are available for a hearing on Defendants' Motion to Transfer and Stay Proceedings on any day during the week of September 8-12, 2025.

5.      Additionally, the Parties have agreed to hold an in-person mediation in San Antonio during the week of September 8-12, 2025, and have identified several mutually agreeable mediators that have multiple days of availability during that week.

6.      Accordingly, due to counsels' travel schedules and the Parties' expectation that all counsel necessary to participate in the hearing on Defendants' Motion to Transfer and Stay Proceedings will be available and present in San Antonio the week of September 8-12, the Parties request that the Court reset the hearing on Defendants' Motion to Transfer and Stay Proceedings for a time during that week, if possible.

Accordingly, Plaintiff Logan Paul and Defendants Stephen Findeisen and Coffee Break Productions, LLC respectfully request that the Court grant their Joint Agreed Motion to Continue Hearing Date and enter an order setting Defendants' Motion to Transfer and Stay Proceedings [Dkt. 82] for hearing during the week of September 8-12, 2025.

Respectfully submitted,

Dated: June 24, 2025

/s/ *Andrew C. Phillips*
Andrew C. Phillips (*Pro Hac Vice*)
Shannon B. Timmann (*Pro Hac Vice*)
MEIER WATKINS PHILLIPS PUSCH LLP
919 18th Street NW, Suite 650

Washington, DC 20006
Email: andy.phillips@mwpp.com
Email: shannon.timmann@mwpp.com

Jeffrey A. Neiman (*Pro Hac Vice*)
Jason L. Mays (*Pro Hac Vice*)
MARCUS NEIMAN RASHBAUM &
PINEIRO LLP
100 SE 3rd Ave., Suite 805
Ft. Lauderdale, Florida 33394
Email: jneiman@mnrlawfirm.com
Email: jmays@mnrlawfirm.com

Ricardo G. Cedillo (Texas Bar No.
04043600)
DAVIS, CEDILLO & MENDOZA, INC.
755 E. Mulberry Ave., Ste. 250
San Antonio, TX 78212
(210) 822-6666
Email: rcedillo@lawdcm.com

*Counsel for Plaintiff Logan Paul*

June 24, 2025

/s/ Caroline N. Small (with permission)
Jason M. Davis
Caroline Newman Small
Rachel Garza
DAVIS & SANTONS, PLLC
719 S. Flores Street
San Antonio, Texas 78204
Telephone: (210) 853-5882
Facsimile: (210) 200-8395
E-mail: jdavis@dslawpc.com
E-mail: csmall@dslawpc.com
E-mail: rgarza@dslawpc.com

*Counsel for Defendants Stephen
Findeisen and Coffee Break
Productions LLC*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system on June 24, 2025.

/s/ *Andrew C. Phillips*
Andrew C. Phillips