UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LOGAN PAUL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | SA-24-CV-717-OLG (HJB) |
| | § | |
| STEPHEN FINDEISEN, and | § | |
| COFFEE BREAK PRODUCTIONS LLC | § | |
| d/b/a Coffeezilla, | § | |
| | § | |
| Defendants. | § | |

**ORDER RESETTING**
**IN-PERSON HEARING**

It is hereby **ORDERED** that the in-person hearing on Defendants' motions (Docket Entries 82 and 101) on August 15, 2025, is reset to **September 11, 2025**, at **1:00 P.M.** in Courtroom D on the 2nd Floor of the United States Courthouse, 262 West Nueva Street, San Antonio, Texas, 78207.

**SIGNED** on June 26, 2025.

Henry J. Bemporad
United States Magistrate Judge