# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL,<br><br>*Plaintiff*,<br><br>v.<br><br>STEPHEN FINDEISEN AND COFFEE BREAK PRODUCTIONS, LLC d/b/a COFFEEZILLA,<br><br>*Defendants.* | Civil Action No.: 5:24-cv-00717-OLG |

### DEFENDANTS' FIRST AMENDED NOTICE OF DEPOSITION OF DON HOLLAND

TO:  Plaintiff Logan Paul, by and through his attorneys of record Andrew C. Phillips and Shannon B. Timmann, MEIER WATKINS PHILLIPS PUSCH, LLP, 919 18th St. NW, Suite 650, Washington, DC 20006; Jeffrey A. Neiman and Jason L. Mays, MARCUS NEIMAN RASHBAUM & PINEIRO LLP, 100 SE 3rd Ave., Suite 805, Ft. Lauderdale, Florida 33394; and Ricardo Cedillo, DAVIS, CEDILLO & MENDOZA, INC., 755 E. Mulberry Ave, Ste. 250 San Antonio, Texas 78212.

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, Defendants Stephen Findeisen and Coffee Break Productions, LLC d/b/a Coffeezilla will take the deposition of nonparty **DON HOLLAND** as set forth below:

| Place of Deposition: | Date and Time: |
|---|---|
| Regus<br>3800 North Lamar Blvd., Suite 200<br>Austin, TX 78756 | Monday July 14, 2025 at 9:00 a.m. |

The deposition will continue from day to day, before a court reporter, until completed. The deposition will be stenographically recorded and will also be videotaped.

Dated: May 16, 2025.

2

        Respectfully submitted,

        **DAVIS & SANTOS, PLLC**

By: */s/ Caroline Newman Small*
        Jason M. Davis
        Texas State Bar No. 00793592
        Email: jdavis@dslawpc.com
        Caroline Newman Small
        Texas State Bar No. 24056037
        Email: csmall@dslawpc.com
        Rachel Garza
        Texas State Bar No. 24125240
        Email: rgarza@dslawpc.com
        719 S. Flores Street
        San Antonio, Texas 78204
        Tel: (210) 853-5882
        Fax: (210) 200-8395

*Attorneys for Defendants Stephen Findeisen and Coffee Break Productions, LLC d/b/a Coffeezilla*

## CERTIFICATE OF SERVICE

  I hereby certify that on May 16, 2025, the foregoing document was served on all counsel of record as follows:

| | | |
|---|---|---|
| Andrew C. Phillips (*Pro Hac Vice*) | _____ | U.S. Mail |
| Shannon B. Timmann (*Pro Hac Vice*) | _____ | CMRRR |
| MEIER WATKINS PHILLIPS PUSCH LLP | _____ | Facsimile |
| 919 18th Street NW, Suite 650 | __X__ | E-mail |
| Washington, DC 20006 | _____ | E-file |
| Email: andy.phillips@mwpp.com | | |
| Email: shannon.timmann@mwpp.com | | |
| | | |
| Jeffrey A. Neiman (*Pro Hac Vice*) | _____ | U.S. Mail |
| Jason L. Mays (*Pro Hac Vice*) | _____ | CMRRR |
| MARCUS NEIMAN RASHBAUM & PINEIRO LLP | _____ | Facsimile |
| 100 SE 3rd Ave., Suite 805 | __X__ | E-mail |
| Ft. Lauderdale, Florida 33394 | _____ | E-file |
| Email: jneiman@mnrlawfirm.com | | |
| Email: jmays@mnrlawfirm.com | | |
| | | |
| Ricardo G. Cedillo | _____ | U.S. Mail |
| DAVIS, CEDILLO & MENDOZA, INC. | _____ | CMRRR |
| 755 E. Mulberry Ave, Ste. 250 | _____ | Facsimile |
| San Antonio, Texas 78212 | __X__ | E-mail |
| Email: rcedillo@lawdcm.com | _____ | E-file |

***Attorneys for Plaintiff Logan Paul***

                  */s/ Caroline Newman Small*
                  Caroline Newman Small