# EXHIBIT E

Tuesday, July 8, 2025 at 1:56:32 PM Eastern Daylight Time

| | |
|---|---|
| **Subject:** | Re: Paul v. Findeisen et al., No. 5:24-cv-00717 (W.D. Tex.): Document Subpoenas |
| **Date:** | Friday, June 20, 2025 at 4:31:17 PM Eastern Daylight Time |
| **From:** | Andrew Phillips |
| **To:** | Leigh S. Montgomery, Jarrett Ellzey |
| **CC:** | Jeffrey A Neiman, Jason A Mays, Alice Newlin, Tom Kherkher |
| **Attachments:** | image001.png, image002.png, image003.png, image004.png, image005.jpg, image006.png, image007.png, image008.png, image009.png, image010.png |

Leigh,

Following up once again on my letter from two weeks ago seeking to meet and confer regarding your clients' objections to Mr. Paul's document subpoenas. Please let me know if you intend to respond, and if so, when I can expect a response.

Andrew C. Phillips
Managing Partner
MEIER WATKINS PHILLIPS PUSCH LLP

919 18th St NW, Suite 650
Washington, DC 20006
Direct: 847.951.7093
www.mwpp.com




**From:** Andrew Phillips <andy.phillips@mwpp.com>
**Date:** Thursday, June 12, 2025 at 2:04 PM
**To:** Leigh S. Montgomery <Leigh@ellzeylaw.com>, Jarrett Ellzey <jellzey@eksm.com>
**Cc:** Jeffrey A Neiman <jneiman@mnrlawfirm.com>, Jason A Mays <jmays@mnrlawfirm.com>, Alice Newlin <anewlin@eksm.com>, Tom Kherkher <tkherkher@eksm.com>
**Subject:** Re: Paul v. Findeisen et al., No. 5:24-cv-00717 (W.D. Tex.): Document Subpoenas

Leigh,

Following up on my letter from June 6. I have not seen any response.

Andrew C. Phillips
Managing Partner
MEIER WATKINS PHILLIPS PUSCH LLP

919 18th St NW, Suite 650
Washington, DC 20006
Direct: 847.951.7093
www.mwpp.com




**From:** Andrew Phillips <andy.phillips@mwpp.com>
**Date:** Friday, June 6, 2025 at 1:32 PM

**To:** Leigh S. Montgomery <Leigh@ellzeylaw.com>, Jarrett Ellzey <jellzey@eksm.com>
**Cc:** Jeffrey A Neiman <jneiman@mnrlawfirm.com>, Jason A Mays <jmays@mnrlawfirm.com>, Alice Newlin <anewlin@eksm.com>, Tom Kherkher <tkherkher@eksm.com>
**Subject:** Re: Paul v. Findeisen et al., No. 5:24-cv-00717 (W.D. Tex.): Document Subpoenas

Leigh,

Please see the attached letter regarding Mr. Heikali's and Mr. Holland's subpoena objections.

Andrew C. Phillips
Managing Partner
MEIER WATKINS PHILLIPS PUSCH LLP

919 18th St NW, Suite 650
Washington, DC 20006
Direct: 847.951.7093
www.mwpp.com




---

**From:** Leigh S. Montgomery <Leigh@ellzeylaw.com>
**Date:** Monday, June 2, 2025 at 11:02 PM
**To:** Andrew Phillips <andy.phillips@mwpp.com>, Jarrett Ellzey <jellzey@eksm.com>
**Cc:** Jeffrey A Neiman <jneiman@mnrlawfirm.com>, Jason A Mays

3 of 7

<jmays@mnrlawfirm.com>, Alice Newlin <anewlin@eksm.com>, Tom Kherkher <tkherkher@eksm.com>
**Subject:** Re: Paul v. Findeisen et al., No. 5:24-cv-00717 (W.D. Tex.): Document Subpoenas

Counsel,

See attached Non-Party Holland's and Heikali's objections and responses to Rule 45 document subpoenas.

Leigh S. Montgomery
Partner



NOTICE:  This communication is covered by the Electronic Communications Privacy Act, found at 18 USC 2510 et seq, and is intended to remain confidential.  The communication is subject to any applicable attorney-client and/or work-product privileges.  If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and all attachments.  Do not deliver, distribute or copy this message and/or any attachments and, if you are not the intended recipient, do not disclose the information contained in this communication or any attachments. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

---

**From:** Andrew Phillips <andy.phillips@mwpp.com>
**Date:** Tuesday, May 20, 2025 at 1:54 PM
**To:** "Jarrett L. Ellzey" <Jarrett@ellzeylaw.com>, Firm <firm@ellzeylaw.com>
**Cc:** Jeffrey A Neiman <jneiman@mnrlawfirm.com>, Jason A Mays <jmays@mnrlawfirm.com>
**Subject:** Re: Paul v. Findeisen et al., No. 5:24-cv-00717 (W.D. Tex.): Document Subpoenas

Some people who received this message don't often get email from andy.phillips@mwpp.com. Learn why this is important
Thanks Jarrett.  Attached are Rule 45 document subpoenas to Mr. Holland and Mr. Heikali.

Andrew C. Phillips
Managing Partner
Meier Watkins Phillips Pusch LLP

919 18th St NW, Suite 650
Washington, DC 20006
Direct: 847.951.7093

www.mwpp.com

 

**From:** Jarrett L. Ellzey <<Jarrett@ellzeylaw.com>>
**Date:** Monday, May 19, 2025 at 3:26 PM
**To:** Andrew Phillips <<andy.phillips@mwpp.com>>, Firm <<firm@ellzeylaw.com>>
**Cc:** Jeffrey A Neiman <jneiman@mnrlawfirm.com>, Jason A Mays <jmays@mnrlawfirm.com>
**Subject:** Re: Paul v. Findeisen et al., No. 5:24-cv-00717 (W.D. Tex.): Document Subpoenas

Andrew,

We will accept service of the subpoenas on behalf of Holland and Heikali.

Thank you.


Jarrett L. Ellzey
Partner
Direct Line: 713-554-2376







**From:** Andrew Phillips <andy.phillips@mwpp.com>
**Date:** Monday, May 19, 2025 at 1:18 PM
**To:** Firm <firm@ellzeylaw.com>, Jarrett L. Ellzey <Jarrett@ellzeylaw.com>
**Cc:** Jeffrey A Neiman <jneiman@mnrlawfirm.com>, Jason A Mays <jmays@mnrlawfirm.com>
**Subject:** Paul v. Findeisen et al., No. 5:24-cv-00717 (W.D. Tex.): Document Subpoenas

> Some people who received this message don't often get email from andy.phillips@mwpp.com. Learn why this is important

Jarrett,

I represent Logan Paul in his lawsuit against Stephen Findeisen and Coffee Break Productions pending in the Western District of Texas. Defendants have informed us that they intend to take the depositions of Don Holland and Alex Heikali, who I understand you represent, per Defendants' disclosures. We intend to serve subpoenas for documents on Mr. Holland and Mr. Hekaili. Please let me know if you will accept service of those subpoenas.

Andrew C. Phillips
Managing Partner
MEIER WATKINS PHILLIPS PUSCH LLP

919 18th St NW, Suite 650
Washington, DC 20006
Direct: 847.951.7093

www.mwpp.com


