IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL,<br><br>        *Plaintiff,*<br>v.<br><br>STEPHEN FINDEISEN AND COFFEE BREAK PRODUCTIONS LLC D/B/A COFFEEZILLA,<br><br>        *Defendants.* | Civil Action No.: 5:24-cv-00717 |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO ENFORCE AND COMPEL COMPLIANCE WITH THIRD-PARTY SUBPOENA TO DON HOLLAND**

  Before the Court is Plaintiff Logan Paul's Motion to Enforce and Compel Compliance with Third-Party Subpoena to Don Dolland.  Based on the Motion, the entire record in this case, and for good cause having been shown, the Court finds that this Motion should be and therefore is GRANTED.

  IT IS HEREBY ORDERED that Plaintiff Logan Paul's Motion to Enforce and Compel Compliance with Third-Party Subpoena is GRANTED.

  IT IS FURTHER ORDERED that non-party Don Holland is directed to produce all documents in his possession that are responsive to Plaintiff's May 20, 2025 document subpoena within ten (10) days from the date of this Order.

  SO ORDERED this _____ day of _____, 2025.

                          _____
                          HENRY J. BEMPORAD
                          UNITED STATES MAGISTRATE JUDGE