UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LOGAN PAUL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | SA-24-CV-717-OLG (HJB) |
| | § | |
| STEPHEN FINDEISEN, and | § | |
| COFFEE BREAK PRODUCTIONS LLC | § | |
| d/b/a Coffeezilla, | § | |
| | § | |
| Defendants. | § | |

**ORDER SETTING
VIDEO HEARING**

Before the Court is Plaintiff's Motion to Enforce and Compel Compliance with Third-Party Subpoena to Don Holland. (Docket Entry 112.) Pretrial and scheduling matters in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b). (*See* Docket Entry 10.)

It is hereby **ORDERED** that Plaintiff's motion (Docket Entry 112) is set for a hearing on **August 5, 2025**, at **1:30 P.M.** The hearing will be held by video teleconference using the Zoom video platform. On the designated date and time of the hearing, the parties are directed to join the ZOOMGOV using the following credentials:

**https://txwd-uscourts.zoomgov.com/j/16126018188
Meeting ID: 161 2601 8188**

The parties are responsible for ensuring, **in advance of the hearing**, that their video teleconference equipment is functioning and properly connects with the Court's system. Parties experiencing any technical difficulties should contact Courtroom Deputy Cindy Miranda at cindy_miranda@txwd.uscourts.gov.

      The U.S. Clerk is directed to email a copy of this Order to counsel for Non-Party Don Holland (Leigh S. Montgomery and Jarrett L. Ellzey) at jellzey@eksm.com and lmontgomery@eksm.com).  (*See* Docket Entry 113, at 7.)

      **SIGNED** on July 16, 2025.

                                                      Henry J. Bemporad
                                                      United States Magistrate Judge