IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LOGAN PAUL, | § § § | |
| *Plaintiff*, | § § | |
| vs. | § § | Civil Action No. 5:24-cv-717-OLG-HJB |
| STEPHEN FINDEISEN AND COFFEE BREAK PRODUCTIONS LLC D/B/A COFFEEZILLA, | § § § § § | |
| *Defendant*. | § | |

### [proposed] ORDER DENYING PLAINTIFF'S MOTION TO ENFORCE AND COMPEL COMPLIANCE WITH THIRD-PARTY SUBPOENA TO DON HOLLAND

On this day, came to be heard Plaintiff's Motion to Enforce and Compel Compliance with Third-Party Subpoena to Don Holland and, after considering the motion and supporting briefs, the response and arguments of counsel, the Court is of the opinion that this Motion should, in all things be **DENIED**

It is so ORDERED.

_____
HONORABLE DISTRICT JUDGE

Approved to as form.

*/s/ Leigh S. Montgomery*
Jarrett Ellzey
Texas Bar No. 24040864
Leigh S. Montgomery
Texas Bar No. 24052214
**ELLZEY KHERKHER SANFORD MONTGOMERY, LLP**
4200 Montrose Blvd, Suite 200
Houston, Texas 77006
Phone (713) 244-6363
jellzey@eksm.com
lmontgomery@eksm.com

**ATTORNEYS FOR NON-PARTY DON HOLLAND**

**CERTIFICATE OF SERVICE**

      I certify that on July 16, 2025, a copy of the foregoing document was filed and served on all parties in accordance with the protocols for e-filing in the Federal Rules of Civil Procedure.

      */s/ Leigh S. Montgomery*
      Leigh S. Montgomery