# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL,<br><br>*Plaintiff*,<br><br>v.<br><br>STEPHEN FINDEISEN AND<br>COFFEE BREAK PRODUCTIONS, LLC<br>d/b/a COFFEEZILLA,<br><br>*Defendants.* | Civil Action No.: 5:24-cv-00717 |

**DEFENDANTS' NOTICE OF VIDEOTAPED DEPOSITION OF
DUARTE CAMPOS DE OLIVEIRA**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants Stephen Findeisen and Coffee Break Productions, LLC d/b/a Coffeezilla will take the videotaped deposition of Duarte Campos de Oliveira. This deposition will be conducted by remote electronic means via Zoom on July 14, 2025 at 3:00 p.m. Eastern Time/2:00 p.m. Central Time. The deposition will be taken by audiovisual and stenographic means before an officer authorized to administer oaths. The deposition will be taken for the purposes of discovery, for use at trial in the above-captioned matter, and for any other lawful purpose.

Dated: June 23, 2025

Respectfully submitted,

**DAVIS & SANTOS, PLLC**

By: */s/ Caroline Newman Small*
    Jason M. Davis
    Texas State Bar No. 00793592
    Email: jdavis@dslawpc.com
    Caroline Newman Small
    Texas State Bar No. 24056037
    Email: csmall@dslawpc.com
    Rachel Garza
    Texas State Bar No. 24125240
    Email: rgarza@dslawpc.com
    719 S. Flores Street
    San Antonio, Texas 78204
    Tel: (210) 853-5882
    Fax: (210) 200-8395

*Attorneys for Defendants Stephen Findeisen and Coffee Break Productions, LLC d/b/a Coffeezilla*

## CERTIFICATE OF SERVICE

   I hereby certify that on June 23, 2025, the foregoing document was served on all counsel of record as follows:

| | | |
|---|---|---|
| Andrew C. Phillips (*Pro Hac Vice*) | _____ | U.S. Mail |
| Shannon B. Timmann (*Pro Hac Vice*) | _____ | CMRRR |
| MEIER WATKINS PHILLIPS PUSCH LLP | _____ | Facsimile |
| 919 18th Street NW, Suite 650 | __X__ | E-mail |
| Washington, DC 20006 | _____ | E-file |
| Email: andy.phillips@mwpp.com | | |
| Email: shannon.timmann@mwpp.com | | |
| | | |
| Jeffrey A. Neiman (*Pro Hac Vice*) | _____ | U.S. Mail |
| Jason L. Mays (*Pro Hac Vice*) | _____ | CMRRR |
| MARCUS NEIMAN RASHBAUM & PINEIRO LLP | _____ | Facsimile |
| 100 SE 3rd Ave., Suite 805 | __X__ | E-mail |
| Ft. Lauderdale, Florida 33394 | _____ | E-file |
| Email: jneiman@mnrlawfirm.com | | |
| Email: jmays@mnrlawfirm.com | | |
| | | |
| Mr. Ricardo G. Cedillo | _____ | U.S. Mail |
| DAVIS, CEDILLO & MENDOZA, Inc. | _____ | CMRRR |
| 755 E. Mulberry Ave, Ste. 250 | _____ | Facsimile |
| San Antonio, Texas 78212 | __X__ | E-mail |
| Email: rcedillo@lawdcm.com | _____ | E-file |

***Attorneys for Plaintiff Logan Paul***

                    */s/ Caroline Newman Small*
                    Caroline Newman Small

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL,<br><br>    *Plaintiff*,<br><br>v.<br><br>STEPHEN FINDEISEN AND<br>COFFEE BREAK PRODUCTIONS, LLC<br>d/b/a COFFEEZILLA,<br><br>    *Defendants*. | Civil Action No.: 5:24-cv-00717 |

**DEFENDANTS' NOTICE OF VIDEOTAPED DEPOSITION OF
MARTIN CAMPOS DE OLIVEIRA**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants Stephen Findeisen and Coffee Break Productions, LLC d/b/a Coffeezilla will take the videotaped deposition of Martin Campos de Oliveira. This deposition will be conducted by remote electronic means via Zoom on July 14, 2025 at 4:30 p.m. Eastern Time/3:30 p.m. Central Time. The deposition will be taken by audiovisual and stenographic means before an officer authorized to administer oaths. The deposition will be taken for the purposes of discovery, for use at trial in the above-captioned matter, and for any other lawful purpose.

