# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL,<br><br>    *Plaintiff,*<br><br>v.<br><br>STEPHEN FINDEISEN AND<br>COFFEE BREAK PRODUCTIONS, LLC<br>d/b/a COFFEEZILLA,<br><br>    *Defendants.* | Civil Action No.: 5:24-cv-00717 |

## UNSWORN DECLARATION OF MARTIM CAMPOS DE OLIVEIRA

I, Martim Campos De Oliveira, declare as follows:

    1.    I am over the age of 18, of sound mind, and am competent to make this declaration. The facts stated in this declaration are based on my own personal knowledge, and are true and correct to the best of my knowledge. I would and could competently testify to these facts if called as a witness.

    2.    I am a victim of Logan Paul's CryptoZoo scam.

    3.    I am willing to testify in this case without a subpoena.

    4.    I live in Portugal.

    5.    Portugal is approximately 4,986 miles or 8,024 kilometers from San Antonio, Texas. A flight from Portugal to San Antonio, Texas would cost at least $1,200 round trip and would be require more than 30 hours of travel time. I would also have to take time away from work, which I cannot afford to do.

    6.    I cannot afford to purchase a flight to San Antonio, Texas from Portugal and for lodging accommodations to attend an in-person deposition.

    7.    I am willing and available to testify in this case via Zoom. I am also prepared to share documentation at the Zoom deposition to verify my identity.

1

2

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 22, 2025.

_____
MARTIM CAMPOS DE OLIVEIRA