UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL § § § *Plaintiff*, § § v. § § STEPHEN FINDEISEN and COFFEE § BREAK PRODUCTIONS, LLC, § § *Defendants.* § § | Civil Action No. 5:24-CV-00717 |

### ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO CONDUCT REMOTE DEPOSITIONS

Before the Court for consideration is Defendants Stephen Findeisen and Coffee Break Productions, LLC's Motion for Leave to Conduct Remote Depositions filed on July 23, 2025 (the "Motion"). Having considered the Motion, the Court finds the Motion should be, and therefore is, GRANTED.

IT IS THEREFORE ORDERED that Defendants' Motion is GRANTED and the depositions of Duarte Campos de Oliveira, Martim Campos de Oliveira, and Kira Ann Krieg shall be conducted by remote means.

IT IS SO ORDERED this ___ day of _____, 2025.

**HONORABLE HENRY J. BEMPORAD**
**UNITED STATES MAGISTRATE JUDGE**