# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS

## SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL,<br><br>                *Plaintiff*,<br>   v.<br><br><br>STEPHEN FINDEISEN AND COFFEE BREAK PRODUCTIONS LLC D/B/A COFFEEZILLA,<br><br>                *Defendants*. | Civil Case No. 5:24-cv-00717-OLG |

## PLAINTIFF LOGAN PAUL'S FIRST SET OF REQUESTS FOR ADMISSIONS TO DEFENDANT STEPHEN FINDEISEN

Pursuant to Federal Rules of Civil Procedure 26 and 36, Plaintiff hereby submits his First Set of Requests for Admissions to Defendant Stephen Findeisen. In accordance with Rule 36, Defendant is directed to provide answers and any objections to these Requests within thirty (30) days of service. These Requests shall be read, interpreted, and responded to in accordance with the definitions and instructions set forth below. Plaintiff requests that Defendant supplement his responses as Required by Rule 26(e) of the Federal Rules of Civil Procedure.

## DEFINITIONS

1. "Mr. Findeisen," "you," and "your" mean Stephen Findeisen, Defendant in the above-captioned action, and any present or former agents, representatives, attorneys, and any person acting or purporting to act on your behalf.

2.      "Defendants" mean Mr. Findeisen and Coffee Break Productions LLC, d/b/a Coffeezilla, Defendants in the above-captioned action, and any present or former agents, representatives, attorneys, and any person acting or purporting to act on Defendants' behalf.

3.      "Mr. Paul" and "Plaintiff" mean Logan Paul, Plaintiff in the above-captioned action.

4.      "Person" is defined as set forth in Rule CV-26 of the Local Court Rules for the Western District of Texas.

5.      "Document" is defined as set forth in Rule CV-26 of the Local Court Rules for the Western District of Texas.

6.      "Communication" is defined as set forth in Rule CV-26 of the Local Court Rules for the Western District of Texas.

7.      The term "concerning" is defined as set forth in Rule CV-26 of the Local Court Rules for the Western District of Texas.

## INSTRUCTIONS

1.      Each request is deemed admitted unless, within thirty (30) days from the date of service hereof, you serve a written answer or objection addressed to the matter of the request.

2.      If a matter is not admitted, the answer must specifically deny it or state in detail why you cannot truthfully admit or deny it.

3.      A denial must fairly respond to the substance of the matter and when good faith requires that a party qualify an answer or deny only a part of a matter, the answer must specify the part admitted and qualify or deny the rest.

4.      A response for lack of knowledge or information as a reason for failing to admit or deny may be made only if you state that you have made a reasonable inquiry into the request and

that the information you know or can readily obtain is insufficient to enable you to admit or deny the matter.

     5.     If an objection is made, you must state the grounds for the objection.  You must not object solely on the ground that the request presents a genuine issue for trial.

## REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**

Admit that you published the video titled "Logan Paul's Scam Isn't Over" on the YouTube platform on June 30, 2023.

**REQUEST FOR ADMISSION NO. 2:**

Admit that you published the video titled "Logan Paul's Refund" on the YouTube platform on January 5, 2024.

**REQUEST FOR ADMISSION NO. 3:**

Admit that you published a post on "X" (formerly Twitter) on June 29, 2023 that stated, "Logan Paul really is the type of dude to thank you when you expose his scam, then block you when you remind him to pay up."

**REQUEST FOR ADMISSION NO. 4:**

Admit that you are not aware of any evidence suggesting that Plaintiff ever sold any Zoo Tokens.

**REQUEST FOR ADMISSION NO. 5:**

Admit that Luciano Schippelliti told you on September 22, 2022 that his perception was that Plaintiff and Jeff Levin truly did want the CryptoZoo project to succeed.

**REQUEST FOR ADMISSION NO. 6:**

Admit that your December 20, 2022 YouTube video titled, "The Biggest Fraud in Logan Paul's Scam," had been viewed 5,794,503 times as of April 18, 2025, as reflected in D 005035.

**REQUEST FOR ADMISSION NO. 7:**

Admit that you earned $27,491.57 in revenue from YouTube for your December 20, 2022 YouTube video titled, "The Biggest Fraud in Logan Paul's Scam" as of April 18, 2025, as reflected

in D 005039.

**REQUEST FOR ADMISSION NO. 8:**

Admit that your December 23, 2022 YouTube video titled, "Ending Logan Paul's Biggest Scam," had been viewed 8,457,676 times as of April 18, 2025, as reflected in D 005040.

**REQUEST FOR ADMISSION NO. 9:**

Admit that you earned $50,385.61 in revenue from YouTube for your December 23, 2022 YouTube video titled, "Ending Logan Paul's Biggest Scam" as of April 18, 2025, as reflected in D 005044.

