UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | SA-24-CV-717-OLG (HJB) |
| § | |
| STEPHEN FINDEISEN, and § | |
| COFFEE BREAK PRODUCTIONS LLC § | |
| d/b/a Coffeezilla, § | |
| § | |
| Defendants. § | |

**ORDER ADDING MOTION TO**
**IN-PERSON HEARING**

Before the Court is Defendants' Motion for Leave to Take Videotaped Depositions of Duarte Campos De Oliveira, Martin Campos De Oliveira, and Kira Ann Krieg.  (Docket Entry 116.)  Pretrial and scheduling matters in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b).  (*See* Docket Entry 33.)

It is hereby **ORDERED** that Defendants' motion (Docket Entry 116) is added to the in-person hearing already set on **September 11, 2025**, at **1:00 P.M.** in Courtroom D on the 2nd Floor of the United States Courthouse, 262 West Nueva Street, San Antonio, Texas, 78207.

**SIGNED** on August 1, 2025.

_____
Henry J. Bemporad
United States Magistrate Judge