IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL,<br><br>        *Plaintiff*,<br>v.<br><br>STEPHEN FINDEISEN AND COFFEE BREAK PRODUCTIONS LLC D/B/A COFFEEZILLA,<br><br>        *Defendants*. | Civil Action No.: 5:24-cv-00717 |

**AGREED MOTION FOR CONTINUANCE**

Plaintiff Logan Paul and Defendants Stephen Findeisen and Coffee Break Productions, LLC d/b/a Coffeezilla (collectively, "the Parties") hereby submit this Agreed Motion for Continuance, and in support would respectfully show:

**BACKGROUND**

On October 4, 2024, the Court entered the Scheduling Order for this matter. ECF No. 18. Originally, discovery closed Friday, May 16, 2025, the mediation deadline was June 26, 2025, and jury selection was scheduled to begin on October 14, 2025. *Id*. Upon joint motion from the Parties, the Court extended the discovery deadline to August 15, 2025 and the mediation deadline to September 12, 2025. ECF No. 97; May 9, 2025 Dkt. Text.[1]

Since then, the Parties have continued to conduct discovery, including involving a third-party vendor to conduct substantial document production by agreement to resolve certain discovery issues. *See* ECF Nos. 84, 90, 97 at ¶ 5, 99. The Parties have agreed to informally extend the discovery deadline and have depositions of the Parties scheduled for

---

[1] In the joint motion, the Parties reserved the right to seek a continuance of the trial date at a later time. ECF No. 97.

1

September 9 and 10 and expert witnesses later in September. The Court has also scheduled hearings on various motions for August 5 and September 11, 2025. *See* ECF Nos. 111, 114, 120. The Parties are attending mediation with Don Philbin on September 12, 2025.

Although the discovery and mediation deadlines have been extended by three months, the pretrial hearing and trial date have not been extended. In light of the foregoing, and because counsel for Plaintiff is expecting a baby due on October 14, 2025 (the current trial date), the Parties now request an extension of the pretrial deadlines and trial date. Specifically, the Parties request a pretrial conference be scheduled for this matter in mid-April 2026 and trial be scheduled not before April 26, 2026, subject to the Court's availability and convenience.[2] This Agreed Motion for Continuance is being sought not for purposes of delay but so justice can be done.

## PRAYER

For the forgoing reasons, the Parties request a continuance of the pre-trial hearing and trial date. A proposed order is being submitted herewith.

Dated: August 5, 2025

                Respectfully submitted,

                **DAVIS & SANTOS, PLLC**

              By: */s/ Caroline Newman Small*
                Jason M. Davis
                Texas State Bar No. 00793592
                Email: jdavis@dslawpc.com
                Caroline Newman Small
                Texas State Bar No. 24056037
                Email: csmall@dslawpc.com
                Rachel Garza
                Texas State Bar No. 24125240
                Email: rgarza@dslawpc.com

---

[2] Defendants seek this continuance subject to their pending Motion to Transfer and Stay Proceedings. ECF No. 82.

719 S. Flores Street
San Antonio, Texas 78204
Tel: (210) 853-5882
Fax: (210) 200-8395

*Counsel for Defendants Stephen Findeisen and Coffee Break Productions, LLC d/b/a Coffeezilla*

*/s/ Andrew C. Phillips (with permission)*
Andrew C. Phillips (*Pro Hac Vice*)
Shannon B. Timmann (*Pro Hac Vice*)
**MEIER WATKINS PHILLIPS PUSCH LLP**
919 18th Street NW, Suite 650
Washington, DC 20006
Email: andy.phillips@mwpp.com
Email: shannon.timmann@mwpp.com

Jeffrey A. Neiman (*Pro Hac Vice*)
Jason L. Mays (*Pro Hac Vice*)
**MARCUS NEIMAN RASHBAUM & PINEIRO LLP**
100 SE 3rd Ave., Suite 805
Ft. Lauderdale, Florida 33394
Email: jneiman@mnrlawfirm.com
Email: jmays@mnrlawfirm.com

Ricardo G. Cedillo
Texas Bar No. 04043600
**DAVIS, CEDILLO & MENDOZA, INC.**
755 E. Mulberry Ave., Ste. 250
San Antonio, TX 78212
(210) 822-6666
Email: rcedillo@lawdcm.com

*Counsel for Plaintiff Logan Paul*

3

**CERTIFICATE OF SERVICE**

    I certify that on August 5, 2025, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and all counsel of record will receive an electronic copy via the Court's CM/ECF system.

                                         */s/ Caroline Newman Small*
                                         Caroline Newman Small