IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL,<br><br>    *Plaintiff*,<br><br>v.<br><br>STEPHEN FINDEISEN AND<br>COFFEE BREAK PRODUCTIONS, LLC<br>d/b/a COFFEEZILLA,<br><br>    *Defendants.* | Civil Action No.: 5:24-cv-00717 |

### ORDER

Before the Court is the Agreed Motion for Continuance filed jointly by the parties on August 4, 2025 (the "Motion"). Having reviewed the Motion and taking judicial notice of the entire record in this case, the Court finds there is good cause and hereby GRANTS the Motion.

IT IS FURTHER ORDERED that the pre-trial conference is now set for _____. **The parties should consult Local Rule CV-16(f) regarding matters to be filed in advance of the pretrial conference and/or trial**. IT IS FURTHER ORDERED that this case is set for jury selection and trial on _____. All other dates, deadlines, and instructions contained in the October 4, 2024 Scheduling Order [Dkt. 18] shall remain in effect.

        SO ORDERED this _____ day of _____, 2025.

                                              _____
                                              HENRY J. BEMPORAD
                                              UNITED STATES MAGISTRATE JUDGE