IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**
August 05, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

LOGAN PAUL,

   *Plaintiff*,

v.

STEPHEN FINDEISEN AND
COFFEE BREAK PRODUCTIONS, LLC
d/b/a COFFEEZILLA,

   *Defendants.*

Civil Action No.: 5:24-cv-00717

**ORDER**

Before the Court is the Agreed Motion for Continuance filed jointly by the parties on August 5, 2025. Having reviewed the Motion and the record in this case, the Court finds that the Motion (Dkt. No. 121) should be and hereby is **GRANTED**.

IT IS ORDERED that this case is **RESET** for **JURY SELECTION AND TRIAL** in Courtroom C, on the 2nd Floor of the United States Federal Courthouse, 262 W. Nueva Street, San Antonio, TX, on **Monday, May 4, 2026, at 9:30 a.m.** All parties and counsel must appear.

IT IS FURTHER ORDERED that the pretrial conference is **RESET** for **Wednesday, April 29, 2026, at 10:30 a.m.** at the same location.

All other dates, deadlines, and instructions contained in the October 4, 2024 Scheduling Order (Dkt. No. 18) shall remain in effect.

**SIGNED** this 5th day of August, 2025.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE