IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL,<br><br>　　　　　　　　　*Plaintiff*,<br><br>　v.<br><br>STEPHEN FINDEISEN AND COFFEE BREAK PRODUCTIONS LLC D/B/A COFFEEZILLA,<br><br>　　　　　　　　　*Defendants*. | Civil Action No. 5:24-cv-00717 |

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(G), I certify that Plaintiff has sought from Defendants the communications that are the subject of Plaintiff's Motion to Compel Production of Communications to and from Harry Bagg and/or Ed Leszczynski (the "Motion"). Plaintiff first requested that Defendants produce those communications in requests for production he served on Defendants on August 29, 2024. Most recently, on August 4, 2025, Plaintiff's counsel emailed Defendants' counsel to confer about the Motion and to inquire if Defendants still objected refusing to produce the requested communications. On August 5, 2025, Defendants responded that they maintained their objection to producing the requested communications.

Date: August 6, 2025

/s/ *Andrew C. Phillips*
Andrew C. Phillips (*Pro Hac Vice*)
MEIER WATKINS PHILLIPS PUSCH LLP
919 18th Street NW, Suite 650
Washington, DC 20006
(202) 318-3655
Email: andy.phillips@mwpp.com

1