**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**

**SAN ANTONIO DIVISION**

| | |
|---|---|
| LOGAN PAUL,<br><br>                  *Plaintiff,*<br>  v.<br><br>STEPHEN FINDEISEN AND COFFEE BREAK PRODUCTIONS LLC D/B/A COFFEEZILLA,<br><br>                  *Defendants.* | Civil Action No.: 5:24-cv-00717 |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL**

Upon consideration of Plaintiff's Motion to Compel Production of Communications to and from Harry Bagg and/or Ed Leszczynski, filed August 6, 2025, and the parties' respective submissions in support of an in opposition to Plaintiff's motion,

IT IS HEREBY ORDERED THAT:

1. Plaintiff's Plaintiff's Motion to Compel Production of Communications to and from Harry Bagg and/or Ed Leszczynski is GRANTED.

2. Defendants Stephen Findeisen and Coffee Break Productions LLC, shall promptly produce all communications between themselves and Harry Bagg and/or Ed Lszczynski relating to any of Defendants' YouTube videos concerning Plaintiff or the CryptoZoo project the CryptoZoo project.

SO ORDERED this _____ day of _____, 2025.

_____
HENRY J. BEMPORAD
UNITED STATES DISTRICT JUDGE