UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

LOGAN PAUL,                          §
                                     §
            Plaintiff,               §
                                     §
v.                                   §         SA-24-CV-717-OLG (HJB)
                                     §
STEPHEN FINDEISEN, and               §
COFFEE BREAK PRODUCTIONS LLC         §
d/b/a Coffeezilla,                   §
                                     §
            Defendants.              §

**ORDER**

Before the Court is Plaintiff's Motion to Enforce and Compel Compliance with Third-Party Subpoena to Don Holland. (Docket Entry 112.) Pretrial and scheduling matters in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b). (*See* Docket Entry 33.)

The Court held a hearing on Plaintiff's motion on August 5, 2025. In accordance with the Court's ruling at the hearing, Plaintiff's motion (Docket Entry 112) is **GRANTED IN PART**, **DENIED WITHOUT PREJUDICE IN PART**, and **DENIED AS MOOT IN PART**, as follows:

1) With respect to Subpoena Request No. 1, the motion is **GRANTED IN PART**, and Mr. Holland must produce all nonprivileged documents and communications concerning CryptoZoo and/or Logan Paul's involvement with CryptoZoo and/or the promotion of CryptoZoo-related cryptocurrency, tokens, or non-fungible tokens ("NFTs") from January 1, 2021, to December 31, 2023.

2) With respect to Subpoena Request No. 3, the motion is **GRANTED IN PART**, and Mr. Holland must produce all nonprivileged documents and communications relating to his own purchases or sales of CryptoZoo-related cryptocurrency, tokens, or NFTs

from January 1, 2021, to December 31, 2023.

3) With respect to Subpoena Request No. 5, the motion is **DENIED WITHOUT PREJUDICE**, but is subject to reconsideration should Defendants' questions at the deposition include inquiries relating to Mr. Holland's purchases of cryptocurrency and/or cryptocurrency-related products *other than* CryptoZoo-related cryptocurrency, tokens, or NFTs.

4) With respect to Subpoena Requests Nos. 2 and 4, the motion is **DENIED AS MOOT**.

5) Subject to further order of the Court, Mr. Holland's deposition may not be scheduled until after the Court has addressed the motions to be heard on September 11, 2025.

It is so **ORDERED**.

**SIGNED** on August 5, 2025.

Henry J. Bemporad
United States Magistrate Judge