IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL,<br><br>    *Plaintiff*,<br><br>v.<br><br>STEPHEN FINDEISEN AND<br>COFFEE BREAK PRODUCTIONS, LLC<br>d/b/a COFFEEZILLA,<br><br>    *Defendants*. | Civil Action No.: 5:24-cv-00717 |

**DEFENDANTS' SECOND UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL**

TO THE HONORABLE COURT:

Defendant Stephen Findeisen and Coffee Break Productions, LLC. (collectively, "**Defendants**"), file this Second Unopposed Motion to Extend Deadline to Respond to Plaintiff's Motion to Compel Defendant Findeisen to Fully Respond to Plaintiff's Interrogatories and in support respectfully show:

1. On August 1, 2025, Plaintiff filed a Motion to Compel Defendant Findeisen to fully respond to his interrogatories (the "**Motion to Compel**"). *See* ECF No. 119. Defendants' response is currently due August 15, 2025. *See* ECF No. 127; August 2025 Dkt. Text Entry.

2. The parties have engaged in discussions to resolve the Motion to Compel. Accordingly, Defendants request an extension to August 20, 2025 to respond to the Motion to Compel to allow additional time for the parties to confer to narrow the issues presented in the Motion to Compel. Counsel for Defendants conferred with counsel for Plaintiff and Plaintiff is unopposed to the requested extension of time.

3. A court may, for good cause, grant a motion for an extension of time that is filed before the original time expires. Fed. R. Civ. P. 6(b)(1)(A); *McCarty v. Thaler*, 376 F. App'x 442, 443 (5th Cir. 2010).

4. This relief requested is sought not for the purposes of delay but so that justice may be done.

## RELIEF REQUESTED

5. WHEREFORE, Defendants respectfully request the Court grant this unopposed Motion to Extend and extend Defendants' deadline to respond to Plaintiff's Motion to Compel to **August 20, 2025**.

Dated: August 15, 2025.

Respectfully submitted,

**DAVIS & SANTOS, PLLC**

By: /s/ Rachel Garza
Jason M. Davis
Texas State Bar No. 00793592
Email: jdavis@dslawpc.com
Caroline Newman Small
Texas State Bar No. 24056037
Email: csmall@dslawpc.com
Rachel Garza
Texas State Bar No. 24125240
Email: rgarza@dslawpc.com
719 S. Flores Street
San Antonio, Texas 78204
Tel: (210) 853-5882
Fax: (210) 200-8395

*Attorneys for Defendants Stephen Findeisen and Coffee Break Productions, LLC*

## CERTIFICATE OF CONFERENCE

I certify that on August 15, 2025, counsel for Defendants Stephen Findeisen and Coffee Break Productions, LLC conferred with counsel for Plaintiff Logan Paul and confirmed that this motion is unopposed.

                                                */s/Rachel Garza*
                                                Rachel Garza

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2025, the foregoing document was served on all counsel of record via the Court's ECF system.

                                                */s/Rachel Garza*
                                                Rachel Garza