IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL,<br><br>                              *Plaintiff*,<br><br>v.<br><br>STEPHEN FINDEISEN AND COFFEE BREAK PRODUCTIONS LLC D/B/A COFFEEZILLA,<br><br>                              *Defendants*. | Civil Action No. 5:24-cv-00717 |

**PLAINTIFF LOGAN PAUL'S NOTICE OF WITHDRAWAL OF DOCKET NO. 119, HIS MOTION TO COMPEL DEFENDANT FINDEISEN TO FULLY RESPOND TO PLAINTIFF'S INTERROGATORIES AND REQUESTS FOR ADMISSIONS**

Please take notice that Plaintiff Logan Paul hereby withdraws his Motion to Compel Defendant Findeisen to Fully Respond to Plaintiff's Interrogatories and Requests for Admissions [Dkt. 119], which Mr. Paul filed on August 1, 2025. The parties have resolved the issues raised in the Motion and the Court's adjudication of the Motion is therefore unnecessary.

August 19, 2025

/s *Andrew C. Phillips*
Andrew C. Phillips (*Pro Hac Vice*)
Shannon B. Timmann (*Pro Hac Vice*)
MEIER WATKINS PHILLIPS PUSCH LLP
919 18th Street NW, Suite 650
Washington, DC 20006
(202) 318-3655
Email: andy.phillips@mwpp.com
Email: shannon.timmann@mwpp.com

Jeffrey A. Neiman (*Pro Hac Vice*)
Jason L. Mays (*Pro Hac Vice*)
MARCUS NEIMAN RASHBAUM & PINEIRO LLP
100 SE 3rd Ave., Suite 805
Ft. Lauderdale, Florida 33394

Email: jneiman@mnrlawfirm.com
Email: jmays@mnrlawfirm.com

Ricardo G. Cedillo (Texas Bar No. 04043600)
DAVIS, CEDILLO & MENDOZA, INC.
755 E. Mulberry Ave., Ste. 250
San Antonio, TX 78212
(210) 822-6666
Email: rcedillo@lawdcm.com

*Counsel for Plaintiff Logan Paul*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 19, 2025, the foregoing Plaintiff's Notice of Withdrawal was served on counsel for Defendants via ECF.

/s *Andrew C. Phillips*

**Counsel for Defendants:**

Jason M. Davis
Email: jdavis@dslawpc.com

Caroline Newman Small
Email: csmall@dslawpc.com

Rachel Garza
Email: rgarza@dslawpc.com