UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LOGAN PAUL, | § § § | |
| Plaintiff, | § § | |
| v. | § | SA-24-CV-717-OLG (HJB) |
| | § § | |
| STEPHEN FINDEISEN, and COFFEE BREAK PRODUCTIONS LLC d/b/a Coffeezilla, | § § § § | |
| Defendants. | § § | |

**ORDER ADDING MOTION TO
IN-PERSON HEARING**

Before the Court is Plaintiff's Motion to Compel Production of Communications To and From Harry Bagg and/or Ed Leszczynski. (Docket Entry 124.) Pretrial and scheduling matters in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b). (*See* Docket Entry 33.)

It is hereby **ORDERED** that Plaintiff's motion (Docket Entry 124) is added to the in-person hearing already set on **September 11, 2025**, at **1:00 P.M.** in Courtroom D on the 2nd Floor of the United States Courthouse, 262 West Nueva Street, San Antonio, Texas, 78207.

**SIGNED** on August 19, 2025.

_____
Henry J. Bemporad
United States Magistrate Judge