**IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF TEXAS SAN ANTONIO DIVISION**

| | |
|---|---|
| **LOGAN PAUL,**<br><br>   *Plaintiff*,<br><br>v.<br><br>**STEPHEN FINDEISEN AND<br>COFFEE BREAK PRODUCTIONS, LLC<br>d/b/a COFFEEZILLA**<br><br>   *Defendants*, | Civil Action No.: 5:24-cv-00717 |

**ORDER GRANTING DEFENDANTS'
MOTION TO COMPEL**

Before the Court is Defendants Stephen Findeisen's and Coffee Break Productions, LLC's Motion to Compel (the "**Motion**"). Based on the Motion, the entire record in this case, and for good cause shown, the Court finds the Motion should be and therefore is **HEREBY GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's privilege claims as to the Disputed Communications identified in the Motion are overruled. Plaintiff is ordered to produce the Disputed Communications (in whole and unredacted) identified in the Motion within five days from the date of this Order.

**IT IS FURTHER ORDERED** that Plaintiff is compelled to produce the documents listed in Exhibit H to the Motion in a searchable PDF format, along with the multimedia files references therein in a format that readily identifies which communication each multimedia file accompanies.

     It is so **ORDERED**.

_____                    _____
Date                                                           Honorable Henry J. Bemporad
                                                                    United States Magistrate Judge