# Exhibit A

Paul v. Findeisen, No. 5:24-cv-00717-OLG
Plaintiff's February 14, 2025 Privilege Log re Documents Redacted as Privileged

| No. | File Type | Document Date-Time | Message Participants | Email From Address | Email To Address | Email CC Address | Privilege Basis |
|---|---|---|---|---|---|---|---|
| 1 | Email | 01/04/2023 10:33:06 PM | | Logan Paul <logan@loganpaul.com> | Jeff Levin <jeffreyolevin@gmail.com>; Bryan Freedman <bfreedman@ftllp.com>; JED WALLACE <Jed@streetrelations.com>; Eric R. Breslin <ERBreslin@duanemorris.com> | | Redacted portions of email chain reflecting communications with counsel made in confidence for the purpose of receiving legal advice. |
| 2 | Email | 01/04/2023 10:41:03 PM | | Jed Wallace <jed@streetrelations.com> | Logan Paul <logan@loganpaul.com> | Jeff Levin <jeffreyolevin@gmail.com>; Bryan Freedman <bfreedman@ftllp.com>; Eric R. Breslin <ERBreslin@duanemorris.com> | Redacted portions of email chain reflecting communications with counsel made in confidence for the purpose of receiving legal advice. |
| 3 | Email | 01/04/2023 10:56:05 PM | | Bryan Freedman <bfreedman@ftllp.com> | Logan Paul <logan@loganpaul.com> | Jeff Levin <jeffreyolevin@gmail.com>; JED WALLACE <jed@streetrelations.com>; Eric R. Breslin <ERBreslin@duanemorris.com> | Redacted portions of email chain reflecting communications with counsel made in confidence for the purpose of receiving legal advice. |
| 4 | Email | 01/04/2023 7:28 PM | | Logan Paul <logan@loganpaul.com> | Jeff Levin <jeffreyolevin@gmail.com>; Bryan Freedman <bfreedman@ftllp.com>; JED WALLACE <Jed@streetrelations.com>; Eric R. Breslin <ERBreslin@duanemorris.com> | | Redacted portion of email chain reflecting communication with counsel made in confidence for the purpose of receiving legal advice. |
| 5 | Email | 01/04/2023 7:33 PM | | Bryan Freedman <bfreedman@ftllp.com> | Logan Paul <logan@loganpaul.com> | Jeff Levin <jeffreyolevin@gmail.com>; JED WALLACE <Jed@streetrelations.com>; Eric R. Breslin <ERBreslin@duanemorris.com> | Redacted portions of email chain reflecting communications with counsel made in confidence for the purpose of receiving legal advice. |
| 6 | Email | 01/04/2023 7:56 PM | | Logan Paul <logan@loganpaul.com> | Bryan Freedman <bfreedman@ftllp.com> | Jeff Levin <jeffreyolevin@gmail.com>; JED WALLACE <Jed@streetrelations.com>; Eric R. Breslin <ERBreslin@duanemorris.com> | Redacted portions of email chain reflecting communications with counsel made in confidence for the purpose of receiving legal advice. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7 | Email | 01/13/2023 05:35:59 PM | | Jeffrey Levin <jeffreyolevin@gmail.com> | Jneiman@mnrlawfirm.com <Jneiman@mnrlawfirm.com> | Logan Paul <logan@loganpaul.com> | Redacted portion of email chain reflecting confidential communication with counsel for the purpose of receiving legal advice. |
| 8 | Email | 01/13/2023 05:39:19 PM | | Jeffrey Neiman <jneiman@mnrlawfirm.com> | Jeffrey Levin <jeffreyolevin@gmail.com> | Logan Paul <logan@loganpaul.com>; Jason Mays <jmays@mnrlawfirm.com> | Redacted portions of email chain reflecting communications with counsel made in confidence for the purpose of receiving legal advice. |
| 9 | Email | 01/17/2023 09:52:41 AM | | Logan Paul <logan@loganpaul.com> | Jeff Levin <jeffreyolevin@gmail.com>; Jeffrey Neiman <jneiman@mnrlawfirm.com> | | Redacted portion of email chain reflecting communication with counsel in confidence for the purpose of receiving legal advice. |
