# Exhibit G

**This page is intentionally left blank**

```
            ]
        },
        {
            "id": "84efcc6c-0dec-4809-9be7-4d7715bdd333",
            "participant": ▮,
            "type": "message",
            "timestamp": "2022-12-26T03:30:15.000",
            "deleted": false,
            "blocks": [
                {
                    "text": "Leave him room to respond with \r\n\r\n \u201cYes, as long as I can film it as well\u201d type shit (which he will) and I\u2019ll say\r\n\r\n Respectfully, you\u2019re in no grounds to make requests. You cleverly edited a video, why can\u2019t I? Invite remains open :)\r\n\r\n Best,\r\n\r\n Logs"
                }
            ]
        },
        {
            "id": "d3ab2783-f180-4b75-b87d-e5354f1673c7",
            "participant": ▮,
            "type": "message",
            "timestamp": "2022-12-26T03:30:20.000",
            "deleted": false,
            "blocks": [
                {
                    "text": "That\u2019s what I\u2019m saying"
                }
            ]
        },
        {
            "id": "d0b654e4-c8f7-4d76-981c-92cc8ec8d2d0",
            "participant": ▮,
            "type": "message",
            "timestamp": "2022-12-26T03:30:23.000",
            "deleted": false,
            "blocks": [
                {
                    "text": "I won\u2019t even post it"
                }
            ]
        },
        {
            "id": "a67e66f2-512c-48a9-b545-be6605eb7631",
            "participant": ▮,
            "type": "message",
            "timestamp": "2022-12-26T03:30:29.000",
            "deleted": false,
            "blocks": [
                {
                    "text": "Just use in a defamation case"
                }
            ]
        },
```

CONFIDENTIAL This "CONFIDENTIAL" designation has been voluntarily removed by Plaintiff.        PAUL_CZ00008745

```
{
    "id": "de124257-e6f9-4628-ac7b-0aab454f717d",
    "participant": ▮,
    "type": "message",
    "timestamp": "2022-12-26T03:30:31.000",
    "deleted": false,
    "blocks": [
        {
            "text": "If we do it"
        }
    ]
},
{
    "id": "baa53f97-e8df-48ac-a80b-20d92b8279b0",
    "participant": ▮,
    "type": "message",
    "timestamp": "2022-12-26T03:30:34.000",
    "deleted": false,
    "blocks": [
        {
            "text": "Just to make his life difficult"
        }
    ]
},
{
    "id": "04420931-890a-4aff-be80-b8d319cc6336",
    "participant": ▮,
    "type": "message",
    "timestamp": "2022-12-26T03:30:56.000",
    "deleted": false,
    "blocks": [
        {
            "text": "Even tho it may be tough but. We have a case"
        }
    ]
},
{
    "id": "07c8aeaa-00b2-401a-9ec7-5c51c93c937a",
    "participant": ▮,
    "type": "message",
    "timestamp": "2022-12-26T03:31:00.000",
    "deleted": false,
    "blocks": [
        {
            "text": "I\u2019ll just make it tough for him"
        }
    ]
},
{
    "id": "9b5ced93-9878-4bb4-8b50-fb8b98f8e6d8",
    "participant": ▮,
    "type": "message",
    "timestamp": "2022-12-26T03:31:05.000",
    "deleted": false,
```

