# Exhibit H

| BATES | TITLE |
|---|---|
| PAUL_CZ00000001 | chat.json |
| PAUL_CZ00000036 | chat.json |
| PAUL_CZ00000041 | chat.json |
| PAUL_CZ00000045 | chat.json |
| PAUL_CZ00000061 | chat.json |
| PAUL_CZ00000091 | chat.json |
| PAUL_CZ00000102 | chat.json |
| PAUL_CZ00000119 | chat.json |
| PAUL_CZ00000122 | chat.json |
| PAUL_CZ00000131 | chat.json |
| PAUL_CZ00000133 | chat.json |
| PAUL_CZ00000157 | chat.json |
| PAUL_CZ00000184 | chat.json |
| PAUL_CZ00000186 | chat.json |
| PAUL_CZ00000190 | chat.json |
| PAUL_CZ00000206 | chat.json |
| PAUL_CZ00000207 | chat.json |
| PAUL_CZ00000221 | chat.json |
| PAUL_CZ00000228 | chat.json |
| PAUL_CZ00000242 | chat.json |
| PAUL_CZ00000245 | chat.json |
| PAUL_CZ00000247 | chat.json |
| PAUL_CZ00000259 | chat.json |
| PAUL_CZ00000264 | chat.json |
| PAUL_CZ00000277 | chat.json |
| PAUL_CZ00000283 | chat.json |
| PAUL_CZ00000297 | chat.json |
| PAUL_CZ00000303 | chat.json |
| PAUL_CZ00000305 | chat.json |
| PAUL_CZ00000308 | chat.json |
| PAUL_CZ00000327 | chat.json |
| PAUL_CZ00000376 | chat.json |
| PAUL_CZ00000394 | chat.json |
| PAUL_CZ00000426 | chat.json |
| PAUL_CZ00000438 | chat.json |
| PAUL_CZ00000447 | chat.json |
| PAUL_CZ00006540 | chat.json |
| PAUL_CZ00006552 | chat.json |
| PAUL_CZ00006565 | chat.json |

| | |
|---|---|
| PAUL_CZ00006566 | chat.json |
| PAUL_CZ00006573 | chat.json |
| PAUL_CZ00006575 | chat.json |
| PAUL_CZ00006599 | chat.json |
| PAUL_CZ00006625 | chat.json |
| PAUL_CZ00006633 | chat.json |
| PAUL_CZ00006635 | chat.json |
| PAUL_CZ00006680 | chat.json |
| PAUL_CZ00006706 | chat.json |
| PAUL_CZ00006711 | chat.json |
| PAUL_CZ00006728 | chat.json |
| PAUL_CZ00006730 | chat.json |
| PAUL_CZ00006758 | chat.json |
| PAUL_CZ00006762 | chat.json |
| PAUL_CZ00006790 | chat.json |
| PAUL_CZ00006794 | chat.json |
| PAUL_CZ00006814 | chat.json |
| PAUL_CZ00006825 | chat.json |
| PAUL_CZ00006855 | chat.json |
| PAUL_CZ00006861 | chat.json |
| PAUL_CZ00006864 | chat.json |
| PAUL_CZ00006871 | chat.json |
| PAUL_CZ00006872 | chat.json |
| PAUL_CZ00006943 | chat.json |
| PAUL_CZ00006947 | chat.json |
| PAUL_CZ00006955 | chat.json |
| PAUL_CZ00006961 | chat.json |
| PAUL_CZ00006998 | chat.json |
| PAUL_CZ00007061 | chat.json |
| PAUL_CZ00007065 | chat.json |
| PAUL_CZ00007078 | chat.json |
| PAUL_CZ00007089 | chat.json |
| PAUL_CZ00007103 | chat.json |
| PAUL_CZ00007105 | chat.json |
| PAUL_CZ00007122 | chat.json |
| PAUL_CZ00007124 | chat.json |
| PAUL_CZ00007142 | chat.json |
| PAUL_CZ00007170 | chat.json |
| PAUL_CZ00007174 | chat.json |
| PAUL_CZ00007179 | chat.json |

