# Exhibit I

Messages - Logan Paul

iMessage
2023-01-01 3:22:08 PM

Hey Logan I recently got your number. this is Coffeezilla, I'm forwarding the same message I sent to your email here as well.

"Hey Logan I saw your tweet saying I haven't responded but that isn't accurate. I asked you for comment multiple times over the course of a year, you refused. I invited you onto my platform, you refused. You invited me on impaulsive, I refused.

We are unfortunately at an impasse. So let me try to get us unstuck here because I think people deserve to hear from both of us.

I'd like to offer you a co-livestreamed interview about Cryptozoo to respond on tomorrow at 10AM PST, so no one has to travel on the holidays, so there's no editing, and just us talking 1-on-1. This is the most fair and neutral way to do this. I will send you a video call link if you agree.


Please let me know
Stephen

2023-01-03 5:17:00 PM

Hi Logan , please check your Instagram, I reached out to you over a year ago. What you said was inaccurate. It was only after you didn't respond, and you had me blocked on Twitter that I reached out to your manager.

Also, when you claim that I was hiding an email, that was literally a formatting error with Gmail. It had nothing to do with me, hiding anything, it shows a blank on my phone for some reason.

I would appreciate a pinned comment that corrects the record on this. This is completely false and you didn't even give me a chance to correct it. Thank you. 👍

Attachment not found:
RenderedImage.jpg (Image)

Since you seem to confirm on Twitter that this is a good number for you, I would appreciate you pinning this comment correcting the record.

Attachment not found:
IMG_1308.jpg (Image)

D 000074

Messages - Logan Paul

Where did you get this claim of "not anchored to truth and often speculative".

I'm just wondering because I've never tried to work for law-enforcement. This is literally a bogus claim. I would like a correction on this as well.

D 000075

Messages - Logan Paul

2023-01-03 10:38:30 PM

Logan I'm making a response video and would really like your side of the story here, however, I need it urgently, as I'm sure you can understand given your accusations… I will be responding very shortly. Please reply in the next 24 hours so I can include it. Thank you.

My questions are as follows:

You made an accusation about me trying to join law-enforcement, and then provided two quotes describing my work as inaccurate. Were these provided to you by someone else, or did you make them up. Because they aren't true. If you have a source that turned out inaccurate, I can give your side of the story here as I have sort of accumulated multiple false allegations about me which I've publicly documented in my video about being doxxed.

Do you really intend on suing me, or are those threats to shut me up?

If you do intend on suing me, what exactly do you believe that I got wrong in the story? Besides a lot of ad hominem attacks, I didn't actually see substantial disagreements with my claims. In fact, you seem to rely on my investigation to verify your own "exposing of bad actors".

In your "exposing" of your dev, which I didn't know about, you don't mention the blockchain center dev which I also included in my reporting saying he wasn't paid. Are you alleging that these ppl WERE paid?

How do you know ZACH only worked with 3 engineers, he has good evidence that it indeed was 30+? The GitHub repo seems to suggest you were wrong on this unless your claiming he made up puppet accounts? Please explain.

You claim you never stopped developing $ZOO but how do you explain you disappearing from the discord for over 12 months and your team being absent for several months prior to my reporting.

You claim that I am a bad actor out for clicks, but only several days ago have said you admired my work ethic and creativity. How do you square this sudden change in opinion?

You claimed we could've worked things out had I reached out, but neglected to mention I DID reach out over a year ago.

You discredit Emilio with allegations I didn't know about, but neglected to address the victims of CryptoZoo. What is your message to them? After all if Emilio is a scammer, it doesnt discredit the many victims who spoke publicly and the thousands of Zoo investors.

Sorry about a lot of questions here, but there's a lot of problems I have with your response and I just wanted to give you the chance to clarify before I replied.

Regards, Stephen

D 000076

Messages - Logan Paul

2023-01-06 11:09:50 AM

Yo it's Logan Paul. Got a new #? Can we talk off the record. I'll call

Got a new #**

Yo it's Logan Paul. Got a new #. Can we talk off the record. I'll call

Text message
2023-01-06 11:14:53 AM

Yo it's Logan Paul. Got a new #? Can we talk off the record. I'll call

Got a new #**

iMessage
2023-01-06 11:22:59 AM

Is this actually Logan? Seems weird to text from a new ##.

Sure call me. We can talk mutually off the record.

I tried calling you and it went to VM

Call
Him, went great

^^ slip text. Gonna push Ryan to talk to you. Again, appreciate it man

2023-01-06 2:54:38 PM

I figured it was a misstext

Just a heads up, I think I mentioned this on the call, but my response publishing today was written and edited before we spoke, so it reflects my opinions based on your first two videos. I want to just restate what I said on the call tho, I think this change in direction is the 100% right call. Not for me, or you, but the actual ppl affected by this. Refunds are the absolute right move going forward.

