# Exhibit J

**dm - Coffeezilla**

545 messages
9/15/2022 4:00:34 PM - 7/10/2023 8:50:30 AM


**cryptoskip#0**  9/15/2022 4:00:34 PM
You the real coffeezilla?


**coffeezilla#0**  9/15/2022 4:00:50 PM
Yeah. I just dm'd you on twitter.


**coffeezilla#0**  9/15/2022 4:00:58 PM
What's going on


**cryptoskip#0**  9/15/2022 4:03:50 PM
Thanks for the dm. I definitely have all the answers you've been looking for with the project and probably a ton of info that could prove your thoughts to be true about Logan. I just need to tread lightly because I have a lot on the line with this. You free for a call in a few so I can tell you why I'm even messaging you in the first place?


**coffeezilla#0**  9/15/2022 4:04:19 PM
Yea.


**coffeezilla#0**  9/15/2022 4:04:37 PM
Ready to listen. I've been waiting patiently for the cryptozoo story for a whileeeeee


**cryptoskip#0**  9/15/2022 4:08:27 PM
Yeah I bet


**cryptoskip#0**  9/15/2022 4:08:39 PM
Give me a couple mins and ill call you on discord if that works


**coffeezilla#0**  9/15/2022 4:08:48 PM
Sure


**cryptoskip#0**  9/15/2022 4:15:14 PM
@coffeezilla#0


**cryptoskip#0**  9/15/2022 4:19:37 PM



**cryptoskip#0**  9/15/2022 7:44:45 PM
Going to start sending you stuff just so you can digest and sift through it in the meantime


**cryptoskip#0**  9/15/2022 7:45:40 PM
This was the document we made and presented to jeff on "why cz is failing" back on April 26th, 2022


**cryptoskip#0**  9/15/2022 7:47:12 PM
After a while of them disregarding our findings/concerns, I typed up this message/letter that I had planned to send to logan & jeff. (before I got the chance to send this to them, we were finally connected to talk about being hired


**cryptoskip#0**  9/15/2022 7:47:36 PM
This was the first proposal we put together for them


**cryptoskip#0**  9/15/2022 7:48:49 PM
After them calling us crazy for putting the price at half a mil (which was honestly a very fair price) we put together this proposal where we made it much more simple for their pea brains to understand and we cut the price into more bite sized chunks


**cryptoskip#0**  9/15/2022 7:50:07 PM
They called the previous proposal "too transactional" so we created this proposal to basically charge a flat fee each month and whatever they wanted us to develop in that time we would. That way we were more like in-house devs for them, which is what they lowkey wanted.