# Exhibit K

**9/18/23**

beautiful. This is super helpful thank you.
9:10 AM

**9/20/23**

Hey Daniel any update?
7:08 AM

I I'm in new Yoek so haven spoke to them yet. Will do today hopefully
7:08 AM

does audit or test the game come first?
7:42 AM

test the refund*
7:42 AM

I would say test the refund first
8:21 AM

Or both while they are at it
8:21 AM

If there's a KYC process how hard is that to integrate?

Do you know any restful API service companies who can do this?
3:03 PM

Depends on what we pick
3:51 PM

And what's needed in terms of kyc
3:52 PM

Can you get more details on that
3:52 PM

What data will they comme f
3:52 PM

Collect
3:52 PM

Confidential

Captriz_0000312