IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL,<br><br>*Plaintiff*,<br><br>v.<br><br>STEPHEN FINDEISEN AND<br>COFFEE BREAK PRODUCTIONS, LLC<br>d/b/a COFFEEZILLA,<br><br>*Defendants.* | Civil Action No.: 5:24-cv-00717 |

**DEFENDANTS' UNOPPOSEDMOTION FOR LEAVE TO SUPPLEMENT ITS
MOTION FOR LEAVE TO TAKE VIDEOTAPED DEPOSITIONS OF DUARTE
CAMPOS DE OLIVEIRA, MARTIM CAMPOS DE OLIVEIRA,
AND KIRA ANNE KRIEG**

TO THE HONORABLE COURT:

Defendants Stephen Findeisen and Coffee Break Productions, LLC d/b/a Coffeezilla (jointly, "Coffeezilla") file this Unopposed Motion for Leave to Supplement its Motion for Leave to Take Videotaped Depositions of Duarte Campos de Oliveira, Martim Campos de Oliveira, and Kira Anne Krieg (ECF No. 116), and in support would respectfully show:

Coffeezilla filed its Motion for Leave to Take Videotaped Depositions of Duarte Campos de Oliveira, Martim Campos de Oliveira, and Kira Anne Krieg on July 23, 2025 (ECF No. 116). Attached to ECF No. 116, Coffeezilla included declarations from two of the victims, Martim Campos de Oliveira and Duarte Campos de Oliveira. ECF No. 116-2, 116-3.

1

On or about September 2, 2025, counsel for Coffeezilla received a declaration from the third victim referenced in ECF No. 116, Kira Anne Krieg. Coffeezilla now seeks leave to supplement ECF No. 116 with the declaration of Kira Anne Krieg (the "**Krieg Declaration**").

Rule 15 provides that, upon motion and reasonable notice, the Court may allow a supplemental pleading to set forth events that occurred *after* the date of the pleading to be supplemented. Fed. R. Civ. P. 15(d). Although ECF No. 116 is not a pleading, the analysis is persuasive. Coffeezilla received the Krieg Declaration more than two months *after* the filing of the filing of ECF No. 116. Paul will not be prejudiced by the supplementation of the record with the Krieg Declaration because Coffeezilla is not asserting any new arguments, instead Coffeezilla is simply offering evidence to support an argument already asserted. Accordingly, the Court should grant this motion for leave to supplement the record with the Krieg Declaration.

## CERTIFICATE OF CONFERENCE

Counsel for Coffeezilla has conferred with Counsel for Paul regarding leave to supplement ECF No. 116, and Paul indicated he is unopposed to Coffeezilla's motion for leave.

## PRAYER

For these reasons, Coffeezilla respectfully requests that the Court (1) grant its motion for leave, (2) direct the Clerk to docket the attached supplement with the Krieg Declaration, and (3) award Coffeezilla all other relief at law or in equity which they are entitled.

Dated: September 4, 2025.

        Respectfully submitted,

        **DAVIS & SANTOS, PLLC**

By:  */s/Rachel Garza*
        Jason M. Davis
        Texas State Bar No. 00793592
        Email: jdavis@dslawpc.com
        Caroline Newman Small
        Texas State Bar No. 24056037
        Email: csmall@dslawpc.com
        Rachel Garza
        Texas State Bar No. 24125240
        Email: rgarza@dslawpc.com
        719 S. Flores Street
        San Antonio, Texas 78204
        Tel: (210) 853-5882
        Fax: (210) 200-8395

*__Attorneys for Defendants Stephen Findeisen and Coffee Break Productions, LLC d/b/a Coffeezilla__*

## CERTIFICATE OF CONFERENCE

      I certify that on September 4, 2025, counsel for Defendants conferred with counsel for Logan Paul regarding this motion for leave. Counsel for Logan Paul indicated that they are unopposed to this motion for leave.

        */s/ Rachel Garza*
        Rachel Garza

## CERTIFICATE OF SERVICE

      I certify that on September 4, 2025, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and all counsel of record will receive an electronic copy via the Court's CM/ECF system.

        */s/ Rachel Garza*
        Rachel Garza