Case 5:24-cv-00717-OLG-HJB   Document 139   Filed 09/04/25   Page 1 of 6

FILED
September 04, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____BT_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL,<br><br>*Plaintiff*,<br><br>v.<br><br>STEPHEN FINDEISEN AND<br>COFFEE BREAK PRODUCTIONS, LLC<br>d/b/a COFFEEZILLA,<br><br>*Defendants.* | Civil Action No.: 5:24-cv-00717 |

### DEFENDANTS' SUPPLEMENT TO ITS MOTION FOR LEAVE TO TAKE VIDEOTAPED DEPOSITIONS OF DUARTE CAMPOS DE OLIVEIRA, MARTIM CAMPOS DE OLIVEIRA, AND KIRA ANNE KRIEG

TO THE HONORABLE COURT:

Defendants Stephen Findeisen and Coffee Break Productions, LLC d/b/a Coffeezilla (jointly, "Coffeezilla") file this Supplement to its Motion for Leave to Take Videotaped Depositions of Duarte Campos de Oliveira, Martim Campos de Oliveira, and Kira Anne Krieg (ECF No. 116), and in support would respectfully show:

### BACKGROUND

Coffeezilla filed its Motion for Leave to Take Videotaped Depositions of Duarte Campos de Oliveira, Martim Campos de Oliveira, and Kira Anne Krieg on July 23, 2025 (ECF No. 116). Attached to ECF No. 116, Coffeezilla included declarations from two of the victims, Martim Campos de Oliveira and Duarte Campos de Oliveira. ECF No. 116-2, 116-3.

1

On or about September 2, 2025, counsel for Coffeezilla received a declaration from the third victim referenced in ECF No. 116, Kira Anne Krieg, which is attached hereto as **Exhibit 1** (the "Krieg Declaration").

## ARGUMENT

Krieg has agreed to be deposed without a subpoena via zoom. Ex. 1. Krieg, however, has confirmed that she will be prepared to share documentation via Zoom which will confirm her identity. *Id.*

As discussed in ECF No. 116 and Coffeezilla's Reply in Support of ECF No. 116 (ECF No. 125), good cause exists for the Court to grant leave for Krieg to appear remotely for deposition. *See* Fed. R. Civ. P. 26(c)(1)(B); 30(b)(4). Krieg is a single mother and cannot afford to travel from New Zealand where she resides to Texas for an in-person deposition. Ex. 1. Based on this Motion, the declaration attached hereto, and ECF Nos. 116 and 125, the Court should grant Coffeezilla leave to depose the three witnesses by remote means.

## PRAYER

For these reasons, Coffeezilla respectfully requests that the Court (1) grant Coffeezilla's Motion for Leave to Take Videotaped Depositions (ECF No. 116) of Duarte Campos de Oliveira, Martim Campos de Oliveira, and Kira Anne Krieg, and (2) award Coffeezilla all other relief at law or in equity which they are entitled.

Dated: September 4, 2025.

Respectfully submitted,

**DAVIS & SANTOS, PLLC**

By: _/s/ Rachel Garza_
Jason M. Davis
Texas State Bar No. 00793592
Email: jdavis@dslawpc.com
Caroline Newman Small
Texas State Bar No. 24056037
Email: csmall@dslawpc.com
Rachel Garza
Texas State Bar No. 24125240
Email: rgarza@dslawpc.com
719 S. Flores Street
San Antonio, Texas 78204
Tel: (210) 853-5882
Fax: (210) 200-8395

*Attorneys for Defendants Stephen Findeisen and Coffee Break Productions, LLC d/b/a Coffeezilla*

### CERTIFICATE OF SERVICE

I certify that on September 4, 2025, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and all counsel of record will receive an electronic copy via the Court's CM/ECF system.

_/s/ Rachel Garza_
Rachel Garza

# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL,<br><br>    *Plaintiff*,<br><br>v.<br><br>STEPHEN FINDEISEN AND<br>COFFEE BREAK PRODUCTIONS, LLC<br>d/b/a COFFEEZILLA,<br><br>    *Defendants*. | Civil Action No.: 5:24-cv-00717 |

## UNSWORN DECLARATION OF KIRA ANNE KRIEG

I, Kira Anne Krieg, declare as follows:

1. I am over the age of 18, of sound mind, and am competent to make this declaration. The facts stated in this declaration are based on my own personal knowledge, and are true and correct to the best of my knowledge. I would and could competently testify to these facts if called as a witness.

2. I am a victim of Logan Paul's CryptoZoo scam.

3. I am willing to testify in this case with out a subpoena.

4. I live in New Zealand.

5. New Zealand is approximately 7,390 miles or 11,895 kilometers from San Antonio, Texas. A flight from New Zealand to San Antonio, Texas would cost at least $1,800 round trip and would be require more than 50 hours of travel time. It would also require me to take time away from work, which I cannot afford.

6. I am a single mother and I cannot afford to purchase a flight to San Antonio, Texas from New Zealand and for lodging accommodations to attend an in-person deposition.

7. I am available to testify in this case via Zoom. I am also prepared to share documentation at the Zoom deposition to verify my identity.

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 20, 2025.

_____
KIRA ANNE KRIEG

2