## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| **LOGAN PAUL,** | |
| *Plaintiff,* | |
| **v.** | Civil Action No.:  **5:24-cv-00717** |
| **STEPHEN FINDEISEN AND COFFEE BREAK PRODUCTIONS, LLC d/b/a COFFEEZILLA,** | |
| *Defendants.* | |

## DEFENDANTS' NOTICE OF WITHDRAWAL
## OF DEFENDANTS' MOTION TO TRANSFER AND STAY PROCEEDINGS

TO THE HONORABLE COURT:

Please take notice that Defendants Stephen Findeisen and Coffee Break Productions, LLC d/b/a Coffeezilla hereby withdraw the Motion to Transfer and Stay Proceedings (ECF No. 82), which was filed by Defendants on April 15, 2025.

Dated: September 10, 2025.

Respectfully submitted,

**DAVIS & SANTOS, PLLC**

By: */s/ Caroline Newman Small*
Jason M. Davis
Texas State Bar No. 00793592
Email: jdavis@dslawpc.com
Caroline Newman Small
Texas State Bar No. 24056037
Email: csmall@dslawpc.com
Rachel Garza
Texas State Bar No. 24125240
Email: rgarza@dslawpc.com

719 S. Flores Street
San Antonio, Texas 78204
Tel: (210) 853-5882
Fax: (210) 200-8395

*Attorneys for Defendants Stephen Findeisen*
*and Coffee Break Productions, LLC d/b/a*
*Coffeezilla*

## CERTIFICATE OF SERVICE

    I certify that on September 10, 2025, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and all counsel of record will receive an electronic copy via the Court's CM/ECF system.

*/s/ Caroline Newman Small*
Caroline Newman Small