UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL, § § <br> Plaintiff, § § <br> v. § § <br> STEPHEN FINDEISEN, and § <br> COFFEE BREAK PRODUCTIONS LLC § <br> d/b/a Coffeezilla, § § <br> Defendants. § | SA-24-CV-717-OLG (HJB) |

**ORDER**

Before the Court are (1) Defendants' Motion to Transfer and Stay Proceedings (*see* Docket Entries 82 and 101); Defendants' Motion for Leave to Take Videotaped Depositions of Duarte Campos De Oliveira, Martin Campos De Oliveira, and Kira Ann Krieg (Docket Entry 116); and Plaintiff's Motion to Compel Production of Communications To and From Harry Bagg and/or Ed Leszczynski (Docket Entry 124). Pretrial and scheduling matters in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b). (*See* Docket Entry 33.)

The Court held a hearing in this matter on September 11, 2025. In accordance with the Court's rulings at the hearing, it is hereby **ORDERED** as follows:

1) Subject to Paragraph (5) below, Defendants' Motion to Transfer and Stay Proceedings (*see* Docket Entries 82 and 101) is **DENIED AS WITHDRAWN**. (*See* Docket Entry 141.)

2) Plaintiff's Motion to Compel Production of Communications to and from Harry Bagg and/or Ed Leszczynski (Docket Entry 124) is **DENIED WITHOUT PREJUDICE**. Based on the information in the motion, the arguments of counsel, and the parties'

previous filings and negotiations on the matter, the Court finds that Plaintiff has not established that "in this instance, the interest of the party subpoenaing the information outweighs the public interest in gathering and dissemination of news, including the concerns of the journalist." TEX. CIV. PRAC. & REM. CODE 22.024(4) (West 2009). The denial of this motion is without prejudice to reconsideration based on new information, if any, obtained since briefing was filed on the motion.

3) The mediation deadline in this case is **EXTENDED** to **November 10, 2025.**

4) **On or before October 10, 2025**, the parties must file a Joint Advisory addressing (a) the status of mediation proceedings in this case, as well as (b) the status of related proceedings in *Don Holland v. CryptoZoo, Inc., et al.*, No. AU-23-CV-110-ADA-RCG.

5) All other proceedings—including further consideration of Defendants' Motion for Leave to Take Videotaped Depositions of Duarte Campos De Oliveira, Martin Campos De Oliveira, and Kira Ann Krieg (Docket Entry 116), and further briefing on any other motions pending before the Court—are **STAYED** pending the Court's consideration of the Joint Advisory ordered in paragraph (4) above.

**SIGNED** on September 11, 2025.

Henry J. Bemporad
United States Magistrate Judge