# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS

## SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL,<br><br>                              Plaintiff,<br>v.<br><br>STEPHEN FINDEISEN AND COFFEE BREAK PRODUCTIONS LLC D/B/A COFFEEZILLA,<br><br>                              Defendants. | Civil Action No. 5:24-cv-00717 |

## JOINT STATUS REPORT

In compliance with the Court's Order following the in-person hearing held on September 11, 2025 [Dkt. No. 143 (the "Order")], which requires a joint update on the status of (1) mediation, and (2) *Holland v. CryptoZoo, Inc., et al.*, No. 23-CV-110-ADA-RCG, Plaintiff Logan Paul and Defendants Stephen Findeisen and Coffee Break Productions LLC d/b/a Coffeezilla (together, the "Parties") file this Joint Status Report and state as follows:

      1.      The Parties have contacted mediator Don Philbin and obtained available dates for a rescheduled mediation. The Parties are currently conferring to select a mutually agreeable date. The Parties will supplement this Report and advise the Court once mediation has been set.

      2.      There has been no record activity in the *Holland* litigation since the in-person hearing was held on September 11, 2025, and thus the status of that case is unchanged. Specifically, in relevant part, U.S. Magistrate Judge Griffin has issued a Report and Recommendation in which he recommends that Mr. Paul's Rule 12(b)(6) Motion to Dismiss be granted and that the class plaintiffs' claims against him be dismissed in their entirety, with leave

to amend as to all but one count. The parties are awaiting the Court's consideration of that R&R and others that relate to Mr. Paul's co-defendants.

| | |
|---|---|
| /s/ *Andrew C. Phillips* <br> Andrew C. Phillips (*Pro Hac Vice*) <br> Shannon B. Timmann (*Pro Hac Vice*) <br> MEIER WATKINS PHILLIPS PUSCH LLP <br> 919 18th Street NW, Suite 650 <br> Washington, DC 20006 <br> (202) 318-3655 <br> Email: andy.phillips@mwpp.com <br> Email: shannon.timmann@mwpp.com <br><br> Jeffrey A. Neiman (*Pro Hac Vice*) <br> Jason L. Mays (*Pro Hac Vice*) <br> NEIMAN MAYS FLOCH & ALMEIDA PLLC <br> 100 SE 3rd Ave., Suite 805 <br> Ft. Lauderdale, Florida 33394 <br> Email: jneiman@nmfalawfirm.com <br> Email: jmays@nmfalawfirm.com <br><br> Ricardo Cedillo (Texas Bar No. 04043600) <br> DAVIS, CEDILLO & MENDOZA <br> 755 E. Mulberry Ave., Ste. 250 <br> San Antonio, TX 78212 <br> (210) 822-6666 <br> Email: rcedillo@lawdcm.com <br><br> *Counsel for Plaintiff* | DAVIS & SANTOS, PLLC <br><br> /s/ *Jason M. Davis (with permission)* <br> Jason M. Davis <br> Texas State Bar No. 00793592 <br> Email: jdavis@dslawpc.com <br> Caroline Newman Small <br> Texas State Bar No. 24056037 <br> Email: csmall@dslawpc.com <br> Rachel Garza <br> Texas State Bar No. 24125240 <br> Email: rgarza@dslawpc.com <br><br> 719 S. Flores Street <br> San Antonio, Texas 78204 <br> Tel: (210) 853-5882 <br> Fax: (210) 200-8395 <br><br> *Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

   I hereby certify that, on the October 10, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

                    /s/ *Andrew C. Phillips*