UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LOGAN PAUL, | § § | |
| Plaintiff, | § § | |
| v. | § § | SA-24-CV-717-OLG (HJB) |
| STEPHEN FINDEISEN, and COFFEE BREAK PRODUCTIONS LLC d/b/a Coffeezilla, | § § § § § | |
| Defendants. | § § | |

**ORDER**

Before the Court is the status of this case which the District Court referred to the undersigned for disposition of all pretrial and scheduling matters pursuant to 28 U.S.C. § 636(b). (*See* Docket Entry 33.)

On September 11, 2025, the undersigned issued a stay pending the Court's consideration of the Joint Advisory. (*See* Docket Entry 143.) In their Joint Status Report filed on October 10, 2024, the parties advise they are conferring to select a mutually agreeable date to reschedule their meditation[1] and there is a pending Report in Recommendation in the related Austin case. (*See* Docket Entry 144.)

In light of the above, it is hereby **ORDERED** that **on or before November 17, 2025**, the parties must file a Second Joint Status Report as to the status of the mediation of this case and the status of the proceedings in the related Austin case. This case remains **STAYED** pending consideration of the Second Joint Status Report.

---

[1] The parties' current deadline to mediate is **November 10, 2025**. (*See* Docket Entry 143, at 2.)

**SIGNED** on October 15, 2025.

_____
Henry J. Bemporad
United States Magistrate Judge