IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL,<br><br>        Plaintiff,<br><br>v.<br><br>STEPHEN FINDEISEN AND COFFEE BREAK PRODUCTIONS LLC D/B/A COFFEEZILLA,<br><br>        Defendants. | Civil Action No. 5:24-cv-00717 |

**SECOND JOINT STATUS REPORT**

In compliance with the Court's October 15, 2025 Order (Docket Entry 145), which requires a second joint update on the status of (1) mediation, and (2) *Holland v. CryptoZoo, Inc., et al.*, No. 23-CV-110-ADA-RCG, Plaintiff Logan Paul and Defendants Stephen Findeisen and Coffee Break Productions LLC d/b/a Coffeezilla (together, the "Parties") file this Second Joint Status Report and state as follows:

1.  The Parties have scheduled mediation with Don Philbin for December 4, 2025. Accordingly, as the mediation deadline had been November 10, the Parties request that the Court extend the deadline to December 4 given that earlier mediation dates were unavailable.

2.  In the *Holland* litigation, the following activity has taken place in the time since the Parties filed their initial Joint Status Report on October 10, 2025 [Docket Entry 144]:

    a.  On October 29, 2025, United States District Judge Alan D. Albright entered an Order Adopting Magistrate Judge's Report and Recommendation, in which the Court overruled all objections to the R&R, granted Logan Paul's Motion to

Dismiss as to all 27 counts (one with prejudice, 26 without prejudice), and dismissed the Amended Class Action Complaint with leave to amend; and

b. On November 12, 2025, the plaintiffs in that action filed a 210-page Second Amended Class Action Complaint, in which they re-pleaded all 26 counts that they had been granted leave to amend, including claims for fraud, securities fraud, negligence, breach of contract, and violations of state consumer statutes.

3. The Parties request that the Court schedule a status conference after the Parties' December 4 mediation to address the status of the case.


/s/ Andrew C. Phillips
Andrew C. Phillips (*Pro Hac Vice*)
Shannon B. Timmann (*Pro Hac Vice*)
MEIER WATKINS PHILLIPS PUSCH LLP
1120 20th St NW, Suite 550
Washington, DC 20036
(202) 318-3655
Email: andy.phillips@mwpp.com
Email: shannon.timmann@mwpp.com

Jeffrey A. Neiman (*Pro Hac Vice*)
Jason L. Mays (*Pro Hac Vice*)
NEIMAN MAYS FLOCH & ALMEIDA PLLC
100 SE 3rd Ave., Suite 805
Ft. Lauderdale, Florida 33394
Email: jneiman@nmfalawfirm.com
Email: jmays@nmfalawfirm.com

Ricardo Cedillo (Texas Bar No. 04043600)
DAVIS, CEDILLO & MENDOZA
755 E. Mulberry Ave., Ste. 250
San Antonio, TX 78212
(210) 822-6666
Email:  rcedillo@lawdcm.com

*Counsel for Plaintiff*

/s/ Caroline Newman Small
Caroline Newman Small
Texas State Bar No. 24056037
Jason M. Davis
Texas State Bar No. 00793592
Rachel Garza
Texas State Bar No. 24125240
DAVIS & SANTOS, PLLC
719 S. Flores Street
San Antonio, Texas 78204
Tel: (210) 853-5882
Fax: (210) 200-8395
Email: csmall@dslawpc.com
Email: jdavis@dslawpc.com
Email: rgarza@dslawpc.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that, on the November 17, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

/s/ Andrew C. Phillips