UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LOGAN PAUL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | SA-24-CV-717-OLG (HJB) |
| | § | |
| STEPHEN FINDEISEN, and | § | |
| COFFEE BREAK PRODUCTIONS LLC | § | |
| d/b/a Coffeezilla, | § | |
| | § | |
| Defendants. | § | |

**ORDER SETTING
VIDEO STATUS CONFERENCE**

On November 17, 2025, the parties filed a Second Joint Status Report wherein they request an extension of their mediation deadline and that a status conference be held after the mediation scheduled on December 4, 2025. (*See* Docket Entry 148, at 2). Consistent with that request, it is hereby **ORDERED** that the mediation deadline is **EXTENDED** to **December 4, 2025**, and a Status Conference is set on **December 5, 2025**, at **4:00 P.M.** The conference will be held by video teleconference using the Zoom video platform. On the designated date and time of the conference, the parties are directed to join the ZOOMGOV using the following credentials:

https://txwd-uscourts.zoomgov.com/j/16126018188
**Meeting ID: 161 2601 8188**

The parties are responsible for ensuring, **in advance of the conference**, that their video teleconference equipment is functioning and properly connects with the Court's system. Parties experiencing any technical difficulties should contact Courtroom Deputy Cindy Miranda at cindy_miranda@txwd.uscourts.gov.

SIGNED on November 17, 2025.

_____
Henry J. Bemporad
United States Magistrate Judge