UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LOGAN PAUL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | SA-24-CV-717-OLG (HJB) |
| | § | |
| STEPHEN FINDEISEN, and | § | |
| COFFEE BREAK PRODUCTIONS LLC | § | |
| d/b/a Coffeezilla, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

In accordance with the Court's ruling at the Status Conference held on December 5, 2025, it is hereby **ORDERED** that the stay previously ordered in this case (*see* Docket Entry 143) is **LIFTED**.

It is **FURTHER ORDERED** that the parties must file a Joint Advisory **on or before December 12, 2025**, setting for agreed proposed deadlines to respond to pending motions (*see* Docket Entries 136 and 140) and to file any additional motions.

**SIGNED** on December 5, 2025.

_____
Henry J. Bemporad
United States Magistrate Judge