IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>STEPHEN FINDEISEN AND COFFEE BREAK PRODUCTIONS LLC D/B/A COFFEEZILLA,<br><br>　　　　　　　　　Defendants. | Civil Action No. 5:24-cv-00717 |

**JOINT ADVISORY REGARDING DEADLINES FOR PENDING AND ADDITIONAL MOTIONS**

In compliance with the Court's December 5, 2025 Order (Dkt. 151), which requires the parties to file a joint advisory setting agreed proposed deadlines to respond to pending motions and to file additional discovery motions, Plaintiff Logan Paul and Defendants Stephen Findeisen and Coffee Break Productions LLC d/b/a Coffeezilla (together, the "Parties") file this Joint Advisory and state as follows:

1. The Parties understand that there are two pending motions that have not been fully briefed due to the previous stay imposed in this matter: Defendants' Motion to Compel (Sept. 3, 2025) [Dkt. 136], and Defendants' Motion for Leave to Designate Responsible Third Parties (Sept 8, 2025) [Dkt. 140].

2. The Parties have conferred and agreed to the following briefing schedule for those pending motions: Plaintiff will file oppositions to both on or before **December 24, 2025**, and Defendants will file replies in support of both on or before **January 9, 2025**.

3. The Parties have further agreed to set a deadline of **January 9, 2025** for the Parties to file any additional discovery motions that relate to any matter that are known or could have been

discovered prior to that date (e.g., relating to past or existing discovery requests, productions, depositions, etc.). The Parties do not understand this deadline to apply to future disputes that may arise as the parties conclude a limited number of fact and expert depositions, or to pre-trial motions.

/s/ *Andrew C. Phillips*
Andrew C. Phillips (*Pro Hac Vice*)
Shannon B. Timmann (*Pro Hac Vice*)
MEIER WATKINS PHILLIPS PUSCH LLP
1120 20th St NW, Suite 550
Washington, DC 20036
(202) 318-3655
Email: andy.phillips@mwpp.com
Email: shannon.timmann@mwpp.com

Jeffrey A. Neiman (*Pro Hac Vice*)
Jason L. Mays (*Pro Hac Vice*)
NEIMAN MAYS FLOCH & ALMEIDA PLLC
100 SE 3rd Ave., Suite 805
Ft. Lauderdale, Florida 33394
Email: jneiman@nmfalawfirm.com
Email: jmays@nmfalawfirm.com

Ricardo Cedillo (Texas Bar No. 04043600)
DAVIS, CEDILLO & MENDOZA
755 E. Mulberry Ave., Ste. 250
San Antonio, TX 78212
(210) 822-6666
Email:  rcedillo@lawdcm.com

*Counsel for Plaintiff*

DAVIS & SANTOS, PLLC

/s/ *Caroline Newman Small*
Jason M. Davis
Texas State Bar No. 00793592
Email: jdavis@dslawpc.com
Caroline Newman Small
Texas State Bar No. 24056037
Email:  csmall@dslawpc.com
Rachel Garza
Texas State Bar No. 24125240
Email: rgarza@dslawpc.com

719 S. Flores Street
San Antonio, Texas 78204
Tel: (210) 853-5882
Fax: (210) 200-8395

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the December 12, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

/s *Andrew C. Phillips*