UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LOGAN PAUL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | SA-24-CV-717-OLG (HJB) |
| | § | |
| STEPHEN FINDEISEN, and | § | |
| COFFEE BREAK PRODUCTIONS LLC | § | |
| d/b/a Coffeezilla, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Consistent with the dates in the parties' Joint Advisory Regarding Deadlines for Pending and Additional Motions (Docket Entry 153), Plaintiff must file his responses to Defendants' Motion to Compel (Docket Entry 136) and Defendants' Motion for Leave to Designate Responsible Third Parties (Docket Entry 140) **on or before December 24, 2025**, and Defendants must file their replies **on or before January 9, 2026**.

The parties must file any additional discovery motions as outlined in their advisory, **on or before January 9, 2026**.

It is so **ORDERED**.

**SIGNED** on December 12, 2025.

_____
Henry J. Bemporad
United States Magistrate Judge