IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL,<br><br>        *Plaintiff*,<br>v.<br><br>STEPHEN FINDEISEN AND COFFEE BREAK PRODUCTIONS LLC D/B/A COFFEEZILLA,<br><br>        *Defendants*. | Civil Action No.: 5:24-cv-00717 |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO PRESERVE DEPOSITION CONFIDENTIALITY DESIGNATION**

Upon consideration of Plaintiff's Motion to Preserve Deposition Confidentiality Designation, filed December 23, 2025, and the parties' respective submissions in support of an in opposition to Plaintiff's motion,

IT IS HEREBY ORDERED THAT:

1. Plaintiff's Motion to Preserve Deposition Confidentiality Designation is GRANTED.

2. Plaintiff's confidentiality designation as to the materials at issue may be preserved as it is warranted under Paragraph 3(a) of the Protective Order.

SO ORDERED this _____ day of _____, 2025.

_____
HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE