**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **LOGAN PAUL,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | Civil Action No. 5:24-CV-00717 |
| | § | |
| **STEPHEN FINDEISEN and COFFEE** | § | |
| **BREAK PRODUCTIONS, LLC,** | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND
TO PLAINTIFF'S MOTION TO PRESERVE DEPOSITION
CONFIDENTIALITY DESIGNATION**

TO THE HONORABLE COURT:

Defendants Stephen Findeisen and Coffee Break Productions, LLC. (collectively, "**Defendants**"), file this Unopposed Motion to Extend Deadline to Respond to Plaintiff Logan Paul's Motion to Preserve Deposition Confidentiality Designation (the "**Motion**") in support respectfully show:

On December 23, 2025, Plaintiff filed a Motion to Preserve Deposition Confidentiality Designation requesting this Court to affirm Plaintiff's designation of Mr. Paul's deposition as "Confidential." *See* ECF No. 155.

Given the importance of the issues in the Motion, and counsel's prescheduled vacation plans over the holidays, Defendants require additional time to respond to Plaintiff's Motion. Specifically, Defendants request an extension to January 9, 2026, which coincides with Defendants' current reply deadlines for other pending motions. *See* ECF No. 154. Counsel

for Defendants conferred with counsel for Plaintiff and Plaintiff is unopposed to the requested extension of time.

A court may, for good cause, grant a motion for an extension of time that is filed before the original time expires. Fed. R. Civ. P. 6(b)(1)(A); *McCarty v. Thaler*, 376 F. App'x 442, 443 (5th Cir. 2010).

This relief requested is sought not for the purposes of delay but so that justice may be done.

WHEREFORE, Defendants respectfully request the Court grant this unopposed Motion to Extend and extend Defendants' deadline to respond to Plaintiff's Motion to Preserve Deposition Confidentiality Designation to **January 9, 2026**.

Dated: December 26, 2025.

Respectfully submitted,

**DAVIS & SANTOS, PLLC**

By: _/s/ Caroline Newman Small_

Jason M. Davis
**Attorney-In-Charge**
Texas State Bar No. 00793592
Email: jdavis@dslawpc.com
Caroline Newman Small
Texas State Bar No. 24056037
Email: csmall@dslawpc.com
Rachel Garza
Texas State Bar No. 24125240
Email: rgarza@dslawpc.com
719 S. Flores Street
San Antonio, Texas 78204
Tel: (210) 853-5882
Fax: (210) 200-8395

*Attorneys for Defendants Stephen Findeisen*
*and Coffee Break Productions, LLC*

2

## CERTIFICATE OF CONFERENCE

I certify that on December 26, 2025, counsel for Defendants Stephen Findeisen and Coffee Break Productions, LLC conferred with counsel for Plaintiff Logan Paul and confirmed that this motion is unopposed.

*/s/Caroline Newman Small*
Caroline Newman Small

## CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2025, the foregoing document was served on all counsel of record via the Court's ECF system.

*/s/ Caroline Newman Small*
Caroline Newman Small

3