**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **LOGAN PAUL,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Civil Action No. 5:24-CV-00717** |
| | § | |
| **STEPHEN FINDEISEN and COFFEE** | § | |
| **BREAK PRODUCTIONS, LLC,** | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND

Before the Court is Defendants Stephen Findeisen and Coffee Break Productions, LLC's (collectively, "**Defendants**") Unopposed Motion to Extend Deadline to Respond to Plaintiff Logan Paul's Motion to Preserve Deposition Confidentiality Designation (the "**Motion**"). Based on the Motion, the entire record in this case, and for good cause having been shown, the Court finds that this Motion should be and therefore is **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendants Stephen Findeisen and Coffee Break Productions, LLC's Unopposed Motion to Extend is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants' deadline to respond to the Motion to Compel is **EXTENDED** to **January 9, 2026**.

It is so **ORDERED**.

_____      _____
Date                                    Henry J. Bemporad
                                        United States Magistrate Judge