# Exhibit A

```
"id": "b7f105d2-f2cb-402e-89df-10d040d82d63",
"participant": "03109107548",
"type": "message",
"timestamp": "2023-01-13T17:37:32.000",
"deleted": false,
"blocks": [
    {
        Paul  "My cut woulda been $1.5m - 3M"
    }
]

"id": "185f2f09-bd47-493c-8845-5bc69814ca1e",
"participant": "02033066874",
"type": "message",
"timestamp": "2023-01-13T17:37:58.000",
"deleted": false,
"blocks": [
    {
        Majlak  "U need it?"
    }
]

"id": "3edc2c2b-2cee-4fb4-9296-89ff2c3f1698",
"participant": "02033066874",
"type": "message",
"timestamp": "2023-01-13T17:38:00.000",
"deleted": false,
"blocks": [
    {
        Majlak  "Ur rich"
    }
]
```

PAUL_CZ00000072

```
"id": "3f17141b-f4b7-432c-9e8f-c8de9ffb7e61",
"participant": "03109107548",
"type": "message",
"timestamp": "2023-01-13T17:38:16.000",
"deleted": false,
"blocks": [
    {
        Paul  "text": "No prob for me"
    }
],
{
"id": "f986d036-5b83-4bf4-bf08-794b5ee3a7a2",
"participant": "03109107548",
"type": "message",
"timestamp": "2023-01-13T17:38:24.000",
"deleted": false,
"blocks": [
    Paul  "text": "But I imagine coffeezilla would have a hard time paying that"
    }
```

PAUL_CZ00000073