# Exhibit A

| | |
|---|---|
| **From:** | Andrew Phillips <andy.phillips@mwpp.com> |
| **Sent:** | Tuesday, November 11, 2025 5:29 PM |
| **To:** | Jason Davis; Caroline Small |
| **Cc:** | Jeff Neiman; Jason Mays |
| **Subject:** | Paul v. Coffee Break Productions et al. |

**EXTERNAL EMAIL** - This email was sent by a person from outside your organization. Exercise caution when clicking links, opening attachments or taking further action, before validating its authenticity.

Jason and Caroline,

Please take notice that pursuant to Paragraph 6 of the Stipulated Protective Order, Plaintiff is designating the entirety of Mr. Paul's deposition transcript as Confidential.

Andrew C. Phillips
Managing Partner
MEIER WATKINS PHILLIPS PUSCH LLP
We moved! Our new address is:
1120 20th Street NW, Suite 550
Washington, DC 20036
Direct: 847.951.7093
www.mwpp.com





1