# Exhibit B

```
            Schultz  "To let others know it\u2019s not worth coming
at you"
      }
    ]
  },
  {
    "id": "cad42893-94b6-4f10-9dac-60e0152e2a47",
    "participant": "09175363030",
    "type": "message",
    "timestamp": "2022-12-27T04:37:34.000",
    "deleted": false,
    "blocks": [
      {
            Schultz  "There\u2019s a price to pay"
      }
    ]
  },
  {
    "id": "a87fbe7c-dbe2-4fd8-9f8a-a915178f797c",
    "participant": "04408230573",
    "type": "message",
    "timestamp": "2022-12-27T04:37:50.000",
    "deleted": false,
    "blocks": [
      {
            Paul  "That\u2019s the idea. I see the momentum
building cuz the throne is being shook rn"
      }
    ]
  },
  {
    "id": "b5fd01c0-8086-41e0-be97-cfbd95a52bc3",
    "participant": "04408230573",
    "type": "message",
    "timestamp": "2022-12-27T04:37:53.000",
    "deleted": false,
    "blocks": [
      {
            Paul  "Need to shut it down"
      }
```

```
  {
    "id": "47489234-b24b-47d4-8761-58992caf16f0",
    "participant": "09175363030",
    "type": "message",
    "timestamp": "2022-12-27T04:38:43.000",
    "deleted": false,
    "blocks": [
      {
    Friend  "text": "Public humiliation is always more affective"
      }
    ]
  },
  {
    "id": "88289880-bccd-4302-8bb3-7f3df57e1fe9",
    "participant": "04408230573",
    "type": "message",
    "timestamp": "2022-12-27T04:39:13.000",
    "deleted": false,
    "blocks": [
      {
      Paul  "text": "Totally agree"
```

**Excerpts from PAUL_CZ00007299-302**