# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DIVISION OF TEXAS

SAN ANTONIO DIVISION

_____  )
                             )
LOGAN PAUL,                  )
                             )
        Plaintiff,           )
                             )  Case No.
             vs.             )  5:24-CV-00717
                             )
STEPHEN FINDEISEN AND COFFEE )
BREAK PRODUCTIONS LLC        )
D/B/A COFFEEZILLA,           )
                             )
        Defendants.          )
_____)

Deposition of:   LUCIANO SCHIPELLITI

Pursuant to:     Notice

Date and Time:   Tuesday, March 18, 2025
                 10:00 a.m.
Place:           Dinsmore & Shohl LLP
                 255 East Fifth Street
                 Suite 1900
                 Cincinnati, Ohio  45202
Reporter:        Kathy S. Simpson, RPR
                 Notary Public - State of
                   Ohio

Videographer:    Arthur Funk

```
 1   APPEARANCES OF COUNSEL:

 2


 3          For the plaintiff:

 4              Andrew C. Phillips, Esq.
                    of
 5              Meier Watkins Phillips Pusch LLP
                919 18th Street NW
 6              Suite 650
                Washington, DC  20006
 7              202.318.3655
                andy.phillips@mwpp.com
 8
                      and
 9

10              Jason L. Mays, Esq.
                    of
11              Marcus Neiman Rashbaum & Pineiro LLP
                100 SE 3rd Avenue
12              Suite 805
                Ft. Lauderdale, Florida 33394
13              305.434.4941
                jmays@mnrlawfirm.com
14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1   APPEARANCES OF COUNSEL:

 2


 3        For the defendants Coffee Break
            Productions, LLC, and Stephen Findeisen:
 4

 5             Jason Davis, Esq.
                    of
 6             Davis & Santos, PC
               719 S. Flores Street
 7             San Antonio, Texas  78204
               210.853.5882
 8             jdavis@dslawpc.com

 9


10        For the witness, Luciano Schipelliti:

11
               Mark G. Arnzen, Jr., Esq.
12                  and
               Lindsay K. Gerdes, Esq.
13                  of
               Dinsmore & Shohl LLP
14             255 East Fifth Street
               Suite 1900
15             Cincinnati, Ohio 45202
               513.977.8200
16             mark.arnzen@dinsmore.com
               lindsay.gerdes@dinsmore.com
17

18        Also present:
               Chelsea Chalk, Esq., via videoconference
19             Garrett Rethman, Esq., via videoconference
               Stephen Findeisen, via videoconference
20

21

22

23                      - - -

24

25
```

```
 1  BY MR. PHILLIPS:
 2       Q.   All right.  Mr. Schipelliti, our
 3  next exhibit, PX-03-LS, is an audio file that
 4  you produced to us with the file name, 4/20/23
 5  Stephen calls to ask me to get involved in the
 6  CZ lawsuit I declined.M4A.
 7            I'm going to play several minutes of
 8  this audio for you and then I'll have a few
 9  questions.
10            MR. DAVIS:  Looking at the log, is
11       this what is under 20?
12            MR. PHILLIPS:  Yes.
13            MR. DAVIS:  That's going to be
14       Plaintiff's 3?
15            MR. PHILLIPS:  Yes.
16            (Exhibit PX-3-LS was marked for
17            identification.)
18            (Audio recording played and transcribed
19            as follows:)
20            MR. FINDEISEN:  -- going after
21       Logan, or whatever, like on the lawsuit
22       thing.  And basically, he was like, hey,
23       do you mind sending these documents or,
24       blah, blah, blah.  And, of course, I'll
25       help anybody, not in an official
```

```
 1    capacity, but -- because I don't want to
 2    profit off any of that stuff.  So not in
 3    an official capacity, but I'm like, sure,
 4    I'll help out, whatever.  And I forgot
 5    what he was asking about, but he was
 6    asking about something, and I was like,
 7    oh, wait, wait, wait, that has to do
 8    with -- well, you.  I didn't tell him who
 9    you are.  But I was like, I don't know if
10    I can share that.
11         And so I wanted to call you and
12    check if there's any interest from you in
13    talking to this guy because he -- I think
14    he's looking for some info that you might
15    have that would be useful, but you know
16    what?  I didn't want -- obviously, our
17    whole thing this whole time has been you
18    provide me information and I'm not going
19    to disclose you as a source, unless you
20    want to be.
21         So, you know, true to my word, I
22    mean, that's the case here, and so I
23    wanted to make sure that if you wanted to
24    be like put in touch with this guy, or
25    whatever, to share something.
```

```
 1         MR. SCHIPELLITI:  First off, I
 2   really appreciate you, you know, being
 3   true to your word and stuff and not
 4   saying anything and coming to me.  That
 5   means a lot.
 6         Who -- are you able to tell me who
 7   this person is?
 8         MR. FINDEISEN:  All I know is he's
 9   like on the -- like the whatever --
10   people associated with like the people
11   suing Logan.  That's all I know.
12         MR. SCHIPELLITI:  Is it that
13   YouTuber, like the guy that's leading the
14   charge on it?
15         MR. FINDEISEN:  Yeah, I mean, well,
16   the thing is, is like my friends, I'd
17   rather not disclose, but he was talking
18   to me about some interest from that side
19   of things, yeah.
20         MR. SCHIPELLITI:  Do you know what
21   information like specifically he wants?
22         MR. FINDEISEN:  I think -- yeah.
23   Oh, yeah, I definitely know that.  I
24   think specifically it was about the fact
25   that Jeff had said something about like,
```

