# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

LOGAN PAUL,
    Plaintiff,

v.                             CIVIL ACTION NO.5:24-cv-00717

STEPHEN FINDEISEN AND
COFFEE BREAK
PRODUCTIONS LLC D/B/A
COFFEEZILLA
    Defendant.

---

ORAL VIDEOTAPED DEPOSITION
STEPHEN FINDEISEN
SEPTEMBER 10, 2025

---

    ORAL VIDEOTAPED DEPOSITION of

STEPHEN FINDEISEN, produced as a witness at the instance

of the Plaintiff, duly sworn, was taken in the

above-styled and numbered cause on the 10th day of

September 2025 from 10:00 a.m. to 7:19 p.m., before

MARIA DEL CARMEN ROSAS, Notary in and for the State of

Texas, reported by computerized-machine shorthand, at

the law office of Davis & Santos, 719 S. Flores Street,

San Antonio, Texas, 78209, Bexar County; pursuant to the

Federal Rules of Civil Procedure and any provisions

stated on the record or attached hereto.

                    * * * * *

A P P E A R A N C E S

FOR THE PLAINTIFF:
    BY:  ANDREW C. PHILLIPS
    METER WATKINS PHILLIPS PUSCH LLP
    919 18th Street NW, Suite 650
    Washington, DC 20006
    Telephone:  (202) 318-3655
    Email:  andy.phillips@mwpp.com


    BY:  JEFFERY A. NEIMAN & JASON L. MAYS
    NEIMAN MAYS FLOCH & ALMEIDA, PLLC
    100 SE 3rd Ave., Suite 805
    Fort Lauderdale, Florida 33394
    Telephone:  (954) 462-1200
    Email:  jneiman@nmfalaw.com
          jmays@nmfalaw.com

    BY:  RICARDO G. CEDILLO & BRIAN LEWIS
    DAVIS, CEDILLO & MENDOZA, INC.
    755 E. Mulberry Ave., Suite 250
    San Antonio, Texas 78212
    Telephone:  (210) 822-6666
    Email:  rcedillo@lawdcm.com
          blewis@lawdcm.com


FOR THE DEFENDANT:
    BY:  JASON DAVIS & CAROLINE NEWMAN SMALL
    DAVIS & SANTOS
    719 S. Flores Street
    San Antonio, Texas, 78209
    Telephone:  (210) 859-5832
    Email:  jdavis@dslawpc.com
          csmall@dslawpc.com


ALSO PRESENT:

    BRAD ROSAUER,
        Videographer

    CASEY CHRISTIAN
        Senior Paralegal


            * * * * * *

Stephen Findeisen
September 10, 2025

```
1    A.   I --
2            MR. DAVIS:  Objection; form.
3            THE WITNESS:  Excuse me.  Sorry.
4    A.   Yes, I'm -- I'm an expert in that case as
5  you're representing, I believe I am.
6    Q.   (BY MR. PHILLIPS)  Okay.  While you're
7  publicly reporting on Mr. Paul and CryptoZoo and making
8  statements about Mr. Paul that one could fairly read as
9  consistent with the Plaintiffs' position in that
10 litigation, don't you think you should have disclosed to
11 your audience that you've been retained as an expert?
12           MR. DAVIS:  Objection; form.
13   A.   I think I was fairly consistent with what my
14 position had been throughout the series of CryptoZoo,
15 positions that Mr. Paul agreed with.
16   Q.   (BY MR. PHILLIPS)  Do journalists have a duty
17 to disclose to their audience relationships that could
18 create a conflict or the perception of a conflict of
19 interest in their reporting?
20           MR. DAVIS:  Objection; form.
21   A.   Yes, generally, I think you should try to
22 report conflicts of interest.
23   Q.   (BY MR. PHILLIPS)  Okay.  If you had to do it
24 over again, would you disclose in your report on
25 Mr. Paul after January of 2023 the fact that you've been
```

1       That pursuant to information given to the
2  deposition officer at the time said testimony was taken,
3  the following includes counsel for all parties of
4  record:

5
       Andrew C. Phillips   - Attorney for Plaintiff
6      Jeffery A. Neiman    - Attorney for Plaintiff
       Jason Mays           - Attorney for Plaintiff
7      Ricardo Cedillo      - Attorney for Plaintiff
       Brian Lewis          - Attorney for Plaintiff
8      Jason Davis          - Attorney for Defendant
       Caroline Newman Small - Attorney for Defendant
9

10          I further certify that I am neither counsel
11 for, related to, nor employed by any of the parties or
12 attorneys in the action in which this proceeding was
13 taken.  And further, that I am not financially or
14 otherwise interested in the outcome of the action.
15          Certified to by me this ___ day of _____,
16 2025.
17
18                          _____
19                          MARIA DEL CARMEN ROSAS,
                            Notary Public No. 1315822722
20                          U.S. Legal Support
                            Firm Registration No. 122
21                          16825 Northchase Dr, Suite 77060
                            Houston, Texas  77060
22                          Telephone: (210) 591-1791
23
24
25