# EXHIBIT 3

Jun 22, 2022 at 10:13 PM

Jon marianek

Eddie ibanez

Ricky banks

Alex Becker
Bitboy Crypto
Matt Wallace
Invest answers
CryptosRus
Raoul Pal
Ran NeuNer

Crypto influencers ^

Jun 23, 2022 at 10:46 AM

thanks for the information. do you have any info on the (totally legit sounding) MILF token? allegations or indicators of fraud? people behind it and promoting it?

Jul 4, 2022 at 12:44 PM

A lot of ppl have accused them of fraud. I remember some of the victims coming to me at one point on telegram

+ Text Message • SMS