# EXHIBIT 4

| From: | Coffee Break <coffeebreaks42@gmail.com> |
|---|---|
| Date: | June 25, 2023 2:06:54 PM (-05) |
| To: | Thomas McGuire <tmcguire@fbi.gov>; <thomasdownload123456789@gmail.com> |
| Subject: | **Logan Paul Rumors, Stories and Projects** |
| Attachments: | |

Hi Thomas, here's a summary of the rumors I've heard about Logan Paul, as well as some video evidence (and an audio recording), of Logan allegedly pumping/dumping "$OMI" Token. Also known as "ECOMI" or "VEVE"

March 2021.
Logan Paul allegedly asked "Benn Godenzi" (an $OMI) whale to buy some discounted $OMI tokens along with "Chase Hero" before they released a podcast on March 16th where they promoted the token. It was alleged to me that they dumped them soon after buying. See above for the link to the video allegation. This source will remain anonymous.

May 2021
Logan Paul pumps and dumps $FUCKELON. You can see via the official FUCKELON account, they thank Logan Paul for tweeting out the right contract and the tweet has since been deleted. But one of the tweets was saved.



Logan made roughly ~$100K from this.

Logan Paul claims "ELONGATE made me rich" on his subscription service called "MAVERICK CLUB". Documented in this twitter thread: and this video. He would dump ELONGATE shortly after for about ~$100K

June 2021
Logan Paul says he's "all in" a shitcoin called DINKDOINK, which he helped create. (although he didn't disclose this). Logan started buying DINKDOINK immediately after launch and selling right after the pump, generating him roughly $100,000 according to TIME magazine who investigated.

"TIME asked the analytics company MyChargeBack to conduct blockchain research about Paul's ties to Dink Doink. Evan Spicer, the director of cryptocurrency investigations at MyChargeBack, examined a crypto wallet that started to buy more than 120 trillion DINK tokens just three minutes after they became available in June 2021, and before public promotion of the coin had even begun on Twitter. In July, when the coin was being traded publicly and still held value, that wallet began cashing out large amounts of DINK for more stable cryptocurrencies like Binance Coin (BNB) and Tether, according to Spicer. Then, in August, the wallet sent 36.5 Ether—**virtually all of the Ether in the account, worth more than $100,000 at the time—straight to Logan Paul's public account, Spicer's research shows.**"

Logan Paul also got free tokens from ETHEREUMMAX, in the run up to the LOGAN PAUL V FLOYD MAYWEATHER fight. He sold them for about ~$70K

Logan Paul promotes "SUPERBID" and makes $100K from selling the tokens.

August 2021
Logan Paul launches CryptoZoo. You know all about that, I won't rehash this. Fun blockchain game that earns you money.

January 2022
Logan Paul gets involved with Prime

April 2022
Logan Paul announces his involvement with Liquid Marketplace

Logan announces his NFT Project "DAO" called 99 Originals


--
Thanks,
Coffeezilla