# EXHIBIT 5



# Tips, Complaints, and Referrals

Summary Page - Submitted Externally

**Submission Number 16665-368-894-037 was submitted on Sunday, October 23, 2022 at 12:48:01 PM EDT**

**This PDF was generated on Sunday, October 23, 2022 at 12:48:11 PM EDT**

Thank you for contacting the United States Securities and Exchange Commission. This automated response confirms that your submission has been received successfully. We are always interested in hearing from the public, and your submission will be given careful consideration in view of the Commission's overall responsibilities under the federal securities laws. Please note, however, that it is the Commission's policy to conduct its investigations on a non-public basis in order to preserve the integrity of its investigative process. Subject to the provisions of the Freedom of Information Act, we cannot disclose to you any information which we may gather, nor can we confirm the existence or non-existence of an investigation, unless such information is made a matter of public record in proceedings brought before the Commission or the courts. Therefore, this may be the only response that you receive. If you want to learn more about how the Commission handles inquiries or complaints, please visit http://www.sec.gov/complaint/info_tipscomplaint.shtml.

## What is your complaint about?

**Q: Please select the option that best describes your complaint.**

**A:** Initial coin offerings and cryptocurrencies

**Q: Please select the specific category that best describes your complaint.**

**A:** Manipulation of cryptocurrencies

**Q: Is this supplemental information to a previous complaint?**

**A:** No

**Q: In your own words, describe the conduct or situation you are complaining about.**

**A:** The detailed complaint is attached for proper formatting. I will only include the synopsis here: please refer to the full document attached. Synopsis: CryptoZoo is both a cryptocurrency investment and “play-to-earn” game involving the sale of $ZOO tokens, and NFTs (non-fungible tokens). It was created and promoted by Logan Paul, a popular millennial celebrity with 24 million instagram followers, 23 million Youtube subscribers and 5 million twitter followers. Logan Paul used his massive influence to recklessly cause millions of dollars in damages to investors through the

sale of unregistered securities of a “play-to-earn” game. Logan Paul and the CryptoZoo team knowingly targeted unsophisticated investors. The game which sold millions does not work.

**Q: Are you having or have you had difficulty getting access to your funds or securities?**

**A:** No

**Q: Did you suffer a loss?**

**A:** No

**Q: When did you become aware of the conduct? (m/d/yyyy)**

**A:** 08/19/2021

**Q: When did the conduct begin? (m/d/yyyy)**

**A:** 08/19/2021

**Q: Is the conduct ongoing?**

**A:** Yes

**Q: Has the individual or firm acknowledged the conduct?**

**A:** Unknown

**Q: How did you learn about the conduct? You may select more than one answer.**

**A:** Account statements; Conversations; Internal business documents; Publicly available information; Social media (e.g., Facebook, Twitter, blogs, chat rooms, and electronic communities of interest)

**Q: Have you taken any action regarding your complaint? You may select more than one answer.**

**A:** None

## Who are you complaining about?

**Subject # 1**

**Q: Are you complaining about a person or a firm?**

**A:** Person

**Q: Select the title that best describes the person or firm that you are complaining about.**

**A:** Stock promoter

**Q: Where is the person that you are complaining about employed?**

**A:** Los Angeles and Puerto Rico, he uses Puerto Rico for the lower taxes and flies between the two

**Q: Are you or were you associated with the person or firm when the alleged conduct occurred?**

**A:** No

**Q: Person's Title**

**A:** Mr

**Q: First Name**

**A:** Logan

**Q: Last Name**

**A:** Paul

**Q: Country**

**A:** United States

**Subject # 2**

**Q: Are you complaining about a person or a firm?**

**A:** Firm


**Q: Select the title that best describes the person or firm that you are complaining about.**

**A:** Other


**Q: For Other Firm, please specify.**

**A:** CryptoCurrency company


**Q: Are you or were you associated with the person or firm when the alleged conduct occurred?**

**A:** No


**Q: Are you a current or former Employee, Officer, Partner, or Employee Director of any entity you are complaining about?**

**A:** No


**Q: Are you a current or former Non-Employee Director, Consultant, Contractor or Trustee of any entity you are complaining about?**

**A:** No


**Q: Firm Name**

**A:** CRYPTOZOO INC.


**Q: Street Address**

**A:** 221 N BROAD ST, - SUITE 3A


**Q: Zip / Postal Code**

**A:** 19709


**Q: City**

**A:** MIDDLETOWN

**Q: State / Province**

**A:** DE

**Q: Country**

**A:** US

**Q: Website**

**A:** cryptozoo.co

**Q: If the complaint is about an entity or person that has custody or control of your investments, have you had difficulty contacting that entity or person?**

