IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL,<br><br>                      *Plaintiff*,<br>v.<br><br>STEPHEN FINDEISEN AND COFFEE BREAK PRODUCTIONS LLC D/B/A COFFEEZILLA,<br><br>                      *Defendants*. | Civil Action No.: 5:24-cv-00717 |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO PRECLUDE DEFENDANTS' RELIANCE ON JOURNALIST'S PRIVILEGE**

Upon consideration of Plaintiff's Motion to Preclude Defendant's Reliance on Journalist's Privilege, filed January 9, 2026,

IT IS HEREBY ORDERED THAT:

1. Plaintiff's Motion to Preclude Defendant's Reliance on Journalist's Privilege is GRANTED.

SO ORDERED this _____ day of _____, 2026.

_____
HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE