IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL,<br><br>                             *Plaintiff*,<br><br>     v.<br><br>STEPHEN FINDEISEN AND COFFEE BREAK PRODUCTIONS LLC D/B/A COFFEEZILLA,<br><br>                             *Defendants*. | Civil Action No. 5:24-cv-00717 |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE DEADLINE TO REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO PRESERVE DEPOSITION CONFIDENTIAILITY DESIGNATION**

TO THE HONORABLE COURT:

Plaintiff Logan Paul files this Unopposed Motion to Extend the Deadline to Reply to Defendants' Opposition to Plaintiff's Motion to Preserve Deposition Confidentiality Designation and in support respectfully shows:

1. On December 23, 2025, Plaintiff filed a Motion to Preserve Deposition Confidentiality Designation.  *See* ECF No. 155.

2. On January 9, 2026, Defendants filed a Motion in Opposition.  *See* ECF No. 161.

3. Plaintiff's reply deadline is currently January 16, 2026.

4. Defendants recently requested Plaintiff's agreement to an extension of time to respond to two pending motions to compel filed by Plaintiff (ECF Nos. 160, 162) for which Defendants' oppositions would be due on January 16.  The Parties agreed that Plaintiff would not oppose Defendants' request for a one-week extension, and that Defendants likewise would agree

1

to a one-week extension of time for Plaintiff to file his reply on his Motion to Preserve Deposition Confidentiality Designation.

5.  Defendants filed their unopposed motion for extension of time on Monday, January 12 (ECF No. 162), which the Court granted (Text Order (Jan. 12, 2026).)

6.  In accordance with the Parties' agreement, and in order to have a short amount of additional time to brief the issues raised in Defendants' opposition to Plaintiff's motion, Plaintiff requests an extension of one week to file his reply in support of his Motion to Preserve Deposition Confidentiality Designation, so that said reply would be due on or before **January 23, 2026**.

7.  As noted, counsel for Plaintiff conferred with counsel for Defendants and Defendants are unopposed to the requested extension of time.

8.  A court can, for good cause, grant a motion for an extension of time if the motion is filed before the original time has expired. Fed. R. Civ. P. 6(b)(1)(A); *Palmer v. United States Postal Serv.*, No. 2:21-CV-30-AM-CW, 2021 WL 8441525, at *2 (W.D. Tex. Oct. 20, 2021).

9.  This relief requested is sought not for the purposes of delay but so that justice may be done.

## RELIEF REQUESTED

10.  WHEREFORE, Plaintiff respectfully requests the Court grant this unopposed Motion to Extend and extend Plaintiff's deadline to reply to Defendants' Opposition of Plaintiff's Motion to Preserve Deposition Confidentiality Designation to **January 23, 2026**.

January 14, 2026                     */s/ Andrew C. Phillips*
                                     Andrew C. Phillips (*Pro Hac Vice*)
                                     Shannon B. Timmann (*Pro Hac Vice*)
                                     MEIER WATKINS PHILLIPS PUSCH LLP
                                     1120 20th Street NW, Suite 550
                                     Washington, DC 20036
                                     (202) 318-3655
                                     Email: andy.phillips@mwpp.com

Email: shannon.timmann@mwpp.com

Jeffrey A. Neiman (*Pro Hac Vice*)
Jason L. Mays (*Pro Hac Vice*)
NEIMAN MAYS FLOCH & ALMEIDA PLLC
100 SE 3rd Ave., Suite 805
Ft. Lauderdale, Florida 33394
Email: jneimean@nmfalawfirm.com
Email: jmays@nmfalawfirm.com

Ricardo G. Cedillo (Texas Bar No. 04043600)
DAVIS, CEDILLO & MENDOZA, INC.
755 E. Mulberry Ave., Ste. 250
San Antonio, TX 78212
(210) 822-6666
Email: rcedillo@lawdcm.com

*Counsel for Plaintiff Logan Paul*

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Plaintiff Logan Paul conferred with counsel for Defendants Stephen Findeisen and Coffee Break Productions, LLC and confirmed that this motion is unopposed.

*/s/ Andrew C. Phillips*

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 14, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

*/s/ Andrew C. Phillips*