UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL, §<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>STEPHEN FINDEISEN, and §<br>COFFEE BREAK PRODUCTIONS LLC §<br>d/b/a Coffeezilla, §<br>§<br>Defendants. § | SA-24-CV-717-OLG (HJB) |

**ORDER SETTING
IN-PERSON HEARING**

Before the Court are Defendants' Motion for Leave to Take Videotaped Depositions of Duarte Campos de Oliveira, Martin Campos de Oliveria, and Kira Ann Krieg (Docket Entry 116), Defendants' Motion to Compel (Docket Entry 136), Defendants' Motion for Leave to Designate Responsible Third Parties (Docket Entry 140), Plaintiff's Motion to Preserve Deposition Confidentiality Designation (Docket Entry 155), Plaintiff's Renewed Motion and Motion for Reconsideration of Plaintiff's Motion to Compel Production of Communications To and From Harry Bagg and/or Ed Leszczynski (Docket Entry 160), and Plaintiff's Motion to Preclude Defendants' Reliance on Journalist's Privilege (Docket Entry 162). Pretrial and scheduling matters in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b). (*See* Docket Entry 33.)

It is hereby **ORDERED** that the parties' motions (Docket Entries 116, 136, 140, 155, 160, and 162) are set for an in-person hearing on **March 9, 2026**, at **1:00 P.M.** in Courtroom D on the 2nd Floor of the United States Courthouse, 262 West Nueva Street, San Antonio, Texas, 78207.

SIGNED on January 15, 2026.

_____
Henry J. Bemporad
United States Magistrate Judge