# EXHIBIT B

```
                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF TEXAS
                       SAN ANTONIO DIVISION

LOGAN PAUL,                      )
Plaintiff,                       )
                                 ) Case Number
vs.                              ) SA:24-CV-00717-OLG-HJB
                                 )
STEPHEN FINDEISEN and             )
COFFEE BREAK PRODUCTIONS, LLC,)  San Antonio, Texas
Defendants.                      ) September 11, 2025
*********************************************************
                        MOTIONS HEARING
              BEFORE THE HONORABLE HENRY J. BEMPORAD
                 UNITED STATES MAGISTRATE JUDGE

A P P E A R A N C E S:
FOR THE PLAINTIFF:
Ricardo G. Cedillo
Davis, Cedillo & Mendoza
755 E. Mulberry Avenue, Suite 500
San Antonio, Texas  78212
(210)822-6666; rcedillo@lawdcm.com

Jason L. Mays
Neiman Mays Floch & Almeida, PLLC
One Financial Plaza, 100 SE 3rd Avenue, Unit 805
Fort Lauderdale, Florida  33394
(305)434-4941; jmays@nmfalawfirm.com

Andrew Clay Phillips
Meier Watkins Phillips Pusch, LLP
919 18th Street NW, Suite 650
Washington, DC  20006
(847)951-7093; andy.phillips@mwpp.com


FOR THE DEFENDANT:
Jason Davis
Caroline N. Small
Davis & Santos, P.C.
719 South Flores Street
San Antonio, Texas  78204
(210)853-5882; jdavis@dslawpc.com
```

```
 1   COURT RECORDER:  FTR GOLD

 2   TRANSCRIBER:
     Angela M. Hailey, CSR, CRR, RPR, RMR
 3   Official Court Reporter, U.S.D.C.
     262 West Nueva Street
 4   San Antonio, Texas   78207
     Phone(210)244-5048; angela_hailey@txwd.uscourts.gov
 5

 6   Proceedings reported by electronic sound recording, transcript
     produced by computer-aided transcription.
 7
                         *   *   *   *   *
 8
```

1  out there's no liability for Mr. Paul, that would directly
2  affect this case as well.  So I'm wondering -- I will tell the
3  parties the motion to withdraw, the transfer to withdraw, I'm
4  not transferring this case to Judge Griffin, it would not be
5  fair.  I've already had involvement in the case, he's got
6  enough on his plate.  But I am considering staying some or all
7  of the proceedings in this case while that case gets rolling.
8  I need to hear from the parties on it.  I'm concerned about it.
9  Judicial resources need to be economized, there is the danger
10 of prejudice to both sides.
11         I'm very concerned, even though there's a voluntary
12 agreement by these potential class members to subject themself
13 to deposition, I'm concerned that that could be prejudicial to
14 them.  I'm concerned with the team on the Logan Paul side that
15 some of this information would be information that could be
16 used in the other case, even with the protective order.  And
17 the flip side, of course, anything that was disclosed by
18 defendants in this case to Mr. Paul, how could he not use that
19 in that case.  I'm worried.  I do not want to prejudice the
20 parties, I need to hear from the parties as to how to address
21 these issues.  It's separate from the motions in front of us.
22 I'd like to start with plaintiff.
23         And Mr. Cedillo, I hope you understand what my
24 concerns are and I'd like to hear your views.  I'd ask that you
25 approach the podium, the recording is better from what I hear.

```
1                    * * * * *
2            I certify that the foregoing is a correct transcript
3    from the electronic sound recording of the proceedings in the
4    above-entitled matter.
5            I further certify that the transcript fees and format
6    comply with those prescribed by the Court and the Judicial
7    Conference of the United States.
8
9
10   Date:
11
12    /s/ Angela M. Hailey
     _____
13   Official Court Reporter
     United States District Court
14   262 West Nueva Street
     San Antonio, Texas  78207
15   (210)244-5048
16
17
18
19
20
21
22
23
24
25
```