# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **LOGAN PAUL,**<br><br>*Plaintiff,*<br><br>v.<br><br>**STEPHEN FINDEISEN AND**<br>**COFFEE BREAK PRODUCTIONS, LLC**<br>**d/b/a COFFEEZILLA,**<br><br>*Defendants.* | **Civil Action No.: 5:24-cv-00717** |

### DECLARATION OF STEPHEN FINDEISEN

I, Stephen Findeisen, state under penalty of perjury as follows:

1. My name is Stephen Findeisen. I am over the age of 18, of sound mind, and suffer from no legal or mental disabilities. I have never been convicted of a felony or of a crime or offense involving moral turpitude. I am fully competent to testify on the matters stated herein, which are within my personal knowledge and are true and correct.

2. I am a defendant in this case. I am also sole member of the other defendant, Coffee Break Productions, LLC d/b/a Coffeezilla. I am submitting this declaration in support of Defendants' Response to Plaintiff Logan Paul's Motion to Preclude Defendants' Reliance on Journalist's Privilege. ECF No. 162.

3. I fully adopt and incorporate my prior declarations from February 3, 2025 (at ECF No. 32-1) and February 14, 2025 (at ECF No. 62-1) as if fully set forth herein.

1

4.  The Society of Professional Journalists (SPJ) is one of the nation's largest journalism organizations, dedicated to encouraging the free practice of journalism and upholding high ethical standards. Founded in 1909 as Sigma Delta Chi, SPJ champions journalists by recognizing outstanding achievement, protecting press freedom, promoting ethics, and preparing new generations of professionals. *See* [www.spj.org/about-spj](www.spj.org/about-spj). Recently, I received an invitation from the SPJ to be keynote speaker at a conference SPJ is co-hosting with Project Censored, a nonprofit watchdog organization that works to promote critical media literacy, independent journalism, and democracy, at the Park Center for Independent Media at Ithaca College on April 21 and 22, 2026. Attached hereto as **Exhibit A-1** is a true and correct copy of this invitation.

5.  My reporting on the CryptoZoo scam started in 2021 and was based on my own independent investigative journalism work. I was not hired or commissioned to conduct the CryptoZoo investigation. I exercised editorial decision-making authority for the entire series including what to include and what not to include in the publications, the timing of the publications, and whether to publish at all. During my independent investigation, I located and interviewed victims of the CryptoZoo scam, performed forensic blockchain analysis to trace funds, and invited comment from the subjects of my reporting, including Paul and his manager, prior to my three-part series publication. I undertook the investigation of CryptoZoo, and my ultimate reporting on the same, in furtherance of my overall goal to investigate and expose scams to protect members of the public, which I have been doing on a full-time basis since around 2019.

6.  My investigation of CryptoZoo and reporting on the same began in 2021, before the class action lawsuit against Paul was filed. I understand from my discussions with

class action counsel that he approached me based on my public reporting in late 2022. I agreed to be retained as an expert consultant on or about January 29, 2023, but I refused and continue to refuse any payment or renumeration for my consultation. My investigation and reporting on CryptoZoo continued after I was retained in the same manner it had prior to the retention. My retention by class-action counsel did not shape my reporting in any manner. Counsel in the class action did not provide me any financial support and he did not have any editorial or other control over my continued investigation and reporting. I have never been paid for my assistance with the CryptoZoo litigation, nor have I ever published anything at the behest of CryptoZoo litigation attorneys. I have never allowed CryptoZoo litigation attorneys to edit Coffeezilla content prior to publication. My investigation and reporting remained, and currently remain, independent and my own.

       7.      Throughout my career, I have come across scams that I sincerely believed to be breaking the law. I have always felt a civic obligation to report these matters to the relevant government agencies—which over the years, has led me to submit a variety of whistleblower reports to the DHS, CFTC, FBI, SEC, and IRS. CryptoZoo was no exception, and I believed at the time, and still believe, Paul and his team's actions violated the law. Accordingly, I referred this to the SEC and FBI. This whistleblower activity was, and remains, independent of my reporting. I have never worked for these government organizations, never given them editorial control, and never allowed them to edit content prior to publication. My investigation and reporting on CryptoZoo remained, and currently remains, independent from any whistleblower activity. I did not reveal to my audience my discussions with law enforcement based on my general understanding and good faith belief that federal investigations are typically kept secret and confidential.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge, recollection, and belief.

Executed on January 23, 26.

*Stephen Findeisen*
_____
Stephen Findeisen

4