# Exhibit A-1

---------- Forwarded message ---------
From: **Adam Sennott** <sennott.adam@gmail.com>
Date: Wed, Jan 14, 2026 at 3:21 PM
Subject: Re: SPJ - Coffeezilla
To: Coffeezilla <coffeebreaks42@gmail.com>

Hi Stephen,

It was great talking to you just now. As I mentioned, I'm chairing SPJ's national programming committee this year and we're going to be co-hosting a mini conference with Project Censored, a nonprofit watchdog organization that works to promote critical media literacy, independent journalism, and democracy, at the Park Center for Independent Media at Ithaca College on April 21 and 22.

The conference would coincide with the annual Izzy Awards, which are named after I.F. Stone and are distributed on April 22. So we're expecting a large number of people to attend, including many students.

We were wondering if you would be interested in giving a keynote talk on April 21. It would be a Q&A with a moderator, similar to the Zoom event we did. You wouldn't have to prepare a speech or anything like that.

This is going to be a free conference, but we will have funds to cover travel expenses.

Please let me know if this is something you'd be interested in participating in, and thank you for your time and consideration.


On Wednesday, January 14, 2026, Coffeezilla <coffeebreaks42@gmail.com> wrote:
> Hi Adam, I was contacted by Rachel Monroe from the New Yorker. She told me y'all were trying to get in touch related to the SPJ and a possible speaking engagement?
>
> Would love to hear more about it, my number is 210-860-0854 if you'd like to get in touch.
>
>
> Thanks
> Stephen Findeisen


--
Thanks
Stephen Findeisen

1