# Exhibit 2

```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE WESTERN DISTRICT OF TEXAS
                     SAN ANTONIO DIVISION

LOGAN PAUL,
      Plaintiff,

v.                              CIVIL ACTION NO.5:24-cv-00717

STEPHEN FINDEISEN AND
COFFEE BREAK
PRODUCTIONS LLC D/B/A
COFFEEZILLA
      Defendant.
```

-----------------------------------------------------------

```
                 ORAL VIDEOTAPED DEPOSITION
                      STEPHEN FINDEISEN
                      SEPTEMBER 10, 2025
```

-----------------------------------------------------------

            ORAL VIDEOTAPED DEPOSITION of

STEPHEN FINDEISEN, produced as a witness at the instance

of the Plaintiff, duly sworn, was taken in the

above-styled and numbered cause on the 10th day of

September 2025 from 10:00 a.m. to 7:19 p.m., before

MARIA DEL CARMEN ROSAS, Notary in and for the State of

Texas, reported by computerized-machine shorthand, at

the law office of Davis & Santos, 719 S. Flores Street,

San Antonio, Texas, 78209, Bexar County; pursuant to the

Federal Rules of Civil Procedure and any provisions

stated on the record or attached hereto.

                       * * * * *

Stephen Findeisen
September 10, 2025

```
 1  case were published by you after January of 2023; is
 2  that correct?
 3                MR. DAVIS:  Objection; form.
 4      A.    Correct.
 5      Q.    (BY MR. PHILLIPS)  There is in terms of the
 6  claims in this case, it's your June 29th, 2023, X post,
 7  your June 30th, 2023 YouTube video and your January 5,
 8  2024 YouTube video, right?
 9      A.    Correct.
10      Q.    All instances of you publicly calling CryptoZoo
11  Mr. Paul's scam, right, in one variation or another?
12      A.    Yes, something that he thanked me for.
13      Q.    Okay.  Do you think it was consistent with your
14  ethical duties as a journalist to report on Mr. Paul and
15  CryptoZoo publicly while serving as an expert witness in
16  litigation against Mr. Paul?
17                MR. DAVIS:  Objection; form.
18      A.    Sorry.  Can you ask the question again?
19      Q.    (BY MR. PHILLIPS)  Yeah.  Do you think it was
20  consistent with your ethical responsibilities as a
21  journalist to be reporting on Mr. Paul and CryptoZoo
22  publicly while secretly serving as a consulting expert
23  in litigation against Mr. Paul relating to CryptoZoo?
24                MR. DAVIS:  Objection; form.
25      A.    ==No, I don't think it's inconsistent.==
```

Stephen Findeisen
September 10, 2025

1   Q.   (BY MR. PHILLIPS)  Well, we spoke earlier
2  about journalistic ethics and responsibilities that you
3  recognize.  And one of the ones we talked about was
4  conflict of interest, right?
5   A.   Yes, sir.
6   Q.   Okay.  Isn't it a conflict interest for you to
7  be reporting on Mr. Paul and CryptoZoo at the same time
8  that you're secretly serving as a consulting expert in a
9  lawsuit regarding Mr. Paul and CryptoZoo?
10           MR. DAVIS:  Objection; form.
11   A.   I was unpaid.  I was just trying to help the
12  victims.
13   Q.   (BY MR. PHILLIPS)  Okay.  So you're --
14   A.   In the class action case.
15   Q.   In your mind it's -- it's just payment that
16  makes the difference in terms of whether that's a
17  conflict of interest?
18           MR. DAVIS:  Objection; form.
19   A.   I don't know, but I certainly think it's
20  relevant.  Well, I think you said is it the only thing
21  that makes it relevant, right?
22   Q.   (BY MR. PHILLIPS)  Well, you said it's
23  relevant, so it's not the only thing.
24   A.   I don't know.
25   Q.   You don't know?

