# EXHIBIT 1

1

<pre>
 1                    UNITED STATES DISTRICT COURT
                      WESTERN DISTRICT OF TEXAS
 2                      SAN ANTONIO DIVISION

 3    LOGAN PAUL,                    )
      Plaintiff,                     )
 4                                   ) Case Number
      vs.                            ) SA:24-CV-00717-OLG-HJB
 5                                   )
      STEPHEN FINDEISEN and          )
 6    COFFEE BREAK PRODUCTIONS, LLC,) San Antonio, Texas
      Defendants.                    ) September 11, 2025
 7    *****************************************************
                           MOTIONS HEARING
 8           BEFORE THE HONORABLE HENRY J. BEMPORAD
                 UNITED STATES MAGISTRATE JUDGE
 9
      A P P E A R A N C E S:
10    FOR THE PLAINTIFF:
      Ricardo G. Cedillo
11    Davis, Cedillo & Mendoza
      755 E. Mulberry Avenue, Suite 500
12    San Antonio, Texas  78212
      (210)822-6666; rcedillo@lawdcm.com
13
      Jason L. Mays
14    Neiman Mays Floch & Almeida, PLLC
      One Financial Plaza, 100 SE 3rd Avenue, Unit 805
15    Fort Lauderdale, Florida  33394
      (305)434-4941; jmays@nmfalawfirm.com
16
      Andrew Clay Phillips
17    Meier Watkins Phillips Pusch, LLP
      919 18th Street NW, Suite 650
18    Washington, DC  20006
      (847)951-7093; andy.phillips@mwpp.com
19

20    FOR THE DEFENDANT:
      Jason Davis
21    Caroline N. Small
      Davis & Santos, P.C.
22    719 South Flores Street
      San Antonio, Texas  78204
23    (210)853-5882; jdavis@dslawpc.com

24

25
</pre>

1    COURT RECORDER:  FTR GOLD

2    TRANSCRIBER:
     Angela M. Hailey, CSR, CRR, RPR, RMR
3    Official Court Reporter, U.S.D.C.
     262 West Nueva Street
4    San Antonio, Texas  78207
     Phone(210)244-5048; angela_hailey@txwd.uscourts.gov

5

6    Proceedings reported by electronic sound recording, transcript
     produced by computer-aided transcription.

7                          *   *   *   *   *

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    *as a journalist.*  And in the definitions, the journalist

2    includes not only the journalist himself, but a person who

3    supervises or assists in the gathering, preparing and

4    disseminating of news.  So, I don't think there's a serious

5    challenge, at least in their papers, that Mr. Findeisen is a

6    journalist, at least they haven't argued that in this motion or

7    that the editorial team were assisting in that process.  The

8    question is did they get over the balancing test over the

9    privilege, and that has already been decided by the taint team,

10   Your Honor.

11          THE COURT:  All right, two questions.  One having to

12   do with the last thing that you mentioned, the statute 22.023.

13   Isn't part of your argument that there's supposed to be a

14   relevantly high burden on them to pierce this privilege or do

15   you believe that the burden is on you to show the privilege in

16   this matter?

17          MS. SMALL:  The burden is on us as the privilege

18   holder to establish the privilege.  They're not contesting the

19   privilege, their briefing is on here is why we overcome it.

20          THE COURT:  Isn't that burden on them then?

21          MS. SMALL:  A hundred percent.

22          THE COURT:  Okay.  Yeah, that's what it seemed like.

23   The other question is I know you're saying, look, we went

24   through this whole process, we didn't intend to go through that

25   process with the third-party review and then get ourselves into

1              *   *   *   *   *

2          I certify that the foregoing is a correct transcript

3    from the electronic sound recording of the proceedings in the

4    above-entitled matter.

5          I further certify that the transcript fees and format

6    comply with those prescribed by the Court and the Judicial

7    Conference of the United States.

8

9

10   Date:

11

12    /s/ Angela M. Hailey

13   Official Court Reporter
     United States District Court
14   262 West Nueva Street
     San Antonio, Texas  78207
15   (210)244-5048

16

17

18

19

20

21

22

23

24

25