# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS

### SAN ANTONIO DIVISION

LOGAN PAUL,

                *Plaintiff*,

    v.

STEPHEN FINDEISEN AND COFFEE BREAK
PRODUCTIONS LLC D/B/A COFFEEZILLA,

                *Defendants*.

Civil Action No.: 5:24-cv-00717

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXCLUDE TESTIMONY OF JAMES C. SPINDLER

Upon consideration of Plaintiff's Motion to Exclude Testimony of James C. Spindler, filed

Febraury 27, 2026,

IT IS HEREBY ORDERED THAT:

1.  Plaintiff's Motion to Exclude Testimony of James C. Spindler is GRANTED.


SO ORDERED this _____ day of _____, 2026.


_____
HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE