UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

LOGAN PAUL

vs.

STEPHEN FINDEISEN AND COFFEE BREAK LLC D/B/A COFFEEZILLA

Case No.: 5:24-cv-717

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Mark Thomson, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Logan Paul, plaintiff in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Meier Watkins Phillips Pusch LLP with offices at:

   Mailing address: 1120 20th Street NW, Suite 550

   City, State, Zip Code: Washington, DC 20006

   Telephone: 202-318-3655    Facsimile:

2. Since 2017, Applicant has been and presently is a member of and in good standing with the Bar of the State of the District of Columbia. Applicant's bar license number is 1048004.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| USDC for the District of Columbia | 04/10/2024 |
| US Court of Appeals for the First Circuit | 4/27/2017 |
| US Court of Appeals for the Federal Circuit | 05/08/2012 |
| USDC for the Western District of Michigan | 05/22/2025 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   N/A

5. I [X] have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the ____ day of _____, ____.
   Number: _____ on the ____ day of _____, ____.
   Number: _____ on the ____ day of _____, ____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

   N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Ricardo Cedillo

Mailing address: 755 E. Mulberry Ave., Suite 250

City, State, Zip Code: San Antonio, Texas 78212

Telephone: 210-822-6666

Should the Court grant applicant's motion, Applicant shall tender the amount of $322.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Mark Thomson to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Mark Thomson
[printed name of Applicant]

*[signature]*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 2nd day of March 2026.

Mark Thomson
[printed name of Applicant]

*[signature]*
[signature of Applicant]