IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LOGAN PAUL,<br><br>    *Plaintiff*,<br><br>v.<br><br>STEPHEN FINDEISEN AND<br>COFFEE BREAK PRODUCTIONS, LLC<br>d/b/a COFFEEZILLA,<br><br>    *Defendants*. | Civil Action No.: 5:24-cv-00717 |

**DEFENDANTS' OPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION TO EXCLUDE TESTIMONY OF JAMES C. SPINDLER**

TO THE HONORABLE COURT:

Defendant Stephen Findeisen and Coffee Break Productions, LLC d/b/a Coffeezilla (collectively, "**Defendants**"), file this Opposed Motion to Extend Deadline to Respond to Plaintiff's Motion to Exclude Testimony of James C. Spinder and in support respectfully show:

1. On February 27, 2026, Plaintiff filed a Motion to Exclude Testimony of James C. Spinder (the "**Spindler Motion**"). *See* ECF No. 172. Defendants' response is currently due Friday, March 6, 2026.

2. Defendants respectfully request a two-week extension to March 20, 2026 to respond to the Spindler Motion due to preexisting travel plans for the upcoming Spring Break holiday, depositions previously scheduled in other matters, and in-person hearings previously scheduled in other matters.

3. Counsel for Defendants conferred with counsel for Plaintiff and Plaintiff is opposed to the requested extension of time citing concern about getting the matter ruled on before the trial. Trial is scheduled to begin on May 4, 2026, with the final pre-trial conference scheduled for April 29, 2026. *See* ECF No. 122. Allowing Defendants to file their response to the Spindler Motion on March 20 would put the deadline for Plaintiff's reply at March 27 (*see* Local Rule CV-7)—which is more than a month before the Court's pretrial conference at which time (or before) the Court can rule on the Spindler Motion.

4. A court may, for good cause, grant a motion for an extension of time that is filed before the original time expires. Fed. R. Civ. P. 6(b)(1)(A); *McCarty v. Thaler*, 376 F. App'x 442, 443 (5th Cir. 2010).

5. This relief requested is sought not for the purposes of delay but so that justice may be done.

## RELIEF REQUESTED

6. WHEREFORE, Defendants respectfully request the Court grant this opposed Motion to Extend and extend Defendants' deadline to respond to the Spinder Motion to **March 20, 2026**.

Dated: March 3, 2026.

        Respectfully submitted,

        **DAVIS & SANTOS, PLLC**

        By: /s/ *Caroline Newman Small*
        Jason M. Davis
        Texas State Bar No. 00793592
        Email: jdavis@dslawpc.com
        Caroline Newman Small
        Texas State Bar No. 24056037
        Email: csmall@dslawpc.com

Rachel Garza  
Texas State Bar No. 24125240  
Email: rgarza@dslawpc.com  
719 S. Flores Street  
San Antonio, Texas 78204  
Tel: (210) 853-5882  
Fax: (210) 200-8395  

*Attorneys for Defendants*

## CERTIFICATE OF CONFERENCE

I certify that on March 3, 2026, counsel for Defendants Stephen Findeisen and Coffee Break Productions, LLC conferred with counsel for Plaintiff Logan Paul and confirmed that this motion is opposed. Counsel will continue to confer to see if any agreement can be reached regarding an extension of time.

*/s/ Caroline Newman Small*  
Caroline Newman Small

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2026, the foregoing document was served on all counsel of record via the Court's ECF system.

*/s/ Caroline Newman Small*  
Caroline Newman Small