UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LOGAN PAUL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | SA-24-CV-717-OLG (HJB) |
| | § | |
| STEPHEN FINDEISEN, and | § | |
| COFFEE BREAK PRODUCTIONS LLC | § | |
| d/b/a Coffeezilla, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court are Defendants' Motion for Leave to Take Videotaped Depositions of Duarte Campos de Oliveira, Martin Campos de Oliveira, and Kira Ann Krieg (Docket Entry 116), Defendants' Motion to Compel (Docket Entry 136), Defendants' Motion for Leave to Designate Responsible Third Parties (Docket Entry 140), Plaintiff's Motion to Preserve Deposition Confidentiality Designation (Docket Entry 155), Plaintiff's Renewed Motion and Motion for Reconsideration of Plaintiff's Motion to Compel Production of Communications To and From Harry Bagg and/or Ed Leszczynski (Docket Entry 160), and Plaintiff's Motion to Preclude Defendants' Reliance on Journalist's Privilege (Docket Entry 162). Pretrial and scheduling matters in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b). (Docket Entry 33.)

The Court held a hearing on the above motions on March 9, 2026. In accordance with the Court's rulings at the hearing, it is hereby **ORDERED** as follows:

1) Defendants' Motion for Leave to Designate Responsible Third Parties (Docket Entry 140) is **GRANTED IN PART** and **DENIED WITHOUT PREJUDICE IN PART**,

as follows:

    a. With regard to proposed third parties Eddie Ibanez and Jake Greenbaum, the motion is **GRANTED**, subject to reconsideration by the District Court at trial if Defendants seek to have the jury instructed regarding these third parties or include them in the verdict form.

    b. With regard to the remainder of the proposed third parties, the motion is **DENIED WITHOUT PREJUDICE** to Defendant's ability to present evidence and argument regarding the proposed third parties as a defense to the damages alleged by Plaintiff.

2) Plaintiff's Motion to Preserve Deposition Confidentiality Designation (Docket Entry 155) is **GRANTED IN PART**, as follows:

    a. With regard to the written transcript of Plaintiff's deposition, Plaintiff must, **on or before March 23, 2025,** specifically designate, by page and line number, the portions of the deposition Plaintiff wishes to designate as remaining confidential. The parties must then confer in an attempt to reach an agreement as to the specific confidentiality designation. Subject to such agreement, the document may remain designated as confidential until the deadline for filing the parties' Joint Pretrial Order; after that date, it will no longer be confidential unless the District Court seals it.

    b. With regard to the videotape of Plaintiff's deposition, it may remain designated as confidential until the date of the Pretrial Conference; after that date, it will no longer be confidential unless the District Court seals it.

3) Defendants' Motion for Leave to Take Videotaped Depositions of Duarte Campos de Oliveira, Martin Campos de Oliveira, and Kira Ann Krieg (Docket Entry 116), and Defendants' Motion to Compel (Docket Entry 136) are **DENIED AS MOOT** in light of the parties' agreements as to the motions announced in open court.

4) Proceedings on Plaintiff's Renewed Motion and Motion for Reconsideration of Plaintiff's Motion to Compel Production of Communications To and From Harry Bagg and/or Ed Leszczynski (Docket Entry 160), and Plaintiff's Motion to Preclude Defendants' Reliance on Journalist's Privilege (Docket Entry 162) are **CONTINUED**. **On or before March 23, 2026**, the parties must file a Joint Advisory as to the status of their negotiations regarding these motions, and as to the dates agreed upon for any depositions that remain to be conducted.

**SIGNED** on March 10, 2026.

_____
Henry J. Bemporad
United States Magistrate Judge