# Exhibit B

Stephen Findeisen
September 10, 2025

```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF TEXAS
                   SAN ANTONIO DIVISION

LOGAN PAUL,
      Plaintiff,

v.                              CIVIL ACTION NO.5:24-cv-00717

STEPHEN FINDEISEN AND
COFFEE BREAK
PRODUCTIONS LLC D/B/A
COFFEEZILLA
      Defendant.

----------------------------------------------------------

                 ORAL VIDEOTAPED DEPOSITION
                      STEPHEN FINDEISEN
                      SEPTEMBER 10, 2025

----------------------------------------------------------
```

ORAL VIDEOTAPED DEPOSITION of

STEPHEN FINDEISEN, produced as a witness at the instance

of the Plaintiff, duly sworn, was taken in the

above-styled and numbered cause on the 10th day of

September 2025 from 10:00 a.m. to 7:19 p.m., before

MARIA DEL CARMEN ROSAS, Notary in and for the State of

Texas, reported by computerized-machine shorthand, at

the law office of Davis & Santos, 719 S. Flores Street,

San Antonio, Texas, 78209, Bexar County; pursuant to the

Federal Rules of Civil Procedure and any provisions

stated on the record or attached hereto.

* * * * * *

Stephen Findeisen
September 10, 2025

A P P E A R A N C E S


FOR THE PLAINTIFF:
      BY:  ANDREW C. PHILLIPS
      METER WATKINS PHILLIPS PUSCH LLP
      919 18th Street NW, Suite 650
      Washington, DC 20006
      Telephone:  (202) 318-3655
      Email:  andy.phillips@mwpp.com


      BY:  JEFFERY A. NEIMAN & JASON L. MAYS
      NEIMAN MAYS FLOCH & ALMEIDA, PLLC
      100 SE 3rd Ave., Suite 805
      Fort Lauderdale, Florida 33394
      Telephone:  (954) 462-1200
      Email:  jneiman@nmfalaw.com
              jmays@nmfalaw.com

       BY:  RICARDO G. CEDILLO & BRIAN LEWIS
      DAVIS, CEDILLO & MENDOZA, INC.
      755 E. Mulberry Ave., Suite 250
      San Antonio, Texas 78212
      Telephone:  (210) 822-6666
      Email:  rcedillo@lawdcm.com
              blewis@lawdcm.com


FOR THE DEFENDANT:
      BY:  JASON DAVIS & CAROLINE NEWMAN SMALL
      DAVIS & SANTOS
      719 S. Flores Street
      San Antonio, Texas, 78209
      Telephone:  (210) 859-5832
      Email:  jdavis@dslawpc.com
              csmall@dslawpc.com


ALSO PRESENT:

      BRAD ROSAUER,
          Videographer

      CASEY CHRISTIAN
          Senior Paralegal


                  * * * * * *

Stephen Findeisen
September 10, 2025

I N D E X

                                                              PAGE

Appearances ......................................2


                        EXAMINATION
                                                              PAGE

STEPHEN FINDEISEN
    Examination By Mr. Phillips ........................6


                          EXHIBITS

NO.        DESCRIPTION                                      PAGE

1        8.15.25 Findeisen Objs and Respns to Pls ......21
            3rd Set of IROGS, 1st RFAs
2        6.29.23 X Post- Blocked - Ex. A. to ..........24
            Complaint
3         6.30.23 Video - Logan Paul's Scam Isn't ......34
            Over
4        1.5.24 Video - Logan Pauls Refund .............39
5        20240104 Logan-Paul X Post.png. ...............44
6        Cross-Claims Dkt. 55 (D004245-4290)] ..........52
8        R and R Holland v. CryptoZoo No. ..............77
            1-23-cv-00110-ADA-RCG W.D. Tex. Aug. 14,
            2025 -Dkt. 107]
9        CryptoZoo notes - D 004374-4378 ...............94
11       9.10.21 Exposing Logan Paul's New Crypto .....109
            Art
12       Jan. 27, 2019 video YouTube analytics (D .....120
            005070-5074)
13       7.11.21 YouTube Analytics - D 005080-5084 ....123
14        8.25.21 YouTube Analtics D 005090-5094 ......125
19       12.16.22 YouTube Analytics D 005030-5034 .....128
28       Skip-Coffeezilla Chat Logs D 004748-4785 .....149
29       LS 10.20.22 CALL WITH STEPHEN - AUDIO - ......156
            SCHIPELLITI_357
30       LS 4.20.23 call re CZ lawsuits -AUDIO - ......184
            SCHIPELLITI_359
31       CryptoZoo Critique - Grades Blurb D ..........214
            004786-91
32       Steven Texts MELLINA_00000729-735 AND D ......216
            004349Mellina
33       MELLINA_00000297-662 .........................219

Stephen Findeisen
September 10, 2025

34      Jake - Coffeezilla texts (D004929-4931) ......245
38      SEC Submission (D 049520-49530) ..............250
39      Email to TMguire with SEC Report attached ....174
            (D 004021-4032)
45      July 27, 2025 Email to TMcGuire D 050021 .....261
49      LS - AUDIO - SCHIPELLITI_356 .................154
51      Thumbnail - Jeff Bezos Scammed Me.png ........286


                                                         PAGE

Changes and Signature ................................318
Notary's Certificate .................................320

                    *  *  *  *  *

Stephen Findeisen
September 10, 2025

amalgamation of them --

A.   Sure.

Q.   -- what is your -- the basis for your belief that they are unregistered securities?

MR. DAVIS:  Objection; form.

