# Exhibit C

**Alix**Partners

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS

## SAN ANTONIO DIVISION

| | |
|---|---|
| Logan Paul, | |
| *Plaintiff,* | |
| *vs*. | Civil Action No. 5:24-cv-717 |
| Stephen Findeisen and Coffee Break Productions LLC d/b/a Coffeezilla, | |
| *Defendants.* | |

## EXPERT REPORT OF KEVIN E. MADURA

### I.    BACKGROUND AND QUALIFICATIONS

1. I am a Director at AlixPartners, LLP and specialize in cryptocurrency technology, software development processes and computer programming. I hold a Bachelor of Science in Computer Science from the University of Maryland and a Master's in Technology Management from Georgetown University. AlixPartners is being compensated for my work in this matter at a rate of $1,080 per hour.

1

**AlixPartners**

54. In my opinion, considering the aforementioned knowledge requirements, a non-technical individual would find it very difficult to evaluate progress and confirm functionality of the relevant CryptoZoo smart contracts without a complete, or nearly complete, application.

A. **Mr. Ibanez and Mr. Greenbaum provided technical direction, made implementation decisions, and provided progress updates regarding improvement in the application's functionality**

55. In my review of contemporaneous communications between Paul and the CryptoZoo team, in my opinion, Paul was not in a position to properly evaluate the accuracy or substance of various technical claims made by Greenbaum or Ibanez.

56. For example, as early as May 16, 2021, Paul asked[36] "who's in charge of [the] liquidity/ token pool" as he didn't know "how any of that … works." Ibanez responded asking if Paul had a trading strategy and if so, "can code it up into an algorithm." Greenbaum responded to the same text, explaining that his "role" would be focused on "tokenomics" and that desired activity pertaining to the team's token movements could be "algo[rithmically] built."

57. On May 20, 2021, Ibanez asks for various social media accounts so that he can disseminate a link to a GitHub code repository "so people can see we have some custom code." Importantly, he also notes that after an onboarding video is made he would "mint tokens on smart contracts" – indicating his control over the relevant CryptoZoo code[37].

---

[36] "CryptoZoo GC Part 1" at PAUL_CZ00004811
[37] *Id*. at 4860

23

**Alix**Partners

99. As of February 18, 2025, the same cryptocurrency address ("0918") still controls approximately 96 billion ZOO (per contract versions V1, V2, and V3 tokens, due to airdrops) and ~29 WBNB for a value of ~$18,858.66. In other words, no ZOO appears to have been sold according to transactions that are visible on the blockchain.

100.    Additionally, I was provided an address which I have been told was used by Paul or his representatives to transmit funds in support of a "buyback" for individual addresses. My review of this address' transactions[77] confirms the distribution of ETH to many different addresses in a manner consistent with how I would expect a buyback program to be executed.

101.    For many cryptocurrency projects the notion of a buyback is uncommon; for projects known to be scams, buybacks are exceedingly rare if they happen at all.

---

[77] https://etherscan.io/address/0xAec9D16C17218DF4c8971da48e4d918F926D26b2

33