**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS**

**SAN ANTONIO DIVISION**

| | |
|---|---|
| LOGAN PAUL,<br><br>            Plaintiff,<br><br>   v.<br><br>STEPHEN FINDEISEN AND COFFEE BREAK PRODUCTIONS LLC D/B/A COFFEEZILLA,<br><br>            Defendants. | Civil Action No. 5:24-cv-00717 |

**JOINT ADVISORY REGARDING EFFORTS TO RESOLVE MOTIONS**

In compliance with the Court's March 10, 2026 Order (Dkt. 176), which requires the Parties to file a joint advisory "as to the status of their negotiations" regarding depositions and various motions, the Parties state as follows:

1.      With respect to additional depositions being sought by Defendants, Defendants have agreed that the final deponent will be Kira Ann Krieg, a witness in New Zealand.  However, Ms. Krieg has not yet responded to Defendants' outreach to schedule her deposition. This would be the last deposition sought by the Defendants.  If Ms. Krieg does not contact and provide deposition dates to Defendants' counsel on or before 12 p.m. on March 25, 2026, the Defendants agree to drop their request for that final deposition.

2.      With respect to Plaintiff's Motion to Preserve Deposition Confidentiality Designation, Plaintiff asked the Defendants for a one-week extension from March 23 to March 30 to comply with this Court's Order (Dkt. No. 176) to specifically designate by page and line number portions of Plaintiff's deposition Plaintiff wishes to designate as remaining confidential. Defendants agreed to that extension request.

3.      With respect to Plaintiff's Renewed Motion and Motion for Reconsideration of Plaintiff's Motion to Compel Production of Communications to and From Harry Bagg and/or Ed Leszczynski (Dkt. 160) and Plaintiff's Motion to Preclude Defendants' Reliance on Journalist Privilege (Dkt. 162), the Parties have had multiple discussions to try and reach agreement.  Those discussions remain ongoing, and the Parties are hopeful that they will soon reach a resolution.  If they fail to do so, the Parties will promptly inform the Court.

<table>
<tr><td>

*/s/ Andrew C. Phillips*
Andrew C. Phillips (*Pro Hac Vice*)
Shannon B. Timmann (*Pro Hac Vice*)
Mark Thomson (Pro Hac Vice)
MEIER WATKINS PHILLIPS PUSCH LLP
1120 20th St NW, Suite 550
Washington, DC 20036
(202) 318-3655
Email: andy.phillips@mwpp.com
Email: shannon.timmann@mwpp.com
Email: mark.thomson@mwpp.com

Jeffrey A. Neiman (*Pro Hac Vice*)
Jason L. Mays (*Pro Hac Vice*)
NEIMAN MAYS FLOCH & ALMEIDA PLLC
100 SE 3rd Ave., Suite 805
Ft. Lauderdale, Florida 33394
Email: jneiman@nmfalawfirm.com
Email: jmays@nmfalawfirm.com

Ricardo Cedillo (Texas Bar No. 04043600)
DAVIS, CEDILLO & MENDOZA
755 E. Mulberry Ave., Ste. 250
San Antonio, TX 78212
(210) 822-6666
Email: rcedillo@lawdcm.com

*Counsel for Plaintiff*

</td><td>

DAVIS & SANTOS, PLLC

*/s/ Caroline Newman Small*
Caroline Newman Small
Texas State Bar No. 24056037
Jason M. Davis
Texas State Bar No. 00793592
Rachel Garza
Texas State Bar No. 24125240
719 S. Flores Street
San Antonio, Texas 78204
Tel: (210) 853-5882
Fax: (210) 200-8395
Email: jdavis@dslawpc.com
Email: csmall@dslawpc.com
Email: rgarza@dslawpc.com

*Counsel for Defendants*

</td></tr>
</table>

**CERTIFICATE OF SERVICE**

I hereby certify that, on the March 23, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

*/s/ Andrew C. Phillips*