UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

LOGAN PAUL, §
 §
 §
    Plaintiff, §
 §
v. §    SA-24-CV-717-OLG (HJB)
 §
STEPHEN FINDEISEN, and §
COFFEE BREAK PRODUCTIONS LLC §
d/b/a Coffeezilla, §
 §
    Defendants. §

**ORDER SETTING
IN-PERSON HEARING**

Before the Court is Plaintiff's Motion to Exclude Testimony of James C. Spindler. (Docket Entry 172.)  Pretrial and scheduling matters in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b).  (*See* Docket Entry 33.)

It is hereby **ORDERED** that Plaintiff's motion (Docket Entry 172) is set for an in-person hearing on **April 9, 2026**, at **10:00 A.M.** in Courtroom D on the 2nd Floor of the United States Courthouse, 262 West Nueva Street, San Antonio, Texas, 78207.

**SIGNED** on March 24, 2026.

_____
Henry J. Bemporad
United States Magistrate Judge