UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LOGAN PAUL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | SA-24-CV-717-OLG (HJB) |
| | § | |
| STEPHEN FINDEISEN, and | § | |
| COFFEE BREAK PRODUCTIONS LLC | § | |
| d/b/a Coffeezilla, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is the status of this case, in which pretrial and scheduling matters have been referred to the undersigned pursuant to 28 U.S.C. § 636(b).  (Docket Entry 33.)

The Court held a motions hearing on March 9, 2026.  In light of the parties' representations at the hearing, the Court continued the proceedings on two of the pending motions: (1) Plaintiff's Renewed Motion and Motion for Reconsideration of Plaintiff's Motion to Compel Production of Communications To and From Harry Bagg and/or Ed Leszczynski (Docket Entry 160); and (2) Plaintiff's Motion to Preclude Defendants' Reliance on Journalist's Privilege (Docket Entry 162), The Court ordered the parties to file a Joint Advisory as to the status of their negotiations regarding these motions.  (*See* Docket Entry 176.)

The parties filed their Joint Advisory on March 23, 2026.  (Docket Entry 178.)  In the advisory, the parties represent, *inter alia*, that they "have had multiple discussions to try and reach agreement," that the discussions remain ongoing, and that "the Parties are hopeful that they will soon reach a resolution."  (*Id.* at 2.)

In light of the parties' advisory, the Court **DENIES WITHOUT PREJUDICE** Plaintiff's Renewed Motion and Motion for Reconsideration of Plaintiff's Motion to Compel Production of Communications To and From Harry Bagg and/or Ed Leszczynski (Docket Entry 160), and Plaintiff's Motion to Preclude Defendants' Reliance on Journalist's Privilege (Docket Entry 162). If the parties do not reach a resolution of the motions, Plaintiff may renew the motions.

Any renewed motion must include a certificate indicating that counsel for the parties have conferred in a good-faith attempt to resolve the matter by agreement and setting out the specific reason that no agreement could be made. W.D. TEX. R. CV-7(g). And any motion or response must include an affidavit as to the reasonable expenses to be awarded pursuant to Federal Rule of Civil Procedure 37, and argument concerning whether such expenses should be paid by the party, the attorney, "or both." FED. R. CIV. P. 37(a)(5)(A).

It is so **ORDERED**.

**SIGNED** on March 24, 2026.

Henry J. Bemporad
United States Magistrate Judge

2