**FILED**

March 30, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____NM_____

DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **LOGAN PAUL** | § | |
| | § | |
| | § | |
| | § | |
| **v.** | § | **CIVIL NO. SA-24-CV-00717-OLG** |
| | § | |
| | § | |
| **STEPHEN FINDEISEN and COFFEE** | § | |
| **BREAK PRODUCTIONS LLC** | | |

**ORDER VACATING TRIAL**
**AND PRETRIAL CONFERENCE**

IT IS HEREBY ORDERED that the **JURY SELECTION AND TRIAL**, having been set in this case for **Monday, May 4, 2026, at 9:30 A.M. is hereby VACATED until further order of the Court.**

IT IS FURTHER ORDERED that the **PRETRIAL CONFERENCE** set for **Wednesday, April 29, 2026, at 10:30 A.M.** is also **VACATED until further order of the Court.**

It is so **ORDERED**.

**SIGNED** this 30th day of March, 2026.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE