**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

|  |  |
|---|---|
| **LOGAN PAUL,** | |
| *Plaintiff,* | |
| **v.** | **Civil Action No.: 5:24-cv-00717** |
| **STEPHEN FINDEISEN AND COFFEE BREAK PRODUCTIONS, LLC d/b/a COFFEEZILLA,** | |
| *Defendants.* | |

**DEFENDANTS' UNOPPOSED MOTION TO CONTINUE**

TO THE HONORABLE COURT:

Defendants Stephen Findeisen and Coffee Break Productions, LLC d/b/a Coffeezilla (collectively, "**Defendants**"), file this Unopposed Motion to Continue and in support respectfully show:

1.      On February 27, 2026, Plaintiff filed a Motion to Exclude Testimony of James C. Spinder (the "**Spindler Motion**"). ECF No. 172. Defendants filed their response March 20, 2026.

2.      Per this Court's Order Setting In-Person Hearing (ECF No. 179), a hearing on the Spindler Motion is currently set for April 9, 2026, at 10:00 a.m.

3.      Defendants respectfully request a continuance of the above hearing due to counsel being unavailable for depositions previously scheduled in another matter and a final pretrial hearing previously scheduled in another matter.

4. Counsel for Defendants conferred with counsel for Plaintiff, and Plaintiff is unopposed to the requested continuance. The parties have conferred and are both available for a reset of this hearing on April 28, May 5, or May 6, 2026.

5. The trial, previously scheduled to begin on May 4, was vacated by the Court this week. *See* ECF No. 181.

6. A court may, for good cause, grant a motion for an extension of time that is filed before the original time expires. Fed. R. Civ. P. 6(b)(1)(A); *McCarty v. Thaler*, 376 F. App'x 442, 443 (5th Cir. 2010).

7. This relief requested is sought not for the purposes of delay but so that justice may be done.

### RELIEF REQUESTED

8. WHEREFORE, Defendants respectfully request the Court grant this unopposed Motion for Continuance and reset the hearing on Plaintiff's Motion to Exclude Testimony of James C. Spindler to April 28, May 5, or May 6, 2026, or such other date the Court is available.

Dated: April 2, 2026.

Respectfully submitted,

**DAVIS & SANTOS, PLLC**

By: */s/ Caroline Newman Small*
Jason M. Davis
Texas State Bar No. 00793592
Email: jdavis@dslawpc.com
Caroline Newman Small
Texas State Bar No. 24056037
Email: csmall@dslawpc.com
Rachel Garza
Texas State Bar No. 24125240
Email: rgarza@dslawpc.com

2

719 S. Flores Street
San Antonio, Texas 78204
Tel: (210) 853-5882
Fax: (210) 200-8395

***Attorneys for Defendants***

## **CERTIFICATE OF CONFERENCE**

I certify that on April 1, 2026, counsel for Defendants Stephen Findeisen and Coffee Break Productions, LLC conferred with counsel for Plaintiff Logan Paul and confirmed that this motion is unopposed.


*/s/ Caroline Newman Small*
Caroline Newman Small

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2026, the foregoing document was served on all counsel of record via the Court's ECF system.

/s/ *Caroline Newman Small*
Caroline Newman Small