UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LOGAN PAUL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | SA-24-CV-717-OLG (HJB) |
| | § | |
| STEPHEN FINDEISEN, and | § | |
| COFFEE BREAK PRODUCTIONS LLC | § | |
| d/b/a Coffeezilla, | § | |
| | § | |
| Defendants. | § | |

**ORDER CONCERNING COURTROOM ASSIGNMENT
OF IN-PERSON HEARING**

Counsel are advised to check the monitors in the courthouse lobby on the afternoon of the

in-person hearing in this case set for **May 15, 2026**, at **1:00 P.M.** to confirm the assigned courtroom,

which may change from the original location.

**SIGNED** on April 13, 2026.

_____
Henry J. Bemporad
United States Magistrate Judge