UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

LOGAN PAUL,                              §
                                        §
                Plaintiff,               §
                                        §
v.                                       §          SA-24-CV-717-OLG (HJB)
                                        §
STEPHEN FINDEISEN, and                   §
COFFEE BREAK PRODUCTIONS LLC             §
d/b/a Coffeezilla,                       §
                                        §
                Defendants.              §

**SECOND ORDER RESETTING
IN-PERSON HEARING**

It is hereby **ORDERED** that the in-person hearing on Plaintiff's Motion to Exclude

Testimony of James C. Spindler (Docket Entry 172) on May 15, 2026, is **reset** to **June 8, 2026**, at

**1:30 P.M.** in the United States Courthouse, 262 West Nueva Street, San Antonio, Texas, 78207.

Counsel are advised to check the monitors in the courthouse lobby on the afternoon of the

hearing to confirm the assigned courtroom,

**SIGNED** on May 14, 2026.

_____
Henry J. Bemporad
United States Magistrate Judge