**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **LOGAN PAUL,** | |
| *Plaintiff,* | |
| **v.** | **Civil Action No.: 5:24-cv-00717** |
| **STEPHEN FINDEISEN AND COFFEE BREAK PRODUCTIONS, LLC d/b/a COFFEEZILLA,** | |
| *Defendants.* | |

## JOINT MOTION TO CONTINUE

TO THE HONORABLE COURT:

Plaintiff Logan Paul and Defendants Stephen Findeisen and Coffee Break Productions, LLC d/b/a Coffeezilla (collectively, the "**Parties**"), file this Joint Motion to Continue and in support respectfully show:

1.      On February 27, 2026, Plaintiff filed a Motion to Exclude Testimony of James C. Spinder (the "**Spindler Motion**"). ECF No. 172. Defendants filed their response March 20, 2026. ECF No. 177. Plaintiff filed his reply in support of the Spindler Motion on April 3, 2026. ECF No. 184.

2.      Per this Court's Second Order Resetting In-Person Hearing (ECF No. 186), a hearing on the Spindler Motion is currently set for June 8, 2026, at 1:30 p.m.

3.      The Parties respectfully request that the hearing be continued for two weeks to allow the Parties to work towards an agreed resolution of this matter.

4.      This is a joint request agreed to by all Parties. A proposed order is attached as

Exhibit A.

Dated: June 8, 2026.

Respectfully submitted,

**DAVIS & SANTOS, PLLC**

By: */s/ Caroline Newman Small*
Jason M. Davis
Texas State Bar No. 00793592
Email: jdavis@dslawpc.com
Caroline Newman Small
Texas State Bar No. 24056037
Email: csmall@dslawpc.com
Rachel Garza
Texas State Bar No. 24125240
Email: rgarza@dslawpc.com
719 S. Flores Street
San Antonio, Texas 78204
Tel: (210) 853-5882
Fax: (210) 200-8395

***Attorneys for Defendants***

By: */s/ Jeffrey A. Neiman (with permission)*
Andrew C. Phillips (*Pro Hac Vice*)
Shannon B. Timmann (*Pro Hac Vice*)
**MEIER WATKINS PHILLIPS PUSCH LLP**
919 18th Street NW, Suite 650
Washington, DC 20006
Email: andy.phillips@mwpp.com
Email: shannon.timmann@mwpp.com

Jeffrey A. Neiman (*Pro Hac Vice*)
Jason L. Mays (*Pro Hac Vice*)
**MARCUS NEIMAN RASHBAUM & PINEIRO LLP**
100 SE 3rd Ave., Suite 805
Ft. Lauderdale, Florida 33394
Email: jneiman@mnrlawfirm.com
Email: jmays@mnrlawfirm.com

2

Ricardo G. Cedillo
Texas Bar No. 04043600
**DAVIS, CEDILLO & MENDOZA, INC.**
755 E. Mulberry Ave., Ste. 250
San Antonio, TX 78212
(210) 822-6666
Email: rcedillo@lawdcm.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2026, the foregoing document was served on all counsel of record via the Court's ECF system.


*/s/ Caroline Newman Small*
Caroline Newman Small