# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| **LOGAN PAUL,**<br><br>    *Plaintiff,*<br><br>**v.**<br><br>**STEPHEN FINDEISEN AND<br>COFFEE BREAK PRODUCTIONS, LLC<br>d/b/a COFFEEZILLA,**<br><br>    *Defendants.* | **Civil Action No.: 5:24-cv-00717** |

**ORDER GRANTING JOINT MOTION TO CONTINUE**

Before the Court is Plaintiff Logan Paul's and Defendants Stephen Findeisen's and Coffee Break Productions, LLC d/b/a Coffeezilla's (collectively, the "**Parties**") Joint Motion to Continue (the "**Motion**"). Based on the Motion, the entire record in this case, and for good cause having been shown, the Court finds that this Motion should be and therefore is **GRANTED**.

**IT IS THEREFORE ORDERED** that the Joint Motion to Continue is **GRANTED**.

**IT IS FURTHER ORDERED** that the hearing on Plaintiff Logan Paul's Motion to Exclude Testimony of James C. Spindler (ECF No. 172) will be rest, if necessary, by separate order.

It is so **ORDERED**.

_____
Date

_____
Honorable Henry J. Bemporad
United States Magistrate Judge