**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| **LOGAN PAUL,**<br><br> *Plaintiff,*<br><br>**v.**<br><br>**STEPHEN FINDEISEN AND**<br>**COFFEE BREAK PRODUCTIONS, LLC**<br>**d/b/a COFFEEZILLA,**<br><br> *Defendants.* | **Civil Action No.:  5:24-cv-00717** |

**SECOND JOINT MOTION TO CONTINUE**

TO THE HONORABLE COURT:

Plaintiff Logan Paul and Defendants Stephen Findeisen and Coffee Break Productions, LLC d/b/a Coffeezilla (collectively, the "**Parties**"), file this Second Joint Motion to Continue and in support respectfully show:

1. On February 27, 2026, Plaintiff filed a Motion to Exclude Testimony of James C. Spindler (the "**Spindler Motion**"). [Dkt. 172.] Defendants filed their response March 20, 2026. [Dkt. 177.] Plaintiff filed his reply in support of the Spindler Motion on April 3, 2026. [Dkt. 184.]

2. Per this Court's Second Order Resetting In-Person Hearing [Dkt. 186], a hearing on the Spindler Motion was previously set for June 8, 2026, at 1:30 p.m.

3. Prior to that hearing, the Parties filed a Joint Motion to Continue [Dkt. 189], requesting that the Court postpone the hearing on the Spindler Motion because the Parties were working toward an agreed resolution of this case. The Court granted the Joint Motion

to Continue and reset the hearing on the Spindler Motion for June 29, 2026 at 3:30 pm. (June 8, 2026 Text Order Granting Motion to Continue.)

4.      Since that time, the Parties have continued to discuss a resolution of the case and have made significant progress. The Parties' expectation is that they will be able to soon reach a resolution. However, the Parties may not necessarily be able to finalize such negotiations prior to the time of the hearing on June 29.

5.      This case currently has no trial setting, so resolution of the Spindler Motion is not urgent.  The Parties would prefer to avoid costs and fees associated with the hearing, and to avoid burdening the Court with having to hear the Spindler Motion, if the issue is likely  to be mooted.

6.      Accordingly, the Parties respectfully request that the June 29 hearing be continued for an additional two weeks to allow the Parties to continue to work towards an agreed resolution of this matter.

7.      This is a joint request agreed to by all Parties. A proposed order is attached as Exhibit A.

Dated: June 24, 2026.

Respectfully submitted,

By:    */s/ Andrew C. Phillips*
Andrew C. Phillips (*Pro Hac Vice*)
Shannon B. Timmann (*Pro Hac Vice*)
Mark Thomson (*Pro Hac Vice*)
**MEIER WATKINS PHILLIPS PUSCH LLP**
1120 20th Street NW, Suite 550
Washington, DC 20036
Email: andy.phillips@mwpp.com
Email: shannon.timmann@mwpp.com

Jeffrey A. Neiman (*Pro Hac Vice*)
Jason L. Mays (*Pro Hac Vice*)

2

**NEIMAN MAYS FLOCH & ALMEIDA, PLLC**
550 S. Andrews Avenue, Suite 720
Ft. Lauderdale, Florida 33301
Email: jneiman@nmfalawfirm.com
Email: jmays@nmfalawfirm.com

Ricardo G. Cedillo
Texas Bar No. 04043600
**DAVIS, CEDILLO & MENDOZA, INC.**
755 E. Mulberry Ave., Ste. 250
San Antonio, TX 78212
(210) 822-6666
Email: rcedillo@lawdcm.com

*Counsel for Plaintiff*

**DAVIS & SANTOS, PLLC**

By: */s/ Caroline Newman Small (with permission)*
Jason M. Davis
Texas State Bar No. 00793592
Email: jdavis@dslawpc.com
Caroline Newman Small
Texas State Bar No. 24056037
Email: csmall@dslawpc.com
Rachel Garza
Texas State Bar No. 24125240
Email: rgarza@dslawpc.com
719 S. Flores Street
San Antonio, Texas 78204
Tel: (210) 853-5882
Fax: (210) 200-8395

*Counsel for Defendants*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2026, the foregoing document was served on all counsel of record via the Court's ECF system.


/s/ *Andrew C. Phillips*
Andrew C. Phillips

4