UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

|  |  |  |
|---|---|---|
| LOGAN PAUL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | SA-24-CV-717-OLG (HJB) |
| | § | |
| STEPHEN FINDEISEN, and | § | |
| COFFEE BREAK PRODUCTIONS LLC | § | |
| d/b/a Coffeezilla, | § | |
| | § | |
| Defendants. | § | |

## ORDER RESETTING
## IN-PERSON HEARING

Before the Court is the parties' Second Joint Motion to Continue.  (Docket Entry 190.)  It is hereby **ORDERED** that parties' motion (Docket Entry 190) is **GRANTED**.  The in-person hearing on Plaintiff's Motion to Exclude Testimony of James C. Spindler (Docket Entry 172) on June 29, 2026, is <u>reset</u> to **July 15, 2026**, at **2:30 P.M.** in the United States Courthouse, 262 West Nueva Street, San Antonio, Texas, 78207.  Check the monitors in the courthouse lobby on the afternoon of the hearing to confirm the assigned courtroom,

**SIGNED** on June 25, 2026.

_____
Henry J. Bemporad
United States Magistrate Judge