**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS**

**SAN ANTONIO DIVISION**

|  |  |
|---|---|
| LOGAN PAUL,<br><br>                                   Plaintiff,<br><br>        v.<br><br>STEPHEN FINDEISEN AND COFFEE BREAK<br>PRODUCTIONS LLC D/B/A COFFEEZILLA,<br><br>                                   Defendants. | Civil Action No. 5:24-cv-00717 |

**JOINT ADVISORY REGARDING MUTUAL RESOLUTION**

The Parties hereby file this Joint Advisory to inform the Court that they have reached a negotiated resolution of this case.  The Parties will soon file a stipulation pursuant to Federal Rule of Civil Procedure 41 to formalize the voluntary dismissal of the action.


| | |
|---|---|
| */s/ Andrew C. Phillips* | DAVIS & SANTOS, PLLC |
| Andrew C. Phillips (*Pro Hac Vice*) | |
| Shannon B. Timmann (*Pro Hac Vice*) | */s/ Caroline Newman Small* |
| Mark Thomson (Pro Hac Vice) | Caroline Newman Small |
| MEIER WATKINS PHILLIPS PUSCH LLP | Texas State Bar No. 24056037 |
| 1120 20th St NW, Suite 550 | Jason M. Davis |
| Washington, DC 20036 | Texas State Bar No. 00793592 |
| (202) 318-3655 | Rachel Garza |
| Email: andy.phillips@mwpp.com | Texas State Bar No. 24125240 |
| Email: shannon.timmann@mwpp.com | 719 S. Flores Street |
| Email: mark.thomson@mwpp.com | San Antonio, Texas 78204 |
| | Tel: (210) 853-5882 |
| Jeffrey A. Neiman (*Pro Hac Vice*) | Fax: (210) 200-8395 |
| Jason L. Mays (*Pro Hac Vice*) | Email: jdavis@dslawpc.com |
| NEIMAN MAYS FLOCH & ALMEIDA PLLC | Email: csmall@dslawpc.com |
| 100 SE 3rd Ave., Suite 805 | Email: rgarza@dslawpc.com |
| Ft. Lauderdale, Florida 33394 | |
| Email: jneiman@nmfalawfirm.com | *Counsel for Defendants* |
| Email: jmays@nmfalawfirm.com | |

Ricardo Cedillo (Texas Bar No. 04043600)
DAVIS, CEDILLO & MENDOZA
755 E. Mulberry Ave., Ste. 250
San Antonio, TX 78212
(210) 822-6666
Email: rcedillo@lawdcm.com

*Counsel for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on July 13, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

*/s/ Andrew C. Phillips*