UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

LOGAN PAUL,                           §
                                      §
            Plaintiff,                §
                                      §
v.                                    §            SA-24-CV-717-OLG (HJB)
                                      §
STEPHEN FINDEISEN, and                §
COFFEE BREAK PRODUCTIONS LLC          §
d/b/a Coffeezilla,                    §
                                      §
            Defendants.               §

**ORDER CANCELLING
IN-PERSON HEARING**

It is hereby **ORDERED** that the hearing on July 15, 2026, in this case is **CANCELLED**.

The parties are excused from appearing on that date.

**SIGNED** on July 13, 2026.


_____
Henry J. Bemporad
United States Magistrate Judge