UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LOGAN PAUL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | SA-24-CV-717-OLG |
| | § | |
| STEPHEN FINDEISEN, and | § | |
| COFFEE BREAK PRODUCTIONS LLC | § | |
| d/b/a Coffeezilla, | § | |
| | § | |
| Defendants. | § | |

**ORDER RETURNING CASE
TO DISTRICT COURT**

In light of the parties' Joint Advisory Regarding Mutual Resolution (Docket Entry 192)

filed on today's date, it is hereby **ORDERED** that this case is **RETURNED** to the District Court.

**SIGNED** on July 13, 2026.

Henry J. Bemporad
United States Magistrate Judge