**FILED**

July 15, 2026

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____NM_____

DEPUTY

LOGAN PAUL                                §
                                          §
v.                                        §          CIVIL NO. SA-24-CV-00717-OLG
                                          §
STEPHEN FINDEISEN and COFFEE              §
BREAK PRODUCTIONS LLC d/b/a               §
COFFEEZILLA                               §

**ORDER FOR DISMISSAL PAPERS**

On July 13, 2026, the Court was advised that this case has settled. (*See* Dkt. No. 192.)

Accordingly, it is hereby **ORDERED** that:

1) The parties shall submit a stipulation of dismissal or agreed judgment and any appropriate supporting documents on or before **Friday, August 14, 2026** . If the parties are unable to submit those documents by that date, they may move for an extension of time to file the documents. Failure to so move may result in a dismissal of this case from the Court's docket for failure to diligently prosecute.

2) All pretrial deadlines in this case are hereby **STAYED** pending the submission of the parties' stipulation of dismissal or agreed judgment and any appropriate supporting documents. These deadlines will be reinstated if the parties are unable to finalize their settlement of this case.

3) Any motions pending in this action are **DENIED AS MOOT**, subject to re-urging should settlement fail.

4) No extensions of the above deadline shall be granted except upon a showing of good cause.

5) The Court hereby administratively **CLOSES** this case pending the filing of dismissal papers. If the parties wish to reopen this case, they may do so by filing a motion to that effect.

It is so **ORDERED.**

**SIGNED** on July 15, 2026.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE