**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS**

**SAN ANTONIO DIVISION**

|  |  |
|---|---|
| LOGAN PAUL,<br><br>        *Plaintiff,*<br><br>v.<br><br>STEPHEN FINDEISEN AND COFFEE BREAK PRODUCTIONS LLC D/B/A COFFEEZILLA,<br><br>        *Defendants*. | Civil Action No. 5:24-cv-00717 |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties stipulate to the dismissal of this action *with prejudice*, with each Party to bear their own attorney's fees and costs.

Respectfully submitted on July 21, 2026.

*/s/ Caroline Newman Small*

Jason M. Davis
Texas Bar No. 00793592
Email:  jdavis@dslawpc.com
Caroline Newman Small
Texas Bar No. 24056037
Email:  csmall@dslawpc.com
Rachel Garza
Texas Bar No. 24125240
Email:  rgarza@dslawpc.com
**Davis & Santos, PLLC**
719 S. Flores Street
San Antonio, Texas 78204
Tel: (210) 853-5882
Fax: (210) 200-8395

*/s/   Jeffrey A. Neiman*

Andrew C. Phillips (Pro Hac Vice)
Shannon B. Timmann (Pro Hac Vice)
**Meier Watkins Phillips Pusch LLP**
919 18th Street NW, Suite 650
Washington, DC 20006
(202) 318-3655
Email: andy.phillips@mwpp.com
Email: shannon.timmann@mwpp.com

Jeffrey A. Neiman (Pro Hac Vice)
Jason L. Mays (Pro Hac Vice)
**Neiman Mays Floch & Almeida PLLC**
550 S. Andrews Ave., Suite 720
Ft. Lauderdale, Florida 33301
Email: jneiman@nmfalawfirm.com

*Counsel for Defendants Stephen Findeisen
and Coffee Break Productions LLC d/b/a
Coffeezilla*

Email: jmays@nmfalawfirm.com

Ricardo G. Cedillo (Texas Bar No. 04043600)
**DAVIS, CEDILLO & MENDOZA, INC.**
755 E. Mulberry Ave., Ste. 250
San Antonio, TX 78212
(210) 822-6666
Email: rcedillo@lawdcm.com

*Counsel for Plaintiff Logan Paul*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 21, 2026, a true and correct copy of the foregoing was served on all counsel of record via the Court's CM/ECF filing system.

/s_*Jeffrey A. Neiman*____

1