Dated: June 23, 2025

Respectfully submitted,

**DAVIS & SANTOS, PLLC**

By: */s/ Caroline Newman Small*
    Jason M. Davis
    Texas State Bar No. 00793592
    Email: jdavis@dslawpc.com
    Caroline Newman Small
    Texas State Bar No. 24056037
    Email: csmall@dslawpc.com
    Rachel Garza
    Texas State Bar No. 24125240
    Email: rgarza@dslawpc.com
    719 S. Flores Street
    San Antonio, Texas 78204
    Tel: (210) 853-5882
    Fax: (210) 200-8395

*Attorneys for Defendants Stephen Findeisen and Coffee Break Productions, LLC d/b/a Coffeezilla*

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2025, the foregoing document was served on all counsel of record as follows:

| | | |
|---|---|---|
| Andrew C. Phillips (*Pro Hac Vice*) | _____ | U.S. Mail |
| Shannon B. Timmann (*Pro Hac Vice*) | _____ | CMRRR |
| MEIER WATKINS PHILLIPS PUSCH LLP | _____ | Facsimile |
| 919 18th Street NW, Suite 650 | __X__ | E-mail |
| Washington, DC 20006 | _____ | E-file |
| Email: andy.phillips@mwpp.com | | |
| Email: shannon.timmann@mwpp.com | | |
| | | |
| Jeffrey A. Neiman (*Pro Hac Vice*) | _____ | U.S. Mail |
| Jason L. Mays (*Pro Hac Vice*) | _____ | CMRRR |
| MARCUS NEIMAN RASHBAUM & PINEIRO LLP | _____ | Facsimile |
| 100 SE 3rd Ave., Suite 805 | __X__ | E-mail |
| Ft. Lauderdale, Florida 33394 | _____ | E-file |
| Email: jneiman@mnrlawfirm.com | | |
| Email: jmays@mnrlawfirm.com | | |
| | | |
| Mr. Ricardo G. Cedillo | _____ | U.S. Mail |
| DAVIS, CEDILLO & MENDOZA, Inc. | _____ | CMRRR |
| 755 E. Mulberry Ave, Ste. 250 | _____ | Facsimile |
| San Antonio, Texas 78212 | __X__ | E-mail |
| Email: rcedillo@lawdcm.com | _____ | E-file |

***Attorneys for Plaintiff Logan Paul***

    */s/ Caroline Newman Small*
    Caroline Newman Small

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL, <br><br> *Plaintiff*, <br><br> v. <br><br> STEPHEN FINDEISEN AND COFFEE BREAK PRODUCTIONS, LLC d/b/a COFFEEZILLA, <br><br> *Defendants*. | Civil Action No.: 5:24-cv-00717 |

### DEFENDANTS' NOTICE OF VIDEOTAPED DEPOSITION OF KIRA ANNE KRIEG

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants Stephen Findeisen and Coffee Break Productions, LLC d/b/a Coffeezilla will take the videotaped deposition of Kira Anne Krieg. This deposition will be conducted by remote electronic means via Zoom on July 14, 2025 at 6:00 p.m. Eastern Time/5:00 p.m. Central Time. The deposition will be taken by audiovisual and stenographic means before an officer authorized to administer oaths. The deposition will be taken for the purposes of discovery, for use at trial in the above-captioned matter, and for any other lawful purpose.

Dated: June 23, 2025

2

Respectfully submitted,

**DAVIS & SANTOS, PLLC**

By: */s/ Caroline Newman Small*
    Jason M. Davis
    Texas State Bar No. 00793592
    Email: jdavis@dslawpc.com
    Caroline Newman Small
    Texas State Bar No. 24056037
    Email: csmall@dslawpc.com
    Rachel Garza
    Texas State Bar No. 24125240
    Email: rgarza@dslawpc.com
    719 S. Flores Street
    San Antonio, Texas 78204
    Tel: (210) 853-5882
    Fax: (210) 200-8395

*Attorneys for Defendants Stephen Findeisen and Coffee Break Productions, LLC d/b/a Coffeezilla*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2025, the foregoing document was served on all counsel of record as follows:

| | | |
|---|---|---|
| Andrew C. Phillips (*Pro Hac Vice*) | _____ | U.S. Mail |
| Shannon B. Timmann (*Pro Hac Vice*) | _____ | CMRRR |
| MEIER WATKINS PHILLIPS PUSCH LLP | _____ | Facsimile |
| 919 18th Street NW, Suite 650 | __X__ | E-mail |
| Washington, DC 20006 | _____ | E-file |
| Email: andy.phillips@mwpp.com | | |
| Email: shannon.timmann@mwpp.com | | |
| | | |
| Jeffrey A. Neiman (*Pro Hac Vice*) | _____ | U.S. Mail |
| Jason L. Mays (*Pro Hac Vice*) | _____ | CMRRR |
| MARCUS NEIMAN RASHBAUM & PINEIRO LLP | _____ | Facsimile |
| 100 SE 3rd Ave., Suite 805 | __X__ | E-mail |
| Ft. Lauderdale, Florida 33394 | _____ | E-file |
| Email: jneiman@mnrlawfirm.com | | |
| Email: jmays@mnrlawfirm.com | | |
| | | |
| Mr. Ricardo G. Cedillo | _____ | U.S. Mail |
| DAVIS, CEDILLO & MENDOZA, Inc. | _____ | CMRRR |
| 755 E. Mulberry Ave, Ste. 250 | _____ | Facsimile |
| San Antonio, Texas 78212 | __X__ | E-mail |
| Email: rcedillo@lawdcm.com | _____ | E-file |

***Attorneys for Plaintiff Logan Paul***

                                              */s/ Caroline Newman Small*
                                              Caroline Newman Small