**REQUEST FOR ADMISSION NO. 10:**

Admit that your December 16, 2022 YouTube video titled, "Investigating Logan Paul's Biggest Scam," had been viewed 10,778,121 times as of April 18, 2025, as reflected in D 005030.

**REQUEST FOR ADMISSION NO. 11:**

Admit that you earned $47,175.98 in revenue from YouTube for your December 16, 2022 YouTube video titled, "Investigating Logan Paul's Biggest Scam" as of April 18, 2025, as reflected in D 005034.

**REQUEST FOR ADMISSION NO. 12:**

Admit that your June 30, 2023 YouTube video titled, "Logan Paul's Scam Isn't Over," had been viewed 6,030,951 times as of April 18, 2025, as reflected in D 005045.

**REQUEST FOR ADMISSION NO. 13:**

Admit that you earned $16,726.38 in revenue from YouTube for your June 30, 2023 YouTube video titled, "Logan Paul's Scam Isn't Over" as of April 18, 2025, as reflected in D 005049.

**REQUEST FOR ADMISSION NO. 14:**

Admit that your January 5, 2024 YouTube video titled, "Logan Paul's Refund," had been viewed

5,429,533 times as of April 18, 2025, as reflected in D 005026.

**REQUEST FOR ADMISSION NO. 15:**

Admit that you earned $19,038.19 in revenue from YouTube for your January 5, 2024 YouTube video titled, "Logan Paul's Refund" as of April 18, 2025, as reflected in D 005029.

**REQUEST FOR ADMISSION NO. 16:**

Admit that you did not attempt to contact Plaintiff directly by telephone, text message, or email to discuss CryptoZoo until December 24, 2022.

**REQUEST FOR ADMISSION NO. 17:**

Admit that you knew prior to publishing your three-part YouTube series on CryptoZoo that Zach Kelling had a criminal record.

**REQUEST FOR ADMISSION NO. 18:**

Admit that you did not inform Jeffrey Levin that you were recording your telephone call with him that you featured in your December 16, 2022 YouTube video, "Investigating Logan Paul's Biggest Scam."

**REQUEST FOR ADMISSION NO. 19:**

Admit that you reviewed the CryptoZoo Official Whitepaper prior to publishing your September 10, 2021 YouTube video titled, "Exposing Logan Paul's New Crypto 'Art'."

**REQUEST FOR ADMISSION NO. 20:**

Admit that you stated in your September 10, 2021 YouTube video titled "Exposing Logan Paul's New Crypto 'Art'" that you had "preconceived notions" about Logan Paul.

Dated:  June 9, 2025                                    Respectfully Submitted,


　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Andrew C. Phillips*
　　　　　　　　　　　　　　　　　　　　　　　　　────────────────────────

　　　　　　　　　　　　　　　　　　　　　　　　　Andrew C. Phillips (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　　　　　　Shannon B. Timmann (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　　　　　　MEIER WATKINS PHILLIPS PUSCH LLP
　　　　　　　　　　　　　　　　　　　　　　　　　919 18th Street NW, Suite 650
　　　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　　　　　　　Email: andy.phillips@mwpp.com
　　　　　　　　　　　　　　　　　　　　　　　　　Email: shannon.timmann@mwpp.com

　　　　　　　　　　　　　　　　　　　　　　　　　Jeffrey A. Neiman (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　　　　　　Jason L. Mays (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　　　　　　MARCUS NEIMAN RASHBAUM & PINEIRO LLP
　　　　　　　　　　　　　　　　　　　　　　　　　100 SE 3rd Ave., Suite 805
　　　　　　　　　　　　　　　　　　　　　　　　　Ft. Lauderdale, Florida 33394
　　　　　　　　　　　　　　　　　　　　　　　　　Email: jneiman@mnrlawfirm.com
　　　　　　　　　　　　　　　　　　　　　　　　　Email: jmays@mnrlawfirm.com

　　　　　　　　　　　　　　　　　　　　　　　　　Ricardo G. Cedillo
　　　　　　　　　　　　　　　　　　　　　　　　　DAVIS, CEDILLO & MENDOZA, INC.
　　　　　　　　　　　　　　　　　　　　　　　　　755 E. Mulberry Ave., Suite 250
　　　　　　　　　　　　　　　　　　　　　　　　　San Antonio, TX 78212
　　　　　　　　　　　　　　　　　　　　　　　　　Email: rcedillo@lawdcm.com


　　　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Logan Paul*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2025 true and correct copy of Plaintiff's First Set of Requests for Admission to Defendant Stephen Findeisen in the above-captioned matter was served on counsel of record for Defendants in accordance with the Rules of Civil Procedure:

Dated: June 9, 2025                                                          By: */s/ Andrew C. Phillips*
                                                                                              Andrew C. Phillips