| 10 | Email | 01/17/2023 09:57:13 AM | | Jeffrey Neiman <jneiman@mnrlawfirm.com> | Logan Paul <logan@loganpaul.com> | Jeff Levin <jeffreyolevin@gmail.com> | Redacted portions of email chain reflecting communications with counsel made in confidence for the purpose of receiving legal advice. |
| 11 | Email | 01/17/2023 3:53 PM | | Jeffrey Neiman <jneiman@mnrlawfirm.com> | Logan Paul <logan@loganpaul.com> | Jeff Levin <jeffreyolevin@gmail.com> | Redacted portions of email chain reflecting communications with counsel made in confidence for the purpose of receiving legal advice. |
| 12 | Email | 01/17/2023 9:48 AM | | Logan Paul <logan@loganpaul.com> | Jeff Levin <jeffreyolevin@gmail.com>; Jeffrey Neiman <jneiman@mnrlawfirm.com> | | Redacted portion of email chain reflecting communication with counsel made in confidence for the purpose of receiving legal advice. |
| 13 | Email | 01/24/2023 09:06:51 PM | | Logan Paul <logan@loganpaul.com> | Jeffrey Levin <jeffreyolevin@gmail.com> | Jeffrey Neiman <jneiman@mnrlawfirm.com> | Redaction portion of email chain reflecting communications with counsel made in confidence for the purpose of receiving legal advice. |
| 14 | Email | 01/24/2023 09:59:53 PM | | Jeffrey Neiman <jneiman@mnrlawfirm.com> | Jeffrey Levin <jeffreyolevin@gmail.com> | Logan Paul <logan@loganpaul.com> | Redacted portions of email chain reflecting communications with counsel in confidence for the purpose of receiving legal advice. |
| 15 | Email | 01/24/2023 10:00:55 PM | | Jeffrey Levin <jeffreyolevin@gmail.com> | Jeffrey Neiman <jneiman@mnrlawfirm.com> | Logan Paul <logan@loganpaul.com> | Redacted portions of email chain reflecting communications with counsel made in confidence for the purpose of receiving legal advice. |
| 16 | Email | 01/24/2023 2:42 PM | | Jeffrey Levin <jeffreyolevin@gmail.com> | Logan Paul <logan@loganpaul.com> | Jeffrey Neiman <jneiman@mnrlawfirm.com> | Redacted portions of email chain reflecting communications with counsel made in confidence for the purpose of receiving legal advice. |

| 17 | Email | 01/24/2023 6:31:20 PM | | Logan Paul <logan@loganpaul.com> | Jeff Levin <jeffreyolevin@gmail.com>; Jeffrey Neiman <jneiman@mnrlawfirm.com>; Daniel Budzinski <daniel@captriz.com> | | Redacted portion of document reflecting communication with counsel made in confidence for the purpose of receiving legal advice. |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 18 | Email | 01/24/2023 6:59 PM | | Jeffrey Levin <jeffreyolevin@gmail.com> | Jeffrey Neiman <jneiman@mnrlawfirm.com> | Logan Paul <logan@loganpaul.com> | Redacted portions of email chain reflecting communications with counsel made in confidence for the purpose of receiving legal advice. |
| 19 | Email | 01/24/2023 8:32 PM | | Jeffrey Neiman <jneiman@mnrlawfirm.com> | Jeffrey Levin <jeffreyolevin@gmail.com> | Logan Paul <logan@loganpaul.com> | Redacted portions of email chain reflecting communications with counsel made in confidence for the purpose of receiving legal advice. |
| 20 | Email | 01/24/2023 9:31:06 PM | | Logan Paul <logan@loganpaul.com> | Jeffrey Levin <jeffreyolevin@gmail.com> | Jeffrey Neiman <jneiman@mnrlawfirm.com> | Redacted portions of email chain reflecting communications with counsel made in confidence for the purpose of receiving legal advice. |
| 21 | Email | 01/26/2023 09:19:17 AM | | Jeffrey Neiman <jneiman@mnrlawfirm.com> | Logan Paul <logan@loganpaul.com>; Jeff Levin <jeffreyolevin@gmail.com> | | Redacted portion of email chain reflecting communications with counsel in confidence for the purpose of providing legal advice. |