This page is intentionally left blank

```
{
    "version": "1.0",
    "conversation": {
        "id": "fe29c089-9625-48de-895d-86dcdec93cda",
        "platform": "Discord",
        "type": "direct",
        "name": "Discord chat: [loganpaulwastaken #4946 (█████████),BenRoth #1337 (█████████),Skip #1234 (█████████)]",
        "index": 1
    },
    "participants": [
        {
            "id": "0█████████",
            "name": "Logan Paul (█████████)"
        },
        {
            "id": "█████████",
            "name": "loganpaulwastaken #4946 (█████████)"
        },
        {
            "id": "█████████",
            "name": "BenRoth #1337 (█████████)"
        },
        {
            "id": "█████████",
            "name": "Skip #1234 (█████████)"
        }
    ],
    "events": [
        {
            "id": "d1416c58-c7d1-41dd-bbde-f074e62bc8e9",
            "participant": █████████,
            "type": "message",
            "timestamp": "2022-05-01T16:07:46.000",
            "deleted": false,
            "blocks": [
                {
                    "text": "@everyone Let's give a warm congratulations on the **STUDFARM** Let's show support for our SECOND community-built project. We're so excited and can't wait to begin studding alongside you all! Make sure to check out the <#963496142107209818> and show your support!\r\n\r\n \ud83d\udd25 The Stud Farm Beta Test is Live Now! For The Next 3 Days \ud83d\udd25 \r\n\r\n All Zookeepers welcome and encouraged to participate in the Beta Test\r\n\r\n \ud83d\udc47 Participate in the Beta Test by following the instructions at the link below\ud83d\udc47 \r\n https://beta.studfarm.io/faucet\r\n\r\n \ud83d\udc26 Help us spread the word by sharing the tweet \ud83d\udc26 \r\n https://twitter.com/CZStudFarm/status/1520216048221437952\r\n\r\n \ud83e\ude82 Beta Test Random Airdrop \ud83e\ude82 \r\n We will randomly airdropping 1m $ZOO to 5 random wallet addresses that participates in the beta test. To qualify for the random airdrops you must\r\n\r\n \u2611\ufe0f  Create a listing on the Stud Farm\r\n\r\n \u2611\ufe0f  Update a listing on the Stud Farm\r\n\r\n \u2611\ufe0f  Breed a hybrid egg/animal on the Stud Farm\r\n\r\n \u2611\ufe0f  Report Bugs and Errors
```

CONFIDENTIAL   This "CONFIDENTIAL" designation has been voluntarily removed by Plaintiff.   PAUL_CZ00006573

```
          you encounter on the Stud Farm\r\n\r\n \u261d\ufe0f How to complete all
          the steps above can be found in the dApp Guide. \u261d\ufe0f \r\n
          https://guide.studfarm.io/\r\n\r\n \ud83e\udeb2 Bug, Suggestions, and
          Support\u2753 \r\n If you find any bugs, receive errors, or/and have
          suggestions while beta testing the Stud Farm please report them to the
          team in the \u2502\ud83d\udcac\u2502studfarm-bugs  channel. (This channel
          is temporary for the duration of the beta test)\r\n\r\n Please provide as
          much detail as possible. Screen records and screenshots of the bug/error
          help us better troubleshoot the problem.\r\n\r\n If you need help or have
          questions related to The Stud Farm or the Beta Test please reach out to
          the team in the \u2502\ud83d\udcac\u2502studfarm-chat  channel\r\n\r\n
          \ud83d\udc47 Check out the Blog Post to Learn More\ud83d\udc47\r\n
          https://medium.com/@CZStudFarm/cryptozoo-stud-farm-beta-launch-
          7a54ff50525f"
                      }
                  ]
              }
         ],
         "attachments": []
     }
```

CONFIDENTIAL   This "CONFIDENTIAL" designation has been voluntarily removed by Plaintiff.   PAUL_CZ00006574