| | |
|---|---|
| PAUL_CZ00007245 | chat.json |
| PAUL_CZ00007271 | chat.json |
| PAUL_CZ00007316 | chat.json |
| PAUL_CZ00007317 | chat.json |
| PAUL_CZ00007318 | chat.json |
| PAUL_CZ00007320 | chat.json |
| PAUL_CZ00007329 | chat.json |
| PAUL_CZ00007381 | chat.json |
| PAUL_CZ00007385 | chat.json |
| PAUL_CZ00007389 | chat.json |
| PAUL_CZ00007416 | chat.json |
| PAUL_CZ00007417 | chat.json |
| PAUL_CZ00007432 | chat.json |
| PAUL_CZ00007474 | chat.json |
| PAUL_CZ00007483 | chat.json |
| PAUL_CZ00007484 | chat.json |
| PAUL_CZ00007520 | chat.json |
| PAUL_CZ00007521 | chat.json |
| PAUL_CZ00007527 | chat.json |
| PAUL_CZ00007528 | chat.json |
| PAUL_CZ00007530 | chat.json |
| PAUL_CZ00007536 | chat.json |
| PAUL_CZ00007538 | chat.json |
| PAUL_CZ00007557 | chat.json |
| PAUL_CZ00007564 | chat.json |
| PAUL_CZ00007567 | chat.json |
| PAUL_CZ00007593 | chat.json |
| PAUL_CZ00007594 | chat.json |
| PAUL_CZ00007604 | chat.json |
| PAUL_CZ00007606 | chat.json |
| PAUL_CZ00007608 | chat.json |
| PAUL_CZ00007613 | chat.json |
| PAUL_CZ00007615 | chat.json |
| PAUL_CZ00007621 | chat.json |
| PAUL_CZ00007633 | chat.json |
| PAUL_CZ00007636 | chat.json |
| PAUL_CZ00007637 | chat.json |
| PAUL_CZ00007654 | chat.json |
| PAUL_CZ00007656 | chat.json |
| PAUL_CZ00007666 | chat.json |

| | |
|---|---|
| PAUL_CZ00007681 | chat.json |
| PAUL_CZ00007682 | chat.json |
| PAUL_CZ00007684 | chat.json |
| PAUL_CZ00007689 | chat.json |
| PAUL_CZ00007695 | chat.json |
| PAUL_CZ00007697 | chat.json |
| PAUL_CZ00007699 | chat.json |
| PAUL_CZ00007711 | chat.json |
| PAUL_CZ00007720 | chat.json |
| PAUL_CZ00007721 | chat.json |
| PAUL_CZ00007723 | chat.json |
| PAUL_CZ00007774 | chat.json |
| PAUL_CZ00007783 | chat.json |
| PAUL_CZ00007800 | chat.json |
| PAUL_CZ00007812 | chat.json |
| PAUL_CZ00007815 | chat.json |
| PAUL_CZ00007881 | chat.json |
| PAUL_CZ00007890 | chat.json |
| PAUL_CZ00007891 | chat.json |
| PAUL_CZ00007908 | chat.json |
| PAUL_CZ00007959 | chat.json |
| PAUL_CZ00007965 | chat.json |
| PAUL_CZ00007977 | chat.json |
| PAUL_CZ00007979 | chat.json |
| PAUL_CZ00008003 | chat.json |
| PAUL_CZ00008004 | chat.json |
| PAUL_CZ00008010 | chat.json |
| PAUL_CZ00008044 | chat.json |
| PAUL_CZ00008063 | chat.json |
| PAUL_CZ00008081 | chat.json |
| PAUL_CZ00008083 | chat.json |
| PAUL_CZ00008096 | chat.json |
| PAUL_CZ00008107 | chat.json |
| PAUL_CZ00008128 | chat.json |
| PAUL_CZ00008155 | chat.json |
| PAUL_CZ00008164 | chat.json |
| PAUL_CZ00008183 | chat.json |
| PAUL_CZ00008202 | chat.json |
| PAUL_CZ00008204 | chat.json |
| PAUL_CZ00008206 | chat.json |