D 000077

Messages - Logan Paul

100% man. We're on the same page 👊🏼

2023-01-06 4:58:55 PM

I want to chat again off the record. You free in a few min?

What's up g just grabbing lunch, cool to call after ?

Yep

Lmk when you're free.

Video deleted

https://www.instagram.com/p/Cm_PaRNInuk/?igshid=YmMyMTA2M2Y=



Randomly popped up

Hey, per our call, I wanted to see if you are ok w the fact we spoke, you deleted the two videos (or trimmed impulsive), and you're making a different response going on the record. The reason would be so that I could tweet that my video is going to be delayed until that response comes out in the hopes of a better outcome for the victims.

The contents of our call would not be on the record, just those facts. Is that something you're comfortable with me sharing on the record with people?

2023-01-06 9:02:04 PM

Yes sir thanks for asking 👍🏼

D 000078

Messages - Logan Paul

2023-01-09 10:02:29 AM

Following up on our conversation of refunds for victims and who might be able to do it from a technical perspective.

The owner of Crystal Blockchain and I talked today, and he said his team might be up for it and interested. They do blockchain tracing and investigations. On telegram his handle is: @nicsply

This is just one option and I was light on details as I'm sure you'd want to explain yourself. But feel free to follow up if you want.

Or if signal is easier: +971 505 223107

2023-01-09 12:43:01 PM

Amazing, thank you bro. Very close to finalizing our plan. Sorry for the delay on the video… learning to make sure what I say can a.) be done and b.) make as many people happy as possible

2023-01-10 5:43:41 PM

What's going on re: the video. Saw impaulsive go up, no mention.

Also no trimming of the previous impaulsive, the lawsuit claims and calling me manipulative are still up. I figured it was just processing, but it's been days.

Oh shit I wasn't aware that you could trim podcasts after a certain number of views

Is that incorrect ?

Yeah we shot that Impaulsive sometime in December before this. Video will go up sometime tomorrow or Thursday. I'd love to send to you beforehand for thoughts

Replying to Logan Paul, 2023-01-10 17:44:36: « Oh shit I wasn't aware that you could trim podcasts after a certain number of views »

After what? Pretty sure you can trim any video at any time.

After like 100k views. Lemme look into it

D 000079

Messages - Logan Paul

You happen to have time stamps ?

Replying to Logan Paul, 2023-01-10 17:45:14: « Yeah we shot that Impaulsive sometime in December before this. Video will go up sometime tomorr... »

I don't think this is appropriate. Your response should come 100% from you and I'm not getting involved.

Replying to Logan Paul, 2023-01-10 17:50:00: « You happen to have time stamps ? »

I think you guys chapter marked the response. I don't want to tell you what to delete, that was just my understanding of your plan which is why I was a bit confused. As I said above, I understood from the call you were removing your responses about me and doing a new response.

Copy. Just thought we had the same goal of helping victims, not a divisive social media war.

And I deleted my video, as per our call. Never mentioned Impaulsive but totally see your point and will trim those sections out if possible

Replying to Logan Paul, 2023-01-10 17:58:12: « Copy. Just thought we had the same goal of helping victims, not a divisive social media war.  »

Victims are definitely the right focus.

Liked "And I deleted my video, as per our call. Never men…"

2023-01-13 11:56:39 AM

What's up g, trimmed the sections you mentioned from IMPAULSIVE. Was 3/4 sections or so.

Uploading apology/3-step plan to socials shortly

https://twitter.com/loganpaul/status/1613961266984255515?s=46&t=O49dURAg1yI537xB0ZApXA

We live

D 000080

Messages - Logan Paul

2023-01-13 1:40:36 PM

Hey! Saw the apology. Just so I understand, how's the base egg thing refund thing working? Where are holders sending— and are you refunding everything for 0.1 eth or how are you doing BNB?

Users will be able to "burn" their Base Egg OR Base Animal (a hatched Base Egg) for the mint price. 0.1 Eth OR the equivalent in BNB … & we'll make it easy for users so if your egg is on Eth chain you can redeem for Eth and if on BSC you can redeem for BNB. Basically users will get back exactly what you spent in the currency they spent on the chain they spent it on

What's the equivalent in BNB that's where I'm confused. Because I remember people spent zoo for the tokens, right? So is it 0.1eth equiv to BNB in todays prices? Or zoo->BNB in todays prices?

Also do you know where the eth money for OG sale went? I saw the team made ~$1.5mil on eth eggs and never understood where that went.