1      oh, this is too transactional, talking
2      about an agreement to -- how many
3      thousand dollars you were going to finish
4      the project, no, this is too
5      transactional.  The irony is, you know,
6      he should have done that the whole time
7      and they would have saved money, but
8      they're too cheap.  Said they didn't want
9      to pay for the project to be done and,
10     obviously, that's really good evidence
11     that they never had any intention to
12     finish the project.
13          But when this person starts asking
14     about this information, I'm like, wait,
15     wait, wait, this is from a source that I
16     can't give up and I can't provide
17     anything related to this, unless this
18     person agrees.
19          Because we were -- what the context
20     of this is, we were just talking like,
21     you know, just casually about the thing.
22     And I mentioned that I thought they were
23     really cheap.  They asked what I meant,
24     and I sort of told them this anecdote but
25     I didn't give details.  He said, wait a

1     second, I know who that is.  I don't feel
2     comfortable sharing unless they feel
3     comfortable.  So that's why I'm here.
4          Honestly, my thing is like I have no
5     stake in this.  Obviously, I hope Logan
6     gives back money.  It won't benefit me
7     any if he does or doesn't.  Like, to me,
8     I'm just here because, ultimately, at the
9     end of the day, even though I don't have
10    stake in it, I do want to see justice for
11    the people involved that have been
12    wronged.  If you look on the server, it's
13    really sad.  So, you know, I'm just here
14    as like -- you know, it doesn't affect
15    me, but at the same time, I think it
16    would be the right thing to do, but I
17    don't know what your position is on
18    everything and I don't know if you can
19    provide that information, if you're
20    interested.  You can make whatever
21    decision you want.
22         (Audio stopped.)
23         MR. PHILLIPS:  I'll stop the audio
24    there at 4:02, four minutes and
25    2 seconds.

```
 1   BY MR. PHILLIPS:
 2        Q.   Mr. Schipelliti, having listened to
 3   about four minutes of this audio file, can you
 4   confirm for us if this is an audio recording of
 5   the Discord phone call between you and
 6   Mr. Findeisen?
 7        A.   Yes, I can confirm that.
 8        Q.   And did you make this recording?
 9        A.   Yes, I did.
10        Q.   Did that call take place on
11   April 20th, 2023?
12        A.   Yes, it did.
13        Q.   Is this an accurate recording of the
14   conversation that you and Mr. Findeisen had
15   that day?
16        A.   Yes, it is.
17        Q.   In the audio we just listened to, we
18   heard Mr. Findeisen tell you he was reaching
19   out on behalf of a friend who was involved in a
20   lawsuit against Mr. Paul relating to CryptoZoo;
21   is that right?
22        A.   That's correct.
23        Q.   Did you understand Mr. Findeisen to
24   be asking you to get involved with that
25   lawsuit?
```

1        A.   I would agree with that.

2        Q.   And to speak to his lawyer friend?

3             MR. DAVIS:  Leading.  Objection.

4        A.   Yes.

5  BY MR. PHILLIPS:

6        Q.   At one point you asked Mr. Findeisen
7  if the lawyer he was referring to was the guy
8  on YouTube, do you recall that?