**A:** Yes

## Which investment products are involved?

**Q: Select the type of product involved in your complaint.**

**A:** Other

**Q: Please select the category that best describes the security product.**

**A:** Cryptocurrencies

**Q: Enter the ticker symbol, if known.**

**A:** $ZOO

**Q: Enter the product name(s)**

**A:** ZOO Token and Base Egg NFTs

## About you

**Submitter # 1**

**Q: Are you filing this tip under the SEC's whistleblower program?**

**A:** Yes

**Q: Are you an attorney filling out this form on behalf of an anonymous whistleblower client who is seeking an award?**

**A:** No

**Q: Title**

**A:** Mr

**Q: First Name**

**A:** STEPHEN

**Q: Last Name**

**A:** FINDEISEN

**Q: Street Address**

**A:** 26314 TAWNY WAY

**Q: Zip / Postal Code**

**A:** 78015

**Q: City**

**A:** BOERNE

**Q: State / Province**

**A:** TX


**Q: Country**

**A:** US


**Q: Mobile Telephone**

**A:** 2108600854


**Q: Email Address**

**A:** COFFEEBREAKS42@GMAIL.COM


**Q: What is the best way to reach you?**

**A:** Phone


**Q: Are you represented by an attorney in connection with this matter, or would you like to provide your attorney's contact information?**

**A:** No


**Q: Select the profession that best represents you.**

**A:** Other


**Q: For Other, please specify.**

**A:** INVESTIGATIVE JOURNALIST


**Q: Have you reported the matter at issue in this submission to your supervisor, compliance office, whistleblower hotline, ombudsman, or any other available mechanism for reporting possible violations at any entity you are complaining about?**

**A:** No

**Q: Were you retaliated against for reporting the matter at issue in this submission either internally at the entity or to a regulator?**

**A:** No

**Q: Has anyone taken steps to prevent you from reporting this violation to the SEC?**

**A:** No

**Q: Are documents or other information being submitted that could potentially identify the whistleblower?**

**A:** Yes

**Q: Identify with particularity any documents or other information in your submission that you believe could reasonably be expected to reveal your identity.**

**A:** THE DESCRIPTION OF THE FRAUD

**Q: Does the whistleblower want to be eligible to apply for a whistleblower award?**

**A:** Yes

**Q: 1. Are you, or were you at the time you acquired the original information you are submitting to us, a member, officer or employee of the Department of Justice; the Securities and Exchange Commission; the Comptroller of the Currency; the Board of Governors of the Federal Reserve System; the Federal Deposit Insurance Corporation; the Office of Thrift Supervision; the Public Company Accounting Oversight Board; any law enforcement organization; or any national securities exchange, registered securities association, registered clearing agency, or the Municipal Securities Rulemaking Board?**

**A:** No

**Q: 2. Are you, or were you at the time you acquired the original information you are submitting to us, a member, officer, or employee of a foreign government, any political subdivision, department, agency, or instrumentality of a foreign government, or any other foreign financial regulatory authority as that term is defined in Section 3(a)(52) of the Securities Exchange Act of 1934 (15 U.S.C. Section 78c(a)(52))?**

**A:** No

**Q: 3. Did you acquire the information being submitted to us through the performance of an engagement required under the federal securities laws by an independent public accountant?**

**A:** No

**Q: 4. Are you providing this information pursuant to a cooperation agreement with the SEC or another agency or organization?**

**A:** No

**Q: 5. Are you a spouse, parent, child, or sibling of a member or employee of the SEC, or do you reside in the same household as a member or employee of the SEC?**

**A:** No

**Q: 6. Have you or anyone representing you received any request, inquiry or demand that relates to the subject matter of your submission (i) from the SEC; (ii) in connection with an investigation, inspection or examination by the Public Company Accounting Oversight Board, or any self-regulatory organization; or (iii) in connection with an investigation by Congress, any other authority of the federal government, or a state Attorney General or securities regulatory authority?**

**A:** No

**Q: 7. Are you currently a subject or target of a criminal investigation, or have you been convicted of a criminal violation, in connection with the information you are submitting to the SEC?**

**A:** No

**Q: 8. Did you acquire the information being provided to us from any person described in Questions 1 through 7?**

**A:** No

**Q: I declare under penalty of perjury under the laws of the United States that the information contained herein is true, correct and complete to the best of my knowledge, information, and belief. I fully understand that I may be subject to prosecution and ineligible for a whistleblower award if, in my submission of information, my other dealings with the SEC, or my dealings with another authority in connection with a related action, I knowingly and willfully make any false, fictitious, or fraudulent statements or**


**representations, or use any false writing or document knowing that the writing or document contains any false, fictitious, or fraudulent statement or entry.**

**A:** Agree

## Documents

| Document Name | Document Type |
| --- | --- |
| Crypto Zoo SEC Report.pdf | application/pdf |
| CryptoZooVictims1.mp4 | video/mp4 |