Stephen Findeisen
September 10, 2025

1   A.   I think it would be hard for me to say but I
2   certainly think it is relevant.
3       Q.   You don't know if it creates a conflict of
4   interest for you to be reporting on a story subject at
5   the same time that you are retained as an expert on
6   behalf of plaintiffs who are suing that story subject?
7            MR. DAVIS:  Objection; form.
8       A.   I think I acted consistent in the manner that I
9   believed CryptoZoo was a scam, and I was trying to, one,
10  I was talking about my opinion about it.  And then
11  separately I was just providing information to
12  Mr. Kerker on an unpaid basis to help victims, yes.
13      Q.   (BY MR. PHILLIPS)  Do you think your role as
14  an expert in that litigation at the same time you were
15  publicly reporting on Mr. Paul at least creates the
16  appearance of a conflict of interest; would you conceive
17  that?
18           MR. DAVIS:  Objection; form.
19      A.   Because it's unpaid, I don't think I do agree.
20      Q.   (BY MR. PHILLIPS)  Because it's unpaid, you
21  see no problem with it at all?
22           MR. DAVIS:  Objection; form.
23      A.   You asked me if I thought it created the
24  appearance of a conflict of interest and I said no.
25      Q.   (BY MR. PHILLIPS)  And so we talked about how

Stephen Findeisen
September 10, 2025

```
 1    A.   I --
 2              MR. DAVIS:  Objection; form.
 3              THE WITNESS:  Excuse me.  Sorry.
 4    A.   Yes, I'm -- I'm an expert in that case as
 5  you're representing, I believe I am.
 6    Q.   (BY MR. PHILLIPS)  Okay.  While you're
 7  publicly reporting on Mr. Paul and CryptoZoo and making
 8  statements about Mr. Paul that one could fairly read as
 9  consistent with the Plaintiffs' position in that
10  litigation, don't you think you should have disclosed to
11  your audience that you've been retained as an expert?
12              MR. DAVIS:  Objection; form.
13    A.   I think I was fairly consistent with what my
14  position had been throughout the series of CryptoZoo,
15  positions that Mr. Paul agreed with.
16    Q.   (BY MR. PHILLIPS)  Do journalists have a duty
17  to disclose to their audience relationships that could
18  create a conflict or the perception of a conflict of
19  interest in their reporting?
20              MR. DAVIS:  Objection; form.
21    A.   Yes, generally, I think you should try to
22  report conflicts of interest.
23    Q.   (BY MR. PHILLIPS)  Okay.  If you had to do it
24  over again, would you disclose in your report on
25  Mr. Paul after January of 2023 the fact that you've been
```

Stephen Findeisen
September 10, 2025

```
 1  disclose- -- that you've been retained as an expert in

 2  that litigation?

 3              MR. PHILLIPS:  Yes, sir.

 4              MR. DAVIS:  Objection to the form.

 5      A.   I'm not sure because I still think that being

 6  unpaid changes it.

 7      Q.   (BY MR. PHILLIPS)  Was it an omission?

 8              MR. DAVIS:  Objection; form.

 9      A.   I don't know because I don't know if it was

10  a -- I mean, I didn't say it if that's what you mean by

11  omission, or if you mean omission as far as it's

12  material in some --

13      Q.   (BY MR. PHILLIPS)  Yeah --

14      A.   Capacity.

15      Q.   -- was it a material -- Was it a material

16  omission?  Was it something your audience probably

17  should been made aware of?

18              MR. DAVIS:  Objection; form.

19      A.   I didn't feel it was.

20      Q.   (BY MR. PHILLIPS)  And you still don't as you

21  sit here today?

22      A.   Correct.

23      Q.   Ethically, you're perfectly comfortable with

24  that?

25              MR. DAVIS:  Objection; form.
```

Stephen Findeisen
September 10, 2025

1     A.    Serving as an unpaid expert while saying, all
2  the same things I was saying all the things I was
3  thanked for, yes.
4     Q.    (BY MR. PHILLIPS)  All right.  Now let's go
5  back to PXSF 28, the chat log communications with Skip.
6  If you can turn to the page 004750.
7     A.    Yes, sir.
8     Q.    I'd like to ask you about Skip's message to you
9  at 6:48 a.m. on September 22nd, 2022.  Are you there?
10    A.    Yes, sir, I am.
11    Q.    Take a moment to read through that message.  It
12 continues on to the following page.
13          All right.  So in this long message on
14 September 22nd, 2022, Skip is describing to you
15 discussions that he had with Mr. Paul's manager, Jeff
16 Levon, on September 19 and 20, right?
17    A.    That's correct.
18    Q.    Concerning CryptoZoo?
19    A.    That is correct.
20    Q.    Now, it's your understanding that at this time
21 Mr. Paul had placed his manager, Mr. Levon, directly in
22 charge of the project, right?
23    A.    I -- I don't know if that was my understanding
24 at the time, but, more or less, I understood that Logan
25 Paul had largely kind of -- was not engaged in the