A.   My understanding is there's a -- something called a Howey test where the FCC tries to define what a security is.  And my understanding is it's like a four-prong test and CryptoZoo, in my view, meets those four parts.

Q.    (BY MR. PHILLIPS)  You're not an attorney, right?

A.   No, I'm not.

Q.   Do you know if the FCC has ever determined that either the CryptoZoo eggs, NFTs or the ZOO tokens are unregistered securities?

MR. DAVIS:  Objection; form.

A.   I do not -- I do not know if they've ever determined whether CryptoZoo eggs or NFTs are unregistered sec- -- securities.

Q.    (BY MR. PHILLIPS)  Did the FCC bring any kind of enforcement action against Mr. Paul on the basis that either ZOO tokens or egg NFTs constituted unregistered securities?

A.   Not that I'm aware of.

Stephen Findeisen
September 10, 2025

MR. DAVIS:  Again, let me get my objections.

THE WITNESS:  I'm sorry, sir.

MR. DAVIS:  And then you can answer.

Objection; form.

Q.    (BY MR. PHILLIPS)  Are you aware of any government entity or court that has ever concluded that the CryptoZoo egg NFTs and/or ZOO tokens are unregistered securities?

A.    Sorry.  You said -- can you say the question again as you mentioned multiple kind of groups.

Q.    Yeah.  Are you aware of any government entity or court that has ever concluded that the CryptoZoo egg NFTs or ZOO tokens constitute unregistered securities?

MR. DAVIS:  Objection; form.

A.    Sitting here today, I'm not -- I'm not sure.  I think there was, actually, something sort of in this where they kind of mention, but I don't recall if they -- their conclusion was that CryptoZoo eggs or ZOO tokens are unregistered securities.

Q.    (BY MR. PHILLIPS)  Okay.  So the answer to my question's no.  You can't identify for me any government entity or court that has said these are unregistered securities?

A.    Sit- --

Stephen Findeisen
September 10, 2025

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

LOGAN PAUL,
        Plaintiff,

v.                                    CIVIL ACTION NO.5:24-cv-00717

STEPHEN FINDEISEN AND
COFFEE BREAK
PRODUCTIONS LLC D/B/A
COFFEEZILLA
        Defendant.

NOTARY'S CERTIFICATION
ORAL VIDEOTAPED DEPOSITION OF STEPHEN FINDEISEN
SEPTEMBER 10, 2025

        I, MARIA DEL CARMEN ROSAS, Notary, in and for

the State of Texas, hereby certify to the following:

        That the witness, STEPHEN FINDEISEN, was duly

sworn by the officer and that the transcript of the Oral

Videotaped Deposition is a true record of the testimony

given by the Witness;

        That the deposition transcript was submitted on

_____ ( ) to the witness or ( ) to

the attorney for the witness for examination, signature

and return to me by _____;

        That the amount of time used by each party at
the deposition is as follows:

        BY Mr. Andrew C. Phillips:  07:56
        BY Mr. Jeffery A. Neiman    00:00
        By Mr. Jason Mays:          00:00
        Ricardo Cedillo:            00:00
        Brian Lewis:                00:00
        Jason Davis:                00:00
        Caroline Newman Small:      00:00

Stephen Findeisen
September 10, 2025

That pursuant to information given to the deposition officer at the time said testimony was taken, the following includes counsel for all parties of record:

    Andrew C. Phillips - Attorney for Plaintiff
    Jeffery A. Neiman  - Attorney for Plaintiff
    Jason Mays         - Attorney for Plaintiff
    Ricardo Cedillo    - Attorney for Plaintiff
    Brian Lewis        - Attorney for Plaintiff
    Jason Davis        - Attorney for Defendant
    Caroline Newman Small - Attorney for Defendant

I further certify that I am neither counsel for, related to, nor employed by any of the parties or attorneys in the action in which this proceeding was taken.  And further, that I am not financially or otherwise interested in the outcome of the action.

Certified to by me this ___ day of _____, 2025.

_____
MARIA DEL CARMEN ROSAS,
Notary Public No. 1315822722
U.S. Legal Support
Firm Registration No. 122
16825 Northchase Dr, Suite 77060
Houston, Texas  77060
Telephone: (210) 591-1791