| 22 | Email | 01/31/2023 06:48:48 PM | | Jed Wallace <jed@streetrelations.com> | Logan Paul <logan@loganpaul.com> | Jeffrey Levin <jeffreyolevin@gmail.com> | Redacted portions of email chain reflecting legal advice of counsel provided in confidence. |
| 23 | Email | 01/31/2023 12:22:19 PM | | Jeffrey Neiman <jneiman@mnrlawfirm.com> | Logan Paul <logan@loganpaul.com>; Jeff Levin <jeffreyolevin@gmail.com> | | Redacted portion of email chain reflecting confidential communications with counsel for the purpose of providing legal advice. |
| 24 | Email | 01/31/2023 5:34 PM | | Jed Wallace <Jed@streetrelations.com> | Logan Paul <logan@loganpaul.com> | Jeffrey Levin <jeffreyolevin@gmail.com> | Redacted portions of email chain reflecting communications with counsel made in confidence for the purpose of receiving legal advice. |
| 25 | Email | 02/06/2023 01:48 PM | | Kamran Rosen <kamranrosen@gmail.com> | Melissa Nathan <melissanathan4@icloud.com>; Jeff Levin <jeffreyolevin@gmail.com>; Jeffrey Neiman <jneiman@mnrlawfirm.com> | | Redacted portion of document reflecting communication with counsel made in confidence for the purpose of receiving legal advice. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 26 | Email | 02/06/2023 01:50:15 PM | | Jeffrey Levin <jeffreyolevin@gmail.com> | Logan Paul <logan@loganpaul.com> | Alyx Sealy <asealy515@gmail.com>; Jeffrey Neiman <Jneiman@mnrlawfirm.com>; Melissa Nathan <melissanathan4@icloud.com> | Redacted portion of email chain reflecting communication with counsel made in confidence for the purpose of receiving legal advice. |
| 27 | Email | 02/06/2023 10:49 AM | | Jeffrey Levin <jeffreyolevin@gmail.com> | Logan Paul <logan@loganpaul.com> | Alyx Sealy <asealy515@gmail.com>; Jeffrey Neiman <jneiman@mnrlawfirm.com>; Melissa Nathan <melissanathan4@icloud.com> | Redacted portions of email chain reflecting communications with counsel made in confidence for the purpose of receiving legal advice. |
| 28 | Email | 02/06/2023 12:18:35 PM | | Logan Paul <logan@loganpaul.com> | Melissa Nathan <melissanathan4@icloud.com>; Jeff Levin <jeffreyolevin@gmail.com>; Jeffrey Neiman <jneiman@mnrlawfirm.com> | | Redacted portion of document reflecting communication with counsel made in confidence for the purpose of receiving legal advice. |
| 29 | Email | 03/02/2023 03:30:58 PM | | Jeffrey Levin <jeffreyolevin@gmail.com> | Logan Paul <logan@loganpaul.com> | | Redacted portions of email thread discussing legal advice of counsel and information to be provided to counsel for the purpose of receiving legal advice. |
| 30 | Email | 03/05/2023 11:52:22 AM | | Logan Paul (via Google Docs) <drive-shares-dm-noreply@google.com> | Jeffrey Neiman <jneiman@mnrlawfirm.com> | dfort@kflaw.com <dfort@kflaw.com>; Jason Mays <jmays@mnrlawfirm.com> | Redacted portion of document reflecting communication with counsel made in confidence for the purpose of receiving legal advice. |
| 31 | Email | 03/05/2023 11:53:57 AM | | Logan Paul (via Google Sheets) <drive-shares-dm-noreply@google.com> | Jeffrey Neiman <jneiman@mnrlawfirm.com> | dfort@kflaw.com <dfort@kflaw.com>; Jason Mays <jmays@mnrlawfirm.com> | Redacted information provided by client to counsel in confidence for the purpose of receiving legal advice. |
| 32 | Email | 03/05/2023 11:53:57 AM | | Logan Paul (via Google Sheets) <drive-shares-dm-noreply@google.com> | Jeffrey Neiman <jneiman@mnrlawfirm.com> | dfort@kflaw.com <dfort@kflaw.com>; Jason Mays <jmays@mnrlawfirm.com> | Redacted information and mental impressions provided to counsel for the purpose of receiving legal advice re pending litigation. |