**This page is intentionally left blank**

```json
{
    "version": "1.0",
    "conversation": {
        "id": "841c2ffb-2d42-45ee-8f27-3728f6052508",
        "platform": "Signal",
        "type": "direct",
        "name": "Signal chat: [Jed Wallace NEW (        ),Logan Paul (        )]",
        "index": 1
    },
    "participants": [
        {
            "id": "            ",
            "name": "Jed Wallace NEW (            )"
        },
        {
            "id": "04408230573",
            "name": "Logan Paul (            )"
        }
    ],
    "events": [
        {
            "id": "c7ee59a8-f9b7-4771-af9c-7918b607bef6",
            "participant": "04408230573",
            "type": "message",
            "timestamp": "2022-12-27T05:12:17.000",
            "deleted": false,
            "blocks": [
                {
                    "text": "Wuddup papi"
                }
            ]
        },
        {
            "id": "9d34f020-d76a-4bf9-bb40-8a330b94a42d",
            "participant": "            ",
            "type": "message",
            "timestamp": "2022-12-27T05:13:36.000",
            "deleted": false,
            "blocks": [
                {
                    "text": "Brother - I have someone that can find anything on anyone. \r\n\r\n I fully want to dive in on Zilla and the \u201cvictims\u201d. Let\u2019s start with basic criminal, cases, property, etc. then we can get really nasty from there. Freedman knows the routine - we can open these guys way up. \r\n\r\n I\u2019ll call our guys in the morning and start with Stephen."
                }
            ]
        },
        {
            "id": "25697013-9e43-4a3d-9d61-ecd86a34b88a",
            "participant": "            ",
            "type": "message",
```

```
                "timestamp": "2022-12-27T05:15:55.000",
                "deleted": false,
                "blocks": [
                    {
                        "text": "And there\u2019s always something lurking down there in the history...how great will it be when we find out that he was a heavy investor in the Olympic coin and the only way he could get his money back was to get Emi paid on zoo!!! Lol"
                    }
                ]
            },
            {
                "id": "86b62dd1-e4e6-4504-bd09-4ee53dfbf353",
                "participant": "▮▮▮▮▮▮▮▮",
                "type": "message",
                "timestamp": "2022-12-27T05:20:27.000",
                "deleted": false,
                "blocks": [
                    {
                        "text": "Would be fucking amazing lol. Sounds amazing"
                    }
                ]
            },
            {
                "id": "5ff0b9e8-6427-424d-8a26-d9cba21d57f9",
                "participant": "▮▮▮▮▮▮▮▮",
                "type": "message",
                "timestamp": "2022-12-27T05:20:42.000",
                "deleted": false,
                "blocks": [
                    {
                        "text": "Unfortunately time is of the essence as I\u2019d love to include some of it in my statement on the 3"
                    }
                ]
            },
            {
                "id": "6818c9a6-1df3-45a5-9c19-9f6007911183",
                "participant": "▮▮▮▮▮▮▮▮",
                "type": "message",
                "timestamp": "2022-12-27T05:25:31.000",
                "deleted": false,
                "blocks": [
                    {
                        "text": "I\u2019ll see what we can get this week - I can definitely get a pretty comprehensive workup on anyone in the US with a name and at least an address, phone number, email, etc. the Emi dude MUST be a criminal. It getting international shit takes longer and is a littler pricier because it\u2019s not quite legal overseas but I\u2019m working on it. I\u2019ll get Stephen by tomorrow. We\u2019ll go from there. I\u2019d also like to get that dude that did all the reporting on Ibanez too and helped Zilla...I bet he\u2019s sideways too. Either way, I\u2019ll get everyone in motion in the morning. \r\n\r\n Also - I\u2019m
```

CONFIDENTIAL  This "CONFIDENTIAL" designation has been voluntarily removed by Plaintiff.    PAUL_CZ00006626

**This page is intentionally left blank**

```
{
    "version": "1.0",
    "conversation": {
        "id": "6ba93849-3373-4f06-9815-5e3453d4b08d",
        "platform": "WhatsApp",
        "type": "direct",
        "name": "WhatsApp chat (Da boys) : [Jed Wallace NEW (        ),Jeff Levin (        ),Logan Paul (        )]",
        "index": 1
    },
    "participants": [
        {
            "id": "        ",
            "name": "Jed Wallace NEW (        )"
        },
        {
            "id": "        ",
            "name": "Jeff Levin (        )"
        },
        {
            "id": "        ",
            "name": "Logan Paul (        )"
        },
        {
            "id": "System Message",
            "name": "System Message"
        }
    ],
    "events": [
        {
            "id": "317a5443-f0cc-4dac-b2ef-28cb2a8e79bc",
            "participant": "System Message",
            "type": "message",
            "timestamp": "2022-12-23T23:46:03.000",
            "deleted": false,
            "blocks": [
                {
                    "text": "\ud83d\udd12 Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them. Tap to learn more"
                }
            ]
        },
        {
            "id": "310e1732-ec77-4e46-989b-91d1d561af2a",
            "participant": "System Message",
            "type": "message",
            "timestamp": "2022-12-23T23:46:03.000",
            "deleted": false,
            "blocks": [
                {
                    "text": "(owner) created group \"Da boys\""
                }
            ]
```

CONFIDENTIAL    This "CONFIDENTIAL" designation has been voluntarily removed by Plaintiff.    PAUL_CZ00008882

```
            },
            {
                "id": "1a05f78b-2df9-484e-9155-62b911aac370",
                "participant": "███████████",
                "type": "message",
                "timestamp": "2022-12-23T23:46:05.000",
                "deleted": false,
                "blocks": [
                    {
                        "text": "Boys"
                    }
                ]
            },
            {
                "id": "c4cadc58-31ad-4039-9698-072977f0fb53",
                "participant": "███████████",
                "type": "message",
                "timestamp": "2022-12-23T23:47:37.000",
                "deleted": false,
                "blocks": [
                    {
                        "text": "Let\u2019s hop on a call"
                    }
                ]
            },
            {
                "id": "2bca1fb2-b896-4b65-9283-159bf1e070f0",
                "participant": "System Message",
                "type": "message",
                "timestamp": "2022-12-23T23:48:06.000",
                "deleted": false,
                "blocks": [
                    {
                        "text": "\ud83d\udcde Jeff Levin (17325479669@s.whatsapp.net) started a call"
                    }
                ]
            },
            {
                "id": "912ae9f7-22a9-4524-b2fa-94ec91a955da",
                "participant": "███████████",
                "type": "message",
                "timestamp": "2022-12-23T23:54:35.000",
                "deleted": false,
                "blocks": [
                    {
                        "text": "While I appreciate Stephen\u2019s creative genius &; exceptional work (i mean that), the headline/narrative that I deliberately \u201cscammed\u201d is simply not true. When appropriate, all bad actors will be exposed, explained &; held fully accountable. I\u2019ll speak further on IMPAULSIVE January 3"
                    }
                ]
            },
```