| | |
|---|---|
| PAUL_CZ00008217 | chat.json |
| PAUL_CZ00008233 | chat.json |
| PAUL_CZ00008274 | chat.json |
| PAUL_CZ00008279 | chat.json |
| PAUL_CZ00008330 | chat.json |
| PAUL_CZ00008347 | chat.json |
| PAUL_CZ00008376 | chat.json |
| PAUL_CZ00008378 | chat.json |
| PAUL_CZ00008426 | chat.json |
| PAUL_CZ00008550 | chat.json |
| PAUL_CZ00008552 | chat.json |
| PAUL_CZ00008558 | chat.json |
| PAUL_CZ00008571 | chat.json |
| PAUL_CZ00008573 | chat.json |
| PAUL_CZ00008575 | chat.json |
| PAUL_CZ00008580 | chat.json |
| PAUL_CZ00008595 | chat.json |
| PAUL_CZ00008623 | chat.json |
| PAUL_CZ00008671 | chat.json |
| PAUL_CZ00008672 | chat.json |
| PAUL_CZ00008676 | chat.json |
| PAUL_CZ00008693 | chat.json |
| PAUL_CZ00008694 | chat.json |
| PAUL_CZ00008712 | chat.json |
| PAUL_CZ00008725 | chat.json |
| PAUL_CZ00008802 | chat.json |
| PAUL_CZ00008824 | chat.json |
| PAUL_CZ00008826 | chat.json |
| PAUL_CZ00008844 | chat.json |
| PAUL_CZ00008882 | chat.json |
| PAUL_CZ00008888 | chat.json |
| PAUL_CZ00008890 | chat.json |
| PAUL_CZ00008898 | chat.json |
| PAUL_CZ00008913 | chat.json |
| PAUL_CZ00008920 | chat.json |
| PAUL_CZ00008921 | chat.json |
| PAUL_CZ00008922 | chat.json |
| PAUL_CZ00008927 | chat.json |
| PAUL_CZ00008953 | chat.json |
| PAUL_CZ00008957 | chat.json |

| | |
|---|---|
| PAUL_CZ00008961 | chat.json |
| PAUL_CZ00008967 | chat.json |
| PAUL_CZ00008970 | chat.json |
| PAUL_CZ00008971 | chat.json |
| PAUL_CZ00008995 | chat.json |
| PAUL_CZ00009002 | chat.json |
| PAUL_CZ00009042 | chat.json |
| PAUL_CZ00009046 | chat.json |
| PAUL_CZ00009066 | chat.json |
| PAUL_CZ00009075 | chat.json |
| PAUL_CZ00009107 | chat.json |
| PAUL_CZ00009111 | chat.json |
| PAUL_CZ00009147 | chat.json |
| PAUL_CZ00009154 | chat.json |
| PAUL_CZ00009157 | chat.json |
| PAUL_CZ00009162 | chat.json |
| PAUL_CZ00009180 | chat.json |
| PAUL_CZ00009219 | chat.json |
| PAUL_CZ00009232 | chat.json |
| PAUL_CZ00009249 | chat.json |
| PAUL_CZ00009253 | chat.json |
| PAUL_CZ00009262 | chat.json |
| PAUL_CZ00009272 | chat.json |
| PAUL_CZ00009307 | chat.json |
| PAUL_CZ00009318 | chat.json |
| PAUL_CZ00009320 | chat.json |
| PAUL_CZ00009324 | chat.json |
| PAUL_CZ00009333 | chat.json |
| PAUL_CZ00009343 | chat.json |
| PAUL_CZ00009362 | chat.json |
| PAUL_CZ00009401 | chat.json |