2023-01-13 5:26:38 PM

Sorry was doing some math to make sure I had this right

ETH price on 9/3/21 (mint day) was $3,937.91
0.1 ETH = $393 USD

BNB price on 9/3/21 was $488
0.1 Eth equivalent = $393 USD = 0.8 BNB - 10% discount (0.08 BNB) for people who purchased on BSC so 1 Base Egg back then was 0.72 BNB

5840 eggs minted on BSC @ 0.72 BNB = 4,204.8 BNB = $1,236,211 USD (today's value)

4160 minted on Eth @ 0.1 Eth = 416 Eth =  $607,360 USD (today's value)

~ roughly $1,843,000 to be rewarded for burned Base Eggs and Base Animals at today's value of the tokens

As far as how the money from the mint was spent, I know some of it was used for expenses (website & marketplace, dev expenses, art) but I don't fully know the answer to that question… Eddie is the only one who knows for certain. It's one of the things I hope to completely flesh out in our internal investigation — which, by the way, would love your help since you've got a lot of evidence collected already

D 000081

Messages - Logan Paul

2023-01-15 8:18:57 AM

I don't think I can do this. I've already shared my investigation publicly and to be frank, after thinking about it for a while without responding..I think the plan isn't addressing the majority of the victims. I applaud you trying to give back to current egg holders the base cost, but that does nothing for ppl who sold their eggs bc of the project being abandoned, or for the $zoo holders.

Is there some part of this plan that addresses those people? After all, that's the vast majority of the money lost here.

So many ppl from the discord, most of the ppl I've talked to, are furious.

What's the plan with the 1000eth for the amount that will not be spent on repayments? Will that go back to you or do you plan on contributing to the Liquidity pool for $zoo holders? Bc it seems unlikely the full 1000 will get used.

2023-01-15 6:04:13 PM

Also—- is impaulsive getting trimmed or no? I just checked and the full thing is up. If not, I just want to know so I can be accurate in what I say.

Also part deux: Did you want to give any kind of statement in this new video I'm doing? I can run you through some final questions I have, we can even do an interview over zoom if you're so inclined. Just lmk. I'm moving fast on this so today would be good to know.

2023-01-18 12:13:15 PM

Finished my final video on the subject for awhile. Wanted to put it on your radar.

Should be live now.

2023-01-31 5:42:06 PM

Lmk if Ryan plans on talking. A lot of nasty stories still out there about liquidMP, embezzlement, etc and he's dodged meeting me already once on a zoom call i scheduled with him to answer those Qs. — he didn't show.

wanted you to be aware.

2023-02-17 3:08:01 PM

Following up on the $Zoo refunds— when should people expect those. It's been about a month and no one has heard back.

D 000082

Messages - Logan Paul

2023-03-02 10:41:17 AM

Replying to you, 2023-02-17 15:08:01: « Following up on the $Zoo refunds— when should people expect those. It's been about a month and no ... »

Following up again. People are wondering what's going on. Almost been 2 months, very frustrating for victims to get promises and then see nothing and get 0communication.

Read 2023-03-02

2023-06-09 11:23:10 PM

Hey Logan, following up for the 3rd time, it's been over 5 months since you promised to refund victims of CryptoZoo over $3mm. You haven't contacted any of them, nor explained why you haven't done what you said you'd do. Meanwhile you got public credit for "promising" to do this

Just wondering what's going on. These people aren't well off, they can't afford to float thousands of dollars for months.

2023-09-13 8:50:46 PM

Hey Logan, two things, one. When are you paying back investors for Cryptozoo, they've still heard nothing despite your repeated public statements that you're rectifying things, there's been no plans to do so. Two. Shine has recently come out saying that you lied about paying him $3.5 million and plan to put the case on Liquid marketplace which would've meant that it would've been never opened given the "fractionalization". Given the potential for a gigantic fraud of customers, can you prove that you did pay him?  Or is it true that your money never went to him and that your story about losing $3.5 million was not true. Is it true that it was meant to go on Liquid marketplace and you were gonna pay him based on the proceeds?

2023-09-13 11:30:25 PM

Also, extremely important, back in 2021 you talked positively about Omi, a crypto coin that quickly hit. It's all time high after you pumped it. I have evidence that you were secretly buying behind the scenes right before that podcast for a discount, do you have any comments on this?

Please respond in 24 hours.

D 000083

Messages - Logan Paul

2024-06-26 2:03:14 PM

Liquid Marketplace got accused of embezzlement, as did 3 of the top executives. Given that I spoke with you about these allegations over a year ago, I wanted to ask for comment. I can give you 24 hours to respond.

Did you take any action on hearing these allegations over a year ago?
Did you get approached by the Ontario securities commission?
Is it true that Liquid Marketplace lied about their claims of insurance, appraisals, and "co-ownership", as the Ontario securities commission alleges?

2024-07-07 4:13:14 PM

Removed a question mark from "I don't think I can do this. I've already shared m…"

Delivered

D 000084