9        A.   Yes, I do.

10       Q.   Were you referring to Attorney Tom
11 aka Thomas Kherker?

12            MR. DAVIS:  Objection, leading.

13       A.   Yes, I was.

14 BY MR. PHILLIPS:

15       Q.   During this telephone call on
16 April 20th, 2023, did Mr. Findeisen tell you
17 that he has no stake in that lawsuit?

18       A.   Yes, he did.

19       Q.   And did he tell you that he was not
20 involved in the lawsuit in any official
21 capacity?

22       A.   I believe so, yes.

23       Q.   And did he portray himself as simply
24 trying to help out a friend, who happened to be
25 a lawyer, involved in suing Logan Paul over

```
 1   CryptoZoo?
 2        A.   Yes, he did.
 3             MR. DAVIS:  Objection -- let me get
 4        my objection in and then you can answer.
 5             Objection, leading.
 6        A.   Yes, he did.
 7   BY MR. PHILLIPS:
 8        Q.   I would hand you what we've marked
 9   as PX-4-LS.
10             (Exhibit PX-4-LS was marked for
11             identification.)
12             MR. PHILLIPS:  Jason.
13             MR. DAVIS:  Thanks.
14   BY MR. PHILLIPS:
15        Q.   So I don't know if this is something
16   that you would have seen before.  But do you
17   see that PX-4-LS is a court filing titled
18   nonparty Thomas Kherker's motion to quash
19   subpoena to produce documents and motion for
20   protective order?
21        A.   Yes, I do.
22        Q.   I'll represent to you, as you may
23   have seen from the first page, this is a motion
24   that Attorney Thomas Kherker filed in this
25   lawsuit between Logan Paul and Mr. Findeisen,
```

1 he had no stake in it?
2     MR. DAVIS: Objection, leading. And
3 objection to the form.
4     MR. ARNZEN: Object to the form.
5     Go ahead, you can answer.
6     A. That's correct.
7 BY MR. PHILLIPS:
8     Q. Does it surprise you to learn that
9 at the time of your April 2023 phone call with
10 Mr. Findeisen, he was actually working for
11 Attorney Tom Kherker?
12     MR. DAVIS: Objection, form. And
13 objection, leading.
14     A. Yes, it does.
15 BY MR. PHILLIPS:
16     Q. Having learned that, do you feel
17 that Mr. Findeisen was being dishonest with you
18 during that telephone conversation on
19 April 20th, 2023?
20     MR. DAVIS: Objection, leading.
21 Objection, form.
22     A. Yeah, I would agree with that.
23 BY MR. PHILLIPS:
24     Q. Let's go backwards in time to some
25 of your earlier communications with

```
 1                C E R T I F I C A T E

 2
     STATE OF OHIO        :
 3                        :  SS
     COUNTY OF CLERMONT   :
 4

 5              I, Kathy S. Simpson, RPR, the

 6   undersigned, a duly qualified and commissioned notary

 7   public within and for the State of Ohio, do certify

 8   that before the giving of his deposition, LUCIANO

 9   SCHIPELLITI, was by me first duly sworn to depose the

10   truth, the whole truth and nothing but the truth;

11   that the foregoing is the deposition given at said

12   time and place by LUCIANO SCHIPELLITI; that I am

13   neither a relative of nor employee of any of the

14   parties or their counsel, and have no interest

15   whatever in the result of the action.

16           IN WITNESS WHEREOF, I hereunto set my hand

17   and official seal of office at Cincinnati, Ohio, this

18   28th day of March, 2025.

19                _____
                  Kathy S. Simpson, RPR
20                Notary Public - State of Ohio
                  My commission expires March 21, 2027
21        Kathy S. Simpson, RPR
          Notary Public - State of Ohio
22        My commission expires March 21, 2027

23

24

25
```