| 33 | Email | 03/05/2023 11:53:57 AM | | Logan Paul (via Google Sheets) <drive-shares-dm-noreply@google.com> | Jeffrey Neiman <jneiman@mnrlawfirm.com> | dfort@kflaw.com <dfort@kflaw.com>; Jason Mays <jmays@mnrlawfirm.com> | Redacted portion of email reflecting information provided to counsel in confidence for the purpose of receiving legal advice. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 34 | Email | 03/05/2023 11:54:56 AM | | Logan Paul (via Google Docs) <drive-shares-dm-noreply@google.com> | Jeffrey Neiman <jneiman@mnrlawfirm.com> | dfort@kflaw.com <dfort@kflaw.com>; Jason Mays <jmays@mnrlawfirm.com> | Redacted information provided by client to counsel in confidence for the purpose of receiving legal advice. |
| 35 | Email | 03/05/2023 11:56:07 AM | | Logan Paul (via Google Docs) <drive-shares-dm-noreply@google.com> | Jeffrey Neiman <jneiman@mnrlawfirm.com> | dfort@kflaw.com <dfort@kflaw.com>; Jason Mays <jmays@mnrlawfirm.com> | Redacted portion of document reflecting communication with counsel made in confidence for the purpose of receiving legal advice. |
| 36 | Email | 03/05/2023 11:58:11 AM | | Logan Paul <logan@loganpaul.com> | Jason Mays <jmays@mnrlawfirm.com>; Jeffrey Neiman <jneiman@mnrlawfirm.com>; Don Fort <dfort@kflaw.com> | | Redacted portion of document reflecting communication with counsel made in confidence for the purpose of receiving legal advice. |
| 37 | Email | 03/05/2023 11:58:11 AM | | Logan Paul <logan@loganpaul.com> | Jason Mays <jmays@mnrlawfirm.com>; Jeffrey Neiman <jneiman@mnrlawfirm.com>; Don Fort <dfort@kflaw.com> | | Redacted portion of document reflecting communication with counsel made in confidence for the purpose of receiving legal advice. |
| 38 | Email | 03/05/2023 12:01:44 PM | | Logan Paul <logan@loganpaul.com> | Jeffrey Neiman <jneiman@mnrlawfirm.com>; Jason Mays <jmays@mnrlawfirm.com>; Don Fort <dfort@kflaw.com> | | Redacted portion of document reflecting communication with counsel made in confidence for the purpose of receiving legal advice. |
| 39 | Email | 03/05/2023 12:02:55 PM | | Logan Paul <logan@loganpaul.com> | Don Fort <dfort@kflaw.com>; Jeffrey Neiman <jneiman@mnrlawfirm.com>; Jason Mays <jmays@mnrlawfirm.com> | | Redacted portion of email chain reflecting provision of information to counsel in confidence for the purpose of receiving legal advice. |
| 40 | Email | 03/05/2023 12:02:55 PM | | Logan Paul <logan@loganpaul.com> | Don Fort <dfort@kflaw.com>; Jeffrey Neiman <jneiman@mnrlawfirm.com>; Jason Mays <jmays@mnrlawfirm.com> | | Redacted portion of email chain reflecting communications with counsel made in confidence for the purpose of receiving legal advice. |
| 41 | Email | 03/08/2023 05:53:50 PM | | Logan Paul <logan@loganpaul.com> | Jeffrey Neiman <jneiman@mnrlawfirm.com>; Don Fort <dfort@kflaw.com>; Jason Mays <jmays@mnrlawfirm.com> | | Redacted portion of email chain reflecting confidential communication with counsel for the purpose of receiving legal advice. |

| 42 | Email | 03/09/2023 03:32:53 PM | | Jeffrey Neiman <jneiman@mnrlawfirm.com> | Kate Meyers <kmeyers@mnrlawfirm.com>; Jason Mays <jmays@mnrlawfirm.com> | | Redacted portions of email chain reflecting communications with counsel made in confidence for the purpose of receiving legal advice. |
| 43 | Text Message | 12/21/2022 | Jeff Levin and Logan Paul | | | | Redacted portions of message thread reflecting confidential legal advice provided by counsel and strategy and mental impressions in anticipation of litigation. |
| 44 | Text Message | 12/22/2022 | Logan Paul and Mike Majlak | | | | Redacted portions of message thread discussing confidential legal advice provided by counsel and mental impressions regarding anticipated litigation. |