CONFIDENTIAL   This "CONFIDENTIAL" designation has been voluntarily removed by Plaintiff.   PAUL_CZ00008883

```
                {
                    "id": "63b90143-9287-492d-9528-ced1454d60b6",
                    "participant": "             ",
                    "type": "message",
                    "timestamp": "2022-12-23T23:56:07.000",
                    "deleted": false,
                    "blocks": [
                        {
                            "text": "While I appreciate Stephen\u2019s creative genius &; exceptional work (I mean that), the headline/narrative that I deliberately scammed anyone is simply untrue. When appropriate, all bad actors will be exposed, explained &; held fully accountable. I\u2019ll speak further on IMPAULSIVE January 3"
                        }
                    ]
                },
                {
                    "id": "e478d874-4839-419a-920d-c742bdb29b40",
                    "participant": "             ",
                    "type": "message",
                    "timestamp": "2022-12-23T23:56:31.000",
                    "deleted": false,
                    "blocks": [
                        {
                            "text": "Could even remove deliberately"
                        }
                    ]
                },
                {
                    "id": "79af40e0-6f27-4416-a92a-14d5221604f1",
                    "participant": "             ",
                    "type": "message",
                    "timestamp": "2022-12-23T23:56:50.000",
                    "deleted": false,
                    "blocks": [
                        {
                            "text": "Agree"
                        }
                    ]
                },
                {
                    "id": "41e44074-292f-4f76-b5c9-fd3c0f991ced",
                    "participant": "             ",
                    "type": "message",
                    "timestamp": "2022-12-23T23:57:12.000",
                    "deleted": false,
                    "blocks": [
                        {
                            "text": "While I appreciate Stephen\u2019s creative genius &; exceptional work (I mean that), the headline/narrative that I scammed anyone is simply untrue. When appropriate, all bad actors will be exposed, explained &; held fully accountable. I\u2019ll speak further on IMPAULSIVE January 3"
                        }
```

```
            ]
        },
        {
            "id": "80a47eba-a4e2-492d-ae7a-0c03167c68cb",
            "participant": "             ",
            "type": "message",
            "timestamp": "2022-12-23T23:57:36.000",
            "deleted": false,
            "blocks": [
                {
                    "text": "While I appreciate Stephen\u2019s creative
genius &; exceptional work (I mean that), the headline/narrative that I
scammed anyone is simply untrue. When legally appropriate, all bad actors
will be exposed, explained &; held fully accountable. I\u2019ll speak
further on IMPAULSIVE January 3"
                }
            ]
        },
        {
            "id": "ee890ec2-9adf-4afd-9e5f-6f820a8dbc23",
            "participant": "             ",
            "type": "message",
            "timestamp": "2022-12-23T23:57:42.000",
            "deleted": false,
            "blocks": [
                {
                    "text": "Added \u201clegally\u201d before
\u201cappropriate\u201d"
                }
            ]
        },
        {
            "id": "34bc028a-ff14-40e6-8367-037d3b60a2bf",
            "participant": "             ",
            "type": "message",
            "timestamp": "2022-12-23T23:58:19.000",
            "deleted": false,
            "blocks": [
                {
                    "text": "Sending to get final approval from lawyers"
                }
            ]
        },
        {
            "id": "77201879-59b1-42dd-804d-7e4083ad6ef3",
            "participant": "             ",
            "type": "message",
            "timestamp": "2022-12-23T23:58:40.000",
            "deleted": false,
            "blocks": [
                {
                    "text": "While I appreciate Stephen\u2019s creative
genius &; exceptional work (I mean that), the headline/narrative that I
scammed anyone is a gross fabrication of the truth. When legally
```

CONFIDENTIAL   This "CONFIDENTIAL" designation has been voluntarily removed by Plaintiff.   PAUL_CZ00008885

```
appropriate, all bad actors will be exposed, explained &; held fully
accountable. I\u2019ll speak further on IMPAULSIVE January 3"
                    }
                ]
            },
            {
                "id": "0b755551-0c77-4d85-8e57-e5b45ae743ec",
                "participant": "          ",
                "type": "message",
                "timestamp": "2022-12-23T23:58:43.000",
                "deleted": false,
                "blocks": [
                    {
                        "text": "No wait for Jed\u2019s La gauge"
                    }
                ]
            },
            {
                "id": "a7082320-79cb-4dea-877e-ea8592cefecf",
                "participant": "          ",
                "type": "message",
                "timestamp": "2022-12-23T23:58:51.000",
                "deleted": false,
                "blocks": [
                    {
                        "text": "Language"
                    }
                ]
            },
            {
                "id": "497596e2-c46f-41f0-8655-16cb52ddd213",
                "participant": "          ",
                "type": "message",
                "timestamp": "2022-12-23T23:58:57.000",
                "deleted": false,
                "blocks": [
                    {
                        "text": "What about \u201cgross fabrication\u201d"
                    }
                ]
            },
            {
                "id": "a11171c5-702b-4547-b525-65544979106c",
                "participant": "          ",
                "type": "message",
                "timestamp": "2022-12-23T23:59:15.000",
                "deleted": false,
                "blocks": [
                    {
                        "text": "\u201cdeliberate twisting\u201d perhaps"
                    }
                ]
            },
            {
```

CONFIDENTIAL   This "CONFIDENTIAL" designation has been voluntarily removed by Plaintiff.   PAUL_CZ00008886

```
                "id": "996db0e1-fe97-44ba-b438-82c221185c51",
                "participant": "                    ",
                "type": "message",
                "timestamp": "2022-12-23T23:59:34.000",
                "deleted": false,
                "blocks": [
                    {
                        "text": "While I appreciate Stephen\u2019s creative genius &; exceptional work (I mean that), the headline/narrative that I scammed anyone is a deliberate twist of truth. When legally appropriate, all bad actors will be exposed, explained &; held fully accountable. I\u2019ll speak further on IMPAULSIVE January 3"
                    }
                ]
            },
            {
                "id": "6e7c5678-944c-4224-b9a7-b3a7798d0b5b",
                "participant": "                    ",
                "type": "message",
                "timestamp": "2022-12-23T23:59:37.000",
                "deleted": false,
                "blocks": [
                    {
                        "text": "I like this one the best as it is the most clean and to the point"
                    }
                ]
            }
        ],
        "attachments": []
}
```

CONFIDENTIAL   This "CONFIDENTIAL" designation has been voluntarily removed by Plaintiff.   PAUL_CZ00008887

**This page is intentionally left blank**

```
            "id": "b53b15de-3346-4803-adc7-aa775e83efca",
            "participant": "              ",
            "type": "message",
            "timestamp": "2022-12-29T04:04:33.000",
            "deleted": false,
            "blocks": [
                {
                    "text": "Straight \ud83e\udde2"
                }
            ]
        },
        {
            "id": "7511aff2-4f2f-4c21-8560-95737342fc4c",
            "participant": "              ",
            "type": "message",
            "timestamp": "2022-12-29T04:04:38.000",
            "deleted": false,
            "blocks": [
                {
                    "text": "LOOK WHAT I WROTE IN MY NOTES WHEN I WAS PICKING HIS VIDEO APART"
                }
            ]
        },
        {
            "id": "5eaa799d-dfa6-47f4-a159-b9237574507a",
            "participant": "              ",
            "type": "message",
            "timestamp": "2022-12-29T04:05:14.000",
            "deleted": false,
            "blocks": [
                {
                    "text": "fucking IDIOT"
                }
            ],
            "attachments": [
                "files_Image_CoffeeZilla Defamation Video.png"
            ]
        },
        {
            "id": "65a541fe-b1d7-4bdf-a7e3-53ead1db6adc",
            "participant": "              ",
            "type": "message",
            "timestamp": "2022-12-29T04:05:32.000",
            "deleted": false,
            "blocks": [
                {
                    "text": "And bro eddie didn\u2019t even build the hatching mechanism"
                }
            ]
        },
        {
            "id": "3113351b-7489-4057-8e46-5a5b7d6a85ed",
```

CONFIDENTIAL This "CONFIDENTIAL" designation has been voluntarily removed by Plaintiff.                    PAUL_CZ00007845